# Exhibit 1

DC: 6480121-1

