# Exhibit 2

DC: 6164923-2



## About Us

Launched in September 2013, Castle Hill Gaming was founded by a uniquely experienced veteran team from the Online and Casino Gaming industries. Many of us have worked together for more than 15 years—designing over 150 slot machine titles and providing sales, service and support for hundreds of Native American casinos across the United States, generating more than $1B in revenue during our careers.

## Executive Team



**John R. Taylor III**
President and Chief Executive Officer

John Taylor is a seasoned leader, strategist, and visionary thinker who brings over 30 years of business development and game design experience to Castle Hill Gaming. As CEO and President, he is tasked with providing strategic and creative direction for the company's expansion into the $30B North American Tribal casino gaming market.

Prior to Castle Hill, John held executive positions at Video Gaming Technologies (VGT), News Corp, Electronic Arts (EA), and GE. He is the founder of three other companies in addition to Castle Hill, including Kesmai—the first commercial online gaming company in the world.



**Chris Barranco**
Chief Sales and Marketing Officer

Chris Barranco is an accomplished and driven sales leader, motivator, and trainer who brings 20 years of experience in the hospitality and technology industries to Castle Hill Gaming. As Chief Sales and Marketing Officer, Chris is responsible for all sales and marketing functions and takes a lead role in cultivating relationships with Tribal casino operators, industry directors, and third-party vendors throughout North America.

Prior to Castle Hill, Chris held executive positions including: President for TableMAX Gaming, Inc., Director of New Business Development at Progressive Gaming, Business Applications Consultant for Group 1 Software and KPMG's Real Estate and Hospitality Division.



**Alan Roireau**
Chief Development Officer

Alan Roireau is a business strategy expert who brings over 30 years of software development and management experience to Castle Hill Gaming. As Chief Development Officer, Alan's responsibilities range from hiring and managing in-house talent to overseeing programming and development of the company's casino gaming products.

Prior to joining Castle Hill, Alan served as the Director of Software at Video Gaming Technologies (VGT) where he concentrated on improving software and hardware reliability, lowered gaming lab costs, and implemented new industry regulations. In addition, Alan has experience working in the electronic games industry—developing games, quality assurance, manufacturing and operations management.



**Jason Sprinkle**
Chief Creative Officer

Jason Sprinkle is an innovative leader and creative strategist who brings two decades of industry experience to Castle Hill Gaming. As Chief Creative Officer, he oversees product design with a focus on developing fun, profitable casino games that are tailored to both customer and player needs.

Jason's insight into players' desires, coupled with his understanding of game design, manufacturing, and casino operations, has led to a proven track record of success over the past 20 years. Prior to joining Castle Hill, he spent 17 years at Video Gaming Technologies (VGT). As a founding member, he served as Treasurer, Director of Operations/General Manager, and most recently as Director of Hardware Development.



**Arthur Watson**
Chief Financial Officer

Arthur Watson is an accomplished marketing and early-stage investing professional with focused experience in the start-up realm. As co-founder and Chief Financial Officer of Castle Hill Gaming, Arthur provides guidance and oversight in the areas of fundraising, investor relations, and financial planning.

Prior to Castle Hill, Arthur served as the Director of Marketing at Thomas White International, a mutual fund company specializing in international equities. While at Thomas White, he designed and implemented the firm's first financial advisor client servicing program.

Arthur is an active member of Hyde Park Angels (HPA), one of the Midwest's largest angel organizations. As an angel investor, he led HPA's participation in Retrofit's $8M Series A round. Arthur has also worked with Walnut Ventures, one of Boston's oldest and most active angel groups. Among the companies he invested in while at Walnut was Incentive Targeting, a 100% angel-backed company that raised $6.2 M and subsequently was sold to Google.

TERMS AND CONDITIONS    PRIVACY POLICY    RESPONSIBLE GAMING

© Copyright 2016 Castle Hill Gaming - All Rights Reserved

1807 Seminole Trail, Suite 204
Charlottesville, VA 22901

sales@chgaming.com