# Exhibit 3

DC: 6468478-1

VGT - Super Speedway Sevens

CHG - Soapbox Sally#






VGT - Lucky Ducky

CHG - Quack-Tastic!#




