# Exhibit 4

VGT - Crazy Billions                CHG - Welcome to Nugget Mountain[1]

    

    

---

[1] All photos of Castle Hill games were taken directly from Castle Hill's website at <castlehillgaming.com> on September 6, 2016 and January 14, 2017.

VGT - Mr. Money Bags



CHG - New Money



#





VGT - Polar High Roller

CHG - Arctic Cash

CHG - Arctic Ice













VGT - The Lucky Leprechaun

CHG - Dublin Your Luck#









VGT - Hot Red Ruby

CHG - Double Hotness#









VGT - Gems and Jewels

CHG - Genie's Gems#







VGT - Mr. Millionaire  CHG - Mr. Martini: Vegas Baby#  CHG - Mr. Martini









VGT - Greenback Jack



CHG - Coin Slinger#









VGT - Planetary Pigs

CHG - Aces & Hogs









VGT - Countin' Cash

CHG - Amazing Ca$h#







VGT - Radiant Rocks²      CHG - 10,000 Diamonds#      CHG - 20,000 Diamonds



---

² As described in the Complaint, VGT also has another diamond-themed game called Diamond Fever, not pictured here.

VGT - Cap'n Crabby's Ca$h                    CHG - Captain Bacon#







VGT - Red Hot Rubies x2

CHG - Pink Sapphires#







