# Exhibit 5

DC: 6357922-1










