# Exhibit 6

DC: 6480125-1



| | HOT NEW CASH |
| --- | --- |
| |  |
| | DADDY MOREBUCKS |
| | |
| | 10,000 DIAMONDS |
| | |
| GEMS AND JEWELS  | WELCOME TO NUGGET MOUNTAIN  |



| | PLATINUM EXPRESS |
|---|---|
| RED HOT RUBY | DUBLIN YOUR LUCK |
| | AMAZING HOT |