# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Video Gaming Technologies, Inc.
        Plaintiff(s)

vs.
                Case Number: 17-cv-00454-GKF-mjx

Castle Hill Studios LLC, et al.
        Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

 Plaintiff Video Gaming Technologies, Inc.

---

8/4/17
Date

Type of Appointment: [✓] Retained  [ ] CJA

[ ] FPD  [ ] Pro Bono  [ ] Pro Se

5568
Oklahoma State Bar Number (If Applicable)

dluthey@gablelaw.com
e-mail address

---

Signature

Graydon Dean Luthey, Jr.
Print Name

Gable Gotwals
Firm Name

1100 ONEOK Plaza, 100 West Fifth Street
Mailing Address

Tulsa       OK 74103
City        State Zip Code

(918) 595-4800   (918) 595-4990
Phone Number    Fax Number

## Certificate of Service

I hereby certify that on __8-4-17__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service         ☐ In Person Delivery

☐ Courier Service             ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature