

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Video Gaming Technologies, Inc. | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 17-cv-00454-GKF-mjx |
| Castle Hill Studios LLC (d/b/a Castle Hill Gaming), et al. | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Castle Hill Holding LLC
1807 Seminole Trail, Suite 204
Charlotteville, Virginia 22901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Graydon Dean Luthey, Jr.
GableGotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT - Mark C. McCartt

Date: AUG 0 4 2017

_Signature of Clerk or Deputy Clerk_



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Oklahoma

| | |
|---|---|
| Video Gaming Technologies, Inc. <br> *Plaintiff* <br> v. <br> Castle Hill Studios LLC <br> (d/b/a Castle Hill Gaming),et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 17-cv-00454-GKF-mjx <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Castle Hill Studios LLC
1807 Seminole Trail, Suite 204
Charlotteville, Virginia 22901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Graydon Dean Luthey, Jr.
GableGotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT - Mark C. McCartt

Date: AUG 0 4 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Video Gaming Technologies, Inc. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 17-cv-00454-GKF-mjx |
| Castle Hill Studios LLC (d/b/a Castle Hill Gaming), et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ironworks Development LLC
1807 Seminole Trail, Suite 204
Charlotteville, Virginia 22901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Graydon Dean Luthey, Jr.
GableGotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT - Mark C. McCartt

Date: __AUG 0 4 2017__   _____
*Signature of Clerk or Deputy Clerk*