# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.
    Plaintiff(s)

vs.
                          Case Number: 4:17-CV-00454-GFK

CASTLE HILL STUDIOS LLC et al
    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Neil Kenneth Roman

2. State bar membership number: NR6012 (New York)  401170 (D.C.)

3. Business address, telephone and fax numbers: Covington & Burling LLP, 620 Eighth Avenue, New York, NY 10018 (T) 212 841 1221 (F) 212 841 1010

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: See attached sheet

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes   ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes   ☐ No

Signature

Printed Name

NR 6012 (NY)
Bar Number

Neil Kenneth Roman
Firm Name

Covington & Burling LLP, 620 Eighth Avenue
Address

New York             NY   10018
City              State  ZIP

(212) 841-1221     (212) 841-1010
Phone               Fax

nroman@cov.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  August 8, 2017                    (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on                                    (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Signature

## BAR ADMISSIONS

| COURT OF ADMISSION | YEAR ADMITTED |
| --- | --- |
| New York Supreme Court, Appellate Div., 3rd Dept. | 1986 |
| District of Columbia Court of Appeals | 1986 |
| U.S. District Court for the District of Columbia | 1986 |
| U.S. District Court for the Eastern District of Michigan | 1994 |
| U.S. District Court for the Eastern District of Wisconsin | 2007 |
| U.S. District Court for the District of Colorado | 2002 |
| U.S. District Court for the Southern District of New York | 2014 |
| U.S. District Court for the Eastern District of New York | 2017 |
| U.S. Court of Appeals for the D.C. Circuit | 1989 |
| U.S. Court of Appeals for the Second Circuit | 1999 |
| U.S. Court of Appeals for the Third Circuit | 1995 |
| U.S. Court of Appeals for the Sixth Circuit | 1994 |
| U.S. Court of Appeals for the Ninth Circuit | 2014 |
| U.S. Court of Appeals for the Eleventh Circuit | 1998 |
| U.S. Supreme Court | 1996 |