# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.
     Plaintiff(s)

vs.                                                                  Case Number: 17-cv-00454

1) CASTLE HILL STUDIOS LLC (d/b/a CASH)
     Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Rebecca Barret Dalton

2. State bar membership number: Virginia - 85574; District of Columbia - 1025085

3. Business address, telephone and fax numbers: One CityCenter, 850 Tenth St NW, Washington, DC 20001
   202-662-5189

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Virginia; Eastern District of Virginia; District of Columbia

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

/s/ Rebecca Dalton
Signature

Rebecca Dalton                          VA - 85574
Printed Name                            Bar Number

Covington & Burling LLP
Firm Name

One CityCenter, 850 Tenth St NW
Address

Washington                              DC        20001
City                                    State     ZIP

(202) 662-5189
Phone                                   Fax

rdalton@cov.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

- ☐ U.S. Postal Service
- ☐ In Person Delivery
- ☐ Courier Service
- ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*Melissa Austin*
Signature