IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1. CASTLE HILL STUDIOS LLC <br>    (d/b/a CASTLE HILL GAMING); <br> 2. CASTLE HILL HOLDING LLC <br>    (d/b/a CASTLE HILL GAMING); and <br> 3. IRONWORKS DEVELOPMENT, LLC <br>    (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-mjx <br><br> **Jury Trial Demanded** |

## MOTION FOR ADMISSION PRO HAC VICE

Graydon D. Luthey, Jr., of the firm GableGotwals, pursuant to Local Civil Rule 83.3(b), respectfully moves this Court to admit non-resident attorney Michael S. Sawyer, *pro hac vice*, to represent Plaintiff Video Gaming Technologies, Inc. ("VGT") in this case.

Pursuant to Local Civil Rule 83.2(g), the undersigned counsel has attached a completed Request for Admission Pro Hac Vice (see attached Exhibit "1") ("Request"). Moreover, counsel represents that Michael S. Sawyer is a member in good standing of the State Bars listed in the Request. In accordance with Local Civil Rule 83.3, the undersigned counsel has signed the first pleading filed and has agreed to act as local counsel for the purposes of this case.

WHEREFORE, for the foregoing reasons, the undersigned counsel respectfully moves this Court, pursuant to Local Civil Rules 83.2(g) and 83.3, to admit Michael S. Sawyer, *pro hac vice*, to represent VGT in this case.

Dated: August 8, 2017

/s/ Graydon D. Luthey, Jr.
Graydon D. Luthey, Jr., OBA #5568
**GABLEGOTWALS**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
(918) 595-4800
dluthey@gablelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

No attorneys for the Defendants are currently on file.

*Attorneys for Defendants*

/s/Graydon D. Luthey, Jr.
Graydon D. Luthey, Jr.