# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.
Plaintiff(s)

vs.

Case Number: 17-cv-00454-GKF

CASTLE HILL STUDIOS LLC et al.
Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Michael S. Sawyer

2. State bar membership number: 277766 (California); 1009040 (DC)

3. Business address, telephone and fax numbers: Covington & Burling LLP, One CityCenter, 850 Tenth Street NW, Wa

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
    California, District of Columbia, United States Court of Appeals for the Federal Circuit,
    United States District Court for the Central District of California

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

/s/ Michael S. Sawyer
Signature

Michael Sawyer
Printed Name

1009040 (DC)
Bar Number

Covington & Burling LLP
Firm Name

One CityCenter, 850 Tenth Street NW
Address

Washington
City

DC
State

20001
ZIP

(202) 662-5257
Phone

(202) 778-5257
Fax

msawyer@cov.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  August 8, 2017                (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on                          (Date), I served the same document by

- ☐ U.S. Postal Service
- ☐ In Person Delivery
- ☐ Courier Service
- ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*Melissa Austin*
Signature