# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.
        Plaintiff(s)

vs.                                               Case Number: 4:17-cv-00454-GKF

CASTLE HILL STUDIOS LLC et al.
        Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Peter Andrew Swanson

2. State bar membership number: 497348 (DC); 68698 (Virginia; inactive)

3. Business address, telephone and fax numbers: Covington & Burling LLP, One CityCenter, 850 Tenth Street NW, Washington, DC 20001

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   District of Columbia, U.S. Court of Appeals for the Federal Circuit,
   U.S. District Court for the District of Columbia, U.S. District Court for the District of Colorado

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

/s/ Peter A. Swanson
Signature

Peter A. Swanson                 497348 (DC)
Printed Name                     Bar Number

Covington & Burling LLP
Firm Name

One CityCenter, 850 Tenth Street NW
Address

Washington            DC      20001
City                  State   ZIP

(202) 662-5111        (202) 778-5111
Phone                 Fax

pswanson@cov.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  August 8, 2017               (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery

☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_Melissa Austin_
Signature