# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Video Gaming Technologies, Inc.
    Plaintiff(s)

vs.                       Case Number: 17-cv-00454

Castle Hill Studios LLC, et al.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Video Gaming Technologies, Inc. _____
[name of party]

who is a (check one) [✓] PLAINTIFF  [ ] DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one) [ ] YES  [✓] NO

2. **Does party have any parent corporations?**
   (Check one) [✓] YES  [ ] NO
   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
   Aristocrat Technologies, Inc.; Aristocrat International Pty Limited; Aristocrat Leisure Limited

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one) [✓] YES  [ ] NO
   If YES, identify all such owners:
   Aristocrat Leisure Limited

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one) ☐ YES  ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one) ☐ YES  ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 10th day of August, 2017.

_Signature_

Graydon D. Luthey, Jr.     5568
Printed Name     Bar Number

Gable Gotwals
Firm Name

1100 ONEOK Plaza, 100 West Fifth Street
Address

Tulsa     OK     74103
City     State     ZIP

(918) 595-4800     (918) 595-4990
Phone     Fax

dluthey@gablelaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on ___8/10/17___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on ___8/10/17___ (Date), I served the same document by

- ☐ U.S. Postal Service
- ☐ Courier Service
- ☐ In Person Delivery
- ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Jonathan S. Jacobs
1900 Arlington Blvd., Suite B
P.O. Box 4724
Charlottesville, VA  22905
Email:  jjacobs@zoblaw.com

Counsel for Defendants

_____
Signature