IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. VIDEO GAMING TECHNOLOGIES, INC., </br></br> Plaintiff, </br></br> v. </br></br> 1. CASTLE HILL STUDIOS LLC </br>    (d/b/a CASTLE HILL GAMING); </br> 2. CASTLE HILL HOLDING LLC </br>    (d/b/a CASTLE HILL GAMING); and </br> 3. IRONWORKS DEVELOPMENT, LLC </br>    (d/b/a CASTLE HILL GAMING) </br></br> Defendants. | Case No. 4:17-cv-00454-GKF-mjx </br></br> **Jury Trial Demanded** |

### AFFIDAVIT OF SERVICE OF PROCESS

STATE OF OKLAHOMA  )
                   ) SS.
COUNTY OF TULSA    )

Melissa D. Austin, of lawful age, being first duly sworn on oath, states:

1. I am the assistant to Graydon Dean Luthey, Jr., local counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT") and have personal knowledge of the facts stated herein.

2. Gary M. Rubman, admitted *pro hac vice* for this matter, is an attorney for VGT.

3. On August 9, 2017, in an email to Mr. Rubman, Jonathan Jacobs, attorney for Defendants Castle Hill Studios, LLC, Castle Hill Holding LLC and Ironworks Development, LLC (collectively, the "Defendants"), agreed to accept Process of Service on behalf of the Defendants via email.

4. On August 10, 2017, I sent an email to Jonathan Jacobs at the email address in which he had been communicating with Mr. Rubman. A copy of that email is attached as Exhibit "1" and included the following documents:

- The Complaint in this matter;
- Summonses for Castle Hill Studios, LLC, Castle Hill Holding LLC and Ironworks Development, LLC;
- Entry of Appearance of Graydon Dean Luthey, Jr.; and
- Corporate Disclosure Statement of Video Gaming Technologies, Inc.

5. On August 10, 2017, Mr. Jacobs sent a reply email to me and confirmed that he had received the email I sent containing the documents.

_____
Melissa D. Austin

Subscribed and sworn to before me this 29th day of August, 2017.

[SEAL]

_____
Notary Public

Commission Number: _____

Expires: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2017, I electronically transmitted the Affidavit of Service of Process to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

N/A

I hereby certify that on 29th day of August, 2017, I served the same document by:

☒ U.S. Postal Service   ☐ Courier Service   ☐ Personal Delivery   ☒ Email

On the following, who are not registered participants of the ECF system:

Jonathan S. Jacobs
1900 Arlington Blvd., Suite B
P.O. Box 4724
Charlottesville, VA 22905
Email: jjacobs@zoblaw.com

/s/ *Graydon D. Luthey, Jr.*
Graydon D. Luthey, Jr.