# Melissa Austin

| | |
|---|---|
| **From:** | Jonathan Jacobs <jjacobs@zoblaw.com> |
| **Sent:** | Thursday, August 10, 2017 9:58 AM |
| **To:** | Melissa Austin |
| **Subject:** | RE: Video Gaming Technologies, Inc. v. Castle Hill Studios LLC, et al; US District Court for the Northern District of Oklahoma, Case No. 17-cv-00454-GKF |

Thanks, Melissa. Received.

**From:** Melissa Austin [mailto:maustin@gablelaw.com]
**Sent:** Thursday, August 10, 2017 10:46 AM
**To:** Jonathan Jacobs <jjacobs@zoblaw.com>
**Subject:** FW: Video Gaming Technologies, Inc. v. Castle Hill Studios LLC, et al; US District Court for the Northern District of Oklahoma, Case No. 17-cv-00454-GKF

Mr. Jacobs- This was returned to me as undelivered. Please forgive if you have received twice now. Melissa

**From:** Melissa Austin
**Sent:** Thursday, August 10, 2017 9:37 AM
**To:** 'jjacobs@zoblaw.com'
**Cc:** Dean Luthey <dluthey@gablelaw.com>; Swanson, Peter <pswanson@cov.com>; 'nroman@cov.com' <nroman@cov.com>; Dalton, Rebecca <RDalton@cov.com>; 'Rubman, Gary' <grubman@cov.com>; 'msawyer@cov.com' <msawyer@cov.com>
**Subject:** Video Gaming Technologies, Inc. v. Castle Hill Studios LLC, et al; US District Court for the Northern District of Oklahoma, Case No. 17-cv-00454-GKF

Dear Mr. Jacobs

Pursuant to your email with Gary Rubman yesterday stating that you will accept service of process on behalf of Defendants Ironworks Development LLC, Castle Hill Holding LLC, and Castle Hill Studios LLC, in regard to the above referenced matter, please find enclosed the following documents:

1. Summons, one for each named defendant
2. Complaint
3. Entry of Appearance of Graydon D. Luthey, Jr.
4. Corporate Disclosure Statement by Video Gaming Technologies, Inc.

Please reply with receipt of this email.

Should you have any questions, please don't hesitate to contact us.

Thank you,



*Melissa Austin* | Legal Secretary | GableGotwals
1100 ONEOK Plaza | 100 West 5th Street | Tulsa, OK 74103-4217 USA
(w) 918.595.4937 | (f) 918.595.4990 | www.gablelaw.com



EXHIBIT 1

1