**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA**

1) VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

vs.            Case No. 17-cv-00454-GKF-mjx

1) CASTLE HILL STUDIOS LLC
(dba CASTLE HILL GAMING);
2) CASTLE HILL HOLDING LLC
(dba CASTLE HILL GAMING); and
3) IRONWORKS DEVELOPMENT, LLC
(dba CASTLE HILL GAMING)

    Defendants.

**AGREED MOTION FOR EXTENSION
OF TIME TO PLEAD OR ANSWER**

COMES NOW, James C. Hodges, who has appeared as counsel of record for the Defendants in this action, and requests an extension of time to plead or answer the Plaintiff's Complaint. In support hereof, the undersigned states as follows:

1. Without the requested extension, the answer to the Complaint is due on Tuesday, September 5, 2017.

2. No previous request for extension has been made.

3. The extension is not requested for reasons of delay, but is due to the substantial nature of the allegations made in the Complaint and the necessity of considerable preparation and coordination among counsel.

**4. Opposing counsel has been consulted and agrees to an extension of 30 days from August 31, 2017, which is acceptable to the Defendants.**

5. The requested extension will have no impact on any scheduled trial or other deadlines.

6. The undersigned will submit a proposed Order Granting Motion to Extend Time according to the Administrative Guide of this Court.

WHEREFORE, James C. Hodges respectfully prays that the Court grant this motion for extension of time to plead or answer the Plaintiff's Complaint.

Respectfully submitted,

**JAMES C. HODGES, P.C.
A Professional Corporation**

*s/ James C. Hodges*
James C. Hodges, OBA #4254
2622 East 21st Street, Suite 4
Tulsa OK 74114
(918) 779-7078
(918) 770-9779 facsimile
JHodges@HodgesLC.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Graydon Dean Luthey, Jr.

And I further certify that on the 31st day of August, I served the same document by United States Postal Service by first class mail, postage prepaid, on the following, who are not registered participants of the ECF system:

Gary M. Rubman, Rebecca B. Dalton, Michael S. Sawyer and Peter A. Swanson, Covington & Burling LLP, 850 Tenth Street NW, Washington, DC 20001-4956

Neil K. Roman, Covington & Burling LLP, 620 Eighth Ave., New York, NY 10018-1405

*s/ James C. Hodges*_____
JAMES C. HODGES