IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASTLE HILL STUDIOS LLC (dba CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (dba CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (dba CASTLE HILL GAMING) <br><br> Defendants. | Case No. 17-cv-00454-GKF-mjx |

**ORDER GRANTING AGREED MOTION FOR
EXTENSION OF TIME TO PLEAD OR ANSWER**

The cause comes before the Court on the motion of James C. Hodges (Dkt #17), for an extension of time to plead or answer to the Plaintiff's Complaint. The Court, being fully advised in the premises, finds that good cause has been shown, that Local Rule 7.2(g) has been complied with and that the motion should be ***GRANTED***.

IT IS THEREFORE ORDERED that the Defendants are hereby granted an extension of time in which to plead or answer the Plaintiff's Complaint to September 30, 2017.

IT IS SO ORDERED this 1st day of September, 2017.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT