# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
      Plaintiff(s)

vs.

                                            Case Number: 17-cv-00454-GKF-mjx

CASTLE HILL STUDIOS LLC (d/b/a CATLE■
      Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
### (to be attached to Motion for Admission Pro Hac Vice)

      I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name:  Duane Herman Zobrist

2. State bar membership number:  47942 Virginia, 43813 California

3. Business address, telephone and fax numbers:  1900 Arlington Blvd., Ste. B
   Charlottesville, VA 22905
   (434) 977-9666

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   California State Bar and Virginia State Bar.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

Signature

Duane H. Zobrist
Printed Name

Zobrist Law Group PLLC
Firm Name

1900 Arlington Blvd., Ste. B
Address

Charlottesville
City

VA
State

22905
ZIP

(434) 977-9666
Phone

(434) 977-9666
Fax

dzobrist@zoblaw.com
Email Address

47942
Bar Number

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Signature