# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
    Plaintiff(s)

vs.

CASTLE HILL STUDIOS LLC (d/b/a CATLE H
    Defendant(s)

Case Number: 17-cv-00454-GKF-mjx

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Jonathan Spencer Jacobs

2. State bar membership number: 75033 Virginia, 983151 District of Columbia

3. Business address, telephone and fax numbers: 1900 Arlington Blvd., Suite B, Charlottesville, VA 22901
(434) 977-9666 (same for fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
Virginia Supreme Court and all lower Virginia state courts, District of Columbia Court of Appeals and all lower District of Columbia courts, U.S. District Court for the Eastern District of Virginia, for the District of Columbia, and for the Distri[

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

*[Signature]*
Signature

Jonathan S. Jacobs
Printed Name

75033
Bar Number

Zobrist Law Group
Firm Name

1900 Arlington Blvd., Ste. B
Address

Charlottesville
City

VA
State

22901
ZIP

(434) 977-9666
Phone

(434) 977-9666
Fax

jjacobs@zoblaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  9/12/2017           (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on                      (Date), I served the same document by
☐ U.S. Postal Service      ☐ In Person Delivery
☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Signature