# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASTLE HILL STUDIOS LLC (dba CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (dba CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (dba CASTLE HILL GAMING) <br><br> Defendants. | Case No. 17-cv-454-GKF-JFJ |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This cause comes before the Court on the motion of James C. Hodges (Dkt # 26), for admission *pro hac* vice of attorney Jonathan Spencer Jacobs to represent the Defendants in this matter. The Court, being fully advised in the premises, finds that Local Rule 83.2(g) has been complied with and that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that attorney Jonathan Spencer Jacobs is admitted to practice in this Court *pro hac vice* to represent the Defendants in this case.

IT IS SO ORDERED this 12th day of September, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT