## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**VIDEO GAMING TECHNOLOGIES, INC.,**

    **Plaintiff,**

**vs.**                           Case No. 17-cv-454-GKF-JFJ

**CASTLE HILL STUDIOS LLC
(dba CASTLE HILL GAMING);
CASTLE HILL HOLDING LLC
(dba CASTLE HILL GAMING); and
IRONWORKS DEVELOPMENT, LLC
(dba CASTLE HILL GAMING)**

    **Defendants.**

### MOTION TO DISMISS COMPLAINT

The Defendants Castle Hill Studios, LLC, Castle Hill Holding LLC and Ironworks Development, LLC, through their undersigned counsel, hereby move for an Order dismissing the Complaint for the reasons and on the authorities set forth in the Opening Brief in Support of Defendants' Motion to Dismiss filed concurrently herewith.

Dated: October 2, 2017.

Respectfully submitted,

*/s James C. Hodges*
James C. Hodges, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 facsimile
JHodges@HodgesLC.com

-and-

Duane H. Zobrist (admitted *pro hac vice*)
Jonathan S. Jacobs (admitted *pro hac vice*)
Zobrist Law Group, PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
434-977-9666
dzobrist@zoblaw.com
jjacobs@zoblaw.com

**ATTORNEYS FOR DEFENDANTS
CASTLE HILL STUDIOS, LLC,
CASTLE HILL HOLDING LLC AND
IRONWORKS DEVELOPMENT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Graydon Dean Luthey, Jr.; Gary M. Rubman; Neil K. Roman; Peter Andrew Swanson; Michael Sawyer, and  Rebecca Barret Dalton.

/s James C. Hodges

James C. Hodges