IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC.,<br><br>*Plaintiff,*<br><br>vs.<br><br>CASTLE HILL STUDIOS LLC, *et al.*<br><br>*Defendants.* | CASE NO.: 17-CV-00454-GKF-JFJ<br><br>DECLARATION OF DALE JENSEN |

### DECLARATION OF DALE JENSEN

I, Dale Jensen, declare and say as follows:

1. I am an attorney for defendants Castle Hill Studios, LLC, Castle Hill Holding LLC and Ironworks Development, LLC (collectively, "defendants"). I am licensed to practice law in the States of Virginia and Massachusetts and specialize in intellectual property law. This Declaration is based on my personal, firsthand knowledge and, if called upon to do so, I could and would testify that the statement herein are all true and accurate.

2. At the request of defendants, I reviewed records of the United States Patent and Trademark Office (the "USPTO") pertaining to the trademarks at issue in this case.

3. Except as noted below, all documents attached to this Request for Judicial Notice and my Declaration and referenced in the table below are records I retrieved from official USPTO records located in databases available at the www.uspto.gove website.

    (a) I prepared from the attached official USPTO records the spreadsheets that make up the first page(s) of the following exhibits: Ex. 3, p. 1-4; Ex. 4, p. 1-4, Ex. 5, p. 1, Ex. 6, p. 1, Ex. 7, p.1, Ex. 8, p. 1-2, Ex. 9, p.1, Ex. 10, p.1, Ex. 11, p.1, Ex. 14, p.1-4, Ex. 15, p.1-4, Ex. 17, p.1-4, and Ex. 18, p.1. I created these spreadsheets as an aid to explain in a summary fashion information about the trademarks listed in the pages after each exhibit's spreadsheet; and

(b)     I added header or footer text to some USPTO records to indicate, for example, which trademark it addressed, or the case name and caption with page numbers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 2nd day of October at, Staunton, Virginia.

Dale Jensen