## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., )<br>)<br>)<br>       Plaintiff,     )<br>)<br>v.     )<br>)<br>1) CASTLE HILL STUDIOS LLC  )<br>   (d/b/a CASTLE HILL GAMING); )<br>2) CASTLE HILL HOLDING LLC  )<br>   (d/b/a CASTLE HILL GAMING); and )<br>3) IRONWORKS DEVELOPMENT, LLC )<br>   (d/b/a CASTLE HILL GAMING) )<br>)<br>       Defendants.   ) | Case No. 4:17-cv-00454-GKF-mjx<br><br>**DECLARATION OF REBECCA B. DALTON** |

## DECLARATION OF REBECCA B. DALTON

1.      I am an attorney at the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT") .

2.      Attached as Exhibit 1 is a true and correct copy of an Office Action of the U.S. Patent & Trademark Office dated June 27, 2017 concerning application no. 86889540.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 23, 2017, in Washington, D.C.

*/s/ Rebecca B. Dalton*
Rebecca B. Dalton

-1-