# Attachment A

# Exhibit 3

VGT - Super Speedway Sevens   CHG - Soapbox Sally#

  

  

VGT - Lucky Ducky

CHG - Quack-Tastic!#




