# Attachment B

# Exhibit 4

DC: 6163946-4

VGT - Crazy Billions

CHG - Welcome to Nugget Mountain[1]






---

[1] All photos of Castle Hill games were taken directly from Castle Hill's website at <castlehillgaming.com> on September 6, 2016 and January 14, 2017.

VGT - Mr. Money Bags



CHG - New Money









VGT - Polar High Roller  CHG - Arctic Cash  CHG - Arctic Ice

VGT - The Lucky Leprechaun 

CHG - Dublin Your Luck# 





VGT - Hot Red Ruby

CHG - Double Hotness#






VGT - Gems and Jewels

CHG - Genie's Gems#







VGT - Mr. Millionaire    CHG - Mr. Martini: Vegas Baby#    CHG - Mr. Martini







VGT - Greenback Jack 

CHG - Coin Slinger# 





VGT - Planetary Pigs  CHG - Aces & Hogs







VGT - Countin' Cash

CHG - Amazing Ca$h#








VGT - Radiant Rocks[2]   CHG - 10,000 Diamonds#   CHG - 20,000 Diamonds

---

[2] As described in the Complaint, VGT also has another diamond-themed game called Diamond Fever, not pictured here.

VGT - Cap'n Crabby's Ca$h

CHG - Captain Bacon#







VGT - Red Hot Rubies x2

CHG - Pink Sapphires#




