# Attachment C

# Exhibit 5

DC: 6357922-1

 







