# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Video Gaming Technologies, Inc.
  Plaintiff(s)

vs.

Castle Hill Studios LLC, et al.
  Defendant(s)

Case Number: 17-CV-00454-GKF-JFJ

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Sherry H. Flax

2. State bar membership number: 198205010103

3. Business address, telephone and fax numbers: 500 E. Pratt St. Suite 900, Baltimore, MD 21202
   (410) 332-8784 (phone) (410) 332-8785 (fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Maryland; United States District Court for the District of Maryland; Second Circuit Court of Appeals; Third Circuit Courts; Fourth Circuit Court of Appeals; Supreme Court of the United States

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

_/s/ Sherry Flax_
Signature

Sherry Flax
Printed Name

03517
Bar Number

Saul Ewing Arnstein & Lehr LLP
Firm Name

500 E. Pratt St. Suite 900
Address

Baltimore
City

MD   21202
State  ZIP

(410) 332-8784
Phone

(410) 332-8785
Fax

sherry.flax@saul.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on   October 27, 2017   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

| | |
|---|---|
| Graydon D. Luthey, Jr. | Gary M. Rubman |
| Neil Kenneth Roman | Rebecca B. Dalton |
| Michael S. Sawyer | Peter A. Swanson |
| Duane Herman Zobrist | Jonathan Spencer Jacobs |

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*/s James C. Hodges*

Signature