IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

**VIDEO GAMING TECHNOLOGIES, INC.,**

    **Plaintiff,**

vs.   Case No. 17-cv-454-GKF-JFJ

**CASTLE HILL STUDIOS LLC
(dba CASTLE HILL GAMING);
CASTLE HILL HOLDING LLC
(dba CASTLE HILL GAMING); and
IRONWORKS DEVELOPMENT, LLC
(dba CASTLE HILL GAMING)**

    **Defendants.**

**MOTION FOR ADMISSION PRO HAC VICE**

James C. Hodges, pursuant to Local Civil Rule 83.3(b), moves this Court to admit non-resident attorney Robert Courtney Gill, *pro hac vice*, to represent Defendants Castle Hill Studios, LLC, Castle Hill Holding, LLC and Ironworks Development, LLC in this case.

Pursuant to Local Civil Rule 83.2(g), the undersigned counsel has attached a completed Request for Admission Pro Hac Vice (see attached Exhibit "1"). Counsel represents that Robert Courtney Gill is a member in good standing of the State Bars and Federal courts listed in the Request. In accordance with Local Civil Rule 83.3, the undersigned counsel has signed the first pleading filed and has agreed to act as local counsel in this case.

WHEREFORE, for the foregoing reasons, the undersigned counsel moves this Court, pursuant to Local Civil Rules 83.2(g) and 83.3, to admit Robert Courtney Gill, *pro hac vice*, to represent Defendants in this case.

Dated: October 27, 2017.

    Respectfully submitted,

    */s James C. Hodges*
    James C. Hodges, P.C.
    2622 East 21st Street, Suite 4
    Tulsa, Oklahoma 74114
    (918) 779-7078
    (918) 770-9779
    **JHodges@HodgesLC.com**

    **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Graydon Dean Luthey, Jr.; Gary M. Rubman; Neil K. Roman; Peter Andrew Swanson; Rebecca Barret Dalton, Michael Sawyer, Duane Herman Zobrist, Jonathan Spencer Jacobs

And I mailed a copy of the foregoing document by U.S. mail, with postage prepaid, to the following:

    */s James C. Hodges*
    James C. Hodges