## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.
   Plaintiff(s)

vs.   Case Number: 17-CV-00454-GKF-JFJ

CASTLE HILL STUDIOS LLC, et al.
   Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Thomas Sykes Schaufelberger

2. State bar membership number: 371934 (District of Columbia)

3. Business address, telephone and fax numbers: Saul Ewing Arnstein Lehr, LLP
   1919 Pennsylvania Avenue NW, Suite 550
   Washington, D.C. 20006   (202) 295-6609 (T)   (202) 295-6709 (F)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Virginia and District of Columbia (State); USDC - VA (ED and WD), USDC - MD; USDC - PA (ED, MIDDLE & WD)
   1st, 3rd, 4th, 11th, D.C. Circuit Court of Appeals

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

*[Signature]*
Signature

Thomas S. Schaufelberger        371934
Printed Name                    Bar Number

Saul Ewing Arnstein & Lehr, LLP
Firm Name

1919 Pennsylvania Avenue NW, Suite 550
Address

Washington              DC      20006
City                    State   ZIP

(202) 295-6609          (202) 295-6709
Phone                   Fax

thomas.schaufelberger@saul.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  Octoiber 27, 2017   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

| | |
|---|---|
| Graydon D. Luthey, Jr. | Gary M. Rubman |
| Neil Kenneth Roman | Rebecca B. Dalton |
| Michael S. Sawyer | Peter A. Swanson |
| Duane Herman Zobrist | Jonathan Spencer Jacobs |

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service  ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):


*/s James C. Hodges*
**Signature**