# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-454-GKF-JFJ |
| ) | |
| CASTLE HILL STUDIOS, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO STRIKE SCHEDULING CONFERENCE

Defendants Castle Hill Studios, LLC, Castle Hill Holding, LLC, and Ironworks Development, LLC (collectively, "Defendants"), respectfully request that the Court strike the Scheduling Conference set for October 30, 2017. In support of this Motion, Defendants state as follows:

1. Undersigned counsel from Saul Ewing Arnstein & Lehr, LLP was just retained on October 25, 2017 to represent Defendants in this matter. Requests for admission *pro hac vice* for Robert Gill, Thomas Schaufelberger, Sherry Flax, and Matthew Antonelli have been filed and granted on this date.

2. Prior counsel from Zobrist Law Group, PLLC, intend to file motions to withdraw from the case. Local counsel James C. Hodges continues to represent the Defendants.

3. Before Saul Ewing Arnstein & Lehr was retained, the parties filed a Joint Status Report (Dkt #32), pursuant to Local Rule 16.1(b)(1), and the Court set a Scheduling Conference for October 30, 2017 at 10:30 a. m (Dkt #33).

4. New counsel for Defendants has begun reviewing the record in this matter, and has conferred with counsel for Plaintiff. The parties have agreed that the Court should strike the October 30, 2017 Scheduling Conference.

5.  Based on our initial review of the parties' Joint Status Report, it appears that the parties requested a Scheduling Conference to address Defendants' request that discovery be sequenced as to Plaintiff's trade secrets claim. Defendants have agreed to withdraw this request. Based on this agreement, counsel believe that there is no longer a need for the Scheduling Conference.

6.  Pursuant to Local Rule 7.2(k), Defendants' counsel has conferred with counsel for the Plaintiff, who agree to strike the Scheduling Conference.

7.  This Motion is filed in good faith for the reasons stated and not for purposes of delay.

WHEREFORE, Defendants Castle Hill Studios, LLC, Castle Hill Holding, LLC, and Ironworks Development, LLC move for entry of an Order striking the October 30, 2017 Scheduling Conference.

Dated:  October 27, 2017                        Respectfully submitted,

*s/James C. Hodges*
James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

-3-

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

*Counsel for Defendants*

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of October, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to Plaintiff's counsel:

Graydon Dean Luthey, Jr.
Neil K. Roman
Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton

*Attorneys for Plaintiff*

Duane H. Zobrist
Jonathan S. Jacobs

*Additional Counsel for Defendants*

                                            *s/ James C. Hodges*