# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Video Gaming Technologies, Inc.,
                Plaintiff(s),

vs.

Castle Hill Studios, LLC. Et al.,
                Defendant(s).

Case Number: 17-cv-454-GKF-JFJ
Proceeding: Motion Hearing
Date: 12-6-2017
Court Time: 9:30 a.m.

## MINUTE SHEET

Jodi F. Jayne, U.S. Magistrate Judge     C. Portilloz, Deputy Clerk     C1, Reporter

Counsel for Plaintiff: Gary Rubman, Graydon Luthey, Jr., Michael Sawyer

Counsel for Defendant: James Hodges, Jonathan Jacobs, Robert Gill

Minutes: Case called for hearing regarding Plaintiff's Motion to Compel Trade Secret Discovery and For Entry of a Protective Order (ECF No. 47). Argument heard. The motion (ECF No. 47) is denied in its entirety for reasons stated at the hearing. The parties are directed to meet and confer and submit either a joint motion for protective order or to file necessary motions to resolve remaining disputes as to the protective order no later than 12/20/17.

Court Time

9:30 - 10:33 a.m.