#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **VIDEO GAMING TECHNOLOGIES, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 17-CV-454-GKF-JFJ |
| v. | ) ) | |
| **CASTLE HILL STUDIOS, LLC, ET AL.,** | ) ) | |
| Defendants. | ) ) ) | |

### ORDER

Before the Court is the parties' Joint Submission of Entry of a Protective Order (ECF No. 53), which the Court construes as a joint motion for entry of a protective order. The motion (ECF No. 53) is GRANTED.

The Court approves the agreed-upon changes to the Court's standard protective order. With respect to the dispute regarding Paragraph 4(b)(iv), the Court adopts the language proposed by Plaintiff. Plaintiff has shown good cause for reducing the number of non-lawyer party representatives who may view Confidential Information from five to three. Further, the provision includes a process whereby Defendants may seek to request viewing privileges for additional individuals if specific need arises. Therefore, the Court will enter the Stipulated Protective Order attached as Exhibit B to the motion with Plaintiff's proposed language for Paragraph 4(b)(iv).

**SO ORDERED** this 22nd day of December 2017.

JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT