# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
Plaintiff(s)

vs.

Case Number: 17-CV-00454-GKF-JFJ

CASTLE HILL STUDIOS LLC, et al.
Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Jeremy Brian Darling

2. State bar membership number: Pennsylvania 309652

3. Business address, telephone and fax numbers: Saul Ewing Arnstein & Lehr, LLP, One PPG Place, Suite 3010, Pittsburgh, Pennsylvania 15222, Telephone: 412-209-2508, Fax: 412-209-2592

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Pennsylvania; United States District Court for the Western District of Pennsylvania; United States Court of Appeals for the Third Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

Signature: [signed]

Jeremy B. Darling
Printed Name                                              Bar Number

Saul Ewing Arnstein & Lehr LLP
Firm Name

One PPG Place, Suite 3010
Address

Pittsburgh                                    PA        15222
City                                          State     ZIP

(412) 209-2508                                (412) 209-2592
Phone                                         Fax

jeremy.darling@saul.com
Email Address

Motion for Admission Pro Hac Vice                1                              AT-05 (6/06)

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

| | |
|---|---|
| Graydon D. Luthey, Jr. | Gary M. Rubman |
| Neil Kenneth Roman | Rebecca B. Dalton |
| Michael S. Sawyer | Peter A. Swanson |
| Duane Herman Zobrist | Jonathon Spencer Jacobs |
| Sherry H. Flax | Robert Courtney Gill |
| Matthew Antonelli | Thomas Sykes Schaufelberger |

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service   ☐ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):




/s James C. Hodges
Signature