## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE HILL STUDIOS LLC, *et al.*<br><br>Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

### MOTION FOR ADMISSION PRO HAC VICE – HENRY A. PLATT

James C. Hodges, pursuant to Local Civil Rule 83.3(b), moves this Court to admit non-resident attorney Henry A. Platt, *pro hac vice*, to represent Defendants Castle Hill Studios, LLC, Castle Hill Holding, LLC and Ironworks Development, LLC in this case.

Pursuant to Local Civil Rule 83.2(g), the undersigned counsel has attached a completed Request for Admission Pro Hac Vice (see attached Exhibit "1").  Counsel represents that Henry A. Platt is a member in good standing of the State Bars and Federal courts listed in the Request. In accordance with Local Civil Rule 83.3, the undersigned counsel has signed the first pleading filed and has agreed to act as local counsel in this case.

WHEREFORE, for the foregoing reasons, the undersigned counsel moves this Court, pursuant to Local Civil Rules 83.2(g) and 83.3, to admit Henry A. Platt, *pro hac vice*, to represent Defendants in this case.

Dated:  February 23, 2018							Respectfully submitted,

                *s/ James C. Hodges*
                James C. Hodges, OBA #4254
                JAMES C. HODGES, P.C.
                2622 East 21st Street, Suite 4
                Tulsa, Oklahoma 74114
                (918) 779-7078
                (918) 770-9779 (facsimile)
                JHodges@HodgesLC.com

                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2018, I electronically transmitted the attached **MOTION FOR ADMISSION PRO HAC VICE – HENRY A. PLATT** to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Graydon Dean Luthey, Jr., OBA 5568
Gable Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*s/ James C. Hodges*
James C. Hodges