# EXHIBIT C

Message

| | |
|---|---|
| **From**: | Jason Sprinkle [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0302DD6633E34D6AAC6A03F9173E0BC2-JASON.SPRIN] |
| **Sent**: | 2/24/2015 2:54:58 PM |
| **To**: | Rich Sisson [richard.sisson@castlehillgaming.com]; Aaron Milligan [aaron.milligan@castlehillgaming.com]; Zach Trover [zachary.trover@castlehillgaming.com] |
| **Subject**: | FW: Arctic Cash layout and more idea sketches |

Sorry I missed reply all

**From:** Jason Sprinkle
**Sent:** Monday, February 23, 2015 5:49 PM
**To:** Zach Trover
**Subject:** RE: Arctic Cash layout and more idea sketches



AC is looking good but one key ingredient is missing.I would like some of these colors added, maybe the horizon , think of it as the aurora borealis and all that . It just  needs to be reminiscent of this color scheme, for player familiarity and comfort.
Take a wack at it.

**From:** Zach Trover
**Sent:** Monday, February 23, 2015 5:04 PM

CHG0008682

**To:** Jason Sprinkle; Aaron Milligan; Rich Sisson
**Subject:** Arctic Cash layout and more idea sketches

If we're all cool with this Arctic Cash layout I can start cleaning it up and finalizing the art. (I think using Aaron's background brought it all together).

Also attached are a bunch of sketches and ideas.

A bunch of themed ideas and some funky chupmunks...

Oh and Jason once mentioned wanting to have a character that shows up in other games or during free spins, so I did a King Cash/Max Cash character. I'm sure those names are taken but there might be something fun there.

CHG0008683