# EXHIBIT B

| | |
|---|---|
| **From:** | Sawyer, Michael |
| **To:** | Antonelli, Matthew; "dluthey@gablelaw.com"; Dalton, Rebecca; Rubman, Gary; Roman, Neil; Swanson, Peter |
| **Cc:** | Gill, Robert C.; Flax, Sherry H.; Schaufelberger, Thomas S.; "Jonathan Jacobs"; "Duane Zobrist"; "jhodges@hodgeslc.com"; Darling, Jeremy B.; Platt, Henry A. |
| **Subject:** | RE: VGT v. Castle Hill, Case No. 17-CV-454-GKF-JFJ (N.D. Okla.) |
| **Date:** | Monday, March 05, 2018 5:22:48 PM |
| **Attachments:** | image001.png |

Matthew,

We are working to find dates when Barry Smitherman, Butch McGill, James Starr, Ryan North, and Dave Marsh are available for deposition. With respect to Mr. Marsh (for whom you were giving less than two weeks' notice), the noticed date of March 9 will not work. We are investigating available dates for each of the witnesses, and will be back in touch soon.

Best,
Mike

**From:** Antonelli, Matthew [mailto:matt.antonelli@saul.com]
**Sent:** Monday, February 26, 2018 7:42 PM
**To:** Sawyer, Michael <msawyer@cov.com>; 'dluthey@gablelaw.com' <dluthey@gablelaw.com>; Dalton, Rebecca <RDalton@cov.com>; Rubman, Gary <grubman@cov.com>; Roman, Neil <nroman@cov.com>; Swanson, Peter <pswanson@cov.com>
**Cc:** Gill, Robert C. <Robert.Gill@saul.com>; Flax, Sherry H. <Sherry.Flax@saul.com>; Schaufelberger, Thomas S. <tschauf@saul.com>; 'Jonathan Jacobs' <jjacobs@zoblaw.com>; 'Duane Zobrist' <dzobrist@zoblaw.com>; 'jhodges@hodgeslc.com' <jhodges@hodgeslc.com>; Darling, Jeremy B. <Jeremy.Darling@saul.com>; Platt, Henry A. <Henry.Platt@saul.com>
**Subject:** VGT v. Castle Hill, Case No. 17-CV-454-GKF-JFJ (N.D. Okla.)

Good Evening –

Please see the attached discovery response and deposition notices.

Best,
Matt



**Matthew J. Antonelli**
1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434
Tel: 202.295.6608 | Fax: 202.295.6714
matt.antonelli@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:

+~~~~~~~~~~~~~~~~~~~~~~~+

This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.

+~~~~~~~~~~~~~~~~~~~~~~~+