# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>    (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>    (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>    (d/b/a CASTLE HILL GAMING)<br><br>       Defendants. | Case No. 4:17-cv-00454-GKF-jfj |

## PLAINTIFF'S MOTION TO SEAL
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
## AND SUPPORTING DECLARATION

Pursuant to Local Rule 79.1, General Order In Re The Use of Confidential Information In Civil Cases ("GO 08-11"), and paragraph 2(f) of the Stipulated Protective Order (Dkt. 55), Plaintiff Video Gaming Technologies, Inc. ("VGT"), hereby requests that the Court enter an order to seal Plaintiff's unredacted Motion for Leave to File Amended Complaint ("the Motion for Leave") (Dkt. 73) and Exhibits A, C, D, E, F, G, H, I, J, K, L, M, N, O, P and Q to the Declaration of Michael S. Sawyer in Support of Plaintiff's Motion for Leave to File Amended Complaint ("the Sawyer Declaration") (Dkt. 74). In support of this motion, Plaintiff states the following:

1.    Portions of the Motion for Leave contain both Plaintiff's and Defendants' sensitive and/or proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

1

2. Exhibit A to the Sawyer Declaration consists of email correspondence between counsel for VGT and counsel for Castle Hill Gaming ("CHG") dated between April 9, 2018 and May 18, 2018. This correspondence contains sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

3. Exhibit C to the Sawyer Declaration consists of an excerpt from PLAINTIFF'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT CASTLE HILL STUDIO LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-13). Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), VGT has designated portions of these responses as Highly Confidential Information because they contain proprietary trade secret information.

4. Exhibit D to the Sawyer Declaration consists of an excerpt from DEFENDANTS' SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANTS. Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), CHG has designated portions of these responses as Highly Confidential Information.

5. Exhibit E to the Sawyer Declaration is a document produced by CHG to VGT bearing Bates stamps CHG0089317-20. Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), CHG has designated this document as Highly Confidential Information.

6. Exhibit F to the Sawyer Declaration is an excerpt of a document produced by VGT to CHG bearing Bates stamps VGT0001813-32. Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), VGT has designated this document as Highly Confidential Information because it contains proprietary trade secret information.

7. Exhibit G to the Sawyer Declaration is a letter sent by counsel for VGT to counsel for CHG dated April 11, 2018. This correspondence contains sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

8. Exhibit H to the Sawyer Declaration is a document produced by CHG to VGT bearing Bates stamps CHG0089197-98. Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), CHG has designated this document as Highly Confidential Information.

9. Exhibit I to the Sawyer Declaration consists of an excerpt from the deposition transcript of Andrew Scheiner that is referenced in the Motion for Leave. Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), counsel for Defendants may seek to designate portions of Mr. Scheiner's deposition transcript as Confidential Information, Highly Confidential Information, or Highly Confidential Source Code Information within thirty (30) days of receipt of the deposition transcript or copy thereof. Until the expiration of this thirty-day period, the entire deposition transcript must be treated as Highly Confidential Source Code. In the event that Defendants do not designate the attached pages of Mr. Scheiner's deposition transcript as confidential, VGT intends to file an unredacted version of Exhibit I to the Sawyer Declaration.

10. Exhibit J to the Sawyer Declaration consists of an excerpt from the rough deposition transcript of Alan Roireau that is referenced in the Motion for Leave. Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), counsel for Defendants may seek to designate portions of Mr. Roireau's deposition transcript as Confidential Information, Highly Confidential Information, or Highly Confidential Source Code Information within thirty (30) days of receipt of the deposition transcript or copy thereof. Until the expiration of this thirty-day period, the entire deposition transcript must be treated as Highly Confidential Source Code. In the event that

Defendants do not designate the attached pages of Mr. Roireau's deposition transcript as confidential, VGT intends to file an unredacted version of Exhibit J to the Sawyer Declaration.

11.     Exhibit K to the Sawyer Declaration is a letter sent by counsel for CHG to counsel for VGT dated April 3, 2018.  This correspondence contains sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

12.     Exhibit L to the Sawyer Declaration is a letter sent by counsel for CHG to counsel for VGT dated April 9, 2018.  This correspondence contains VGT's sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

13.     Exhibit M to the Sawyer Declaration is a letter sent by counsel for CHG to counsel for VGT dated April 14, 2018.  This correspondence contains sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

14.     Exhibit N to the Sawyer Declaration is a letter sent by counsel for VGT to counsel for CHG dated April 25, 2018.  This correspondence contains sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

15.     Exhibit O to the Sawyer Declaration is a letter sent by counsel for VGT to counsel for CHG dated March 22, 2018.  This correspondence contains sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

16.     Exhibit P to the Sawyer Declaration is a document produced by CHG to VGT bearing Bates stamps CHG095379–90.  Pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), CHG has designated this document as Highly Confidential Information.

17.     Exhibit Q to the Sawyer Declaration is a letter sent by counsel for VGT to counsel for CHG dated April 5, 2018.  This correspondence contains sensitive and proprietary trade secret information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

18.     In accordance with Local Rule 79.1, GO 08-11, and the Stipulated Protective Order, Plaintiff has filed both a public, Redacted Motion for Leave to File Amended Complaint, *see* Dkt. 71, and a sealed, unredacted Motion for Leave (Dkt. 73).  Plaintiff has also filed both a public, Redacted Declaration of Michael S. Sawyer in Support of Plaintiff's Motion for Leave to File Amended Complaint, *see* Dkt. 72, and a sealed, unredacted Sawyer Declaration (Dkt. 74).

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting sealing the Motion for Leave (Dkt. 73) and Exhibits A, C, D, E, F, G, H, I, J, K, L, M, N, O, P and Q to the Sawyer Declaration (Dkt. 74).

May 21, 2018                    Respectfully submitted,

*/s/ Gary Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, I filed the foregoing via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                    */s/ Michael S. Sawyer*