IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-00454-GKF-JFJ |
| | ) |
| CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING), | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUPPORTING DECLARATION**

This matter is before the Court on Plaintiff's Motion to Seal Motion for Leave to File Amended Complaint and Supporting Declaration (Dkt. 75). The Court being fully advised, the Motion is GRANTED. Pursuant to Local Rule 79.1, General Order In Re The Use of Confidential Information In Civil Cases, Plaintiff's Motion for Leave to File Amended Complaint (Dkt. 73) and Exhibits A, C, D, E, F, G, H, I, J, K, L, M, N, O, P and Q to the Declaration of Michael S. Sawyer in Support of Plaintiff's Motion for Leave to File Amended Complaint (Dkt. 74), shall remain under seal.

IT IS SO ORDERED this 22nd day of May, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE