## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

        Plaintiff,

    vs.

CASTLE HILL STUDIOS LLC, *et al.*

        Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

**REDACTED**

### DECLARATION OF MATTHEW J. ANTONELLI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILED AMENDED COMPLAINT

1.    I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2.    Attached as Exhibit A is a true and correct copy of an e-mail from VGT's counsel to Castle Hill's counsel dated June 4, 2018.

3.    Attached as Exhibit B is a true and correct copy of an excerpt from the May 10, 2018 deposition transcript of Butch McGill.

4.    Attached as Exhibit C is a true and correct copy of a document produced by VGT to Castle Hill bearing Bates range VGT0001788 – VGT0001812.

5.    Attached as Exhibit D is a true and correct copy of an excerpt from the May 23, 2018 deposition transcript of James Starr.

6.    Attached as Exhibit E is a true and correct copy of an excerpt from the May 15, 2018 deposition transcript of Alan Roireau.

7.      Attached as Exhibit F is a true and correct copy of an excerpt from the December 6, 2017 hearing transcript of a hearing before the Honorable Jodi F. Jayne.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2018 in Washington, District of Columbia.

*/s/ Matthew J, Antonelli*
Matthew J. Antonelli

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2018, I filed the foregoing **Declaration Of Matthew J. Antonelli in Support of Defendants' Opposition to Plaintiff's Motion for Leave to Filed Amended Complaint** via ECF, which caused a true and correct copy to be delivered to the following:

Graydon Dean Luthey, Jr.,
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli