# EXHIBIT F

```
                                                                        1

 1                  UNITED STATES DISTRICT COURT FOR THE

 2                     NORTHERN DISTRICT OF OKLAHOMA

 3

 4   VIDEO GAMING TECHNOLOGIES, INC.,   )
                                        )
 5                  Plaintiff,          )
                                        )
 6   vs.                                ) CASE NO. 17-CV-454-GKF-JFJ
                                        )
 7   CASTLE HILL STUDIOS, LLC., et al., )
                                        )
 8                  Defendants.         )

 9

10

11

12

13

14

15              TRANSCRIPT OF RECORDED PROCEEDINGS
                        DECEMBER 6, 2017
16      BEFORE THE HONORABLE JODI F. JAYNE, MAGISTRATE JUDGE PRESIDING

17                          **MOTION HEARING**

18

19

20

21

22

23

24

25
```

2

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF:           MR. GARY M. RUBMAN
                                  MR. MICHAEL SAWYER
 3                                Covington & Burling, LLP
                                  One City Center
 4                                850 Tenth Street, NW
                                  Washington, D.C. 20001-4956
 5
                                  MR. GRAYDON DEAN LUTHEY, JR.
 6                                Gable Gotwals
                                  1100 ONEOK Plaza
 7                                100 W. 5th Street
                                  Tulsa, OK 74103-4217
 8
     FOR THE DEFENDANTS:          MR. JAMES COLLIN HODGES
 9                                James C. Hodges, PC
                                  2622 E. 21st Street
10                                Suite 4
                                  Tulsa, OK 74114
11
                                  MR. JONATHAN SPENCER JACOBS
12                                Zobrist Law Group PLLC
                                  1900 Arlington Blvd.
13                                Suite B
                                  Charlottesville, VA 22905
14
                                  MR. ROBERT COURTNEY GILL
15                                Saul Ewing Arnstein
                                  & Lehr LLP
16                                1919 Pennsylvania Avenue NW
                                  Suite 550
17                                Washington, D.C. 20006

18                        **********

19

20

21

22

23

24

25
```

```
 1  PROCEEDINGS:
 2  ---------------------------------------------------------------
 3          THE DEPUTY COURT CLERK:  This is case number 17-CV-
 4  454-GKF-JFJ, Video Gaming Technologies, Inc. vs. Castle Hill
 5  Studies -- or Studios -- sorry -- LLC, et al.
 6      Counsel, please enter your appearance for the record.
 7          MR. LUTHEY:  Good morning, Your Honor.
 8          THE COURT:  Good morning.
 9          MR. LUTHEY:  Dean Luthey for the plaintiff, and I have
10  with me as my co-counsel, who have been admitted pro hac vice
11  in this case, Mr. Gary Rubman and Mr. Michael Sawyer of the
12  District of Columbia.
13          THE COURT:  Good morning.  Welcome to Tulsa.
14  Mr. Rubman; is that right?
15          MR. RUBMAN:  It's actually Rubman, but --
16          THE COURT:  Rubman.  Okay.
17          MR. RUBMAN:  -- people say either.
18          THE COURT:  Rubman and Mr. Sawyer.  Okay.
19          MR. HODGES:  James Hodges for the Castle Hill
20  defendants.  With me is Robert Gill of Washington and Jonathan
21  Jacobs of Washington.
22          THE COURT:  Okay.  Which is which?
23          MR. HODGES:  Mr. Gill (INDICATING).
24          THE COURT:  Mr. Gill?  Okay.
25          MR. GILL:  Good morning, Your Honor.
```

1  well as with the court, confirm that and we think that they're
2  reneging on that deal and that's really why we're here.
3          **THE COURT:**  Tell me what prejudice you think you've
4  suffered as a result of that at this point.
5          **MR. RUBMAN:**  Well, we want this case to get moving.
6  We think there's a lot of smoke, we think there's a lot of fire
7  here.  In our mind, they are literally copying our games.  We
8  won't go into detail there.  They're some of our most senior
9  former employees.  There's a lot of reason to believe very
10 strongly that they're using our trade secrets.  We want this
11 discovery, we want to proceed quickly, and we've been trying to
12 proceed quickly.  We want to get to injunctive relief.  Once we
13 get that discovery, we think we'll be in a position, depending
14 on what the discovery shows, we think it's going to confirm
15 everything we're saying and we want to file a preliminary
16 injunction and we've told them that and that's why we want this
17 case to move.  We want to get into discovery.
18         **THE COURT:**  The fact that you don't have a scheduling
19 order in place makes it less important that we move quickly, to
20 me.  I understand that he didn't -- Judge Frizzell did not stay
21 discovery, --
22         **MR. RUBMAN:**  Uh-huh.
23         **THE COURT:**  -- obviously, and you guys are proceeding
24 with discovery.  But the fact that he entered an order that
25 says, "I'm going to wait to enter a scheduling order until I

```
1  entire thing needs sealed.
2         MR. GILL:  Okay.  Fair enough.
3         THE COURT:  So, yes.
4     Okay.  Is there anything else that we need to take up here
5  today, Mr. Rubman?
6         MR. RUBMAN:  No, Your Honor.
7         THE COURT:  Mr. Gill?
8         MR. GILL:  No, ma'am.  Thank you.
9         THE COURT:  Thank you both.
10        THE DEPUTY COURT CLERK:  All rise.
11        THE COURT:  Court's adjourned.
12     (PROCEEDINGS CLOSED)
```

### REPORTER'S CERTIFICATION

WHILE NOT PRESENT TO STENOGRAPHICALLY REPORT THE FOREGOING PROCEEDINGS, I CERTIFY THAT IT WAS TRANSCRIBED TO THE BEST OF MY ABILITY FROM A DIGITAL AUDIO RECORDING.

CERTIFIED: *s/Greg Bloxom*
Greg Bloxom, RMR, CRR
United States Court Reporter
333 W. 4th Street, RM 411
Tulsa, OK 74103
(918)699-4878
greg_bloxom@oknd.uscourts.gov