# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00454-GKF-JFJ |
| | ) |
| CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUPPORTING DECLARATION

This matter is before the Court on Defendants' Motion to Seal Opposition to Plaintiff's Motion for Leave to File Amended Complaint and Supporting Declaration (ECF No. 81). The Court being fully advised, the Motion is GRANTED. Pursuant to Local Rule 79.1 and General Order In Re The Use of Confidential Information In Civil Cases, Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 79) and Exhibits A, B, C, D, and E to the Declaration of Matthew J. Antonelli in Support of Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 80), shall remain under seal.

IT IS SO ORDERED this 12th day of June, 2018.

*/s/ Gregory K. Frizzell*
GREGORY K. FRIZZELL, CHIEF JUDGE