IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASTLE HILL STUDIOS LLC )<br>(d/b/a CASTLE HILL GAMING); )<br>CASTLE HILL HOLDING LLC )<br>(d/b/a CASTLE HILL GAMING); and )<br>IRONWORKS DEVELOPMENT, LLC )<br>(d/b/a CASTLE HILL GAMING), )<br>)<br>Defendants. ) | Case No. 17-cv-00454-GKF-JFJ |

**ORDER GRANTING DEFENDANTS' MOTION TO
SEAL REDACTED OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter is before the Court on Defendants' Motion to Seal Redacted Opposition to Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 83). The Court being fully advised, hereby grants the Motion. Pursuant to Local Rule 79.1 and General Order In Re The Use of Confidential Information In Civil Cases, Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 77) shall be sealed. However, pursuant to Local Rule 79.1 and General Order No. 08-11, counsel for Defendants, after consultation and review with Plaintiff's counsel, shall prepare and file a public, redacted opposition brief, on or before June 29, 2018.

IT IS SO ORDERED this 25th day of June, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE