IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-00454-GKF-JFJ |
| | ) | |
| CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING), | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL ITS REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUPPORTING DECLARATION**

Before the Court is Plaintiff's Motion to Seal Its Reply in Support of Motion for Leave to File Amended Complaint and Supporting Declaration (Dkt. 88). The Court being fully advised, it is ORDERED that the Motion is GRANTED. Pursuant to Local Rule 79.1 and the Court's General Order In Re The Use of Confidential Information In Civil Cases, Plaintiff's unredacted Reply In Support of Its Motion for Leave to File Amended Complaint and Exhibit S to the Declaration of Peter A. Swanson in Support of Plaintiff's Motion for Leave to File Amended Complaint (collectively, Dkt. 87) shall remain under seal. Plaintiff has also filed a public, redacted version of the reply at Dkt. 86.

IT IS SO ORDERED this 26th day of June, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE