UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Video Gaming Technologies, Inc.,

    Plaintiff(s),

vs.                                        Case Number: 17-cv-00454-GKF-JFJ

Castle Hill Studios LLC, et al.,

    Defendant(s).

### SETTLEMENT CONFERENCE REPORT

On 6/26/2018 a Settlement Conference was held in the captioned matter.

☐    The litigation was settled; within _____ days of the date hereof, the Plaintiff and Defendant shall file:

        --    a Stipulation of Dismissal
              OR
        --    Agreed Judgment and
              Motion to Enter Agreed Judgment

X    The litigation was not settled.

☐    Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2018.

DATED: 7/3/2018

*Frank H. McCarthy* (signature)
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE