IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>    (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>    (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>    (d/b/a CASTLE HILL GAMING)<br><br>    Defendants. | Case No. 4:17-cv-00454-GKF-jfj<br><br>**REDACTED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Local Civil Rule 7.2(h), Plaintiff Video Gaming Technologies, Inc. ("VGT") respectfully moves for leave to file a supplemental brief in support of its motion for leave to amend its complaint to add trade secret claims under federal and Virginia law (Dkt. No. 73). The reason for the supplemental brief is to apprise the Court of recently discovered evidence that raises questions about arguments Defendants made in opposing VGT's motion for leave to amend. Specifically, Defendants' opposition to that motion asserts that "VGT's 'on information and belief' allegation that Castle Hill misappropriated its source code has turned out to be completely false." Dkt. No. 79 at 4. But recently discovered evidence indicates that two former VGT engineers now employed by Defendants took source code when leaving VGT. Indeed, in an exchange between two former VGT engineers (both of whom joined Defendants), one of the engineers admitted, "███████████████████████████████████████

███." The other responded, in part, ████████████████████████ and acknowledged that he also took source code with him when he left VGT.

Defendants did not produce this information until June 15, and Plaintiff discovered it on June 28. Plaintiff promptly discussed this issue with Defendants on June 29, and requested Defendants' position on this motion in a July 2 letter. But Defendants have declined to provide a position on this motion. Although Plaintiff's investigation into this issue is ongoing, the new evidence raises questions about statements made in Defendants' opposition brief. Accordingly, Plaintiff moves to file a two-page supplemental brief, which is already drafted, to ensure that there is a complete record before the Court.

Dated: July 9, 2018

Respectfully submitted,

*/s/ Gary M. Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I caused the foregoing to be filed via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                                    */s/ Gary M. Rubman*