# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-00454-GKF-JFJ |
| | ) |
| CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL ITS MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

This matter is before the Court on Plaintiff's Motion to Seal Its Motion for Leave to File Supplemental Brief in Support of Its Motion for Leave to File Amended Complaint [Doc. 93]. Being fully advised, the Court hereby grants the Motion. Pursuant to Local Rule 79.1 and the Court's General Order In Re The Use of Confidential Information In Civil Cases, Plaintiff's unredacted Motion for Leave to File Supplemental Brief in Support of Its Motion for Leave to File Amended Complaint [Doc. 92] shall remain under seal.

IT IS SO ORDERED this 10th day of July, 2018.

*[signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE