IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-00454-GKF-JFJ |
| | ) | |
| CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING), | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF
<u>ITS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>**

This matter is before the Court on Plaintiff's Motion for Leave to File Supplemental Brief in Support of Its Motion for Leave to File Amended Complaint [Doc. 92]. Being fully advised, the Court hereby grants Plaintiff permission to file a two-page Supplemental Brief in Support of Its Motion for Leave to File Amended Complaint.

IT IS SO ORDERED this 10th day of July, 2018.

*/s/ Gregory K. Frizzell*
GREGORY K. FRIZZELL, CHIEF JUDGE