IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-jfj |
| | ) | |
| 1) CASTLE HILL STUDIOS LLC | ) | **REDACTED** |
|    (d/b/a CASTLE HILL GAMING); | ) | |
| 2) CASTLE HILL HOLDING LLC | ) | |
|    (d/b/a CASTLE HILL GAMING); and | ) | |
| 3) IRONWORKS DEVELOPMENT, LLC | ) | |
|    (d/b/a CASTLE HILL GAMING) | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF
ITS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Video Gaming Technologies, Inc. ("VGT") submits this supplemental brief to advise the Court of recently discovered evidence related to the briefing on VGT's motion for leave to file an amended complaint (Dkt. No. 73).

In opposing VGT's motion and in an attempt to suggest that VGT's claims of trade secret misappropriation lack merit, Defendants repeatedly asserted that they did not misappropriate any of VGT's source code. *See* Dkt. No. 79 at 1–4. Although VGT's claims of trade secret misappropriation are not (and have never been) limited to source code, but rather include other trade secrets, such as ███████████████████ that Defendants misappropriated (*see* Dkt. No. 87 at 1–2, 6–7), recently produced documents confirm that Defendants' employees did, in fact, take source code from VGT.

In a recently produced text conversation between former VGT engineers who are now employed by Defendants, one engineer wrote: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Decl. of Michael S. Sawyer in Support of Pl.'s Suppl. Br. ("Sawyer Decl."), Ex. T, at CHG0124581.  The other engineer responded, ▓▓▓▓▓▓▓▓▓▓ *Id.* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.)  Although that engineer said that ▓▓▓▓▓▓▓▓▓ to VGT, *id.*, he also repeatedly suggested using ▓▓▓▓▓▓▓▓▓▓.  *See* Sawyer Decl. Ex. U, at CHG0126287 ▓▓▓▓▓▓▓▓▓"); Sawyer Decl., Ex. V, at CHG0126311 ▓▓▓▓▓▓▓▓▓▓▓.

While VGT is continuing to investigate the matter, this recently discovered evidence raises questions about the statements made in Defendants' opposition brief, as well as in Defendants' discovery responses.  VGT has sought additional discovery from Defendants, including documents and code (which VGT has not yet received) and the depositions of the two engineers (which are scheduled for July 10 and 13), in order to ascertain all of the facts.  VGT, however, wanted to promptly apprise the Court of this development so that the Court has a complete record when considering VGT's motion for leave to amend.

Dated: July 10, 2018                                    Respectfully submitted,

*/s/ Gary M. Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2018, I filed the foregoing via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                    */s/ Gary M. Rubman*