# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>    (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>    (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>    (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-jfj <br><br> **REDACTED** |

## DECLARATION OF MICHAEL S. SAWYER IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF

Pursuant to 28 U.S.C. § 1746, I, Michael S. Sawyer, hereby declare the following:

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT"). I was admitted *pro hac vice* in this case on August 9, 2017. I make this declaration in support of VGT's motion for leave to file an amended complaint.

2. Attached as **Exhibit T** is a true and correct copy of a document produced by Defendants on June 15, 2018 bearing Bates numbers CHG0124577–82.

3. Attached as **Exhibit U** is a true and correct copy of a document produced by Defendants on June 15, 2018 bearing Bates numbers CHG0126285–89.

4. Attached as **Exhibit V** is a true and correct copy of a document produced by Defendants on June 15, 2018 bearing Bates numbers CHG0126310–14.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2018 in Washington, District of Columbia.

                                             */s/ Michael S. Sawyer*
                                             Michael S. Sawyer

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 10, 2018, I filed the foregoing via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                    */s/ Michael Sawyer*