# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-00454-GKF-JFJ |
| | ) |
| CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUPPORTING DECLARATION

This matter is before the Court on Plaintiff's Motion to Seal Its Supplemental Brief in Support of Its Motion for Leave to File Amended Complaint and Supporting Declaration (Dkt. No. 98). Being fully advised, the Court hereby grants the Motion.

Pursuant to Local Rule 79.1 and the Court's General Order In Re The Use of Confidential Information In Civil Cases, Plaintiff's unredacted Supplemental Brief in Support of Its Motion for Leave to File Amended Complaint and Exhibits T, U and V to the Declaration of Michael S. Sawyer in Support of Plaintiff's Supplemental Brief (collectively, Dkt. No. 97) shall remain under seal.

IT IS SO ORDERED this 10th day of July, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE