# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
                             Plaintiff,

vs.                                                    Case Number: 17-CV-454-GKF-JFJ

CASTLE HILL STUDIOS LLC, et al.,
                                Defendants.

**SECOND AMENDED SCHEDULING ORDER**

| # | Date | Description |
|---|------|-------------|
| 1. | --- | INITIAL DISCLOSURE Under Federal Procedure 26(a)(1) (Not Filed of Record) |
| 2. | --- | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS |
| 3. | --- | EXCHANGE OF PRELIMINARY WITNESS LISTS AND EXHIBITS (Not Filed of Record) |
| 4. | 8-3-2018 | **FACT** DISCOVERY CUTOFF |
| 5. | 8-10-2018 | PLAINTIFF/DEFENDANTS' OPENING EXPERT IDENTIFICATION & REPORTS Under FRCP 26(a)(2) (Not Filed of Record) |
| 6. | 8-31-2018 | PLAINTIFF/DEFENDANTS' OPPOSITION EXPERT REPORTS (Under FRCP 26(a)(2) (Not Filed of Record) |
| 7. | 9-14-2018 | PLAINTIFF/DEFENDANTS' REPLY EXPERT REPORTS Under FRCP 26(a)(2) (Not Filed of Record) |
| 8. | 9-28-2018 | **EXPERT** DISCOVERY CUTOFF (Interrogatories and Rule 34 requests must be made 30 days in advance of this date) |
| 9. | N/A | SETTLEMENT CONFERENCE REQUESTED AFTER _____ |
| 10. | 10-5-2018 | DISPOSITIVE MOTIONS AND DAUBERT MOTIONS |
| 11. | 10-5-2018 | MOTIONS IN LIMINE (Attorney meeting to resolve issues required before filing) |
| 12. | 12-14-2018 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (File pleading with deponent name, page and line designations) |
| 13. | 12-21-2018 | COUNTER-DESIGNATIONS (File pleading with deponent name, page and line designations) |
| 14. | 1-11-2019 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED (Attorney Meeting to resolve objections required before filing) |
| 15. | **1-15-2019** | **HEARING ON DISPOSITIVE MOTIONS** at **1:30 p.m.** |
| 16. | 1-18-2019 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) |
| 17. | 1-25-2019 | AGREED PROPOSED PRETRIAL ORDER - Including Final Witness & Exhibit Lists with Objections |
| 18. | **2-4-2019** | **PRETRIAL CONFERENCE** at **9:30 a.m.** |
| 19. | 2-11-2019 | REQUESTED JURY INSTRUCTIONS, REQUESTED VOIR DIRE & TRIAL BRIEFS |
| 20. | **2-19-2019** | **TRIAL DATE:** [x] JURY at 9:30 a.m. |

Joint Motion to Extend Scheduling Order Deadlines [Doc. No. 100] hereby Granted.

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 12th day of July, 2018.

_____
Gregory K. Frizzell
Chief District Judge