# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

     Plaintiff,

  vs.

CASTLE HILL STUDIOS LLC, *et al.*

     Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

## DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

1.     I am an attorney at Saul Ewing Arnstein & Lehr LLP, and am counsel of record for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill").  I was admitted *pro hac vice* in this matter on October 27, 2017.

2.     Attached as Exhibit A is a true and correct copy of an e-mail from VGT's counsel to Castle Hill's counsel dated July 30, 2018.

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2018 in Charlottesville, Virginia.

*/s/ Robert C. Gill*
Robert C. Gill

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of August, 2018, I caused a copy of the foregoing **DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** to be served on the counsel for Plaintiff via the Court's ECF filing system as follows:

Graydon Dean Luthey, Jr.,
Gable Gotwals
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*/s/ Robert C. Gill*
Robert C. Gill

2