# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00454-GKF-JFJ |
| | ) |
| CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

This matter is before the Court on Plaintiff's Motion to Compel Discovery (ECF Nos. 104-105). Upon consideration of the motion, the opposition thereto, and the argument of counsel, it appearing that good cause does not exist to grant the motion, it is

ORDERED that Motion is hereby DENIED.

IT IS SO ORDERED this ___ day of August, 2018.

_____
JUDGE JODI F. JAYNE

24741956.1 08/01/2018