**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br>　　　　Plaintiff,<br><br>vs.<br><br>CASTLE HILL STUDIOS LLC, *et al.*<br><br>　　　　Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

**DEFENDANTS' MOTION TO SEAL EXHIBIT A TO SUPPORTING
DECLARATION TO RESPONSE IN OPPOSITION TO
<u>PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

Pursuant to Local Rule 79.1, and paragraph 2(f) of the Stipulated Protected Order (ECF No. 55) (the "Protective Order"), Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"), hereby request that the Court enter an order sealing Exhibit A to the Declaration of Robert C. Gill in Support of Defendants' Opposition to Plaintiff's Motion to Compel Discovery (ECF No. 110). In support of this request to seal, Defendants state as follows:

　　1.　　Exhibit A to the Declaration of Robert C. Gill consists of email correspondence between counsel for Castle Hill and counsel for Plaintiff dated between July 8, 2018 and July 30, 2018. The correspondence contains sensitive and proprietary trade secret information. Pursuant to paragraph 2(c) of the Protective Order, such information is to be treated as Highly Confidential Information.

　　2.　　Pursuant to Local Rule 79.1, General Order 08-11, and the Protective Order, Castle Hill filed both a public, unredacted Opposition with a public, redacted Exhibit A to the Declaration of Robert C. Gill in Support of Defendants' Opposition to Plaintiff's Motion to

Compel Discovery (ECF No. 109), and a sealed, unredacted Opposition, and a sealed, unredacted Exhibit A to the Declaration of Robert C. Gill (ECF No. 110).

WHEREFORE, Defendants respectfully request that the Court enter an Order granting this Motion to Seal and sealing Exhibit A to the Declaration of Robert C. Gill in Support of Defendants' Opposition to Plaintiff's Motion to Compel Discovery (ECF No. 110).

Dated:  August 1, 2018                                  Respectfully submitted,

*/s/ Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
henry.platt@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2018, I caused a copy of the foregoing **DEFENDANTS' MOTION TO SEAL RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND SUPPORTING DECLARATION** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                               */s/ Robert C. Gill*
                                               Robert C. Gill