## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>   (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>   (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>   (d/b/a CASTLE HILL GAMING)<br><br>  Defendants. | Case No. 4:17-cv-00454-GKF-JFJ |

**PLAINTIFF'S NOTICE REGARDING MOTION TO COMPEL DISCOVERY**

Plaintiff Video Gaming Technologies, Inc. ("VGT") submits this notice to apprise the Court of the status of the disputed issues in VGT's Motion to Compel ("Motion") (ECF No. 105).

**Interrogatory No. 22:** Even though the deposition of Defendants' Rule 30(b)(6) witness on trade secret issues took place yesterday, Defendants have not yet provided the supplemental response to Interrogatory No. 22, which seeks information about Defendants' trade secret defenses. In their Opposition (ECF No. 109). Defendants stated that they will be providing the supplemental information at some point today. Until Defendants actually serve, and VGT has an opportunity to review, the supplemental responses, it is unclear whether this portion of the motion to compel is moot.

**Interrogatory No. 23 and RFP Nos. 39, 40, 41, and 43:** Tuesday evening Defendants produced additional documents relating to the financial performance of their games. Defendants' production, however, did not include certain information requested in Interrogatory No. 23, including the profits Defendants realized for each accused game or an identification of costs

(including overhead) associated with each of the games. So long as neither Defendants nor their experts will attempt to use at trial any additional information about these issues that Defendants have not produced, VGT will withdraw these portions of the Motion as moot.

**Interrogatory No. 15:** In light of Defendants' recent supplemental response to this interrogatory, VGT withdraws this portion of the Motion as moot.

August 2, 2018                                                  Respectfully submitted,

*/s/ Gary Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
    (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221

2

        Facsimile: (212) 841-1010
        nroman@cov.com
          (admitted pro hac vice)

        ***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I caused a copy of the foregoing to be filed via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants via email:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*                    */s/ Gary Rubman*