# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>   (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>   (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>   (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-JFJ |

## PLAINTIFF'S SECOND NOTICE REGARDING MOTION TO COMPEL DISCOVERY

Plaintiff Video Gaming Technologies, Inc. ("VGT") submits this further notice to apprise the Court of additional developments relating to the disputed issues in VGT's Motion to Compel ("Motion") (ECF No. 105) that have occurred since VGT filed its previous notice (ECF No. 113).

This morning Defendants submitted additional supplemental interrogatory responses, including with respect to Interrogatory No. 22. Following receipt of these responses, VGT asked Defendants to confirm that their "supplemental responses to Interrogatory Nos. 22 and 23 and Request for Production Nos. 39, 40, 41 and 43 reflect all responsive information that Defendants have and that Defendants will not be relying on any information that is responsive to those requests that Defendants have withheld." Defendants responded as follows: "We can confirm that we did not withhold information in response to these requests, and that the supplemental responses are complete based on what we have and know at this time. The one caveat is we did intend to

supplement the interrogatory asking about affirmative defenses based on the answer filed last night."

Based on VGT's understanding that Defendants have provided the confirmation VGT requested, VGT believes the hearing scheduled for this afternoon on the motion to compel can be cancelled.

August 2, 2018                               Respectfully submitted,

*/s/ Gary Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

2

       Telephone: (212) 841-1221
       Facsimile: (212) 841-1010
       nroman@cov.com
        (admitted pro hac vice)

       ***Counsel for Video Gaming Technologies, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2018, I caused a copy of the foregoing to be served on the following counsel for Defendants, who have consented to email service, via email:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*                              */s/ Gary Rubman*