# EXHIBIT C

**Antonelli, Matthew**

| | |
|---|---|
| From: | Sawyer, Michael <msawyer@cov.com> |
| Sent: | Monday, June 11, 2018 2:30 PM |
| To: | Darling, Jeremy B.; Rubman, Gary; Dalton, Rebecca; Swanson, Peter; Roman, Neil; 'dluthey@gablelaw.com'; Fu, Yale |
| Cc: | Gill, Robert C.; 'jhodges@hodgeslc.com'; 'Duane Zobrist'; 'Jonathan Jacobs'; Schaufelberger, Thomas S.; Flax, Sherry H.; Platt, Henry A.; Antonelli, Matthew |
| Subject: | RE: VGT v. Castle Hill - VGT Discovery Responses |

Jeremy,

As I told Bob on Friday, we have been collecting the customer agreements and beginning the production process. While we expect to begin producing those agreements shortly, we will be making another production early this week that does not include the agreements.

Best,
Mike

---

**From:** Darling, Jeremy B. <Jeremy.Darling@saul.com>
**Sent:** Monday, June 11, 2018 11:35 AM
**To:** Sawyer, Michael <msawyer@cov.com>; Rubman, Gary <grubman@cov.com>; Dalton, Rebecca <RDalton@cov.com>; Swanson, Peter <pswanson@cov.com>; Roman, Neil <nroman@cov.com>; 'dluthey@gablelaw.com' <dluthey@gablelaw.com>; Fu, Yale <yfu@cov.com>
**Cc:** Gill, Robert C. <Robert.Gill@saul.com>; 'jhodges@hodgeslc.com' <jhodges@hodgeslc.com>; 'Duane Zobrist' <dzobrist@zoblaw.com>; 'Jonathan Jacobs' <jjacobs@zoblaw.com>; Schaufelberger, Thomas S. <tschauf@saul.com>; Flax, Sherry H. <Sherry.Flax@saul.com>; Platt, Henry A. <Henry.Platt@saul.com>; Antonelli, Matthew <matt.antonelli@saul.com>
**Subject:** RE: VGT v. Castle Hill - VGT Discovery Responses

Mike:

This will confirm your discussion on Friday in Chicago with Bob Gill during which you agreed that the below-referenced agreements with VGT customers would be produced in VGT's next document production.

Regards,

Jeremy



**Jeremy B. Darling**
**SAUL EWING ARNSTEIN & LEHR LLP**
One PPG Place, Suite 3010 | Pittsburgh, PA 15222
Tel: 412.209.2508 | Fax: 412.209.2592
jeremy.darling@saul.com | www.saul.com

* Please note that our Firm name and my email address have changed.

1

**From:** Darling, Jeremy B.
**Sent:** Saturday, May 26, 2018 5:46 PM
**To:** 'Fu, Yale'; 'Sawyer, Michael'; 'Rubman, Gary'; 'Dalton, Rebecca'; 'Swanson, Peter'; 'Roman, Neil'; 'dluthey@gablelaw.com'
**Cc:** Gill, Robert C.; 'jhodges@hodgeslc.com'; 'Duane Zobrist'; 'Jonathan Jacobs'; Schaufelberger, Thomas S.; Flax, Sherry H.; Platt, Henry A.; Antonelli, Matthew
**Subject:** VGT v. Castle Hill - VGT Discovery Responses

Counsel:

Please produce copies of all sale and lease agreements with VGT customers. These documents were specifically requested on March 9, 2018 in Castle Hill's Second Request for Production of Documents and Things. *See* RFP No. 77 ("Copies of all contracts or agreements for the sale or lease of VGT electronic gaming machines that are the subject of this litigation from January 1, 2013, to present with any casino or other third party."). Following our review, we have only been able to locate a single lease agreement produced to date. *See* VGT0011135. To the extent any others have been produced, please identify them by Bates number. Otherwise, please produce any responsive documents immediately.

Regards,

Jeremy



| **Jeremy B. Darling**
**SAUL EWING ARNSTEIN & LEHR LLP**
One PPG Place, Suite 3010 | Pittsburgh, PA 15222
Tel: 412.209.2508 | Fax: 412.209.2592
jeremy.darling@saul.com | www.saul.com

\* Please note that our Firm name and my email address have changed.

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+