# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-jfj |
| | ) | |
| 1) CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); | ) | |
| 2) CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and | ) | |
| 3) IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING) | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF PETER A. SWANSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT"). I was admitted *pro hac vice* in this case on August 9, 2017.

2. Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition testimony of Richard Williamson, dated June 14, 2018.

3. Attached as **Exhibit E** is a true and correct copy of excerpts from the deposition testimony of William Harvie, dated June 15, 2018.

4. Attached as **Exhibit F** is a true and correct copy of excerpts from the deposition testimony of Jay Sevigny, dated July 12, 2018.

5. Attached as **Exhibit G** is a true and correct copy of excerpts from the deposition testimony of Jon Yarbrough, dated July 11, 2018.

6. Attached as **Exhibit H** is a true and correct copy of Defendants' Objections and Answers to Plaintiff's Second Set of Interrogatories, dated February 20, 2018.

7. Attached as **Exhibit I** is a true and correct copy of an e-mail from Defendants' counsel to VGT's counsel, dated August 2, 2018.

8. Attached as **Exhibit J** is a true and correct copy of Exhibit 102 used during the deposition of Richard Williamson, dated June 14, 2018.

9. Attached as **Exhibit K** is a true and correct copy of Exhibit 105 used during the deposition of Richard Williamson, dated June 14, 2018.

10. Attached as **Exhibit L** is a true and correct copy of an e-mail from VGT's counsel to Defendants' counsel, dated May 17, 2018. Exhibit L is the first page of a lengthy e-mail chain, the remainder of which has been omitted to minimize the volume of the exhibit.

11. Attached as **Exhibit M** is a true and correct copy of Exhibit 430 used during the deposition of Jason Sprinkle.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2018 in Washington, District of Columbia.

*/s/ Peter A. Swanson*
Peter A. Swanson

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2018, I filed the foregoing Declaration of Peter A. Swanson via ECF, which caused a true and correct copy of the foregoing to be delivered to the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                              */s/ Gary Rubman*