# Exhibit L

| | |
|---|---|
| **From:** | Sawyer, Michael |
| **To:** | Gill, Robert C.; Swanson, Peter; Platt, Henry A.; Dalton, Rebecca; Rubman, Gary; Roman, Neil; "dluthey@gablelaw.com"; Fu, Yale |
| **Cc:** | "jhodges@hodgeslc.com"; "dzobrist@zoblaw.com"; "jjacobs@zoblaw.com"; Schaufelberger, Thomas S.; Darling, Jeremy B.; Flax, Sherry H.; Antonelli, Matthew |
| **Subject:** | RE: VGT v. Castle Hill - deposition scheduling |
| **Date:** | Thursday, May 17, 2018 4:58:02 PM |
| **Attachments:** | image003.png |

Bob,

As the issue of 30(b)(6) depositions did not come up during the depositions last week in Nashville, we are writing to follow-up on this issue. As you know, VGT served a 30(b)(6) deposition notice in February. Castle Hill did not serve any objections to that notice and has not yet designated any witnesses to provide testimony on any of the topics. Please promptly identify the Castle Hill witnesses who will be testifying on each of the topics and provide dates when they are available for depositions. If you intend to designate any of your 30(b)(1) witnesses for 30(b)(6) topics, we are willing to combine the depositions, where it's feasible to do so.

Finally, we note that Castle Hill's continuing delay in serving a 30(b)(6) notice is causing prejudice to VGT, as some individuals who VGT would have designated to testify on some of the likely topics already have been deposed in their capacities as 30(b)(1) witnesses.

Best regards,
Mike

---

**From:** Gill, Robert C. <Robert.Gill@saul.com>
**Sent:** Friday, May 11, 2018 6:07 PM
**To:** Swanson, Peter <pswanson@cov.com>; Platt, Henry A. <Henry.Platt@saul.com>; Dalton, Rebecca <RDalton@cov.com>; Sawyer, Michael <msawyer@cov.com>; Rubman, Gary <grubman@cov.com>; Roman, Neil <nroman@cov.com>; 'dluthey@gablelaw.com' <dluthey@gablelaw.com>; Fu, Yale <yfu@cov.com>
**Cc:** 'jhodges@hodgeslc.com' <jhodges@hodgeslc.com>; 'dzobrist@zoblaw.com' <dzobrist@zoblaw.com>; 'jjacobs@zoblaw.com' <jjacobs@zoblaw.com>; Schaufelberger, Thomas S. <tschauf@saul.com>; Darling, Jeremy B. <Jeremy.Darling@saul.com>; Flax, Sherry H. <Sherry.Flax@saul.com>; Antonelli, Matthew <matt.antonelli@saul.com>
**Subject:** RE: VGT v. Castle Hill - deposition scheduling

Peter,

Thank you. Please also place Karl Roelofs and Tom Ballinger in the que for deposition dates.

Bob

---

**From:** Swanson, Peter [mailto:pswanson@cov.com]
**Sent:** Friday, May 11, 2018 6:03 PM
**To:** Platt, Henry A.; Gill, Robert C.; Dalton, Rebecca; Sawyer, Michael; Rubman, Gary; Roman, Neil;