UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

**DECLARATION OF MATTHEW J. ANTONELLI IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition testimony of Richard Williamson, dated June 14, 2018.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition testimony of William Harvie, dated June 15, 2018.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition testimony of Jay Sevigny, dated July 12, 2018.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the Opening Expert Report of Stacy Friedman, dated August 10, 2018.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition testimony of Don Kovach, dated August 2, 2018.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced by VGT to Castle Hill bearing Bates range VGT0064349 – VGT0064357.

2

8. Attached as **Exhibit 7** is a true and correct copy of a document produced by VGT to Castle Hill bearing Bates range VGT0064428 – VGT0064429.

9. Attached as **Exhibit 8** is a true and correct copy of a document produced by VGT to Castle Hill bearing Bates range VGT0064430 – VGT0064464.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2018 in Washington, District of Columbia.

                                          */s/ Matthew J. Antonelli*
                                          Matthew J. Antonelli

### CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of August, 2018, I filed the foregoing Declaration of Matthew J. Antonelli via ECF, which caused a true and correct copy to be delivered to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                                */s/ Matthew J. Antonelli*
                                                  Matthew J. Antonelli

# EXHIBITS 1-8

# FILED UNDER SEAL