UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>CASTLE HILL STUDIOS LLC, *et al.*<br><br>  Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

**DEFENDANTS' MOTION TO SEAL REPLY IN SUPPORT OF
MOTION TO COMPEL DISCOVERY AND SUPPORTING DECLARATION**

Pursuant to Local Rule 79.1, and paragraph 2(f) of the Stipulated Protected Order (ECF No. 55) (the "Protective Order"), Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"), hereby request that the Court enter an order sealing Defendant's unredacted Reply in Support of Motion to Compel Discovery and Exhibits 1-8 to the Declaration of Matthew J. Antonelli in Support of Defendants' Reply in Support of Motion to Compel Discovery (collectively, ECF No. 126). In support of this request to seal, Defendants state as follows:

1. Portions of the Reply in Support of Motion to Compel contain information designated by Plaintiff as Highly Confidential Information pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

2. Exhibits 1-3 and Exhibit 5 to the Reply consist of excerpts from the deposition testimony of VGT witnesses Richard Williamson, William Harvie, Jay Sevigny, and Don Kovach. This testimony was designated as Highly Confidential on the record which, pursuant to paragraph 2(c) of the Stipulated Protective Order, should be treated as Highly Confidential Information.

3. Exhibit 4 to the Reply consists of excerpts from the Opening Expert Report of Stacy Friedman, one of VGT's expert witnesses. The report of Mr. Friedman contains information that has been designated as Highly Confidential and excerpts from documents which themselves have been designated as Confidential, Highly Confidential, and/or Highly Confidential Source Code during discovery. As such, the excerpts of the report should be treated as Highly Confidential Information

4. Exhibits 6 – 8 to the Reply consist of documents VGT produced during discovery in this matter and designated as Highly Confidential pursuant to the Stipulated Protective Order.

5. Pursuant to Local Rule 79.1, General Order 08-11, and the Protective Order, Castle Hill filed both a public, unredacted Opposition with a public, redacted Exhibit A and Exhibit B to the Declaration of Matthew J. Antonelli (ECF No. XXX), and a sealed, unredacted Opposition, and a sealed, unredacted Exhibit A and Exhibit B to the Declaration of Matthew J. Antonelli (ECF No. 126).

WHEREFORE, Defendants respectfully request that the Court enter an Order sealing the Motion to Compel and Exhibits 1-8 to the Declaration of Matthew J. Antonelli.

Dated: August 27, 2018

Respectfully submitted,

/s/ Robert C. Gill
Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
henry.platt@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2018, I caused a copy of the foregoing **DEFENDANTS' MOTION TO SEAL REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY AND SUPPORTING DECLARATION** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

>                               */s/ Robert C. Gill*
>                               Robert C. Gill