# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00454-GKF-JFJ |
| | ) |
| CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY AND SUPPORTING DECLARATION (ECF No. 128)

This matter is before the Court on Defendants' Motion to Seal Reply in Support of Motion to Compel Discovery and Supporting Declaration (ECF No. 128). The Court being fully advised, the Motion is GRANTED. Pursuant to Local Rule 79.1 and General Order In Re The Use of Confidential Information In Civil Cases, Defendants' unredacted Reply in Support Motion to Compel and supporting Declaration of Matthew J. Antonelli (collectively, ECF No. 126) shall remain under seal.

IT IS SO ORDERED this 30th day of August 2018.

_____
**JODI F. JAYNE, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**