# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Video Gaming Technologies, Inc.,
                          Plaintiff(s),

vs.

Castle Hill Studios, LLC. et al.,
                          Defendant(s).

Case Number: 17-cv-454-GKF-JFJ
Proceeding: Motion Hearing
Date: 9-6-2018
Court Time: 10:00 a.m.

### MINUTE SHEET

Jodi F. Jayne, U.S. Magistrate Judge     C. Portilloz, Deputy Clerk     C1, Reporter

Counsel for Plaintiff: Gary Rubman, Peter Swanson

Counsel for Defendant: Henry Platt, Matthew Antonelli

Minutes: Telephone conference held regarding Defendant's Motion to Compel (ECF No. 118). Argument heard. Motion to Compel (ECF No. 118) is GRANTED for reasons stated by the Court at the hearing. Rule 30(b)(6) deposition shall be limited in time and scope as stated at the hearing. Unredacted documents shall be produced within one week of this Order.

Court Time

10:20 - 11:38 a.m.