# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.17-cv-00454-GKF-JFJ |
| CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING), | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION TO MODIFY MOTIONS DEADLINES**

This matter is before the Court on Defendants' Unopposed Motion to Modify Motions Deadlines (Doc. No. 132). For good cause shown, it is hereby ORDERED that the Motion be and it hereby is GRANTED. Dispositive motions, Daubert motions and motions in limine shall be filed on or before October 12, 2018. Briefs in oppositions to such motions shall be due on or before November 16, 2018. Any reply briefs shall be due on or before December 14, 2018.

*FURTHER, this matter is set for a status/scheduling conference on November 13, 2018, at 1:30 p.m.*

IT IS SO ORDERED this 20th day of September, 2018.

*[signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE