# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

## DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from Plaintiff's Sixth Supplemental Objections and Responses to Defendant Castle Hill Studio LLC's First Set of Interrogatories (Nos. 1-13).

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2018 in Washington, District of Columbia.

>  */s/ Robert C. Gill*
>  Robert C. Gill

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of September, 2018, I caused a copy of the foregoing **DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                          */s/ Robert C. Gill*
                                          Robert C. Gill