# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

      Plaintiff,

vs.

CASTLE HILL STUDIOS LLC, *et al.*

      Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

## DEFENDANTS' MOTION TO SEAL EXHIBIT A TO SUPPORTING DECLARATION TO REPLY IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES

Pursuant to Local Rule 79.1, and paragraph 2(f) of the Stipulated Protected Order (ECF No. 55) (the "Protective Order"), Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"), hereby request that the Court enter an order sealing Exhibit A to the Declaration of Robert C. Gill in Support of Defendants' Reply in Further Support of Motion for Leave to File Briefs in Excess of Twenty-Five Pages (ECF No. 138). In support of this request to seal, Defendants state as follows:

1.      Exhibit A to the Declaration of Robert C. Gill consists of excerpts from Plaintiff's interrogatory responses. Plaintiff designated portions of the excerpted interrogatory responses as Confidential – Subject to Protective Order pursuant to paragraph 2(b) of the Stipulated Protective Order.

2.      Pursuant to Local Rule 79.1, General Order 08-11, and the Protective Order, Castle Hill filed both a public, unredacted Reply with a public, redacted Exhibit A to the Declaration of Robert C. Gill (ECF No. 139), and a sealed, unredacted Reply, and a sealed, unredacted Exhibit A to the Declaration of Robert C. Gill (ECF No. 138).

WHEREFORE, Defendants respectfully request that the Court enter an Order sealing Exhibit A to the Declaration of Robert C. Gill.

Dated:  September 24, 2018                    Respectfully submitted,

                                             */s/ Robert C. Gill*
                                             Robert C. Gill (admitted *pro hac vice*)
                                             Thomas S. Schaufelberger (admitted *pro hac vice*)
                                             Henry A. Platt (admitted *pro hac vice*)
                                             Matthew J. Antonelli (admitted *pro hac vice*)
                                             Jeremy B. Darling (admitted *pro hac vice*)
                                             SAUL EWING ARNSTEIN & LEHR, LLP
                                             1919 Pennsylvania Avenue, NW, Suite 550
                                             Washington, D.C. 20006
                                             (202) 295-6605
                                             (202) 295-6705 (facsimile)
                                             robert.gill@saul.com
                                             tschauf@saul.com
                                             henry.platt@saul.com
                                             matt.antonelli@saul.com
                                             jeremy.darling@saul.com

                                             Sherry H. Flax (admitted *pro hac vice*)
                                             SAUL EWING ARNSTEIN & LEHR, LLP
                                             500 E. Pratt Street, Suite 900
                                             Baltimore, Maryland 21202
                                             (410) 332-8764
                                             (410) 332-8785 (facsimile)
                                             sherry.flax@saul.com

                                             James C. Hodges, OBA #4254
                                             JAMES C. HODGES, P.C.
                                             2622 East 21st Street, Suite 4
                                             Tulsa, Oklahoma 74114
                                             (918) 779-7078
                                             (918) 770-9779 (facsimile)
                                             JHodges@HodgesLC.com

                                             *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of September, 2018, I caused a copy of the foregoing **DEFENDANTS' MOTION TO SEAL EXHIBIT A TO SUPPORTING DECLARATION TO REPLY IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*/s/ Robert C. Gill*
Robert C. Gill