# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-JFJ |
| | ) | |
| CASTLE HILL STUDIOS LLC | ) | |
| (d/b/a CASTLE HILL GAMING); | ) | |
| CASTLE HILL HOLDING LLC | ) | |
| (d/b/a CASTLE HILL GAMING); and | ) | |
| IRONWORKS DEVELOPMENT, LLC | ) | |
| (d/b/a CASTLE HILL GAMING), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBIT A TO SUPPORTING DECLARATION TO REPLY IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF TWENTY-FIVE PAGES

This matter is before the Court on Defendants' Motion to Seal Exhibit A to the Declaration of Robert C. Gill in Support of Defendants' Reply in Further Support of Motion for Leave to File Briefs in Excess of Twenty-Five Pages (Doc. No. 140). The Court being fully advised, the Motion is GRANTED. Pursuant to Local Rule 79.1 and General Order In Re The Use of Confidential Information In Civil Cases, Exhibit A to the Declaration of Robert C. Gill in Support of Defendants' Reply in Further Support of Motion for Leave to File Briefs in Excess of Twenty-Five Pages (Doc. No. 138) shall remain under seal.

IT IS SO ORDERED this 25th day of September, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE