# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>   (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>   (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>   (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-jfj |

**PLAINTIFF VIDEO GAMING TECHNOLOGIES INC.'S**
**IDENTIFICATION OF EXTANT TRADEMARK INFRINGEMENT CLAIMS**

Video Gaming Technologies ("VGT") submits the following identification of its extant trademark infringement claims, per the Court's September 28, 2018 Minute Order (Dkt. 142). VGT has also asserted claims for trade dress infringement, unfair competition, and misappropriation of trade secrets and confidential business information.

As described in VGT's First Supplemental Response to CHG's Interrogatory No. 1, VGT alleges that CHG has infringed trademarks that VGT uses in connection with the following four series of three-reel mechanical bingo-based casino games: Crazy Bill; Mr. Money Bags; Polar High Roller; and Greenback Jack.

As also described in the response, for each of the games within these series, VGT intends to rely on the following marks: the game's word marks (*i.e.*, the game's title); the game's logo marks (*i.e.*, the game's title in stylized form along with design elements immediately surrounding the game's title); the artwork that appears on each panel of the game cabinet; and the game's

characters (*i.e.*, Crazy Bill, Dynamite Daisy, Mr. Money Bags, the Polar High Roller arctic animals, and Greenback Jack).

The foregoing marks include 11 federal trademark registrations and applications.

September 28, 2018

*/s/ Gary M. Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, I filed the foregoing Plaintiff Video Gaming Technologies Inc.'s Identification Of Extant Trademark Infringement Claims via ECF, which caused a true and correct copy of the foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                                                 */s/ Gary Rubman*