# EXHIBIT A

**CONTAINS CONFIDENTIAL OR HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1) CASTLE HILL STUDIOS LLC )<br>   (d/b/a CASTLE HILL GAMING); )<br>2) CASTLE HILL HOLDING LLC )<br>   (d/b/a CASTLE HILL GAMING); and )<br>3) IRONWORKS DEVELOPMENT, LLC )<br>   (d/b/a CASTLE HILL GAMING) )<br>)<br>Defendants. ) | Case No. 4:17-cv-00454-GKF-JFJ<br><br>**CONTAINS CONFIDENTIAL OR HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |

**PLAINTIFF'S SIXTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO
DEFENDANT CASTLE HILL STUDIO LLC'S
FIRST SET OF INTERROGATORIES (NOS. 1-13)**

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Video Gaming Technologies, Inc. ("VGT") provides these supplemental objections and responses to the First Set of Interrogatories of Defendant Castle Hill Studio LLC (collectively with the other defendants, "CHG") (the "Interrogatories"), which supplement its initial responses that were served on November 22, 2017, its first supplemental responses that were served on December 27, 2017, its second supplemental responses that were served on March 16, 2018, its third supplemental responses that were served on June 5, 2018, its fourth supplemental responses that were served on July 9, 2018, and its fifth supplemental responses that were served on July 29, 2018.

**PRELIMINARY STATEMENT**

In responding to these Interrogatories, VGT does not concede the relevance, materiality, or admissibility of any Interrogatory. VGT's response to each Interrogatory is made subject to

1

**CONTAINS CONFIDENTIAL OR HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER**

**INTERROGATORY NO. 13:**

Please state with specificity the amount and category of damages you are seeking in this action, and how such damages are calculated.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 13:**

VGT incorporates the General Objections stated above as if set forth fully herein and in particular objects to this request as premature to the extent that it calls for expert testimony or analysis. Subject to and without waiving the preceding general and specific objections, VGT responds as follows:

VGT intends to seek at least (a) actual damages suffered by VGT as a result of CHG's trademark infringement, trade dress infringement, unfair competition, misappropriation of VGT's trade secrets, and misappropriation of VGT's confidential business information; (b) disgorgement of CHG's profits derived from its trademark infringement, trade dress infringement, unfair competition, misappropriation of VGT's trade secrets, and misappropriation of VGT's confidential business information; and (c) increased damages or profits and/or punitive damages. Calculation of such damages will depend on factors including CHG's revenue from the accused games, VGT's revenue lost as a result of CHG's infringement, and other harm caused by CHG's unlawful actions. VGT also intends to seek an award of its reasonable attorney fees and costs of suit.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

VGT incorporates its earlier objections and response to this interrogatory. Subject to and without waiving its objections, VGT further responds as follows:

In addition to the categories of damages identified above, VGT intends to seek damages in the amount that CHG was unjustly enriched as a result of CHG's trademark infringement, trade dress infringement, unfair competition, misappropriation of VGT's trade secrets, and

**CONTAINS CONFIDENTIAL OR HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

misappropriation of VGT's confidential business information, including damages based on the benefits CHG gained through the saved cost of development or otherwise.

                                              Respectfully submitted,

August 3, 2018                          */s/ Michael S. Sawyer*
                                            Graydon Dean Luthey, Jr., OBA No. 5568
                                            GABLE GOTWALS
                                            1100 ONEOK Plaza
                                            100 West Fifth Street
                                            Tulsa, OK 74103-4217
                                            Telephone: (918) 595-4821
                                            Facsimile: (918) 595-4990
                                            dluthey@gablelaw.com

                                            Gary M. Rubman
                                            Peter A. Swanson
                                            Michael S. Sawyer
                                            Rebecca B. Dalton
                                            COVINGTON & BURLING LLP
                                            One CityCenter
                                            850 Tenth Street, NW
                                            Washington, D.C.  20001-4956
                                            Telephone: (202) 662-6000
                                            Facsimile: (202) 778-5465
                                            grubman@cov.com
                                            pswanson@cov.com
                                            msawyer@cov.com
                                            rdalton@cov.com
                                               (admitted pro hac vice)

                                            Neil K. Roman
                                            COVINGTON & BURLING LLP
                                            The New York Times Building
                                            620 Eighth Avenue
                                            New York, NY 10018-1405
                                            Telephone: (212) 841-1221
                                            Facsimile: (212) 841-1010
                                            nroman@cov.com
                                               (admitted pro hac vice)

                                            ***Counsel for Video Gaming Technologies, Inc.***

**CONTAINS CONFIDENTIAL OR HIGHLY CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I sent via email a true and correct copy of the foregoing PLAINTIFF'S SIXTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT CASTLE HILL STUDIO LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-13) to counsel of record for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*/s/ Michael S. Sawyer*