## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:17-cv-00454-GKF-jfj |
| | ) |
| 1)  CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| 2)  CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| 3)  IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF REBECCA DALTON IN SUPPORT OF PLAINTIFF VIDEO GAMING TECHNOLOGIES INC.'S MOTION IN LIMINE AND BRIEF IN SUPPORT REGARDING THIRD PARTY GAMES

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT").

2. Attached as **Exhibit A** is a true and correct copy of Interrogatory No. 24 in Video Gaming Technologies, Inc.'s Seventh Set of Interrogatories to Defendants, dated June 13, 2018.

3. Attached as **Exhibit B** is a true and correct copy of the Response to Interrogatory No. 24 in Defendants' Response to Plaintiff's Seventh Set of Interrogatories, dated July 17, 2018.

4. Attached as **Exhibit C** is a true and correct copy of the Response to Interrogatory No. 2 in Defendants' Second Supplemental Objections and Responses to Plaintiff's First Interrogatories to Defendants, dated March 16, 2018.

5. Attached as **Exhibit D** is a true and correct copy of an excerpt (CHG0134189– CHG0134206) from the 339 pages of documents relating to third party games produced by CHG (CHG0134189–CHG0134526).

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

6.      Attached as **Exhibit E** is a true and correct copy of the Response to Interrogatory No. 21 in Defendants' First Supplemental Response to Plaintiff's Fourth Set of Interrogatories, dated July 29, 2018.

7.      Attached as **Exhibit F** is a true and correct copy of the Response to Interrogatory No. 21 in Defendants' First Supplemental Response to Plaintiff's Fourth Set of Interrogatories, dated July 29, 2018.

8.      Attached as **Exhibit G** is a true and correct copy of excerpts from the deposition testimony of Daniel J. Fulton, dated August 1, 2018.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2018 in Washington, District of Columbia.

*/s/ Rebecca Dalton*
Rebecca Dalton

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

### CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I filed the foregoing Declaration of Rebecca

Dalton via ECF, which caused a true and correct copy of the foregoing to be delivered to the

following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                             */s/ Gary M. Rubman*