# Exhibit 5

## Indian Gaming 2011: New Games and Technologies

NIGA's annual tradeshow is an opportunity for game manufacturers to roll out their latest and greatest innovative games and systems, and this year is no exception! Here is a preview of what they have to offer at *Indian Gaming 2011*...

### Ainsworth Game Technology
(702) 524-9331
www.ainsworth.com.au
NIGA Booth #1222



> "Ainsworth has been building for the future and now we're ready to unleash the all new World of Jackpots with dazzling new progressive jackpot themes and unique game titles. The future is World of Jackpots"
>
> *Scott Clarebrough, Group General Manager Strategy & Development Ainsworth Game Technology*

This year at NIGA, Ainsworth will exhibit its World of Jackpots™, the first ever jackpot super-store. Players can now mix and match their progressive games! Showcased on the stunning new Super A560™ cabinet, this innovative new technology combines extraordinary player entertainment with ultimate operator flexibility. World of Jackpots is the future of linked progressives!

World of Jackpots is the first of its kind in the industry, not only offering different game titles, but more excitingly, offering players many different overall jackpot themes to choose from, bringing jackpot marketing to an entirely new level. This wonderfully dynamic jackpot environment comes to life through the all-new Super A560 cabinet. Three large LCD screens support game play, progressive levels and a host of themed graphics. The third screen acts as a jackpot screen display, removing the need for dedicated signage for a particular brand! The additional third screen is not only distinctive looking to the player with its programmable LED lighting and unique shape, it provides dynamic signage allowing operators a simple, inexpensive and quick way to constantly refresh entire jackpot themes.

The extensive World of Jackpots product library provides super-store quantities of linked progressive-centric brands, initially launching with the themes; Players Paradise™, Lights Camera Action™, Rio Grande Rapids™, Jackpot Zone™, and Rapid Strike™. And this is just the beginning! Each jackpot brand includes multiple unique game titles across a mix of max-bet and non-max bet, symbol-driven, progressive penny math models with a wide range of line configurations. With many more new progressive brands due for release in 2011, the product mix possibilities are endless! Unique player presentation and ultimate flexibility for the operator creates an un-beatable combination for success. The future of linked progressives begins now with World of Jackpots from Ainsworth.

### American Gaming Systems (AGS)
(866) 720-6105
www.americangamingsystems.com
NIGA Booth #1502



American Gaming Systems (AGS) is a leading designer, manufacturer and operator of gaming machines with more than 7,000 units currently in operation. AGS' roots in the gaming industry date back to 1996, but AGS – led by CEO Robert Miodunski, VP of Business Development Paul Lofgren, VP of Game Development Olaf Vancura and VP of Operations Norm LeDoux – is driving forward with a new level of energy and excitement throughout the company.

Privately held by San Francisco-based Alpine Investors, AGS features an entertaining portfolio of products that includes Class III and Class II slots, server-based gaming and wide-area progressives. A leading player in Oklahoma and

> "I'm pleased with the progress we've been making and remain extremely excited about our company and its potential. We have begun rolling out our new product plan and NIGA will give us a chance to see our strongest customer base from tribal markets throughout the country."
>
> Robert Miodunski, CEO
> American Gaming Systems (AGS)



already approved in a wide variety of domestic markets, AGS is seeking new regulatory approvals and gaming licenses in new jurisdictions every month.

For its showing at NIGA, AGS will focus on a wide variety of machines and games designed to match the company's aggressive growth plans, notably in Indian Country. Devil's Hot 7s, Ms. Devil's Hot 7s are fiery video games presented in a triple-LCD slimline cabinet as well as Double Diamond Deluxe, Lucky Larry the Leprechaun, Midnight Gold and Spy Girls. Other new or updated video games will come from a lineup that includes Martini Girls, Road of Fire, Drive-In Route 77, Surf & Splash, Royal Reels, Cool Catz, Pigs on the Run, American Celebration and Boogie Ball.

## Aristocrat Technologies
(702) 270-1000
www.aristocratgaming.com
NIGA Booth #1004



At NIGA 2011, Aristocrat is asking tribal operators, "Are you ready to give your players the most fun, most exciting gaming experience ever?" The fun can be found in Aristocrat's booth where the leader in innovative slot technology will be showing amazing new games including: Cashman Fever™ and Tarzan® Lord of the Jungle™.

Cashman Fever is the red-hot return of every player's favorite friend, Mr. Cashman™! Cashman Fever is a feature-rich, highly entertaining gaming experience with four red-hot, high-frequency Cashman Fever bonus features and an exclusive Cashman Fever Progressive Link feature that offers 20 jackpot pools. Cashman Fever comes to the floor with two exciting base games – Top Croc™ and Amazon™ – and a dazzling signage and plasma sequence that will add spark to any casino floor. Players will love Cashman Fever's jackpot start-up levels of Super: $2,500.00; Jumbo: $1,500.00; Mega: $1,000.00; and Mighty: $500.00 (on 1c games at max bet).



> "NIGA is always a fantastic show for Aristocrat, and we know that tribal operators and their players love our game titles, especially the entire penny slot line, which has been transformative for the marketplace. We are very excited to be showcasing our new innovative games and system products that we know operators and players will love."
>
> Nick Khin, President
> Aristocrat Americas

Next is Tarzan Lord of the Jungle, the game that brings the myth and fantasy of the famous tale to life with dazzling graphics, stereo sound, seven high-hit frequency bonus features and a four-level progressive with a jungle-sized top jackpot of $250,000! The big-screen-style action stretches top to bottom on Aristocrat's award-winning VERVEhd ™ cabinet. The 31.5" portrait monitor dramatically showcases Tarzan Lord of the Jungle's GEN7X™ capabilities in high def (1920x1080) graphics, 3D panoramic digital audio and player-adjustable sound, and the amazing Nteractiv™ LCD Programmable button technology. Tarzan Lord of the Jungle is a fast-paced penny video slot, configured as a 30 line + 20 credit ante bet game with a 50-credit minimum bet and a 150-credit maximum bet. Cashman Fever and Tarzan Lord of the Jungle – they're not just games, they're Aristocrat games!

## Bally Technologies
(866) 316-1777
www.ballytech.com
NIGA Booth #1204



Bally will feature a host a of system solutions and server-based technologies, along with more than 60 exciting games, in its 2,000 sq. ft. booth at this year's NIGA Indian Gaming Tradeshow & Convention. A major focus will be live demonstrations of the floor-wide Elite Bonusing Suite™ applications through the iView™ and iView DM™ in-game player-user-interface. More than 400 casino operators saw these thrilling demonstrations at Bally's well-attended Systems User Conference 8 last month at Pechanga Resort & Casino in Temecula, California.

The iView and iView DM player-user-interfaces, when combined with Bally's Elite Bonusing Suite applications, deliver floor-wide, interaction promotions, offer a second-chance-to-win, and the ability for players to earn valuable rewards – all without interrupting play on their base game. These interactive applications enable players to spin wheels, select and root for their favorite contest-driven car or horse, get instant rewards on their birthday, and participate in floor-wide slot tournaments.

Several new cabinets and games will be debuting at *Indian Gaming 2011*, including Pro Curve™, which features a first-of-its-kind 20-inch "curved" LCD display. The Pro Curve offers players the look and feel of a traditional reel-spinning slot with the modern convenience and technology of video. The Pro V32 sets a new benchmark of unrivaled player comfort, interaction, and control. The sleek, trim, and modern Pro Series™ V32 cabinet features a vertical 32-inch touch-screen LCD and has been re-imagined from the ground up based on extensive operator feedback. Housed in the new Pro Series™ Upright Curve cabinet, Code Red™ give players the look and feel of a traditional reel-spinning slot in a video cabinet. Code Red offers interactive features currently only seen in video games and features a new Free Games play mechanic that showcases prizes available on each reel – above the reel strip.

> "NIGA is always an outstanding show for us, and 2011 promises to be one of our best ever. With industry-leading technology such as our iVIEW DM and our Elite Bonusing Suite, which delivers floor-wide point-of-play instant events and rewards, to the introduction of games like Code Red housed in a first-of-its-kind 22-inch curved LCD display cabinet, and the much anticipated new ALPHA 2™ Pro Series V32 cabinet, Bally will once again showcase our commitment to being 'Your Partner in Innovation.'"
>
> Laura Olson-Reyes, Director of Corporate Communications
> Bally Technologies

## Cadillac Jack
(770) 908-2094
www.cadillacjack.com
NIGA Booth #1022



At the upcoming NIGA show, attendees can expect to see a broad product portfolio encompassing feature-rich game content, new game engines, expanded video reel options, and new WAP/LAP combinations.

The Odyssey™, a rich content game themed after Homer's Epic Poem, is presented on Cadillac Jack's Genesis to vividly display visually stunning graphics on dual high-resolution, 22" widescreen LCD panels. The Odyssey presents the player with six engaging bonus games including three unique True Picks, free spins and an on-screen pick bonus triggered by random scatters. Graphics are dynamic and integrate between the top and bottom screens. Cadillac Jack's Cool

> "It's an exciting time at Cadillac Jack as we settle into our new headquarters and move into new Native American markets. Two of our most highly anticipated product releases, The Odyssey and Mega Strike, are set to launch second quarter; with the addition of these new games we continue to build our product library with the intent to meet every customer's and player's needs."
>
> Chris Korpi, VP Sales
> Cadillac Jack

Breeze audio system completes the player's captivation with the game.

Cadillac Jack's successful Class II wide area progressive, Cadillac Cash™, is getting a bold new look with its conversion to the Genesis cabinet and the inclusion of a multi-level progressive game, Mega Strike™. The product revitalization comes on the heels of Cadillac Jack awarding the largest Cadillac Cash Progressive Jackpot to date.

Mega Strike, the new multi-level progressive, will heighten player excitement with its unique game mechanics while continuing to make Cadillac Cash a serious revenue generator on the casino floor. The game features four local area progressives and one top award linked to Cadillac Jack's wide area progressive Cadillac Cash. Mega Strike incorporates multi-level bonuses featuring interactive picks, multipliers and free spins. The WAP is awarded through a scatter event.

## Eclipse Gaming Systems
(770) 277-8783
www.ecliplegamingsystems.com
NIGA Booth #1511

> "Eclipse's robust server-based gaming engine delivers certified Class II and certified Class III content. Exciting and interactive game themes combined with unique prize distribution not only keeps players in their seats, it drills them into their seats! With Eclipse's new formats, look for deployment of juxtaposing themes that will take machine gamers into a new arena of gaming entertainment."
>
> Mike Newell, VP of Sales
> Eclipse Gaming Systems





Eclipse will be displaying its Wide Area Progressive (WAP) games/system specifically designed for the California Nations Indian Gaming Association (CNIGA) member casinos. Already, interest with the evidentiary roll-out of this exciting game concept is high.

Eclipse's WAP engine features multiple jackpot opportunities including a life changing top jackpot paid in CASH…no annuity payments! The motif is "California Dreaming" and features multiple themes on custom cabinets, all with dual 22" game screens and downloadable graphics. The platform also features multi-denominations and an odds reducing "player advantage" feature that reduces the mean-time-win the top jackpot for those playing at higher denominations.

## IGT
(702) 669-7777
www.igt.com
NIGA Booth #604



This year, IGT will show how "It's a Whole New Game" by displaying a wide range of casino games and systems products at *Indian Gaming 2011*. IGT's booth at *Indian Gaming 2011* confirms our dedication to bringing thrilling moments to players with amazing MegaJackpots® and Core products lineups, and groundbreaking systems offerings.

IGT's MegaJackpots® showing includes a long list of big titles with even bigger excitement. Debuting is the new Pinball® MultiPLAY theme that brings the interactive excitement of pulling the plunger to launch pinballs and win awards. More highlights from IGT's MegaJackpots® lineup include Wheel Of Fortune® Triple Extreme Spin™, Megabucks® Wild Sapphires™, Sex and the City Big Diamonds!™ and

CHG0134192

> "We're excited to bring our biggest and boldest lineup of games and systems products to Indian Gaming 2011 – all designed to help our customers bring the most exciting gaming experiences to their players."
>
> *Knute Knudson, IGT VP for Native American Development*



Ghostbusters™ Slots to name a few.

Bringing skill to the casino floor is IGT's award-winning Reel Edge™ series. For the first time, spinning-reel players can stop the reels to attempt to create wins and use an arcade-style joystick to control the outcome of 100 percent skill-based, top-box bonuses.

IGT is excited to introduce the new Multi-Color Multipliers™. This banked concept combines RGB reel lighting, entertaining music and LCD top box interaction over a bank of popular mechanical reel games to energize the casino floor and enhance the player experience.

IGT's new Hot Roll™ slot blends traditional spinning reel game play with exciting new, physics-driven, "Hot Roll" action. Players roll the virtual dice by touching them on the MLD® monitor and throwing them across the screen; dice can travel from the base game to the top box depending on how and where players throw them.

IGT continues to lead the industry by providing the casino management systems that create the competitive edge needed in today's changing gaming industry. IGT will showcase sbX™ and the extensive IGT game library, plus new Service Window applications that provide players with customized gaming experiences.

**Konami Gaming**
(702) 614-1400
www.konamigaming.com
NIGA Booth #1212

Konami Gaming, Inc. is thrilled to launch the 50's style themed, 4-level stand alone progressive, Rock Around the Clock®. This will only be available on Konami's successful

> "We have seen success with the Podium cabinet running on the K2V operating system. KP3 will add to this success when the new operating systems is released to the field. We have utilized state of the art real time 3D graphics, from our video entertainment division. This will be Konami's skill based gaming with pinball style buttons and dual screen synchronization to give the players something they've never experienced."
>
> *Ross O'Hanley, Senior Director of Sales and Marketing Konami Gaming*

# KONAMI

cabinets Advantage 5™ and Advantage Revolution™. At the National Indian Gaming Association Show there will be a bank of Advantage 5 Rock Around the Clock, the themes include Rock All Day™ and Party All Night™ and a bank of Advantage Revolution Rock Around the Clock, the themes include Rhythm N' Riches™ and Shakes N' Spins™. Not only does the game have an attract mode to lure players, the theme song Rock Around the Clock definitely adds to the buzz.

Another feature product is Konami's newest platform, KP3™. With popping 3D interfaces and mind-exploding graphics players will actually feel the fun with KP3 on the Podium®. KP3 has a higher power CPU that offers flexibility in creative game design and with real time 3D capabilities the graphics pop. It has interactive skill-based games that allow players to impact the amount of credits won. To make it more stimulating there are pinball-style side buttons on the cabinet that adds to the fun. The Podium dual displays synchronize for seamless video play and lighting that synchronizes with game celebration modes. African Diamond™, one of Konami Gaming, Inc. successful game theme on K2V® will be one of the first games to be released on KP3.

> "This year NIGA will be a great show for us as we will not only be celebrating our 20th Anniversary, but will also debut a number of new product lines such as Power Stacks™, Maximum Lockdown®, our innovative Side Action™ Series Games, and of course our award-winning TournEvent® system."
>
> Mick Roemer, Senior VP of Sales
> Multimedia Games

## Multimedia Games
(512) 334-7500
www.multimediagames.com
NIGA Booth #814



Multimedia Games' award-winning TournEvent® system continues to break the barrier with TournEvent 3.0. This new release further enhances the player's tournament experience and gives operators more options to facilitate and personalize their tournaments with a variety of upgrades. Players can earn more bonus credits in tournament play with the Pop-N-Win™ feature, a tournament dashboard has been added, providing players with key tournament information right on their very own game screen, and the new automated programmed emcee, The Money Man®, announces lead changes and cheers players on during tournament play.

Multimedia Games' Side Action™ Games are sure to be a hit on the casino floor. The Side Action feature gives players the ability to play two different types of games at exactly the same time – done with just one button push, resulting in two different outcomes for each game. Texas Tornado® currently features Side Action Poker while Blazin' Bucks™ features Side Action Dice. Look for the addition of more Side Action games to the series in the future!

The new Power Stacks™ Series features stacked wild reel symbols that nudge and lock, triggering more respins for players. This uniquely configured game showcases a 4x5 reel combination with vibrant colors that will keep players engaged.

The Power Stacks feature makes its debut on three visually stunning game themes: Koi Pond™, Super Rubies™, and Wild Tornado™.

The innovative Maximum Lockdown® feature gives players even more winnings as the two bonus side reels transform a 5-Reel mechanical into a hybrid 3-Reel mechanical game, with a unique 1x3x3x3x1 reel configuration. Matching symbols on reels 1 and 5 lock the bonus reels in place, triggering the middle reels to respin, paying out winning combinations. Multimedia Games' new Treasure Top™ series debuts with the all new Wild Wheel® game theme. This classic-styled 3-Reel mechanical game features an innovative video-top bonus wheel.

## Rocket Gaming Systems
(877) 315-2288
www.rocketgaming.com
NIGA Booth #804

> "Rocket is working hard to raise the bar when it comes to building the next generation in Class II gaming excitement. We're looking forward to showing our customers and friends at NIGA the innovative new products we'll be rolling out this year."
>
> Ron Harris, CEO/President
> Rocket Gaming Systems





At this year's NIGA show, Rocket Gaming Systems® is proud to showcase an exciting lineup that ranges from top-performing titles to brand new games. Rocket will roll out an assortment of new titles in the coming months, and will be unveiling these never-before-seen titles at its booth on the NIGA tradeshow floor.

Front and center is Rocket's Gold Series®, the Class II sensation sweeping casino floors across the country. One of Rocket's most successful line of Class II games, the Gold Series is comprised of select titles that are offered as both video and mechanical reel (stepper) games. Each game comes equipped with a top mounted, multi-level video wheel and provides players with a wide array of

entertaining bonus rounds. Best of all, players compete for a top progressive prize award of over $1,000,000. The Gold Series has awarded over $8,000,000 in top progressive pays to eight lucky winners so far, and it shows no signs of slowing down. At the Show, Rocket will debut two new Gold Series video titles: Rocky Mountain Gold™ and Golden Wishes™, as well as four new Gold Series stepper titles: Gold Crown™, Golden Sapphire™, Imperial Gold™, and Pantheon Gold™.

Rocket is also featuring the all-new Blazing Wheels™ series of exhilarating 5-reel, 20-line video games. Players will be captivated by this product line's innovative top box wheel as it spins into a blaze of fire to unveil bonus credits. Be the first to check out the newest titles from this hot product line: Lunar Riches™, Wheel of Fire™, and Wild Skies™.

Also on the booth is the new Risk and Reward® line of games. These vibrant 5-reel, 40-line video titles offer some of Rocket's most advanced new artwork and state-of-the-art cinematic animations. But what players will love the most is the chance to choose their own rewards, either accepting a bonus offer or risking it for a chance at a better one!

### Video Gaming Technologies
(918) 384-1600
*www.vgt.net*
NIGA Booth #722

Video Gaming Technologies, Inc. (VGT), the largest Class II gaming developer in the US, will show three new exciting titles at NIGA 2011 — Cameloot™, Star Spangled Wilds™ and Spring Fever™. Cameloot lures players with its magical theme and exceptional value, allowing players to max out all nine lines with a small bet and increase their wager with rising denominations – a combination of affordable fun and potential winnings that keeps players in their seats.

The patriotic, 20-line Star Spangled Wilds is built on the concept that a single Wild isn't good enough! 2x, 3x, 4x Wilds and expanding Jumbo Wilds™ occur early and often, granting potential bonuses on every spin. Spring Fever also features the Wild for Wilds™ feature, offering a fresh new way for players to get more play for their green. All three new games also feature additional bonuses including VGT's wildly-

> "VGT strives every day to 'Create Winners' by providing the most entertaining games for casino customers and providing excellent technical support for our casino partners."
>
> James Starr, VP of Sales
> VGT



popular Red Screen Free-Spins,™ the extra-play game players seek out by name.

Founded in 1991 by Jon Yarbrough, VGT is one of the leading manufacturers of games for Class II and emerging gaming markets. VGT was the fastest growing private company in the United States in 2005 and is currently the largest privately owned gaming company in the United States. VGT develops games that have been very well received by customers and is the manufacturer of Live-Call Bingo™, which is the largest gaming platform in the world as well as the top-earning, bingo-based Class II gaming platform for Native American casinos.

VGT's gaming platforms are known for their reliability, service and un-matched player appeal. VGT's accomplishments continue to set the standard in the competitive Class II markets. Working closely with our gaming partners, VGT has created exciting game titles that generate intense customer loyalty and record-setting gaming revenues.

### WMS
(866) 967-4457
*www.wms.com*
NIGA Booth #734



WMS will highlight a number of exciting products at NIGA 2011. Alice™ Theme takes the successful WMS Bonus Bank formula to a whole new level. Available in identical 30-Line video and mechanical versions, the Alice theme comes action-packed with five unique, randomly triggered features available in both the Alice and the Mad Tea Party™ and Alice and the Enchanted Mirror™ themes. Additionally, each theme features a unique bonus round like nothing you've seen before.

Reel Boost™ Series features a unique six-reel configuration with the added benefit of increased prizes, a flipped-reel



*"WMS is thrilled to have a presence at the NIGA show again this year, where we will showcase our exciting, next-generation product and platform innovations, such as Leprechaun's World™. We know that driving higher coin-in, slot floor differentiation and improvements in operational efficiencies are priority to our casino operator partners and that is why WMS is committed to entertaining players and delivering future-forward and industry-differentiated solutions – from product ideation and conceptualization through final development of new platforms, applications and games."*

*Candace Lucas, Executive Director of Marketing Operations WMS*

mechanic for bonus rounds and an optional two-level mystery progressive. Leprechaun's Gold®: Land O' Luck™, an all-new, larger than life Leprechaun's Gold adventure. Powered by a real-time physics engine, Lucky the Leprechaun careens through an expansive world to award Leprechaun Free Spins, Clover Field Picks, Lucky's Big Pick or a Cash Local Area Progressive to the lucky triggering player. ♣







**Don't replace - REPAIR IN-HOUSE AND SAVE!**

# STOP Buying Replacement Units!

Is your casino totally self-sufficient in repairing monitors, power supplies, bill validators and ticket printers or are you throwing away hundreds or thousands of dollars purchasing replacement units? While it is not exactly a "hidden" cost to your department, some slot managers simply accept the price of replacements as the "cost of doing business" while it progressively nibbles away at the casino's bottom line. IT DOESN'T HAVE TO BE THIS WAY.

### My Two Week Slot Tech School Brings the Training to Your Casino

In truth, most electronic repairs are pretty easy. Often, it's just a matter of testing and replacing a small handful of inexpensive, off-the-shelf electronic components. Sometimes, it's just one. For example, it costs less than 25 cents in parts to repair the most common failure in Bally power supplies. The entire process takes about five minutes.

LET ME SHOW YOUR SLOT TECHS THE QUICK AND EASY WAYS TO REPAIR CASINO ELECTRONICS
You will see an immediate savings to the casino, starting with the in-house repairs that will be performed during the class!

About Randy Fromm: I am the publisher of Slot Tech Magazine. First published in 2001, Slot Tech Magazine is a monthly trade journal focusing on casino slot machine repair. I have been repairing electronics for the gaming industry since 1972. I really enjoy what I do and I love showing others how easy it can be. *No previous knowledge of electronics is required.*

*For more information, including course offerings and complete pricing information, please visit the website at* slot-techs.com

**Slot Tech Magazine 1944 Falmouth Dr. El Cajon, CA 92020-2827 tel.619.593.6131**

Case 4:17-cv-00454-GKF-JFJ   Document 154-5 Filed in USDC ND/OK on 10/12/18   Page 10 of 19
❖ HOT NEW GAMES ❖ HOT NEW GAMES

# CLASS III

## AGS
Phone: (866) 720-6105
*playags.com*

### GOLD DRAGON RED DRAGON™



A Fierce Factor™, PowerXStream® game featuring two monstrous fire-breathing dragons, AGS' Gold Dragon Red Dragon™ combines the mystical intrigue of the Chinese dragon with the hunt for golden fortune.

Building off AGS' popular Legend of the White Buffalo® theme, Gold Dragon Red Dragon takes players on a high-volatility adventure for explosive wins. A scatter-initiated bonus thrills players when bonus symbols appear on reels 2-4 during both the base game and the Free Spins Bonus. The game's PowerXStream feature intrigues players with 576 ways to win, and its Fierce Factor increases anticipation with higher payouts as players increase their bets. Streaming Stacks® in the base game add to the exhilaration as players hope that a full stack of high-paying or wild symbols appear on the middle reels announcing the higher payout. Finally, a Free Spins Bonus lights up the game when players trigger at least one bonus symbol on reels 2-4, with a minimum of eight free spins awarded and up to 128 free spins possible.

With its sleek graphics, enchanting sounds, and gripping play mechanics, this 5-reel, 1¢ game is sure to enrapture your players and breath fire on to your casino floor.

## Ainsworth Game Technology
Phone: (702) 778-9000
*ainsworthgames.com*

### MIGHTY PANTHER™



Ainsworth's new Mighty Panther™ title – along with companion game Gold Zone™ and Golden Lion™ - introduces the Quad Shot brand to the A560® SL cabinet. Like Quad Shot themed games on other Ainsworth cabinets, these new titles offer players a chance at an exciting four-level standalone progressive jackpot.

The four jackpots reset at $10, $40, $200 and $2,000 on the penny denomination game. Mighty Panther can be configured as a 40 or 50-line game, with multiple bet structures.

Major and Maxi progressives are awards with five-of-a-kind wins with no substitutions and a Quad Shots symbol on reel five of the same lit line. Minor and Mini progressives are awarded with five-of-a-kind wins with at least one substitution and a Quad Shot symbol on reel 5 of the same lit line.

Mighty Panther also offers players a free games feature where they choose 12 free games with two-times multipliers; 10 free games with three-times multipliers; or eight free games with five-times multipliers.

The game prowls onto casino floors soon!

## Aristocrat
Phone: (702) 270-1000
*aristocratgaming.com*

### THE WALKING DEAD II™



When Aristocrat unleashed the original The Walking Dead™ Slot Game, the industry named it "Slot Product of the Year," and players herded to the game, naming it the #1 best penny slot, among others. Now in North America, Aristocrat is letting loose the highly anticipated follow up, The Walking Dead II™ Slot Game.

The new The Walking Dead II Slot Game builds on the momentum of the TV series and the original game, and ups the ante with all-new content that is more exciting than ever.

The Walking Dead II is housed in the award-winning Arc Double™ cabinet, providing a fully engrossing player experience.

Heavily themed to the action in the show's season three, this all-new game includes all-new and exciting features like a random Michonne Attack bonus, Reel Growth for up to 300 lines, and Wild Horde multipliers. Exciting bonus features include Governor Jackpot Bonus and Governor Free Games.

This high volatility game has a frequent feature range. Denominations range from 1¢ to $20 with a 75 credit minimum bet and 375 credit max bet.

CHG0134197

Adding to the post-apocalyptic and gory fun, the game has SSP jackpot startups of $2,500 (grand), $250 (major), $30 (minor) and $10 (mini).

## Aruze Gaming America
Phone: (702) 361-3166
*aruzegaming.com*

### SUPER VAULT



Super Vault multiplies excitement by bringing new win possibilities to the 999.9 Gold Wheel series. This 3-reel, 3-row stepper slot gives the player the experience of reel entertainment! The extravagant 999.9 Gold Wheel series has always impressed customers with its gorgeous and enormous cabinet. The new, state-of-the-art technology of the HD touchscreen allows the player to be immersed in the wonderful world of wealth.

There are four jackpot levels: Grand Jackpot, Major Jackpot, Minor Jackpot, and Mini Jackpot. If the wheel indicates a jackpot win, the corresponding jackpot amount displayed is won and the wheel spins again. Three Spin symbols on the payline trigger the Gold Wheel containing credit prizes and four progressive levels. When the wheel is triggered with the Super Spin symbol on reel 3, a multiplier up to 10x is applied to the credit prize indicated on the wheel. Wheel Multiplier of either 5x, 8x, or 10x is applied to the credit prize determined on the 999.9 Gold Wheel only.

## Banyan Gaming
Phone: (954) 951-7094
*banyangaming.com*

### THUNDERSTRUCK II



Try this new thunderous 5 reel 243 ways to win video slot on one of our Link Upright cabinets. If you ever dream of striking it supernaturally lucky, this adventure, in the realm of mythical gods, could be just the ticket for you. Be sure to take a deep breath before proceeding, because you're about to step into the greatest storm of them all!

You'll be quaking in awe of Thor's thunderous power when he drops in and randomly turns up to 5 reels wild during the Wildstorm feature. Your gateway to glory is the Great Hall of Spins, where Valkyrie, Loki, Odin and Thor are standing by to help you plunder their respective Free Spins features. Each boasts a completely unique feature that's guaranteed to keep your adrenalin pumping as your winnings rack up! You will be able to choose from 10, 15, 20 and 25 free spins, each with their own volatility rating.

## Everi
Phone: (512) 334-7500
*everi.com*

### FIRE SORCERESS™

Players looking for hot winnings will fall under the magical spell of Fire Sorceress™, the 5-reel, 50-line video game from Everi.



The action heats up during Flash Fire™ Wilds, when a Fire Sorceress symbol lands on reels 1, 3, or 5. The Fire Sorceress turns adjacent theme symbols wild, conjuring up more winnings for players. The Free Spin Bonus is triggered when 3 Bonus symbols land scattered on reels 1, 3, and 5, awarding players 10 more spins and 2x total bet. Up to 100 free spins are possible!

Fire Sorceress will enchant players who want to add some heat to their gaming experience.

## IGT
Phone: (702) 669-7777
*igt.com*

### 99 RICHES™



A player's fortune awaits with IGT's 99 Riches™ video slots. The culturally enriched Asian-themed game is housed on the company's Crystal-Dual™ hardware solution, and joins IGT's popular MultiWay® game family, which offers 243 ways to win.

Developed for high-volatility gameplay and progressive jackpots, the new title offers a

Pick Bonus that can randomly be triggered after any win of 99 credits. In this bonus round, players select symbols to determine which of the four progressive levels will trigger an award. Igniting more ways to win, the vibrant game theme features a free games bonus that removes all minor symbols creating better odds of triggering the progressive pick bonus.

## Konami Gaming
Phone: (702) 616-1400
gaming.konami.com

### WONDER ROSE™

Konami Gaming, Inc.'s latest new game theme on the Concerto™ video upright cabinet is an Xtra Reward® 5-reel game called Wonder Rose™.

With an enchanted garden theme and a picturesque dual-screen attract mode, Wonder Rose is an original math game with Action Stacked Symbols®. Any 3 or more heart symbols trigger the Wonder Rose free game feature. The player is then prompted to choose from 3 different combinations of free games and bonus multipliers – with lower random multipliers assigned to a higher number of free games, while fewer free games carry higher random multipliers, up to 30x. Throughout the free games, any Wild Rose symbols are transformed into random multipliers for winning combinations. Players can win additional free games during the free game feature, which awards the appropriate number of free games for the selected multiplier level. Wonder Rose is a KP3+™ platform game available exclusively on Konami's new Concerto cabinet.

Concerto's top attractions include dual 27-inch high-definition touchscreen monitors, a 19.5-inch video topper, signature holographic side lighting, Konami's proprietary DynamicDash™ button panel, and more.

## Novomatic Americas
Phone: (224) 802-2974
novomaticamericas.com

### PUMPKIN POWER™

All Hollow's Eve awakens ghosts, goblins, and special pumpkin powers in this spooky theme from Novomatic – Pumpkin Power™. With anyway pay lines, this Winways® game is sure to put a spell on you! Pumpkin Power's 5x3 base theme boasts an enchanted art package full of wild Witch symbols, scary black cats, and eerie haunted houses. The theme is only enhanced by the ghostly sights and sounds of its unique free spin bonus.

It takes 3 Pumpkin symbols to award 12 free games and trigger the Pumpkin Power feature. During this feature, Pumpkin symbols on reel 3 transform into a special Feature Pumpkin that animates to roll a die. Watch as the die rolls onto the reels displaying either a 3, 4 or 5. The symbol that it lands on is then paid out as 3, 4 or 5 of-a-kind, respectively. But that's not all – if the die lands on a Pumpkin symbol it awards an additional 3, 4, or 5 free games! Free games can be won again during the feature, and are played at current bet.

Hop on your broomstick, and follow the moonlit path to your favorite casino – the time has come to give Pumpkin Power a spin.

## Scientific Games
Phone: (702) 897-7150
scientificgames.com/gaming

### CHEERS™



Play where everybody knows your name! Sam, Norm, Carla, Cliff, and the rest of the lovable Cheers cast are back and funnier than ever in this unforgettable game by Scientific Games Bally brand on the striking Alpha Pro™ V22/42. Norm's Bartender Bonus offers lucky players a U-Spin™ chance on the Jackpot Wheel or the Credit Wheel. Players spin for 3 jackpots, awarding the Top, Call, or Well progressives. For even more fun, Cliff's free games highlight 10 free games with Stacked Wilds.

In Cliff's Free Games players spin for 3 scattered Cliff symbols on reels 2, 3, and 4 and are awarded 10 free games with Stacked Wilds. Players watch a hilarious video from the hit show and then press spin to start the free games fun. In the free games, wild symbols act as scatter pays.

CHG0134199

# CLASS II

**AGS**
Phone: (866) 720-6105
*playags.com*

**COLOSSAL DIAMONDS®**



Enveloped in a larger-than-life Big Red™ cabinet, Colossal Diamonds® is an instant, jumbo-sized classic that consistently performs at a colossal clip. Its simple, timeless game play and high-denom configuration have been a hit with players and casinos everywhere.

Colossal Diamonds is a 3-reel, 1-line game featuring Cherries, Colossal Diamonds logos, and wild multipliers that pay as scatters within the game. When one or two Cherries or Colossal Diamonds logos appear on the payline on any reel, players earn the amount shown in the pay table as they watch the symbols enlarge and pulse on the game screen. Wild multiplier symbols on the third reel increase the excitement as players look for huge payouts.

A low volatility game with simple, single-line game play, and a top award of $6,000, Colossal Diamonds is a whopping winner, and your casino will be too with its extraordinary performance.

**Everi**
Phone: (512) 334-7500
*everi.com*

**SUPER STRIKE PROGRESSIVE™**

Players can strike it rich on Super Strike Progressive™, the 9-reel, 32-line video game from Everi that features bonus opportunities at any bet level.



The Super Strike Bonus is triggered when 3 Super Strike symbols land on payline 7. Players are awarded 5 picks on a board of 20 picking spots and can win credits, additional picks, or a progressive prize if they find a Super Strike symbol. The bonus bonanza continues when 3 Jackpot Wheel symbols land on payline 1, awarding players one spin on the Jackpot Wheel. The Jackpot Wheel contains credit values from 60x-200x bet per line and progressives are active at max bet.

Players will spin their way to big wins on Super Strike Progressive!

**IGT**
Phone: (702) 669-7777
*igt.com*

**RIVERBOAT RICHES™**

Winning opportunities flow freely with IGT's Riverboat Riches™ Bingo. The five-reel custom bingo theme was inspired by the math of the player-favorite IGT game, Prowling Panther®.

The Class II title can be deployed on a variety of leading IGT hardware solutions, including the G23-series and the universal slant cabinets. Designed for high volatility gameplay, Riverboat Riches is equipped with the company's exclusive Multi-Way Xtra® configuration, which removes paylines and offers players 720 ways to win when select symbols line up in adjacent reels. For big-win opportunities, players can navigate through an exciting free games bonus that features stacked multipliers.



**Nova Technologies LLC
An Ainsworth Company**
Phone: (864) 220-3775
*novatechnologiesllc.com*

**RAINBOW CASH ™**



Players will be looking for a pot of gold when they experience the new Rainbow Cash™ game. Following Ainsworth's acquisition of Nova earlier this year, Rainbow Cash will soon be available on both the Ainsworth A560 Dual Screen and Nova Atlas 100 cabinets.

This five-reel, 25-line game with



a $2.50 max bet includes four progressive jackpot levels and four unique bonus features that will grant players' wish for big wins and exciting gameplay.

Pots of Gold symbols on reels one, three and five trigger the high-frequency bonus rounds that allows players to spin a wheel for free games, credits, a pick 'em feature or progressive jackpots. The progressives are only available with a max bet.

Prizes on the wheel include: five free games; five free games with a single reel locked as all wilds; 20 free games at 10-times pay; credits; or a pick 'em bonus that can award between two and 40-times pay.

### Rocket Gaming Systems
Phone: (877) 315-2288
*rocketgaming.com*

#### PANDEMONIUM®

The pandas of Pandamonium® are so much fun, we had to bring them back. Rocket Gaming Systems is delighted to introduce Pandamonium on its Elite Class®, Winners Edge® Video and Galaxy™ cabinets. This 5-reel, 40-line video title is available in denominations of 1¢, 2¢, and 5¢. Pandemonium has a max bet of 250 credits by default, but is configurable to up to 2,000 credits.

There's no shortage of pandas or fun during any of Pandamonium's bonus round displays. The Random Wild Bonus is randomly triggered during any base game spin. While the reels are spinning, a Panda will appear indicating the trigger of the bonus feature and will award random Wild symbols for added wins. Trigger the Fireworks Bonus by obtaining three, four or five Fireworks Bonus symbols scattered on adjacent reels, starting from the leftmost reel. In this feature, the player is initially awarded 3x the total bet and then gets to choose from a screen full of fireworks for added credits and multipliers.

### Scientific Games
Phone: (702) 897-7150
*scientificgames.com/gaming*

#### LI'L RED™

Li'l Red™ slot game from Scientific Games' WMS brand is an exhilarating take on the classic little red riding hood fable. The popular game with entertaining graphics is housed in the striking Alpha Pro™ cabinet.

Free Spins Bonus with Nudging Wilds make the walk to grandmother's house fun! The main reel set and the Colossal Reel set create twice the action and twice the excitement for Li'l Red. In the Free Spin Bonus players spin for 3 or more scattered Grandma's House symbols on reels 1, 3, and 5 on the main reel set or the Colossal Reels set and are awarded 8, 12, or 20 free spins plus 2x, 5x, or 20x total bet. If 1 or more Li'l Red symbols appear on a reel on the main reel set, the rest of the stack will nudge into place making all 4 four positions on the reel wild.

### VGT - An Aristocrat Company
Phone: (918) 384-7000
*vgt.net*

#### CRAZY BILL® RUNAWAY RICHES™



Crazy Bill® and his trusty sidekick Nugget are back in the gold mine for another adventure in Crazy Bill® Runaway Riches™, VGT's newest 5-reel mechanical game. Filled with the Red Screen Free Spins® that VGT players love along with new graphics and music, this 9-line, 180-credit max bet Free Spinnin' game will keep players anticipating the red screen and the bigger wins that are in store.

With the appeal of a 3-reel mechanical game and a wide range of denominations, players of all levels will enjoy Crazy Bill Runaway Riches. Get three red sevens along with two Crazy Bill Runaway Riches logos with a max bet on any line played and win 392,000 credits!

Look for Crazy Bill Runaway Riches and the rest of the Free Spinnin' series coming Summer 2016 from Video Gaming Technologies, Inc. – An Aristocrat Company. ♣

CHG0134201

# CLASS III

## Ainsworth Game Technology
Phone: (702) 778-9000
www.ainsworth.com.au

### THE SOUND OF MUSIC™



Players will sing along to their favorite classic show tunes while playing Ainsworth's newest licensed theme, The Sound of Music™. Housed in the stunning A560®SL cabinet complete with a 32" high definition display, 19" LCD topper, premium surround sound, dynamic attract lighting and stunning overhead signage, The Sound of Music is sure to be a stand out on any casino floor.

The Sound of Music has two unique themes, Do Re Mi™ and My Favorite Things™, both available in 1¢, 2¢ and 5¢ denominations with a max bet of 150 credits. Hitting the "Spin" symbol on reel 5 triggers the bonus curved reel for added excitement. A free games feature is triggered by 3 or more scattered "The Sound of Music" symbols. Hitting the "Spin" symbol on reel 5 during the free games will trigger the bonus triple curved reel for the chance at wild multipliers, drop wilds and multiple progressives.

## Aristocrat
Phone: (702) 270-1000
www.aristocratgaming.com

### SONS OF ANARCHY™ SLOT GAME

Anarchy is upon us as FX Network's Golden Globe® winning "Sons of Anarchy" comes to casinos in Aristocrat's new Sons of Anarchy™ Slot Game, a new action-packed multi-site progressive game with a chance to win a $500,000+ jackpot and the excitement of Cluster Power, No Limits and Big Symbols – a totally new way to play and win.

Sons of Anarchy Slot Game comes to life in all of the show's gritty glory, with Jax, Gemma, Clay and all of viewers' favorite characters from FX's highest-rated series, creatively weaving the show's storyline into the game and attracting a wide demographic.

The show's hard-hitting action is captured perfectly on Aristocrat's award-winning VERVEhd™ cabinet, with ultra hi-def graphics, 3D panoramic adjustable sound and an ergonomic design that enhances game play. Sons of Anarchy has a 6x5 configuration.

Sons of Anarchy Slot Game is the first to feature Aristocrat's groundbreaking new Cluster Power™, where winning combinations are formed by connecting the same symbol in clusters across multiple reels. Additionally, the game takes reel growth to the next level by expanding the reel area in any direction during the "No Limits Jackpot" feature.

Adding to the fun, a free games bonus awards anywhere from 10 to 100 free games!

## Aruze Gaming America
Phone: (702) 361-3166
www.aruzegaming.com

### JEWELS 4 PROGRESSIVE™



A G-Series® title never looked so glamorous! Aruze's latest video game, Jewels 4 Progressive™, displays 6 different kinds of jewels, all of which represent their own level of the 6 jackpots this game has to offer. This title has the flexibility of being set as a high denomination game with only 20 paylines and a high game play volatility.

Each jackpot, whether it be fixed or progressive, can be won at any point throughout the gaming experience. Jackpot wins are determined by the symbol combinations of 4 consecutive alike jewels, with a final jackpot symbol on the 5th reel which matches the other 4 jewels. Depending on which jewel combination is awarded, that determines which jackpot, fixed or progressive, is won. Randomly during game play the Big Jewels Chance will be triggered, this tells the player that there is greater chance of winning the jackpot or big credit awards.

If you're shopping for a jackpot then look no further; a jewel of your choice awaits you!

### Bally Technologies
Phone: (702) 584-7700
*www.ballytech.com*

**TREE OF ETERNAL FORTUNE™**

Shake up your casino floor with Tree of Eternal Fortune™, a three-reel game on Bally Technologies' popular Alpha Elite™ V32 with iReels™ cabinet.

Tree of Eternal Fortune features vibrant graphics, a two-level progressive jackpot, and the chance for players to shake the tree during an interactive and whimsical base game feature.

The 27-line, 400 credits max bet game, with a bonus bet of 13 credits times the bet per line, is available in multiple denominations from one cent to $500. Any base game spin has the chance to trigger the Tree of Eternal Fortune. During this feature, players use their hand to touch and shake the tree to release berries, which award credits, Wild reels, or Wild reels with multipliers.

The Moonlight Bonus pick'em feature can award the two-level progressive, which is available at any bet level. During each of up to six rounds, players select berries to win credits, a Collect All award, or to advance to the next row of berries. If they make it to the top, they're awarded the progressive! Players win the top award of 50,000 credits times the denomination in the seventh round of the Moonlight Bonus.

### Cadillac Jack
Phone: (800) 684-4263
*www.cadillacjack.com*

**DANGEROUS ROSE™**



The sweet smell of danger and roses mingle under the watchful eye of a beguiling witch in Dangerous Rose™. The game features Super Streaming Stacks™ where almost all symbols appear in stacks and in Free Spins one of five high-paying Rose symbols, picked by the player, appears in super long stacks.

This theme features an oversized Witch symbol as Wild, five high paying roses and a glowing Lantern as an oversized Bonus symbol. Three bonus symbols on reels two, three and four awards eight free spins. Dangerous Rose has a true pick before the Free Spin Bonus where one of five roses is randomly selected to be the Streaming Stack symbol for the entirety of the Free Spin Bonus. Free spins can be retriggered. Three or more bonus symbols award an additional eight free spins shown with an animated retrigger sign.

### Eclipse Gaming Systems
Phone: (770) 277-8783
*www.eclipsegamingsystems.com*

**CLASSIC FRUIT™**

Wilds can fill multiple four-high reel strips in this throwback slot game from Eclipse Gaming Systems. The newest Class 3 game from Eclipse offers triple progressive awards with a $5,000 top award on a $2.00 max bet on five scattered logo symbols. Max bets, bet combinations, and top prizes are always configurable on Eclipse games.

In addition to the jumbo Wild symbols and multiple types of fruit, players will get excited over the one, two, and three bar scatter symbols, and the Classic Fruit™ logo. Even lemons can be turned into lemonade when the wild symbols substitute for non-scatter symbols, giving the player additional opportunities to win!



Up to 25 free spins can be won by getting five scatter symbols, and prizes are doubled during free spins.

The game is available in 1¢, 2¢, 5¢, 10¢ and 25¢ denominations as well as $1 and $5. Classic Fruit is also available for Class 2 operation, Charity and Video Lottery operation.

### IGT
Phone: (775) 669-7777
*www.igt.com*

**THE SWORDSMAN™**

Sharpen your swordsmanship skills on IGT's entertaining video slot, The Sworsdman™, ideal for players seeking a low denomination and low volatility gaming experience. Featuring warriors, jewels, letters, and royals for symbols, the 50 payline game heightens player excitement and delivers thrilling big-win opportunities with IGT's exclusive

CHG0134203



Super Stacks® feature. The Swordsman also drives coin-in with its Free Games Bonus, awarding players up to 16 free games. During the Free Games Bonus the player will receive increased Super Stacks, giving way to gaming thrills. The Swordsman video slot complements familiar titles such as Jaguar Princess® and Diamonds of Athens® and operators may bank these games together for optimal performance and optimization.

### Konami Gaming
Phone: (702) 616-1400
www.gaming.konami.com

#### HERDS OF WINS™
Herds of Wins™ by Konami Gaming, Inc. is a new Xtra Reward® series title featuring a novel reel animation concept with stampeding 3D game symbols. This original math, KP3® video slot is based on the familiar Multiple Lines 3-3-3-3-3® layout, but takes an entirely different spin when players enter the bonus feature.

Whenever the game's golden-framed Action Stacked Symbols® appear on all positions of 2 or more reels, the Herds of Wins feature is initiated and all remaining partially-framed reels are nudged until all positions are framed and replaced with the same symbol. After which, all framed reels slide to fill the left most reels and entire reel structure lays back in a 3D motion as the remaining right reel symbols begin charging toward the player in a unique animation sequence akin to a racing herd of animals. The symbols eventually slow and resulting formations are brought back to a 3-3-3-3-3 layout for traditional line awards.

Herds of Wins is available across Konami's video cabinet lineup, including its classic Podium®, SeleXion™ multi-game and extra-large Podium Goliath®.

### Multimedia Games
Phone: (512) 334-7500
www.multimediagames.com

#### BUCKAROO
Players will let loose their inner cowboy with Buckaroo, a 5-reel, 30-line video game from Multimedia Games. On any winning spin, the reels "nudge" downward 3 positions to reveal a new reel position, and if the new reel position results in a winning payline, the win is awarded, and the reels "nudge" again. These Windfall Reels can occur up to a maximum of 10 times, or until a "nudge" results in a losing spin. When 3 Free Spin symbols land on reels 1, 3, and 5, the player is awarded a trigger prize of 80 credits x bet multiplier



and 7 free spins, and the Free Spin bonus begins. Free spins and credit awards can be retriggered for up to 70 free spins, and Windfall Reels occur on every winning spin. Enjoy the spoils of the Wild Wild West in Buckaroo!

### Nova Technologies, LLC
Phone: (800) 678-1659
www.novatechnologiesllc.com

#### SAVAGE SEAS™



Answer the call of the Siren in Nova Technologies newest 5 reel, 30, 40 and 50 line, game: Savage Seas™!

These Savage Seas have beautiful but deadly sirens, savage sea monsters and the giant Kraken guarding its many priceless treasures! In your courageous quest at sea you will encounter a free spin bonus that awards up to one hundred free spins or even more with nested free spins! This highly cinematic new game features stacked symbols for even bigger wins and greater excitement. Savage Seas utilizes a medium-high volatility math model and can be set at 30 lines for higher time on device or 40 and 50 lines for bigger wins.

This blockbuster game also features full screen symbol animations, a new streamlined user interface with lots of new over the top win celebrations and rich booming sounds to engage and excite the player! Get this thrilling new game on your casino floor today and let your players brave the Savage Seas in their quest for untold riches! Also available as a Class II game.

## WMS
Phone: (773) 961-1620
www.wms.com/now

### THE LORD OF THE RINGS™ REELS OF RIVENDELL™

There is no need to travel all the way to Middle-Earth in order to experience the sights and sounds of The Lord Of The Rings trilogy. With a 42" curved LCD top box and 1080p high definition screens, this innovative gaming experience brings Middle-Earth to life through character-based bonuses and memorable clips from The Lord Of The Rings films.

No bonus symbols are needed to trigger The Lord Of The Rings Bonus; instead, any win over 5x will spin the top wheel, triggering bonuses centered on your favorite characters! Pick an Andúril sword for up to a 50x bet in the Aragorn™ Bonus; add up to 50 Wild symbols, per spin, in the Legolas™ Bonus; or watch as oversized Arwen™ symbols land on the reels in the Arwen™ Free Spin Bonus.

But that's not all – watch as up to 216 wild symbols drop from the top screen onto the reels in the Falling Wilds™ Feature, or as up to four reel sets drop from the top screen and are showered with Wild Symbols in the Falling Reels™ Feature.

Remember, there's some good in this world, Mr. Frodo... and The Lord Of The Rings Reels of Rivendell slots may even be called great!

## CLASS II

### Cadillac Jack
Phone: (800) 684-4263
www.cadillacjack.com

### SPIDER QUEEN™

Spider Queen is a darkly seductive fantasy that features PowerXStream and a Scatter-Initiated Bonus with bonus symbols that appear on reels 2-4 during both the base game and free spins. This hair-raising theme highlights Creepy Mechanical Spiders, Jeweled Bug Pendants and the Spider Queen as high paying symbols.

Power-XStream introduces a unique 3-4-4-4-3 reel configuration with 576 ways to win. The  PowerXStream pay mechanic evaluates the award based on the number of symbols that occur on adjacent reels, starting with the left most reel and moving right, or beginning with the rightmost reel and moving left.

The Bonus showcases the Spider Queen's throne room on the top screen. At least one Bonus symbol on reels 2, 3 and 4 awards bonus pay and initiates the free spins. The minimum free spin award is 8 free spins but up to 128 can be won on a single spin.

Players won't easily scare with 576 ways to win.

## Eclipse Gaming Systems
Phone: (770) 277-8783
www.eclipsegamingsystems.com

### SLOT CHEF™



Eclipse brings your players an exciting new triple progressive spinning reel game built on the wildly popular Dollar Bells math model.

Lining up five Steak Symbols wins you up to $400 plus progressive, and five Chickens will win you up to $80 plus progressive. Five logos on a payline will win you up to $4,000 plus the top progressive at $2 Max Bet.

Slot Chef features a free game scatter bonus where getting 3, 4, or 5 Free Spins Scatter Symbols takes you on 5 to 25 wild free spins which can award you a bonus pay for winning the scatter of up to 5 times your bet before the free spins even start.

The Wild Symbol substitutes for many of the other symbols enhancing the player's opportunities to win! Multiple Pots and Pans scatter symbols are of special note. An Any Pan symbol can combine with any individual pot or pan symbol to add to the player's scatter inning totals.

The game is available in 1¢, 2¢, 5¢, 10¢ and 25¢ denominations as well as $1 and $5 with a configurable top prize of up to $250,000 plus the Eclipse progressive.

CHG0134205

## IGT
Phone: (775) 669-7777
www.igt.com

### HOT ROLL® CHERRIES ON TOP®



Similar to a hot fudge sundae dressed up with everyone's favorite toppings, IGT enhances its Hot Roll® game family with the addition of Hot Roll® Cherries On Top®, an IGT Class II Bingo title sure to deliver a sweet gaming experience.

The three-reel, 20-payline game sizzles with delicious graphics in the top box as well as in the spinning reels and features fire red cherries, fluffy whipped cream and delightfully colorful sprinkles. Hot Roll Cherries on Top delivers up to 2x and 3x multipliers, awarding up to 9x winning combinations in the base game. Three Hot Roll symbols in any position initiate the Hot Roll bonus, giving the player potential to win additional credits.

The game also utilizes the industry's only customizable button configuration feature where operators can choose what credit amount each button displays.

## Multimedia Games
Phone: (512) 334-7500
www.multimediagames.com

### ARTEMIS

The hunt for big wins is on with Artemis, a 5-reel, 50-line game from Multimedia Games.

When an Artemis symbol lands on reels 1, 3, and/or 5, a Flash Fire spreads to adjacent theme symbols, turning them wild, with multiple Flash Fire Wilds can occur during a reel spin. When 3 Free Spin symbols land scattered on reels 1, 3, and 5, the Free Spin Bonus begins, and the player is awarded 2x bet and 10 free



spins. Free spins can retrigger for up to 100 free spins and more Flash Fires are possible during this bonus! Get ready to track down big winnings with Artemis.

## Video Gaming Technologies
Phone: (615) 372-1000
www.vgt.net

### PREHISTORIC ORIGINS™



When giants ruled the earth, those with the biggest teeth won... Cash in with Prehistoric Origins™ the enticing new Class II game from Video Gaming Technologies, Inc. (VGT). This 5-reel mechanical game features a 9-line, 180-credit maximum bet with an earthshaking top award amount that creates explosive wins!

Enjoy volcanic eruptions of Red Screen Free Spins® bonuses, and wild symbols that create scatter pays and enhanced wins up to 4x! Prehistoric Origins' heart-pounding graphics and music enhance the winning features that players love!

Play Prehistoric Origins and unleash your winning beast.

## WMS
Phone: (773) 961-1620
www.now.wms.com

### WHEEL BONUS - RICH LITTLE PIGGIES™ 2, LUXURY JET™, MONTEZUMA™, EAGLE RAPIDS™



The wheel bonus family has spun its way into the Central Determination market! Four new themes include Class III favorites Rich Little Piggies™ 2 and Montezuma™ themes, as well as their clones and Central Determination exclusives Luxury Jet™ and Eagle Rapids™ themes. Each game utilizes the family's unique wheel bonus play mechanic combined with the powerful CPU-NXT™3 processor and WMS exclusive Bonus Guarantee feature, which in these games awards between 2 and 10 times the total bet during the Free Spin Bonus.

Each theme features a multiplier during the Free Spin Bonus, and free spins can be retriggered. In Rich Little Piggies 2 and Luxury Jet themes, the Free Spin Bonus begins with a dice game that determines the enhancements for that Bonus round. More successful rolls of the dice award a higher multiplier and the potential for additional free spins! ♣

CHG0134206