# Exhibit 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

vs.

1CASTLE HILL STUDIOS LLC, et al.

    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

**DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill") hereby respond to Plaintiff's first set of requests for production of documents and things.

**Objections to Definitions**

Defendants object to the following Definitions:

1. "Accused Games," to the extent that it includes any CHG game not identified in the definition as the Complaint does not identify the games that allegedly infringe VGT's intellectual property rights.

2. "Award Sound Trade Dress Feature" to the extent that it includes any sound other than the sound of a mechanical bell as an indicator that the player has won credits made by the Accused Games.

3. "Bingo Play and Pays Trade Dress Feature" as VGT has failed to identify (a) all the "winning bingo patterns VGT uses with its 3-Reel Mechanical Games;" (b) what is meant by "the method for conducting the ball drop VGT uses with its 3-Reel Mechanical Games; and (c) all "pay tables VGT uses to display to players the credits that will be awarded for each winning combination on the reels of the 3-Reel Mechanical Games."

37.     All Documents and Things referring or relating to any comparison between VGT and CHG, including similarities or differences in their Marks, Trade Dress, or products.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Subject to and without waiving the objection, requested documents relating to the Accused Games, if any, will be produced.

38.     All Documents and Things referring or relating to CHG's knowledge of VGT, the VGT Marks, the VGT Trade Dress, the VGT Trade Secrets, and VGT's products.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties.

39.     All Documents and Things sufficient to show, on a quarterly basis, the revenues of each of the Accused Games sold or leased from the date of first use to present.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Castle Hill also objects on the basis that responsive Documents and Things encompass confidential business or trade secret information.

40.     All Documents and Things sufficient to show, on a quarterly basis, the gross net and profits realized by CHG, directly or indirectly, for each of the Accused Games sold or leased from the date of first use to present.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Castle Hill also objects on the basis that responsive Documents and Things encompass confidential business or trade secret information.

41. All Documents and Things sufficient to show, on a quarterly basis, CHG's gross and net profits since CHG began operating.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Castle Hill also objects on the basis that responsive Documents and Things encompass confidential business or trade secret information.

42. All Documents and Things sufficient to show a comparison of CHG's profitability between its Accused Games and its non-Accused Games.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Castle Hill also objects on the basis that responsive Documents and Things encompass confidential business or trade secret information.

43. All Documents and Things sufficient to show the number of units of each of the Accused Games in operation by month and year and the names and locations of the casinos where units are or were operating.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Castle Hill also objects on the basis that responsive Documents and Things encompass confidential business or trade secret information.

44. All Documents and Things referring or relating to the ways in which CHG decides where to seek placement of the Accused Games within casinos.

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Castle Hill also objects on

15

**Response**: CHG objects on the grounds that the Request is overly broad, unduly burdensome, and not relevant to the claims or defenses of the parties. Castle Hill also objects on the basis that responsive Documents and Things encompass confidential business or trade secret information.

49. All Documents and Things concerning CHG's Federal Rule of Civil Procedure 26(a)(1) initial disclosures (and any supplements thereto), including all Documents and Things used, relied upon, referenced, or identified therein.

**Response**: CHG objects on the grounds that the Request is vague, overly broad, unduly burdensome. Castle Hill also objects on the basis that responsive Documents and Things encompass confidential business or trade secret information.

Dated: November 22, 2017

Respectfully submitted,

_/s/_

Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*