# Exhibit T

# 2015

# ARISTOCRAT LEISURE LIMITED

# ANNUAL REPORT




## Notes to the Financial Statements
for the year ended 30 September 2015

**Note 35. Business combinations**

**(a) Business combination during the year**

On 20 October 2014 the Group acquired 100% of Video Gaming Technologies Inc (VGT). VGT is a leading provider of Class II gaming machines for the leased tribal gaming market in North America. VGT has a complementary product offering to Aristocrat, and has provided the opportunity to accelerate growth in the recurring revenue market.

Details of the purchase consideration, the net assets acquired and goodwill are as follows:

|  | 2015 $'000 |
|---|---:|
| Purchase consideration |  |
| Cash paid | 1,491,908 |
| Deferred consideration | 52,656 |
| Total purchase consideration | 1,544,564 |

The assets and liabilities recognised as a result of the acquisition are as follows:

|  | Fair value $'000 |
|---|---:|
| Cash | 53,567 |
| Receivables | 28,151 |
| Inventory | 8,320 |
| Property, plant and equipment | 48,211 |
| Intangible assets: Customer contracts and relationships | 561,773 |
| Intangible assets: Technology | 112,036 |
| Intangible assets: Trade name and game names | 23,478 |
| Other assets | 3,761 |
| Payables | (75,108) |
| Provisions | (4,445) |
| Net identifiable assets acquired | 759,744 |
| Add: goodwill | 784,820 |
| Net assets acquired | 1,544,564 |

The goodwill is attributable to key employees, tax benefits and synergies from combining operations with Video Gaming Technologies Inc. The goodwill is deductible for tax purposes.

**(i) Acquisition related costs**

Acquisition related costs of $17,568,000 are included in general and administration costs in the statement of comprehensive income for the year and $18,360,000 in operating cash flows in the statement of cash flows.

**(ii) Acquired receivables**

The fair value of trade and other receivables on acquisition was $28,151,000, all of which were trade receivables. The gross contractual amount for trade receivables due was $29,101,000. The fair value of the receivables have been recovered from customers.

**(iii) Revenue and profit contribution**

The acquired business contributed revenues of $357,197,000 and a net profit of $27,951,000 to the Group for the period from 20 October 2014 to 30 September 2015.

Had the acquisition occurred on 1 October 2014, the revenue and profit of the Group would not be materially different to the amounts as included in the statement of comprehensive income.

# Notes to the Financial Statements
for the year ended 30 September 2015

**Note 35. Business combinations** continued

**(iv) Purchase consideration – cash outflow**

|  | 2015<br>$'000 |
|---|---:|
| Outflow of cash to acquire subsidiary | 1,491,908 |
| Less: Cash acquired | (53,567) |
| Add: Contingent consideration paid on Product Madness acquisition | 8,047 |
| Outflow of cash – investing activities | 1,446,388 |

**(b) Business combination subsequent to reporting date**
In the prior period, the Group acquired assets and liabilities of complementary gaming products and systems supplier Paltronics Inc. for a purchase consideration of $11,223,000. The identifiable net assets acquired were $6,901,000 with goodwill of $4,322,000 being recognised.

During the year, the acquisition accounting for Paltronics Inc. was completed, resulting in $8,264,000 being transferred from goodwill to intellectual property and licences intangible assets. A purchase price adjustment of $936,000 was received during the year.