# EXHIBIT C

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 2 of 18

Job # 35927 | Video Gaming Technologies v Castle Hill Studios | Page 1
Videotaped deposition of Aaron Milligan | 2/9/2018

```
 1           IN THE UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3  ****************************************************

 4  VIDEO GAMING TECHNOLOGIES, INC.,

 5            Plaintiff,

 6      -vs-

 7  CASTLE HILL STUDIOS LLC                Case No.

 8  (d/b/a CASTLE HILL GAMING);    4:17-cv-00454-GKF-jfj

 9  CASTLE HILL HOLDING LLC

10  (d/b/a CASTLE HILL GAMING);

11  and IRONWORKS DEVELOPMENT, LLC

12  (d/b/a CASTLE HILL GAMING),

13            Defendants.

14  ****************************************************

15

16        VIDEOTAPED DEPOSITION OF AARON MILLIGAN

17              9:08 a.m. to 5:01 p.m.

18                 February 9, 2018

19              Charlottesville, Virginia

20

21

22

23

24  Job No. 35927

25       REPORTED BY:  Renee A. McDermed, RPR
```

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 3 of 18
Job # 35927   Video Gaming Technologies v Castle Hill Studios   Page 2
Videotaped deposition of Aaron Milligan   2/9/2018

```
 1              Videotaped deposition of AARON MILLIGAN,
 2    taken and transcribed on behalf of the Plaintiff, by
 3    and before Renee A. McDermed, Registered
 4    Professional Reporter and Notary Public in and for
 5    the Commonwealth of Virginia at large, pursuant to
 6    Notice to Take Depositions; commencing at 9:08 a.m.,
 7    February 9, 2018, at 415 4th Street NE, Suite 4,
 8    Charlottesville, Virginia.
 9
10      APPEARANCES OF COUNSEL:
11
12         COVINGTON & BURLING LLP
13         850 Tenth Street NW
14         Washington, DC  20001-4956
15         (202) 662-5257
16         msawyer@cov.com
17         rdalton@cov.com
18    BY:  MICHAEL SEAN SAWYER, ESQUIRE
19         REBECCA BARRET DALTON, ESQUIRE
20         Counsel for the Plaintiff
21
22
23
24
25
```

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 4 of 18

Job # 35927 | Video Gaming Technologies v. Castle Hill Studios / Videotaped deposition of Aaron Milligan | Page 3 / 2/9/2018

```
 1    APPEARANCES OF COUNSEL CONTINUED:

 2

 3       SAUL EWING ARNSTEIN & LEHR

 4       1919 Pennsylvania Avenue NW

 5       Suite 550

 6       Washington, DC   20006

 7       (202) 295-6605

 8       robert.gill@saul.com

 9    BY: ROBERT COURTNEY GILL, ESQUIRE

10       Counsel for the Defendants

11

12       SAUL EWING ARNSTEIN & LEHR

13       One PPG Place

14       Suite 3010

15       Pittsburgh, PA   15222

16       (412) 209-2508

17       jeremy.darling@saul.com

18    BY: JEREMY B. DARLING, ESQUIRE

19       Counsel for the Defendants

20

21

22

23

24

25
```

Case 4:17-cv-00454-GKF-JFJ  Document 161-4 Filed in USDC ND/OK on 10/12/18  Page 5 of 18
Job # 35927
Video Gaming Technologies v Castle Hill Studios
Videotaped deposition of Aaron Milligan
Page 4
2/9/2018

```
 1    APPEARANCES OF COUNSEL CONTINUED:

 2

 3       ZOBRIST LAW GROUP PLLC

 4       1900 Arlington Boulevard

 5       Suite B

 6       Charlottesville, VA  22905

 7       (434) 977-9666

 8       jjacobs@zoblaw.com

 9    BY: JONATHAN SPENCER JACOBS, ESQUIRE

10       Counsel for the Defendants

11

12    VIDEOGRAPHER:  Gordon Croll

13

14

15

16

17

18

19

20

21

22

23

24

25
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Renee A McDermed
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com

Case 4:17-cv-00454-GKF-JFJ  Document 161-4 Filed in USDC ND/OK on 10/12/18  Page 6 of 18
Job # 35927   Video Gaming Technologies v Castle Hill Studios   Page 6
Videotaped deposition of Aaron Milligan   2/9/2018

1    (9:08 a.m., February 9, 2018)

2

3            VIDEOGRAPHER:  All right.  This is the

4    deposition of Aaron Milligan being taken today on

5    behalf of the plaintiff.  My name is Gordon Croll of

6    Cavalier Reporting & Videography, Incorporated, 415

7    4th Street Northeast, Charlottesville, Virginia

8    22902.  Your court reporter today is Renee McDermed.

9    And would counsel please identify themselves now for

10   the record.

11           MR. SAWYER:  Michael Sawyer along with my

12   co-counsel, Rebecca Dalton, from Covington & Burling

13   on behalf of plaintiff, VGT.

14           MR. GILL:  Robert Gill, Jeremy Darling of

15   Saul, Ewing, Arnstein & Lehr.

16           MR. JACOBS:  And Jon Jacobs with Zobrist

17   Law Group.

18           VIDEOGRAPHER:  All right.  Thank you.

19   Today's date is February 9.  The year is 2018.  The

20   time is approximately 9:08 a.m.  Would the reporter

21   please swear in the witness.

22

23

24

25

Case 4:17-cv-00454-GKF-JFJ Document 161-4 Filed in USDC ND/OK on 10/12/18 Page 7 of 18
Job # 35927
Video Gaming Technologies v Castle Hill Studios
Videotaped deposition of Aaron Milligan
Page 2
2/9/2018

```
 1                    AARON MILLIGAN,
 2         was sworn and testified as follows:
 3                   E X A M I N A T I O N
 4
 5   BY MR. SAWYER:
 6       Q    Good morning, Mr. Milligan.
 7       A    Hi.
 8       Q    Could you please state your name and
 9   address for the record?
10       A    It is Aaron Milligan.  And my home
11   address?
12       Q    Yes.
13       A    It's 18236 James Madison Highway 22942.
14       Q    Have you ever been deposed before, Mr.
15   Milligan?
16       A    No.
17       Q    So, let me explain briefly kind of how the
18   process will work.  I'll be asking questions; and
19   your attorney, Mr. Gill, my make objections to those
20   questions.  I would ask that when I ask a question,
21   you wait until I finish the question before you
22   start to answer simply so the court reporter can
23   take it down.  If any of my questions are unclear,
24   please just let me know.  Does that sound fair?
25       A    Yes.
```

Case 4:17-cv-00454-GKF-JFJ  Document 161-4 Filed in USDC ND/OK on 10/12/18  Page 8 of 18
Job # 35927
Video Gaming Technologies v. Castle Hill Studios
Videotaped deposition of Aaron Milligan
Page 65
2/9/2018

```
 1      A    No.
 2      Q    Aside from the three computers, did you
 3  have any other electronic devices that you used for
 4  VGT business?
 5      A    Not that I recall, no.
 6      Q    No phone?
 7      A    No.
 8      Q    No tablet?
 9      A    No.
10      Q    So, you had no ability to check your
11  e-mail remotely when you were at VGT?
12      A    No.
13      Q    Did you have any external hard drives that
14  you used for VGT material?
15      A    Yes.
16      Q    And how many external hard drives did you
17  have?
18      A    One.
19      Q    And what happened to that external hard
20  drive?
21      A    I had it at my house.
22      Q    After your employment with VGT ended?
23      A    Yes.
24      Q    And did you inform VGT about the external
25  hard drive?
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Renee A McDermed
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 9 of 18
Job # 35927
Video Gaming Technologies v Castle Hill Studios
Videotaped deposition of Aaron Milligan
Page 66
2/9/2018

```
 1      A     No.

 2      Q     And what was on the external hard drive?

 3      A     Examples of my art.

 4      Q     What else?

 5      A     Family photos.

 6      Q     What else?

 7      A     I don't know.

 8      Q     Do you still have that hard drive?

 9      A     Yes.

10      Q     Does it still have VGT material on it?

11      A     Yes.

12      Q     And if Castle Hill asked you to produce
13   the contents of that hard drive, would you have any
14   objection?

15      A     It's broken.  It -- it died.

16      Q     How did it die?

17      A     I'm not sure.  It's -- it won't read.

18      Q     Approximately when did it stop reading?

19      A     I don't recall the specific date.

20      Q     Just approximately.  Was it within the
21   last year?

22      A     No.

23      Q     The last two years?

24      A     I don't recall when, when it actually
25   died.
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Renee A McDermed
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 10 of 18
Job # 35927
Video Gaming Technologies v. Castle Hill Studios
Videotaped deposition of Aaron Milligan
Page 57
2/9/2018

```
 1       Q    Was it before or after you heard about
 2  this lawsuit?
 3       A    It was before.
 4       Q    Was it before or after VGT sent Castle
 5  Hill a cease and desist letter?
 6       A    Before.
 7       Q    Did you take any intentional steps to
 8  cause the hard drive to die?
 9       A    No.
10       Q    So, it just stopped working?
11       A    Yes.
12       Q    But you still have the hard drive?
13       A    Yes.
14       Q    And you could produce the hard drive?
15       A    Yes.
16       Q    Did you ever access the hard drive after
17  you left your employment with VGT?
18       A    No.
19       Q    So, you just had this external drive, but
20  you never even read a file from it?
21       A    Not that I recall.
22       Q    How did you come to know the hard drive
23  died?
24       A    At the point where I was looking for
25  photos, I found that it wasn't working.
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Renee A McDermed
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 11 of 18
Job # 35927
Video Gaming Technologies v. Castle Hill Studios
Videotaped deposition of Aaron Milligan
Page 58
2/9/2018

```
 1      Q    And approximately when did that happen?
 2      A    I don't have the specific date.
 3      Q    So, how frequently would you use the hard
 4  drive to look for photos before it died?
 5      A    Not very often.
 6      Q    Did you ever give anyone else at Castle
 7  Hill access to that hard drive?
 8      A    No.
 9      Q    Aside from this external hard drive, do
10  you have any other storage media at your house that
11  contain VGT material?
12      A    No.
13      Q    Did you have any other storage media at
14  your house at any time that contained VGT material
15  other than this hard drive since you left VGT?
16      A    No.
17      Q    So, just to be clear, you've had a total
18  of four devices at your house while you were working
19  for VGT that contain VGT material; is that right?
20      A    Yes.
21      Q    And three of those devices you gave back
22  to VGT, but one of them you kept?
23      A    It was my personal drive.
24      Q    Exactly what type of VGT material was on
25  that drive?
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Renee A McDermed
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com

Case 4:17-cv-00454-GKF-JFJ    Document 161-4 Filed in USDC ND/OK on 10/12/18    Page 12 of 18
Job # 35927    Video Gaming Technologies v. Castle Hill Studios    Page 59
Videotaped deposition of Aaron Milligan    2/9/2018

```
 1      A    Examples of my animations for Cameloot.

 2      Q    What else?

 3      A    Projects I worked on.

 4      Q    What projects?

 5      A    Hunt for Neptune's Gold.

 6      Q    What other projects?

 7      A    Cameloot.

 8      Q    Aside from Cameloot and Hunt for Neptune's
 9   Gold, what other projects?

10      A    Mr. Money Bags Vault.

11      Q    What else?

12      A    Hot Red Ruby.

13      Q    What else?

14      A    That's all that I can recall.

15      Q    What about Polar High Roller?

16      A    No.

17      Q    When you told VGT that you were not going
18   to continue to work for them and you were instead
19   going to start for Castle Hill, did you tell them
20   about this drive?

21      A    No.

22      Q    Why not?

23      A    Two other artists that work at VGT, Brian
24   Reynolds and Rich Sisson, had -- were able to use
25   those files for portfolio to show example of their
```

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 13 of 18
Job # 35927
Video Gaming Technologies v. Castle Hill Studios
Videotaped deposition of Aaron Milligan
Page 70
2/9/2018

```
 1  work.
 2      Q    So, what actual file types were on this
 3  drive that contain VGT information?
 4      A    Illustrator.
 5      Q    What else?
 6      A    Photoshop.
 7      Q    What else?
 8      A    After Effects.
 9      Q    What else?
10      A    That's all I can recall.
11      Q    Approximately how many files were there in
12  Illustrator, Photoshop, or After Effects file type?
13      A    I don't know.
14      Q    Do you know how large the hard drive was?
15      A    A terabyte.
16      Q    Do you know approximately how much of that
17  terabyte contained VGT information?
18      A    No.
19      Q    The Illustrator, Photoshop, and After
20  Effects files are files the public would not have
21  had access to, right?
22      A    Yes.
23      Q    So, those would contain VGT's proprietary
24  information, right?
25           MR. GILL:  Object to the form of the
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Renee A McDermed
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com

Case 4:17-cv-00454-GKF-JFJ  Document 161-4 Filed in USDC ND/OK on 10/12/18  Page 14 of 18
Job # 35927   Video Gaming Technologies v. Castle Hill Studios   Page 71
Videotaped deposition of Aaron Milligan   2/9/2018

```
 1   question.
 2           You may answer.
 3      A    It was artwork.
 4   BY MR. SAWYER:
 5      Q    I'm not sure that answers my question.
 6   So, I'll ask it one more time.  The Illustrator,
 7   Photoshop, and After Effects files on that drive
 8   would contain VGT's proprietary information, right?
 9      A    Yes.
10      Q    And you didn't return that proprietary
11   information to VGT when you left, right?
12      A    Correct.
13      Q    So, you violated your employment
14   agreement, right?
15           MR. GILL:  Object to the form of the
16   question.
17           You may answer.
18      A    Yes.
19   BY MR. SAWYER:
20      Q    At any point in time did you inform VGT
21   that you violated the employment agreement?
22      A    No.
23      Q    Why not?
24      A    I don't know.
25      Q    Did you ever disclose the contents of
```

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 15 of 18

Job # 35927

Video Gaming Technologies v. Castle Hill Studios
Videotaped deposition of Aaron Milligan

Page 72
2/9/2018

```
 1   those files containing VGT proprietary information
 2   to Castle Hill?
 3       A    No.
 4       Q    Did you ever tell anyone at Castle Hill
 5   about those files?
 6       A    No.
 7       Q    Did you submit a portfolio to Castle Hill
 8   when you sought a job there?
 9       A    No.
10       Q    How much work goes into creating a
11   Illustrator file for one of VGT's games?
12       A    Can you repeat the question, please?
13       Q    Yeah.  How much work goes into creating an
14   Illustrator file for one of VGT's games?
15       A    It all depends on the subject matter and
16   the technique.
17       Q    Can you give me a range of how much time
18   you yourself spent creating Illustrator files?
19       A    Hours.
20       Q    Approximately how many hours?
21       A    I don't recall.
22       Q    So, let's take specific examples that you
23   used.  Mr. Money Bags Vault, there were Illustrator
24   files for Mr. Money Bags Vault on the external hard
25   drive that you kept, right?
```

*(434) 293-3300*  
*www.cavalier-reporting.com*  
*Reported by Renee A McDermed*  
*Cavalier Reporting & Videography*  
*(800) 972-1993*  
*info@cavalier-reporting.com*

Case 4:17-cv-00454-GKF-JFJ   Document 161-4 Filed in USDC ND/OK on 10/12/18   Page 247
Job # 35927                Video Gaming Technologies v. Castle Hill Studios    Page 16
                           Videotaped deposition of Aaron Milligan              of 18
                                                                              2/9/2018

```
 1  We took a lunch early when you guys wanted to.  It
 2  really ruins the video if that goes off and we can't
 3  use the testimony as well.
 4          MR. JACOBS:  Forgive me.  I will not do
 5  alarms anymore.
 6          VIDEOGRAPHER:  All right.  The time is
 7  approximately 5:01 p.m., and we are off the record.
 8          (Deposition adjourned, 5:01 p.m.)
```

Case 4:17-cv-00454-GKF-JFJ  Document 161-4 Filed in USDC ND/OK on 10/12/18  Page 17 of 18

Job # 35927 — Video Gaming Technologies v. Castle Hill Studios — Page 248
Videotaped deposition of Aaron Milligan — 2/9/2018

```
 1                    DEPOSITION ERRATA SHEET

 2   Our Assignment No. 35927
     Case Caption:  Video Gaming v. Castle Hill
 3   Deposition Date:  February 9, 2017

 4


 5            DECLARATION UNDER PENALTY OF PERJURY

 6


 7        I declare under penalty of perjury that I have

 8   read the entire transcript of my Deposition taken in

 9   the captioned matter or the same has been read to me,

10   and the same is true and accurate, save and except for

11   changes and/or corrections, if any, as indicated by me

12   on the DEPOSITION ERRATA SHEET hereof, with the

13   understanding that I offer these changes as if still

14   under oath.

15

16      Signed on the ___ day of_____, 20____.

17

18            _____

19                    AARON MILLIGAN

20

21      Subscribed to and sworn before me this ___ day
        of _____, 20__, in _____.
22
     _____
23   Notary Public

24   My commission expires:_____, 20____

25   Notary Public Registration No. _____
```

(434) 293-3300 — www.cavalier-reporting.com
Reported by Renee A McDermed
Cavalier Reporting & Videography
(800) 972-1993 — info@cavalier-reporting.com

COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

I, Renee A. McDermed, Notary Public and Registered Professional Reporter in and for the Commonwealth of Virginia at Large, and whose commission expires December 31, 2021, do certify that the aforementioned appeared before me, was sworn by me, and was thereupon examined by counsel; and that the foregoing is a true, correct, and full transcript of the testimony adduced.

I further certify that I am neither related to nor associated with any counsel or party to this proceeding, nor otherwise interested in the event thereof.

Given under my hand and notarial seal at Floyd, Virginia, this 19th day of February, 2018.

_____
Renee A. McDermed, Notary Public No. 7204975
Commonwealth of Virginia at Large
REGISTERED PROFESSIONAL REPORTER