# EXHIBITS D - Q

# FILED UNDER SEAL