IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>    (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>    (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>    (d/b/a CASTLE HILL GAMING)<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:17-cv-00454-GKF-jfj<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO SEAL AND BRIEF IN SUPPORT OF SEALING
MOTION IN LIMINE REGARDING THIRD PARTY CLAIMS**

Pursuant to Local Rule 79.1, General Order In Re The Use of Confidential Information In Civil Cases ("GO 08-11"), and paragraph 2(f) of the Stipulated Protective Order (Dkt. 55), Plaintiff Video Gaming Technologies, Inc. ("VGT"), hereby requests that the Court enter an order to seal Plaintiff's unredacted Motion in Limine and Brief in Support Regarding Third Party Games ("the Motion in Limine") and Exhibits C and G to the Declaration of Rebecca Dalton in Support of Plaintiff's Motion in Limine and Brief in Support Regarding Third Party Games ("the Dalton Declaration") (collectively, Dkt. 155). In support of this motion, Plaintiff states the following:

1. Portions of the Motion in Limine contain discussion of deposition testimony that has been designated as Highly Confidential Information pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55).

2. Exhibit C to the Dalton Declaration consists of Defendants' Response to Interrogatory No. 2 in Defendants' Second Supplemental Objections and Responses to Plaintiff's

1

First Interrogatories to Defendants, dated March 16, 2018. Pursuant to paragraph 2(b) of the Stipulated Protective Order (Dkt. 55), CHG has designated portions of this response as Highly Confidential.

3. Exhibit G to the Dalton Declaration consists of excerpts from the deposition testimony of Daniel J. Fulton, dated August 1, 2018, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

4. In accordance with Local Rule 79.1, GO 08-11, and the Stipulated Protective Order, Plaintiff has filed both a public, Redacted Motion in Limine, and a public, Redacted Declaration of Rebecca Dalton in Support of Plaintiff's Motion in Limine, (collectively, Dkt. 154), as well as a sealed, unredacted Plaintiff's Motion in Limine, and a sealed, unredacted Dalton Declaration (collectively, Dkt. 155).

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting sealing the Motion in Limine and Exhibits C and G to the Dalton Declaration (collectively, Dkt. 155).

October 12, 2018

Respectfully submitted,

/s/ Gary M. Rubman
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter

850 Tenth Street, NW  
Washington, D.C.  20001-4956  
Telephone: (202) 662-6000  
Facsimile: (202) 778-5465  
grubman@cov.com  
pswanson@cov.com  
msawyer@cov.com  
rdalton@cov.com  
   (admitted pro hac vice)

Neil K. Roman  
COVINGTON & BURLING LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018-1405  
Telephone: (212) 841-1221  
Facsimile: (212) 841-1010  
nroman@cov.com  
   (admitted pro hac vice)

*Counsel for Video Gaming Technologies, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I filed the foregoing via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

/s/ Gary M. Rubman