# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br> (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br> (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br> (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-jfj |

**PLAINTIFF'S MOTION TO SEAL MOTION TO EXCLUDE THE TESTIMONY OF ROBERT ZEIDMAN IN PART AND SUPPORTING BRIEF**

Pursuant to Local Rule 79.1, General Order In Re The Use of Confidential Information In Civil Cases ("GO 08-11"), and paragraph 2(f) of the Stipulated Protective Order (Dkt. 55), Plaintiff Video Gaming Technologies, Inc. ("VGT"), hereby requests that the Court enter an order to seal Plaintiff's unredacted Motion to Exclude the Testimony of Robert Zeidman in Part and Supporting Brief ("the Motion to Exclude") and Exhibits B, C, D, E, F, G and H to the Declaration of Peter Swanson in Support of Plaintiff's Motion to Exclude the Testimony of Robert Zeidman in Part ("the Swanson Declaration") (collectively, Dkt. 166). In support of this motion, Plaintiff states the following:

1. Portions of the Motion to Exclude contain both Plaintiff's and Defendants' sensitive and/or proprietary trade secret information, which, pursuant to the Stipulated Protective Order, should be treated as Highly Confidential Information.

2. Exhibit B to the Swanson Declaration consists of a document produced as CHG0015304–CHG0015331. Pursuant to paragraph 2(a) of the Stipulated Protective Order, CHG has designated this document as Highly Confidential Information.

3. Exhibit C to the Swanson Declaration consists of an excerpt from the Deposition of Robert Zeidman, dated September 28, 2018. Pursuant to paragraph 2(c) of the Stipulated Protective Order, CHG and VGT designated the deposition transcript as containing Highly Confidential and Highly Confidential Source Code Information.

4. Exhibit D to the Swanson Declaration is the Opening Expert Report of Stacy Friedman, dated August 10, 2018. Pursuant to paragraph 2(a)–(c) of the Stipulated Protective Order, VGT designated this report as Highly Confidential and Highly Confidential Source Code Information.

5. Exhibit E to the Swanson Declaration is a copy of the Rebuttal Expert Report of Robert Zeidman, dated August 31, 2018. Pursuant to paragraph 2(a)–(c) of the Stipulated Protective Order, CHG has designated this report as Highly Confidential Information. The report contains Highly Confidential and/or Highly Confidential Source Code Information of VGT.

6. Exhibit F to the Swanson Declaration consists of an excerpt from the Deposition of Alan Roireau, dated August 1, 2018. Pursuant to paragraph 2(c) of the Stipulated Protective Order, CHG has designated this deposition transcript as Highly Confidential Information.

7. Exhibit G to the Swanson Deposition consists of an excerpt from the Deposition of Alan Roireau, dated May 15, 2018. Pursuant to paragraph 2(c) of the Stipulated Protective Order, CHG has designated this deposition transcript as Highly Confidential Information.

8.      Exhibit H to the Swanson Deposition consists of an excerpt from the Deposition of Paul Suggs, dated June 8, 2018.  Pursuant to paragraph 2(c) of the Stipulated Protective Order, CHG has designated this deposition transcript as Highly Confidential Information.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting sealing the Motion to Exclude and Exhibits B, C, D, E, F, G and H to the Swanson Declaration (Dkt. 166).

October 12, 2018                    Respectfully submitted,

*/s/ Gary M. Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I filed the foregoing via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                      */s/ Gary M. Rubman*