**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

**DECLARATION OF MATTHEW J. ANTONELLI IN SUPPORT OF
DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT YORAM WIND**

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit A** is a true and correct copy of the opening expert report of VGT's expert Yoram Wind, dated August 10, 2018.

3. Attached as **Exhibit B** is a true and correct copy of the reply report of VGT's expert Yoram Wind, dated September 14, 2018.

4. Attached as **Exhibit C** is a true and correct copy of the "corrected" opening report of VGT's expert Yoram Wind, dated September 24, 2018.

5. Attached as **Exhibit D** is a true and correct copy of the rebuttal report of Castle Hill's expert James T. Berger, dated August 31, 2018.

6. Attached as **Exhibit E** are true and correct excerpted pages from the September 20, 2018 deposition of VGT's expert Yoram Wind.

7. Attached as **Exhibit F** is a true and correct copy of the opening expert report of VGT's expert Stacy Friedman, dated August 10, 2018.

8. Attached as **Exhibit G** is a true and correct copy of a document VGT produced in discovery, which was marked as Exhibit 182 to the deposition of Jay Sevigny.

9. Attached as **Exhibit H** are true and correct excerpted pages from the July 12, 2018 deposition of Jay Sevigny.

10. Attached as **Exhibit I** are true and correct excerpted pages from the August 2, 2018 deposition of Don Kovach, taken pursuant to Rule 30(b)(6).

11. Attached as **Exhibit J** is a true and correct copy of a document VGT produced in discovery, which was marked as Exhibit 181 to the deposition of Jay Sevigny.

12. Attached as **Exhibit K** is a true and correct copy of a document VGT produced in discovery, which was marked as Exhibit 179 to the deposition of Jay Sevigny.

13. Attached as **Exhibit L** are true and correct excerpted pages from the May 23, 2018 deposition of James Starr.

14. Attached as **Exhibit M** is a true and correct copy of a document VGT produced in discovery, which was marked as Exhibit 178 to the deposition of Jay Sevigny.

15. Attached as **Exhibit N** is a document showing side-by-side an image of Mr. Money Bags VGT included in its Amended Complaint with the image used in the Wind Survey.

16. Attached as **Exhibit O** is a true and correct copy of a Memorandum by Dr. Yoram (Jerry) Wind, dated September 24, 2018 provided contemporaneously with his "corrected" opening expert report.

17. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2018 in Washington, District of Columbia.

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 12th day of October, 2018, I caused an unredacted copy of the foregoing Declaration to be served on the following counsel for Plaintiff who have consented to email service, via email:

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                                */s/ Matthew J. Antonelli*
                                                Matthew J. Antonelli