# EXHIBIT D

# REDACTED PUBLIC VERSION

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER**

# Rebuttal Report of James T. Berger

## Re:  VIDEO GAMING TECHNOLOGIES, INC. v. CASTLE HILL STUDIOS LLC, ET AL.

# Rebuttal Report of James T. Berger

## Re:  VIDEO GAMING TECHNOLOGIES, INC. v. CASTLE HILL STUDIOS LLC, ET AL.

## I.    Executive Summary

1.  This report offers a rebuttal to the "Likelihood of Confusion Between VGT and CHG Electronic Gaming Machines" report prepared by Dr. Yoram ("Jerry") Wind ("Wind Report"), dated August 10, 2018.  The stated purpose of the Wind Report is "to conduct a study and provide expert opinions and analysis related to likelihood of confusion between electronic gaming machines ('EGMs') made by VGT and those made by Castle Hill Gaming ('CHG') among consumers who have played or intend to play such machines in Oklahoma casinos."[1]  The Wind Report is fatally flawed for the following reasons:

   - Failure to identify and differentiate the target market for the EGMs;

   - Use of the SQUIRT survey protocol instead of the more appropriate EVEREADY survey protocol;

   - Absence of foundation for basing the survey on a single VGT EGM and a single CHG EGM while ignoring other trademarks and alleged trade dress elements;

   - Selection and reproductive quality of images used in the survey;

   - Failure to replicate the real-world environment in which the games are encountered;

   - Improper use of leading and compound questions in the survey questionnaire;

   - Unfounded extrapolation of survey results to other trademarks and alleged trade dress; and

---

[1] Wind Report, p. 1.

- Unnecessarily complex details in the Wind Report's analysis while the report fails to consider key information.

For these reasons, as developed in more detail in this report, it is my opinion that the conclusions in the Wind Report are not reliable because they are not based on sound methodology, and the report failed to focus on the relevant target markets.  Additionally, to the extent that the gratuitous "Other Relevant Evidence" comments in the Wind Report are not encompassed and supported in the survey itself, they are unreliable, irrelevant, biased, and not useful and should be stricken in their entirety.

## II.    Personal Background (See Exhibit A)

2.  <u>Present Activities.</u> I am currently a faculty member at Roosevelt University.  I am also Principal of James T. Berger/Market Strategies, a strategic marketing communications and consulting firm.  I currently teach courses in Market Research, Advertising, Consumer Behavior, Personal Selling and Sales Management, Global Marketing, Marketing Management, and Marketing in Theory and Practice at Roosevelt University's Walter E. Heller College of Business Administration.  I have previously taught graduate and undergraduate marketing-related courses at DePaul University and Loyola University, and Northwestern University's Kellogg Graduate School of Management.  In addition, I have taught undergraduate courses at Northwestern University's School of Continuing Studies, The University of Illinois at Chicago, and The Lake Forest Graduate School of Management. In November 2011, Oxford University Press published a book that I co-authored with R. Mark Halligan of the law firm of Nixon Peabody entitled ***Trademark Surveys: A Litigator's Guide***.  A second edition was published in spring, 2015.  A second book, ***Trademark Surveys in the Age of Daubert*** was published by Lexis-Nexis/Matthew Bender in summer, 2016.  In addition, I have authored many articles dealing with marketing and other business-

3

related issues.  A copy of my curriculum vitae, summary of my teaching experience, publications list, billing rate and testimony experience, are attached to this report as **Exhibit A**.

3. Education.  I received a Master's Degree in Business Administration in 1978 from the University of Chicago Graduate School of Business (now known as The University of Chicago Booth School of Business), with concentrations in marketing and finance.  I also received a Master of Science Degree in Journalism from Northwestern University's Medill School of Journalism in 1965 with concentrations in the news and editorial sequence, and a Bachelor of Arts Degree with a major in journalism from the University of Michigan in 1964.

4. Prior Experience.  I have previously worked as an account supervisor for two Downtown Chicago advertising agencies, as vice president and director of public relations for another Chicago advertising agency, and as account supervisor for two major Chicago public relations agencies.  I have had my own marketing communications consulting practice for more than 35 years and have been involved in marketing consulting and survey work for law firms for more than 20 years.

5. Market Research/Trademark Experience.  I have extensive market research experience, including quantitative and qualitative survey research, and have performed in-person, telephone, and Internet-based interviewing in various industries with respect to brands and trademarks.  I have also designed and coordinated market research programs, including drafting questionnaires, performing and supervising personal interviews, organizing focus groups, tabulating and evaluating data, and preparing research reports.  I have delivered continuing legal education programs entitled "Intellectual Property Surveys: Best Practices" twice before the Chicago Bar Association, twice before the Milwaukee Bar Association,

before the St. Louis Bar Association, before the Indiana Bar Association, and before the

Texas Bar Association.  In addition, I was a presenter at a session in March 2003, before the

Minnesota State Bar Association, entitled "The Effective Use of Survey Experts and

Evidence in Trademark Cases."  Furthermore, in addition to my two published books, I have

authored 18 articles on intellectual property and trademark/secondary meaning surveys for

*INTELLECTUAL PROPERTY TODAY* Magazine: (1) "10 Frequently Asked Questions

About Intellectual Property Surveys," which appeared in the August 2003 issue; (2)

"Swimming in Shark-Infested Waters," which appeared in the June 2004 issue; (3)

"Creativity Key to Executing Toughest IP Survey Projects," which appeared in the July 2005

issue; (4) "What IP Attorneys Should Know About Expectations and Costs for Survey

Research," which appeared in the April 2006 issue; (5) "10 Easy Ways to Blow Away A

Survey," which appeared in the January 2007 issue; (6) "The Power and Perils of Internet

Surveys," which appeared in the August 2007 issue; (7) "How to Do an IP Survey Without

Giving Away the Store," which appeared in the April 2008 issue; (8) "New Challenges to the

IP Survey Process," which appeared in the July 2009 issue; (9) "Introducing the

Internet/Telephone 'Hybrid' Survey," which appeared in the July 2010 issue; (10) "When

NOT To Do An Intellectual Property Survey," which appeared in the November 2010 issue;

(11) "A New Survey Protocol for Proving/Disproving Design Patent Infringement," which

appeared in the April 2011 issue; (12) "How to Apply Theory of Probability to the Decision

of Whether to Do an I.P. Survey," which appeared in the February 2011 issue; (13) "The

Descriptive/Suggestive Conundrum in Trademark Surveys," which appeared in the

November 2011 issue; (14) "The Pre-Litigation Pilot Trademark Survey," which appeared in

the March 2012 issue; (15) "Frequently Asked Questions About Trademark Surveys," which

appeared in the December 2012 issue; (16) "Internet Surveys Come of Age," which appeared in the July 2013 issue; (17) "10 Common Myths About Trademark Surveys," which appeared in the September 2013 issue, and (18) "Will A Survey Help Win A Likelihood of Confusion Case?" in the September 2014 issue.  I also do extensive freelance writing for magazines and other publications on a variety of business-related topics, including marketing, marketing communications and trademarks.  Early in my career, I worked as Account Executive and later Account Supervisor at The Public Relations Board, Inc. Chicago.  In this capacity, I developed several surveys and was responsible for compiling MUSIC U.S.A., an annual compilation of statistical data of the music industry and music participation in the United States.

6.  <u>Trademark Testifying Experience.</u>  The list of cases in which I have testified in deposition or at trial is set forth in my curriculum vitae, attached to this report as **Exhibit A**.  I have testified as an expert in strategic marketing, marketing communications and intellectual property surveys with respect to brands and trademarks.  Over the last 20 years, I have been retained as an expert in more than 100 lawsuits.  In many of those lawsuits, the issue was some form of trademark or trade dress infringement, likelihood of confusion, and/or whether a trademark had achieved secondary meaning.  In addition, I have been retained as an expert in cases involving efforts to prove or disprove whether names were generic, descriptive, or suggestive.

## III.    Retention

7.  I was retained in this matter by Saul Ewing Arnstein & Lehr, LLP, attorneys for the Defendants, for the purpose of preparing a rebuttal to Dr. Wind's report.   My consulting fee

but your opinion would be essentially guessing.  There is no explanation for the selection of these players as survey participants.[31]

22. Dr. Wind should have selected another market, such as Michigan or Minnesota or another state that offers casino gambling as a "control."  If the sole purpose of the survey was to determine likelihood of confusion between the machines based solely on similarity of appearance, Dr. Wind should have shown the same machines to markets where both VGT and CHG lack the extremely high market share that VGT possesses in Oklahoma.  By showing this array in a different locale other than Oklahoma, it would enable respondents to compare the images without the bias of having seen them before.  This would provide an excellent "control."

**B.    Failure to Employ Eveready Protocol.**

23.  The Wind Survey employs the SQUIRT survey method rather than the EVEREADY method, without explanation.  In most likelihood of confusion surveys, the survey expert has the choice of using one or both of these protocols.  The EVEREADY protocol is the superior test when it is possible to apply it.  The EVEREADY protocol came out of the landmark case, *Union Carbide Corporation v. Ever-Ready Incorporated*, 531 F.2d 366 (7th Cir. 1976). The SQUIRT Protocol came out of the landmark case, *Squirtco v. The Seven-Up Company*, 628 F.2d 1086 (8th Cir. 1980).  I use for my rationale the latest article by a leading peer-reviewed expert, Jerre B. Swann, writing in the International Trademark Association's "The Trademark Reporter," in an article entitled "Eveready and Squirt Cognitively Updated," (Vol. 106 No. 4 July-August, 2016).   Here is how Swann defines the two protocols:

---

[31] Wind Report, p. 8.

**E.    Survey questionnaire presents leading and compound questions.**

35. The survey lacks a "Filter Question" or "Filter Statement" – an explanation at the start of the survey that tells the respondent that they don't have to know the answers to all the questions and if they don't know an answer it's perfectly OK to say, "DON'T KNOW."  This removes the burden of the respondent feeling he/she must answer every question.  It is intended to prevent compelling the respondent to guess at answers.

36. The survey essentially had three major questions:

- (a) do you think that each of these machines is made by a different company? OR (b) do you think that any of these machines are made by the same company? OR OR (c) don't you have an opinion?

- Which machines do you think are made by the same company?  Please select the machines that you think are made by the same company.

- (a) do you think that none of these machines are made by companies associated or affiliated with each other? OR (b) do you think that any of the machines are made by companies that are associated or affiliated with each other? OR (c) don't you have an opinion?

Without the filter statement, the first question can be viewed as acceptable because of the use of the word "any."  However, the second and third questions are leading questions because the absence of the words "if any" suggest the answer.  The questions should have been worded:

- Which machines, IF ANY, do you think are made by the same company?

- Which machines, IF ANY, do you think are made by companies that are associated or affiliated with each other?

The inclusion of the words IF ANY and the option to select DON'T KNOW as an acceptable choice removes the onus of the question being a leading question.  Otherwise, the respondent is essentially being told: "select the machines made by the same

19

company" and "select the machines that you think are associated or affiliated with each

other."

37. The third question is compound in nature because it includes the terms "associated or

affiliated." Merriam-Webster defines "affiliated:" [42]

> "closely associated with another typically in a dependent or
> subordinate position."

It defines "associated:"

> "joined together often in a working relationship"
>                OR
> "related, connected, or combined together." [43]

Because "associated and "affiliated" have different connotations, separate questions are

required. Survey expert, (the late) Jacob Jacoby discusses the problematic issues with

these kinds of questions when he wrote:

> Double-barreled questions are those that cover two or more independent
> concepts to which the respondent is supposed to give a single response.
> The problem surfaces when the respondent would give different answers
> for the different components but are forced by the question to give a
> single answer that applies to all the components….Compound questions
> are very similar to double-barreled questions.  While they use the word
> "and" to connect different thoughts, they may also use the word "or,"
> thereby combining two questions in one…. [44]

**F.    Failure to replicate the casino environment in which the games are presented**

38.  Conducting a legitimate SQUIRT survey requires presentation of the trademarks or trade

dress in an authentic marketplace environment.  Each of the drawings of the five machines

was presented in isolation and without context -- not how they are encountered in a casino.

There was no attempt to develop images of the games in real world/real time setting, creating

a higher likelihood of confusion and a lower degree of reliability.  Rather than the sterile

---

[42] Merriam-Webster Online Dictionary, available at http://www.merriam-webster.com/dictionary/affiliated
[43] Merriam-Webster Online Dictionary, available at http://www.merriam-webster.com/dictionary/associated
[44] Jacoby, Jacob, Trademark Surveys: Designing, Implementing and Evaluating Surveys, Volume 1, American Bar Association, Section of Intellectual Property Law, 2013, Chapter 8.43 Question Biases, Page 744.

Wind's survey completely ignores by using static images rather than attempting to recreate real world conditions of a consumer.

**G.    The analysis is unnecessarily complex and fails to consider key information.**

41. The length and bulk of the Wind report makes it very difficult to find essential information. With such a flawed questionnaire and the absence of a truly legitimate "control" mechanism, the verbatim answers, which take up the bulk of the report, are meaningless.

42. Because of the previously stated bias in the image reproduction and the use of two Class III machines as "controls," there is only one internal control within the survey, and that is insufficient.  This survey demands an adequate control to gauge "noise."  It lacks such a control, and this is a crucially missing element to this survey.

**H.    Unfounded extrapolation of survey results to other trademarks and trade dress.**

43. Dr. Wind unfairly and without any scientific basis extrapolates the results of his survey, which involved comparing a single VGT and CHG EGM, respectively, to draw broad and overreaching conclusions about confusion between VGT and CHG EGMs in general  (Wind Report, p. 24).  There is no basis for Dr. Wind to draw any conclusions from his study about VGT or CHG EGMs other than the specific EGMs he actually included in his study.

44. Before jumping to his conclusions, Dr. Wind made no attempt to explain why the VGT and CHG games included in his survey allow him to draw conclusions about all VGT and CHG games, including the numerous VGT and CHG games not included in his survey.  Dr. Wind failed to present any theory, method, evidence, or argument that the images of the games he selected were representative of all VGT or CHG games.

- Dr. Wind has presented no basis for a hypothesis that the images of the games used are representative of all VGT or CHG cabinets.  To the contrary, as

22

explained above, VGT has many types of cabinets on the market.  Similarly, CHG has more than one type of cabinet on the market.

- Dr. Wind has presented no basis for a hypothesis that the images of the games used are representative of all VGT or CHG artwork.  To the contrary, both VGT and CHG offer numerous games and combinations of different artwork styles, colors, characters, games without characters, layouts, pay table styles, and other artistic design choices.  Dr. Wind has presented no basis to support his conclusion that the images of the two games used in his survey are representative of all VGT or CHG trademarks and trade dress combinations.

## VI.    Discussion of Dr. Wind's "Other Relevant Evidence"

45. Dr. Wind has supplemented his report with certain "contentions," not based on his survey, that have no basis in fact or survey theory.  To the extent that these statements are not addressed and supported in connection with the survey, they must be wholly discounted and stricken from the report.

- *Strength of trade mark and trade dress*.  The survey does not establish the strength of VGT's trademarks or trade dress.  The trade dress elements must achieve secondary meaning before even qualifying to be considered for likelihood of consumer confusion. Dr. Wind did not conduct a secondary meaning survey and there is nothing in his report that establishes secondary meaning of the alleged trade dress elements. It would be difficult if not impossible to establish secondary meaning because VGT employs dozens of combinations of the various elements in its EGMs, creating a lack of consistency of use that is inherently contrary to the requirements for secondary meaning.

23

- *Actual confusion*.  The weight and sufficiency of anecdotal actual confusion is not a subject of a likelihood of confusion survey.  The reported instances of "actual confusion" are either by anonymous players or VGT's own employees or their family members.  The four anecdotes of alleged confusion are unreliable, irrelevant and not helpful for purposes of a consumer survey.

## VII.  Conclusions and Opinion

46. For the reasons stated in this report, it is my opinion that the Wind report is unreliable because the survey:

- failed to identify and justify the selection of the "target market;"

- used only the SQUIRT survey protocol with side-by-side comparisons;

- lacked the foundation for basing the survey on a single VGT EGM and a single CHG EGM while ignoring other key considerations;

- presented images in isolation with biased positioning, color and quality;

- formed questions that were leading and compound;

- failed to make any attempt to replicate the casino environment;

- lacked adequate controls;

- with no basis in accepted methodology, the results of a single confusion survey are extrapolated to apply to dozens of other allegedly infringed trademark and trade dress elements; and

- presented results in an unnecessarily complicated format.

47. For so many reasons, Dr. Wind's effort falls short of the goals he set for himself.  He has both oversimplified some important areas while making his final report overly complex.  In my opinion,  Dr. Wind has not proven that CHG has improperly entered the Oklahoma market with products that are creating a likelihood of confusion.  The scope of the survey

24

and methodology used by Dr. Wind, in my professional opinion, has little merit and should be rejected by the Court.

James T. Berger
August 31, 2018

# EXHIBIT A

CURRICULUM VITAE

# James T. Berger/Market Strategies, LLC
*IP Litigation Services & Surveys: Trademarks/Brands/Marketing;*
*Marketing Consultant; Free-Lance Writer; University Instructor*

James T. Berger/Market Strategies, LLC
555 Skokie Blvd.  - Suite 500, Northbrook, IL 60062
847-897-5599  Fax 847-480-7859
E-mail: jberger@jamesberger.net   WEB: www.jamesberger.net

## EDUCATION

MBA    University of Chicago, Graduate School of Business, concentrations in marketing and finance.

MS    Northwestern University, Medill School of Journalism, concentration in news/editorial sequence.

BA    University of Michigan, College of Literature, Science and the Arts, major in journalism.

## PROFESSIONAL EXPERIENCE

MARKET STRATEGIES, Chicago. Evanston and Northbrook, IL (1983 to present) Principal of this marketing services/consulting firm, which specializes in:
- Intellectual Property Expert Witness services.
- Strategic marketing planning including creating written market plan documents.
- Implementing marketing programs.
- Integrated marketing communications services including advertising, public relations, sales promotion, direct mail.
- Helping clients develop and maintain business relationships.

As a "hands-on" consultant, I help clients develop strategies and programs as well as assist in the implementation.  The firm concentrates on business-to-business marketing with specific focus on financial services, accounting and consulting services, commercial real estate, eldercare, office technology, manufacturing and distribution.  Expert witness services include litigation support activities including surveys and testimony-related actitivies.  Concurrent with the management of Market Strategies, I became involved with:

THE INVESTOR RELATIONS COMPANY, Northbrook, IL (June 1998 to July 1999) As Senior Vice President, I was involved in the full array of Investor Relations activities including account management; working with the financial press including magazines, newsletter and wire services; direct contacts with analysts and brokers; and writing of financial news releases, quarterly and annual reports, profiles and fact sheets.

THE FINANCIAL RELATIONS BOARD, INC., Chicago, IL (April 1997 to June 1998) As an Account Manager for this large, national investor relations firm, I:
- Coordinated account service, market intelligence and media activities.
- Created investment profiles and fact sheets; developed and wrote annual reports,

quarterly earnings releases and other news releases.

STERN WALTERS/EARLE LUDGIN, Inc., Chicago, IL (1980-83) Vice President -- Account Supervisor:
- Account manager for Associates Commercial Corporation account, a commercial finance company with advertising billings in excess of $7 million.
- Account manager for Sears, Roebuck & Co. Contract Sales Group division.
- Developed marketing strategies, planning and account management.

THE WITTLEDER COMPANY, Inc., Chicago, IL (1976-80) Vice President -- Account Supervisor:
- Created and implemented marketing strategies and programs.
- Clients involved in office products and services, data systems, micrographics, commercial real estate, automotive aftermarket and financial services.

BRAND ADVERTISING, Inc., Chicago, IL (1973-76) Vice President -- Director of Public Relations:
- Responsible for firm's public relations profit center.
- Programming, planning, client and media contact, writing and editing.
- Active in new business development.
- Clients involved in automotive aftermarket, industrial equipment, agriculture.

GOLIN/HARRIS COMMUNICATIONS, Inc., Chicago, IL (1971-73) Account Supervisor for this large public relations agency:
- Worked on McDonald's restaurants, agency's major account.
- Created national model awareness program for Chicagoland market.
- Managed McDonald's involvement in public affairs, ecology, energy conservation, labor relations and the inner city.
- Involved in financial relations and marketing-support activities.

## EARLY EXPERIENCE

Began career as copy, wire and make-up editor for CHICAGO DAILY NEWS. Moved into corporate public relations as editor of an employee publication for ILLINOIS BELL TELEPHONE COMPANY in Chicago and Springfield, IL. As a publicity specialist for MORTON INTERNATIONAL INC., I became involved in the consumer, industrial, institutional, automotive and agricultural markets. My first experience in agency public relations was with THE PUBLIC RELATIONS BOARD, INC., (now known as PORTER NOVELLI), first as an account executive and later as an account supervisor.

## PROFESSIONAL MEDIA EXPERIENCE

- Copy Editor for *Chicago Daily News*, Chicago, IL
- Editor and General Assignment Reporter for *The Patriot Ledger*, Quincy, MA
- Correspondent for *United Press International* in Ann Arbor, MI
- Part-time general assignment reporter for *Pioneer Press* newspapers, Wilmette and Highland Park, IL
- Free-lance columnist for *Homelife* section of *Chicago Sun Times*

## BOOKS PUBLISHED

Trademark Surveys: A Litigator's Guide  by James T. Berger and R. Mark Haliigan (of the FisherBroyles law firm), published by Oxford University Press, 2011.  Second edition published bt LexisNexis Matthew Bender in 2015,
Trademark Surveys in the Age of *Daubert* by James T. Berger, published by LexisNexis Matthew Bender in 2016.

## ARTICLES PUBLISHED

Intellectual property litigation-related articles:

— "10 Frequently Asked Questions about Intellectual Property Litigation Surveys" published in the August 2003 issue of *Intellectual Property Today*.

— "Swimming in Shark-Infested Waters," published in June 2004 issue of *Intellectual Property Today*.

— "Creativity Key to Executing Toughest IP Survey Projects," published in July 2005 issue of *Intellectual Property Today*.

— "What IP Attorneys Should Know About Expectations and Costs For Survey Research," published in April 2006 issue of *Intellectual Property Today*.

— "10 Easy Ways to Blow Away a Survey," published in the January 2007 issue of *Intellectual Property Today*.

— "The Power and Perils of the Internet Surveys," published in August 2007 issue of *Intellectual Property Today*.

— "How to do an IP Survey without Giving Away the Store," published in April 2008 issue of *Intellectual Property Today*.

— "New Challenges to the IP Survey Process," published in July 2009 issue of *Intellectual Property Today*.

— "Introducing the Internet/Telephone 'Hybrid' Survey," published in the July, 2010 issue of *Intellectual Property Today*.

— "How to Apply Theory of Probability to Decision of Whether to Do an I.P. Survey," published in the February, 2011 issue of *Intellectual Property Today*.

— "A New Survey Protocol for Proving/Disproving Design Patent Infringement" by James T. Berger and Tracy Zawaski, published in the April, 2011 issue of *Intellectual Property Today*.

— "The Descriptive/Suggestive Conundrum in Trademark Surveys," published in the November, 2011 issue of *Intellectual Property Today*.

— "The Pre-Litigation Pilot Trademark Survey," published in the March, 2012 issue of *Intellectual Property Today,*

— "Frequently Asked Questions About Trademark Surveys," published in the December, 2012 issue of *Intellectual Property Today,*

— "Internet Surveys Come of Age," published in the June, 2013 issue of *Intellectual Property Today*.

— "10 Common Myths About Trademark Surveys," published in the September, 2013, issue of *Intellectual Property Today*.

— Will  A Survey Help Win A Likelihood of Confusion Case?" published in the September, 2014, issue of *Intellectual Property Today*.

Marketing communications-related articles published in:
- *Crain's Chicago Business*, a weekly business publication.
- *Services Marketing Today*, published by the American Marketing Association.
- *Talking To The Boss*, a weekly business publication.
- University of Chicago Graduate School of Business alumni magazine.
- *Your Business*, a quarterly magazine published for GE Capital by Baumer Financial Publishing, Chicago.
- *Independent Business*, a monthly magazine published by Group IV Communications, Thousand Oaks, CA.

Business-related articles in published in:

| | |
|---|---|
| - *Active Times* | - *Executive Decision* |
| - *Business Life* | - *Home Business Journal* |
| - *Office Dealer* | - *Business Sense* |
| - *Office System* | - *Real Estate Chicago* |
| - *Chicago Sun-Times* | - *American Fitness* |
| - *Dow Jones Business Employment Weekly* | - *Area Development* |
| | - *Real Estate Chicago* |
| - *Texas Realtor* | - *Grid* |
| - *Multifamily Executive* | - *Plants, Sites & Parks* |
| - *Office and Industrial Properties* | - *Journal of Property Management* |
| - *Real Estate Profiles* | - *Commercial Investment Real Estate* |
| - *Kiwanis Magazine* | - *Crain's Chicago Business* |
| - *The Rotarian* | - *Tax Credit Advisor* |

## TEACHING EXPERIENCE

ROOSEVELT UNIVERSITY
**Walter E. Heller College of Business Administration**
Received WEHCBA Outstanding Adjunct Award, 2010.
Nominated for ADJUNCT FACULTY PERSON OF THE YEAR AWARD in 2005/06.
- Marketing Reseach - - An undergraduate course that covers the basis of marketing Research.
- Marketing in Theory and Practice -- A graduate level course that covers basic principles of marketing and market research.
- Selling and Sales Management -- An undergraduate course focusing on consultative selling and the management of the sale force.
- Consumer Behavior -- An undergraduate course that explored the how's and why's of consumer purchasing.
- Introduction to Advertising -- An undergraduate course focusing on advertising, sales

promotion and integrated marketing communications.
- Retail Marketing Management.  An undergraduate course focusing on retail marketing theories and practices.
- International Marketing Analysis – Taught at both the graduate and undergraduate levels, this course that probes how foreign companies market in the United States and how domestic companies market abroad.

DE PAUL UNIVERSITY
**College of Commerce -- Graduate Level**
- Marketing Research -- An overview of marketing research and its role in decision-making with the organization.
- Marketing Strategy -- A case-oriented course focusing on decision-making.
- Industrial Marketing -- A course utilizing cases and text that concentrates on industrial and business-to-business marketing.
**College of Commerce -- Undergraduate Level**
- Principles of Marketing -- A basic, survey course that introduces all the College of Commerce students to marketing.
- Marketing Management -- A second-tier course that uses cases to illustrate basic marketing principles.
- Introduction to Advertising -- A course for marketing majors that introduces students to basic advertising.
- Industrial Marketing -- A course for marketing majors focusing on industrial and business-to-business marketing.
- Personal Selling -- A course for marketing majors that concentrates on consultative selling.

LOYOLA UNIVERSITY
**Graduate School of Business**
-International Marketing — This course focuses on  how foreign companies market in the United States and how domestic companies market abroad.

NORTHWESTERN UNIVERSITY
**Kellogg Graduate School of Management**
- Business Marketing -- A graduate level course focusing on industrial and business-to-business marketing principles and cases.
**School of Continuing Studies**
- Principles of Marketing -- An introductory survey course that covers basic principles including market research.
- Strategic Marketing:  Cases in Decision-Making -- A more advanced, case-method course.
- Business-to-Business Marketing -- A course that explores the differences between consumer marketing and business marketing.
- Introduction to Public Relations -- An introductory course that focuses on the various facets of public relations and publicity.
- Integrated Marketing Communications -- A course that I created that focuses on the synergies of coordinating all the promotional blend elements.

UNIVERSITY OF ILLINOIS AT CHICAGO
**College of Business Administration**
> - Advertising and Sales Promotion -- An undergraduate course that introduces students to the basic principles of advertising.
> - New Product Management -- An undergraduate course focusing on the new product development and marketing process.


LAKE FOREST GRADUATE SCHOOL OF MANAGEMENT
> - Marketing Management -- An executive graduate-level course that uses cases and a major team project to introduce students to the principles of marketing and marketing management.

CONTINUING  LEGAL EDUCATION SEMINAR
> - Presented "Intellectual Property Litigation Surveys … Best Practices" before the Chicago, Milwaukee, St. Louis, Texas and Indiana Bar Associations. The program has been approved for continuing legal education credits.

MINNESOTA STATE BAR ASSOCIATION
Continuing Legal Education
> - Faculty member for "The Effective Use of Survey Experts and Evidence in Trademark Cases." Minneapolis State Bar Association, Minneapolis, MN, March 7, 2002.

MEMBER – INTERNATIONAL TRADEMARK ASSOCIATION

## LITIGATION EXPERIENCE

### *I have testified in court in the following cases: (side who retained me in* **BOLD***)*

**Euromarket Designs, Inc., dba Crate & Barrel Limited** v. Miriam Peters and Point Blank Multimedia, testified in U.S. District Court, Chicago, August 3, 2000.

**Heartland Corporation** v. Don Siphers et al., testified at U.S. District Court, Topeka, KS, on June 25, 2002.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Scafiddi Motors v. **General Motors Corporation,** testified before State of Wisconsin Division of Hearings and Appeals, Madison, WI, on April 4, 2008.

University of Kansas et al v. **Larry Sinks et al**, testified at trial at U.S. District Count in Topeka, KS, on July 8, 2008.

Just Enterprises, Inc. v. **(888) Justice, Inc**., testified in U.S. District Court in Chicago, IL on June 17, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, testified before State of Wisconsin Division of Hearings and Appeals, Jan. 23, 2009.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (jury trial) testified in U.S. District Court in Sherman, TX, on June 24, 2009.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc**. (bench trial) testified in U.S. District Court in Sherman, TX, on June 25, 2009.

**Fair Isaac Corporation et al** v. Experian, et al, testified in U.S. District Court in Minneapolis, MN, on November 6, 2009.

**John A. Dore et al** v. Sweports, Ltd., et al, (A brand valuation case),. testified in Cook County Circuit Court on October 24, 2011.

Audemars Piguet Holdings, S.A. et al v, **Swiss Watch International, Inc.** et al. testified in U.S. District Court in New York, NY, on June 26, 2013.

**Dwyer Instruments, Inc.** v. Sensocon, Inc., et al testified via video hook-up to trial in U.S. Distrct Court in Ft. Wayne, IN, on June 16, 2014.

**Mike Vaughn Custom Sports** v. Chrystem "Chris" Piku et al, testified in U.S. District Court in Detroit, MI, on September 4, 2014.

**Richard Golden and Beak and Bumper LLC** v. Jang H. Lin d/b/a/ Dental USA, Inc.  testified by phone in an arbitration in New Jersey on Nov. 4, 2014.

National Financial Partners, Corp. v. **Paycom Software, Inc**. testified at a Preeliminary Injunction hearing in Federal Court in Chicago on May 15, 2015.

**Black & Decker Corporation et al** v. Positec USA et al, U.S. District Court in Chicago, September 29-30, 2015.

Lifetime Products, Inc., Claimant v. **Maxchief Investments, Ltd. et al.,** Respondents American Arbitration Association, at AAA offices, San Francisco, May 22-23, 2017.

**Illinois Tool Works, Inc**. v. Rust-Oleum Corporation, a Hearing in Federal Court in Houston, TX, May 3, 2018.


## _I have been deposed in the following cases: (side who retained me in BOLD)_

Allan J. DeMars, as Trustee for Weisser Eyecare, Inc., v. **NBD Highland Park,** October 12, 1996.

**Black & Decker (U.S.) Inc., et al**  v. Pro-Tech Power Inc., et al, February 5, 1998 And March 5, 1998.

**Atlas Electric Devices Co**. v. Q-Panel Lab Products Corporation, April 26, 2001.

**Motor Werks Partners, L.P.** v. BMW of North America, June 11, 2001.

Sparks & Crain v. **AT&T and Lucent Technologies**, February 18, 2002.

**Native American Arts** v. Earth Dweller, Ltd., and The Waldron Corporation, April 5, 2002.

**Master Tech Products, Inc.,** v. Prism Enterprises, Inc., September 11, 2002. (A trade secrets case.)

**Mansfield Plumbing Products L.L.C**. v. Mariner Partners, Inc., et al., March 4, 2003.

Horizon Health Services, Inc. v. **Allied National, Inc. et al**, October 25, 2004.

S&M Nutec, L L.C. v. **T.F.H. Publications, Inc.,** January 16, 2005.

Century 21 Real Estate v. **Century Surety Co.,** March 1, 2005.

Midwest Canvas Corp. v. **Nationwide Tarps, Inc.,** March 17, 2005.

Seed Lighting Design Co. LTD v. **Home Depot, et al.**  July 14, 2005.

**Dioptics Medical Products, Inc.** v. PR Trading Company D/B/A/ Polar Ray Sunglasses Corporation, August 13, 2005.

**True & Dorin Medical Group** v. Leavitt Medical Associates, et al, September 10, 2005

Edina Realty v. **TheMLSonline.com, Inc.,** Oct.. 7, 2005.

Kevin Trudeau et al v. **George Lanoue et al**, November 21, 2005

**Dioptics** v. PR Trading Company, Feb. 17, 2006.

Wenger Corporation v. **The Stadium Chair Company, LLC,** June 22, 2006

**Cobra Capital** v. LaSalle Bank Corporation et al, July 26, 2006

Illinois Tool Works v. **Chester Brothers Machined Products, Inc. d/b/a Pneu-Fast,** Aug. 15, 2006

**Note Family, Inc.** v. Vivendi Universal Games, Inc., October 4, 2006

St. Luke's Eye Center v. **James Sanderson et al**, March 15, 2007

University of Kansas et al v. **Larry Sinks et al**,  May 29, 2007.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in

Tampa, FL, on June 7, 2007

Just Enterprises, Inc. v. **(888) Justice, Inc**. on January 11, 2008.

Schneider Saddlery Co., Inc. v. **Best Shot Products International LLC** on February 6, 2008.

Scafiddi Motors v. **General Motors Corporation** on March 3, 2008. (Testimony related to Buyer Behavior.)

Larin Corporation v. **Alltrade, Inc**. on March 26, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics** on March 13, 2008.

Dallas Cowboys Football Club and NFL Properties, LLC v. **America's Team Properties**, Inc. on April 30, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics** on November 13, 2008.

**Fair Isaac Corporation et al** v. Equifax Inc. et al on December 17, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, on January 12, 2009.

**WMH Tool Group, Inc.** v Woodstock International, Inc., and Grizzly Industrial, Inc, on June 30, 2009.

Atlanta Allergy & Asthma Clinic, P.A. v. **Allergy & Asthma of Atlanta, LLC et al**, on July 6, 2009.

**North Shore Gastroenterology** v. North Ohio Gastroenterology on October 15, 2009.

**Metso Minerals Industries, Inc**. v. FLSmith-Exc el et al, March 26, 2010. (A trade secrets case)

**Evert Fresh Corportaiton** v. Pactiv Corporation, September 10, 2010. (A brand valuation case).

**Mark Rice d/b/a Games to Remember** v. Brand Imports, L.L.C. et al, September 21, 2010.

Innovation Ventures, LLC v. **N2G Distributing, Inc. et al,** September 24, 2010.

**John A. Dore et al** v. Sweports, Ltd., et al, January 31, 2011. (A brand valuation case).

**Lovely Skin, Inc**. v. Ishtar Skin Care Products, LLC, October 27, 2011.

**Native American Arts, Inc**. v. Bud K Worldwide, Inc. Deposition, December 14, 2011.

**Native American Arts, Inc.** v. Peter Stone Co., U.S.A., February 3, 2012.

**Native American Arts, Inc.** v. Mangalick Enterprises, Inc . d/b/a/ IAC International, Feb 3, 2012.

**Native American Arts, Inc.** v. Atlanta Cutlery Corporation, Inc., March 1, 2012.

**Morningware, Inc. v.** Hearthware Home Products, Inc**.** May 2, 2012.

Treanna Winery, LLC, petitioners v. **Niner Wine Estates, registrant/responder**, June 7, 2012.

**Back in Five, LLC** v. Infinite International, Inc., June 29, 2012.

**Lively Skin, Inc**. v. Ishtar Skin Care Products, LLC, July 19, 2012.

**Aegis Sciences Corporation** v. Aegis Food Testing Laboratories, Inc. et al, June 7, 2013.

Audemars Piguet Holdings S.A. et al v. **Swiss Watch International, Inc**. et al, June 12, 2013

**ThermoLife International, Inc.** v. Gaspari Nutrition, Inc., August 7, 2013.

**David Elliott, an individual, and Chris Gillespie, an individual** v. Google, Inc., a Deleware Corporatoin et al on September 6, 2013.

**NetAirus Technology, LLC** v. Apple, Inc. on September 11, 2013

**Motorola Mobility, Inc. and Motorola Trademark Holdings, LLC** (opposers) v. Nextel Communications, Inc. (applicant), October 3, 2013.

**Robocast, Inc.** v. Apple, Inc. on  Oct. 10, 2013.

**Native American Arts, Inc** v. Peter Stone Company on December 27, 2003.

**The Black & Decker Corporation et al** v. Positec USA, Inc. on February 14, 2014.

**Minitube of America Inc.** v. Reproductive Provisions LLC et al, April 18, 2014.

Dish Network, Inc. v. **Fun Dish, Inc.,**  Part 1**,** June 23, 2014.

**Richard Golden and Beak and Bumper LLC** v. Jang H. Lin d/b/a/ Dental USA, Inc. , June 29, 2014.

**Amini Innovation Corporation** v. McFerran Home Furnishing, Inc. et al, August 8, 2014.

**Weber-Stephen Products LLC** v. Sears Holding Company et al, January 9, 2015.

Dish Network, Inc. v. **Fun Dish, Inc.,**  Part 2,  February 25, 2015.

**American Energy Corporation** v. American Energy Partners, L.P. et al, March 9, 2015.

**Daniel Poneman** v. Nike, Inc. et al, April 7, 2015.

National Financial Partners, Corp. v. **Paycom Software, Inc**., April 23, 2015.

Daniel Defense, Inc. v. **Remington Arms Company, LLC et al,** July 28, 2015

**Lights Out Holdings, LLC** v. Nike, Inc., December 15, 2015

Caterpillar Inc., opposer, v. **Tigercat International Inc., applicant**, March 3, 2016

**H.J. Heinz Company** v. Boulder Brands USA, Inc. , Sept. 28, 2016

Lifeguard Licensing Corp. et al v. **Jerry Kozak et al**, Oct. 6, 2016

**Hard Candy. LLC** v. Anastasia Beverly Hills, Inc., Feb. 6, 2017

Lifetime Products, Inc., Claimant v. **Maxchief Investments, Ltd. et al.,** Respondents American Arbitration Association, Feb. 14, 2017.

Monster Energy Company v. **Integrated Supply Network, LLC**, March 23, 2018.

ServePro Industries Incorporated et al v. **Zerorex of Phoenix, LLC et al,** April 10, 2018.

**Saxon Glass Technologies, Inc.** v. Apple, Inc. July 24, 2018.


## BILLING RATE (FOR EXPERT WITNESS SERVICES)
$500 per hour ($550 for time spend in testimony)

# SUPPLEMENT A

*A Compilation of Published Articles*
*Written by James T. Berger*

| DATE | PUBLICATION | ARTICLE TITLE |
|---|---|---|
| **1998** | | |
| Fall | Active Times | Wanted: Mature Workers Who Need Minimal Training, Many Positions Available |
| Sept-Oct | National Bus Employment Weekly | What's an M.B.A. worth? |
| Sept-Oct | National Bus Employment Weekly | The Degree Dilemma |
| November | Chgo Sun Times Business Life | Buying Into Barter |
| December | Crain's Chicago Business | A Crucial Goal: Increasing Schools' Visibility |
| Jan-Dec | Writer's Digest | |
| | | |
| **1999** | | |
| January | Business Life | Business is Booming in Executive Temp Industry |
| 38744 | Real Estate Profiles | Gary Canepa / Patty Ancona / Patraick Fortin / Richard Blevins / Nancy Mroz |
| April | Business Life | Medical Industry Goes Under the Knife |
| 38823 | Wall Street Journal | Will Earning An MBA Pay off Later in Life? |
| Spring | Business Sense | Networking 101 |
| June | Business Life | Building Solid Financial Foundations |
| June | Your Business | Blueprint for Success |
| June | Small Business Adviser | Building Earnings by Barbara B. Buchholz |
| June | Chgo Sun Times Business Life | Tips Could Help You Sell Your Home by Yourself |
| July - Aug | American Fitness | X-Termination |
| July | Business Life | Building Solid Foundations |
| Summer | Your Business | Expanding Your Horizons |
| August | Business Life | Factoring Takes New Meaning in Today's Global Economy |
| September | Chgo Sun Times Business Life | Push to Revive Reverse Mortgage |
| September | Business Life | Opportunities Abound for Older Workers |
| September | Kiwanis | Working Into Retirement |
| September | Independent Business | 10 Easy Ways to Lose a Client |
| Fall | Recreation Management | Wet and Wild on the West Coast by J. Fisher Park & J. Morgan Park |
| September | Active Times | Reversal of Fortune for Reverse Mortgages |
| September | Chgo Sun Times Homelife | Mortgage Plan Helps Buyers with Bad Credit |
| September | Chgo Sun Times Homelife | Mortgage Lenders Won't Suffer Despite Market Changes |
| November | Business Life | Are Stockbrokers and Endangered Species? |
| November | Home Business | Turning Hobbies Into Profitable Home-Based Businesses |
| November | Chgo Sun Times Homelife | Prepayment Penalty Offers a Trade-Off for Homeowners |
| 17-Dec | Chgo Sun Times Homelife | No Doc Loans Help Self-Employed |
| 1999 | Commercial Lending Report | Entire Year |
| | | |
| **2000** | | |
| 7-Jan | Chgo Sun Times Homelife | Blacks Still Face 'Predatory Lending' Schemes: study |
| 12-Jan | Chgo Sun Times Homelife | Home Ownership Rising in Nation, While Equity is Falling |
| 14-Jan | Chgo Sun Times Homelife | New Laws Might Boost Reverse Mortgage's Appeal |
| 16-Jan | Chgo Sun Times Homelife | Banking On Your Home |
| 21-Jan | Chgo Sun Times Homelife | Not All Mortgages Require Buyer to Make a Down |

| | | Payment |
|---|---|---|
| 22-Jan | Active Times | Do Banks Protect Your Privacy |
| 28-Jan | Chgo Sun Times Homelife | Legal Foundation Guards Against Mortgage Scams |
| January | Business Life | WWII Fighting For Bandwidth |
| January | Recreation Management | Welcome To The Great Outdoors |
| January | Commercial Lending Report | All Loans Are "Good" When You Make Them |
| Winter | Business Sense | Grievance Alert |
| 11-Feb | Chgo Sun Times Homelife | Your Portfolio Can Provide Mortgage Down Payment |
| 18-Feb | Chgo Sun Times Homelife | Worried Buyer Can Try An Interest-Rate Option |
| 25-Feb | Chgo Sun Times Homelife | Go For Brokers |
| Feb-29 | Chgo Sun Times Business | Leap Day has It's Benefits |
| February | Business Life | WWII Fighting For Bandwidth |
| 3-Mar | Chgo Sun Times Homelife | Rising Interest Rates Take Toll on Buyers Mortgages |
| 17-Mar | Chgo Sun Times Homelife | Home Saver Helps Avert Foreclosure |
| 24-Mar | Chgo Sun Times Homelife | Closing On A Home Often Troublesome |
| 31-Mar | Chgo Sun Times Homelife | Web Portal Can Speed Loan Process |
| March | Recreation Management | If You Build It, They Will Swim |
| March | Business Life | Consumers Not Ready to Leave Mall Behind |
| May | Texas Realtor | What's Up With Mortgages? |
| 10 - Oct | Chgo Sun Times Homelife | Fed holds key to stable mortgage rates: experts |
| 29 - Oct | Chgo Sun Times Homelife | Landscaping is a cheap and easy fix |
| 29 - Oct | Chgo Sun Times Homelife | Home offices, pools not worth it |
| 3 - Nov | Chgo Sun Times Homelife | As closing nears, lender wants money for a "hold back" |
| 17 - Nov | Chgo Sun Times Homelife | Fannie Mae helps lending victims |
| 24 - Nov | Chgo Sun Times Homelife | 'Tis the season to be wary when seeking a mortgage |
| 1 - Dec | Chgo Sun Times Homelife | Chicago mortgage bank reaches out to immigrants, minorities |
| 3 - Dec | Chgo Sun Times Homelife | Land contract may fail without canceled checks |
| **2001** | | |
| January 12 | Chgo Sun Times Homelife | Showcase of Homes Offers Vision of Future |
| 19-Jan | Chgo Sun Times Homelife | Failure To Compute |
| January | Multifamily Executive | Generation Y Hits the Market |
| January | Multifamily Executive | Peace of Mind - Renter's Insurance Can Protect Property |
| 16-Feb | Chgo Sun Times Homelife | Tailor Made - New Type of Mortgage is Uniquely Designed for Individual Borrowers |
| February | Bizlife | Grass America Inc: What the Well-Dressed Kitchen is Wearing |
| March | Real Estate Chicago | Kenosha Casino Nixed |
| March | Utah Business | Whittling Down the Tax Man |
| 6-Apr | Chgo Sun Times Homelife | Homeowner insurance not enough to cover a home office or business; Protecting the Boss |
| Spring | Bizhealth | Family Service of the Piedmont |
| April | Rotarian | Boot Up Soldier! |
| May | Real Estate Chicago | A Soft Office Market |
| June | Real Estate Chicago | Lake County Land Squeeze |
| September | Area Development | Industrial Market |
| October | Real Estate Chicago | Update at the Glen |
| Nov-Dec | Commercial Real Estate | Virtual Money |
| Nov-Dec | Real Estate Chicago | Abbott Leases Big |
| **2002** | | |
| February | Area Development | Property Protection Comes of Age |

| March | Texas Realtor | On Loan |
| March | Area Development Magazine | On the Fast Track to Freer Trade? |
| March | Real Estate Chicago | City Park in Home Stretch |
| April | Real Estate Chicago | Recovery Ahead? |
| April | Crain's Chicago Business | Trusts a Must for the Moneyed; Variety of Plans Offer Tax Beaks, Other Incentives |
| May | Real Estate Chicago | The Mallinckrodt Property |
| June | Area Development | Welcoming Recovery |
| July | Area Development | Assessing the Post-War Economy |
| July | PS&P | Site Selection Shake Up |
| July-Aug | Journal of Property Management | Flower Power (Interior Landscape) |
| September | PS&P | Avoiding Economic Espionage |
| October | Bizlife | The Man Behind the High Point Transportation |

**2003**

| August | The Wiglaf Journal | Getting Lost on the Worldwide Web |
| August | Intellectual Property Today | 10 Frequently Asked Questions About Intellectual Property Litigation Surveys |

**2004**

| May | Plants Sites & Parks | Milwaukee on the Grow |
| June | Intellectual Property Today | Swimming In Shark-Infested Waters |
| July | Plants Sites & Parks | Electronics Industry on the Fast Track |
| September | Wiring Harness News | Using Customer Service as a Competitive Edge |
| November | Plants Sites & Parks | U.S. Economic Recovery Spurs Industrial Park Growth in Mexico |
| November | Intellectual Property Today | Getting the Most Value Out of Your Survey Expert |

**2005**

| January/February | Executive Decision | On The Job with "The Apprentice" Why Chicago is Bill Rancic's Kind of Town |
| March | The Wiglaf Journal | The Decline and Fall of the AT&T empire — Marketing Myopia Revisited |
| April | The Wiglaf Journal | 10 Easy Ways to Lose a Customer |
| May | Executive Decision | Secrets of the Best Rainmakers |
| June | The Wiglaf Journal | Converting Productivity to Profitability |
| July | Intellectual Property Today | Creativity Key to Executing Toughest IP Survey Projects |
| August | The Wiglaf Journal | What's In a Name? |

**2006**

| January | The Wiglaf Journal | Thoughts on Relationship Marketing |
| January/February | Executive Decision | A Matter of Survival: CEOs need to commit to Lifelong Learning |
| February | The Wiglaf Journal | Peeling the Customer Loyalty Onion |
| March | The Wiglaf Journal | Creating "Monopolies" from Customer Value Propositions |
| March/April | Executive Decision | The Rich Get Richer |
| April | Intellectual Property Today | What IP Attorneys Should Know Expect & Costs for Survey Research |
| May/June | Executive Decision | All The Right Moves Strategies and Tactics for Corporate Relocations |
| July/ August | Executive Decision | A New Life for ABLs. Strong Economy and Lots of Available Cash Fuel Asset-Based Lending Boom |
| September | The Wiglaf Journal | Integrated Marketing Environment Putting New Pressure on Sales Management, |

| September/October | Executive Decision | All Banks are not created Equal |
| December | Tax Credit Advisor | Sponsors "Brand" Housing Credit Properties |

**2007**

| January | Intellectual Property Today | 10 Easy Ways to Blow Away A Survey |
| | WebsiteRevamp.org | Lost on The Web |
| January | WebsiteRevamp.org | Multifamily Realtors See Benefits of Branding in Driving Internet Sales |
| January | Tax Credit Advisor | Bridgeport Historic Rehabilitation Project Helping to Transform Downtown |
| January/February | MultiFamily Pro | Cover Story: AMLI'S Secret Formula – All the Ingredients for Sophistication |
| | MultiFamily Pro | Spotlights: Executive – No. 1 Cheerleader – Mutz Has Spirit and Vision |
| | MultiFamily Pro | Management – Taking Full Advantage – Technology Provides a Competitive Edge |
| | MultiFamily Pro | Marketing – Brand Loyalty – AMLI Markets Through its Brand |
| | MultiFamily Pro | Training – Pursuit of Excellence – Training Helps AMLI Reach Goals |
| | MultiFamily Pro | On Site – Know the Facts – AMLI Serves through Information |
| February | The Wiglaf Journal | The "iPhone" Brouhaha |
| March | Tax Credit Advisor | Different Actions, Tactics can Foster Quicker, Effective Lease-Up of New Tax-Credit Properties |
| March | The Wiglaf Journal | Don't Segment Markets — "Hire" the Product |
| March/April | Executive Decision | The Challenge Of Building A Global Workplace Community |
| March/April | MultiFamily Pro | Cover Story: Place Properties Is The Place – Welcome to the World of Student-Friendly College Housing |
| | MultiFamily Pro | Spotlights: Executive – Nightmare Interupus – Phillips Filled a Student Housing Need |
| | MultiFamily Pro | Management – An Engaged Audience – Ratchford Attracts Generation Y with Technology |
| | MultiFamily Pro | Marketing – Hitting the Target – Nix and Dunton Market to Distinct Groups |
| | MultiFamily Pro | Training – Gaining an Edge – Wolff Directs the Management Team |
| | MultiFamily Pro | On-Site – Two-Sided Approach – Place Focuses Both On and Off Campus |
| April | Tax Credit Advisor | Reducing Tenant "Churn" Essential for Successful Tax Credit Properties |
| May | Tax Credit Advisor | Industry Participants Suggest Ways to Trim Construction Operating Costs |
| May | The Wiglaf Journal | A New Way to Segment B-T-B Markets — Put Your Product to Work |
| May/June | Executive Decision | Adding Green To The Bottom Line |
| June | The Wiglaf Journal | The Difficulty of Developing Profitable and Unique Sales Promotions |
| June | Tax Credit Advisor | Market Studies Remain Key for Determining Feasibility of Proposed LIHTC Projects |
| July | The Wiglaf Journal | The Perils of Using the Internet for Surveys |
| July/August | Executive Decision | Is the Private Life for You? |

| | | |
|---|---|---|
| | | More Private Companies Are Opting To Go Private |
| August | The Wiglaf Journal | How to Make Your E-Mail Marketing More Effective |
| August | Tax Credit Advisor | Affordable Rental Housing Development Is Becoming Increasingly "Green" |
| August | Intellectual Property Today | The Power and Perils of Internet Surveys |
| August | Tax Credit Advisor | Oregon Family Development Incorporates Variety of 'Green' Features |
| September | The Wiglaf Journal | HR Help for the Entrepreneur |
| October | The Wiglaf Journal | Ease Up on Sales Button for New Ventures |
| October | Tax Credit Advisor | Robust Population, Job Growth Favor Development Phoenix Area, But Condo Overhand, New Production Are Issues |
| November | Tax Credit Advisor | Baltimore Area Marked by High Demand for Additional Affordable Housing |
| December | Tax Credit Advisor | Pittsburgh Market Has Strong Demand for Affordable Housing Despite Sluggish Economy |
| December | The Wiglaf Journal | To Brand …or NOT to Brand New Products |
| **2008** | | |
| January | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| January | The Wiglaf Journal | Marketing Lessons from Hollywood |
| January | The Wiglaf Journal | "Top 100 Brands" Quiz |
| February | Tax Credit Advisor | Vibrant Seattle Economy Spurs Demand for Affordable Housing |
| March/April | Executive Decision | In Whom do we Trust? The Movement for Greater Accountability and Disclosure |
| March | The Wiglaf Journal | Looking Positively at the "R" Word |
| March | The Wiglaf Journal | Adding Bite to your E-Mails |
| April | Tax Credit Advisor | Cleveland's Perfect Storm of Rising Foreclosures |
| April | Intellectual Property Today | How to do an IP Survey without Giving Away the Store |
| April | The Wiglaf Journal | B-2-B Trademarks and Brands – A Slippery Slope |
| April | The Wiglaf Journal | Want to Know Who Sarah Marshall Is? |
| May | Tax Credit Advisor | Atlanta Economy Slowing But Still Growing; Tax Credit Housing Challenged |
| June | The Wiglaf Journal | A New Business Primer for Growing Organizations |
| July | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| August | Tax Credit Advisor | New Desire Housing Project Rises from Devastation of Katrina |
| September | The Wiglaf Journal | What's a Brand Worth Anyhow? |
| September | Tax Credit Advisor | Chicago Has Vibrant Affordable Housing Market |
| November | The Wiglaf Journal | Starbucks Discovers Marketing Myopia |
| December | Tax Credit Advisor | Portland Economy, Multifamily Housing Easing into "Soft Landing" |
| December | The Wiglaf Journal | Musing from a Marketer on the Economic Crisis |
| **2009** | | |
| January | The Wiglaf Journal | Empathy — The Missing Element in Relationship Management |
| February | Tax Credit Advisor | MarketSketch: Houston Area Still Attractive Market for LIHTC Development |
| March | The Wiglaf Journal | The "Dark Side" of Entrepreneurship |
| April | The Wiglaf Journal | Recession Takes Toll on Brand Values |

| | | |
|---|---|---|
| April | The Wiglaf Journal | Opportunities Starting to Sprout as Entrepreneurs Pick Up Pieces from Shattered Economy |
| May | The Wiglaf Journal | Two Harvard Experts Provide Perspective on Building Entrepreneurial Businesses in Troubled Times |
| July | Tax Credit Advisor | Everything You Wanted to Know About Multi-Family Energy Audits |
| July | The Wiglaf Journal | New Paradigms Abound |
| June/July | Area Development | Military Bases as Economic Development Magnets |
| August | The Wiglaf Journal | Trying to Put the Toothpaste Back into the Tube |
| September | The Wiglaf Journal | Global Marketers Unclear About Obama's Direction |
| October | The Wiglaf Journal | Marketers Find Gold on Old Brand Junk Heap |
| December | The Wiglaf Journal | Looking for a New Advertising Agency?  It's a Buyer's Market  **2010** Be Careful |
| January | The Wiglaf Journal | Nurturing Relationships More Important Than Ever |
| February | The Wiglaf Journal | IPad Has All the Ingredients of a Classic Marketing Blunder |
| March | The Wiglaf Journal | Professional Musings from the World of Marketing |
| June | The Wiglaf Journal | Toyota – Crisis Management at its Worst |
| | | The Bible of Marketing Mistakes and Successes |
| June-July | Area Development | Obama Promotes Export Policy to Rally Economy |
| July | Intellectual Property Today | Introducing the Internet/Telephone "Hybrid" Survey |
| July | The Wiglaf Journal | Lessons from a Legend |
| August | The Wiglaf Journal | The Undefeated, Undisputed King of Smartphones |
| September | The Wiglaf Journal | The Revolution in Knowledge Delivery Systems |
| October | The Wiglaf Journal | The Most Important Sales Call You Will Ever Make |
| November | The Wiglaf Journal | The Rewards of Trying To Be Different |
| December | The Wiglaf Journal | Story of the 2000-2010 Decade Told  by Brand Values |
| **2011** | | |
| January | The Wiglaf Journal | Post-Recession Era Poses Different Kinds of Challenges for  Marketers |
| February | Intellectual Property Today | How to Apply Theory of Probability to Decision of  Whether to Do an I.P. Survey |
| February | The Wiglaf Journal | Borders and Blockbuster: Throwing Money Down a Rat Hole |
| March | The Wiglaf Journal | H-P and  Walmart – The Peril of Expectations |
| April | The Wiglaf Journal | Entrepreneurial Musings |
| May | The Wiglaf Journal | Are You Ready for Milkshake Marketing |
| June | The Wiglaf Journal | What Have You Done for me Lately |
| July | Area Development | Free Trade Agreements Stymied by Political Roadblocks |
| July | The Wiglaf Journal | The GROUPON Phenomenon – Is it Sustainable? |
| August | The Wiglaf Journal | Eastman Kodak – Another Corporate Icon Fights to Survive\ |
| September | The Wiglaf Journal | The Hidden Marketing Asset |
| October | The Wiglaf Journal | Killing the Golden Goose (Netflix) |
| November | Area Development | New Trade Agreements Slowly Becoming a Reality |
| November | Intellectual Property Today | The Descriptive/Suggestive Conundrum in Trademark Surveys |
| November | The Wiglaf Journal | Killing the Golden Goose Part 2 (Netflix) |
| December | The Wiglaf Journal | The Merits of Underdog Positioning |
| **2012** | | |
| January | The Wiglaf Journal | Twitter — Show Me the Money |
| February | The Wiglaf Journal | Corporate Icons Falling Like House of Cards |
| February | The Wiglaf Journal | The Resurrection of the Golden Goose |
| March | The Wiglaf Journal | Revenues Gained by Service Fees Undermines Relationship Marketing Goals |

| March | Intellectual Property Today | The Pre-Litigation Pilot Trademark Survey |
| April | The Wiglaf Journal | LG's Brilliant Marketing Strategy |
| May | The Wiglaf Journal | Lessons from Fortune's "The 12 Greatest Entrepreneurs of Our Time" |
| June | The Wiglaf Journal | Welcome to 'Seinfeld' Marketing |
| July | The Wiglaf Journal | 'tis the Season for "Ambush Marketing" |
| Summer, 2012 | Area Development | Three Mistakes CEOs Must Avoid When Relocating A Business |
| August | The Wiglaf Journal | Doing Good May Yield Bad Results |
| August | Area Development | Business Community Cheers Export-Import Bank |
| September | The Wiglaf Journal | 10 Strategic Insights from Michael Porter |
| October | The Wiglaf Journal | Don't Look for Nissan's New 'World Car' To Be Seen on U.S. Roads |
| November | The Wiglaf Journal | J.C. Penney's Makeover An Attempt To Repeat History |
| December | The Wiglaf Journal | Hewlett-Packard's Downfall, AT&T Detanges its Network and other Year-End Blockbusters |
| December | Intellectual Property Today | Frequently Asked Questions About Trademark Surveys |
| **2013** | | |
| January | The Wiglaf Journal | The Collapse of the Big Box |
| February | The Wiglaf Journal | The Sales Rep. Motivational Disconnect; An Intriguing Possibility: Legalize All Drugs |
| March | The Wiglaf Journal | Increased  Public Scrutiny for Energy Drinks |
| April | The Wiglaf Journal | Why J.C. Penney's New Strategy Won't Work J.C. Penney's Demise Recalls Other Major Retail Failures |
| May | The Wiglaf Journal | "Shark Tank" Offers Valuable Insight into Marketing Entrepreneurship |
| June | Intellectual Property Today | Internet Surveys Come of Age |
| July | The Wiglaf Journal | The Challenge of Delivering Accurate Sales Forecasts |
| August | The Wiglaf Journal | Strategic Marketing for Entrepreneurs |
| Summer 2013 | Area Development | Momentum Builds for U.S. – India Trade Agreement; Economic Stimulus for Both Sides of the Atlantic |
| September | The Wiglaf Journal | The Taste of Crow: Facebook's Incredible Profitability Surge |
| September | Intellectual Property Today | 10 Common Myths About Trademark Surveys |
| October | The Wiglaf Journal | IPO Announcement Sets Wall Street A-Twitter |
| November | The Wiglaf Journal | Consumer Market Segmentation 101 |
| December | The Wiglaf Journal | McDonald's Story Shows Why Branding is Crucially Important in Product Development |
| **2014** | | |
| January | The Wiglaf Journal | The One That Got Away: Nokia and Blackberry Lose a Market |
| February | The Wiglaf Journal | Samsung Has Got It Right |
| March | The Wiglaf Journal | America's Love/Hate Relationship with Smoking |
| Spring Edition | Area Development | Major New Developments for Keystone Pipeline |
| April | The Wiglaf Journal | College Scholarship Athletes – Students or Employees? |
| May | The Wiglaf Journal | The Best and the Brightest – J.C. Penney-Style |
| September | Intellectual Property Today | Will A Survey Help Win A Likelihood of Confusion Case? |
| September | The Wiglaf Journal | New Insight Into Strategic Sales Force Hiring; Be Careful Of Hiring "Stars" |
| October | The Wiglaf Journal | Stanford Business Offers New Perspectives on |

|  |  | Entrepreneurship |
|---|---|---|
| November | The Wiglaf Journal | Will the Marketplace Adopt Apple Pay? |
| December | The Wiglaf Jounral | Colorado Provides Laboratory for Markleting Marijuna |

### 2015

|  |  |  |
|---|---|---|
| January | The Wiglaf Journal | Stanford Marketing Researcher Explores the "Decoy Effect" |
| March | The Wiglaf Journal | 'Decoupling' Adds Value to Consumer While Cutting Costs |
| April | The Wlglaf Journal | Traditional Shopping Mall Under Seige |
| May | Intellectual Property Today | Risks and Rewards for Using IP Exp[erts in the Age of *Daubert* |
| May | The Wiglaf Journal | Hotels Carry Market Segmentation to the Ultimate |
| July | The Wiglaf Journal | Keeping Customers Isn't Easy |
| August | The Wiglaf Journal | Hotels Carry Market Segmentation to the Ultimate |
| September | The Wigaf Journal | Harvard Prof. Sees Ben Frankllin's "Way to Wealth: as Source for America's Brand of Capitalism |
| October | The Wiglaf Journal | Brand Valuations Go Topsy-Turvy over Last 10 Years |

### 2016

|  |  |  |
|---|---|---|
| February | The Wiglaf Journal | Special Marketing Provides The Force Behind New "Star Wars" Film |
| March | The Wiglaf Journal | Are You an 'Imposter?' If So, the Workplace Needs You |
| April | The Wiglaf Journal | McDonald's Feasts on All-Day Breakfast, But Causes Indigestion for Some Franchisees |
| May | The Wiglaf Journal | Free Trade, Protectionism and Marketing |
| June | The Wiglaf Journal | Why Relationship Marketing Has Never Worked for the New Car Purchase |
| July | The Wiglaf Journal | Will Bid for Presidency Destroy the Trump Brand |
| September | The Wiglaf Journal | Immigrants Fueling American Entrepreneurial Successes |
| October | The Wiglaf Journal | The Academic Research Disconnect |
| November | The Wiglaf Journal | Trump Will Be Forced to Reposition His Brand Post-Election |
| December | The Wiglaf Jounal | A Puzzlement – Why So Many Women Voted for Trump |

### 2017

|  |  |  |
|---|---|---|
| January | The Wiglaf Journal | False Marketer of the Year |
| February | The Wiglaf Journal | Another Wiglaf Journal Valuation QUIZ |
| May | The Wiglaf Journa | Marketing High-Quality Commercial=Free TV and How to Make Money It |

| June | The Wiglaf Journal | Who Will Survive the Retail Revolution |
| July | The Wiglaf Journal | Rules of Retailing Are Changing |
| August | The Wiglaf Journal | The Apple iPhone: Planned Obsolescence, Disruptive Innovation or Something Else |
| September | The Wiglaf Journal | Wake Up and Smell the Fumes, Mr. Trump" Renewable Energy Is the New Growth Industry |
| October | The Wiglaf Journal | Is Retailing Becoming an Oligopoly? |
| November | The Wiglaf Journal | "Disruptive Innovation" Key to America's Future |
| December | The Wiglaf Journal | Future of Internet at Stake if FCC Abandons Net Neutrality |

### 2018

| January | The Wiglaf Journal | Harvard Uncovers a 15th Century Business Success Manual |
| February | The Wiglaf Journal | Marketing Industry Reports – Clients and Agencies May Not Be On the Same Page |
| March | The Wiglaf Journal | Tariffs Defy Traditional Marketing and Pricing Theories |
| April | The Wiglaf Journal | Brits Give Insight Into Toys 'R Us Failure |
| May | The Wiglaf Journal | New Data Supports Vale of Immigrants as Entrepreneurs |
| June | The Wiglaf Journal | Title Barnes & Nobel Looking Like Latest Victim of Retail Maelstrom |
| July | The Wiglaf Journal | Decision to Grow Instead of Harvest May Be Key  to Mcrosoft's Survival |

# EXHIBIT B

# EXHIBIT B[1]

1.    Likelihood of Confusion Between VGT and CHG Electronic Gaming Machines, Dr. Yoram (Jerry) Wind

2.    Opening Expert Report of Stacy Friedman, August 10, 2018

3.    First Amended Complaint (Dkt. 103)

4.    Answer to First Amended Complaint (Dkt. 112)

5.    CHG's Third Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories

6.    CHG's Fourth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories

7.    CHG's First Supplemental Responses to Plaintiff's Fourth Set of Interrogatories

8.    Plaintiff's Sixth Supplemental Objections and Responses to CHG's First Set of Interrogatories

9.    Plaintiff's Second Supplemental Objections and Responses to CHG's Second Set of Interrogatories

10.    Plaintiff's First Supplemental Objections and Responses to CHG's Third Set of Interrogatories

11.    Plaintiff's Second Supplemental Objections and Responses to CHG's Third Set of Interrogatories

12.    Deposition Transcript of Arthur Watson (or excerpts thereof)

13.    Deposition Transcript 30(b)(6) of Dan Fulton (or excerpts thereof)

14.    Deposition Transcript of Will Harvie (or excerpts thereof)

15.    Deposition Transcript of James Starr (or excerpts thereof)

16.    Deposition Transcript of Jason Sprinkle (Part 1) (or excerpts thereof)

17.    Deposition Transcript of Jay Sevigny (or excerpts thereof)

18.    Deposition Transcript of Jon Yarbrough (or excerpts thereof)

19.    Deposition Transcript of Rich Sisson (or excerpts thereof)

20.    Deposition Transcript of Brandon Booker (or excerpts thereof)

---

[1] This document sets forth the materials I reviewed in connection with the preparation of my report. Only the first bates numbered page of a multipage document is listed to identify the document reviewed.

21.    Deposition Transcript of Alan Roireau (or excerpts thereof)

22.    Deposition Transcript of Ryan North (or excerpts thereof)

23.    Deposition Transcript of Butch McGill (or excerpts thereof)

24.    Deposition Transcript of Craig Eubanks (or excerpts thereof)

25.    Deposition Transcript 30(b)(6) of Don Kovach (or excerpts thereof)

26.    Starr Exhibit 83

27.    Starr Exhibit 84

28.    Sevigny Exhibit 173

29.    Sevigny Exhibit 174

30.    Sevigny Exhibit 175 [VGT0006989]

31.    Sevigny Exhibit 176 [VGT0007001]

32.    Sevigny Exhibit 177 [VGT0007003]

33.    Sevigny Exhibit 178 [VGT0007009]

34.    Sevigny Exhibit 179 [VGT0007137]

35.    Sevigny Exhibit 180

36.    Sevigny Exhibit 181

37.    Sevigny Exhibit 182

38.    Sevigny Exhibit 183

39.    Sevigny Exhibit 187 [VGT0007580]

40.    Sevigny Exhibit 188 [VGT0007582]

41.    VGT0007013

42.    VGT0030969

43.    VGT0031013

44.    VGT0031072

45.    VGT0052719

46.    VGT0041582

47.    VGT0021238

48.    VGT0018916

49.    VGT0052591

50.    VGT0056091

51.    CHG0008379

52.    CHG0008682

53.    CHG0008779

54.    CHG0009315

55.    CHG0015304

56.    CHG0023869

57.    CHG0033528

58.    CHG0090196

59.    CHG0090220

60.    CHG0090613

61.    CHG0090822

62.    CHG0091643

63.    CHG0122967

64.    CHG0123758

65.    VGT0000096

66.    VGT0000139

67.    VGT0000140

68.    VGT0000141

69.    VGT0000142

70.    VGT0000143

71.    VGT0000144

72.    VGT0000145

73.    VGT0000146

74.    VGT0000147

75.    VGT0000148

76.    VGT0000149

77.    VGT0000150

78.    VGT0000151

79.    VGT0000152

80.    VGT0000153

81.    VGT0000154

82.    VGT0000160

83.    VGT0000161

84.    VGT0000162

85.    VGT0000164

86.    VGT0000165

87.    VGT0000166

88.    VGT0000167

89.    VGT0000168

90.    VGT0000169

91.    VGT0000170

92.    VGT0000278

93.    VGT0000382

94.    VGT0000452

95.    VGT0000566

96.    VGT0000649

97.    VGT0000722

98.    VGT0000796

99.    VGT0000867

100.   VGT0000934

101.   VGT0001007

102.   VGT0001086

103.   VGT0001171

104.   VGT0001237

105.   VGT0001276

106.   VGT0001350

107.   VGT0001421

108.   VGT0001486

109.   VGT0001564

110.   VGT0001599

111.   VGT0001661

112.   VGT0001673

113.   VGT0001693

114.   VGT0001698

115.   VGT0001703

116.   VGT0001704

117.   VGT0001707

118.   VGT0001708

119.   VGT0001710

120.   VGT0001712

121.   VGT0001714

122.   VGT0001716

123.   VGT0001716

124.   VGT0001718

125.   VGT0001720

126.   VGT0001721

127.   VGT0001722

128.   VGT0001723

129.   VGT0001724

130.   VGT0001725

131.   VGT0001727

132.   VGT0001728

133.   VGT0001729

134.   VGT0001730

135.   VGT0001731

136.   VGT0001732

137.   VGT0001733

138.   VGT0001734

139.   VGT0001735

140.   VGT0001736

141.   VGT0001737

142.   VGT0001738

143.   VGT0001739

144.   VGT0001740

145.   VGT0001741

146.    VGT0001742

147.    VGT0001743

148.    VGT0001744

149.    VGT0001745

150.    VGT0001746

151.    VGT0001747

152.    VGT0001748

153.    VGT0001749

154.    VGT0001750

155.    VGT0001754

156.    VGT0001755

157.    VGT0001756

158.    VGT0001757

159.    VGT0001758

160.    VGT0001759

161.    VGT0001760

162.    VGT0001761

163.    VGT0001762

164.    VGT0001763

165.    VGT0001764

166.    VGT0001765

167.    VGT0001766

168.    VGT0001767

169.    VGT0001768

170.    VGT0001769

171. VGT0001770

172. VGT0001771

173. VGT0001772

174. VGT0001773

175. VGT0001774

176. VGT0001775

177. VGT0001776

178. VGT0001777

179. VGT0001778

180. VGT0001779

181. VGT0001780

182. VGT0001781

183. VGT0001782

184. VGT0006762

185. VGT0006765

186. VGT0006767

187. VGT0006959

188. VGT0007183

189. VGT0007186

190. VGT0007187

191. VGT0007188

192. VGT0007215

193. VGT0007223

194. VGT0007224

195. VGT0007278

196.    VGT0007291

197.    VGT0007293

198.    VGT0007296

199.    VGT0007299

200.    VGT0007301

201.    VGT0007303

202.    VGT0007314

203.    VGT0007319

204.    VGT0007322

205.    VGT0007324

206.    VGT0007328

207.    VGT0007331

208.    VGT0007343

209.    VGT0007346

210.    VGT0007349

211.    VGT0007352

212.    VGT0007356

213.    VGT0007361

214.    VGT0007364

215.    VGT0007369

216.    VGT0007372

217.    VGT0007375

218.    VGT0007378

219.    VGT0007381

220.    VGT0007383

221.   VGT0007385

222.   VGT0007387

223.   VGT0007389

224.   VGT0007391

225.   VGT0007395

226.   VGT0007399

227.   VGT0007408

228.   VGT0007417

229.   VGT0007420

230.   VGT0007423

231.   VGT0007427

232.   VGT0007430

233.   VGT0007433

234.   VGT0007436

235.   VGT0007450

236.   VGT0007458

237.   VGT0007461

238.   VGT0007464

239.   VGT0007467

240.   VGT0007480

241.   VGT0007488

242.   VGT0007493

243.   VGT0007498

244.   VGT0007506

245.   VGT0007511

246.  VGT0007513

247.  VGT0007516

248.  VGT0007524

249.  VGT0007529

250.  VGT0007532

251.  VGT0007534

252.  VGT0007544

253.  VGT0007548

254.  VGT0007561

255.  VGT0007569

256.  VGT0007594

257.  VGT0009553

258.  VGT0009954

259.  VGT0010015

260.  VGT0010065

261.  VGT0010189

262.  VGT0010207

263.  VGT0010211

264.  VGT0010213

265.  VGT0010215

266.  VGT0010226

267.  VGT0010227

268.  VGT0010230

269.  VGT0010231

270.  VGT0010251

271.    VGT0010252

272.    VGT0010254

273.    VGT0010606

274.    VGT0010621

275.    VGT0010622

276.    VGT0010623

277.    VGT0010624

278.    VGT0010625

279.    VGT0010626

280.    VGT0010627

281.    VGT0010628

282.    VGT0010629

283.    VGT0010630

284.    VGT0010631

285.    VGT0010634

286.    VGT0010637

287.    VGT0010640

288.    VGT0010641

289.    VGT0010644

290.    VGT0017549

291.    VGT0017615

292.    VGT0017651

293.    VGT0017766

294.    VGT0018916

295.    VGT0018917

296.   VGT0030969

297.   VGT0031013

298.   VGT0052878

299.   VGT0052943

300.   VGT0052960

301.   VGT0053034

302.   VGT0053036

303.   VGT0056086

304.   VGT0056091

305.   VGT0056092

306.   VGT0056283

307.   VGT0056333

308.   VGT0056384

309.   VGT0064927

310.   YARBROUGH0000533

311.   Jerre B. Swann, "Eveready and Squirt—Cognitively Updated," The Trademark Reporter, Vol/ 106 No. 4, July-August, 2016.

312.   6 McCarthy on Trademarks and Unfair Competition § 32: 173:50 (5th ed.).

313.   Jacoby, Jacob, Trademark Surveys: Designing, Implementing and Evaluating Surveys, Volume 1, American Bar Association, Section of Intellectual Property Law, 2013, Chapter 8.43, Question Biases.

314.   Merriam-Webster Online Dictionary, available at http://www.merriam-webster.com/dictionary/affiliated

315.   Merriam-Webster Online Dictionary, available at http://www.merriam-webster.com/dictionary/associated

316.   Why Bingo Is A Secret Casino Jackpot, Forbes, July 2, 2018, available at https://www.forbes.com/sites/davidschwartz/2018/07/02/why-bingo-is-a-secret-casino-jackpot/#58d55aa754dc

317.    11,000 Problem Gamblers Banned from Oklahoma Casinos, Tulsa World Feb. 13. 2012, available at https://www.tulsaworld.com/news/local/problem-gamblers-banned-from-oklahoma-casinos/article_2aea8709-7630-584d-ba0e-05ed76f548fc.html

318.    Big-Stakes Bingo Brings Them Into Oklahoma By The Busload, The New York Times, 1984, available at https://www.nytimes.com/1984/12/27/us/big-stakes-bingo-brings-them-into-oklahoma-by-the-busload.html

319.    Oklahoma Bingo History, Oklahoma Historical Society, 2013, available at http://www.okhistory.org/kids/printables/bingohistory.pdf

320.    Oklahoma tourism booms as tribal casinos plan million dollar expansions, Tulsa World Skift, April 3, 2013, available at https://skift.com/2013/04/03/oklahoma-tourism-booms-as-tribal-casinos-plan-million-dollar-expansions/

321.    Bet on Fun at OK Casinos, 405 Magazine, Oklahoma City, June 2017, available at http://www.405magazine.com/June-2017/Bet-on-Fun-at-OK-Casinos/

322.    https://www.youtube.com/watch?v=oU9q8X9Uldc

323.    https://www.facebook.com/castlehillgaming/videos/vb.552775911511888/737348076388003/?type=2&theater

# EXHIBIT C



VGT0007003



# EXHIBIT D



VGT0007013



VGT0007003



VGT0007009