# EXHIBIT E

# REDACTED PUBLIC VERSION

1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF OKLAHOMA

3    VIDEO GAMING TECHNOLOGIES,:

4    INC.,                      :

5            Plaintiff,         :

6                               :

7         vs.                   :

8                               :

9    CASTLE HILL STUDIOS LLC,  :

10    et al.,                   :

11            Defendants.    : NO.17-CV-00454-GKF-JFJ

12

13       VIDEOTAPE DEPOSITION OF YORAM JERRY WIND

14                 Philadelphia, PA

15             Thursday, September 20, 2018

16                   8:04 a.m.

17

18

19

20

21

22   Job No.:  206658

23   Pages:  1-292

24   Reported by:  Jennifer P. Miller, RPR, CCR, CRR

25   #30XI00235100

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                          2

1   Deposition of YORAM JERRY WIND

2   held at the offices of:

3

4

5

6

7

8              SAUL EWING ARNSTEIN & LEHR LLP

9                   1500 Market Street

10                  Philadelphia, PA 19102

11

12

13

14

15

16

17

18

19

20   Pursuant to agreement, before Jennifer P. Miller,

21   RPR, CCR, CRR #30XI00235100 and Notary Public.

22

23

24

25

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    3

```
1                    A P P E A R A N C E S:

2    ON BEHALF OF THE PLAINTIFF

3         NEIL K. ROMAN, ESQUIRE

4         COVINGTON & BURLING LLP

5         The New York Times Building

6         620 Eighth Avenue

7         New York, NY 10018-1405

8         (212) 841-1221

9         Nroman@cov.com

10

11   ON BEHALF OF THE DEFENDANTS

12        HENRY A. PLATT, ESQUIRE

13        SAUL EWING ARNSTEIN & LEHR, LLP

14        1919 Pennsylvania Avenue, NW

15        Suite 550

16        Washington, D.C. 20006

17        (202) 295-6605

18        Henry.platt@saul.com

19

20

21

22

23

24

25
```

```
1              A P P E A R A N C E S: (cont'd)

2    ON BEHALF OF THE DEFENDANTS

3          SHERRY H. FLAX, ESQUIRE

4          SAUL EWING ARNSTEIN & LEHR LLP

5          500 E. Pratt Street

6          Suite 900

7          Baltimore, MD 21202

8          (410) 332-8764

9          Sherry.flax@saul.com

10

11   ALSO PRESENT:  Armando Forte, Videographer

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    5

```
1                    C O N T E N T S

2      EXAMINATION OF YORAM JERRY WIND            PAGE

3      BY MR. PLATT                               7

4                    E X H I B I T S

5      WIND DEPOSITION EXHIBIT                     PAGE

6      Exhibit 1    Likelihood of Confusion        8

7                   Between VGT and CHG

8                   Electronic Gaming

9                   Machines

10     Exhibit 2    September 14, 2018 Reply       9

11                  Expert Report of

12                  Dr. Yoram Jerry Wind

13     Exhibit 3    Curriculum Vitae              10

14     Exhibit 4    First Amended Complaint       80

15     Exhibit 5    McCarthy On Trademarks and   125

16                  Unfair Competition

17                  Section 32:170

18     Exhibit 6    Bates No. VGT0007006         178

19     Exhibit 7    Picture                      184

20     Exhibit 8    Document                     185

21

22

23

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    6

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  We're now on the | 08:04:40 |
| 3 | record.  Here begins tape number one of the | 08:04:41 |
| 4 | videotaped deposition of Yoram Jerry Wind | 08:04:44 |
| 5 | taken in the matter of Video Gaming Tech | 08:04:47 |
| 6 | versus Castle Hill Studies.  Today's date is | 08:04:49 |
| 7 | September 20, 2018.  The time on the video | 08:04:53 |
| 8 | monitor 8:04 a.m. | 08:04:56 |
| 9 | The videographer for today is | 08:04:59 |
| 10 | Armando Forte representing Planet Depos. | 08:05:00 |
| 11 | This video deposition is taking place at the | 08:05:04 |
| 12 | Offices of Saul Ewing, that's 1500 Market | 08:05:06 |
| 13 | Street, Philadelphia, Pennsylvania.  Would | 08:05:09 |
| 14 | counsel please identify themselves and who | 08:05:11 |
| 15 | they represent. | 08:05:13 |
| 16 | MR. PLATT:  Henry Platt, Saul Ewing | 08:05:15 |
| 17 | Arnstein & Lehr, on behalf of the Defendants. | 08:05:16 |
| 18 | MS. FLAX:  Sherry Flax, Saul Ewing | 08:05:20 |
| 19 | Arnstein & Lehr, on behalf of Castle Hill. | 08:05:22 |
| 20 | MR. ROMAN:  Neil Roman, Covington & | 08:05:27 |
| 21 | Burling, on behalf of the Plaintiff VGT. | 08:05:28 |
| 22 | THE VIDEOGRAPHER:  The Court | 08:05:31 |
| 23 | Reporter for today is Jennifer Miller | 08:05:31 |
| 24 | representing Planet Depos.  She will now | 08:05:34 |
| 25 | swear in the witness and we will proceed. | 08:05:44 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                           35

| | | |
|---|---|---|
| 1 | through Covington & Burling.  I'm not sure whether | 08:48:34 |
| 2 | there was any formal discussion or not.  But there | 08:48:37 |
| 3 | definitely was communication because they | 08:48:42 |
| 4 | submitted the invoices directly to them. | 08:48:44 |
| 5 |      Q.   So other than communications involving | 08:48:48 |
| 6 | invoices, are you aware of any communications | 08:48:54 |
| 7 | between Covington & Burling and anyone at Research | 08:48:56 |
| 8 | Now regarding the substance of this case? | 08:48:59 |
| 9 |      A.   No. | 08:49:05 |
| 10 |      Q.   Do you know whether anybody at Research | 08:49:13 |
| 11 | Now had any communications with anybody at VGT | 08:49:15 |
| 12 | regarding the substance of this case? | 08:49:20 |
| 13 |      A.   I'm almost certain, but no. | 08:49:24 |
| 14 |      Q.   You said you have an assistant? | 08:49:37 |
| 15 |      A.   Yes. | 08:49:39 |
| 16 |      Q.   Do you charge for your assistant's time | 08:49:39 |
| 17 | in this case? | 08:49:41 |
| 18 |      A.   No. | 08:49:42 |
| 19 |      Q.   Other than your assistant and Research | 08:49:44 |
| 20 | Now, have you involved anybody else in this case? | 08:49:46 |
| 21 |      A.   No. | 08:49:54 |
| 22 |      Q.   You don't tag any students to come and | 08:49:57 |
| 23 | do some work for you? | 08:50:00 |
| 24 |      A.   No, not a good practice. | 08:50:01 |
| 25 |      Q.   What percentage of your annual income | 08:50:12 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    36

| | | |
|---|---|---|
| 1 | would you say is from your consulting expert | 08:50:15 |
| 2 | services? | 08:50:19 |
| 3 | A.   In legal cases? | 08:50:21 |
| 4 | Q.   I'm sorry? | 08:50:22 |
| 5 | A.   In legal cases? | 08:50:23 |
| 6 | Q.   Yes. | 08:50:24 |
| 7 | A.   About a third. | 08:50:25 |
| 8 | Q.   If you could turn to Appendix H of | 08:50:46 |
| 9 | Exhibit 1, your opening expert report. | 08:50:49 |
| 10 | A.   Yes. | 08:50:58 |
| 11 | Q.   Can you explain what Appendix H to your | 08:51:01 |
| 12 | report is. | 08:51:07 |
| 13 | A.   It's the full list of materials that I | 08:51:09 |
| 14 | reviewed in this case. | 08:51:11 |
| 15 | Q.   When you say your full list, if you turn | 08:51:14 |
| 16 | to Appendix C of your reply report, there's | 08:51:17 |
| 17 | additional materials, correct? | 08:51:21 |
| 18 | A.   Correct. | 08:51:22 |
| 19 | Q.   I wasn't trying to mislead you there, | 08:51:23 |
| 20 | I'm just making sure the record is clear. | 08:51:28 |
| 21 | A.   This is the material I reviewed before | 08:51:30 |
| 22 | preparing the first report. | 08:51:33 |
| 23 | Q.   And the material that's in exhibit C to | 08:51:34 |
| 24 | your reply expert report are new materials that | 08:51:38 |
| 25 | you reviewed after you prepared your initial | 08:51:42 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    37

| | | |
|---|---|---|
| 1 | report? | 08:51:45 |
| 2 | A.   Correct. | 08:51:45 |
| 3 | Q.   Now, does this Appendix H list a | 08:51:55 |
| 4 | complete list of the materials you reviewed in | 08:51:59 |
| 5 | this case? | 08:52:00 |
| 6 | A.   Yes. | 08:52:02 |
| 7 | Q.   And how were these documents provided to | 08:52:04 |
| 8 | you? | 08:52:06 |
| 9 | A.   Sent to me typically electronically, | 08:52:11 |
| 10 | occasionally by Federal Express from Covington & | 08:52:12 |
| 11 | Burling. | 08:52:20 |
| 12 | Q.   Do you prefer to review the materials | 08:52:24 |
| 13 | electronically or in paper format? | 08:52:28 |
| 14 | A.   Depending what type of material. | 08:52:31 |
| 15 | Q.   So, say, if you had a nearly 800-page | 08:52:32 |
| 16 | expert report, you would look at that how, on | 08:52:35 |
| 17 | paper or -- | 08:52:39 |
| 18 | A.   On paper. | 08:52:39 |
| 19 | Q.   Did you personally review the materials | 08:52:52 |
| 20 | that are listed in Exhibit H and exhibit C of the | 08:52:53 |
| 21 | reply? | 08:52:57 |
| 22 | A.   Yes. | 08:52:59 |
| 23 | Q.   Did you review all of it? | 08:52:59 |
| 24 | A.   Yes. | 08:53:01 |
| 25 | Q.   You read everything provided? | 08:53:01 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                           56

| | | |
|---|---|---|
| 1 | stimuli. | 09:16:22 |
| 2 | You know, the most critical thing | 09:16:23 |
| 3 | was we had a very hard time finding the stimuli | 09:16:24 |
| 4 | that we could use in the study. | 09:16:30 |
| 5 | Q.   So I think I've talked about IGT and | 09:16:31 |
| 6 | Scientific Game.  I'm not sure which ones I did, | 09:16:37 |
| 7 | frankly, to be honest with you, so we'll just make | 09:16:40 |
| 8 | it a group. | 09:16:42 |
| 9 | So for IGT, Scientific Games and | 09:16:44 |
| 10 | Konami, as you sit here today, do you know whether | 09:16:47 |
| 11 | you were able to find any other games that they | 09:16:51 |
| 12 | have with the word "money" in the title? | 09:16:54 |
| 13 | A.   I don't recall. | 09:16:56 |
| 14 | Q.   And if you did find them, you chose not | 09:16:57 |
| 15 | to use them because of -- for other reasons, | 09:16:59 |
| 16 | correct? | 09:17:03 |
| 17 | A.   Well, the other reasons, as I mentioned | 09:17:03 |
| 18 | before, is the overall consideration of similar | 09:17:08 |
| 19 | characteristics to the -- | 09:17:12 |
| 20 | Q.   I don't mean to cut you off, sir.  I'm | 09:17:14 |
| 21 | not asking about the other considerations. | 09:17:16 |
| 22 | My question is -- I understand you | 09:17:22 |
| 23 | used other considerations in formulating -- in | 09:17:25 |
| 24 | picking the pictures for the survey.  My question | 09:17:28 |
| 25 | is, you know, were there games from IGT, Konami or | 09:17:33 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    62

| | | |
|---|---|---|
| 1 | not, but I remember seeing -- while we were on the | 09:23:47 |
| 2 | phone, I remember looking that at pictures. | 09:23:51 |
| 3 | Q. So you said in addition you didn't list | 09:23:59 |
| 4 | it in the report, but in addition to Castle Hill's | 09:24:01 |
| 5 | website and VGT's website and Scientific Games' | 09:24:05 |
| 6 | website and IGT's website and Konami's website, | 09:24:12 |
| 7 | did you review the websites of any other gaming | 09:24:15 |
| 8 | companies in choosing stimuli or in preparation of | 09:24:18 |
| 9 | your report? | 09:24:27 |
| 10 | A. No. | 09:24:28 |
| 11 | Q. So you did not look at AGT's website? | 09:24:28 |
| 12 | A. Which one? | 09:24:32 |
| 13 | Q. AGT, Aristocrat's. | 09:24:33 |
| 14 | A. I don't recall. | 09:24:38 |
| 15 | Q. Did you look at Aruze? | 09:24:38 |
| 16 | A. I don't think so. | 09:24:41 |
| 17 | Q. Gaming Arts? | 09:24:42 |
| 18 | A. It doesn't ring a bell. | 09:24:47 |
| 19 | Q. Novomatic? | 09:24:49 |
| 20 | A. No. | 09:24:51 |
| 21 | Q. Apollo Gaming Management? | 09:24:51 |
| 22 | A. No. | 09:24:54 |
| 23 | Q. Bally's? | 09:24:55 |
| 24 | A. No. | 09:24:56 |
| 25 | Q. So the websites that you looked at were | 09:24:57 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    64

1   that you rejected and the reasons why?                    09:38:23

2        A.   No.                                             09:38:25

3        Q.   Do you recall any specific games that           09:38:28

4   you considered but rejected?                              09:38:29

5        A.   No.                                             09:38:34

6        Q.   Now, I think you said earlier that you          09:38:34

7   tried to use photos; is that correct?                     09:38:37

8        A.   Correct.                                        09:38:42

9        Q.   And why did you not use photos?                 09:38:42

10       A.   I'm sorry, I wanted to use video.  I            09:38:45

11  wanted to use video pictures.  We could not get           09:38:49

12  videos.  We ended up using basically the -- the           09:38:54

13  still photographs of the machines.                        09:38:57

14              So, ideally, I wanted to be able to           09:39:00

15  capture the sound, a little bit of the entire             09:39:02

16  day-to-day dynamics of the machines, but we could         09:39:08

17  not get videos.                                           09:39:11

18       Q.   So your preference for the survey was to        09:39:13

19  use videos of the machines?                               09:39:15

20       A.   Correct.                                        09:39:17

21       Q.   But you did not get that?                       09:39:18

22       A.   Correct.                                        09:39:21

23       Q.   What attempts did you make to get the           09:39:21

24  videos?                                                   09:39:24

25       A.   Well, I know that Rebecca spent a lot of        09:39:25

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                               65

| | | |
|---|---|---|
| 1 | time trying to find out if we could get it and we | 09:39:29 |
| 2 | could not get -- could not get permission to go to | 09:39:32 |
| 3 | the casinos to videotape it.  We basically were | 09:39:35 |
| 4 | not able to get video. | 09:39:41 |
| 5 |     Q.   Did you consider using videos from | 09:39:43 |
| 6 | online sources such as YouTube? | 09:39:47 |
| 7 |     A.   No.  We needed basically videos that we | 09:39:52 |
| 8 | could show kind of basically the five stimuli side | 09:39:55 |
| 9 | by side, and we could not get them. | 09:39:58 |
| 10 |     Q.   Now, you ended up using drawings in your | 09:40:05 |
| 11 | array.  Did you consider using photos after you | 09:40:07 |
| 12 | determined you couldn't get videos? | 09:40:09 |
| 13 |     A.   We used the -- the only thing that we | 09:40:13 |
| 14 | could get is the one that we used. | 09:40:15 |
| 15 |     Q.   So you could not get pictures, | 09:40:20 |
| 16 | photographs, of any of these machines? | 09:40:23 |
| 17 |     A.   Nothing beyond what we were able to get, | 09:40:27 |
| 18 | those five photographs, the kind of stimuli that | 09:40:29 |
| 19 | we use. | 09:40:35 |
| 20 |     Q.   What efforts did you make to get photos | 09:40:35 |
| 21 | of these games? | 09:40:38 |
| 22 |     A.   The same one.  Basically, we had a | 09:40:40 |
| 23 | number of discussions with Rebecca, and she tried | 09:40:41 |
| 24 | her best to try to get us the stimuli, and we | 09:40:49 |
| 25 | ended up with the only one that was available. | 09:40:51 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                          67

1    selected, the one for inclusion, the five stimuli          09:42:26
2    in the study.                                              09:42:32
3         Q.    So you made the final selection on which        09:42:33
4    machines to use?                                           09:42:35
5         A.    Yes, based on the available -- the              09:42:36
6    available material that was given to me.                   09:42:39
7         Q.    Do you recall any -- do you recall any          09:42:45
8    machines that you rejected --                              09:42:51
9         A.    No.                                             09:42:52
10        Q.    -- in making your final decision?               09:42:52
11              Do you recall reviewing any videos              09:43:00
12   of game play of any of these five machines?                09:43:02
13        A.    No, I was not able to see any videos.           09:43:08
14        Q.    In Appendix C to your reply, you list a         09:43:15
15   YouTube.com website and a Facebook.com Castle Hill         09:43:26
16   Gaming, slash, videos.  Did you review those two          09:43:32
17   those videos?                                              09:43:39
18        A.    Yes, but not for the original report.           09:43:41
19        Q.    So that was afterwards?                         09:43:43
20        A.    Afterwards.                                     09:43:45
21        Q.    So you became aware after you submitted         09:43:45
22   your original report that there are in fact videos         09:43:49
23   online of the various games?                               09:43:52
24        A.    Correct.                                        09:43:54
25        Q.    On page seven of your report, you state         09:44:01

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    68

| | | |
|---|---|---|
| 1 | that you used three control EGMs also found in | 09:44:04 |
| 2 | Oklahoma, and then you drop a footnote, footnote | 09:44:10 |
| 3 | three, stating that all of the EGMs depicted on | 09:44:16 |
| 4 | these images were in the Choctaw Durant Casino as | 09:44:22 |
| 5 | of January 2018. | 09:44:25 |
| 6 | What is the source of that | 09:44:29 |
| 7 | information? | 09:44:29 |
| 8 | A.    Rebecca. | 09:44:32 |
| 9 | Q.    And you don't mention that in your | 09:44:33 |
| 10 | report, do you? | 09:44:34 |
| 11 | A.    Well, I believe that's a true statement, | 09:44:39 |
| 12 | so... | 09:44:42 |
| 13 | Q.    Well, did you conduct any independent | 09:44:48 |
| 14 | research at all into the Oklahoma gaming market as | 09:44:50 |
| 15 | to what was available there? | 09:44:55 |
| 16 | A.    No.  I relied on the lawyers on VGT to | 09:44:56 |
| 17 | provide this information. | 09:45:01 |
| 18 | Q.    Why didn't you do independent research? | 09:45:01 |
| 19 | A.    I didn't see any need for. | 09:45:05 |
| 20 | Q.    Did you conduct any independent research | 09:45:08 |
| 21 | at all into the class II gaming market? | 09:45:10 |
| 22 | A.    No.  I basically saw no -- no need for | 09:45:14 |
| 23 | doing it given that I had experts who could | 09:45:17 |
| 24 | provide me the information about it. | 09:45:23 |
| 25 | Q.    What is your understanding of what the | 09:45:28 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                69

| | | |
|---|---|---|
| 1 | class -- what class II gaming is? | 09:45:30 |
| 2 | A.   It's primarily bingo-based machines. | 09:45:38 |
| 3 | Q.   What do you base that on? | 09:45:45 |
| 4 | A.   On some of the readings and some of the | 09:45:47 |
| 5 | discussions that I had with counsel. | 09:45:52 |
| 6 | Q.   So everything you know about the | 09:45:55 |
| 7 | Oklahoma gaming market, class II gaming in | 09:45:58 |
| 8 | general, you learned from VGT's attorneys and the | 09:46:01 |
| 9 | materials they provided to you; is that correct? | 09:46:07 |
| 10 | MR. ROMAN:  Object to the form. | 09:46:10 |
| 11 | A.   Tons of material.  If you look at the | 09:46:12 |
| 12 | appendix listing of the material, there's a lot of | 09:46:13 |
| 13 | material, a lot of depositions, a lot of | 09:46:15 |
| 14 | information about the machines in the casinos. | 09:46:18 |
| 15 | Q.   All of which was provided to you by | 09:46:21 |
| 16 | VGT's attorneys, correct? | 09:46:23 |
| 17 | A.   Correct, customarily, that's the source | 09:46:24 |
| 18 | of information we typically get in these cases. | 09:46:28 |
| 19 | Q.   In the preparation of your report and | 09:46:33 |
| 20 | your survey itself and the design of the survey, | 09:46:34 |
| 21 | did you go to any casinos in Oklahoma? | 09:46:38 |
| 22 | A.   No, I did not. | 09:46:43 |
| 23 | Q.   Why not? | 09:46:44 |
| 24 | A.   I didn't have the time. | 09:46:45 |
| 25 | Q.   Have you ever been to a casino in | 09:46:46 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    70

| | | |
|---|---|---|
| 1 | Oklahoma? | 09:46:48 |
| 2 | A.    No. | 09:46:49 |
| 3 | Q.    Have you ever been in an Indian casino? | 09:46:50 |
| 4 | A.    No. | 09:46:53 |
| 5 | Q.    Have you ever been in a casino? | 09:46:54 |
| 6 | A.    Yes. | 09:46:57 |
| 7 | Q.    Have you ever seen a VGT game in person? | 09:46:58 |
| 8 | A.    No. | 09:47:04 |
| 9 | Q.    So is it fair to say you've never | 09:47:04 |
| 10 | actually played a VGT game? | 09:47:07 |
| 11 | A.    Correct. | 09:47:09 |
| 12 | Q.    So everything you know about the game | 09:47:09 |
| 13 | feel or overall -- well, feel of their trade dress | 09:47:13 |
| 14 | is information you received from VGT's attorneys, | 09:47:19 |
| 15 | correct? | 09:47:23 |
| 16 | A.    And the material I read, there are tons | 09:47:23 |
| 17 | of material about it to describe it. | 09:47:26 |
| 18 | Q.    And have you ever seen a Castle Hill | 09:47:29 |
| 19 | game in person? | 09:47:31 |
| 20 | A.    Same answer as VGT. | 09:47:32 |
| 21 | Q.    Have you ever played a slot machine? | 09:47:38 |
| 22 | A.    Yes. | 09:47:42 |
| 23 | Q.    And when was that? | 09:47:43 |
| 24 | A.    Years ago. | 09:47:47 |
| 25 | Q.    Where was that? | 09:47:49 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    73

| | | |
|---|---|---|
| 1 | A.    No. | 09:51:07 |
| 2 | Q.    Was that important to you? | 09:51:09 |
| 3 | A.    I'm not a typical player, so for me it's | 09:51:12 |
| 4 | not, but I'm not the target audience. | 09:51:17 |
| 5 | Q.    Were there any cartoon characters | 09:51:20 |
| 6 | associated with any of the games you played? | 09:51:24 |
| 7 | A.    I have no recollection. | 09:51:27 |
| 8 | Q.    This may be a somewhat metaphysical | 09:51:29 |
| 9 | question, but was the slot machine you were | 09:51:33 |
| 10 | sitting or standing in front of in the casino a | 09:51:36 |
| 11 | drawing or a physical object? | 09:51:40 |
| 12 | MR. ROMAN:  Object to the form. | 09:51:46 |
| 13 | A.    I'm not sure what you mean by drawing. | 09:51:49 |
| 14 | Q.    Sure.  Did you play a picture or did you | 09:51:51 |
| 15 | play a physical machine? | 09:51:52 |
| 16 | MR. ROMAN:  Object to the form. | 09:51:55 |
| 17 | A.    I think it was a physical machine. | 09:51:56 |
| 18 | Q.    And that's an educated guess? | 09:52:03 |
| 19 | A.    Correct. | 09:52:05 |
| 20 | Q.    You said the casino was loud.  What kind | 09:52:10 |
| 21 | of sounds did you hear in the casino? | 09:52:12 |
| 22 | A.    I'm trying to reconstruct it.  It's a | 09:52:21 |
| 23 | lot of people, you know, the noisy machines. | 09:52:24 |
| 24 | Q.    Did you hear bells? | 09:52:31 |
| 25 | A.    I would assume, but yes.  But I cannot | 09:52:37 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    78

| | | |
|---|---|---|
| 1 | it.  I primarily in reviewing thought the report | 09:57:57 |
| 2 | was primarily when I was asked to evaluate his | 09:58:01 |
| 3 | reliance on the surveys. | 09:58:06 |
| 4 | So my opinion there is not really a | 09:58:08 |
| 5 | critique evaluation of his damage model, but | 09:58:11 |
| 6 | rather very specific part of his report that | 09:58:16 |
| 7 | related to his reliance on the surveys, which I | 09:58:18 |
| 8 | reviewed in the -- in the case in preparation for | 09:58:22 |
| 9 | my report. | 09:58:26 |
| 10 | Q.  And do you consider yourself to be a | 09:58:26 |
| 11 | damages expert? | 09:58:28 |
| 12 | A.  No. | 09:58:29 |
| 13 | Q.  Did you review the expert report of | 09:58:33 |
| 14 | VGT's expert Stacy Freedman? | 09:58:36 |
| 15 | A.  No. | 09:58:39 |
| 16 | Q.  Do you know what the topic of that | 09:58:39 |
| 17 | report was? | 09:58:41 |
| 18 | A.  No. | 09:58:42 |
| 19 | Q.  Did you review the expert report of | 09:58:42 |
| 20 | Castle Hill's expert Joe Valandra? | 09:58:44 |
| 21 | A.  Unless it's in any of the depositions | 09:58:51 |
| 22 | listed and in -- or the material listed in my | 09:58:58 |
| 23 | original report, no, I don't recall it. | 09:59:03 |
| 24 | Q.  So if it's not in your report, you | 09:59:05 |
| 25 | didn't review it? | 09:59:07 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    88

| 1 | specifics of how it works.  It's a component of | 10:12:16 |
| 2 | the -- of the product. | 10:12:22 |
| 3 | Q.  It's a component of the product.  Is it | 10:12:23 |
| 4 | a visual component, a mechanical component, an | 10:12:26 |
| 5 | audio component, what kind of component is it? | 10:12:32 |
| 6 | A.  I think it's -- | 10:12:34 |
| 7 | MR. ROMAN:  Object to the form. | 10:12:36 |
| 8 | A.  I'm not an expert on the -- on the | 10:12:38 |
| 9 | gaming machines.  I think this is a visible | 10:12:41 |
| 10 | component of the machine. | 10:12:46 |
| 11 | Q.  Okay.  Have you reviewed any videos of | 10:12:48 |
| 12 | this component of the machines? | 10:12:51 |
| 13 | A.  I reviewed a number of pictures.  I | 10:12:58 |
| 14 | don't recall the video of this, but I reviewed a | 10:13:01 |
| 15 | number of pictures and descriptions of these | 10:13:04 |
| 16 | design elements. | 10:13:09 |
| 17 | Q.  As you sit here today, can you tell me | 10:13:10 |
| 18 | what happens on the machine during the free spin | 10:13:12 |
| 19 | feature on a VGT machine? | 10:13:19 |
| 20 | A.  I'm not sure I know how to answer this. | 10:13:24 |
| 21 | Q.  I'm sorry? | 10:13:27 |
| 22 | A.  I'm not sure I know how to answer it. | 10:13:28 |
| 23 | Q.  Well, yes or no. | 10:13:31 |
| 24 | A.  I don't think I can describe it. | 10:13:38 |
| 25 | Q.  All right.  So you don't think you've | 10:13:39 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    92

| | | |
|---|---|---|
| 1 | have is underestimating the real confusion in the | 10:17:49 |
| 2 | marketplace because we were not able to capture in | 10:17:53 |
| 3 | our stimuli other features, which are basically by | 10:17:56 |
| 4 | design similar to the VGT, and therefore, would | 10:18:01 |
| 5 | have led to higher confusion. | 10:18:04 |
| 6 | Q.   And that's based on the materials | 10:18:07 |
| 7 | provided to you by VGT's attorneys, correct? | 10:18:08 |
| 8 | A.   That's based on the material available. | 10:18:12 |
| 9 | Because if there was other material that | 10:18:15 |
| 10 | contradicts this, why didn't your expert | 10:18:18 |
| 11 | Mr. Berger bring them, he didn't bring even one | 10:18:21 |
| 12 | material in his criticism to suggest that this is | 10:18:24 |
| 13 | not correct. | 10:18:27 |
| 14 | Q.   Well -- | 10:18:28 |
| 15 | A.   So I have no reason to believe that the | 10:18:28 |
| 16 | material that I relied on are not representative. | 10:18:31 |
| 17 | Q.   Well, do you recall Mr. Berger's report | 10:18:33 |
| 18 | he cited to two videos, which you then claimed to | 10:18:38 |
| 19 | have reviewed, which show Castle Hill's instant | 10:18:42 |
| 20 | free pay feature and the other one showing VGT's | 10:18:45 |
| 21 | red screen free spin features.  And did you in | 10:18:49 |
| 22 | fact review that? | 10:18:53 |
| 23 | A.   Very briefly. | 10:18:54 |
| 24 | Q.   Very briefly.  And can you tell me what | 10:18:55 |
| 25 | the difference is between Castle Hill's instant | 10:18:57 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    94

| | | |
|---|---|---|
| 1 | your background portion of the report. | 10:21:03 |
| 2 | A.   I believe reading some of the material | 10:21:07 |
| 3 | that it's a -- the fact that the bell is embedded | 10:21:10 |
| 4 | in the machine, they try -- actually, I think some | 10:21:14 |
| 5 | of the -- the documents show that Castle Hill | 10:21:19 |
| 6 | tried to replicate the sound of the bell. | 10:21:25 |
| 7 | Q.   All right.  Do you know what makes their | 10:21:28 |
| 8 | bell distinctive? | 10:21:30 |
| 9 | A.   No. | 10:21:31 |
| 10 | Q.   And I think you testified earlier when | 10:21:33 |
| 11 | you were in the casinos in Atlantic City and Las | 10:21:34 |
| 12 | Vegas, you heard lots of bells going off in the | 10:21:40 |
| 13 | casinos, right? | 10:21:43 |
| 14 | A.   Yes. | 10:21:44 |
| 15 | Q.   And could you distinguish between any of | 10:21:44 |
| 16 | those bells? | 10:21:47 |
| 17 | A.   Again, you're bringing an example for | 10:21:48 |
| 18 | me.  I'm not a typical, you know, person who plays | 10:21:50 |
| 19 | those machines, so I'm the wrong person to answer | 10:21:52 |
| 20 | it. | 10:21:54 |
| 21 | Again, because we know the fact | 10:21:56 |
| 22 | that they try to copy the sound of the bell and | 10:21:58 |
| 23 | because I could not replicate the sound of the | 10:22:03 |
| 24 | bell in my stimuli, to the extent that the two are | 10:22:05 |
| 25 | similar as some of the data showed that I | 10:22:11 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    95

| | | |
|---|---|---|
| 1 | reviewed, then my estimate of confusion is | 10:22:16 |
| 2 | underestimating because you did not take this into | 10:22:19 |
| 3 | account. | 10:22:22 |
| 4 |     Q.   But, again, you did not actually present | 10:22:23 |
| 5 | the bell signs to any of the respondents in your | 10:22:25 |
| 6 | survey to compare? | 10:22:28 |
| 7 |     A.   Correct.  And that's the reason I'm | 10:22:29 |
| 8 | saying that the -- | 10:22:32 |
| 9 |     Q.   I understand. | 10:22:32 |
| 10 |     A.   -- estimate is -- that my estimate is | 10:22:33 |
| 11 | underestimating the level of confusion. | 10:22:35 |
| 12 |     Q.   My question is you didn't test for it, | 10:22:38 |
| 13 | though, correct? | 10:22:40 |
| 14 |     A.   Correct. | 10:22:41 |
| 15 |     Q.   Now, going back to your description in | 10:22:41 |
| 16 | the background on page one of the report, you | 10:22:44 |
| 17 | mention the distinctive size, shape and layout of | 10:22:48 |
| 18 | VGT's cabinet frame; do you see that? | 10:22:54 |
| 19 |     A.   Yes. | 10:22:57 |
| 20 |     Q.   Can you explain what the distinctive | 10:22:58 |
| 21 | size, shape and layout of the cabinet is, the | 10:23:01 |
| 22 | cabinet frame is. | 10:23:04 |
| 23 |     A.   Only if I look at the different | 10:23:06 |
| 24 | pictures.  I think we're showing some pictures at | 10:23:08 |
| 25 | the end that compare the -- that have some | 10:23:11 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    101

| | | |
|---|---|---|
| 1 | CHG machines, how would they look. | 10:29:26 |
| 2 | Q.   Okay. | 10:29:31 |
| 3 | A.   And so the answers that we are | 10:29:31 |
| 4 | replicating here in term of as close as we can to | 10:29:33 |
| 5 | the real world is we're showing them five | 10:29:38 |
| 6 | machines.  We're asking them to look at them the | 10:29:41 |
| 7 | way they would if they entered the casino before | 10:29:43 |
| 8 | they decide not to play, and then we ask them some | 10:29:46 |
| 9 | very simple questions in term of, you know, it | 10:29:50 |
| 10 | will give us indication are they confused or not | 10:29:52 |
| 11 | and what is the reason for the confusion. | 10:29:56 |
| 12 | Q.   Do you know what the term "secondary | 10:30:07 |
| 13 | meaning" is? | 10:30:08 |
| 14 | A.   Yes. | 10:30:10 |
| 15 | Q.   Did your survey test for secondary | 10:30:11 |
| 16 | meaning? | 10:30:14 |
| 17 | A.   No.  But in my report, the second part | 10:30:14 |
| 18 | of my report, I'm addressing, you know, basically | 10:30:18 |
| 19 | the data that I've seen that would suggest that | 10:30:22 |
| 20 | the -- that the VGT does have a secondary meaning. | 10:30:26 |
| 21 | Q.   All right.  So it's your opinion that | 10:30:28 |
| 22 | VGT's trade dress has a secondary meaning? | 10:30:31 |
| 23 | A.   Yes, based on the eight reasons or so | 10:30:35 |
| 24 | that I outlined in my report. | 10:30:37 |
| 25 | Q.   All right. | 10:30:40 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    102

| | | |
|---|---|---|
| 1 | A.    But it's not based on the survey and | 10:30:40 |
| 2 | it's not -- and my survey was not a secondary | 10:30:42 |
| 3 | meaning survey. | 10:30:45 |
| 4 | Q.    Okay.  So it's based on the materials | 10:30:46 |
| 5 | provided to you by VGT's attorneys, correct? | 10:30:48 |
| 6 | A.    Right, they're the source of all the | 10:30:52 |
| 7 | material that I reviewed. | 10:30:54 |
| 8 | Q.    Do you think that the lack of | 10:30:59 |
| 9 | consistency in the cabinet utilized by VGT, the | 10:31:01 |
| 10 | difference sizes and layouts of the machines | 10:31:05 |
| 11 | within the same casino is a factor to be | 10:31:08 |
| 12 | considered in whether a particular trade dress has | 10:31:12 |
| 13 | developed a secondary meaning? | 10:31:15 |
| 14 | MR. ROMAN:  Object to the form. | 10:31:17 |
| 15 | A.    The critical question would be basically | 10:31:20 |
| 16 | in terms of how it's being conceived by the | 10:31:22 |
| 17 | consumers and to what extent it changes consumers' | 10:31:26 |
| 18 | perception of the trade dress involved. | 10:31:29 |
| 19 | Q.    So if a player has an image of a VGT | 10:31:31 |
| 20 | game, let's use your Mr. Money Bags, for example, | 10:31:35 |
| 21 | and they picture it and there's five different | 10:31:38 |
| 22 | versions of it in that casino, do you think that | 10:31:41 |
| 23 | impacts his perception of whether there's | 10:31:45 |
| 24 | secondary meeting? | 10:31:47 |
| 25 | A.    We don't know.  It's an empirical | 10:31:49 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    126

| | |
|---|---|
| 1 | Judicial Center? | 11:15:02 |
| 2 | A.    Yes. | 11:15:04 |
| 3 | Q.    And do you agree with Professor McCarthy | 11:15:06 |
| 4 | that a professional survey expert will use | 11:15:09 |
| 5 | standard procedures to ensure that the survey was | 11:15:12 |
| 6 | administered in such as manner as to minimize | 11:15:14 |
| 7 | error and bias? | 11:15:17 |
| 8 | A.    Yeah, the critical question is always | 11:15:19 |
| 9 | what is standard procedures. | 11:15:20 |
| 10 | Q.    Well, that was my question a minute ago. | 11:15:22 |
| 11 | And are you able to tell me what the standard | 11:15:26 |
| 12 | procedures are? | 11:15:27 |
| 13 | A.    I think the standard procedure for a | 11:15:30 |
| 14 | survey in general, yes, absolutely.  That was what | 11:15:31 |
| 15 | was done in my study. | 11:15:34 |
| 16 | Q.    Okay. | 11:15:36 |
| 17 | A.    Select, basically, the appropriate | 11:15:36 |
| 18 | design, select the right universe, the right | 11:15:37 |
| 19 | sample, have unbiased questions, you know, | 11:15:41 |
| 20 | basically, analyze the data correctly, and I think | 11:15:44 |
| 21 | that's what we exactly done in my study. | 11:15:47 |
| 22 | Q.    All right.  So is it your belief that | 11:15:50 |
| 23 | you used standard procedures to ensure that the | 11:15:52 |
| 24 | survey was conducted in this case and administered | 11:15:55 |
| 25 | in a manner to minimize error and bias? | 11:15:59 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    127

| | | |
|---|---|---|
| 1 | A.   Yes. | 11:16:02 |
| 2 | Q.   And what procedures did you use? | 11:16:02 |
| 3 | A.   Everything that I just told you, the | 11:16:05 |
| 4 | entire research design, everything about my study. | 11:16:06 |
| 5 | Every single aspect of my study follows the right, | 11:16:09 |
| 6 | correct research procedures. | 11:16:13 |
| 7 | Q.   And is it your opinion that the survey | 11:16:15 |
| 8 | you conducted in this case was conducted in | 11:16:17 |
| 9 | unbiased fashion? | 11:16:20 |
| 10 | A.   Yes. | 11:16:22 |
| 11 | Q.   Is it your opinion that a Squirt survey | 11:16:23 |
| 12 | should accurately display the stimuli being | 11:16:25 |
| 13 | compared as they exist in the marketplace? | 11:16:28 |
| 14 | A.   As close as you can. | 11:16:30 |
| 15 | Q.   Is it your opinion that a Squirt survey | 11:16:32 |
| 16 | should attempt to replicate the stimuli in a | 11:16:35 |
| 17 | manner in which consumers would encounter the | 11:16:38 |
| 18 | parties' products in the marketplace? | 11:16:40 |
| 19 | A.   As close as you can. | 11:16:44 |
| 20 | Q.   Is it your opinion that a survey should | 11:16:45 |
| 21 | avoid asking leading questions? | 11:16:46 |
| 22 | A.   Yes. | 11:16:48 |
| 23 | Q.   Is it your opinion that a survey should | 11:16:49 |
| 24 | be carefully designed to avoid errors? | 11:16:50 |
| 25 | A.   Yes. | 11:16:54 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                          137

| | | |
|---|---|---|
| 1 | there was great concerns to what extent internet | 11:28:17 |
| 2 | panel would represent the general population. | 11:28:21 |
| 3 | Concern is still there.  I doubt that you will | 11:28:25 |
| 4 | join the internet panel.  I know I will not join | 11:28:28 |
| 5 | an internet panel.  So people like us may not be | 11:28:32 |
| 6 | represented here. | 11:28:36 |
| 7 | But the reality the ease of getting | 11:28:36 |
| 8 | the respondents, cost, time and basically a lot of | 11:28:39 |
| 9 | experience that results from internet panel can be | 11:28:45 |
| 10 | projected to the population have led in the last | 11:28:49 |
| 11 | five, seven years to a general acceptability of | 11:28:53 |
| 12 | internet panels, and courts are accepting them now | 11:28:57 |
| 13 | as well. | 11:29:00 |
| 14 | Q.   Sure.  There's alternatives to internet | 11:29:01 |
| 15 | panels, though, right? | 11:29:04 |
| 16 | A.   Yeah. | 11:29:05 |
| 17 | Q.   Have you heard of intercept -- intercept | 11:29:05 |
| 18 | study? | 11:29:08 |
| 19 | A.   This was the old approach. | 11:29:09 |
| 20 | Q.   That was the old approach.  And in fact, | 11:29:11 |
| 21 | the studies that you relied upon from -- that VGT | 11:29:11 |
| 22 | had conducted by Mosak and the other companies, | 11:29:14 |
| 23 | several of them involved casino intercept studies? | 11:29:16 |
| 24 | A.   Correct. | 11:29:25 |
| 25 | Q.   You chose not to do a casino intercept | 11:29:25 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    138

| | | |
|---|---|---|
| 1 | study, correct? | 11:29:28 |
| 2 | A. Correct. | 11:29:29 |
| 3 | Q. Even though that had been done by VGT in | 11:29:29 |
| 4 | the past? | 11:29:31 |
| 5 | A. I was told for this particular study and | 11:29:31 |
| 6 | the design that I wanted, you know, the internet | 11:29:34 |
| 7 | panel was the best way to collect data. | 11:29:38 |
| 8 | Q. If you had done an intercept study in | 11:29:41 |
| 9 | actual independent an gaming casinos in Oklahoma | 11:29:44 |
| 10 | with actual independent an gaming casino patrons | 11:29:49 |
| 11 | in the actual environment of Indian casino, do you | 11:29:54 |
| 12 | believe would you have been able to have a more | 11:30:08 |
| 13 | accurate Squirt survey? | 11:30:09 |
| 14 | A. I have no idea if you get more accurate. | 11:30:17 |
| 15 | I doubt it would be more accurate whether you get | 11:30:19 |
| 16 | the same results or not. It's an empirical | 11:30:22 |
| 17 | question. I don't know. I have no reason to | 11:30:25 |
| 18 | believe that the results would be different. | 11:30:28 |
| 19 | It might be a little different than | 11:30:30 |
| 20 | magnitude, but I believe that the general | 11:30:31 |
| 21 | direction may have -- probably will come | 11:30:31 |
| 22 | regardless what method you would use. The big | 11:30:34 |
| 23 | challenge would be get permission from the casinos | 11:30:38 |
| 24 | to interview there. | 11:30:41 |
| 25 | Q. Well, VGT has done that before, correct? | 11:30:42 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    140

| | | |
|---|---|---|
| 1 | the morning, but there are no people in the | 11:31:40 |
| 2 | casino. | 11:31:45 |
| 3 | Q.   Can you read back my question, please. | 11:31:57 |
| 4 | (Whereupon, a portion of the transcript | 11:31:58 |
| 5 | was read for the record.) | 11:31:58 |
| 6 | Q.   Please answer the question, sir. | 11:31:59 |
| 7 | A.   No, because they did not -- I don't know | 11:32:02 |
| 8 | if they tried or not.  I would assume they did not | 11:32:03 |
| 9 | try to do it because they could not even get them | 11:32:06 |
| 10 | to let us take videos in the casinos. | 11:32:09 |
| 11 | Q.   But you don't know one way or the other? | 11:32:11 |
| 12 | A.   I would assume that they did not try | 11:32:13 |
| 13 | because -- but I don't know.  I would assume they | 11:32:15 |
| 14 | would not because they could not get permission to | 11:32:18 |
| 15 | taking simple videos. | 11:32:20 |
| 16 | Q.   Who decided on the size of the sample to | 11:32:22 |
| 17 | use in this study? | 11:32:24 |
| 18 | A.   I basically decided on 400 plus, so | 11:32:26 |
| 19 | somewhere around 400 people. | 11:32:29 |
| 20 | Q.   And have you analyzed whether the | 11:32:31 |
| 21 | demographics of the participant panels that | 11:32:33 |
| 22 | Research Now used are consistent with the | 11:32:38 |
| 23 | demographics of casino players in Oklahoma? | 11:32:41 |
| 24 | A.   I did not have data of the demographics | 11:32:46 |
| 25 | of casino players in Oklahoma, so I could not | 11:32:57 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                              157

| | | |
|---|---|---|
| 1 | A.    The most prominent is the way to select | 11:50:40 |
| 2 | the stimuli. | 11:50:42 |
| 3 | Q.    Why? | 11:50:43 |
| 4 | A.    Why not?  What other criteria would you | 11:50:44 |
| 5 | have?  Random, random is not as good. | 11:50:46 |
| 6 | You think of all the possible | 11:50:51 |
| 7 | options for selecting stimuli.  Number one, you | 11:50:54 |
| 8 | know, you cannot basically do a study on all the | 11:50:57 |
| 9 | items in the product line.  That's crazy.  You | 11:50:59 |
| 10 | will never find out enough people -- look how many | 11:51:02 |
| 11 | people we had to interview to get 446 people. | 11:51:06 |
| 12 | If you want to use more than one, | 11:51:08 |
| 13 | you have to replicate it.  You know, kind of is | 11:51:10 |
| 14 | this feasible, no, it's not.  It's not feasible | 11:51:13 |
| 15 | economically or time-wise or even finding enough | 11:51:17 |
| 16 | people to do it. | 11:51:22 |
| 17 | So then you stuck with the | 11:51:24 |
| 18 | question, okay, which of these machines.  So you | 11:51:24 |
| 19 | have two options.  One is random.  Random is not | 11:51:25 |
| 20 | good because it's got to be something that is | 11:51:28 |
| 21 | totally, you know, atypical of the machines.  And | 11:51:32 |
| 22 | the only other criteria for selecting | 11:51:34 |
| 23 | scientifically a representative item from the line | 11:51:36 |
| 24 | would be pick up the best-selling machine. | 11:51:40 |
| 25 | Q.    So you deliberately chose to use a | 11:51:42 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                          158

1   machine that would most likely be familiar to the        11:51:45

2   respondent?                                               11:51:48

3         A.    Right.  And the same thing for CHG would      11:51:50

4   then be the same thing because we matched it              11:51:52

5   against a theme.                                          11:51:58

6         Q.    Sure.  Did you use the most popular           11:52:00

7   Konami, Scientific Games or IGT machines?                 11:52:03

8         A.    Again, we went over a few times today,        11:52:08

9   we basically selected them because they are               11:52:10

10  available in the same casino.  The constrain was          11:52:14

11  which machines are available in the same casino.          11:52:18

12        Q.    I thought you said the issue was which        11:52:20

13  one was most popular --                                   11:52:22

14        A.    But --                                        11:52:25

15        Q.    -- because that would make the most           11:52:25

16  sense?                                                    11:52:27

17        A.    For the anchor.  For the anchor.  But         11:52:27

18  then once I selected the anchor for the K, then           11:52:30

19  both the selection of the CHG to match basically          11:52:36

20  the same theme and the same approach.  And then to        11:52:40

21  select the three other controls, the criteria was,        11:52:43

22  and we repeat it a few times, is to make sure that        11:52:46

23  they are available in the same casino because we          11:52:51

24  wanted to represent a realistic kind of casino            11:52:52

25  environment, and then which one we could get the          11:52:56

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    159

| | | |
|---|---|---|
| 1 | pictures for. | 11:53:01 |
| 2 | Q.   All right.  You stated that you were | 11:53:02 |
| 3 | focusing in on the theme of money or wealth, | 11:53:04 |
| 4 | correct? | 11:53:09 |
| 5 | A.   Yes. | 11:53:09 |
| 6 | Q.   And you deliberately chose not to use | 11:53:09 |
| 7 | any of the other wealth-themed games VGT makes | 11:53:12 |
| 8 | that are referenced in the amended complaint.  If | 11:53:15 |
| 9 | you want to look at paragraph 19, which VGT claims | 11:53:18 |
| 10 | to be infringed in this action such as Crazy | 11:53:21 |
| 11 | Billions, Gems and Jewels, Mr. Millionaire, | 11:53:24 |
| 12 | Counting Cash or Diamond Fever, right? | 11:53:27 |
| 13 | A.   Yes, because the best-selling machine is | 11:53:31 |
| 14 | the one I selected. | 11:53:34 |
| 15 | Q.   And you chose to use the drawing of New | 11:53:39 |
| 16 | Money as the sample for a Castle Hill game instead | 11:53:40 |
| 17 | of any of the other numerous titles Castle Hill | 11:53:44 |
| 18 | offers in its EGMs, correct? | 11:53:46 |
| 19 | A.   Correct. | 11:53:48 |
| 20 | Q.   Why did you choose New Money? | 11:53:49 |
| 21 | A.   Because I thought based on the -- if you | 11:53:53 |
| 22 | go back, I think that's the one also mentioned in | 11:53:57 |
| 23 | the complaint and was the most similar to the VGT. | 11:53:59 |
| 24 | Q.   Well, let's look at the complaint, the | 11:54:02 |
| 25 | amended complaint, which is Exhibit -- | 11:54:11 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                                161

| | | |
|---|---|---|
| 1 | Money says nothing about whether or not players | 11:55:40 |
| 2 | would be confused by if they were playing Nugget | 11:55:44 |
| 3 | Mountain thinking they were actually playing Mr. | 11:55:48 |
| 4 | Money Bags, correct? | 11:55:51 |
| 5 | A.   No.  You're now assuming that you cannot | 11:55:55 |
| 6 | project the results to -- from one product to the | 11:55:56 |
| 7 | rest of the line. | 11:55:56 |
| 8 | Q.   That's what I'm asking. | 11:55:59 |
| 9 | A.   No, you cannot -- cannot assume it or | 11:56:01 |
| 10 | not. | 11:56:01 |
| 11 | Q.   So your analysis is limited to Mr. Money | 11:56:03 |
| 12 | Bags as opposed to Castle Hill's New Money? | 11:56:04 |
| 13 | A.   No.  You misinterpreted my response. | 11:56:08 |
| 14 | Q.   Okay. | 11:56:10 |
| 15 | A.   The response is the study focuses on | 11:56:11 |
| 16 | Mr. Money Bag and the New Money and that's where I | 11:56:13 |
| 17 | had direct evidence.  I'm addressing explicitly in | 11:56:19 |
| 18 | my reply why I believe that we can actually | 11:56:24 |
| 19 | project the results beyond the single stimuli to | 11:56:28 |
| 20 | the entire line because of the great similarity | 11:56:32 |
| 21 | that you have among the various products in the | 11:56:36 |
| 22 | line, both the VGT and the CHG. | 11:56:41 |
| 23 | Q.   Yeah.  But you're not testing VGT versus | 11:56:45 |
| 24 | CHG, you're testing particular game titles of | 11:56:48 |
| 25 | particular artwork against each other, correct? | 11:56:52 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    162

| | | |
|---|---|---|
| 1 | A.   Correct.  And the question then is are | 11:56:55 |
| 2 | the conclusions of the study limited to this | 11:56:59 |
| 3 | particular pair in the context of the specific | 11:57:02 |
| 4 | three controls that we use, or can you generalize. | 11:57:05 |
| 5 | So question number one is what can | 11:57:07 |
| 6 | you say about this pair.  The answer is very | 11:57:09 |
| 7 | strong findings about confusion that we -- | 11:57:12 |
| 8 | Q.   We'll get to that. | 11:57:16 |
| 9 | MR. ROMAN:  Wait, he's -- | 11:57:19 |
| 10 | MR. PLATT:  It's not responsive. | 11:57:21 |
| 11 | So let's -- | 11:57:22 |
| 12 | MR. ROMAN:  Let the witness finish | 11:57:22 |
| 13 | his response. | 11:57:22 |
| 14 | MR. PLATT:  Can you read back my | 11:57:22 |
| 15 | questions, please. | 11:57:22 |
| 16 | (Whereupon, a portion of the transcript | 11:57:22 |
| 17 | was read for the record.) | 11:57:22 |
| 18 | CONTINUED EXAMINATION BY MR. PLATT: | 11:57:22 |
| 19 | Q.   That's a yes or no question, sir. | 11:57:22 |
| 20 | A.   I'm testing that these two, but it does | 11:57:44 |
| 21 | not mean that you cannot project to the rest of | 11:57:46 |
| 22 | the line. | 11:57:48 |
| 23 | Q.   All right.  But you conscientiously | 11:57:48 |
| 24 | picked New Money to compare it to Mr. Money Bags | 11:57:51 |
| 25 | and selected the three other games, one | 11:57:54 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    168

| | | |
|---|---|---|
| 1 | MR. ROMAN:  What page are you on? | 12:03:53 |
| 2 | Q.  I'm just looking at the stimuli on page | 12:03:55 |
| 3 | seven. | 12:03:57 |
| 4 | MR. ROMAN:  Okay.  I thought you | 12:03:57 |
| 5 | were reading off of something.  Oh, you're | 12:03:58 |
| 6 | reading off your notes. | 12:04:00 |
| 7 | Q.  I'm reading off my notes. | 12:04:02 |
| 8 | MR. ROMAN:  Okay.  Sorry. | 12:04:03 |
| 9 | Q.  You know, maybe we ought -- would it be | 12:04:03 |
| 10 | easier if I wrote that down? | 12:04:04 |
| 11 | A.  No, that's fine. | 12:04:06 |
| 12 | Q.  You followed it? | 12:04:07 |
| 13 | A.  I followed it. | 12:04:08 |
| 14 | Q.  All right.  So there's only one | 12:04:08 |
| 15 | permutation of the five possibilities where | 12:04:11 |
| 16 | Mr. Money Bags is not shown directly next to New | 12:04:13 |
| 17 | Money, correct? | 12:04:15 |
| 18 | A.  Yeah. | 12:04:18 |
| 19 | Q.  So that would be 80 percent of the time, | 12:04:19 |
| 20 | correct? | 12:04:26 |
| 21 | A.  Sounds like a reasonable calculation. | 12:04:28 |
| 22 | Q.  I'm a lawyer, not a mathematician, but | 12:04:31 |
| 23 | just checking.  You have the Stanford Ph.D. | 12:04:33 |
| 24 | So 80 percent of the time | 12:04:36 |
| 25 | respondents compared the drawings of Mr. Money | 12:04:38 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    172

| | | |
|---|---|---|
| 1 | people, and then you have basically the others. | 12:09:33 |
| 2 | And control will be the 77 people.  So if you look | 12:09:35 |
| 3 | at -- basically, these are the columns. | 12:09:40 |
| 4 | Q.    I understand. | 12:09:42 |
| 5 | A.    Then it shows you basically how many | 12:09:43 |
| 6 | people received each one of those patterns. | 12:09:48 |
| 7 | Q.    Okay.  Well, let's focus on the K and M | 12:09:50 |
| 8 | only, column C on table 39.  That's the 183, which | 12:09:54 |
| 9 | you said on figure 3A appears, that's the first | 12:09:58 |
| 10 | column, the test, right? | 12:10:03 |
| 11 | A.    Right. | 12:10:05 |
| 12 | Q.    All right.  Those are people that in | 12:10:05 |
| 13 | that -- in your survey only identified Castle | 12:10:07 |
| 14 | Hill's New Money with VGT's Mr. Money Bags? | 12:10:13 |
| 15 | A.    Correct. | 12:10:20 |
| 16 | Q.    No others, correct? | 12:10:20 |
| 17 | A.    Correct. | 12:10:21 |
| 18 | Q.    Okay.  So if we look on table 39, right? | 12:10:21 |
| 19 | A.    Yeah. | 12:10:25 |
| 20 | Q.    If you look at for that column, column | 12:10:26 |
| 21 | C, right, the first one is KMPST, correct; do you | 12:10:31 |
| 22 | see that? | 12:10:35 |
| 23 | A.    Right. | 12:10:36 |
| 24 | Q.    And 38 or 20.8 percent respondents did | 12:10:36 |
| 25 | that, correct? | 12:10:40 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    173

| | | |
|---|---|---|
| 1 | A.    Right. | 12:10:42 |
| 2 | Q.    And so MPSTK in that order for column C, | 12:10:42 |
| 3 | K and M only, is 15.8 percent, correct? | 12:10:47 |
| 4 | A.    Right. | 12:10:52 |
| 5 | Q.    And the next one is PSTKM, 37, which is | 12:10:52 |
| 6 | 20.2 percent, right? | 12:10:58 |
| 7 | A.    Yes. | 12:11:00 |
| 8 | Q.    The next one STKMP, it's 41, which is | 12:11:00 |
| 9 | 22.4 percent? | 12:11:01 |
| 10 | A.    Right. | 12:11:03 |
| 11 | Q.    And the last one TKMPS -- | 12:11:03 |
| 12 | A.    Right. | 12:11:07 |
| 13 | Q.    -- is 38 or 20.8 percent? | 12:11:07 |
| 14 | A.    Right. | 12:11:10 |
| 15 | Q.    Like I used to do with my kids, we can | 12:11:11 |
| 16 | say one of these things is not like the other, | 12:11:13 |
| 17 | right? | 12:11:16 |
| 18 | They're all approximately 20 to | 12:11:16 |
| 19 | 22 percent, except for MPSTK, which is | 12:11:18 |
| 20 | 15.8 percent, correct? | 12:11:22 |
| 21 | A.    Well, but basically, the difference is | 12:11:24 |
| 22 | not that significant.  Basically, all of them, | 12:11:26 |
| 23 | it's close between 16 and 22, and -- | 12:11:28 |
| 24 | Q.    Well, all of them are between 20 and 22 | 12:11:32 |
| 25 | except for that particular one which is 15.8, | 12:11:36 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    174

| | | |
|---|---|---|
| 1 | correct? | 12:11:39 |
| 2 | A.   I doubt -- this is insignificant.  It's | 12:11:39 |
| 3 | not a big difference. | 12:11:42 |
| 4 | Q.   Okay.  Well, it's a 20 percent | 12:11:44 |
| 5 | difference, isn't it? | 12:11:45 |
| 6 | A.   Yeah.  But the better test of this if | 12:11:46 |
| 7 | there is bias or not is to ask how many of the | 12:11:50 |
| 8 | other pairs that appear together, how many of | 12:11:52 |
| 9 | them -- not in this data, but how many people | 12:11:56 |
| 10 | selected M and P, how many people selected P and | 12:11:59 |
| 11 | S, how many people selected S and T, all the ones | 12:12:01 |
| 12 | which are close to each other. | 12:12:06 |
| 13 | Because you also have a situation | 12:12:07 |
| 14 | that M and P appears basically in most of them | 12:12:10 |
| 15 | together.  And if you look at this, if you look at | 12:12:13 |
| 16 | table two of my report, you'll find out that | 12:12:14 |
| 17 | basically in terms of the pairs there is no one | 12:12:19 |
| 18 | that comes even close to the level of repairs that | 12:12:23 |
| 19 | you have -- this is figure 2A on page 20. | 12:12:28 |
| 20 | You know, you have basically | 12:12:33 |
| 21 | 56.6 percent selected K and M.  The closest to it | 12:12:34 |
| 22 | is S and T was 21 percent and everything else is | 12:12:38 |
| 23 | below it.  Even if you take all the other ones | 12:12:43 |
| 24 | together combined, it's less than 56.6 percent. | 12:12:45 |
| 25 | Q.   All right.  Just to close the little bit | 12:12:50 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    175

| | | |
|---|---|---|
| 1 | of gap here, so on table 39, would you agree or | 12:12:52 |
| 2 | not agree that there is an approximately | 12:12:55 |
| 3 | 25 percent difference in the survey results | 12:12:57 |
| 4 | finding confusion between Mr. Money Bags and New | 12:13:01 |
| 5 | Money between the one where the individual | 12:13:04 |
| 6 | machines are not next to each other and the ones | 12:13:09 |
| 7 | where they are? | 12:13:12 |
| 8 | MR. ROMAN:  Object to the form. | 12:13:13 |
| 9 | A.   I think that by stating it as a | 12:13:15 |
| 10 | percentage difference between the two you are | 12:13:17 |
| 11 | exaggerating the difference, because, basically, | 12:13:21 |
| 12 | if you look at the entire definition between 15.8 | 12:13:24 |
| 13 | and 22 -- 22.4, it's within the range.  It's | 12:13:24 |
| 14 | hardly significant, so I -- | 12:13:29 |
| 15 | Q.   It's a 25 percent difference, though, | 12:13:30 |
| 16 | isn't it? | 12:13:32 |
| 17 | MR. ROMAN:  Object to the form. | 12:13:33 |
| 18 | A.   But look at -- look at this in the | 12:13:34 |
| 19 | context.  Look in the context of the -- | 12:13:36 |
| 20 | Q.   I'm asking you specifically on the data | 12:13:37 |
| 21 | there, that's yes or no, is that a 25 percent or | 12:13:38 |
| 22 | more difference? | 12:13:42 |
| 23 | A.   I didn't calculate.  I'll trust your | 12:13:43 |
| 24 | calculation. | 12:13:45 |
| 25 | Q.   Thank you. | 12:13:46 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    214

| | | |
|---|---|---|
| 1 | Q.   What do you mean by a zoom feature? | 01:40:01 |
| 2 | A.   That you can basically enlarge a section | 01:40:04 |
| 3 | to see it larger. | 01:40:06 |
| 4 | Q.   Okay. | 01:40:08 |
| 5 | A.   It gets it back to normal. | 01:40:08 |
| 6 | Q.   So if you clicked on it, you got a | 01:40:10 |
| 7 | bigger picture? | 01:40:13 |
| 8 | A.   Correct. | 01:40:14 |
| 9 | Q.   It wasn't like you can -- I don't know | 01:40:14 |
| 10 | if you do online shopping.  If you want to look at | 01:40:17 |
| 11 | something when you're online shopping, you can | 01:40:19 |
| 12 | actually zoom into fine detail of specific parts | 01:40:21 |
| 13 | of a picture.  It wasn't that, you just get a | 01:40:22 |
| 14 | slightly bigger picture, correct? | 01:40:22 |
| 15 | A.   But you could focus on a specific part | 01:40:26 |
| 16 | of the picture. | 01:40:29 |
| 17 | Q.   I'm sorry? | 01:40:30 |
| 18 | A.   You could focus on part -- parts of the | 01:40:30 |
| 19 | picture. | 01:40:32 |
| 20 | Q.   Have you taken this survey, sir? | 01:40:33 |
| 21 | A.   I did. | 01:40:35 |
| 22 | Q.   And it's your testimony that you can | 01:40:36 |
| 23 | zoom in and focus on a specific part of this | 01:40:37 |
| 24 | picture? | 01:40:40 |
| 25 | A.   I did not do it.  I did basically a full | 01:40:40 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    215

| | | |
|---|---|---|
| 1 | adjustment of enlarging it. | 01:40:45 |
| 2 | Q.   All right. | 01:40:47 |
| 3 | A.   I did not do it.  But my understanding | 01:40:47 |
| 4 | is that the technology that Research Now allows | 01:40:49 |
| 5 | you to select specific parts of the picture that | 01:40:52 |
| 6 | you want to do it. | 01:40:52 |
| 7 | Q.   Well, I would agree with you that | 01:40:55 |
| 8 | technology allows it.  What I disagree with you is | 01:40:57 |
| 9 | that your survey allows you to do that, but we'll | 01:41:00 |
| 10 | get back to that later. | 01:41:04 |
| 11 | On page nine of your report, you | 01:41:06 |
| 12 | state that -- let me see where it is -- the main | 01:41:11 |
| 13 | question you state, the main questionnaire | 01:41:19 |
| 14 | states -- and these are what the actual players | 01:41:22 |
| 15 | are told, right? | 01:41:24 |
| 16 | A.   Right. | 01:41:26 |
| 17 | Q.   It says you can zoom in to see any | 01:41:26 |
| 18 | element of the machine better.  That's what you | 01:41:29 |
| 19 | were just saying, right? | 01:41:31 |
| 20 | A.   Right. | 01:41:33 |
| 21 | Q.   And it's your testimony that's actually | 01:41:33 |
| 22 | true? | 01:41:36 |
| 23 | A.   My understanding is that the -- the | 01:41:36 |
| 24 | questionnaire as implemented allowed them to do | 01:41:37 |
| 25 | it. | 01:41:40 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018

216

| | | |
|---|---|---|
| 1 | Q. Did you review the verbatim responses in | 01:41:42 |
| 2 | this case? | 01:41:44 |
| 3 | A. Yes. | 01:41:46 |
| 4 | Q. And part of your survey, you asked for | 01:41:46 |
| 5 | feedback regarding the survey -- | 01:42:26 |
| 6 | A. Right. | 01:42:28 |
| 7 | Q. -- afterwards? | 01:42:28 |
| 8 | Turn to table 38, on page 126 of | 01:42:30 |
| 9 | the tables. | 01:42:35 |
| 10 | MR. ROMAN: What page? | 01:42:36 |
| 11 | Q. 126? | 01:42:36 |
| 12 | A. The tables. Computer tabulation. | 01:42:49 |
| 13 | Q. So it's table 38. | 01:43:07 |
| 14 | A. Correct. | 01:43:13 |
| 15 | Q. The question on this table that was | 01:43:13 |
| 16 | asked do you have any feedback about this survey | 01:43:14 |
| 17 | and your experience taking it. | 01:43:17 |
| 18 | A. This was the last question of the | 01:43:21 |
| 19 | survey. | 01:43:24 |
| 20 | Q. Sure. And one of the things people said | 01:43:25 |
| 21 | was need more detail, zoom in on pictures to | 01:43:26 |
| 22 | answer, correct? | 01:43:29 |
| 23 | A. Yeah, there were seven people that | 01:43:32 |
| 24 | mentioned it. | 01:43:34 |
| 25 | Q. So that was an issue raised? | 01:43:41 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    217

| | | |
|---|---|---|
| 1 | A. By seven people. | 01:43:43 |
| 2 | Q. By seven people. What about in the | 01:43:54 |
| 3 | verbatim responses? | 01:43:55 |
| 4 | A. What is the question about it, what | 01:43:59 |
| 5 | about it? | 01:44:01 |
| 6 | Q. Did you review the verbatim responses of | 01:44:03 |
| 7 | those seven people to see if they had additional | 01:44:05 |
| 8 | concerns about the zoom feature? | 01:44:13 |
| 9 | A. No, I did not follow on this specific | 01:44:16 |
| 10 | seven people. I went over all -- I went over all | 01:44:20 |
| 11 | the verbatims. | 01:44:21 |
| 12 | Q. Okay. And did you notice other | 01:44:24 |
| 13 | people -- that people were mentioning the problem | 01:44:25 |
| 14 | with the zoom feature within the other verbatim | 01:44:28 |
| 15 | responses? | 01:44:31 |
| 16 | A. I don't recall any. | 01:44:31 |
| 17 | Q. Let's look at a couple. If you can turn | 01:44:45 |
| 18 | to page 21 of the verbatim responses, respondent | 01:44:48 |
| 19 | 2351. | 01:44:54 |
| 20 | A. What's the number? | 01:44:57 |
| 21 | Q. 2351, page 21. | 01:44:58 |
| 22 | A. Page 21? | 01:45:07 |
| 23 | Q. Yes. | 01:45:08 |
| 24 | A. I have page 20. | 01:45:33 |
| 25 | Q. Specifically, response D3, very | 01:45:33 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    218

| | | |
|---|---|---|
| 1 | frustrated as zoom didn't get me enough details to | 01:45:35 |
| 2 | tell you what you needed to know. | 01:45:38 |
| 3 | A.    So this would be one of the seven | 01:45:41 |
| 4 | people. | 01:45:42 |
| 5 | Q.    Presumably. | 01:45:43 |
| 6 | A.    It has to be because otherwise it would | 01:45:45 |
| 7 | have been listed in -- in part of the response in | 01:45:47 |
| 8 | the previous table we looked at. | 01:45:51 |
| 9 | Q.    All right.  And then again for | 01:45:54 |
| 10 | respondent 5219, page 57. | 01:45:55 |
| 11 | A.    5219? | 01:46:02 |
| 12 | Q.    Uh-hum. | 01:46:03 |
| 13 | A.    What page? | 01:46:06 |
| 14 | Q.    57. | 01:46:06 |
| 15 | A.    So this person says you could make the | 01:46:25 |
| 16 | zoom even more refined or more zoomed in. | 01:46:28 |
| 17 | Q.    So they weren't able to zoom in on the | 01:46:36 |
| 18 | features they wanted like you said? | 01:46:38 |
| 19 | A.    No, we don't know it.  All we know that | 01:46:40 |
| 20 | it says or she says you could make the zoom even | 01:46:42 |
| 21 | more refined or more zoomed in.  It doesn't say | 01:46:47 |
| 22 | anything that they could not do it. | 01:46:51 |
| 23 | Q.    Were all the machines that you showed | 01:46:53 |
| 24 | shown in the same resolution? | 01:46:54 |
| 25 | A.    When they looked at them at the five, | 01:46:55 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                                    221

| | | |
|---|---|---|
| 1 | A.   Correct. | 01:50:17 |
| 2 | Q.   Just so we understand what that means, | 01:50:17 |
| 3 | only one of the three controls you used had the | 01:50:19 |
| 4 | same resolution when respondents tried to zoom in | 01:50:21 |
| 5 | on them? | 01:50:25 |
| 6 | A.   Correct. | 01:50:25 |
| 7 |     MR. PLATT:  I'm about to shift | 01:50:47 |
| 8 |     gears, why don't we take a short break. | 01:50:49 |
| 9 |     THE VIDEOGRAPHER:  Off the record | 01:50:51 |
| 10 |     at 11:50. | 01:50:52 |
| 11 |     (Recess.) | 01:50:53 |
| 12 |     THE VIDEOGRAPHER:  Back on the | 02:03:11 |
| 13 |     record at 2:02. | 02:03:12 |
| 14 | BY MR. PLATT: | 02:03:16 |
| 15 | Q.   Are you aware of any scholarly opinions | 02:03:16 |
| 16 | or cases that stand for the proposition that when | 02:03:19 |
| 17 | conducting a Squirt survey you should use the most | 02:03:25 |
| 18 | widely recognized version of a product in | 02:03:32 |
| 19 | conducting a test? | 02:03:38 |
| 20 | A.   Nothing comes to mind. | 02:03:45 |
| 21 | Q.   Let's turn to page eight of your | 02:03:46 |
| 22 | survey -- of your report. | 02:04:04 |
| 23 | A.   Yeah. | 02:04:06 |
| 24 | Q.   You list the screening questions that | 02:04:13 |
| 25 | were given to the respondents, right?  We've been | 02:04:16 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                          245

| | | |
|---|---|---|
| 1 | correct.  You cannot go more than once. | 02:38:47 |
| 2 | Q.   Okay.  So, again, we're back to we | 02:38:49 |
| 3 | qualified.  On the next screen, we'll show you | 02:38:54 |
| 4 | five gaming machines that you may see in an | 02:38:56 |
| 5 | Oklahoma casino. | 02:38:58 |
| 6 | A.   Right. | 02:39:01 |
| 7 | Q.   And the order that came up is the KMPST. | 02:39:02 |
| 8 | That's the same order that's in the report, | 02:39:08 |
| 9 | correct? | 02:39:13 |
| 10 | A.   Correct. | 02:39:15 |
| 11 | Q.   All right.  So let try the zoom feature. | 02:39:16 |
| 12 | How do you zoom? | 02:39:23 |
| 13 |        So you've clicked on it and it's an | 02:39:28 |
| 14 | enlarged picture, right? | 02:39:31 |
| 15 | A.   An enlarged picture, right. | 02:39:35 |
| 16 | Q.   Can you zoom in on that to show any of | 02:39:42 |
| 17 | the detail? | 02:39:45 |
| 18 | A.   Apparently, not. | 02:39:46 |
| 19 | Q.   So you have an enlarged picture, and in | 02:39:48 |
| 20 | this picture, you can see the name of the game and | 02:39:49 |
| 21 | the numbers on the pay tables; is that correct? | 02:39:52 |
| 22 | A.   Yes. | 02:39:57 |
| 23 | Q.   And you can see that this is a bingo | 02:39:57 |
| 24 | card? | 02:39:59 |
| 25 | A.   Yes. | 02:40:00 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    249

| | | |
|---|---|---|
| 1 | Q.   And VGT's Mr. Money Bags is K in the | 02:47:01 |
| 2 | second position and Castle Hill's New Money game | 02:47:08 |
| 3 | is in M on the -- | 02:47:10 |
| 4 | A.   Third position. | 02:47:15 |
| 5 | Q.   -- third position. | 02:47:16 |
| 6 | Enlarge T. | 02:47:21 |
| 7 | A.   (Witness so doing.) | 02:47:28 |
| 8 | Q.   Okay.  Now close that. | 02:47:28 |
| 9 | A.   (Witness so doing.) | 02:47:36 |
| 10 | Q.   Now enlarge K. | 02:47:36 |
| 11 | A.   (Witness so doing.) | 02:47:37 |
| 12 | Q.   That's Mr. Money Bags, that's the | 02:47:37 |
| 13 | enlarged view of Mr. Money Bags, correct? | 02:47:40 |
| 14 | A.   Uh-hum. | 02:47:43 |
| 15 | Q.   Okay.  Close that. | 02:47:43 |
| 16 | A.   (Witness so doing.) | 02:47:44 |
| 17 | Q.   Now enlarge M, which is the Castle | 02:47:47 |
| 18 | Hill's New Money. | 02:47:48 |
| 19 | A.   (Witness so doing.) | 02:47:50 |
| 20 | Q.   What do you see? | 02:47:52 |
| 21 | A.   K. | 02:48:01 |
| 22 | Q.   For the record, a picture of VGT's | 02:48:02 |
| 23 | Mr. Money Bags came in -- up when Dr. Wind clicked | 02:48:06 |
| 24 | on New Money, which has now happened twice. | 02:48:10 |
| 25 | A.   This is strange. | 02:48:17 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    250

| | | |
|---|---|---|
| 1 | Q.    It is strange.  And I'll represent to | 02:48:18 |
| 2 | you that I've done this, I don't know, a couple of | 02:48:20 |
| 3 | dozen times now.  Every single time that the array | 02:48:22 |
| 4 | comes up in that order of TKMPS, that same mistake | 02:48:26 |
| 5 | happens.  Were you aware of that before today? | 02:48:36 |
| 6 | A.    No.  And I'm not sure whether this | 02:48:38 |
| 7 | actually happened in the real stimuli that | 02:48:40 |
| 8 | consumers saw.  We know we're working on a test | 02:48:45 |
| 9 | stimuli here. | 02:48:48 |
| 10 | Q.    So you don't know one way or the other? | 02:48:49 |
| 11 | A.    I find it very strange, totally | 02:48:52 |
| 12 | surprised, to see something like this.  Never | 02:48:54 |
| 13 | happened to me before.  And it might be a glitch | 02:48:56 |
| 14 | in the test item we have here.  We can find out. | 02:49:01 |
| 15 | I definitely have to find out with Research Now | 02:49:07 |
| 16 | what happened. | 02:49:10 |
| 17 | Q.    Sure. | 02:49:11 |
| 18 | A.    Give me only the sequence so I'll be | 02:49:12 |
| 19 | able to check with them? | 02:49:14 |
| 20 | Q.    TKMPS.  But I think we can answer that | 02:49:15 |
| 21 | question here and we'll get to that.  Thank you | 02:49:22 |
| 22 | for your patience on that. | 02:49:36 |
| 23 |          Would you agree that that's a | 02:49:47 |
| 24 | serious error, if in fact it happened, on the | 02:49:49 |
| 25 | survey that the participants took? | 02:49:52 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                          251

| | | |
|---|---|---|
| 1 | A.    If it happened, it's an error.  We have | 02:49:56 |
| 2 | to find out exactly how many people were subject | 02:49:58 |
| 3 | to this.  We have to then probably remove these | 02:50:02 |
| 4 | people from the survey. | 02:50:05 |
| 5 | Q.    This error affected 20 percent of your | 02:50:11 |
| 6 | participants, didn't it? | 02:50:13 |
| 7 | A.    It affected only those who clicked to | 02:50:17 |
| 8 | enlarge it, so it's a subset of the 20 percent. | 02:50:21 |
| 9 | Q.    Do you know if that was -- this problem | 02:50:37 |
| 10 | was mentioned in the verbatim responses? | 02:50:40 |
| 11 | A.    I don't recall seeing it.  Otherwise, I | 02:50:48 |
| 12 | would have noticed it when I went over the | 02:50:49 |
| 13 | verbatim. | 02:50:52 |
| 14 | Q.    Okay.  Let's look at, hold on, | 02:50:52 |
| 15 | respondent 6383 at page 106 of the verbatim | 02:51:04 |
| 16 | responses. | 02:51:10 |
| 17 | MR. ROMAN:  What number? | 02:51:20 |
| 18 | Q.    6383 at page 106 of the verbatim | 02:51:21 |
| 19 | responses. | 02:51:26 |
| 20 | Are you there, sir? | 02:51:37 |
| 21 | A.    Yes. | 02:51:38 |
| 22 | Q.    This respondent had based on line D | 02:51:38 |
| 23 | rotate, it says 05 TKMPS? | 02:51:45 |
| 24 | A.    Yeah. | 02:51:49 |
| 25 | Q.    So that's the suspect array, correct? | 02:51:50 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    252

| | | |
|---|---|---|
| 1 | A.    Yeah. | 02:51:52 |
| 2 | Q.    And then he states or she states, let's | 02:51:53 |
| 3 | see, question Q1BB, when I clicked on them both | 02:51:54 |
| 4 | had similar features including the words "money | 02:52:03 |
| 5 | bags"; do you see that? | 02:52:05 |
| 6 | A.    Yeah. | 02:52:07 |
| 7 | Q.    And Castle Hill's New Money for all the | 02:52:09 |
| 8 | alleged similarities certainly doesn't contain the | 02:52:13 |
| 9 | words "money bags", does it? | 02:52:17 |
| 10 | A.    Correct. | 02:52:19 |
| 11 | Q.    All right.  If you can look on page 13 | 02:52:24 |
| 12 | of the verbatim responses for number 1356. | 02:52:26 |
| 13 | A.    Thirteen? | 02:52:30 |
| 14 | Q.    Fifty-six. | 02:52:34 |
| 15 | MR. ROMAN:  Is it page 13 of the | 02:52:37 |
| 16 | responses? | 02:52:38 |
| 17 | Q.    I believe so. | 02:52:46 |
| 18 | So 1356 says -- well, 1356 has the | 02:52:56 |
| 19 | array TKMPS, the suspect array, correct? | 02:53:02 |
| 20 | A.    Yes. | 02:53:07 |
| 21 | Q.    And this in his verbatim or her | 02:53:09 |
| 22 | verbatims on question Q2B, the name of the game is | 02:53:15 |
| 23 | the same, do you see that, and the size, shape and | 02:53:20 |
| 24 | machine are very similar? | 02:53:25 |
| 25 | A.    Yeah, you have to read the whole | 02:53:28 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                          253

| | | |
|---|---|---|
| 1 | response. | 02:53:29 |
| 2 | Q.   Let's look at the first response, | 02:53:30 |
| 3 | though, the name of the game is the same. | 02:53:30 |
| 4 | We can agree that the names of the | 02:53:33 |
| 5 | game are not actually the same unless you enlarge | 02:53:35 |
| 6 | it and you see the same name as the wrong machine, | 02:53:39 |
| 7 | correct? | 02:53:43 |
| 8 | A.   Right.  But he answered also -- this is | 02:53:43 |
| 9 | not the only answer he gave.  This person said | 02:53:46 |
| 10 | they have the same structure, shape and look to be | 02:53:50 |
| 11 | identical, other than the sign on the top, even | 02:53:52 |
| 12 | the same name. | 02:53:54 |
| 13 | Q.   All right.  So that's not surprising if | 02:53:56 |
| 14 | he's looking at the same machine, is it? | 02:53:58 |
| 15 | A.   Right, I never -- when I looked at this, | 02:54:00 |
| 16 | I never even interpreted this as basically they | 02:54:02 |
| 17 | saw a different stimuli.  I just -- | 02:54:04 |
| 18 | Q.   All right. | 02:54:08 |
| 19 | A.   -- thought -- | 02:54:08 |
| 20 | Q.   -- do this deliberately, sir. | 02:54:08 |
| 21 | And if you can look at 5219 on page | 02:54:09 |
| 22 | 57. | 02:54:13 |
| 23 | A.   5219? | 02:54:14 |
| 24 | Q.   On page 57.  5219, again, is the TKMPS, | 02:54:17 |
| 25 | correct? | 02:54:43 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                  256

| | | |
|---|---|---|
| 1 | Q.    Okay. | 02:57:52 |
| 2 | A.    And then see what I have. | 02:57:52 |
| 3 | Q.    I thought that was my understanding.  So | 02:57:54 |
| 4 | my question is, do you think that the information | 02:57:55 |
| 5 | you have in this report here, these results, are | 02:57:58 |
| 6 | still valid without doing that analysis? | 02:58:02 |
| 7 | A.    I wouldn't feel comfortable concluding | 02:58:05 |
| 8 | without doing this analysis. | 02:58:08 |
| 9 | But I think given the magnitude of | 02:58:09 |
| 10 | the confusion we have here of 60 -- you know, if | 02:58:11 |
| 11 | you look at table 1B, you know, 64.8 percent, and | 02:58:16 |
| 12 | even when you look at the -- the table two where, | 02:58:21 |
| 13 | basically, you have 56 percent, you can link | 02:58:27 |
| 14 | together K and M.  And when you look at the | 02:58:32 |
| 15 | magnitude of figure three with 51 percent confused | 02:58:35 |
| 16 | primarily due to trade dress or trademark, I think | 02:58:39 |
| 17 | that the general conclusions probably will be | 02:58:48 |
| 18 | similar. | 02:58:50 |
| 19 | But I don't feel comfortable | 02:58:51 |
| 20 | drawing any conclusion at this stage until we redo | 02:58:53 |
| 21 | the analysis. | 02:58:58 |
| 22 | MR. PLATT:  Let's take a break. | 02:58:59 |
| 23 | THE VIDEOGRAPHER:  Going off the | 02:59:00 |
| 24 | record at 2:58. | 02:59:01 |
| 25 | (Recess.) | 02:59:04 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                                    257

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Back on the | 03:08:30 |
| 2 | record 3:07. | 03:08:30 |
| 3 | CONTINUED EXAMINATION BY MR. PLATT: | 03:08:31 |
| 4 | Q.   Back looking at the picture of the array | 03:08:37 |
| 5 | on page seven of your report, K, the VGT Mr. Money | 03:08:42 |
| 6 | Bags, and M, the Castle Hill New Money game, and | 03:08:55 |
| 7 | the IGT game are all forward-facing pictures, | 03:09:00 |
| 8 | correct? | 03:09:04 |
| 9 | A.   Yes. | 03:09:05 |
| 10 | Q.   And two out of the three controls are | 03:09:06 |
| 11 | angled so that you can see the depth of the | 03:09:09 |
| 12 | machine, correct? | 03:09:11 |
| 13 | A.   Yeah. | 03:09:15 |
| 14 | Q.   Is that correct? | 03:09:15 |
| 15 | A.   Yeah. | 03:09:15 |
| 16 | Q.   Why did you pick two pictures that were | 03:09:17 |
| 17 | angled as controls? | 03:09:19 |
| 18 | A.   Those are the only ones we could find. | 03:09:23 |
| 19 | We could not find the five pictures, all of them, | 03:09:26 |
| 20 | facing the same way. | 03:09:29 |
| 21 | Q.   Well, if you look at Exhibit 4 to the | 03:09:47 |
| 22 | First Amended Complaint, you have a picture of | 03:09:49 |
| 23 | Mr. Money Bags on an angle, correct? | 03:09:54 |
| 24 | A.   What -- what page are you on? | 03:09:59 |
| 25 | Q.   Sure, page three of Exhibit 4 to the | 03:10:00 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    260

| | | |
|---|---|---|
| 1 | Q.   Even though these pictures were | 03:12:44 |
| 2 | available and in fact included in the amended | 03:12:45 |
| 3 | complaint and the original complaint? | 03:12:47 |
| 4 | A.   Correct. | 03:12:50 |
| 5 | Q.   So you made a conscious decision to use | 03:12:54 |
| 6 | the front-on picture instead of the angle picture | 03:12:56 |
| 7 | that was available? | 03:13:01 |
| 8 | A.   Well, my understanding is, basically, we | 03:13:02 |
| 9 | could not have used the picture from the complaint | 03:13:04 |
| 10 | as part of the stimuli. | 03:13:09 |
| 11 | Q.   And why was that? | 03:13:11 |
| 12 | A.   I was basically told that these are -- | 03:13:13 |
| 13 | categorically, these are the only pictures that | 03:13:17 |
| 14 | are available showing the five machines selected | 03:13:20 |
| 15 | that we can use in the survey. | 03:13:23 |
| 16 | Q.   Who told you that? | 03:13:27 |
| 17 | A.   The lawyers, who were in touch with VGT, | 03:13:29 |
| 18 | were in touch with some casinos to try to get kind | 03:13:38 |
| 19 | of the ability to get pictures of the casinos.  So | 03:13:43 |
| 20 | I did they did a lot of effort to try to get as | 03:13:46 |
| 21 | comfortable a set of pictures as possible. | 03:13:51 |
| 22 | Q.   In addition to the survey, you have a | 03:14:27 |
| 23 | section of your report, well, on page 24 of the | 03:14:33 |
| 24 | report, you have a section D at the top, | 03:14:47 |
| 25 | conclusions of the study, and there's four | 03:14:49 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    262

```
1        A.    A draft.                                    03:16:00

2        Q.    Did you receive an outline of it from       03:16:01

3   Covington?                                             03:16:04

4        A.    No.                                         03:16:06

5        Q.    In your decision to use the various         03:16:10

6   materials that you cited here, did you rely upon       03:16:13

7   the instructions or advice of VGT's attorneys?         03:16:19

8        A.    No.  I discussed with them, obviously,      03:16:27

9   what other available data are there, which led to      03:16:28

10  identifying the five topics that I covered under       03:16:33

11  this -- this section.                                  03:16:39

12       Q.    All right.  In section A, the strength      03:16:41

13  of VGT -- VGT's EGM trademarks and trade dress,        03:16:43

14  you say the stronger the trademarks and trade          03:16:48

15  dress the more likely it is that emulation of          03:16:52

16  those trademarks and/or trade dress will lead to       03:16:54

17  confusion because consumers are more likely to         03:16:57

18  remember strong trademarks and trade dress and are     03:17:00

19  more likely to associate them with a wide arrange      03:17:02

20  of products, and you opine that the evidence           03:17:10

21  suggests that the trademarks and trade dress are       03:17:13

22  strong.                                                03:17:16

23             And, again, you did absolutely no           03:17:18

24  empirical analysis of the strength of VGT's            03:17:22

25  trademarks, correct?                                   03:17:27
```

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    263

| | |
|---|---|
| 1 | A.    Correct, I did not design a study to | 03:17:30 |
| 2 | look at the strength of the trademark. | 03:17:33 |
| 3 | Q.    And I believe you testified earlier that | 03:17:34 |
| 4 | your study did not analyze the strength of VGT's | 03:17:36 |
| 5 | trade dress either? | 03:17:42 |
| 6 | A.    Well, it was not designed to test it | 03:17:44 |
| 7 | explicitly.  But we talked about that you can | 03:17:45 |
| 8 | infer from the strong results on confusion, you | 03:17:49 |
| 9 | can infer as to the trademark and trade dress. | 03:17:52 |
| 10 | Q.    But you cannot infer the trade dress and | 03:17:57 |
| 11 | any likelihood of confusion between the trade | 03:18:00 |
| 12 | dress of titles other than Mr. Money Bags and New | 03:18:04 |
| 13 | Money, correct? | 03:18:07 |
| 14 | A.    Well, that's a separate topic.  That's | 03:18:11 |
| 15 | my fifth topic, which is basically to what extent | 03:18:13 |
| 16 | you can project the results to the product lines | 03:18:17 |
| 17 | beyond the specific item tested. | 03:18:19 |
| 18 | Q.    Right.  But you're talking in general | 03:18:22 |
| 19 | here that VGT's trademarks and trade dress of | 03:18:24 |
| 20 | their VGT EGMs are strong. | 03:18:27 |
| 21 | A.    Because the data that I'm reporting here | 03:18:29 |
| 22 | does not limit themself to the stimuli used in my | 03:18:31 |
| 23 | study. | 03:18:36 |
| 24 | Q.    Meaning the information that you relied | 03:18:39 |
| 25 | upon provided by VGT's attorneys to use? | 03:18:41 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                              265

| | | |
|---|---|---|
| 1 | A.    No. | 03:21:10 |
| 2 | Q.    Have you ever served on a jury? | 03:21:15 |
| 3 | A.    No. | 03:21:17 |
| 4 | Q.    Do you believe you are qualified to | 03:21:18 |
| 5 | weigh the evidence in this case? | 03:21:20 |
| 6 | MR. ROMAN:  Object to the form. | 03:21:25 |
| 7 | A.    Not from a legal point of view. | 03:21:26 |
| 8 | Q.    Yet you've gone through the evidence | 03:21:28 |
| 9 | presented to you from VGT's attorneys and based on | 03:21:30 |
| 10 | the evidence that you read, not subject to | 03:21:35 |
| 11 | cross-examination or counterpoint by Castle Hill, | 03:21:38 |
| 12 | you have determined that all of this supports the | 03:21:44 |
| 13 | conclusion that Castle Hill has deliberately | 03:21:47 |
| 14 | copied machines and infringed upon the trademarks | 03:21:55 |
| 15 | and trade dress of VGT; is that correct? | 03:21:58 |
| 16 | MR. ROMAN:  Object to the form. | 03:22:01 |
| 17 | A.    Some of the documents concerning the | 03:22:03 |
| 18 | copying was documents where, basically, Castle | 03:22:06 |
| 19 | Hill, you know, documents and deposition | 03:22:11 |
| 20 | testimony; furthermore, the whole procedure is | 03:22:17 |
| 21 | based on -- this is based on my best understanding | 03:22:20 |
| 22 | of the material I saw. | 03:22:24 |
| 23 | To the extent that there is | 03:22:26 |
| 24 | counterevidence for this, there are data that | 03:22:28 |
| 25 | shows, no, they did not copy, they did not intend | 03:22:32 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    286

| | | |
|---|---|---|
| 1 | A.   No.   Nor do I have any reason to suspect | 03:48:27 |
| 2 | that it's not true. | 03:48:29 |
| 3 | Q.   And the same goes for the sixth topic, | 03:48:31 |
| 4 | based on the bingo patterns, you didn't analyze | 03:48:35 |
| 5 | any bingo patterns, did you? | 03:48:39 |
| 6 | A.   Correct. | 03:48:41 |
| 7 | Q.   And do you know the names of any bingo | 03:48:41 |
| 8 | patterns? | 03:48:44 |
| 9 | A.   No. | 03:48:45 |
| 10 | Q.   Have you ever played bingo? | 03:48:45 |
| 11 | A.   When I was child. | 03:48:47 |
| 12 | Q.   So anything you say there is based | 03:48:51 |
| 13 | solely on the comments by VGT's executive | 03:48:54 |
| 14 | Mr. North? | 03:48:57 |
| 15 | A.   Correct.  As I said, I have no reason to | 03:48:58 |
| 16 | doubt the accuracy of what he's telling me. | 03:49:01 |
| 17 | Q.   The same thing goes for the seventh | 03:49:08 |
| 18 | issue there, I understand that CHG uses many of | 03:49:10 |
| 19 | the same pay tables as VGT, in particular VGT's | 03:49:11 |
| 20 | most popular pay tables, and that's 81. | 03:49:15 |
| 21 | Again, that's your conversation | 03:49:19 |
| 22 | with Mr. North, correct? | 03:49:20 |
| 23 | A.   Correct. | 03:49:21 |
| 24 | Q.   And you did no independent -- you took | 03:49:21 |
| 25 | no independent effort to verify any of that? | 03:49:23 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    287

```
1        A.    Correct.                                    03:49:26

2        Q.    And you haven't reviewed any of Castle      03:49:26

3   Hill's pay tables?                                     03:49:29

4        A.    Correct.                                    03:49:31

5        Q.    And eighth and finally, you say there is    03:49:42

6   emphasis that the CHG brand logo is displayed in       03:49:44

7   the same discrete manner as the VGT brand logo;        03:49:46

8   namely, in a small type in the lower right corner      03:49:50

9   of the round top section of the EGMs.  Without a       03:49:52

10  more prominent use of the brand logo, players are      03:49:55

11  more likely to rely on the EGMs' other trademarks      03:49:58

12  and trade dress as source indicators to help them      03:50:01

13  recognize which EGMs to -- is which.                   03:50:03

14            So if you can look back on page             03:50:09

15  seven at the pictures of the game, can you tell me     03:50:13

16  where those brand logos are?                           03:50:15

17       A.    They should be at the bottom lower right    03:50:20

18  side.  You can hardly see them.  There is a            03:50:22

19  picture that I provided somewhere here, it was an      03:50:25

20  enlargement of this section.                           03:50:29

21       Q.    Sure.  If you look in your rely report,     03:50:30

22  I think that's what you're referring to.               03:50:32

23       A.    Right.                                      03:50:34

24       Q.    All I have to do is find it myself.         03:50:37

25       A.    It's on page nine of the reply report.      03:50:46
```

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                    6

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  We're now on the | 08:04:40 |
| 3 | record.  Here begins tape number one of the | 08:04:41 |
| 4 | videotaped deposition of Yoram Jerry Wind | 08:04:44 |
| 5 | taken in the matter of Video Gaming Tech | 08:04:47 |
| 6 | versus Castle Hill Studies.  Today's date is | 08:04:49 |
| 7 | September 20, 2018.  The time on the video | 08:04:53 |
| 8 | monitor 8:04 a.m. | 08:04:56 |
| 9 | The videographer for today is | 08:04:59 |
| 10 | Armando Forte representing Planet Depos. | 08:05:00 |
| 11 | This video deposition is taking place at the | 08:05:04 |
| 12 | Offices of Saul Ewing, that's 1500 Market | 08:05:06 |
| 13 | Street, Philadelphia, Pennsylvania.  Would | 08:05:09 |
| 14 | counsel please identify themselves and who | 08:05:11 |
| 15 | they represent. | 08:05:13 |
| 16 | MR. PLATT:  Henry Platt, Saul Ewing | 08:05:15 |
| 17 | Arnstein & Lehr, on behalf of the Defendants. | 08:05:16 |
| 18 | MS. FLAX:  Sherry Flax, Saul Ewing | 08:05:20 |
| 19 | Arnstein & Lehr, on behalf of Castle Hill. | 08:05:22 |
| 20 | MR. ROMAN:  Neil Roman, Covington & | 08:05:27 |
| 21 | Burling, on behalf of the Plaintiff VGT. | 08:05:28 |
| 22 | THE VIDEOGRAPHER:  The Court | 08:05:31 |
| 23 | Reporter for today is Jennifer Miller | 08:05:31 |
| 24 | representing Planet Depos.  She will now | 08:05:34 |
| 25 | swear in the witness and we will proceed. | 08:05:44 |

Transcript of Dr. Yoram (Jerry) Wind
Conducted on September 20, 2018                                    291

| | | |
|---|---|---|
| 1 | me maybe two minutes, we're maybe almost | 03:55:41 |
| 2 | done.  Let's go off the record. | 03:55:46 |
| 3 | THE VIDEOGRAPHER:  Off the record | 03:57:07 |
| 4 | at 3:56. | 03:57:07 |
| 5 | (Recess.) | 03:57:09 |
| 6 | THE VIDEOGRAPHER:  Back on the | 03:59:32 |
| 7 | record at 3:58. | 03:59:33 |
| 8 | MR. PLATT:  Dr. Wind, I have no | 03:59:35 |
| 9 | further questions.  Thank you for your time. | 03:59:39 |
| 10 | THE WITNESS:  Thank you. | 03:59:41 |
| 11 | MR. ROMAN:  No questions.  Thank | 03:59:42 |
| 12 | you. | 03:59:43 |
| 13 | THE VIDEOGRAPHER:  This then | 03:59:44 |
| 14 | concludes the deposition.  The time 3:59 p.m. | 03:59:45 |
| 15 | THE COURT REPORTER:  Can you both | 03:59:50 |
| 16 | confirm for the record the order and that you | 03:59:51 |
| 17 | want a rough draft and a final by Monday? | 04:00:04 |
| 18 | MR. ROMAN:  Yes. | 04:00:07 |
| 19 | MR. PLATT:  Regular and final, but | 04:00:17 |
| 20 | need a rough. | 04:00:20 |
| 21 | (Whereupon, the deposition was | |
| 22 | concluded at 4:00 p.m.) | |
| 23 | | |
| 24 | | |
| 25 | | |

```
 1            CERTIFICATE OF REPORTER - NOTARY PUBLIC

 2            I, JENNIFER BILLSTEIN-MILLER, the

 3   officer before whom the foregoing deposition was

 4   taken, do hereby certify that the foregoing

 5   transcript is a true and correct record of the

 6   testimony given; that said testimony was taken by

 7   me and thereafter reduced to typewriting under my

 8   direction; that reading and signing was not

 9   requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13            IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 20th day

15   of September, 2018.

16   My Commission Expires:

17

18

19

20

21

22

23

24

25
```