# EXHIBIT K



VGT0007137