# EXHIBIT M



VGT0007009