# EXHIBIT N





**Mr. Money Bags Wind Survey Image**   **Mr. Money Bags Am. Complaint Image**