# EXHIBIT O

September 24, 2018

**Memorandum**

---

From:   Dr. Yoram (Jerry) Wind

**Re:   August 10, 2018 Report on Likelihood of Confusion Between VGT and CHG Electronic Gaming Machines**

During my deposition on September 20, 2018, it came to my attention that there was a technical glitch in the survey underlying my August 10, 2018 Report on Likelihood of Confusion Between VGT and CHG Electronic Gaming Machines (the "Initial Report"). Because of the glitch, some respondents who viewed one of the five rotations of stimuli saw an incorrect image of one of the stimuli when enlarging that stimulus.

Although there is no reason to believe that this glitch affected a significant portion of the respondent population, out of an abundance of caution, I am issuing a corrected version of the Initial Report (the "Corrected Report"), removing all 93 respondents who were exposed to this rotation.

After removing these 93 respondents, the resulting sample universe of 353 respondents is still more than needed to produce reliable, statistically significant results.

An analysis of the clean data shows that removal of these 93 respondents has no material effect on any of the results from the Initial Report.

Most notably, the level of confusion of VGT/CHG versus control is essentially the same in both reports:



Initial Report — Overall (n=446)

- Test: 64.8%
- Control: 17.3%

Corrected Report — Overall (n=353)

- Test: 62.9%
- Control: 17.0%

**COVINGTON & BURLING LLP**

September 24, 2018
Page 2

    Similarly, the number of respondents who paired each set of stimuli is essentially unchanged:

Initial Report — EGM Pairings

| **Stimuli:** K (VGT), M (CHG)<br>**Control Stimuli:** P (Konami), S (Scientific Games), T (IGT) | NET Q1a or Q2a or Q3a (N=369) | |
|---|---|---|
| | Count | Percent |
| K & M | 209 | 56.6% |
| S & T | 79 | 21.4% |
| M & T | 36 | 9.8% |
| P & S | 16 | 4.3% |
| K & P | 8 | 2.2% |
| M & S | 6 | 1.6% |
| K & T | 5 | 1.4% |
| M & P | 5 | 1.4% |
| K & S | 4 | 1.1% |
| P & T | 1 | 0.3% |

Corrected Report — EGM Pairings

| **Stimuli:** K (VGT), M (CHG)<br>**Control Stimuli:** P (Konami), S (Scientific Games), T (IGT) | NET Q1a or Q2a or Q3a (N=287) | |
|---|---|---|
| | Count | Percent |
| K & M | 163 | 56.8% |
| S & T | 59 | 20.6% |
| M & T | 26 | 9.1% |
| P & S | 13 | 4.5% |
| K & P | 7 | 2.4% |
| K & T | 5 | 1.7% |
| M & S | 5 | 1.7% |
| K & S | 4 | 1.4% |
| M & P | 4 | 1.4% |
| P & T | 1 | 0.3% |

**COVINGTON & BURLING LLP**

September 24, 2018
Page 3

And finally, the level of confusion due to perceived similarity of trade dress and/or trademark elements of VGT and CHG is essentially the same as well:



Initial Report — Overall (n=446)
- Test: 51.4%
- Quasi-Control: 36.8%
- Control: 11.7%

Corrected Report — Overall (n=353)
- Test: 51.7%
- Quasi-Control: 36.4%
- Control: 13.3%

Given that the results for the 353 respondents are virtually identical to the results for the original 446 respondents, the potential implications of this technical glitch do not cause me to question or change any of the opinions set forth in my Initial Report. Accordingly, I attach a Corrected Report with the only changes being removal of the 93 potentially affected respondents from all applicable tabulations and appendices.

September 24, 2018

Yoram (Jerry) Wind