UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

vs.

CASTLE HILL STUDIOS LLC, *et al.*

    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

## DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' MOTION TO LIMIT THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT MELISSA A. BENNIS

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report and Disclosure of Melissa A. Bennis dated August 10, 2018 (exhibits omitted).

3. Attached as **Exhibit B** is a true and correct copy of the Reply Expert Report of Melissa A. Bennis dated September 14, 2018 (exhibits omitted).

4. Attached as **Exhibit C** is a true and correct copy of the Rebuttal Expert Report of W. Todd Schoettelkotte Relating To Damages dated August 31, 2018 (schedules omitted).

5. Attached as **Exhibit D** are true and correct copies of excerpts from the deposition of Melissa A. Bennis dated September 26, 2018.

6. Attached as **Exhibit E** are true and correct copies of excerpts from the deposition of Stacy Friedman dated September 24, 2018.

7. Attached as **Exhibit F** are true and correct copies of excerpts from the deposition of Alan Roireau dated May 15, 2018.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2018 in Washington, District of Columbia.

*/s/ Robert C. Gill*
Robert C. Gill

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of October, 2018, I caused an unredacted copy of the foregoing Declaration to be served on the following counsel for Plaintiff who have consented to email service, via email:

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                 */s/ Robert C. Gill*
                 Robert C. Gill

3