# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

## DEFENDANTS' MOTION TO SEAL MOTION TO LIMIT THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT MELISSA A. BENNIS AND SUPPORTING DECLARATION

Pursuant to Local Rule 79.1, and paragraph 2(f) of the Stipulated Protected Order (ECF No. 55) (the "Protective Order"), Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"), hereby request that the Court enter an order sealing Defendant's unredacted Motion to Limit the Testimony of Plaintiff's Damages Expert Melissa A. Bennis and Exhibits A-F to the Declaration of Robert C. Gill in Support of Defendants' Motion to Limit the Testimony of Plaintiff's Damages Expert Melissa A. Bennis (collectively, ECF No. 175). In support of this request to seal, Defendants state as follows:

1. Portions of the Motion to Limit contain information designated by Plaintiff and Defendants as Confidential, Highly Confidential Information, or Highly Confidential Source Code Information pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

2. Exhibit A to the Declaration of Robert C. Gill consists of the Expert Report and Disclosure of Melissa A. Bennis dated August 10, 2018 (exhibits omitted). Plaintiff designated the entire report Highly Confidential pursuant to the Stipulated Protective Order (ECF No. 55).

3.  Exhibit B to the Declaration of Robert C. Gill consists of the Reply Expert Report of Melissa A. Bennis dated September 14, 2018 (exhibits omitted). Plaintiff designated the entire report as Highly Confidential pursuant to the Stipulated Protective Order (ECF No. 55).

4.  Exhibit C to the Declaration of Robert C. Gill consists of the Rebuttal Expert Report of W. Todd Schoettelkotte Relating to Damages dated August 31, 2018 (schedules omitted). Castle Hill designated the entire report as Highly Confidential pursuant to the Stipulated Protective Order (ECF No. 55).

5.  Exhibit D consists of deposition excerpts from the deposition of Melissa A. Bennis dated September 26, 2018. Plaintiff designated the deposition transcript of Ms. Bennis Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective order.

6.  Exhibit E consists of deposition excerpts from the deposition of Stacy Friedman dated September 24, 2018. Plaintiff designated the deposition transcript of Mr. Friedman Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective order.

7.  Exhibit F to the Declaration of Robert C. Gill consists of deposition excerpts from the deposition of Alan Roireau dated May 15, 2018. Castle Hill designated the deposition transcript of Mr. Roireau Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective order.

8.  Pursuant to Local Rule 79.1, General Order 08-11, and the Protective Order, Castle Hill filed both a public, redacted Motion to Limit with public, redacted exhibits, and a sealed, unredacted Motion to Limit, with sealed, unredacted exhibits.

WHEREFORE, Defendants respectfully request that the Court enter an Order sealing the Motion to Limit and Exhibits A-F to the Declaration of Robert C. Gill.

Dated: October 12, 2018               Respectfully submitted,

/s/ *Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
henry.platt@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2018, I caused a copy of the foregoing **DEFENDANTS' MOTION TO SEAL MOTION TO LIMIT THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT MELISSA A. BENNIS AND SUPPORTING DECLARATION** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                          */s/ Robert C. Gill*
                                          Robert C. Gill