# EXHIBIT AA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

      Plaintiff,

vs.

CASTLE HILL STUDIOS LLC, *et al.*              CASE NO. 17-CV-00454-GKF-JFJ

      Defendants.

### DEFENDANTS' THIRD REQUEST FOR
### PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendants, Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill") hereby request that Plaintiff respond in writing and under oath within 30 days of the date of service hereof and then produce and permit inspection and copying of all documents and other tangible things responsive to the requests below.

### Definitions

For purposes of this Third Request for Production of Documents and Things (the "Document Request"), the specially defined terms and phrases set forth below have the following meanings:

1. "You," "your," and "VGT" refer to Plaintiff, Video Gaming Technologies, Inc., its agents, and anyone working on its behalf.

2.     "Defendants" and "Castle Hill" refer collectively and separately to Defendants, Castle Hill Studios LLC, Castle Hill Holding LLC, and Ironworks Development, LLC.

3.     "VGT Marks" means any mark alleged by VGT to be infringed by Castle Hill.

**Document Request No. 93.**  All documents and communications concerning or constituting any study, survey, report, or other research regarding the performance, design, or gameplay of any other company's games and/or consumer reaction to any other company's games, including but not limited to any study performed by any person identified in response to Interrogatory No. 19.

**Document Request No. 94.**  All documents and communications concerning or relating to VGT's efforts to emulate any other company or any other company's games or products.

**Document Request No. 95.**  All documents and communications concerning or relating to VGT's efforts to act as a fast follower with respect to any other company or any other company's games or products.

**Document Request No. 96.**  Copies of all contracts or agreements by which VGT has received any rights through a license, assignment, security interest, or other means of transfer from any person or entity or acquired from any person or entity any rights in any term, name, mark, trade dress feature, or game, including but not limited to Mr. Money Bags and/or Lucky Ducky.

**Document Request No. 97.**  Copies of all contracts or agreements by which VGT has granted through a license, assignment, security interest, or other means of transfer to any person or entity any rights in any term, name, mark, trade dress feature, or game.

**Document Request No. 98.**  Copies of all contracts or agreements by which VGT has acquired any slot machine conversion kits or the rights through a license, assignment, security interest, or other means of transfer from any person or entity or acquired from any person or entity any rights in any term, name, mark, trade dress feature, or game included or otherwise