# EXHIBIT C

|          |                                                                                                                                                                                                                                                                                                                                                |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:** | Gill, Robert C.                                                                                                                                                                                                                                                                                                                               |
| **To:**   | Rubman, Gary                                                                                                                                                                                                                                                                                                                                   |
| **Cc:**   | Hibner-Spencer, Jennifer; dluthey@gablelaw.com; Swanson, Peter; Sawyer, Michael; Dalton, Rebecca; Roman, Neil; Platt, Henry A.; Schaufelberger, Thomas S.; Darling, Jeremy B.; Flax, Sherry H.; Antonelli, Matthew; Duane Zobrist; Jonathan Jacobs; JHodges@HodgesLC.com; Marty, John A.; McLin, Ian A. |
| **Subject:** | Re: Video Gaming Technologies v. Castle Hill Studios, et al.                                                                                                                                                                                                                                                                               |
| **Date:** | Thursday, August 02, 2018 12:00:21 PM                                                                                                                                                                                                                                                                                                         |

Gary,
We can confirm that we did not withhold information in response to these requests, and that the supplemental responses are complete based on what we have and know at this time. The one caveat is we did intend to supplement the interrogatory asking about affirmative defenses based on the answer filed last night.

Bob

Sent from my iPhone

On Aug 2, 2018, at 11:42 AM, Rubman, Gary <grubman@cov.com<mailto:grubman@cov.com>> wrote:



Counsel,

Can you please confirm that your supplemental responses to Interrogatory Nos. 22 and 23 and Request for Production Nos. 39, 40, 41 and 43 reflect all responsive information that Defendants have and that Defendants will not be relying on any information that is responsive to those requests that Defendants have withheld? If Defendants can provide such confirmation, we believe the hearing for this afternoon on the motion to compel can be cancelled.

Best regards,

- Gary


Gary Rubman

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5465 | grubman@cov.com<mailto:grubman@cov.com>
www.cov.com<http://www.cov.com>

[cid:image001.jpg@01D42A55.D1A18FC0]




From: Hibner-Spencer, Jennifer <Jennifer.Hibner-Spencer@saul.com<mailto:Jennifer.Hibner-Spencer@saul.com>>
Sent: Thursday, August 02, 2018 10:22 AM
To: 'dluthey@gablelaw.com<mailto:dluthey@gablelaw.com>'
<dluthey@gablelaw.com<mailto:dluthey@gablelaw.com>>; Rubman, Gary
<grubman@cov.com<mailto:grubman@cov.com>>; Swanson, Peter
<pswanson@cov.com<mailto:pswanson@cov.com>>; Sawyer, Michael

<msawyer@cov.com<mailto:msawyer@cov.com>>; Dalton, Rebecca <RDalton@cov.com<mailto:RDalton@cov.com>>; Roman, Neil <nroman@cov.com<mailto:nroman@cov.com>>
Cc: Platt, Henry A. <Henry.Platt@saul.com<mailto:Henry.Platt@saul.com>>; Gill, Robert C. <Robert.Gill@saul.com<mailto:Robert.Gill@saul.com>>; Schaufelberger, Thomas S. <tschauf@saul.com<mailto:tschauf@saul.com>>; Darling, Jeremy B. <Jeremy.Darling@saul.com<mailto:Jeremy.Darling@saul.com>>; Flax, Sherry H. <Sherry.Flax@saul.com<mailto:Sherry.Flax@saul.com>>; Antonelli, Matthew <matt.antonelli@saul.com<mailto:matt.antonelli@saul.com>>; 'Duane Zobrist' <dzobrist@zoblaw.com<mailto:dzobrist@zoblaw.com>>; 'Jonathan Jacobs' <jjacobs@zoblaw.com<mailto:jjacobs@zoblaw.com>>; 'JHodges@HodgesLC.com<mailto:JHodges@HodgesLC.com>' <JHodges@HodgesLC.com<mailto:JHodges@HodgesLC.com>>; Marty, John A. <john.marty@saul.com<mailto:john.marty@saul.com>>; McLin, Ian A. <ian.mclin@saul.com<mailto:ian.mclin@saul.com>>
Subject: Video Gaming Technologies v. Castle Hill Studios, et al.

Good Morning:

Attached please find the following:

· Defendants' Supplemental Responses to Plaintiff's Fifth Set of Interrogatories

Please note that this document is designated as "Highly Confidential" and is subject to the Stipulated Protective Order which is on file in this matter.

Please contact our office with any questions.

Thank you,

Jennifer
(202) 295.6636


<image004.jpg><http://www.saul.com/>


Jennifer Hibner-Spencer | Paralegal

1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434

Tel: 202.295.6636 | Fax: 202.295.6736

Jennifer.Hibner-Spencer@saul.com<mailto:Jennifer.Hibner-Spencer@saul.com> | www.saul.com<http://www.saul.com/>



* Please note that our Firm name and my email address have changed.



"Saul Ewing Arnstein & Lehr LLP (saul.com<http://saul.com>)" has made the following annotations:

+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+