**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-jfj |
| | ) | |
| 1) CASTLE HILL STUDIOS LLC | ) | |
| (d/b/a CASTLE HILL GAMING); | ) | |
| 2) CASTLE HILL HOLDING LLC | ) | |
| (d/b/a CASTLE HILL GAMING); and | ) | |
| 3) IRONWORKS DEVELOPMENT, LLC | ) | |
| (d/b/a CASTLE HILL GAMING) | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SEAL MOTION IN LIMINE
REGARDING CASTLE HILL GAMING DEFENSES AND BRIEF IN SUPPORT**

Pursuant to Local Rule 79.1, General Order In Re The Use of Confidential Information In Civil Cases ("GO 08-11"), and paragraph 2(f) of the Stipulated Protective Order (Dkt. 55), Plaintiff Video Gaming Technologies, Inc. ("VGT"), hereby requests that the Court enter an order to seal Plaintiff's unredacted Motion in Limine Regarding Castle Hill Gaming Defenses and Brief in Support ("the Motion in Limine") (Dkt. 181).  In support of this motion, Plaintiff states the following:

1.     Portions of the Motion in Limine reference either Plaintiff's or Defendants' sensitive and/or proprietary information, which, pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

2.     In accordance with Local Rule 79.1, GO 08-11, and the Stipulated Protective Order, Plaintiff has filed both a public, Redacted Motion in Limine (Dkt. 180) as well as a sealed, unredacted Plaintiff's Motion in Limine (Dkt. 181).

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting

sealing the Motion in Limine (Dkt. 181).

October 12, 2018                                          Respectfully submitted,

                                                          */s/ Gary Rubman*
                                                          Graydon Dean Luthey, Jr., OBA No. 5568
                                                          GABLE GOTWALS
                                                          1100 ONEOK Plaza
                                                          100 West Fifth Street
                                                          Tulsa, OK 74103-4217
                                                          Telephone: (918) 595-4821
                                                          Facsimile: (918) 595-4990
                                                          dluthey@gablelaw.com

                                                          Gary M. Rubman
                                                          Peter A. Swanson
                                                          Michael S. Sawyer
                                                          Rebecca B. Dalton
                                                          COVINGTON & BURLING LLP
                                                          One CityCenter
                                                          850 Tenth Street, NW
                                                          Washington, D.C.  20001-4956
                                                          Telephone: (202) 662-6000
                                                          Facsimile: (202) 778-5465
                                                          grubman@cov.com
                                                          pswanson@cov.com
                                                          msawyer@cov.com
                                                          rdalton@cov.com
                                                             (admitted pro hac vice)

                                                          Neil K. Roman
                                                          COVINGTON & BURLING LLP
                                                          The New York Times Building
                                                          620 Eighth Avenue
                                                          New York, NY 10018-1405
                                                          Telephone: (212) 841-1221
                                                          Facsimile: (212) 841-1010
                                                          nroman@cov.com
                                                             (admitted pro hac vice)

                                                          ***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I filed the foregoing via CM/ECF, which caused the foregoing to be served on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                    */s/ Gary Rubman*