# EXHIBITS 1-18, 27, 32-33, 37-39, 42, 45-47, 49-57, 59, 63-93

# FILED UNDER SEAL