# EXHIBIT 20



# UNITED STATES PATENT AND TRADEMARK OFFICE

OFFICE OF THE CHIEF INFORMATION OFFICER

March 12, 2018

SHERRY H FLAX
500 EAST PRATT STREET
SUITE 900
BALTIMORE , MD 21202

This is to inform you that the document requested in your order dated 03-09-2018 is a true reproduction of the official office record copy of that document:

    04871351    CERTIFIED TRADEMARK FILE WRAPPER-MAIL      1

Best available copy

❑    The enclosed office document is a reproduction from the official office record copy and has been recorded using high quality scanning or microfilm equipment. Copies of page/papers that were not scannable have not been included, nor have pages/papers received after the original filing date. Copies of these pages/papers may be ordered separately.

☑    The enclosed document is a reproduction of the best available source of the official office record copy of that document.

If you have any questions or need additional information, please contact our Customer Service Department.

*Mailing Address:*

Mail Stop Document Services,
Director of the U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

*Delivery Address:*

U.S. Patent and Trademark Office
Office of Public Records, Customer Service
2800 South Randolph Street Room 3D30
Arlington, VA  22202

Order your copies of USPTO documents on the Web. It's fast, easy, and secure! Go to (http://ebiz1.uspto.gov/oems25p/index.html) and order today!

Voice: (571) 272-3150      Fax: (571) 273-3250      E-Mail: DSD@USPTO.GOV

Ref:PS  7671135

CHG0135111



7671135

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**March 12, 2018**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND CONTENTS OF:

**TRADEMARK APPLICATION:** *86/238,028*
**FILING DATE:** *March 31, 2014*
**REGISTRATION NUMBER:** *4,871,351*
**REGISTRATION DATE:** *December 15, 2015*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



**P. SWAIN**

**Certifying Officer**

Case 4:17-cv-00454-GKF-JFJ   Document 189-2 Filed in USDC ND/OK on 10/13/18   Page 4 of 40

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86238028**
**Filing Date: 03/31/2014**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)"*
*appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | NEW MONEY |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | NEW MONEY |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Castle Hill Holding LLC |
| **\*STREET** | 1807 Seminole Trail, Suite 204 |
| **\*CITY** | Charlottesville |
| **\*STATE** (Required for U.S. applicants) | Virginia |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 22901 |
| **LEGAL ENTITY INFORMATION** | |

CHG0135113

| *TYPE | LIMITED LIABILITY COMPANY |
|---|---|
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 028 |
|---|---|
| *IDENTIFICATION | Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely slot machines and video lottery terminals; Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Entertainment services, namely, providing online electronic games; Gaming services in the nature of casino gaming; Leasing of casino games; Providing online non-downloadable game software |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

| *CLAIMED PRIOR REGISTRATION (if applicable) | |
|---|---|
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | Melinda B. Buurma |
|---|---|
| ATTORNEY DOCKET NUMBER | 68475-020 |
| FIRM NAME | Howard & Howard Attorneys PLLC |
| STREET | 450 West Fourth Street |
| CITY | Royal Oak |
| STATE | Michigan |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 48067 |
| PHONE | 2486451483 |
| EMAIL ADDRESS | IPDocket@h2law.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | Melinda B. Buurma |
|---|---|
| FIRM NAME | Howard & Howard Attorneys PLLC |
| *STREET | 450 West Fourth Street |
| *CITY | Royal Oak |
| *STATE (Required for U.S. applicants) | Michigan |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 48067 |
| PHONE | 2486451483 |
| *EMAIL ADDRESS | IPDocket@h2law.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 2 |
|---|---|

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135115

| FEE PER CLASS | 275 |
|---|---|
| *TOTAL FEE PAID | 550 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Melinda B. Buurma/ |
| * SIGNATORY'S NAME | Melinda B. Buurma |
| * SIGNATORY'S POSITION | Attorney of record, Michigan bar member |
| SIGNATORY'S PHONE NUMBER | 248-645-1483 |
| * DATE SIGNED | 03/31/2014 |

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135116

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 86238028
### Filing Date: 03/31/2014

## To the Commissioner for Trademarks:

**MARK:** NEW MONEY (Standard Characters, see mark)
The literal element of the mark consists of NEW MONEY.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Castle Hill Holding LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    1807 Seminole Trail, Suite 204
    Charlottesville, Virginia 22901
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 028:  Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely slot machines and video lottery terminals; Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 041:  Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Entertainment services, namely, providing online electronic games; Gaming services in the nature of casino gaming; Leasing of

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135117

casino games; Providing online non-downloadable game software
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related
company or licensee the mark in commerce on or in connection with the identified goods and/or
services. (15 U.S.C. Section 1051(b)).


The applicant's current Attorney Information:
  Melinda B. Buurma of Howard & Howard Attorneys PLLC
  450 West Fourth Street
  Royal Oak, Michigan 48067
  United States
The attorney docket/reference number is 68475-020.
The applicant's current Correspondence Information:
  Melinda B. Buurma
  Howard & Howard Attorneys PLLC
  450 West Fourth Street
  Royal Oak, Michigan 48067
  2486451483(phone)
  IPDocket@h2law.com (authorized)


A fee payment in the amount of $550 has been submitted with the application, representing payment for
2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable
by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements,
and the like, may jeopardize the validity of the application or any resulting registration, declares that
he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the
applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is
being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in
commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association
has the right to use the mark in commerce, either in the identical form thereof or in such near
resemblance thereto as to be likely, when used on or in connection with the goods/services of such other
person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her
own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Melinda B. Buurma/  Date Signed: 03/31/2014
Signatory's Name: Melinda B. Buurma
Signatory's Position: Attorney of record, Michigan bar member


RAM Sale Number: 86238028
RAM Accounting Date: 04/01/2014

Serial Number: 86238028

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135118

Internet Transmission Date: Mon Mar 31 23:56:03 EDT 2014
TEAS Stamp: USPTO/FTK-76.221.247.48-2014033123560354
9355-86238028-500fb6cf38b18c2b2e78426ac7
948bcfc4d5f528cb697f45c7079250bd32115a92
-CC-7846-20140331232008662723

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135119

# NEW MONEY

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

Case 4:17-cv-00454-GKF-JFJ    Document 189-2 Filed in USDC ND/OK on 10/13/18    Page 12 of 40

*** User:phoward ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 43653 | N/A | 0 | 0 | 0:02 | (*new* *noo* *nu*)[bi,ti] not dead[ld] |
| 02 | 24572 | N/A | 0 | 0 | 0:03 | *m{v}n{"iey"}*[bi,ti] not dead[ld] |
| 03 | 534 | 0 | 534 | 507 | 0:01 | 1 and 2 |
| 04 | 2 | 1 | 1 | 1 | 0:02 | "castle hill holdings"[on] |
| 05 | 28 | 0 | 28 | 28 | 0:01 | "castle hill holding"[on] |
| 06 | 39 | 0 | 38 | 34 | 0:01 | ("new" "noo" "nu")[fm] not dead[ld] |
| 07 | 25531 | N/A | 0 | 0 | 0:02 | *m{v} {"n"1:2}{"iey"}*[bi,ti] not dead[ld] |
| 08 | 550 | N/A | 0 | 0 | 0:01 | 1 and 7 |
| 09 | 16 | 0 | 16 | 13 | 0:01 | 8 not 3 |
| 10 | 18958 | N/A | 0 | 0 | 0:01 | 2 and ("028" "041")[cc] |
| 11 | 4466 | N/A | 0 | 0 | 0:02 | 2 and ("028" "041" a b 200)[ic] |
| 12 | 13221 | N/A | 0 | 0 | 0:01 | *m{"uo"} {"n"1:2}{"iey"}*[bi,ti] not dead[ld] |
| 13 | 2544 | N/A | 0 | 0 | 0:01 | 12 and ("028" "041" a b 200)[ic] |
| 14 | 276 | 0 | 276 | 245 | 0:01 | 12 and ("028" a b 200)[ic] |
| 15 | 2420 | 0 | 232 | 205 | 0:01 | 12 and ("041" a b 200)[ic] |

Session started 7/3/2014 10:01:10 AM
Session finished 7/3/2014 10:15:35 AM
Total search duration 0 minutes 21 seconds
Session duration 14 minutes 25 seconds
Defaut NEAR limit=1 ADJ limit=1


Sent to TICRS as Serial Number: 86238028

CHG0135121

Case 4:17-cv-00454-GKF-JFJ   Document 189-2 Filed in USDC ND/OK on 10/13/18   Page 13 of 40

*** User:phoward ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 43653 | N/A | 0 | 0 | 0:02 | (*new* *noo* *nu*)[bi,ti] not dead[ld] |
| 02 | 24572 | N/A | 0 | 0 | 0:03 | *m{v}n{"iey"}*[bi,ti] not dead[ld] |
| 03 | 534 | 0 | 534 | 507 | 0:01 | 1 and 2 |
| 04 | 2 | 1 | 1 | 1 | 0:02 | "castle hill holdings"[on] |
| 05 | 28 | 0 | 28 | 28 | 0:01 | "castle hill holding"[on] |
| 06 | 39 | 0 | 38 | 34 | 0:01 | ("new" "noo" "nu")[fm] not dead[ld] |
| 07 | 25531 | N/A | 0 | 0 | 0:02 | *m{v} {"n"1:2} {"iey"} *[bi,ti] not dead[ld] |
| 08 | 550 | N/A | 0 | 0 | 0:01 | 1 and 7 |
| 09 | 16 | 0 | 16 | 13 | 0:01 | 8 not 3 |
| 10 | 18958 | N/A | 0 | 0 | 0:01 | 2 and ("028" "041")[cc] |
| 11 | 4466 | N/A | 0 | 0 | 0:02 | 2 and ("028" "041" a b 200)[ic] |
| 12 | 13221 | N/A | 0 | 0 | 0:01 | *m{"uo"} {"n"1:2} {"iey"}*[bi,ti] not dead[ld] |
| 13 | 2544 | N/A | 0 | 0 | 0:01 | 12 and ("028" "041" a b 200)[ic] |
| 14 | 276 | 0 | 276 | 245 | 0:01 | 12 and ("028" a b 200)[ic] |
| 15 | 2420 | 0 | 232 | 205 | 0:01 | 12 and ("041" a b 200)[ic] |
| 16 | 1523 | N/A | 0 | 0 | 0:01 | (240701 200324 money)[dc] not dead[ld] |
| 17 | 78 | 0 | 78 | 78 | 0:01 | 1 and 16 |

Session started 7/3/2014 10:01:10 AM

Session finished 7/3/2014 10:17:38 AM

Total search duration 0 minutes 23 seconds

Session duration 16 minutes 28 seconds

Defaut NEAR limit=1 ADJ limit=1

Sent to TICRS as Serial Number: 86238028

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135122

# NOTE TO THE FILE

SERIAL NUMBER:    86238028

DATE:    07/03/2014

NAME:    phoward

NOTE:

**Searched:**
- _X_ Google
- ___ Lexis/Nexis
- _X_ OneLook
- _X_ Wikipedia
- ___ Acronym Finder
- ___ Other:

**Discussed ID with:**
- ___ Senior Atty
- ___ Managing Atty

- ___ Protest evidence reviewed

**Checked:**
- ___ Geographic significance
- ___ Surname
- ___ Translation
- ___ ID with ID/CLASS mailbox

**Discussed Geo. Sig. with:**
- ___ Senior Atty
- ___ Managing Atty

- __ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
- ___ phone
- ___ email

- ___ Left message with Attorney/Applicant

- ___ Requested Law Library search for:

- ___ Issued Examiner's Amendment and entered changes in TRADEUPS

- ___ **PRINT** ___ **DO NOT PRINT**
- ___ Description of the mark
- ___ Translation statement

- ___ Added design code in TRADEUPS

- ___ Negative translation statement
- ___ Consent of living individual

- ___ Re-imaged standard character drawing

- ___ Changed TRADEUPS to:

- ___ Contacted TM MADRID ID/CLASS about misclassified definite ID

- ___ OTHER:

| To: | Castle Hill Holding LLC (IPDocket@h2law.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86238028 - NEW MONEY - 68475-020 |
| Sent: | 7/7/2014 9:05:12 AM |
| Sent As: | ECOM117@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 86238028

**MARK:** NEW MONEY

**\*86238028\***

**CORRESPONDENT ADDRESS:**
MELINDA B. BUURMA
HOWARD & HOWARD ATTORNEYS PLLC
450 W 4TH ST
ROYAL OAK, MI 48067-2557

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/trademarks/index.jsp

**APPLICANT:** Castle Hill Holding LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
68475-020
**CORRESPONDENT E-MAIL ADDRESS:**
IPDocket@h2law.com

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 7/7/2014**

**DATABASE SEARCH:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2 (d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:** In accordance with the authorization granted by Melinda Buurma on July 3, 2014, the trademark examining attorney has amended the application as indicated below. Please advise the undersigned immediately of any objections. Otherwise, no response is necessary. TMEP §707. Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

### Amendment of Identification of Goods and Services

The identification of goods and services is amended to read as follows. *See* TMEP §§1402.01, 1402.01(e).

Class 28:

Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely slot machines and video lottery terminals;

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135124

Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines

Class 41:

Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Gaming services in the nature of casino gaming; Leasing of casino games; Providing online non-downloadable gaming software

/Parker W. Howard/
Examining Attorney
U.S. Patent & Trademark Office
Law Office 117
571-272-6548
parker.howard@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

CHG0135125

| To: | Castle Hill Holding LLC (IPDocket@h2law.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 86238028 - NEW MONEY - 68475-020 |
| Sent: | 7/7/2014 9:05:13 AM |
| Sent As: | ECOM117@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON **7/7/2014** FOR U.S. APPLICATION SERIAL NO.86238028

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

CHG0135126

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, August 6, 2014 03:33 AM |
| **To:** | IPDocket@h2law.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 86238028: NEW MONEY: Docket/Reference No. 68475-020 |

## NOTIFICATION OF "NOTICE OF PUBLICATION"

Your trademark application (Serial No. 86238028) is scheduled to publish in the *Official Gazette* on Aug 26, 2014.  To preview the Notice of Publication, go to http://tdr.uspto.gov/search.action?sn=86238028.  If you have difficulty accessing the Notice of Publication, contact TDR@uspto.gov.

**PLEASE NOTE:**

1.  The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.

2.  You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification.  If you have any questions about the content of the Notice of Publication, contact TMPostPubQuery@uspto.gov.

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135127


USPTO SEAL

# UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Aug 6, 2014

# NOTICE OF PUBLICATION

1. Serial No.:
   86-238,028

2. Mark:
   NEW MONEY
   (STANDARD CHARACTER MARK)

3. International Class(es):
   28, 41

4. Publication Date:
   Aug 26, 2014

5. Applicant:
   Castle Hill Holding LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Email Address(es):

IPDocket@h2law.com

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

Case 4:17-cv-00454-GKF-JFJ    Document 189-2 Filed in USDC ND/OK on 10/13/18    Page 20
of 40

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, August 26, 2014 00:39 AM |
| **To:** | IPDocket@h2law.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 86238028: NEW MONEY: Docket/Reference No. 68475-020 |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 86-238,028
**Mark:** NEW MONEY
**International Class(es):** 028, 041
**Owner:** Castle Hill Holding LLC
**Docket/Reference Number:** 68475-020

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Aug 26, 2014.

**To View the Mark in the Next Generation TMOG (eOG):**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2014-08-26&serialNumber=86238028

**To View the Mark in the Legacy format TMOG:**

1. Click on the following link or paste the URL into an internet browser:
   http://www.uspto.gov/web/trademarks/tmog/20140826_OG.pdf#page=00000479.

2. Locate your mark on the displayed page.

If the TMOG PDF file does not open to the page containing your mark (you must have an Adobe Reader installed on your workstation), click on the following link or paste the URL into an internet browser to review the Frequently Asked Questions about the Trademark Official Gazette: http://www.uspto.gov/trademarks/resources/tm_og_faqs.jsp.

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov. For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a Statement of Use or Extension Request within six (6) months after the NOA issues.)

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/search.action?sn=86238028. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135129

| From: | TMOfficialNotices@USPTO.GOV |
| --- | --- |
| Sent: | Tuesday, October 21, 2014 00:09 AM |
| To: | IPDocket@h2law.com |
| Subject: | Official USPTO Notice of Allowance: U.S. Trademark SN 86238028: NEW MONEY: Docket/Reference No. 68475-020 |

# NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Oct 21, 2014

**Serial Number:** 86238028
**Mark:** NEW MONEY
**Docket/Reference Number:** 68475-020

No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). **WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING: An SOU may not be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.**

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

### REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
| --- | --- |
| **Serial Number:** | 86238028 |
| **Mark:** | NEW MONEY |
| **Docket/Reference Number:** | 68475-020 |
| **Owner:** | Castle Hill Holding LLC |
| | 1807 Seminole Trail, Suite 204 |
| | Charlottesville , VIRGINIA  22901 |
| **Correspondence Address:** | MELINDA B. BUURMA |
| | HOWARD & HOWARD ATTORNEYS PLLC |
| | 450 W 4TH ST |

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135130

Case 4:17-cv-00454-GKF-JFJ   Document 189-2 Filed in USDC ND/OK on 10/13/18   Page 22 of 40

ROYAL OAK, MI 48067-2557

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

028 -   Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely slot machines and video lottery terminals; Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

041 -   Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Gaming services in the nature of casino gaming; Leasing of casino games; Providing online non-downloadable gaming software -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

---

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration. The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov. Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=86238028. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135131

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 10/31/2017)

# Request for Extension of Time to File a Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86238028 |
| LAW OFFICE ASSIGNED | LAW OFFICE 117 |
| **MARK SECTION** | |
| MARK | NEW MONEY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | NEW MONEY |
| **OWNER SECTION** | |
| NAME | Castle Hill Holding LLC |
| STREET | 1807 Seminole Trail, Suite 204 |
| CITY | Charlottesville |
| STATE | Virginia |
| ZIP/POSTAL CODE | 22901 |
| COUNTRY | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 028 |
| CURRENT IDENTIFICATION | Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely |

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135132

|  | slot machines and video lottery terminals; Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines |
|---|---|
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Gaming services in the nature of casino gaming; Leasing of casino games; Providing online non-downloadable gaming software |
| **GOODS OR SERVICES** | KEEP ALL LISTED |

**EXTENSION SECTION**

| **EXTENSION NUMBER** | 1 |
|---|---|
| **ALLOWANCE MAIL DATE** | 10/21/2014 |
| **STATEMENT OF USE** | NO |

**PAYMENT SECTION**

| **NUMBER OF CLASSES** | 2 |
|---|---|
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL AMOUNT** | 300 |

**SIGNATURE SECTION**

| **SIGNATURE** | /Melinda B. Buurma/ |
|---|---|
| **SIGNATORY'S NAME** | Melinda B. Buurma |
| **SIGNATORY'S POSITION** | Attorney of record, MI bar member |
| **DATE SIGNED** | 04/21/2015 |
| **SIGNATORY'S PHONE NUMBER** | 2486451483 |

**FILING INFORMATION**

| **SUBMIT DATE** | Tue Apr 21 14:41:08 EDT 2015 |
|---|---|
| **TEAS STAMP** | USPTO/ESU-207.174.251.112 -20150421144108014909-862 38028-5308adcb2192bd1b731 8f2d238017a7699d76a483e01 |

CHG0135133

Case 4:17-cv-00454-GKF-JFJ   Document 189-2 Filed in USDC ND/OK on 10/13/18   Page 25 of 40

65c923ec6f296ae052cea5-CC
-1011-2015042114380846414
6

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135134

PTO Form 1581 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 10/31/2017)

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** NEW MONEY
**SERIAL NUMBER:** 86238028

The applicant, Castle Hill Holding LLC, having an address of
    1807 Seminole Trail, Suite 204
    Charlottesville, Virginia 22901
    United States
requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 10/21/2014.

For International Class 028:
Current identification: Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely slot machines and video lottery terminals; Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

For International Class 041:
Current identification: Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Gaming services in the nature of casino gaming; Leasing of casino games; Providing online non-downloadable gaming software

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

This is the first extension request.


A fee payment in the amount of $300 will be submitted with the form, representing payment for 2 classes.

## Declaration

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Melinda B. Buurma/    Date Signed: 04/21/2015
Signatory's Name: Melinda B. Buurma
Signatory's Position: Attorney of record, MI bar member
Signatory's Phone: 2486451483

RAM Sale Number: 86238028
RAM Accounting Date: 04/22/2015

Serial Number: 86238028
Internet Transmission Date: Tue Apr 21 14:41:08 EDT 2015
TEAS Stamp: USPTO/ESU-207.174.251.112-20150421144108
014909-86238028-5308adcb2192bd1b7318f2d2
38017a7699d76a483e0165c923ec6f296ae052ce
a5-CC-1011-20150421143808464146

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135136

Case 4:17-cv-00454-GKF-JFJ   Document 188-2 Filed in USDC ND/OK on 10/13/18   Page 28 of 40

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Thursday, April 23, 2015 00:14 AM
**To:** IPDocket@h2law.com
**Subject:** Official USPTO Notice of Approval of Extension Request: U.S. Trademark SN 86238028: NEW MONEY: Docket/Reference No. 68475-020

## NOTICE OF APPROVAL OF EXTENSION REQUEST

**U.S. Serial Number:** 86238028
**Mark:** NEW MONEY
**Owner:** Castle Hill Holding LLC
**Extension Request Number:** 1
**Docket/Reference Number:** 68475-020
**Notice of Allowance Date:** Oct 21, 2014

The USPTO issued a Notice of Allowance on **Oct 21, 2014** for the trademark application identified above. Applicant's **FIRST** request for Extension of Time to File a Statement of Use has been **GRANTED**. If you are currently using the mark in commerce, please visit http://www.uspto.gov/trademarks/teas/intent_to_use.jsp and select form number 1 ("Statement of Use/Amendment to Allege Use for Intent-to-Use Application") to file your statement of use and complete the registration process.

**PLEASE NOTE:**

1. Applicant must continue to file extension requests every six (6) months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed, or the USPTO will abandon the application.
2. Applicant may only request a total of five (5) extensions of time.
3. Applicant may **NOT** file a Statement of Use more than thirty-six (36) months from the date the Notice of Allowance was issued.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86238028&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86238028&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information on filing a Statement of Use or an additional extension request, if applicable, please consult the USPTO website at http://www.uspto.gov/trademarks/, view the video on the USPTO website entitled "Statement of Use" (click on "TMIN Trademark Information Network" to view a list of available videos), or contact the Trademark Assistance Center at 1-800-786-9199.

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135137

PTO Form 1553 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86238028 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | http://tmng-al.uspto.gov/resting2/api/img/86238028/large |
| **LITERAL ELEMENT** | NEW MONEY |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| **NAME** | Castle Hill Holding LLC |
| **STREET** | 1807 Seminole Trail, Suite 204 |
| **CITY** | Charlottesville |
| **STATE** | Virginia |
| **ZIP/POSTAL CODE** | 22901 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 028 |
| | Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, |

CHG0135138

| | |
|---|---|
| **CURRENT IDENTIFICATION** | slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely slot machines and video lottery terminals; Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 08/30/2015 |
| **FIRST USE IN COMMERCE DATE** | 08/30/2015 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\862\380 \86238028\xml16\SOU0002.JPG |
| **SPECIMEN DESCRIPTION** | a crop of a photograph (as previously requested by the USPTO in similar applications) of a gaming machine with the mark applied directly to said machine |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Gaming services in the nature of casino gaming; Leasing of casino games; Providing online non-downloadable gaming software |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 08/30/2015 |
| **FIRST USE IN COMMERCE DATE** | 08/30/2015 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\862\380 \86238028\xml16\SOU0003.JPG |
| **SPECIMEN DESCRIPTION** | the mark as applied to an online game |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |

| TOTAL AMOUNT | 200 |
|---|---|
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Melinda B. Buurma/ |
| SIGNATORY'S NAME | Melinda B. Buurma |
| SIGNATORY'S POSITION | Attorney of record, MI bar member |
| DATE SIGNED | 10/20/2015 |
| SIGNATORY'S PHONE NUMBER | 2486451483 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Oct 20 22:19:07 EDT 2015 |
| TEAS STAMP | USPTO/SOU-207.174.251.112 -20151020221907820272-862 38028-540de4310686505cc95 166717b16d859f16e99a89d8d 4b36d25bde2e3af6020-CC-66 68-20151020221106777358 |

Trademark/Service Mark Statement of Use 17-cv-00454-GKF-JFJ Document 189-2 Filed in USDC ND/OK on 10/13/18 Page 32 of 40

Page 4 of 6

PTO Form 1553 (Rev 9/2005)

OMB No. 0651-0054 (Exp. 10/31/2017)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** NEW MONEY (Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86238028/large)
**SERIAL NUMBER:** 86238028

The applicant, Castle Hill Holding LLC, having an address of
    1807 Seminole Trail, Suite 204
    Charlottesville, Virginia 22901
    United States
is submitting the following allegation of use information:

For International Class 028:
Current identification: Electronic gaming machines, namely, devices which accept a wager; Gaming devices, namely, gaming machines, slot machines, bingo machines, with or without video output; Gaming equipment, namely, slot machines with or without video output; Gaming machines; Gaming machines featuring a device that accepts wagers; Gaming machines for gambling; Gaming machines including slot machines or video lottery terminals; Gaming machines that generate or display wager outcomes; Gaming machines, namely slot machines and video lottery terminals; Gaming machines, namely, devices which accept a wager; Reconfigurable casino and lottery gaming equipment, namely, gaming machines and operational computer game software therefor sold as a unit; Reconfigurable casino gaming machines and operational game software therefor sold as a unit; Slot machines

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/30/2015, and first used in commerce at least as early as 08/30/2015, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) a crop of a photograph (as previously requested by the USPTO in similar applications) of a gaming machine with the mark applied directly to said machine.
Specimen File1

For International Class 041:
Current identification: Casinos; Conducting and providing facilities for casino and gaming contests and tournaments; Entertainment services, namely, casino gaming; Gaming services in the nature of casino gaming; Leasing of casino games; Providing online non-downloadable gaming software

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135141

membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/30/2015, and first used in commerce at least as early as 08/30/2015, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) the mark as applied to an online game.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

**Declaration**

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d), the applicant is the owner of the mark sought to be registered; the mark is in use in commerce; **for a trademark or service mark application**, the applicant is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified; **for a collective trademark, collective service mark, collective membership mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified; **for a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant; that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Melinda B. Buurma/    Date Signed: 10/20/2015
Signatory's Name: Melinda B. Buurma
Signatory's Position: Attorney of record, MI bar member
Signatory's Phone: 2486451483

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135142

RAM Sale Number: 86238028
RAM Accounting Date: 10/21/2015

Serial Number: 86238028
Internet Transmission Date: Tue Oct 20 22:19:07 EDT 2015
TEAS Stamp: USPTO/SOU-207.174.251.112-20151020221907
820272-86238028-540de4310686505cc9516671
7b16d859f16e99a89d8d4b36d25bde2e3af6020-
CC-6668-20151020221106777358

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135143



CHG0135144



Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135145

# FEE RECORD SHEET

**Serial Number:** 86238028



**RAM Sale Number:** 86238028

**Total Fees:** $200

**RAM Accounting Date:** 20151021

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20151020 | $100 | 2 | $200 |

**Transaction Date:** 20151020



Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135146

From:        TMOfficialNotices@USPTO.GOV
Sent:        Friday, November 13, 2015 00:12 AM
To:          IPDocket@h2law.com
Subject:     Official USPTO Notice of Acceptance of SOU: U.S. Trademark SN 86238028: NEW MONEY:
             Docket/Reference No. 68475-020

## NOTICE OF ACCEPTANCE OF STATEMENT OF USE

**U.S. Serial Number:** 86238028
**Mark:** NEW MONEY
**Owner:** Castle Hill Holding LLC
**Docket/Reference Number:** 68475-020

The USPTO has accepted the Statement of Use filed for the trademark application identified above.  The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86238028&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86238028&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135147

# United States of America

## United States Patent and Trademark Office

# NEW MONEY

**Reg. No. 4,871,351**
**Registered Dec. 15, 2015**
**Int. Cls.: 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CASTLE HILL HOLDING LLC (DELAWARE LIMITED LIABILITY COMPANY)
1807 SEMINOLE TRAIL, SUITE 204
CHARLOTTESVILLE, VA 22901

FOR: ELECTRONIC GAMING MACHINES, NAMELY, DEVICES WHICH ACCEPT A WAGER; GAMING DEVICES, NAMELY, GAMING MACHINES, SLOT MACHINES, BINGO MACHINES, WITH OR WITHOUT VIDEO OUTPUT; GAMING EQUIPMENT, NAMELY, SLOT MACHINES WITH OR WITHOUT VIDEO OUTPUT; GAMING MACHINES; GAMING MACHINES FEATURING A DEVICE THAT ACCEPTS WAGERS; GAMING MACHINES FOR GAMBLING; GAMING MACHINES INCLUDING SLOT MACHINES OR VIDEO LOTTERY TERMINALS; GAMING MACHINES THAT GENERATE OR DISPLAY WAGER OUTCOMES; GAMING MACHINES, NAMELY, SLOT MACHINES AND VIDEO LOTTERY TERMINALS; GAMING MACHINES, NAMELY, DEVICES WHICH ACCEPT A WAGER; RECONFIGURABLE CASINO AND LOTTERY GAMING EQUIPMENT, NAMELY, GAMING MACHINES AND OPERATIONAL COMPUTER GAME SOFTWARE THEREFOR SOLD AS A UNIT; RECONFIGURABLE CASINO GAMING MACHINES AND OPERATIONAL GAME SOFTWARE THEREFOR SOLD AS A UNIT; SLOT MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-30-2015; IN COMMERCE 8-30-2015.

FOR: CASINOS; CONDUCTING AND PROVIDING FACILITIES FOR CASINO AND GAMING CONTESTS AND TOURNAMENTS; ENTERTAINMENT SERVICES, NAMELY, CASINO GAMING; GAMING SERVICES IN THE NATURE OF CASINO GAMING; LEASING OF CASINO GAMES; PROVIDING ONLINE NON-DOWNLOADABLE GAMING SOFTWARE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-30-2015; IN COMMERCE 8-30-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-238,028, FILED 3-31-2014.

PARKER HOWARD, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

Copy provided by USPTO from the TICRS Image Database on 03-09-2018

CHG0135148

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

CHG0135149