# EXHIBIT 24

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-059-130**

**Effective Date of Registration:**
January 02, 2017

## Title

Title of Work: NEW MONEY

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: August 30, 2015
Nation of 1st Publication: United States

## Author

- Author: Castle Hill Holding, LLC.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Castle Hill Holding, LLC.
1807 Seminole Trail, Suite 204, Charlottesville, VA, 22901, United States

## Rights and Permissions

Organization Name: Castle Hill Holding, LLC.
Name: Lisa Winn
Email: accounting@castlehillgaming.com
Telephone: (434)244-7777
Alt. Telephone: (434)485-0255
Address: 1807 Seminole Trail
Suite 204
Charlottesville, VA 22901 United States

## Certification

Name: Richard Sisson

Page 1 of 2

CHG0097443

# NEW MONEY





**New Money - Game Logo**

CHG0097444

# NEW MONEY





**New Money - Main Character**

CASTLE HILL GAMING LLC
PAGE 2

CHG0097445

# NEW MONEY





**Retro Cabinet**

**Reel Strips**

CHG0097446

# NEW MONEY





**New Money - Retro Round Top Glass**

CHG0097447

# NEW MONEY





**New Money - Retro Belly Glass**

CHG0097448

# NEW MONEY





**New Money - Retro Video Screen**

CHG0097449

# NEW MONEY





**New Money - Retro Reel Glass**

CHG0097450

# NEW MONEY





**Atlas Cabinet**

**Reel Strips**

CHG0097451

# NEW MONEY





**New Money - Atlas Paytable Video Screen**

CHG0097452

# NEW MONEY





**New Money - Atlas Reel Glass**

CHG0097453



# NEW MONEY



**New Money - Topper Glass**

CHG0097454

# NEW MONEY



CHG0097455