# EXHIBIT 25

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaya Feigh Clypett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-059-122

**Effective Date of Registration:**
January 02, 2017

---

## Title

**Title of Work:** ARCTIC CASH

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 30, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Castle Hill Holding, LLC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Castle Hill Holding, LLC.
1807 Seminole Trail, Suite 204, Charlottesville, VA, 22901, United States

## Rights and Permissions

**Organization Name:** Castle Hill Holding, LLC.
**Name:** Lisa Winn
**Email:** accounting@castlehillgaming.com
**Telephone:** (434)244-7777
**Alt. Telephone:** (434)485-0255
**Address:** 1807 Seminole Trail
Suite 204
Charlottesville, VA 22901 United States

## Certification

**Name:** Richard Sisson

Page 1 of 2

CHG0097390

**ARCTIC CASH**





**Arctic Cash - Game Logo**

CHG0097378

# ARCTIC CASH





**Arctic Cash - Characters**

CHG0097379

# ARCTIC CASH





**Arctic Cash - Characters**

CHG0097380

# ARCTIC CASH





**Retro Cabinet**

**Reel Strips**

CHG0097381

# ARCTIC CASH





**Arctic Cash - Retro Round Top Glass**

CHG0097382

# ARCTIC CASH

Case 4:17-cv-00454-GKF-JFJ   Document 189-7 Filed in USDC ND/OK on 10/13/18   Page 8 of 14





**Arctic Cash - Retro Belly Glass**

CHG0097383

# ARCTIC CASH





**Coin Slinger - Retro Video Screen**

CHG0097384

# ARCTIC CASH





**Arctic Cash - Retro Reel Glass**

CHG0097385

# ARCTIC CASH





**Atlas Cabinet**          **Reel Strips**

CHG0097386

# ARCTIC CASH





## Arctic Cash - Atlas Paytable Video Screen

CHG0097387

# ARCTIC CASH





**Arctic Cash - Atlas Reel Glass**

CHG0097388

# ARCTIC CASH





## Arctic Cash - Topper Glass

CHG0097389