# EXHIBIT 26

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-059-124**

**Effective Date of Registration:**
January 02, 2017

## Title

| | |
|---|---|
| Title of Work: | COIN SLINGER |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | August 30, 2015 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Castle Hill Holding, LLC. |
  | Author Created: | 2-D artwork |
  | Work made for hire: | Yes |
  | Citizen of: | United States |
  | Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Castle Hill Holding, LLC. |
| | 1807 Seminole Trail, Suite 204, Charlottesville, VA, 22901, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Castle Hill Holding, LLC. |
| Name: | Lisa Winn |
| Email: | accounting@castlehillgaming.com |
| Telephone: | (434)244-7777 |
| Alt. Telephone: | (434)485-0255 |
| Address: | 1807 Seminole Trail |
| | Suite 204 |
| | Charlottesville, VA 22901 United States |

## Certification

| | |
|---|---|
| Name: | Richard Sisson |

Page 1 of 2

**COIN SLINGER**





Coin Slinger - Game Logo

CASTLE HILL GAMING LLC

PAGE 1

CHG0097391

# COIN SLINGER





Coin Slinger - Main Character

CASTLE HILL GAMING LLC
PAGE 2

CHG0097392

# COIN SLINGER





**Coin Slinger - Secondary Characters**

CASTLE HILL GAMING LLC
PAGE 3

# COIN SLINGER





**Retro Cabinet**  **Reel Strips**

CASTLE HILL GAMING LLC
PAGE 4

CHG0097394

# COIN SLINGER





**Coin Slinger - Retro Round Top Glass**

# COIN SLINGER





Coin Slinger - Retro Belly Glass

# COIN SLINGER





Coin Slinger - Retro Video Screen

# COIN SLINGER





Coin Slinger - Retro Reel Glass

CASTLE HILL GAMING LLC
PAGE 8

CHG0097398

# COIN SLINGER

CHG
CASTLE HILL GAMING

COIN SLINGER
1000
2000
10,000
800
2500
$5
CHG

Atlas Cabinet

BAR
COIN SLINGER
7

Reel Strips

CASTLE HILL GAMING LLC
PAGE 9

CHG0097399

# COIN SLINGER





Coin Slinger - Atlas Paytable Video Screen

# COIN SLINGER





Coin Slinger - Atlas Reel Glass

CASTLE HILL GAMING LLC

PAGE 11

CHG0097401

# COIN SLINGER





**Coin Slinger - Topper Glass**

CASTLE HILL GAMING LLC
PAGE 12

CHG0097402