# EXHIBIT 28



VGT0007001