# EXHIBIT 31



VGT0000132