# EXHIBIT 35

