# EXHIBIT 36

