# EXHIBIT 40



VGT0007003