# EXHIBIT 41

Exhibit: A 178
Wit: Sevigny
Date: 7-12-18
Rptr: KC

VGT0007009