# EXHIBIT 43



VGT0007003