# EXHIBIT 44



VGT0007009