# EXHIBIT 48



# SLOT MACHINE CONVERISON KITS

## Dress Up Your Reel Slot Machines and Earn More $$$

- Exciting new graphics mean GREATER PROFIT$!
- New vivid full color digital graphics create excitement
- Enhances appearance and attracts attention
- Less expensive than buying new equipment
- Designed to upgrade IGT and Bally reel slot machines
- Each kit includes top glass, reel glass, bottom glass and set of reel tapes
- Designed for IGT "Double Diamonds", "Triple Diamond" and "Double Wild Cherry" games and Bally "Blazing 7's" and "Black & White" games
- All orders shipped from Las Vegas, Nevada

**Note:** Each kit is custom made. The information below must be supplied in order that the proper kit is shipped.

1. IGT or Bally machine model
   If Bally, please supply Bally part number for top and reel glass
2. Ticket printer installed: Yes or No
3. Maximum Percentage
4. Program Number
5. Denomination
6. Number of Coins
7. Number of Lines
8. Lock-Up Information
9. Type of Top: Regular, Slant, Chop or Round
10. Progressive: Yes or No
11. Meter Size (only needed if progressive game)

### Kits for IGT "Double Diamonds" game

| pictured at right | Cool 7's |
| | Rodeo Round-Up |
| | Double Bubbles |
| | Double the Strip |
| | Freedom Reels |
| | Fat Cash |

### Kit for IGT "Triple Diamond" game

| pictured at right | Mount CashMore |

### Kit for IGT "Double Wild Cherry" game

| pictured on back | Cat Fever |

### Kits for Bally "Black & White" game

| pictured on back | Hot Thing |

### Kit for Bally "Blazing 7's" game

| pictured on back | Lucky Ducky |
| | Blazing Bar |

DESIGN & MANUFACTURING BY



SUBURBAN GRAPHICS INCORPORATED








KITS FOR IGT DOUBLE DIAMONDS GAME






**KIT FOR IGT TRIPLE DIAMOND GAME**

**KIT FOR IGT DOUBLE WILD CHERRY GAME**

**KIT FOR BALLY BLACK & WHITE GAME**



**KITS FOR BALLY BLAZING 7'S GAMES**

## HAPP CONTROLS
106 Garlisch Drive
Elk Grove, IL 60007
TEL: 847-593-6130
FAX: 847-593-6137
Toll Free Phone: 888-BUY-HAPP
Toll Free Fax: 800-593-HAPP

### LAS VEGAS BRANCH
6870 S. Paradise Road
Las Vegas, NV 89119
TEL: 702-891-9116
FAX: 702-891-9117
Toll Free Phone: 800-831-0444
Toll Free Fax: 877-870-2259

## HAPP CONTROLS EUROPE Ltd
Unit 7, Hornet Close
Pysons Industrial Estate
Broadstairs, Kent CT10 2YD
UNITED KINGDOM
Phone: 44-1843-871-100
Fax: 44-1843-871-122
E-mail: europe@happcontrols.com