# EXHIBIT 60


