# EXHIBIT 61



