# EXHIBIT 62



