**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

**DEFENDANTS' MOTION TO SEAL MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION**

Pursuant to Local Rule 79.1, and paragraph 2(f) of the Stipulated Protected Order (ECF No. 55) (the "Protective Order"), Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"), hereby request that the Court enter an order sealing Defendant's unredacted Motion for Summary Judgment and the Supporting Declaration (collectively, ECF Nos. 184 – 187). In support of this request to seal, Defendants state as follows:

1. Portions of the Motion for Summary Judgment contain information designated by Plaintiff or Defendants as Confidential or Highly Confidential Information pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

2. **Exhibits 1-3, 6, 9-18, 27, 32, 37-39, 42, 51-52, 55-56, 59, 70-72, 84**, and **87** to the Declaration consist of excerpts of depositions, portions of which were designated as Confidential or Highly Confidential pursuant to the Stipulated Protective Order.

3. **Exhibits 4-5, 7, 33, 45-47, 49-50, 53-54, 57, 63-69, 75-81, 83, 85-86**, and **88-92** to the Declaration consist of documents produced in discovery and, in some cases, marked as exhibits at depositions. All of these documents were designated as either Confidential or Highly Confidential pursuant to the Stipulated Protective Order.

4. **Exhibits 8, 74, and 82** to the Declaration consist of written discovery responses, which were designated as containing Confidential or Highly Confidential information pursuant to the Stipulated Protective Order.

5. Pursuant to Local Rule 79.1, General Order 08-11, and the Protective Order, Castle Hill filed both a public, redacted Motion with public, redacted versions of all exhibits, and a sealed, unredacted Opposition, with sealed, unredacted versions of all exhibits described herein.

WHEREFORE, Defendants respectfully request that the Court enter an Order sealing the Motion for Summary Judgment and exhibits to Declaration as set forth herein.

Dated:  October 12, 2018                     Respectfully submitted,

*/s/ Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
henry.platt@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2018, I caused a copy of the foregoing **DEFENDANTS' MOTION TO SEAL MOTION TO EXCLUDE PLAINTIFF'S EXPERT YORAM WIND AND SUPPORTING DECLARATION** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*/s/ Robert C. Gill*
Robert C. Gill
