IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17-cv-00454-GKF-JFJ |
| CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING), | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT NUNC PRO TUNC**

Before the Court is Defendants' Motion for Leave to File Summary Judgment Nunc Pro Tunc (Doc. 192). Being fully advised and for the reasons stated in Defendants' Motion, it is ORDERED that the Motion should be and is hereby GRANTED. Defendants are granted leave to file their motion for summary judgment, brief in support, and supporting declaration and exhibits out of time. Defendants' motion for summary judgment, brief in support, and supporting declaration and exhibits filed shortly after 12:00 a.m. on October 13, 2018 are considered by the Court as being timely filed.

IT IS SO ORDERED this 15th day of October, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE