IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-00454-GKF-JFJ |
| CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING), | ) |
| Defendants. | ) |

**ORDER GRANTING MOTIONS TO SEAL**

Before the Court are Motions to Seal filed at Docs. 150, 153, 158, 162, 164, 167, 168, 171, 174, 177, 182, 183, and 191. The Court being fully advised and in accordance with the Protective Order at Doc. 55, the Motions are hereby GRANTED. Pursuant to Local Rule 79.1 and General Order In Re The Use of Confidential Information In Civil Cases, unredacted Docs. 148, 151, 155, 156, 160, 163, 166, 169, 172, 175, 179, 181, 184, 185, 186, 187 shall remain under seal.

IT IS SO ORDERED this 15th day of October, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE