UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

v.

CASTLE HILL STUDIOS LLC, *et al.*

    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

**DEFENDANTS' MOTION FOR LEAVE TO FILE
EXHIBIT TO SUPPLEMENT SUMMARY JUDGMENT RECORD**

Defendants Castle Hill Studios, LLC, Castle Hill Holdings, LLC, and Ironworks Development, LLC (collectively, "Defendants" or "Castle Hill"), move for leave to file an additional exhibit to supplement their summary judgment record.

Castle Hill's motion for summary judgment, brief in support of motion for summary judgment, and supporting declaration contained 93 total exhibits. Due to filing size, the filing was broken into several parts. The final exhibit to the Declaration of Robert C. Gill in Support of Defendants' Motion for Summary Judgment, Exhibit 93, caused significant difficulty loading into the ECF system due to the apparent file size and ultimately was not filed.

Castle Hill respectfully requests that the Court allow Castle Hill leave to file Exhibit 93 to the Declaration of Robert C. Gill in Support of Defendants' Motion for Summary Judgment and have the same be considered as part of the summary judgment record. Exhibit 93 is comprised of public trademark documents that Plaintiff, Video Gaming Technologies, Inc. ("VGT") filed with the United States Patent and Trademark Office relative to its Mr. Money Bags design mark (Reg. No. 3,152,743), one of the marks cited in VGT's Amended Complaint and which appears to remain as part of its trademark claims. *See* Doc. 103, ¶ 19; Doc. 143. These documents were produced by VGT in discovery, and they are Bates stamped with a range of VGT0065805-VGT0065920. These

public documents are relevant to the issues raised in Castle Hill's motion for summary judgment, and Castle Hill respectfully requests leave to supplement the summary judgment record with this exhibit.

### III.   CONCLUSION

For the foregoing reasons, Castle Hill respectfully requests that the Court grant leave to file Exhibit 93 to the Declaration of Robert C. Gill in Support of Defendants' Motion for Summary Judgment.

Dated:  October 19, 2018                    Respectfully submitted,

*/s/ Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com
henry.platt@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA #4254  
JAMES C. HODGES, P.C.  
2622 East 21st Street, Suite 4  
Tulsa, Oklahoma 74114  
(918) 779-7078  
(918) 770-9779 (facsimile)  
JHodges@HodgesLC.com  

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of October, 2018, a copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBIT TO SUPPLEMENT SUMMARY JUDGMENT RECORD** was filed on the ECF, which caused a copy to be served on the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 (facsimile)
dluthey@gablelaw.com
*Counsel for Plaintiff*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 (facsimile)
nroman@cov.com
*Counsel for Plaintiff*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
(202) 778-5465 (facsimile)
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Plaintiff*

        */s/ Robert C. Gill*
        Robert C. Gill