# EXHIBIT 93

Generated on: This page was generated by TSDR on 2017-10-26 10:18:15 EDT

Mark: MR. MONEY BAGS



US Serial Number: 78235953

US Registration Number: 3152743

Register: Principal

Mark Type: Trademark

Status: The registration has been renewed.

Status Date: Dec. 19, 2016

Publication Date: Apr. 11, 2006

Application Filing Date: Apr. 09, 2003

Registration Date: Oct. 10, 2006

## Mark Information

Mark Literal Elements: MR. MONEY BAGS

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of the words MR. MONEY BAGS with a picture of a man in a hat smoking a cigar surrounded by bags of money and piles of loose bills and coins.

Color(s) Claimed: Color is not claimed as a feature of the mark.

Design Search Code(s): 02.01.30 - Men wearing two or three piece business suits; Business suits (men wearing)
02.01.31 - Men, stylized, including men depicted in caricature form
09.05.05 - Sombreros, cowboy hats (10 gallon hats), other broad-brimmed hats
10.01.01 - Cigars
13.01.09 - Christmas lights
19.07.13 - Sachet bags; Tea bag; Money bags; Laundry bags; Bags, Laundry
20.03.24 - Tickets, paper; Menus; Manuscript paper and sheet music; Trading cards; Money, paper; Music, sheet; Currency; Coupons; Checks, bank; Calendars; Bumper stickers; Stickers, bumper; Sheet music
24.07.01 - Money (coins); Coins
24.17.03 - Dollar symbol ($)

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer software and firmware for games of chance on any computerized platform, namely, dedicated gaming consoles, [ video based slot machines, reel based slot machines, ] and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines with or without video output

International Class(es): 009 - Primary Class

U.S Class(es): 021, 023, 026, 036, 038

Class Status: ACTIVE

Basis: 1(a)

First Use: Jun. 17, 2002

Use in Commerce: Jun. 17, 2002

## Basis Information (Case Level)

Filed Use: Yes

Filed ITU: No

Currently Use: Yes

Currently ITU: No

Amended Use: No

Amended ITU: No

VGT0065805

| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
|---|---|---|---|---|---|
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

Owner Name: VIDEO GAMING TECHNOLOGIES, INC.

Owner Address: 308 Mallory Station Road
Franklin, TENNESSEE 37067
UNITED STATES

Legal Entity Type: CORPORATION

State or Country TENNESSEE
Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: LINDA MARIE NORCROSS

Attorney Primary atus.uspto.mail@aristocrat.com
Email Address:

Attorney Email  Yes
Authorized:

### Correspondent

Correspondent  LINDA MARIE NORCROSS
Name/Address: Aristocrat Technologies, Inc.
7230 AMIGO STREET
LAS VEGAS, NEVADA 89119
UNITED STATES

Phone: 702 270 1257

Fax: 702 270 1236

Correspondent e-  atus.uspto.mail@aristocrat.com kindra.perrigo-
mail: sorrow@vgt.net

Correspondent e-  Yes
mail Authorized:

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 25, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 19, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 19, 2016 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76874 |
| Dec. 19, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76874 |
| Dec. 19, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76874 |
| Oct. 10, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 10, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 31, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jan. 07, 2014 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 07, 2014 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 21, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 21, 2012 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 21, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Mar. 21, 2012 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 13, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 13, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68335 |
| Dec. 13, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68335 |
| Nov. 01, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 27, 2011 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 04, 2011 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 04, 2011 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 28, 2011 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |

VGT0065806

| | | |
|---|---|---|
| Feb. 28, 2011 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 28, 2009 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 10, 2006 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 25, 2006 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| May 06, 2006 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Apr. 11, 2006 | PUBLISHED FOR OPPOSITION | |
| Mar. 22, 2006 | NOTICE OF PUBLICATION | |
| Feb. 22, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77975 |
| Feb. 21, 2006 | ASSIGNED TO LIE | 77975 |
| Feb. 02, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2006 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 02, 2006 | EXAMINERS AMENDMENT -WRITTEN | 76926 |
| Jan. 20, 2006 | LIE CHECKED SUSP - TO ATTY FOR ACTION | 77975 |
| Jun. 23, 2005 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 76532 |
| Dec. 23, 2004 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Dec. 23, 2004 | SUSPENSION LETTER WRITTEN | 76926 |
| Dec. 02, 2004 | AMENDMENT FROM APPLICANT ENTERED | 67215 |
| Nov. 26, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 67215 |
| Nov. 26, 2004 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 27, 2004 | NON-FINAL ACTION E-MAILED | |
| Apr. 13, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 12, 2004 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 11, 2003 | NON-FINAL ACTION E-MAILED | |
| Oct. 06, 2003 | ASSIGNED TO EXAMINER | 76926 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Oct. 10, 2016

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE    **Date in Location:** Dec. 19, 2016

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1    **Registrant:** VIDEO GAMING TECHNOLOGIES, INC.

### Assignment 1 of 1

**Conveyance:** TRADEMARK SECURITY AGREEMENT

**Reel/Frame:** 5424/0434    **Pages:** 27

**Date Recorded:** Dec. 22, 2014

**Supporting Documents:** assignment-tm-5424-0434.pdf

**Assignor**

**Name:** VIDEO GAMING TECHNOLOGIES, INC.    **Execution Date:** Oct. 20, 2014

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** TENNESSEE

**Assignee**

**Name:** UBS AG, STAMFORD BRANCH

**Legal Entity Type:** BANK    **State or Country Where Organized:** SWITZERLAND

| | |
|---|---|
| **Address:** | 677 WASHINGTON BLVD., 6TH FLOOR<br>STAMFORD, CONNECTICUT 06901 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LATHAM & WATKINS LLP |
| **Correspondent Address:** | 650 TOWN CENTER DRIVE, SUITE 2000<br>COSTA MESA, CA 92626 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

## Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 78235953 | **Filing Date:** | May 06, 2006 |
| **Status:** | Terminated | **Status Date:** | Aug 25, 2006 |
| **Interlocutory Attorney:** | | | |

**Defendant**

| | |
|---|---|
| **Name:** | VIDEO GAMING TECHNOLOGIES, INC. |
| **Correspondent Address:** | Melinda B. Buurma<br>Howard & Howard Attorneys, P.C.<br>39400 Woodward Ave., Suite 101<br>Bloomfield Hills MI , 48304-5151<br>UNITED STATES |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MR. MONEY BAGS | Renewed | 78235953 | 3152743 |

**Potential Opposer(s)**

| | |
|---|---|
| **Name:** | IGT |
| **Correspondent Address:** | Sana Hakim<br>Bell, Boyd & Lloyd LLC<br>P.O. Box 1135<br>Chicago IL , 60690-1135<br>UNITED STATES |
| **Correspondent e-mail:** | trademarks@bellboyd.com , shakim@bellboyd.com , kstarshak@bellboyd.com |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | May 06, 2006 | |
| 2 | EXTENSION OF TIME GRANTED | May 08, 2006 | |

VGT0065808

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO-Form 2196 (Rev 09/2006)
OMB No. 0651-0038 (Exp 09/30/2017)

## Revocation, Appointment, and/or Change of Address of Attorney/Domestic Representative

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **REGISTRATION NUMBER** | 3152743 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| MARK | MR. MONEY BAGS (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/78235953/large) |
| **ATTORNEY SECTION** | |
| ORIGINAL ADDRESS | Courtney Jackson<br>30711-1040<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis Missouri 63105-1807<br>US<br>314-621-5070<br>314-613-8595<br>iptm@armstrongteasdale.com;ip@vgt.net |
| **NEW ATTORNEY INFORMATION** | |
| STATEMENT TEXT | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| NAME | LINDA MARIE NORCROSS |
| FIRM NAME | Aristocrat Technologies, Inc. |
| STREET | 7230 AMIGO STREET |
| CITY | LAS VEGAS |
| STATE | Nevada |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 89119 |
| PHONE | 702 270 1257 |
| FAX | 702 270 1236 |
| EMAIL | atus.uspto.mail@aristocrat.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| NEW OTHER APPOINTED ATTORNEYS | MARC FOODMAN |
| **NEW CORRESPONDENCE ADDRESS** | |
| NAME | LINDA MARIE NORCROSS |
| FIRM NAME | Aristocrat Technologies, Inc. |

VGT0065809

| STREET | 7230 AMIGO STREET |
|---|---|
| CITY | LAS VEGAS |
| STATE | Nevada |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 89119 |
| PHONE | 702 270 1257 |
| FAX | 702 270 1236 |
| EMAIL | atus.uspto.mail@aristocrat.com;kindra.perrigo-sorrow@vgt.net |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER | |

## SIGNATURE SECTION

| SIGNATURE | /LINDA MARIE NORCROSS/ |
|---|---|
| SIGNATORY NAME | LINDA MARIE NORCROSS |
| SIGNATORY DATE | 06/25/2017 |
| SIGNATORY POSITION | ASSISTANT GENERAL COUNSEL |
| SIGNATORY PHONE NUMBER | 702 270 1257 |

## FILING INFORMATION SECTION

| SUBMIT DATE | Sun Jun 25 19:35:25 EDT 2017 |
|---|---|
| TEAS STAMP | USPTO/RAA-XX.XXX.XXX.XX-2 0170625193525734015-87472 267-590f4ecc5402c311e697d 44d0f9618cf389e795598a87e 3524d74a5d4d79b73b7c-N/A- N/A-20170625192600299993 |

VGT0065810

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Revocation, Appointment, and/or Change of Address of Attorney/Domestic Representative

To the Commissioner for Trademarks:

**MARK:** MR. MONEY BAGS (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/78235953/large)
**SERIAL NUMBER:** 78235953
**REGISTRATION NUMBER:** 3152743

**The original attorney information:**
Courtney Jackson
30711-1040
7700 Forsyth Blvd., Suite 1800
St. Louis Missouri 63105-1807
US
314-621-5070
314-613-8595
iptm@armstrongteasdale.com;ip@vgt.net

**Original Correspondence Address :**
Courtney Jackson
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis Missouri 63105-1807
US
314-621-5070
314-613-8595
iptm@armstrongteasdale.com;ip@vgt.net

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**New attorney information:**
LINDA MARIE NORCROSS
Aristocrat Technologies, Inc.
7230 AMIGO STREET
LAS VEGAS, Nevada 89119
United States
702 270 1257
702 270 1236
atus.uspto.mail@aristocrat.com

**New Other Appointed Attorneys:**
MARC FOODMAN

**The following is to be used as the correspondence address:**
LINDA MARIE NORCROSS
Aristocrat Technologies, Inc.
7230 AMIGO STREET
LAS VEGAS, Nevada 89119
United States

702 270 1257
702 270 1236
atus.uspto.mail@aristocrat.com;kindra.perrigo-sorrow@vgt.net

VGT0065811

Signature: /LINDA MARIE NORCROSS/     Date: 06/25/2017
Signatory's Name: LINDA MARIE NORCROSS
Signatory's Position: ASSISTANT GENERAL COUNSEL
Signatory's Phone Number: 702 270 1257

Serial Number: 78235953
Internet Transmission Date: Sun Jun 25 19:35:25 EDT 2017
TEAS Stamp: USPTO/RAA-XX.XXX.XXX.XX-2017062519352573
4015-87472267-590f4ecc5402c311e697d44d0f
9618cf389e795598a87e3524d74a5d4d79b73b7c
-N/A-N/A-20170625192600299993

VGT0065812

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Monday, December 19, 2016 11:01 PM |
| To: | iptm@armstrongteasdale.com |
| Cc: | ip@vgt.net |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3152743: MR. MONEY BAGS (Stylized/Design): Docket/Reference No. 30711-1040 |

Serial Number: 78235953
Registration Number: 3152743
Registration Date: Oct 10, 2006
Mark: MR. MONEY BAGS (Stylized/Design)
Owner: VIDEO GAMING TECHNOLOGIES, INC.

Dec 19, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

Class(es):
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) and an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78235953. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

VGT0065813

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3152743 |
| **REGISTRATION DATE** | 10/10/2006 |
| **SERIAL NUMBER** | 78235953 |
| **MARK SECTION** | |
| **MARK** | MR. MONEY BAGS (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Tiffany L. Schwartz |
| **FIRM NAME** | Armstrong Teasdale LLP |
| **STREET** | 7700 Forsyth Blvd., Suite 1800 |
| **CITY** | St. Louis |
| **STATE** | Missouri |
| **POSTAL CODE** | 63105-1807 |
| **COUNTRY** | United States |
| **PHONE** | 314-621-5070 |
| **FAX** | 314-613-8595 |
| **EMAIL** | iptm@armstrongtcasdalc.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Courtney Jackson |
| **FIRM NAME** | Armstrong Teasdale LLP |
| **STREET** | 7700 Forsyth Blvd., Suite 1800 |
| **CITY** | St. Louis |
| **STATE** | Missouri |
| **POSTAL CODE** | 63105-1807 |
| **COUNTRY** | United States |
| **PHONE** | 314-621-5070 |
| **FAX** | 314-613-8595 |
| **EMAIL** | iptm@armstrongteasdale.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 30711-1040 |

VGT0065814

| | |
|---|---|
| **OTHER APPOINTED ATTORNEY** | Donna F. Schmitt; Robert B. Reeser |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | Tiffany L. Schwartz |
| **FIRM NAME** | Armstrong Teasdale LLP |
| **STREET** | 7700 Forsyth Blvd., Suite 1800 |
| **CITY** | St. Louis |
| **STATE** | Missouri |
| **POSTAL CODE** | 63105-1807 |
| **COUNTRY** | United States |
| **PHONE** | 314-621-5070 |
| **FAX** | 314-613-8595 |
| **EMAIL** | iptm@armstrongteasdale.com;ip@vgt.net |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Courtney Jackson |
| **FIRM NAME** | Armstrong Teasdale LLP |
| **STREET** | 7700 Forsyth Blvd., Suite 1800 |
| **CITY** | St. Louis |
| **STATE** | Missouri |
| **POSTAL CODE** | 63105-1807 |
| **COUNTRY** | United States |
| **PHONE** | 314-621-5070 |
| **FAX** | 314-613-8595 |
| **EMAIL** | iptm@armstrongteasdale.com;ip@vgt.net |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 30711-1040 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **GOODS OR SERVICES TO BE DELETED** | video based slot machines, reel based slot machines, slot machines |
| **GOODS OR SERVICES IN USE IN COMMERCE OR FOR WHICH OWNER CLAIMS EXCUSABLE NONUSE** | Computer software and firmware for games of chance on any computerized platform, namely, dedicated gaming consoles, and video lottery terminals; gaming devices, namely, gaming machines, bingo machines with or without video output |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\782\359\78235953\xml1\ S890002.JPG |
| **SPECIMEN DESCRIPTION** | digital photo of the mark used in connection with the goods as they are sold in commerce |
| **OWNER SECTION (current)** | |
| **NAME** | VIDEO GAMING TECHNOLOGIES, INC. |

VGT0065815

| STREET | 308 Mallory Station Road |
| --- | --- |
| CITY | Franklin |
| STATE | Tennessee |
| ZIP/POSTAL CODE | 37067 |
| COUNTRY | United States |
| PHONE | 6153721000 |
| FAX | 6153721099 |

| OWNER SECTION (proposed) | |
| --- | --- |
| NAME | VIDEO GAMING TECHNOLOGIES, INC. |
| STREET | 308 Mallory Station Road |
| CITY | Franklin |
| STATE | Tennessee |
| ZIP/POSTAL CODE | 37067 |
| COUNTRY | United States |
| PHONE | 6153721000 |
| FAX | 6153721099 |
| EMAIL | iptm@armstrongteasdale.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

| LEGAL ENTITY SECTION (current) | |
| --- | --- |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Tennessee |

| PAYMENT SECTION | |
| --- | --- |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 400 |
| TOTAL FEE PAID | 400 |

| SIGNATURE SECTION | |
| --- | --- |
| SIGNATURE | /Keith D. Moore/ |
| SIGNATORY'S NAME | Keith D. Moore |
| SIGNATORY'S POSITION | Director of IP |
| DATE SIGNED | 10/10/2016 |
| SIGNATORY'S PHONE NUMBER | 314-621-5070 |
| PAYMENT METHOD | DA |

| FILING INFORMATION | |
| --- | --- |
| SUBMIT DATE | Mon Oct 10 15:41:36 EDT 2016 |
| TEAS STAMP | USPTO/S08N09-XXX.XX.XX.XX X-20161010154136359621-31 52743-570535e2280e55d6c4f dbbb69fd796d3fe9ac932dde4 |

VGT0065816

5c97ba69f6619b68111d3-DA-
11520-2016101011591200628
3

VGT0065817

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3152743
**REGISTRATION DATE:** 10/10/2006

**MARK:** (Stylized and/or with Design, MR. MONEY BAGS (see, mark)

The owner, VIDEO GAMING TECHNOLOGIES, INC., a corporation of Tennessee, having an address of
    308 Mallory Station Road
    Franklin, Tennessee 37067
    United States
    6153721000
    6153721099
    iptm@armstrongteasdale.com (authorized)
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration: video based slot machines, reel based slot machines, slot machines

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class; or, the owner is making the listed excusable nonuse claim: Computer software and firmware for games of chance on any computerized platform, namely, dedicated gaming consoles, and video lottery terminals; gaming devices, namely, gaming machines, bingo machines with or without video output

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital photo of the mark used in connection with the goods as they are sold in commerce.
Specimen File1
The registrant's current Attorney Information: Tiffany L. Schwartz of Armstrong Teasdale LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105-1807
    United States

The registrant's proposed Attorney Information: Courtney Jackson of Armstrong Teasdale LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105-1807
    United States
The docket/reference number is 30711-1040.
The Other Appointed Attorney(s): Donna F. Schmitt; Robert B. Reeser.

The phone number is 314-621-5070.

The fax number is 314-613-8595.

The email address is iptm@armstrongteasdale.com.
The registrant's current Correspondence Information: Tiffany L. Schwartz of Armstrong Teasdale LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105-1807
    United States

The registrant's proposed Correspondence Information: Courtney Jackson of Armstrong Teasdale LLP
    7700 Forsyth Blvd., Suite 1800

St. Louis, Missouri 63105-1807
United States
The docket/reference number is 30711-1040.

The phone number is 314-621-5070.

The fax number is 314-613-8595.

The email address is iptm@armstrongteasdale.com;ip@vgt.net.

A fee payment in the amount of $400 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

<div align="center">**Declaration**</div>

## Section 8: Declaration of Use and/or Excusable Nonuse in Commerce

*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services, or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

## Section 9: Application for Renewal

*The registrant requests that the registration be renewed for the goods/services/collective organization identified above.*

Signature: /Keith D. Moore/    Date: 10/10/2016
Signatory's Name: Keith D. Moore
Signatory's Position: Director of IP
Signatory's Phone Number: 314-621-5070

Mailing Address **(current)**:
 Armstrong Teasdale LLP
 7700 Forsyth Blvd., Suite 1800
 St. Louis, Missouri 63105-1807

Mailing Address **(proposed)**:
 Armstrong Teasdale LLP
 7700 Forsyth Blvd., Suite 1800
 St. Louis, Missouri 63105-1807

Serial Number: 78235953
Internet Transmission Date: Mon Oct 10 15:41:36 EDT 2016
TEAS Stamp: USPTO/S08N09-XXX.XX.XX.XXX-2016101015413
6359621-3152743-570535e2280e55d6c4fdbbb6
9fd796d3fe9ac932dde45c97ba69f6619b68111d
3-DA-11520-20161010115912006283

VGT0065819



VGT0065820

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 3152743



**Serial Number:** 78235953



**RAM Sale Number:** 3152743

**RAM Accounting Date:** 20161011

**Total Fees:** $400

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20161010 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20161010 | $300 | 1 | 1 | $300 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20161010

VGT0065821



VGT0065822

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Saturday, October 10, 2015 01:03 AM |
| To: | iptm@armstrongteasdale.com |
| Cc: | ip@vgt.net |
| Subject: | Official USPTO Courtesy Reminder of Required Trademark Registration Maintenance Filings Under Section 8 and 9: U.S. Trademark RN 3152743: MR. MONEY BAGS (Stylized/Design) |

**U.S. Serial Number:** 78235953
**U.S. Registration Number:** 3152743
**U.S. Registration Date:** Oct 10, 2006
**Mark:** MR. MONEY BAGS (Stylized/Design)
**Owner:** VIDEO GAMING TECHNOLOGIES, INC.

Oct 10, 2015

**U.S. PATENT AND TRADEMARK OFFICE ("USPTO") COURTESY REMINDER
OF REQUIRED TRADEMARK REGISTRATION MAINTENANCE FILINGS UNDER SECTIONS 8 AND 9**

**WARNING:** Your trademark registration will be CANCELLED and will EXPIRE if you do not file the required documents below during the specified statutory time periods.

The above-identified registration registered on Oct 10, 2006. Therefore, the owner of the registration must file a Declaration of Use and/or Excusable Nonuse and an Application for Renewal under §§8 and 9 of the Trademark Act anytime between now and Oct 11, 2016. For an additional fee, the owner may file the documents within the six-month grace period that ends on Apr 10, 2017. *See* 15 U.S.C. §§1058, 1059. The current fee for a combined filing under §§8 and 9 is $400 per class for filings submitted through the USPTO's official website using the Trademark Electronic Application System ("TEAS"), and the additional fee for filing during the six-month grace period is $200 per class. 37 C.F.R. §2.6.

To expedite processing, the owner is encouraged to file through TEAS. Official forms for filing a Combined Declaration of Use and/or Excusable Nonuse and Application for Renewal under §§8 and 9 are available through TEAS at http://www.uspto.gov/trademarks/teas/reg_maintain.jsp.

For information regarding how to record ownership documents such as assignments, name changes and mergers, please see TMEP §503. To expedite recordation, the owner is encouraged to file requests for recordation through the Electronic Trademark Assignment System ("ETAS") at http://etas.uspto.gov.

For further information regarding the maintenance of a trademark registration, including future maintenance filings, please consult the USPTO website at http://www.uspto.gov/trademarks/process/maintain/prfaq.jsp.

This reminder notice is being sent only as a courtesy to those trademark owners who have authorized e-mail communication and maintain a current e-mail address with the USPTO. Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a trademark registration. If a registration is cancelled and/or expired due to the failure to timely file required maintenance documents, it cannot be reinstated or revived.

To check the status of this registration, go to http://tsdr.uspto.gov/#caseNumber=78235953&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

**Beware of Unofficial Trademark Solicitations:** Please be aware that private companies not associated with the USPTO often use trademark registration information from the USPTO's database to mail or e-mail trademark-related solicitations. This is the only official reminder that you will receive from the USPTO about your upcoming required maintenance filings. For additional information about these private solicitations, please visit the USPTO website at http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

In order to be eligible for future e-mail reminders of maintenance filings, please remember to authorize e-mail communication when filing your maintenance documents through TEAS and ensure that you maintain a current e-mail address with the USPTO.

## Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **REGISTRATION NUMBER** | 3152743 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | MR. MONEY BAGS (stylized and/or with design) |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | Phillip E. Walker<br>T0001.001<br>1600 DIVISION STREET, SUITE 500<br>NASHVILLE Tennessee (TN) 37203<br>US<br>6152422400<br>6152422221<br>bfl@iplawgroup.com |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| **NAME** | Tiffany L. Schwartz |
| **FIRM NAME** | Armstrong Teasdale LLP |
| **STREET** | 7700 Forsyth Blvd., Suite 1800 |
| **CITY** | St. Louis |
| **STATE** | Missouri |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 63105-1807 |
| **PHONE** | 314-621-5070 |
| **FAX** | 314-613-8595 |
| **EMAIL** | iptm@armstrongteasdale.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **NEW OTHER APPOINTED ATTORNEYS** | M. Courtney Jackson |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Tiffany L. Schwartz |
| **FIRM NAME** | Armstrong Teasdale LLP |

VGT0065824

| | |
|---|---|
| STREET | 7700 Forsyth Blvd., Suite 1800 |
| CITY | St. Louis |
| STATE | Missouri |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 63105-1807 |
| PHONE | 314-621-5070 |
| FAX | 314-613-8595 |
| EMAIL | iptm@armstrongteasdale.com;ip@vgt.net |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| OTHER APPOINTED ATTORNEY | M. Courtney Jackson |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Keith D. Moore/ |
| SIGNATORY NAME | Keith D. Moore |
| SIGNATORY DATE | 01/07/2014 |
| SIGNATORY POSITION | Director of IP |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Jan 07 15:52:23 EST 2014 |
| TEAS STAMP | USPTO/RAA-XX.XXX.XX.XXX-2 0140107155223850891-78235 953-500955b451c94b32e9b7b b4d4a6ac385b38a43952e0956 2a7796dc3caa96e111f5-N/A-N/A-20140107154534343179 |

VGT0065825

## Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** MR. MONEY BAGS (stylized and/or with design)
**SERIAL NUMBER:** 78235953
**REGISTRATION NUMBER:** 3152743

**The original attorney**
Phillip E. Walker
T0001.001
1600 DIVISION STREET, SUITE 500
NASHVILLE Tennessee 37203
US
6152422400
6152422221
bfl@iplawgroup.com

**Original Correspondence Address :**
Phillip E. Walker
WADDEY & PATTERSON, P.C.
1600 DIVISION STREET, SUITE 500
NASHVILLE Tennessee 37203
US
6152422400
6152422221
bfl@iplawgroup.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Tiffany L. Schwartz
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105-1807
United States
314-621-5070
314-613-8595
iptm@armstrongteasdale.com

**Other Appointed Attorneys:**

M. Courtney Jackson

**The following is to be used as the correspondence address:**
Tiffany L. Schwartz
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105-1807
United States

314-621-5070
314-613-8595
iptm@armstrongteasdale.com;jp@vgt.net

VGT0065826

Signature: /Keith D. Moore/     Date: 01/07/2014
Signatory's Name: Keith D. Moore
Signatory's Position: Director of IP

Serial Number: 78235953
Internet Transmission Date: Tue Jan 07 15:52:23 EST 2014
TEAS Stamp: USPTO/RAA-XX.XXX.XX.XXX-2014010715522385
0891-78235953-500955b451c94b32c9b7bb4d4a
6ac385b38a43952c09562a7796dc3caa96e111f5
-N/A-N/A-20140107154534343179

VGT0065827

# Change Of Owner's Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 78235953 |
| REGISTRATION NUMBER | 3152743 |
| LAW OFFICE ASSIGNED | LAW OFFICE 113 |
| **MARK SECTION** | |
| MARK | MR. MONEY BAGS (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | VIDEO GAMING TECHNOLOGIES, INC. |
| STREET | 308 Mallory Station Road |
| CITY | Franklin |
| STATE | Tennessee |
| ZIP/POSTAL CODE | 37064 |
| COUNTRY | US |
| PHONE | 6153721000 |
| FAX | 6153721099 |
| **NEW OWNER ADDRESS** | |
| STREET | 308 Mallory Station Road |
| CITY | Franklin |
| STATE | Tennessee |
| ZIP/POSTAL CODE | 37067 |
| COUNTRY | United States |
| PHONE | 6153721000 |
| FAX | 6153721099 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Keith D. Moore/ |
| SIGNATORY NAME | Keith D. Moore |
| SIGNATORY DATE | 06/21/2012 |
| SIGNATORY POSITION | Director of IP |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Jun 21 10:39:43 EDT 2012 |
| TEAS STAMP | USPTO/COA-XX.XXX.XX.XXX-2 0120621103943517937-85531 726-490756eb457112cc89cae a284871d559e2-N/A-N/A-201 20621102851104793 |

VGT0065829

## Change Of Owner's Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **REGISTRATION NUMBER** | 3152743 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | MR. MONEY BAGS (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| **NAME** | VIDEO GAMING TECHNOLOGIES, INC. |
| **STREET** | 155 Franklin Road, Suite 255 |
| **CITY** | Brentwood |
| **STATE** | Tennessee |
| **ZIP/POSTAL CODE** | 37027 |
| **COUNTRY** | US |
| **PHONE** | 615 372 1000 |
| **FAX** | 615 372 1099 |
| **NEW OWNER ADDRESS** | |
| **INTERNAL ADDRESS** | Video Gaming Technologies, Inc. |
| **STREET** | 308 Mallory Station Road |
| **CITY** | Franklin |
| **STATE** | Tennessee |
| **ZIP/POSTAL CODE** | 37064 |
| **COUNTRY** | United States |
| **PHONE** | 6153721000 |
| **FAX** | 6153721099 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Keith D. Moore/ |
| **SIGNATORY NAME** | Keith D. Moore |
| **SIGNATORY DATE** | 03/21/2012 |
| **SIGNATORY POSITION** | Director of IP |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Mar 21 14:00:38 EDT 2012 |
| **TEAS STAMP** | USPTO/COA-XX.XXX.XXX.XXX-20120321140038341252-7726 7900-490b7057fa15e4537d59 |

7da2276f9efe-N/A-N/A-2012
0321135001588356

VGT0065831

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, December 13, 2011 11:00 PM |
| To: | bfl@iplawgroup.com |
| Subject: | Trademark RN 3152743: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

Serial Number: 78235953
Registration Number: 3152743
Registration Date: Oct 10, 2006
Mark: MR. MONEY BAGS(STYLIZED/DESIGN)
Owner: VIDEO GAMING TECHNOLOGIES, INC.

Dec 13, 2011

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

Class(es):
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058 and 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058 and 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78235953. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

PTO Form 1583 (Rev 9/2005)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3152743 |
| **REGISTRATION DATE** | 10/10/2006 |
| **SERIAL NUMBER** | 78235953 |
| **MARK SECTION** | |
| **MARK** | MR. MONEY BAGS (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Phillip E. Walker |
| **FIRM NAME** | WADDEY & PATTERSON, P.C. |
| **STREET** | 1600 DIVISION STREE, SUITE 500 |
| **CITY** | NASHVILLE |
| **STATE** | Tennessee |
| **POSTAL CODE** | 37203 |
| **COUNTRY** | United States |
| **PHONE** | 6152422400 |
| **FAX** | 6152422221 |
| **EMAIL** | bfl@iplawgroup.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Phillip E. Walker |
| **FIRM NAME** | WADDEY & PATTERSON, P.C. |
| **STREET** | 1600 DIVISION STREET, SUITE 500 |
| **CITY** | NASHVILLE |
| **STATE** | Tennessee |
| **POSTAL CODE** | 37203 |
| **COUNTRY** | United States |
| **PHONE** | 6152422400 |
| **FAX** | 6152422221 |
| **EMAIL** | bfl@iplawgroup.com |
| **AUTHORIZED TO COMMUNICATE VIA** | Yes |

VGT0065833

| E-MAIL | |
|---|---|
| **DOCKET/REFERENCE NUMBER** | T0001.001 |
| **OTHER APPOINTED ATTORNEY** | Mark J. Patterson, I.C. Waddey, Jr., Edward D. Lanquist, Jr., Lucian Wayne Beavers, James R. Cartiglia, John F. Triggs, Emily A. Shouse, Paul C. Ney, Jr., Ryan D. Levy, Gary L. Montle, Rebecca M. Barnett, Matthew C. Cox, Shane V. Cortesi, Hilary Dorr Lang, Ph.D. |

**CORRESPONDENCE SECTION (current)**

| | |
|---|---|
| **NAME** | PHILLIP E. WALKER |
| **FIRM NAME** | WADDEY & PATTERSON, P.C. |
| **STREET** | 1600 DIVISION STREE, SUITE 500 |
| **CITY** | NASHVILLE |
| **STATE** | Tennessee |
| **POSTAL CODE** | 37203 |
| **COUNTRY** | United States |
| **PHONE** | 6152422400 |
| **FAX** | 6152422221 |
| **EMAIL** | bfl@iplawgroup.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

**CORRESPONDENCE SECTION (proposed)**

| | |
|---|---|
| **NAME** | PHILLIP E. WALKER |
| **FIRM NAME** | WADDEY & PATTERSON, P.C. |
| **STREET** | 1600 DIVISION STREET, SUITE 500 |
| **CITY** | NASHVILLE |
| **STATE** | Tennessee |
| **POSTAL CODE** | 37203 |
| **COUNTRY** | United States |
| **PHONE** | 6152422400 |
| **FAX** | 6152422221 |
| **EMAIL** | bfl@iplawgroup.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T0001.001 |

**GOODS AND/OR SERVICES SECTION**

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |
| **GOODS OR SERVICES** | Computer software and firmware for games of chance on any computerized platform, namely, dedicated gaming consoles, video based slot machines, reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines with or without video output |
| **SPECIMEN FILE NAME(S)** | |

VGT0065834

| | |
|---|---|
| **JPG FILE(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\782\359\78235953\xml6\ 8150003.JPG |
| **ORIGINAL PDF FILE** | SPN0-722421590-150233402_._Money_Bags_Gaming_Machine_displaying_mark_3152743_T0001.001.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT11\IMAGEOUT11\782\359\78235953\xml6\8150002.JPG |
| **SPECIMEN DESCRIPTION** | a gaming machine displaying the mark and the frontplate of a gaming machine displaying the mark. |

### OWNER SECTION (current)

| | |
|---|---|
| **NAME** | VIDEO GAMING TECHNOLOGIES, INC. |
| **STREET** | 155 Franklin Road, Suite 255 |
| **CITY** | Brentwood |
| **STATE** | Tennessee |
| **ZIP/POSTAL CODE** | 37027 |
| **COUNTRY** | United States |
| **PHONE** | 615 372 1000 |
| **FAX** | 615 372 1099 |

### LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Tennessee |

### PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

### SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Keith D. Moore/ |
| **SIGNATORY'S NAME** | Keith Moore |
| **SIGNATORY'S POSITION** | Director of Intellectual Property |
| **DATE SIGNED** | 11/01/2011 |
| **PAYMENT METHOD** | DA |

### FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Tue Nov 01 16:10:56 EDT 2011 |
| **TEAS STAMP** | USPTO/S08N15-XX.XXX.XX.XX -20111101161056308439-315 2743-480c7a5d83c6c2f7ca7c 632785a5f8587f-DA-2456-20 111101150233402548 |

VGT0065835

VGT0065836

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 3152743
**REGISTRATION DATE:** 10/10/2006

**MARK:** (Stylized and/or with Design, MR. MONEY BAGS)

The owner, VIDEO GAMING TECHNOLOGIES, INC., a corporation of Tennessee, having an address of
    155 Franklin Road, Suite 255
    Brentwood, Tennessee 37027
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: Computer software and firmware for games of chance on any computerized platform, namely, dedicated gaming consoles, video based slot machines, reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines with or without video output; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) a gaming machine displaying the mark and the frontplate of a gaming machine displaying the mark..

**JPG file(s):**
Specimen File1
**Original PDF file:**
SPN0-722421590-150233402_._Money_Bags_Gaming_Machine_displaying_mark_3152743_T0001.001.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
The registrant's current Attorney Information: Phillip E. Walker of WADDEY & PATTERSON, P.C.
    1600 DIVISION STREE, SUITE 500
    NASHVILLE, Tennessee (TN) 37203
    United States (USX)

The registrant's proposed Attorney Information: Phillip E. Walker of WADDEY & PATTERSON, P.C.
    1600 DIVISION STREET, SUITE 500
    NASHVILLE, Tennessee (TN) 37203
    United States (USX)
The docket/reference number is T0001.001.

The phone number is 6152422400.

The fax number is 6152422221.

The email address is bfl@iplawgroup.com.
The registrant's current Correspondence Information: PHILLIP E. WALKER of WADDEY & PATTERSON, P.C.
    1600 DIVISION STREE, SUITE 500
    NASHVILLE, Tennessee (TN) 37203
    United States (USX)

The registrant's proposed Correspondence Information: PHILLIP E. WALKER of WADDEY & PATTERSON, P.C.
    1600 DIVISION STREET, SUITE 500
    NASHVILLE, Tennessee (TN) 37203

VGT0065837

United States (USX)
The docket/reference number is T0001.001.

The phone number is 6152422400.

The fax number is 6152422221.

The email address is bfl@iplawgroup.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Keith D. Moore/    Date: 11/01/2011
Signatory's Name: Keith Moore
Signatory's Position: Director of Intellectual Property

Mailing Address **(current)**:
  WADDEY & PATTERSON, P.C.
  1600 DIVISION STREE, SUITE 500
  NASHVILLE, Tennessee 37203

Mailing Address **(proposed)**:
  WADDEY & PATTERSON, P.C.
  1600 DIVISION STREET, SUITE 500
  NASHVILLE, Tennessee 37203

Serial Number: 78235953
Internet Transmission Date: Tue Nov 01 16:10:56 EDT 2011
TEAS Stamp: USPTO/S08N15-XX.XXX.XX.XX-20111101161056
308439-3152743-480c7a5d83c6c2f7ea7c63278
5a5f8587f-DA-2456-20111101150233402548

VGT0065838

Case 4:17-cv-00454-GKF-JFJ    Document 199-1 Filed in USDC ND/OK on 10/21/18    Page 36 of 117



**5 Coin**

## Mr. MONEY BAGS

### Good, Clean Filthy-Rich Fun!

He's our most popular character — a Class II gaming legend — because he keeps the excitement flowing and the cash coming. And when he gives way to a Red Screen Free-Spins,™ every spin becomes a winner and every player a VGT fan. You can also customize Mr. Money Bags with VGT's Bonus Blast™ games for more wealthy fun.

| | |
|---|---|
| Jurisdiction: | Class II |
| Configuration: | 3x1 |
| Paylines: | 1 |
| Credits per line: | 5 |
| Maximum Bet: | 5 |
| Denomination: | 25¢, $1 |
| Top Award: | 800 credits (when 1 credit bet per payline) |
| | 5,000 credits (when max credits bet per payline) |
| Volatility: | Medium |

*New!* Play up to 5 COINS!

### BONUS FEATURE
### Red Screen Free-Spins™

The screen suddenly changes to red! How many times will it spin? How much will you win this time? It's VGT's much loved bonus feature, Red Screen Free-Spins! It's an exciting feature because players never know how many free spins they are going to receive, and the anticipation builds while they wait to see if they will be awarded more winning spins.

## BONUS BLAST

*This game can be configured with any of the VGT Bonus Blast games shown on pages 36-37.*

www.vgt.net · email sales@vgt.net

**VGT**

VGT0065839



VGT0065840

**ROUTING SHEET TO POST REGISTRATION (PRU)**    **Registration Number:** 3152743



**Serial Number:** 78235953

**RAM Sale Number: 2456**

**RAM Accounting Date: 20111102**

**Total Fees:**    $300

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20111101 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20111101 | $200 | 1 | 1 | $200 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20111101



VGT0065841



Class II | 3 Reel Mechanical                                    39

5 Coin

Mr. MONEY BAGS

**Good, Clean Filthy-Rich Fun!**

He's our most popular character — a Class II gaming legend — because he keeps the excitement flowing and the cash coming. And when he gives way to a Red Screen Free-Spins,™ every spin becomes a winner and every player a VGT fan. You can also customize Mr. Money Bags with VGT's Bonus Blast™ games for more wealthy fun.

New!
Play up to 5 COINS!

| | |
|---|---|
| Jurisdiction: | Class II |
| Configuration: | 3x1 |
| Paylines: | 1 |
| Credits per line: | 5 |
| Maximum Bet: | 5 |
| Denomination: | 25¢, $1 |
| Top Award: | 800 credits |
| | (when 1 credit bet per payline) |
| | 5,000 credits |
| | (when max credits bet per payline) |
| Volatility: | Medium |

**BONUS FEATURE**
**Red Screen Free-Spins™**

The screen suddenly changes to red! How many times will it spin? How much will you win this time? It's VGT's much loved bonus feature, Red Screen Free-Spins! It's an exciting feature because players never know how many free spins they are going to receive, and the anticipation builds while they wait to see if they will be awarded more winning spins.

BONUS BLAST

*This game can be configured with any of the VGT Bonus Blast games shown on pages 36-37.*

www.vgt.net · email sales@vgt.net

●VGT

VGT0065842



VGT0065843

## Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **REGISTRATION NUMBER** | 3152743 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | MR. MONEY BAGS (stylized and/or with design) |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | Phillip E. Walker<br>Waddey & Patterson P.C.<br>1600 Division Street, Suite 500<br>Nashville TN 37203<br>615-242-2400<br>615-242-2221<br>pew@iplawgroup.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Phillip E. Walker<br>Waddey & Patterson, P.C.<br>1600 Division Stree, Suite 500<br>Nashville<br>Tennessee<br>United States<br>37203<br>6152422400<br>6152422221<br>bfl@iplawgroup.com |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Phillip E. Walker/ |
| **SIGNATORY NAME** | Phillip E. Walker |
| **SIGNATORY DATE** | 09/27/2011 |
| **SIGNATORY POSITION** | Attorney of Record |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Sep 27 17:41:57 EDT 2011 |
| **TEAS STAMP** | USPTO/CCA-XX.XXX.XX.XX-20<br>110927174157053063-782359<br>53-480c0efa65e99f49b5ca84<br>e0e4579b1b1e-N/A-N/A-2011<br>0927172232681491 |

VGT0065844

FTO Form 2196 (Rev. 9/2005)
OMB No. 0651-0009 (Exp. 10/31/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **REGISTRATION NUMBER** | 3152743 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | MR. MONEY BAGS (stylized and/or with design) |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | Melinda B. Buurma<br>Howard & Howard Attorneys PLLC<br>60583-002<br>450 West Fourth Street<br>Royal Oak MI 48067-2557<br>(248) 645-1483<br>(248) 645-1568<br>IPDocket@h2law.com |
| **NEW OTHER APPOINTED ATTORNEYS** | Edward D. Lanquist, Jr.; I.C. Waddey, Jr.; Mark J. Patterson; Lucian Wayne Beavers; James R. Cartiglia; John F. Triggs; Emily A. Shouse; Paul C. Ney, Jr.; Ryan D. Levy; Gary L. Montle; Rebecca M. Barnett; Matthew C. Cox |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| **NAME** | Phillip E. Walker |
| **FIRM NAME** | Waddey & Patterson P.C. |
| **STREET** | 1600 Division Street, Suite 500 |
| **CITY** | Nashville |
| **STATE** | Tennessee |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 37203 |
| **PHONE** | 615-242-2400 |
| **FAX** | 615-242-2221 |
| **EMAIL** | pew@iplawgroup.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Phillip E. Walker |

VGT0065845

| FIRM NAME | Waddey & Patterson P.C. |
|---|---|
| STREET | 1600 Division Street, Suite 500 |
| CITY | Nashville |
| STATE | Tennessee |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 37203 |
| PHONE | 615-242-2400 |
| FAX | 615-242-2221 |
| EMAIL | pew@iplawgroup.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| OTHER APPOINTED ATTORNEY | Edward D. Lanquist, Jr.; I.C. Waddey, Jr.; Mark J. Patterson; Lucian Wayne Beavers; James R. Cartiglia; John F. Triggs; Emily A. Shouse; Paul C. Ney, Jr.; Ryan D. Levy; Gary L. Montle; Rebecca M. Barnett; Matthew C. Cox |

**SIGNATURE SECTION**

| SIGNATURE | /Keith D. Moore/ |
|---|---|
| SIGNATORY NAME | Keith D. Moore |
| SIGNATORY DATE | 05/06/2011 |
| SIGNATORY POSITION | Director of IP |

**FILING INFORMATION SECTION**

| SUBMIT DATE | Fri May 06 17:00:05 EDT 2011 |
|---|---|
| TEAS STAMP | USPTO/RAA-XX.XXX.XX.XX-20 110506170005638620-770338 37-48091d1765a741c5db26b6 4f69786d4ec4-N/A-N/A-2011 0504154437667242 |

VGT0065846

PTO Form 2196 (Rev 9/2006)
OMB No. 0651-0009 (Exp 04/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** MR. MONEY BAGS (stylized and/or with design)
**SERIAL NUMBER:** 78235953
**REGISTRATION NUMBER:** 3152743

**The original attorney**
Melinda B. Buurma
Howard & Howard Attorneys PLLC
60583-002
450 West Fourth Street
Royal Oak MI 48067-2557
(248) 645-1483
(248) 645-1568
IPDocket@h2law.com

**Original Correspondence Address :**
Melinda B. Buurma
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak MI 48067-2557
(248) 645-1483
(248) 645-1568
IPDocket@h2law.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Phillip E. Walker
Waddey & Patterson P.C.
1600 Division Street, Suite 500
Nashville, Tennessee 37203
United States
615-242-2400
615-242-2221
pew@iplawgroup.com

**Other Appointed Attorneys:**

Edward D. Lanquist, Jr.; I.C. Waddey, Jr.; Mark J. Patterson; Lucian Wayne Beavers; James R. Cartiglia; John F. Triggs; Emily A. Shouse; Paul C. Ney, Jr.; Ryan D. Levy; Gary L. Montle; Rebecca M. Barnett; Matthew C. Cox

**The following is to be used as the correspondence address:**
Phillip E. Walker
Waddey & Patterson P.C.
1600 Division Street, Suite 500
Nashville, Tennessee 37203
United States

615-242-2400
615-242-2221
pew@iplawgroup.com

VGT0065847

Signature: /Keith D. Moore/    Date: 05/06/2011
Signatory's Name: Keith D. Moore
Signatory's Position: Director of IP

Serial Number: 78235953
Internet Transmission Date: Fri May 06 17:00:05 EDT 2011
TEAS Stamp: USPTO/RAA-XX.XXX.XX.XX-20110506170005638
620-77033837-48091d1765a741c5db26b64f697
86d4ec4-N/A-N/A-20110504154437667242

VGT0065848

# Change Of Owner's Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **REGISTRATION NUMBER** | 3152743 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| MARK | MR. MONEY BAGS (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | VIDEO GAMING TECHNOLOGIES, INC. |
| STREET | 5951 HIGHWAY 221 |
| CITY | ROEBUCK |
| STATE | Tennessee |
| ZIP/POSTAL CODE | 29376 |
| COUNTRY | US |
| **NEW OWNER ADDRESS** | |
| STREET | 155 Franklin Road, Suite 255 |
| CITY | Brentwood |
| STATE | Tennessee |
| ZIP/POSTAL CODE | 37027 |
| COUNTRY | United States |
| PHONE | 615 372 1000 |
| FAX | 615 372 1099 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /keith moore/ |
| SIGNATORY NAME | Keith Moore |
| SIGNATORY DATE | 02/28/2011 |
| SIGNATORY POSITION | Attorney for Applicant |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Feb 28 16:54:14 EST 2011 |
| TEAS STAMP | USPTO/COA-XX.XXX.XXX.XXX-20110228165414987000-7829 4567-480ba823cf0483ffe929 cabecc8da957d88-N/A-N/A-2 0110228163821922736 |

VGT0065849

VGT0065850

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **REGISTRATION NUMBER** | 3152743 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| MARK | MR. MONEY BAGS (stylized and/or with design) |
| **CORRESPONDENCE SECTION** (current) | |
| ORIGINAL ADDRESS | Melinda B. Buurma<br>Howard & Howard Attorneys, P.C.<br>39400 Woodward Ave., Suite 101<br>Bloomfield Hills MI USA 48304-5151<br>United States<br>248-645-1483<br>248-645-1568<br>IPDocket@h2law.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | Melinda B. Buurma<br>Howard & Howard Attorneys PLLC<br>450 West Fourth Street<br>Royal Oak<br>Michigan<br>United States<br>48067-2557<br>(248) 645-1483<br>(248) 645-1568<br>IPDocket@h2law.com |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Melinda B. Buurma/ |
| SIGNATORY NAME | Melinda B. Buurma |
| SIGNATORY DATE | 10/28/2009 |
| SIGNATORY POSITION | Attorney of record, Michigan bar member |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Oct 28 11:49:53 EDT 2009 |
| TEAS STAMP | USPTO/CCA-XX.XXX.XX.XXX-2<br>0091028114953141007-78235<br>953-46077c124dd07a9327638<br>a26be53af52f2-N/A-N/A-200<br>91028114622730268 |

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,152,743
Registered Oct. 10, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**



VIDEO GAMING TECHNOLOGIES, INC. (TENNESSEE CORPORATION)
5951 HIGHWAY 221
ROEBUCK, TN 29376

FOR: COMPUTER SOFTWARE AND FIRMWARE FOR GAMES OF CHANCE ON ANY COMPUTERIZED PLATFORM, NAMELY, DEDICATED GAMING CONSOLES, VIDEO BASED SLOT MACHINES, REEL BASED SLOT MACHINES, AND VIDEO LOTTERY TERMINALS; GAMING DEVICES, NAMELY, GAMING MACHINES, SLOT MACHINES, BINGO MACHINES WITH OR WITHOUT VIDEO OUTPUT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-17-2002; IN COMMERCE 6-17-2002.

THE MARK CONSISTS OF THE WORDS MR. MONEY BAGS WITH A PICTURE OF A MAN IN A HAT SMOKING A CIGAR SURROUNDED BY BAGS OF MONEY AND PILES OF LOOSE BILLS AND COINS.

SER. NO. 78-235,953, FILED 4-9-2003.

TANYA AMOS, EXAMINING ATTORNEY

VGT0065852

Side - 1



**NOTICE OF PUBLICATION UNDER §12(a)**
MAILING DATE: Mar 22, 2006
PUBLICATION DATE: Apr 11, 2006

The mark identified below will be published in the Official Gazette on Apr 11, 2006. Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice. If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration.

To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication. You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800. To check the status of your application, go to http://tarr.uspto.gov/.

| | |
|---|---|
| SERIAL NUMBER: | 78235953 |
| MARK: | MR. MONEY BAGS |
| OWNER: | VIDEO GAMING TECHNOLOGIES, INC. |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

MELINDA B BUURMA
HOWARD & HOWARD ATTORNEYS, PC
39400 WOODWARD AVE STE 101
BLOOMFIELD HILLS MI, 48304 5151

VGT0065853

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 78235953 | FILING DATE | 04/09/2003 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | AMOS, TANYA L | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/03/2006 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 02/02/2006 |
| LITERAL MARK ELEMENT | MR. MONEY BAGS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | MR. MONEY BAGS |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | VIDEO GAMING TECHNOLOGIES, INC. |
| ADDRESS | 5951 HIGHWAY 221 ROEBUCK, TN 29376 |
| ENTITY | 03-CORPORATION |

VGT0065854

| CITIZENSHIP | Tennessee |
|---|---|

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer software and firmware for games of chance on any computerized platform, namely, dedicated gaming consoles, video based slot machines, reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines with or without video output |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 03/10/2003 | FIRST USE IN COMMERCE DATE | 03/10/2003 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DESCRIPTION OF MARK | The mark consists of the words MR. MONEY BAGS with a picture of a man in a hat smoking a cigar surrounded by bags of money and piles of loose bills and coins. |
| PSEUDO MARK | MISTER MONEY BAGS |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/02/2006 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 02/02/2006 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 014 |
| 02/02/2006 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 013 |
| 01/20/2006 | RCCK | S | LIE CHECKED SUSP - TO ATTY FOR ACTION | 012 |
| 06/23/2005 | RCSC | S | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 011 |
| 12/23/2004 | GNSL | S | LETTER OF SUSPENSION E-MAILED | 010 |
| 12/23/2004 | CNSL | R | SUSPENSION LETTER WRITTEN | 009 |
| 12/02/2004 | ACEC | I | AMENDMENT FROM APPLICANT ENTERED | 008 |
| 11/26/2004 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 007 |
| 11/26/2004 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 006 |
| 05/27/2004 | GNRT | O | NON-FINAL ACTION E-MAILED | 005 |
| 04/13/2004 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 004 |
| 04/12/2004 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 003 |
| 10/11/2003 | GNRT | F | NON-FINAL ACTION E-MAILED | 002 |
| 10/06/2003 | DOCK | D | ASSIGNED TO EXAMINER | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melinda B. Buurma |
|---|---|
| CORRESPONDENCE ADDRESS | Melinda B. Buurma<br>Howard & Howard Attorneys, P.C.<br>39400 Woodward Ave., Suite 101<br>Bloomfield Hills MI USA 48304-5151 |
| DOMESTIC REPRESENTATIVE | NONE |

VGT0065855



VGT0065856

| To: | VIDEO GAMING TECHNOLOGIES, INC. (IPDocket@h2law.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78235953 - MR. MONEY BAGS - 60583-002 |
| Sent: | 2/2/06 3:01:05 PM |
| Sent As: | ECOM113@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/235953

**APPLICANT:**    VIDEO GAMING TECHNOLOGIES, INC.

# *78235953*

**CORRESPONDENT ADDRESS:**
Melinda B. Buurma
Howard & Howard Attorneys, P.C.
39400 Woodward Ave., Suite 101
Bloomfield Hills MI USA 48304-5151

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

*If no fees are enclosed, the address should include the words "Box Responses - No Fee."*

**MARK:**    MR. MONEY BAGS

**CORRESPONDENT'S REFERENCE/DOCKET NO :**    60583-002

**CORRESPONDENT EMAIL ADDRESS :**
IPDocket@h2law.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and email address.

Serial Number  78/235953

## EXAMINER'S AMENDMENT

**ADVISORY – AMENDMENTS TO GOODS/SERVICES:** If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71(a) and TMEP §1402.07(e).

**AMENDMENT(S) AUTHORIZED:** As authorized by Melinda B. Buurma on February 2, 2006, the application is amended as noted below. *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.* Otherwise, no response is necessary. TMEP §707.

### AMENDMENT TO THE PRINCIPAL REGISTER
Upon further review of the file, the examiner withdraws the ornamental refusal and amends the file back to the Principal Register.

### IDENTIFICATION OF GOODS
The identification of goods is amended to read as follows:

Computer software and firmware for games of chance on any computerized platform, namely, dedicated gaming consoles, video based slot machines, reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines with or without video output, in International Class 9.

TMEP §1402.01(e).

VGT0065857

/Tanya Amos/
Trademark Examining Attorney
Law Office 113
(571) 272-9423 Phone
(571) 273-9423 Fax

VGT0065858

**Amos, Tanya**

| | |
|---|---|
| **From:** | Buurma, Melinda S. [MBuurma@HowardandHoward.com] |
| **Sent:** | Monday, April 04, 2005 10:13 AM |
| **To:** | Amos, Tanya |
| **Subject:** | RE: serial number 78235953 |

Hi Tanya, thank you for your response.

Applicant would like to amend the first use and first use in interstate commerce for serial number 78235953 to at least as early as June 17, 2002.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.


/Melinda B. Buurma/

Melinda B. Buurma

Attorney for Applicant


Melinda B. Buurma
Intellectual Property Attorney
Howard & Howard Attorneys, P.C.
The Pinehurst Office Center, Suite 101
Bloomfield Hills, MI 48304-5151
MBuurma@howardandhoward.com <mailto:MBuurma@howardandhoward.com>
(248) 723-0308 - phone
(248) 645-1568 - fax

This communication is confidential and intended only for the addressee. Any distribution or duplication of this communication is prohibited. If this communication was not intended for you, please reply via e-mail immediately and permanently delete this message and all attachments from your system.

Thank you.

-----Original Message-----
From: Amos, Tanya [mailto:Tanya.Amos@USPTO.GOV]
Sent: Monday, April 04, 2005 10:00 AM
To: Buurma, Melinda S.
Subject: RE: serial number 78235953


Melinda,

If you are amending the dates of use, this must be done under declaration. Below is the declaration that needs to be signed and sent back with the proposed request to amend the dates of use.

Applicant should add the following declaration paragraph to the end of its response, and include a dated signature by a person authorized under 37

1

VGT0065859

C.F.R. §2.33(a).  37 C.F.R. §2.20.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____

(Signature)

_____

(Print or Type Name and Position)

_____

(Date)

-----Original Message-----
From: Buurma, Melinda S. [mailto:MBuurma@HowardandHoward.com]
Sent: Friday, March 25, 2005 2:53 PM
To: Amos, Tanya
Subject: serial number 78235953

Hi there, I spoke to you several weeks ago regarding the mark MR. MONEY BAGS and logo and amending the first use date of the mark.  You said that we could simply file it as a response to the office action, but that the mark would still be suspended until the mark MR. MONEY was abandoned or cancelled.  However, when I tried to file an electronic response to the office action that suspended our application, the system would not let me. Therefore, please accept this email as our response.

Please amend the first use and first use in interstate commerce for serial number 78235953 to at least as early as June 17, 2002.

Thank you,
Mindy

/Melinda B. Buurma/

Melinda B. Buurma
Intellectual Property Attorney
Howard & Howard Attorneys, P.C.
The Pinehurst Office Center, Suite 101
Bloomfield Hills, MI 48304-5151
MBuurma@howardandhoward.com <mailto:MBuurma@howardandhoward.com>
(248) 723-0308 - phone
(248) 645-1568 - fax

2

VGT0065860

This communication is confidential and intended only for the addressee. Any distribution or duplication of this communication is prohibited. If this communication was not intended for you, please reply via e-mail immediately and permanently delete this message and all attachments from your system.

Thank you.

VGT0065861

| To: | VIDEO GAMING TECHNOLOGIES, INC. (IPDocket@h2law.com) |
| Subject: | TRADEMARK APPLICATION NO. 78235953 - MR. MONEY BAGS - 60583-002 |
| Sent: | 12/23/04 9:21:21 AM |
| Sent As: | ECOM113@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/235953

**APPLICANT:**    VIDEO GAMING TECHNOLOGIES, INC.

# *78235953*

**CORRESPONDENT ADDRESS:**
Melinda B. Buurma
Howard & Howard Attorneys, P.C.
39400 Woodward Ave., Suite 101
Bloomfield Hills MI USA 48304-5151

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK:**    MR. MONEY BAGS

**CORRESPONDENT'S REFERENCE/DOCKET NO** :    60583-002

**CORRESPONDENT EMAIL ADDRESS**:
IPDocket@h2law.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

Serial Number   78/235953

### NOTICE OF SUSPENSION

This letter responds to the applicant's communication filed on November 26, 2004. The applicant (1) amended the identification of goods, (2) amended the application to the Supplemental Register to overcome the ornamental refusal and (3) argued against the refusal based on the prior pending applications. The amended identification of goods is acceptable as is the amendment to the Supplemental Register.

**SUSPENSION PENDING DISPOSITION OF THE PRIOR PENDING APPLICATIONS**
Action on this application is suspended pending the disposition of:

- Application Serial No(s). **76490610 and 76446039**

The applicant's mark is MR. MONEY BAGS and design for "computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, gaming machines in the nature of bingo machines, all with or without video output."

The prior pending marks are:

Serial No. 76490610 for MR. MONEY MAKER for "Class II gaming machines and computer software for use in Class II gaming machines;"

Serial No. 76446039 for MR. MONEY for "gaming machines for playing electronic bingo games and games of chance."

VGT0065862

Since applicant's effective filing date is subsequent to the effective filing date of the above-identified application(s), the latter, if and when it registers, may be cited against this application. See 37 C.F.R. §2.83. A copy of information relevant to this pending application(s) **was sent previously.** In this case, the marks are highly similar because they all share the words MR. MONEY. The applicant has argued that the consumers in the gaming industry are very sophisticated. Even sophisticated consumers are not immune from source confusion where highly similar marks are applied to related sorts of goods. Expertise in a particular field does not necessarily endow one with expertise with the use of trademarks. Furthermore, the end users of the goods are not necessarily sophisticated. Casinos attract a wide variety of people who are likely to be confused by machines that share the words MR. MONEY.

The applicant may request that the application be removed from suspension by presenting arguments related to the potential conflict between the relevant applications or other arguments related to the ground for suspension. The applicant's election to present or not to present arguments at this time will not affect the applicant's right to present arguments later.

**NOTICE: TRADEMARK OPERATION RELOCATION**

The Trademark Operation has relocated to Alexandria, Virginia. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

> **Commissioner for Trademarks**
> **P.O. Box 1451**
> **Alexandria, VA 22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

> /Tanya Amos/
> Trademark Examining Attorney
> Law Office 113
> (571) 272-9423 Phone
> (571) 273-9423 Fax

VGT0065863

FTC Form 1960 (Rev. 9/2003)
OMB Control #0651-0050 (Exp. 04/30/2009)

## Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **MARK SECTION (no change)** | |
| **ARGUMENT(S)** | |

Pending Applications

Applicant maintains that it should be granted registration in spite of the pending applications for MR. MONEY and MR. MONEY MAKER. Applicant refers the Examining Attorney to its previous response. Applicant further points out that the gaming community is a highly regulated community where the goods are extremely expensive and the consumers are very sophisticated. Therefore, it is unlikely that a consumer would be confused as to the source of the games used in conjunction with the marks at issue.

| | |
|---|---|
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION | |
| computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals, gaming devices, namely, gaming machines, slot machines, bingo machines, all with or without video output | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 03/10/2003 |
| FIRST USE IN COMMERCE DATE | 03/10/2003 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION | |
| computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, gaming machines in the nature of bingo machines, all with or without video output | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 03/10/2003 |
| FIRST USE IN COMMERCE DATE | 03/10/2003 |
| **ADDITIONAL STATEMENTS SECTION** | |
| SUPPLEMENTAL REGISTER | The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register'). |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Melinda B. Buurma/ |
| SIGNATORY NAME | Melinda B. Buurma |

VGT0065864

| SIGNATORY POSITION | Attorney |
|---|---|
| SIGNATORY DATE | 11/26/2004 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Nov 26 22:14:37 EST 2004 |
| TEAS STAMP | USPTO/OA-XXXXXXXXX-200411 26221437988050-78235953-2 00e792e35645a62a97347ba6f 0e1c38dfe-N-N-20041126221 258777273 |

PTO Form 1965 (Rev x/2002)
OMB Control #0651-0050 (Exp. 04/00/XXX

## Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **78235953** is amended as follows:

### Argument(s)

In response to the substantive refusal(s), please note the following:

Pending Applications

Applicant maintains that it should be granted registration in spite of the pending applications for MR. MONEY and MR. MONEY MAKER. Applicant refers the Examining Attorney to its previous response. Applicant further points out that the gaming community is a highly regulated community where the goods are extremely expensive and the consumers are very sophisticated. Therefore, it is unlikely that a consumer would be confused as to the source of the games used in conjunction with the marks at issue.

### Classification and Listing of Goods/Services

**Applicant hereby amends the following class of goods/services in the application as follows:**

Current: Class 009 for computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines, all with or without video output

Original Filing Basis: 1(a).

Proposed: Class 009 for computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, gaming machines in the nature of bingo machines, all with or without video output

### Additional Statements

The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register').

### Response Signature

Signature: /Melinda B. Buurma/    Date: 11/26/2004
Signatory's Name: Melinda B. Buurma
Signatory's Position: Attorney

Serial Number: 78235953
Internet Transmission Date: Fri Nov 26 22:14:37 EST 2004
TEAS Stamp: USPTO/OA-XXXXXXXXX-20041126221437988050-
78235953-200e792e35645a62a97347ba6f0e1e3
8dfe-N-N-20041126221258777273

VGT0065866

| To: | VIDEO GAMING TECHNOLOGIES, INC. (IPDocket@h2law.com) |
| Subject: | TRADEMARK APPLICATION NO. 78235953 - MR. MONEY BAGS - 60583-002 |
| Sent: | 5/26/04 5:24:14 PM |
| Sent As: | ECom113 |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/235953

**APPLICANT:**        VIDEO GAMING TECHNOLOGIES, INC.

**CORRESPONDENT ADDRESS:**
Melinda B. Buurma
Howard & Howard Attorneys, P.C.
39400 Woodward Ave., Suite 101
Bloomfield Hills MI USA 48304-5151

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

**MARK:**    MR. MONEY BAGS

**CORRESPONDENT'S REFERENCE/DOCKET NO :**  60583-002

**CORRESPONDENT EMAIL ADDRESS:**
IPDocket@h2law.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number  78/235953

This letter responds to the applicant's communication filed on April 13, 2004. The applicant (1) submitted evidence of distinctiveness in response to the ornamentation refusal, (2) argued against the prior pending citations, (3) amended the identification of goods and (4) submitted a black and white drawing page. The black and white drawing is acceptable. The Section 2(f) evidence is insufficient. The ornamental refusal is maintained. The amended identification is indefinite and the prior pending citations are maintained.

**CLAIM OF DISTINCTIVENESS UNDER SECTION 2(F) INSUFFICIENT – ORNAMENTATION REFUSAL IS MAINTAINED**

The examining attorney refused registration on the Principle Register because the mark is ornamental as shown on the specimen. In response to refusal to register, the applicant amended its application to seek registration under Section 2(f) of the Principal Register.

The applicant has submitted actual evidence of acquired distinctiveness. The evidence submitted by the applicant, given the brevity of actual use in commerce, is insufficient. The applicant has been using the mark since March 10, 2003. The applicant does provide the amount of adverti expenditures, however, this information alone is not sufficient given the brevity of actual use. The applicant has also submitted articles that refere the popularity of the games. This evidence does not describe the effectiveness of the advertising campaign in fostering consumer recognition of mark as selling the applicant's goods.

Pursuant to Trademark Rule 2.41(a), 37 C.F.R. §2.41(a), an applicant may, in support of registrability, submit affidavits, declarations under 37 C. §2.20, depositions or other appropriate evidence showing the duration, extent and nature of the applicant's use of a mark in commerce that lawfully be regulated by Congress, advertising expenditures in connection with such use, letters or statements from the trade and/or public, or o

VGT0065867

appropriate evidence tending to show that the mark distinguishes the goods or services.

Establishing acquired distinctiveness by actual evidence was explained as follows in In re Owens-Corning Fiberglas Corp., 774 F.2d 1116, 1125, USPQ 417, 422 (Fed. Cir. 1985):

An evidentiary showing of secondary meaning, adequate to show that a mark has acquired distinctiveness indicating the origin of the goods, inclu evidence of the trademark owner's method of using the mark, supplemented by evidence of the effectiveness of such use to cause the purcha public to identify the mark with the source of the product.

The kind and amount of evidence necessary to establish that a mark has acquired distinctiveness in relation to goods or services necessarily depe upon the nature of the mark and the circumstances surrounding the use of the mark in each case. Roux Laboratories, Inc. v. Clairol Inc., 427 I 823, 166 USPQ 34 (CCPA 1970); In re Hehr Mfg. Co., 279 F.2d 526, 126 USPQ 381 (CCPA 1960); In re Capital Formation Counselors, 219 US 916 (TTAB 1983). In the instant case, the applicant's evidence is not sufficient and the ornamentation refusal is maintained.

Applicant may overcome the stated ornamental refusal by doing one of the following, as appropriate:

(1) submitting evidence that the proposed mark has ***acquired distinctiveness*** of the applicant's goods in commerce under Trademark Act Section 2(f), 15 U.S.C. §1052(f). Evidence may consist of examples of advertising and promotional materials that specifically promote the subject matter for which registration is sought *as a mark*, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the subject matter as a mark and any other evidence that establishes recognition of the matter as a mark for the goods. *See* TMEP §1202.03(d); or

(2) submitting evidence that the proposed mark is an ***indicator of secondary source*** or sponsorship for the identified goods. *University Book Store v. University of Wisconsin Board of Regents*, 33 USPQ2d 1385, 1405 (TTAB 1994); *In re Olin Corp.*, 181 USPQ 182 (TTAB 1982). That is, applicant may submit evidence showing that the proposed mark would be recognized as a trademark or service mark through applicant's use of the proposed mark with goods or services *other* than those identified here. *In re Original Red Plate Co.*, 223 USPQ 836, 837 (TTAB 1984). Applicant must establish that, as a result of this use of goods or services, the public would recognize applicant as the secondary source of, or sponsor for, the identified goods. *See* TMEP §1202.03(c); or

(3) submitting a ***substitute specimen*** that shows proper non-ornamental trademark use, along with a statement that "the substitute specimen was in use in commerce at least as early as the application filing date", verified with a notarized affidavit or a signed declaration under 37 C.F.R. §2.20. 37 C.F.R. §<2.59(a)/2.59(b)(1)/2.59(b)(2)>; or

(4) amending the application to seek registration on the ***Supplemental Register***. Trademark Act Section 23, 15 U.S.C. §1091; 37 C.F.R. §§2.47 and 2.75(a); TMEP §§801.02(b), 815 and 816 *et seq.*

The following is a properly worded declaration under 37 C.F.R. §2.20. At the end of the response, the applicant should insert the declaration signed by a person authorized to sign under 37 C.F.R. §2.33(a).

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

## PRIOR PENDING APPLICATIONS – REFUSAL MAINTAINED

The applicant applied to register the mark MR. MONEY BAGS plus a design for "gaming equipment." The examining attorney previously enclosed information regarding pending Application Serial Nos. 76446039 and 76490610. The marks are MR. MONEY for "gaming machines for playing electric bingo games and games of chance" and MR. MONEY MAKER for "gaming machines and software."

The filing dates of the referenced applications precede the applicant's filing date. There may be a likelihood of confusion between the applicant's mark and the referenced marks under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). If one or more of the referenced

VGT0065868

applications matures into a registration, the examining attorney may refuse registration in this case under Section 2(d). 37 C.F.R. Section 2.83; TMEP section 1208.01 because the marks share the words MR. MONEY and are for gaming machines.

The applicant has stated that the term MONEY is weak. Assuming that the variations on the term MONEY are weak, it does not follow that the phrase "MR. MONEY" in itself is weak. However, even if the marks were found to be weak, they would still be entitled to protection from registration of a confusingly similar mark for closely related goods or services. *In re National Data Corp.*, 222 USPQ 515 (TTAB 1984), *aff'd* 224 USPQ 749 (Fed. Cir. 1985); *Plus Products v. Physicians Formula Cosmetics, Inc.*, 198 USPQ 111 (TTAB 1978); *In re Textron, Inc.*, 180 USPQ 341 (TTAB 1973); *In re CloroxCo.*, 578 F.2d 305, 198 USPQ 337 (CCPA 1978). The applicant has further stated that the applicant's mark is distinguishable because it contains the word BAGS and a design element. Because all three marks begin with MR. MONEY, consumers are likely to believe that they emanate from the same source. Moreover, it is the word portion that consumers will use in referring to the goods.

The applicant's identification states that the goods are gaming machines. Action on this application will be suspended pending the disposition of the prior pending applications, upon receipt of the applicant's response.

## IDENTIFICATION OF GOODS

The identification of goods is remains unacceptable as indefinite. The applicant's amended identification is "computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines, all with or without video output."

The phrase "bingo machines" is indefinite because it is not clear that it is a gaming machine. The applicant may amend to "gaming machines in the nature of bingo machines."

For aid in selecting acceptable identifications of goods and services and determining proper classification, the searchable Manual of Acceptable Identifications of Goods and Services is available on the Agency website at the following address: http://www.uspto.gov/web/offices/tac/doc/gsmanual/. The applicant may adopt the following identification, if accurate:

Computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedic: gaming consoles, video and reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, gam machines in the nature of bingo machines, all with or without video output, in International Class 9.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. Section 2.71(a); TMEP section 1402.06. Therefore, the applicant may not amend to include any goods that are not within the scope of goods set forth in the present identification.

## MULTI-CLASS APPLICATIONS

If the applicant prosecutes this application as a combined, or multipleâ€'classapplication based on use in commerce under Trademark Act Section 1(a), 15 U.S.C. §1051(a), the applicant must comply with each of the following:

(1) The applicant must specifically identify the goods in each class and list the goods by international class with the classes listed in ascending numerical order. TMEP §1403.01.

(2) The applicant must submit a filing fee for each international class of goods/services not covered by the fee already paid. 37 C.F.R. §§2.6(a)(1) and 2.86(b); TMEP §§810.01 and 1403.01. Effective January 1, 2003, the fee for filing a trademark application is $335 for each class. This applies to classes added to pending applications as well as to new applications filed on or after that date.

(3) The applicant must submit:

(a) dates of first use and first use in commerce and one specimen for each class that includes goods or services based on use in commerce under Trademark Act Section 1(a). The specimen submitted is acceptable for International Class 9. The dates of use must be at least as early as the filing date of this application, 37 C.F.R. §§2.34(a)(1) and 2.86(a), and the specimen(s) must have been in use in commerce at least as early as the filing date of the application, and/or

(b) a statement of a bona fide intention to use the mark in commerce on or in connection with all the goods or services specified in each class that includes goods or services based on a bona fide intention to use the mark in commerce under Trademark Act Section 1(b), where such statement was not included for the goods or services in the original application.

(4) The applicant must submit an affidavit or a declaration under 37 C.F.R. §2.20 signed by the applicant to verify (3) above. 37 C.F.R. §§2.59(a) and 2.71(c).

The following is a properly worded declaration under 37 C.F.R. §2.20. At the end of the response, the applicant should insert the declaration

signed by a person authorized to sign under 37 C.F.R. §2.33(a).

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

## RESPONSE GUIDELINES

No set form is required for response to this Office action. The applicant must respond to each point raised. The applicant should simply set forth the required changes or statements in writing and request that the Office enter them. Even if the adopted changes are taken directly from the suggestion in the office action [e.g. a change in the identification of goods and services], the applicant should put any desired changes into a written response. This will allow the Office to enter the changes upon receipt of the applicant's response and speed processing of any amendments to the application. The applicant must sign the response. In addition to the identifying information required at the beginning of this letter, the applicant should list the name and law office of the examining attorney, the serial number of this application, the mailing date of this Office action, and the applicant's telephone number.

To ensure that its response is considered timely, applicant may wish to add the following completed "certificate of mailing" to the end of its response. Applicant should keep a photocopy of its response with the signed certificate, in case the response is lost or misplaced. *See* TMEP §§305.02 *et seq.*

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3514, on the date below.

_____
(Typed or Printed Name of Person Signing Certificate)

_____
(Signature)

_____
(Date)

The certificate of mailing procedure does not apply to the initial filing of trademark applications. 37 C.F.R. §2.197(a)(2). If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Tanya Amos/
Trademark Examining Attorney
Law Office 113
(703) 308-9113 Ext. 135 Phone
(703) 746-6485 Fax

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

VGT0065870

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

VGT0065871



VGT0065872

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78235953 |
| **MARK SECTION (current)** | |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | MR. MONEY BAGS |
| COLOR MARK | NO |
| **MARK SECTION (proposed)** | |
| MARK FILE NAME | \\ticrs\EXPORT9\IMAGEOUT9\782\359\78235953\xml1\RO A0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK | The mark consists of the words MR. MONEY BAGS with a picture of a man in a hat smoking a cigar surrounded by bags of money and piles of loose bills and coins.. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 714 x 371 |
| **ARGUMENT(S)** | |

This is in response to the Office Action dated October 11, 2003 regarding the above referenced application for the MR. MONEY BAGS design/logo.

**Prior Pending Applications.** The examining attorney indicated that this application will be suspended pending the disposition of two prior pending applications, namely, the applications for MR. MONEY (Serial No. 76446039) and MR. MONEY MAKER (76490610). Applicant respectfully requests registration of its MR. MONEY BAGS design over these cited marks where there is no likelihood of confusion. Neither of the cited marks is distinctive in that the functional portion of each mark consists of the word "Money" which is generic in the gaming industry. There are currently nearly 200 pending or registered marks for gaming equipment that use the word "Money" as part of the mark. A representative example of the registered marks include the following: MONEY GROOVE (Reg. No. 2626696); MONEY IN THE BANK (Reg. No. 2502227); THE GOOD, THE BAD AND THE MONEY (Reg. No. 2790735); MOONSHINE MONEY (Reg. No. 2798285); RUN FOR YOUR MONEY (Reg. No. 2532153); I.C. MONEY (Reg. No. 2592673); ON THE MONEY (Reg. No. 2466124); SHOW ME THE MONEY (Reg. No. 2774273); MONEY TO BURN (Reg. No. 2424105)(See attached TESS printouts for each of these marks). As further evidence of the fact that "Money" is generic in the gaming industry, the registration for the mark MONEY GRAB (Reg. No. 2472341) disclaims the exclusive right to use the word "Money" apart from the mark. The MR. MONEY and MR. MONEY MAKER marks consist wholly or substantially of the generic word "Money" and are thus, not distinctive. Applicant's mark MR. MONEY BAGS, however, is a design mark which has become distinctive of Applicant's gaming machine due to its substantial use since March of 2003. Applicant has spent well in excess of $50,000 in advertising and promoting its MR. MONEY BAGS game. For example, during January and February 2004, Applicant ran a promotion for its MR. MONEY BAGS game where contestants playing the MR. MONEY BAGS game could win an additional $50,000. (See attached Contest Rules). The lack of distinctiveness of the MR. MONEY and MR. MONEY MAKER marks, the generic nature of the word "Money" in the gaming industry, combined with the distinctiveness of the MR. MONEY BAGS design makes it unlikely that the respective marks will be confused.

VGT0065873

Furthermore, Applicant submits that the marks are not similar when taken as a whole. As stated above, the term "Money" is the functional portion of the the marks cited by the examining attorney. The term "Money," however, it is just one portion of the MR. MONEY BAGS design mark applied for in the subject application. The MR. MONEY BAGS design mark has the additional term "BAGS" along with the highly stylized design of a man surrounded by bags of money differentiating it from the word marks of "MR. MONEY and MR. MONEY MAKER not only in sight, but in sound, and it meaning. This issue has come up several times at the Trademark Trail and Appeal Board (hereinafter "TTAB"). The TTAB has recently found that the marks "RE-GEN" used in conjunction with "non-medicated skin care preparations" and "REGENERATION" used in conjunction with "skin moisturizing creams and lotions" were not likely to be confused. See 1252 OG 25. In addition, the TTAB found that the marks "WALL STREET WINE EXCHANGE" used in conjunction with "wine brokerage services" and "WALL STREET" used in conjunction with "whiskey" were not likely to be confused. Id. In the case, In re Software Design, 220 USPQ 662 (TTAB 1983), the applicant's mark "DOX" for computer programming services was denied registration in view of the mark "DOC'S" for custom manufacture of computer systems. Id. at 663. The Examining Attorney refused registration claiming there was a likelihood of confusion between the two marks. Id. The TTAB reversed the refusal to register relying on the well-known principal that "trademark law is not inflexible and there is no hard and fast rule that likelihood of confusion must automatically be found to exist if there is a similarity in any one of the three elements," sound, appearance or meaning. Id. More specifically, the TTAB found that the marks "DOX" and "DOC'S" "are substantially different in appearance" as are the marks MR. MONEY and MR. MONEY MAKER when compared to the highly stylized design of Applicant's MR. MONEY BAGS design mark.

**Proposed Mark is Ornamental**

The examining attorney stated that the proposed mark is "ornamental" and requested evidence showing that the mark has become distinctive as an indicator of Applicant's gaming equipment. It was suggested that Applicant submit evidence such as advertising or promotional material and/or dealer or customer statements in recognition of the mark. In response to this request, Applicant submits that it has spent well in excess of $50,000 in promoting the MR. MONEY BAGS gaming machine. As stated above for example, in January and February 2004, applicant ran a promotion whereby people playing the MR. MONEY BAGS game could become eligible to win an additional $50,000. Attached are the official rules for the "MR. MONEY BAGS Money Grab" contest as well as print material regarding the promotion. In addition to the substantial advertising undertaken by Applicant, also attached are printouts from casino websites touting the MR. MONEY BAGS game in promoting their casinos. Specifically attached are printouts from the "Choctaw Casino" and Creek Nation Casino" as well an online article from Casinoworkz.com referencing the popularity of games such as MR. MONEY BAGS.

Based on the foregoing response and the evidence submitted, Applicant respectfully request that the mark MR. MONEY BAGS be approved for registration.

## EVIDENCE SECTION

| | |
|---|---|
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0003.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0004.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0005.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0006.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0007.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0008.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0009.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0010.JPG |

| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
|---|---|
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0011.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0012.JPG |
| DESCRIPTION OF EVIDENCE FILE | Tess printout showing term "Money" is generic. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0013.JPG |
| DESCRIPTION OF EVIDENCE FILE | Page one of "Mr. Money Bags Money Grab" contest rules. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0014.JPG |
| DESCRIPTION OF EVIDENCE FILE | Page two of "Mr. Money Bags Money Grab" Contest rules. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0015.JPG |
| DESCRIPTION OF EVIDENCE FILE | Advertisement for "Mr. Money Bags Money Grab" contest. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0016.JPG |
| DESCRIPTION OF EVIDENCE FILE | Advertisement for "Mr. Money Bags Money Grab" contest. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0017.JPG |
| DESCRIPTION OF EVIDENCE FILE | Web advertisment from Choctaw casino advertising "Mr. Money Bags" game. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0018.JPG |
| DESCRIPTION OF EVIDENCE FILE | Advertisement from Creek Nation Casino website advertising "Mr. Money Bags" game. |
| EVIDENCE FILE NAME | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0019.JPG |
| DESCRIPTION OF EVIDENCE FILE | Article from Casinoworkz.com referenceing popularity of "Mr. Money Bags" game. |

### GOODS AND/OR SERVICES SECTION (current)

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION | gaming equipment |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 03/10/2003 |
| FIRST USE IN COMMERCE DATE | 03/10/2003 |

### GOODS AND/OR SERVICES SECTION (proposed)

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION | |

computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals, gaming devices, namely, gaming machines, slot machines, bingo machines, all with or without video output.

| FILING BASIS | Section 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | 03/10/2003 |
| FIRST USE IN COMMERCE DATE | 03/10/2003 |
| STATEMENT TYPE | The substitute specimen(s) was in use in commerce as of the filing date of the application. |
| SPECIMEN FILE NAME(S) | \\tiers\EXPORT9\IMAGEOUT9 \782\359\78235953\xml1\RO A0020.JPG |

| SPECIMEN DESCRIPTION | Picture of the applicant's game bearing the MR. MONEY BAGS mark. |
|---|---|
| **SIGNATURE SECTION** | |
| SIGNATURE | /John P. Seurynck/ |
| SIGNATORY NAME | John P. Seurynck |
| SIGNATORY POSITION | Attorney |
| SIGNATORY DATE | 04/12/2004 |
| SIGNATURE | /John P. Seurynck/ |
| SIGNATORY NAME | John P. Seurynck |
| SIGNATORY POSITION | Attorney |
| SIGNATORY DATE | 04/12/2004 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Mon Apr 12 17:14:24 EDT 2004 |
| TEAS STAMP | USPTO/OA-XXXXXX299-200404 12171424245137-78235953-2 00c87b4d5276716da473d13ec 32a02340-N-N-200404121712 10635697 |

PTO Form 1966 (Rev 9/2002)
OMB Control #0651-0050 (Exp. 04/30/2006)

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **78235953** is amended as follows:

**Mark**

Applicant proposes to amend the mark as follows:

Original: MR. MONEY BAGS (Stylized and/or with Design)

Proposed: (Stylized and/or with Design, see mark)

The mark consists of the words MR. MONEY BAGS with a picture of a man in a hat smoking a cigar surrounded by bags of money and piles of loose bills and coins..

**Argument(s)**

In response to the substantive refusal(s), please note the following:

This is in response to the Office Action dated October 11, 2003 regarding the above referenced application for the MR. MONEY BAGS design/logo.

**Prior Pending Applications**. The examining attorney indicated that this application will be suspended pending the disposition of two prior pending applications, namely, the applications for MR. MONEY (Serial No. 76446039) and MR. MONEY MAKER (76490610). Applicant respectfully requests registration of its MR. MONEY BAGS design over these cited marks where there is no likelihood of confusion. Neither of the cited marks is distinctive in that the functional portion of each mark consists of the word "Money" which is generic in the gaming industry. There are currently nearly 200 pending or registered marks for gaming equipment that use the word "Money" as part of the mark. A representative example of the registered marks include the following: MONEY GROOVE (Reg. No. 2626696); MONEY IN THE BANK (Reg. No. 2502227); THE GOOD, THE BAD AND THE MONEY (Reg. No. 2790735); MOONSHINE MONEY (Reg. No. 2798285); RUN FOR YOUR MONEY (Reg. No. 2532153); I.C. MONEY (Reg. No. 2592673); ON THE MONEY (Reg. No. 2466124); SHOW ME THE MONEY (Reg. No. 2774273); MONEY TO BURN (Reg. No. 2424105)(See attached TESS printouts for each of these marks). As further

VGT0065876

evidence of the fact that "Money" is generic in the gaming industry, the registration for the mark MONEY GRAB (Reg. No. 2472341) disclaims the exclusive right to use the word "Money" apart from the mark. The MR. MONEY and MR. MONEY MAKER marks consist wholly or substantially of the generic word "Money" and are thus, not distinctive. Applicant's mark MR. MONEY BAGS, however, is a design mark which has become distinctive of Applicant's gaming machine due to its substantial use since March of 2003. Applicant has spent well in excess of $50,000 in advertising and promoting its MR. MONEY BAGS game. For example, during January and February 2004, Applicant ran a promotion for its MR. MONEY BAGS game where contestants playing the MR. MONEY BAGS game could win an additional $50,000. (See attached Contest Rules). The lack of distinctiveness of the MR. MONEY and MR. MONEY MAKER marks, the generic nature of the word "Money" in the gaming industry, combined with the distinctiveness of the MR. MONEY BAGS design makes it unlikely that the respective marks will be confused.

Furthermore, Applicant submits that the marks are not similar when taken as a whole. As stated above, the term "Money" is the functional portion of the the marks cited by the examining attorney. The term "Money," however, it is just one portion of the MR. MONEY BAGS design mark applied for in the subject application. The MR. MONEY BAGS design mark has the additional term "BAGS" along with the highly stylized design of a man surrounded by bags of money differentiating it from the word marks of "MR. MONEY and MR. MONEY MAKER not only in sight, but in sound, and it meaning. This issue has come up several times at the Trademark Trail and Appeal Board (hereinafter "TTAB"). The TTAB has recently found that the marks "RE-GEN" used in conjunction with "non-medicated skin care preparations" and "REGENERATION" used in conjunction with "skin moisturizing creams and lotions" were not likely to be confused. See 1252 OG 25. In addition, the TTAB found that the marks "WALL STREET WINE EXCHANGE" used in conjunction with "wine brokerage services" and "WALL STREET" used in conjunction with "whiskey" were not likely to be confused. Id. In the case, In re Software Design, 220 USPQ 662 (TTAB 1983), the applicant's mark "DOX" for computer programming services was denied registration in view of the mark "DOC'S" for custom manufacture of computer systems. Id. at 663. The Examining Attorney refused registration claiming there was a likelihood of confusion between the two marks. Id. The TTAB reversed the refusal to register relying on the well-known principal that "trademark law is not inflexible and there is no hard and fast rule that likelihood of confusion must automatically be found to exist if there is a similarity in any one of the three elements," sound, appearance or meaning. Id. More specifically, the TTAB found that the marks "DOX" and "DOC'S" "are substantially different in appearance" as are the marks MR. MONEY and MR. MONEY MAKER when compared to the highly stylized design of Applicant's MR. MONEY BAGS design mark.

**Proposed Mark is Ornamental**

The examining attorney stated that the proposed mark is "ornamental" and requested evidence showing that the mark has become distinctive as an indicator of Applicant's gaming equipment. It was suggested that Applicant submit evidence such as advertising or promotional material and/or dealer or customer statements in recognition of the mark. In response to this request, Applicant submits that it has spent well in excess of $50,000 in promoting the MR. MONEY BAGS gaming machine. As stated above for example, in January and February 2004, applicant ran a promotion where people playing the MR. MONEY BAGS game could become eligible to win an additional $50,000. Attached are the official rules for the "MR. MONEY BAGS Money Grab" contest as well as print material regarding the promotion. In addition to the substantial advertising undertaken by Applicant, also attached are printouts from casino websites touting the MR. MONEY BAGS game in promoting their casinos. Specifically attached are printouts from the "Choctaw Casino" and Creek Nation Casino" as well an online article from Casinoworkz.com referencing the popularity of games such as MR. MONEY BAGS.

Based on the foregoing response and the evidence submitted, Applicant respectfully request that the mark MR. MONEY BAGS be approved for registration.

| Evidence |
| --- |

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.
Evidence-1

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.
Evidence-2

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.
Evidence-3

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.
Evidence-4

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.
Evidence-5

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.
Evidence-6

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.
Evidence-7

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.

Evidence-8

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.

Evidence-9

Evidence in the nature of Tess printout showing term "Money" is generic. has been attached.

Evidence-10

Evidence in the nature of Page one of "Mr. Money Bags Money Grab" contest rules. has been attached.

Evidence-11

Evidence in the nature of Page two of "Mr. Money Bags Money Grab" Contest rules. has been attached.

Evidence-12

Evidence in the nature of Advertisement for "Mr. Money Bags Money Grab" contest. has been attached.

Evidence-13

Evidence in the nature of Advertisement for "Mr. Money Bags Money Grab" contest. has been attached.

Evidence-14

Evidence in the nature of Web advertisment from Choctaw casino advertising "Mr. Money Bags" game. has been attached.

Evidence-15

Evidence in the nature of Advertisement from Creek Nation Casino website advertising "Mr. Money Bags" game. has been attached.

Evidence-16

Evidence in the nature of Article from Casinoworkz.com referenceing popularity of "Mr. Money Bags" game. has been attached.

Evidence-17

## Classification and Listing of Goods/Services

**Applicant hereby amends the following class of goods/services in the application as follows:**

Current: Class 009 for gaming equipment

Original Filing Basis: 1(a).

Proposed: Class 009 for computer game software or firmware for use in game equipment, namely, with games of chance on any computerized platform, including dedicated gaming consoles, video and reel based slot machines, and video lottery terminals; gaming devices, namely, gaming machines, slot machines, bingo machines, all with or without video output.

**Section 1(a),** Use in Commerce: The mark was first used at least as early as 03/10/2003 and first used in commerce at least as early as 03/10/2003, and is now in use in such commerce.

Applicant hereby submits a specimen for Class 009.

The specimen(s) submitted consists of Picture of the applicant's game bearing the MR. MONEY BAGS mark..

For an application based on 1(a), Use in Commerce, "The substitute specimen(s) was in use in commerce as of the filing date of the application."

Specimen-1

## Declaration Signature

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this amendment/response on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, and that the mark is in use in commerce, and was in use in commerce on the application filing date, on or in connection with the goods and/or services listed in the application; or, if the application is being filed under 15 U.S.C. Section 1051(b), 1126(d) or 1126(e), he/she believes applicant to be entitled to use such mark in commerce, and that the applicant has a bona fide intention, and had a bona fide intention on the application filing date, to use the mark in commerce on or in connection with the goods and/or services listed in the application; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods and/or services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true as set forth within the original application and/or the submitted amendment/response.


Signature: /John P. Seurynck/     Date: 04/12/2004

Signatory's Name: John P. Seurynck

Signatory's Position: Attorney

**Response Signature**

Signature: /John P. Seurynck/    Date: 04/12/2004
Signatory's Name: John P. Seurynck
Signatory's Position: Attorney

Serial Number: 78235953
Internet Transmission Date: Mon Apr 12 17:14:24 EDT 2004
TEAS Stamp: USPTO/OA-XXXXXX299-20040412171424245137-
78235953-200c87b4d5276716da473d13ec32a02
340-N-N-20040412171210635697

VGT0065879



VGT0065880



TESS - Document Display

Page 1 of 2

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Mon Apr 12 04:39:59 EDT 2004*

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:    OR    Jump    to record:    **Record 96 out of 130**

Check Status    TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.

**Typed Drawing**

| | |
|---|---|
| Word Mark | MONEY GRAB |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Currency and/or credit operated slot machines and gaming devices, namely, gaming machines for use in gaming establishments. FIRST USE: 20001020. FIRST USE IN COMMERCE: 20001020 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75846052 |
| Filing Date | November 9, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | June 27, 2000 |
| Registration Number | 2472341 |
| Registration Date | July 24, 2001 |
| Owner | (REGISTRANT) WMS Gaming Inc. CORPORATION DELAWARE 3401 N. California Avenue Chicago ILLINOIS 60618 |
| Attorney of Record | Donald C. Knapp, Jr |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MONEY" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

http://tess2.uspto.gov/bin/showfield?f=doc&state=d3aue7.3.96    4/12/04

VGT0065881



TESS – Document Display

Page 1 of 2

UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:29:59 EDT 2004*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [      ] OR Jump | to record: [      ]   **Record 57 out of 130**

Check Status | *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

**Typed Drawing**

| | |
|---|---|
| Word Mark | MONEY GROOVE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: CURRENCY AND CREDIT OPERATED SLOT MACHINES AND GAMING DEVICES, NAMELY, GAMING MACHINES FOR USE IN GAMING ESTABLISHMENTS. FIRST USE: 20010525. FIRST USE IN COMMERCE: 20010525 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78033368 |
| Filing Date | March 15, 2001 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 28, 2001 |
| Registration Number | 2626696 |
| Registration Date | September 24, 2002 |
| Owner | (REGISTRANT) WMS GAMING INC. CORPORATION DELAWARE 800 SOUTH NORTHPOINT BOULEVARD WAUKEGAN ILLINOIS 60085 |
| Attorney of Record | MARY M. CARLSON |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST

VGT0065882



TESS - Document Display                                                      Page 1 of 2

UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:29:59 EDT 2004*

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  BOTTOM  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ]  OR  Jump | to record: [        ]    Record 59 out of 130

Check Status | *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

Typed Drawing

| | |
|---|---|
| Word Mark | MONEY IN THE BANK |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Gaming equipment, namely, gaming machines and game software used therewith. FIRST USE: 19990914. FIRST USE IN COMMERCE: 19990914 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78047588 |
| Filing Date | February 8, 2001 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 7, 2001 |
| Registration Number | 2502227 |
| Registration Date | October 30, 2001 |
| Owner | (REGISTRANT) Konami Gaming, Inc. CORPORATION NEVADA 7140 S. Industrial Road Suite 200 Las Vegas NEVADA 89118 |
| Attorney of Record | Stephen M. Sunville |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

VGT0065883



TESS - Document Display                                                    Page 1 of 2

United States Patent and Trademark Office

Home     Index     Search     System Alerts     eBusiness Center     News & Notices     Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:29:59 EDT 2004*

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logon when you are done to release system resources allocated for you

[Start] List At: [      ] OR [Jump] to record: [      ]     **Record 70 out of 130**

[Check Status]   *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

**Typed Drawing**

| | |
|---|---|
| Word Mark | THE GOOD, THE BAD AND THE MONEY |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: gaming devices, namely, gaming machines and associated software for use therewith. FIRST USE: 20020917. FIRST USE IN COMMERCE: 20020917 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76465155 |
| Filing Date | December 16, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 16, 2003 |
| Registration Number | 2790735 |
| Registration Date | December 9, 2003 |
| Owner | (REGISTRANT) Aristocrat Technologies, Inc. CORPORATION NEVADA 7295 Amigo Street Las Vegas NEVADA 89118 |
| Attorney of Record | Bernhard Kreten |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [TOP] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

VGT0065884



TESS - Document Display                                                                 Page 1 of 1

UNITED STATES PATENT AND TRADEMARK OFFICE

Home    Index    Search    System    eBusiness    News &    Contact Us
                           Alerts    Center      Notices

Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:39:59 EDT 2004*

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  BOTTOM  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:            OR  Jump  to record:           **Record 76 out of 130**

Check Status  *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

**Typed Drawing**

| | |
|---|---|
| Word Mark | MOONSHINE MONEY |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: gaming machines. FIRST USE: 20020508. FIRST USE IN COMMERCE: 20020808 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76358789 |
| Filing Date | November 2, 2000 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | May 29, 2001 |
| Registration Number | 2798285 |
| Registration Date | December 23, 2001 |
| Owner | (REGISTRANT) IGT CORPORATION NEVADA 9295 Prototype Drive Reno NEVADA 89511 |
| Attorney of Record | AUDREY P. DAMONTE |
| Prior Registrations | 1933064 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS & NOTICES | CONTACT US | PRIVACY STATEMENT

VGT0065885



TESS - Document Display

Page 1 of 2

UNITED STATES PATENT AND TRADEMARK OFFICE

Home    Index    Search    System Alerts    eBusiness Center    News & Notices    Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:29:59 EDT 2003*

PTO HOME    TRADEMARK    TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    BOTTOM    HELP    PREV LIST    CURR LIST
NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:          OR    Jump    to record:          **Record 83 out of 130**

Check Status    TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.

Typed Drawing

| | |
|---|---|
| **Word Mark** | RUN FOR YOUR MONEY |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Gaming machines, namely, slot machines with or without a video output. FIRST USE: 19980820. FIRST USE IN COMMERCE: 19980820 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76281034 |
| **Filing Date** | July 6, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 30, 2001 |
| **Registration Number** | 2532153 |
| **Registration Date** | January 22, 2002 |
| **Owner** | (REGISTRANT) IGT CORPORATION NEVADA 9295 Prototype Drive Reno NEVADA 89511 |
| **Attorney of Record** | Sina Hakim |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME    TRADEMARK    TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    TOP    HELP    PREV LIST    CURR LIST
NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |

http://tess2.uspto.gov/bin/showfield?f=doc&state=d3auc7.3.83    4/12/04

VGT0065886



TESS - Document Display

Page 1 of 2

UNITED STATES PATENT AND TRADEMARK OFFICE

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

### Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:29:59 EDT 2004*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump | to record: [ ]   **Record 88 out of 130**

Check Status | *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

**Typed Drawing**

| | |
|---|---|
| Word Mark | G C MONEY |
| Goods and Services | IC 009. US 021 023 026 036 038 G & S: GAMING MACHINES, SLOT MACHINES FEATURING VIDEO DISPLAYS, ELECTRONIC SLOT MACHINES INCORPORATING COMPUTER SOFTWARE. FIRST USE: 20000300. FIRST USE IN COMMERCE: 20000300 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76100944 |
| Filing Date | May 30, 2000 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 28, 2001 |
| Registration Number | 2592673 |
| Registration Date | July 9, 2002 |
| Owner | (REGISTRANT) ATRONIC INTERNATIONAL GmbH CORPORATION FED REP GERMANY BORSIGSTRASSE 26 LUBBECKE FED REP GERMANY 32312 |
| Attorney of Record | HORST ERIK KASPER |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST

VGT0065887



TESS - Document Display                                    Page 1 of 1

UNITED STATES PATENT AND TRADEMARK OFFICE

Home    Index    Search    System    eBusiness    News &    Contact Us
                           Alerts    Center       Notices

**Trademark Electronic Search System(Tess)**

*TESS was last updated on Mon Apr 12 03:29:39 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:   [    ]   OR   Jump   to record:   [    ]      **Record 90 out of 130**

Check Status   *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

**Typed Drawing**

| | |
|---|---|
| Word Mark | ON THE MONEY |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: gaming devices, namely gaming machines. FIRST USE: 20000921. FIRST USE IN COMMERCE: 20000921 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75557033 |
| Filing Date | September 23, 1998 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | September 7, 1999 |
| Registration Number | 2466124 |
| Registration Date | July 3, 2001 |
| Owner | (REGISTRANT) Casino Data Systems CORPORATION NEVADA 3300 Birtcher Drive Las Vegas NEVADA 89118 |
| Attorney of Record | Bernhard Kreten |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

http://tess2.uspto.gov/bin/showfield?f=doc&state=a1ate7.3.90                 4/12/04

VGT0065888

TESS - Document Display                                                                 Page 1 of 2



UNITED STATES PATENT AND TRADEMARK OFFICE

Home    Index    Search    System Alerts    eBusiness Center    News & Notices    Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:29:59 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you

**Start**  List At: [          ]  OR  **Jump**  to record: [          ]    **Record 91 out of 130**

**Check Status**  *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

**Typed Drawing**
___



| | |
|---|---|
| Word Mark | SHOW ME THE MONEY |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: slot machines and video slot machines with video output capability, computer game software to run games on freestanding video game machines located in gaming centers, casinos, and amusement facilities. FIRST USE: 19970600. FIRST USE IN COMMERCE: 19970600

IC 028. US 022 023 038 050. G & S: stand alone video game machines for use in gaming centers, casinos, and amusement facilities. FIRST USE: 19970600. FIRST USE IN COMMERCE: 19970600 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75428705 |
| Filing Date | July 22, 1997 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 29, 2003 |
| Registration Number | 2774273 |
| Registration Date | October 21, 2003 |
| Owner | (REGISTRANT) IDEA CENTER, INC. CORPORATION NEVADA 4340 Valley View Boulevard Las Vegas NEVADA 89103 |
| Attorney of Record | PHILIP D. JENKINS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

http://tess2.uspto.gov/bin/showfield?f=doc&state=d4mc7.3.91                              4/12/04

VGT0065889



TESS - Document Display                                                    Page 1 of 2

UNITED STATES PATENT AND TRADEMARK OFFICE

Home    Index    Search    System Alerts    eBusiness Center    News & Notices    Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Mon Apr 12 04:20:50 EDT 2004*

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   BOTTOM   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]        **Record 98 out of 130**

Check Status   *TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS.*

**Typed Drawing**

| | |
|---|---|
| Word Mark | MONEY TO BURN |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Reel slot machines; slot machines and gaming machines featuring slot machine type games via video display, coin-operated video output gaming machines, electrical, mechanical and video display gaming machines. FIRST USE: 20000606. FIRST USE IN COMMERCE: 20000606 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75747403 |
| Filing Date | July 7, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 1, 2000 |
| Registration Number | 2424103 |
| Registration Date | January 23, 2001 |
| Owner | (REGISTRANT) WMS Gaming Inc. CORPORATION DELAWARE 3401 N. California Avenue Chicago ILLINOIS 60618 |
| Attorney of Record | Donald F. Knapp, Jr |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   TOP   HELP   PREV LIST   CURR LIST

VGT0065890



VGT0065891

YCS10689001J



VGT0065893



VGT0065894



VGT0065895

Creek Nation Casino | Tulsa

Page 1 of 3



**Get Rich Sooner!**

TULSA    HOME    ABOUT US    BINGO    VIDEO GAMING    VIP CLUB    DIR

Open 24 hours 7 Days a Week • Complimentary Valet Parking • 81 St & Riverside • Tulsa, Oklahoma







**MONDAYS IN MARCH**
5-11 PM
Casino Cache Card holders get $h
casino cash & hourly cache card
prizes!

## Strike it Rich in O
## Video Gaming Ro

Looking for Las Vegas-style excitement? We've got it all with a wide variety of fast-paced, high stakes casino games! Check out our new games — *Mr. Money Bags* — and more! Have fun with our complimentary cocktail and beverage service while playing in our comfortable casino room. And get your share of the money we pay out each month!



**PLAY TIMES**

9am - 1am daily • 7 days a week



## Have Fun!
## Win Big!

⬧ TOP

**PLAY TIMES**



Late Night Concessions Available.

Got a case of the late night munchies? Our grill is open serving great food and drinks!

**WEDNESDAYS IN MARCH**
5-11 PM
Casino Cache Card holders get $3
casino cash & hourly cache card
prizes! (No Men's Night Wed.
March 17th Due to St. Patrick's Day
Promotions.)

VGT0065896

casino, casinos, gambling, bingo, las vegas, rummy





Casino

Casino Players
Casino Odds
High Rollers
Top Casinos
Casino Reviews
Casino
Online Casino
Casino Bonuses
Free Casino Games
Best Online Casinos
Guest Governance
Free Flash Casinos

Wireless Gaming
Wireless Gambling

Land Casinos
Las Vegas Casinos
Land Based Index
Land Based Casinos
International Land
Based Casinos

Gaming Industry
Gambling News
Payment Methods
Gaming Systems
Gaming Software
Casino PDAs
Casino Jokes
Casino Articles
Gambling Quotes
Gambling Guide

User Help
Game Tips
Casino Games
About Us
Site Map

Webmasters
Submit Links
Directory
Banner Exchange

Affiliate
Affiliate Program

Casino Gambling News / 2003 / Vegas Rummy / Archive

## Oklahoma Tribes Want End to Slot Guessing Game

Wednesday December 31, 2003

OKLAHOMA - As reported by the Associated Press: "Amid the Las Vegas style flash of games like Mr. Money Bags and Lucky Leprechaun, Oklahoma's tribal casinos want to end one gamble.

"It's a guessing game in which tribes add new slot-like machines, and then wait to see if U.S. regulators consider them lawful. When tribes lose, they pay by going to court or removing some of their most popular draws.

" A compact, or agreement, that would have legalized some questioned games in exchange for giving Oklahoma an estimated $50 million share of the gambling pot each year is now on hold.

"The gaming changes, linked to an effort to rescue Oklahoma's ailing horse racing industry, lacked support in the state House. It adjourned last month without putting them to a vote.

"Without a compact, tribal casinos can offer only Class II games, such as bingo and pull tabs, and the state cannot touch the earnings.

"The difference between Class II and casino style Class III machines can be so subtle, though, tribes rely on laboratories to make the call. Even then, regulators have disagreed.

" A compact would help tribes avoid costly court battles over game disputes, and give them the chance to buy machines instead of leasing them, | Bob Rabon, an attorney for the Chickasaw and Choctaw nations, | said. The tribes also have faith in the draw of the popular games - enough to give up millions in tax dollars...'



Archived gambling news articles:

22090, 22089, 22088, 22687, 22686, 22646, 22684, 22685, 22682, 22681, 22680, 22679, 22678, 22677, 22676, 22674, 22673, 22672, 22671, 22670, 22669, 22668, 22667, 22666, 22665, 22664, 22663, 22662, 22654, 20328, 4002, 4001, 4000

VGT0065897



VGT0065898



VGT0065899

| To: | VIDEO GAMING TECHNOLOGIES, INC. (IPDocket@h2law.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78235953 - MR. MONEY BAGS - 60583-002 |
| Sent: | 10/11/03 1:30:34 PM |
| Sent As: | ECom113 |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/235953

**APPLICANT:**  VIDEO GAMING TECHNOLOGIES, INC.

**CORRESPONDENT ADDRESS:**
Melinda B. Buurma
Howard & Howard Attorneys, P.C.
39400 Woodward Ave., Suite 101
Bloomfield Hills MI USA 48304-5151

**RETURN ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom113@uspto.gov**

**MARK:**  MR. MONEY BAGS

**CORRESPONDENT'S REFERENCE/DOCKET NO :** 60583-002

**CORRESPONDENT EMAIL ADDRESS:**
IPDocket@h2law.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number 78/235953

The assigned examining attorney has reviewed the referenced application and determined the following.

**NO CONFLICTING REGISTERED MARKS**
The examining attorney has found no conflicting registered marks which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 704.02. The applicant should, however, note the following **prior pending marks**.

**PRIOR PENDING APPLICATIONS**
The applicant applied to register the mark MR. MONEY BAGS plus a design for "gaming equipment." The examining attorney encloses information regarding pending Application Serial Nos. 76446039 and 76490610. The marks are MR. MONEY for "gaming machines for playing electric bingo games and games of chance" and MR. MONEY MAKER for "gaming machines and software." The filing dates of the referenced applications precede the applicant's filing date. There may be a likelihood of confusion between the applicant's mark and the referenced marks under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). If one or more of the referenced applications matures into a registration, the examining attorney may refuse registration in this case under Section 2(d). 37 C.F.R. Section 2.83; TMEP section 1208.01 because the marks share the words MR. MONEY and are for gaming machines. The applicant has not specified the identification and accordingly it is presumed that the id encompasses gaming machines. Action on this application will be suspended pending the disposition of the prior pending applications, upon receipt of the applicant's response resolving the other issues in the file. The applicant should note the following additional grounds for refusal.

VGT0065900

**PROPOSED MARK IS ORNAMENTAL**

The examining attorney refuses registration on the Principal Register because the proposed mark is ornamental as used on the goods. Trademark Act Sections 1, 2 and 45, 15 U.S.C. Sections 1051, 1052 and 1127. The examining attorney must conclude on the present record that the public would perceive the proposed mark merely as a decorative or ornamental feature of the goods and not as an indicator of the source of the goods. *See In re Owens-Corning Fiberglass Corp.*, 774 F.2d 1116, 227 USPQ 417 (Fed. Cir. 1985); *In re David Crystal, Inc.*, 296 F.2d 771, 132 USPQ 1 (CCPA 1961); *In re Villeroy & Boch S.A.R.L.*, 5 USPQ2d 1451 (TTAB 1987); *In re Astro-Gods Inc.*, 223 USPQ 621 (TTAB 1984); *In re Olin Corp.*, 181 USPQ 182 (TTAB 1973); TMEP section 1202.04 *et seq*.

The specimens show the proposed mark affixed in a large design to the center of the gaming machine. It is unlikely that a consumer would perceive the proposed mark as an indicator of source. Accordingly, it cannot be registered on the Principal Register.

<div align="center">

**OPTION**

</div>

The applicant may attempt to overcome the stated refusal in three ways. First, the applicant may submit evidence that the proposed mark has become distinctive of the applicant's goods in commerce. Evidence submitted to show that the mark has acquired distinctiveness as an indicator of the source of the applicant's goods may consist of examples of advertising and promotional materials that specifically promote the subject matter for which registration is sought *as a mark*, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the subject matter as a mark and any other evidence that establishes recognition of the matter as a mark for the goods. *See* TMEP section 1202.04(d).

Second, the applicant may attempt to overcome the refusal by showing that the proposed mark is an indicator of secondary source or sponsorship for the identified goods. That is, the applicant may submit evidence showing that the proposed mark would be recognized as a trademark or service mark through the applicant's use of the proposed mark with goods or services other than those identified here. The applicant must establish that, as a result of this use on other goods or services, the public would recognize the applicant as the secondary source or sponsor of the identified goods. *See* TMEP section 1202.04(c).

Third, the applicant may amend to the Supplemental Register. Certain marks which are not eligible for registration on the Principal Register, but which are capable of distinguishing the applicant's goods or services, may be registered on the Supplemental Register. Marks registered on the Supplemental Register are excluded from receiving some of the advantages of marks registered on the Principal Register. Section 26 of the Act, 15 U.S.C. Section 1904 lists the excluded sections. Registration on the Supplemental Register does permit: (1) use of the federal registration symbol; (2) use of the trademark as a bar to registration of confusingly similar marks; (3) registration abroad based on U.S. rights; and (5) the registrant may bring a suit in federal court.

Provided an application meets the requirements noted in TMEP §1114.02, it may be amended by requesting that the words "Principal Register" be changed to "Supplemental Register," which in effect changes the application from one requesting registration on the Principal Register to one requesting registration on the Supplemental Register.

**INFORMALITIES**

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informalities.

**IDENTIFICATION OF GOODS**

The identification of goods is unacceptable as indefinite. The applicant must specify the gaming equipment using the common commercial name. Depending on the identification, the goods may belong in either International Class 9 or International Class 28. For aid in selecting acceptable identifications of goods and services and determining proper classification, the searchable Manual of Acceptable Identifications of Goods and Services is available on the Agency website at the following address: http://www.uspto.gov/web/offices/tac/doc/gsmanual/. The applicant may adopt the following identification, if accurate:

Gaming equipment, namely, slot machines with or without video output, in International Class 9; and/or

Gaming equipment, namely, chips, game wheels, poker chips, in International Class 28.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. Section 2.71(a); TMEP section 1402.06. Therefore, the applicant may not amend to include any goods that are not within the scope of goods set forth in the present identification.

**MULTI-CLASS APPLICATIONS**

If the applicant prosecutes this application as a combined, or multipleâ€'classapplication based on use in commerce under Trademark Act Section 1(a), 15 U.S.C. §1051(a), the applicant must comply with each of the following:

(1)  The applicant must specifically identify the goods in each class and list the goods by international class with the classes listed in ascending numerical order.  TMEP §1403.01.

(2)  The applicant must submit a filing fee for each international class of goods/services not covered by the fee already paid.  37 C.F.R. §§2.6(a)(1) and 2.86(b); TMEP §§810.01 and 1403.01.  Effective January 1, 2003, the fee for filing a trademark application is $335 for each class.  This applies to classes added to pending applications as well as to new applications filed on or after that date.

(3)  The applicant must submit:

    (a) dates of first use and first use in commerce and one specimen for each class that includes goods or services based on use in commerce under Trademark Act Section 1(a).  The specimen submitted is acceptable for International Class 9.  The dates of use must be at least as early as the filing date of this application, 37 C.F.R. §§2.34(a)(1) and 2.86(a), and the specimen(s) must have been in use in commerce at least as early as the filing date of the application, and/or

    (b) a statement of a bona fide intention to use the mark in commerce on or in connection with all the goods or services specified in each class that includes goods or services based on a bona fide intention to use the mark in commerce under Trademark Act Section 1(b), where such statement was not included for the goods or services in the original application.

(4)  The applicant must submit an affidavit or a declaration under 37 C.F.R. §2.20 signed by the applicant to verify (3) above.  37 C.F.R. §§2.59(a) and 2.71(c).

The following is a properly worded declaration under 37 C.F.R. §2.20.  At the end of the response, the applicant should insert the declaration signed by a person authorized to sign under 37 C.F.R. §2.33(a).

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.


                    _____

                              (Signature)


                    _____

                          (Print or Type Name and Position)


                    _____

                              (Date)

**BLACK AND WHITE DRAWING NEEDED**

The applicant's current drawing is unacceptable because it is blurry and contains gray shading.  The applicant must submit a black and white drawing page.

The requirements for a special‐form drawing are as follows:

    (1) The drawing must appear in black and white; no color is permitted.

    (2) Every line and letter must be black and clear.

    (3)  The use of gray to indicate shading is unacceptable.

    (4) The lining must not be too fine or too close together.

    (5) The preferred size of the area in which the mark is displayed is 2½ inches (6.1 cm.) high and 2½ inches (6.1 cm.) wide.  It should not be larger than 4 inches (10.3 cm.) high or 4 inches (10.3 cm.) wide.

    (6)  If the reduction of the mark to the required size renders any details illegible, the applicant may insert a statement in the application to describe the mark and these details.

37 C.F.R. §2.52; TMEP §§807.01(b) and 807.07(a).  The Office will enforce these drawing requirements strictly.

The Office prefers that the drawing be depicted on a separate sheet of smooth, nonshiny, white paper 8 to 8½ inches (20.3 to 21.6 cm.) wide and 11 inches (27.9 cm.) long, and that the sheet contain a heading listing, on separate lines, the applicant's complete name; the applicant's address; the goods or services recited in the application; and, if the application is filed under Section 1(a) of the Act, the dates of first use of the mark and of first use of the mark in commerce; or, if the application is filed under Section 44(d), the priority filing date of the foreign application. 37 C.F.R. §2.52(b); TMEP §§807.01(a), 807.01(b), 807.01(c) and 807.07(a).

/Tanya L. Amos/
Trademark Examining Attorney
Law Office 113
(703) 308-9113 Ext. 135 Phone
(703) 746-6485 Fax

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

VGT0065903

Print: Oct 11, 2003                              76446039

# MR. MONEY

**Serial Number**
76446039

**Status**
NOTICE OF ALLOWANCE - ISSUED

**Word Mark**
MR. MONEY

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Multimedia Games, Inc. CORPORATION TEXAS 8900 Shoal Creek Blvd. #300 Austin TEXAS 78757

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S: gaming machines for playing electronic bingo games and games of chance.

**Filing Date**
2002/08/29

**Examining Attorney**
LAVINE, JACQUELINE A.

**Attorney of Record**
Peter J. Alessandria

-1-

VGT0065904

Print: Oct 11, 2003                    76490610

# MR. MONEY MAKER

**Serial Number**
76490610

**Status**
NON-FINAL ACTION - MAILED

**Word Mark**
MR. MONEY MAKER

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Crescent Enterprises, LLC LIMITED LIABILITY CORPORATION DELAWARE 920 Frontage Road-Staunton Bridge Greenville SOUTH CAROLINA 29611

**Goods/Services**
Class Status -- ACTIVE. IC 009. US 021 023 026 036 038. G & S: gaming machines and software.

**Filing Date**
2003/02/19

**Examining Attorney**
BRYAN-JOHNSON, HELLEN

**Attorney of Record**
Elizabeth D. Christian

-1-

VGT0065905

*** User: tamos ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 18 | 1 | 17 | 1 | 0:02 | "video gaming technologies"[on] |
| 02 | 7785 | N/A | 0 | 0 | 0:01 | *mr*[bi,ti] |
| 03 | 3965 | N/A | 0 | 0 | 0:05 | *m{"eiy"}:"sz"}t{v;r*[bi,ti] |
| 04 | 8400 | N/A | 0 | 0 | 0:01 | *mon{"eiy"}*[bi,ti] |
| 05 | 5579 | N/A | 0 | 0 | 0:02 | *bag*[bi,ti] |
| 06 | 1175 | N/A | 0 | 0 | 0:01 | 020130[dc] |
| 07 | 15433 | N/A | 0 | 0 | 0:01 | 020131[dc] |
| 08 | 1687 | N/A | 0 | 0 | 0:02 | 090505[dc] |
| 09 | 350 | N/A | 0 | 0 | 0:01 | 100101[dc] |
| 10 | 29 | 15 | 14 | 14 | 0:02 | 130109[dc] |
| 11 | 281 | N/A | 0 | 0 | 0:02 | 190713[dc] |
| 12 | 1162 | N/A | 0 | 0 | 0:02 | 200324[dc] |
| 13 | 867 | N/A | 0 | 0 | 0:01 | 240701[dc] |
| 14 | 2226 | N/A | 0 | 0 | 0:01 | 241703[dc] |
| 15 | 1720 | N/A | 0 | 0 | 0:01 | *dollar*[bi,ti] |
| 16 | 386 | 231 | 155 | 134 | 0:01 | (2 or 3) and (4 or 5 or 6 or 7 or 8 or 9 or 11 or 12 or 13 or 14 or 15) |
| 17 | 319 | 200 | 119 | 108 | 0:01 | 4 and (5 or 6 or 7 or 8 or 9 or 11 or 12 or 13 or 14 or 15) |
| 18 | 86 | 54 | 32 | 31 | 0:01 | 5 and (6 or 7 or 8 or 9 or 11 or 12 or 13 or 14 or 15) |
| 19 | 533 | 311 | 222 | 222 | 0:01 | 6 and (7 or 8 or 9 or 11 or 12 or 13 or 14 or 15) |
| 20 | 430 | 205 | 225 | 225 | 0:01 | 7 and (8 or 9 or 11 or 12 or 13 or 14 or 15) |
| 21 | 27 | 15 | 12 | 12 | 0:01 | 8 and (9 or 11 or 12 or 13 or 14 or 15) |
| 22 | 9 | 5 | 4 | 4 | 0:01 | 9 and (11 or 12 or 13 or 14 or 15) |

VGT0065906

| 23 | 40 | 24 | 16 | 16 | 0:01 | 11 and (12 or 13 or 14 or 15) |
| 24 | 120 | 74 | 46 | 46 | 0:01 | 12 and (13 or 14 or 15) |
| 25 | 55 | 37 | 18 | 18 | 0:01 | 13 and (14 or 15) |
| 26 | 255 | 180 | 75 | 75 | 0:01 | 14 and 15 |
| 27 | 275 | 0 | 2 | 275 | 0:11 | 6 and "028"[cc] not dead[ld] |
| 28 | 4069 | N/A | 0 | 0 | 0:11 | 7 and "028"[cc] not dead[ld] |
| 29 | 773 | 0 | 2 | 773 | 0:12 | 7 and ("028"[ic] or "009"[ic]or a[ic] or b[ic] or 200[ic]) not dead[ld] |
| 30 | 4069 | N/A | 0 | 0 | 0:11 | 7 and "028"[cc] not dead[ld] |
| 31 | 1730 | 0 | 1730 | 555 | 0:10 | 2 and "028"[cc] not dead[ld] |
| 32 | 825 | 0 | 825 | 241 | 0:10 | 3 and "028"[cc] not dead[ld] |

```
Session started  10/11/03 12:21:37 PM
Session finished 10/11/03 1:21:06 PM
Total search duration 1 minutes 41 seconds
Session duration 59 minutes 29 seconds

Default NEAR limit= 1 ADJ limit= 1


Sent to TICRS as Serial Number: 78235953
```

VGT0065907

**Drawing Page**

**Serial Number:**
78235953





**Applicant:**
VIDEO GAMING TECHNOLOGIES, INC.
5951 HIGHWAY 221
ROEBUCK TN USA 29376

**Date of First Use:**
03/10/2003
**Date of First Use in Commerce:**
03/10/2003
**Goods and Services:**
gaming equipment

**Mark:**





NO OCR



04-09-2003

VGT0065908



VGT0065909

**Internet Transmission Date:**
2003/04/09

**Serial Number:**
78235953



**Filing Date:**
2003/04/09

TRADEMARK APPLICATION

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

TOTAL FEES PAID: $335

RAM SALE NUMBER: 437
RAM ACCOUNTING DATE: 04/10/2003

NO OCR

04-09-2003

VGT0065910

78235953

| DOCUMENT INFORMATION | |
|---|---|
| **TRADEMARK/SERVICEMARK APPLICATION** | |
| **VERSION 1.24** | |
| **APPLICANT INFORMATION** | |
| NAME | VIDEO GAMING TECHNOLOGIES, INC. |
| STREET | 5951 HIGHWAY 221 |
| CITY | ROEBUCK |
| STATE | TN |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 29376 |
| **APPLICANT ENTITY INFORMATION** | |
| CORPORATION: STATE/COUNTRY OF INCORPORATION | Tennessee |
| **TRADEMARK/SERVICEMARK INFORMATION** | |
| MARK | |
| TYPED FORM | No |
| **BASIS FOR FILING AND GOODS/SERVICES INFORMATION** | |
| USE IN COMMERCE: SECTION 1(a) | Yes |
| SPECIMEN | Yes |
| SPECIMEN DESCRIPTION | N/A |
| INTERNATIONAL CLASS NUMBER | 009 |
| LISTING OF GOODS AND/OR SERVICES | gaming equipment |
| FIRST USE | 03/10/2003 |

78235953

04/14/2003 3:06 PM

VGT0065911

eTeas Trademark/Service Mark Application

78235953

| ANYWHERE DATE | |
|---|---|
| FIRST USE IN COMMERCE DATE | 03/10/2003 |
| **ATTORNEY INFORMATION** | |
| NAME | Melinda B. Buurma |
| STREET | 39400 Woodward Ave., Suite 101 |
| CITY | Bloomfield Hills |
| STATE | MI |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 48304-5151 |
| FIRM NAME | Howard & Howard Attorneys, P.C. |
| E-MAIL ADDRESS | IPDocket@h2law.com |
| AUTHORIZE E-MAIL COMMUNICATION | Yes |
| TELEPHONE NUMBER | 248-645-1483 |
| FAX NUMBER | 248-645-1568 |
| ATTORNEY DOCKET NUMBER | 60583-002 |
| OTHER APPOINTED ATTORNEY(S) | Brian D. Herrington |
| **FEE INFORMATION** | |
| TOTAL FEES PAID | 335 |
| NUMBER OF CLASSES PAID | 1 |
| NUMBER OF CLASSES | 1 |
| **LAW OFFICE INFORMATION** | |
| E-MAIL ADDRESS | IPDocket@h2law.com |

78235953

04/14/2003 3:06 PM

VGT0065912

eTeas Trademark/Service Mark Application

78235953

| FOR CORRESPONDENCE | |
|---|---|
| **SIGNATURE AND OTHER INFORMATION** | |
| SIGNATURE | /Melinda B. Buurma/ |
| DATE | 04/09/2003 |
| NAME | Melinda B. Buurma |
| TITLE | Attorney |
| **MAILING ADDRESS** | |
| LINE | Melinda B. Buurma |
| LINE | Howard & Howard Attorneys, P.C. |
| LINE | 39400 Woodward Ave., Suite 101 |
| LINE | Bloomfield Hills MI USA 48304-5151 |
| **SERIAL NUMBER INFORMATION** | |
| SERIAL NUMBER | 78235953 |
| **RAM INFORMATION** | |
| RAM SALE NUMBER | 437 |
| RAM ACCOUNTING DATE | 04/10/2003 |
| INTERNET TRANSMISSION DATE | Wed Apr 09 19:39:08 EDT 2003 |
| TEAS STAMP | USPTO/BAS-642444519-20030409193908110458-78235953-2003716501d168fc046122f644c31071c1-CC-437-20030409193645865103 |
| E-MAIL ADDRESS FOR ACKNOWLEDGMENT | IPDocket@h2law.com |

78235953

04/14/2003 3:06 PM

VGT0065913

eTeas Trademark/Service Mark Application                                    78235953

<SERIAL NUMBER>   78235953
<FILING DATE>   04/09/2003

**<DOCUMENT INFORMATION>**
<TRADEMARK/SERVICEMARK APPLICATION>
<VERSION 1.24>

**<APPLICANT INFORMATION>**
<NAME>                    VIDEO GAMING TECHNOLOGIES, INC.
<STREET>                  5951 HIGHWAY 221
<CITY>                    ROEBUCK
<STATE>                   TN
<COUNTRY>                 USA
<ZIP/POSTAL CODE>         29376

**<APPLICANT ENTITY INFORMATION>**
<CORPORATION: STATE/COUNTRY OF INCORPORATION>   Tennessee

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK>
<TYPED FORM>   No
~Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended).~

**<BASIS FOR FILING AND GOODS/SERVICES INFORMATION>**
<USE IN COMMERCE: SECTION 1(a)>   Yes
~The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.~
Applicant attaches one SPECIMEN for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services.
<SPECIMEN>   Yes
<SPECIMEN DESCRIPTION>   N/A
<INTERNATIONAL CLASS NUMBER>   009
<LISTING OF GOODS AND/OR SERVICES>   gaming equipment
<FIRST USE ANYWHERE DATE>   03/10/2003
<FIRST USE IN COMMERCE DATE>   03/10/2003

**<ATTORNEY INFORMATION>**
<NAME>                    Melinda B. Buurma
<STREET>                  39400 Woodward Ave., Suite 101

PTO Form 1478 (Rev 9/98)                                78235953
OMB No. 0651-0009 (Exp. 08/31/01)
Page 1 of 3                                             04/14/2003 3:08 PM

VGT0065914

eTeas Trademark/Service Mark Application

78235953

| | |
|---|---|
| <CITY> | Bloomfield Hills |
| <STATE> | MI |
| <COUNTRY> | USA |
| <ZIP/POSTAL CODE> | 48304-5151 |
| <FIRM NAME> | Howard & Howard Attorneys, P.C. |
| <E-MAIL ADDRESS> | IPDocket@h2law.com |
| <AUTHORIZE E-MAIL COMMUNICATION> | Yes |
| <TELEPHONE NUMBER> | 248-645-1483 |
| <FAX NUMBER> | 248-645-1568 |
| <ATTORNEY DOCKET NUMBER> | 60583-002 |
| <OTHER APPOINTED ATTORNEY(S)> | Brian D. Herrington |

**<FEE INFORMATION>**
<TOTAL FEES PAID>   335
<NUMBER OF CLASSES PAID>   1
<NUMBER OF CLASSES>   1

**<LAW OFFICE INFORMATION>**
~The USPTO is authorized to communicate with the applicant's attorney at the below e-mail
address~
<E-MAIL ADDRESS FOR CORRESPONDENCE>   IPDocket@h2law.com

**<SIGNATURE AND OTHER INFORMATION>**
~The undersigned, being hereby warned that willful false statements and the like so made are
punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such
willful false statements, and the like, may jeopardize the validity of the application or any
resulting registration, declares that he/she is properly authorized to execute this application on
behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service
mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section
1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of
his/her knowledge and belief no other person, firm, corporation, or association has the right to
use the mark in commerce, either in the identical form thereof or in such near resemblance
thereto as to be likely, when used on or in connection with the goods/services of such other
person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of
his/her own knowledge are true; and that all statements made on information and belief are
believed to be true.~

| | |
|---|---|
| <SIGNATURE> | /Melinda B. Buurma/ |
| <DATE> | 04/09/2003 |
| <NAME> | Melinda B. Buurma |
| <TITLE> | Attorney |

**<MAILING ADDRESS>**
<LINE>   Melinda B. Buurma

78235953

04/14/2003 3:06 PM

VGT0065915

78235953

<LINE>    Howard & Howard Attorneys, P.C.
<LINE>    39400 Woodward Ave., Suite 101
<LINE>    Bloomfield Hills MI USA 48304-5151

**<SERIAL NUMBER INFORMATION>**
<SERIAL NUMBER>    78235953

**<RAM INFORMATION>**
<RAM SALE NUMBER>    437
<RAM ACCOUNTING DATE>    04/10/2003
<INTERNET TRANSMISSION DATE>    Wed Apr 09 19:39:08 EDT 2003
<TEAS STAMP>
USPTO/BAS-642444519-20030409193908110458-78235953-
2003716501d168fc046122f644c31071c1-CC-437-20030409193645865103
E-MAIL ADDRESS FOR ACKNOWLEDGMENT>    IPDocket@h2law.com

78235953

04/14/2003 3:06 PM

VGT0065916

**Drawing Page**

Serial Number:

78235953



**Applicant:**
VIDEO GAMING TECHNOLOGIES, INC.
5951 HIGHWAY 221
ROEBUCK TN USA 29376

**Date of First Use:**
03/10/2003
**Date of First Use in Commerce:**
03/10/2003
**Goods and Services:**
gaming equipment

**Mark:**




NO OCR


04-09-2003

VGT0065917



VGT0065918

ORIGINAL SPECIMEN

**Internet Transmission Date:**
2003/04/09

**Serial Number:**
78235953

**Filing Date:**
2003/04/09



The applicant has submitted required color specimen. The USPTO has printed only one copy of the specimen, and extra copies can be produced in-house as needed.

VGT0065919



VGT0065920