# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
                              Plaintiff,

vs.

CASTLE HILL STUDIOS LLC, et al.,
                              Defendants.

Case Number: 17-CV-454-GKF-JFJ
Proceeding: Status/Scheduling Hearing
Date: 11-13-2018
Court Time: 1:30 p.m.

## MINUTE SHEET

| Gregory K. Frizzell, Chief District Judge | K. Perkins, Deputy Clerk | Brian Neil, Reporter |

Counsel for Plaintiff: Gary Rubman, Peter Swanson, Dean Luthey

Counsel for Defendant: Henry Platt, Robert Gill, James Hodges, Jonathan Jacobs

Minutes: Case called for hearing with counsel present to discuss the status of the case and pending motions. Plaintiff announced there was no opposition to Defendants' Motion to Strike Jury Demand [Doc. 201] and the Motion was granted. Within 10 days, Parties are to advise the court in writing as to which of the pending Amotions will need to be ruled on prior to the ruling on motions for summary judgment as well as any portions that may be moot. Scheduling was discussed and an amended scheduling order will be entered separately. Court advised out-of-state counsel upon request, they may appear telephonically.

Court Time: 1:38 - 2:20 p.m.