IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>   (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>   (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>   (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-JFJ |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE
TO EXCLUDE EVIDENCE RELATING TO A CERTAIN ALGORITHM**

Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC's (collectively, "CHG") Motion *in Limine* to Exclude Evidence Relating to a Certain Algorithm (Dkt. 156, "Motion") is moot. The Motion requests that a particular trade secret claim be tried to the Court instead of the jury. Mot. at 1. This relief is no longer necessary in light of the Court granting Defendants' Motion to Strike Jury Demand, Dkt. 201, which Plaintiff Video Gaming Technologies, Inc. ("VGT") did not oppose. *See* Dkt. 202.

This Response is not an admission of any facts stated in the Motion, nor does it constitute agreement with any legal arguments made in the Motion. VGT does not believe an explanation of any disagreement with the facts or arguments made in the Motion is warranted in light of the Motion's mootness.

For the foregoing reasons, CHG's Motion should be denied as moot.

November 15, 2018                              Respectfully submitted,

*/s/ Gary M. Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

**Counsel for Video Gaming Technologies, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018, I filed an unredacted version of the foregoing Plaintiff's Response to Defendants' Motion *in Limine* to Exclude Evidence Relating to a Certain Algorithm via ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                  */s/ Gary M. Rubman*