# EXHIBIT A





**KimKyle**
Senior Member

Join Date: Jul 2015
Posts: 1,202
Post Thanks / Like

> **Originally Posted by foamy**
> *Awesome is it close to you?*

Yes it's a little over an hour from my house. They posted several pics on FB. We have been waiting for this for a long time.

I wonder if they will have the machines paying good right now to suck us in?

Reply With Quote

---

**05-17-2016, 06:43 PM** #4

**hccj**
Senior Member

Join Date: Aug 2015
Posts: 170
Post Thanks / Like

Kim, is this the casino that was closed down and has been in litigation? Where is it located in Texas?

Reply With Quote

---

**05-17-2016, 06:44 PM** #5

**ChellesBelles**
Senior Member

Join Date: Jan 2016
Location: On an interstate near you
Posts: 1,058
Post Thanks / Like

Used to travel through there quite often. Maybe this is the start of more TX casinos? Fingers crossed for a long honeymoon period for you once it opens!

Sent from my LGL16C using Tapatalk

Reply With Quote

---

**05-17-2016, 06:53 PM** #6

**KimKyle**
Senior Member

Join Date: Jul 2015
Posts: 1,202
Post Thanks / Like

> **Originally Posted by hccj**
> *Kim, is this the casino that was closed down and has been in litigation? Where is it located in Texas?*

Yes that's the one. The address is Livingston,TX. That's the closest town.
That screen shot was from their Facebook page.

Reply With Quote

**05-17-2016, 06:54 PM**                                                              #7

**KimKyle**
Senior Member



Join Date:     Jul 2015
Posts:         1,202
Post Thanks / Like

> **Originally Posted by ChellesBelles**
> *Used to travel through there quite often. Maybe this is the start of more TX casinos? Fingers crossed for a long honeymoon period for you once it opens!*
>
> *Sent from my LGL16C using Tapatalk*

That's what I'm hoping for ! We will go check out the soft opening for sure. I'm off on Friday so maybe then!

Reply With Quote

---

**05-17-2016, 07:18 PM**                                                              #8

**darrellk**
Senior Member



Join Date:     Jul 2015
Location:      Americas Dairyland
Posts:         2,257
Post Thanks / Like

Kim this sounds like a small Class 2 Bingo style machine set-up. Hope you like it or learn to tolerate it for when you need to scratch the gambling itch. I stopped going to the one here in Madison, WI cause it is to frustrating. I have a lot of Class 3 casinos within 2 hours so I would rather play at one of them. Good Luck if you go & tell DH that this Packers Fan says hey.

I'm a Joker, a Nonsmoker, & a former Midnight Toker.... Steve Miller Band

Reply With Quote

Post Thanks / Like - 2 Thanks, 0 Likes, 0 Dislikes
KimKyle, charlie50 thanked for this post

---

**05-17-2016, 07:29 PM**                                                              #9

**KimKyle**
Senior Member



Join Date:     Jul 2015
Posts:         1,202
Post Thanks / Like

**A new casino in Texas!**

> **Originally Posted by darrellk**
> *Kim this sounds like a small Class 2 Bingo style machine set-up. Hope you like it or learn to tolerate it for when you need to scratch the gambling itch. I stopped going to the one here in Madison, WI cause it is to frustrating. I have a lot of Class 3 casinos within 2 hours so I would rather play at one of them. Good Luck if you go & tell DH that this Packers Fan says hey.*

Yes that's exactly what it is. From the pics they posted on FB it looks like they have crowded the machines very close together. So we will see. I'm hoping they have some red screen machines since it seems that people do well on those. We consider Coushatta our home casino and that's over 3 hours away with the ones in Lake Charles just a little closer. So hopefully it will be a fun place to spend a couple hours every now and then.

I will tell him for sure !

*Last edited by KimKyle; 05-17-2016 at 08:04 PM.*





http://jokerswildforum.com/showthread.php?2542-A-new-casino-in-Texas!/page2[10/25/2017 1:01:17 PM]

VGT0001678



Yep just up 59 to Livingston. I will report in for sure

**Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes**
charlie50 thanked for this post

05-17-2016, 10:58 PM    #14

**KimKyle**
Senior Member
Join Date: Jul 2015
Posts: 1,202

> Originally Posted by **Brandon**
> *Good luck! Please report back, I am anxious to hear how it goes!*

Thanks Brandon! I don't see any red lucky ducks in the pics. Maybe you can pic them out. Look up Alabama Coushatta tribe on FB if you want to see. I will let y'all know for sure.

05-17-2016, 11:00 PM    #15

**Brandon**
Senior Member
Join Date: Nov 2015
Location: Longview, TX
Posts: 670

I checked them out and I do think I see some VGT $1 machines in one of the pics on the right wall.

Sent from my SM-G900V using Tapatalk

05-17-2016, 11:02 PM    #16

**Brandon**
Senior Member



Join Date: Nov 2015
Location: Longview, TX
Posts: 670

Post Thanks / Like



There on the right.

Sent from my SM-G900V using Tapatalk

Reply With Quote

---

**05-17-2016, 11:13 PM**    #17

**KimKyle**
Senior Member



Join Date: Jul 2015
Posts: 1,202

Post Thanks / Like

> **Originally Posted by peggy**
> Kim, I never went there when it was open before, but I know of people who did. There were times you had to wait outside just to go in and then if you wanted to play a machine you just about had to play whatever no one was playing at the time. I hope they get the OK to enlarge it and make it bigger.

I never went there before either. I'm sure it will be very crowded. We called and they said they are open 24/7 but NO alcohol so maybe that will discourage some people. I hope so!

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

 twinslotaddicts thanked for this post

---

**05-17-2016, 11:17 PM**    #18

**twinslotaddicts**
Senior Member

Join Date: Feb 2015
Location: Long Beach, CA
Posts: 1,937

Post Thanks / Like

> **Originally Posted by KimKyle**
> I never went there before either. I'm sure it will be very crowded. We called and they said they are open 24/7 but NO alcohol so maybe that will discourage some people. I hope so!

You'll have to text me when you get there and let me know what you think!!! Must be very exciting !!!

Ang

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



VGT0001681

Feedback Buttons provided by Advanced Post Thanks / Like v3.3.2 (Lite) - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on HiVelocity Hosting.
User Alert System provided by Advanced User Tagging v3.2.4 (Lite) - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on HiVelocity Hosting.



http://jokerswildforum.com/showthread.php?2542-A-new-casino-in-Texas!/page3[10/25/2017 1:06:50 PM]

VGT0001683

Sunday morning trip like today.

Here's one pic from a bonus



Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

 **Brandon** thanked for this post

05-22-2016, 07:06 PM                                                                                     #23

**RiverSong**
Senior Member

Join Date:   Feb 2015
Location:   Far far away
Posts:      1,949

Post Thanks / Like

> Thanks Kim, I use to go years ago. I don't like the drive on 59, once out of Houston though it's a nice ride. Was it crowded at the time you went?

> When I want fun I go to a casino....Nothing like a cock, slot and a handy!!

Reply With Quote

05-22-2016, 07:10 PM                                                                                     #24

**KimKyle**
Senior Member



Join Date:   Jul 2015
Posts:      1,202

> Originally Posted by **RiverSong**
>
> Thanks Kim, I use to go years ago. I don't like the drive on 59, once out of Houston though it's a nice ride. Was it crowded at the time you went?

No, we went very early this morning and it was almost empty. The new Grand Parkway runs right by my neighborhood so we jumped on that and got to 59 really quick so it was an easy drive. But 59 through town is awful, I agree.



**KimKyle**
Senior Member

Join Date: Jul 2015
Posts: 1,202

Post Thanks / Like

**A new casino in Texas!**

> Originally Posted by **RiverSong**
> *Early like 9:00am @KimKyle. Also, what is a red screen?*

No we got there about 7. We were up early and wanted to see it without a crowd.

A red screen is the bonus feature in those VGT class 2 machines we play in Oklahoma.

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

RiverSong thanked for this post

---

05-22-2016, 08:36 PM    #29

**KimKyle**
Senior Member

Join Date: Jul 2015
Posts: 1,202

Post Thanks / Like

**A new casino in Texas!**

> Originally Posted by **Warren**
> *VGT wasn't one of the manufacturers that I heard they have... I did hear they have some Castle Hill Gaming http://www.castlehillgaming.com/ Castle Hill Gaming was started by some ex VGT folks and the games look very similar. Not sure how similar they play, but I would guess pretty close.*

Thanks @Warren . That's the ones they have. I forgot to look at manufacturers but I will next time.

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

Warren thanked for this post

---

06-02-2016, 03:29 AM    #30

**mhetrick**
Member

Join Date: Oct 2015
Location: Tyler, TX
Posts: 43

Post Thanks / Like

It's interesting they were allowed to reopen, but I probably wouldn't go. I'm not a fan of Class II bingo machines anyways. Can't wait to hear how they do though in the first few months.

Reply With Quote

Page 3 of 3    First    1  2  **3**

Quick Navigation ▼ Slots, Dice, and Cards    Top

« Previous Thread | Next Thread »

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On

HTML code is On

**Forum Rules**

----- JW      Contact Us   Jokers Wild Gambling Emporium   Archive   Top

All times are GMT. The time now is 05:06 PM.

Powered by vBulletin® Version 4.2.3
Copyright © 2017 vBulletin Solutions, Inc. All rights reserved.

Feedback Buttons provided by Advanced Post Thanks / Like v3.3.2 (Lite) - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on HiVelocity Hosting.
User Alert System provided by Advanced User Tagging v3.2.4 (Lite) - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on HiVelocity Hosting.