# EXHIBIT B

# Naskila Gaming
@naskilagaming

- Home
- About
- Photos
- Reviews
- Videos
- **Posts**
- Community

**Naskila Gaming** added 3 new photos.
July 30

MORE Weekend Jackpot Alerts Y'all! Lots of jackpots yesterday--Daniel from Taylor, TX won a lucky $5,354 jackpot during his FIRST VISIT EVER; Joeseal from Trinity, TX was feeling twice as nice with a $8,650 jackpot on Dublin Your Luck and Tammye from Madisonville, TX scorched a $13,730 jackpot on Amazing Hot! What a Saturday! #PlayInTexas



Like   Show more reactions
Comment   Share

186   Chronological

**Casino in Livingston, Texas**
4.4 ★★★★☆ · Always Open

**Community**   See All
Invite your friends to like this Page
17,954 people like this
18,225 people follow this

**About**   See All

Chat (15)

540 State Park Road 56
Livingston, Texas 77351

(936) 563-2946

Typically replies within a day
Send Message

naskila.com

Casino · Landmark & Historical Place · Food & Beverage

Hours
Always Open

**Pages liked by this Page**

Alabama Coushatta T...   Like

KHOU 11 News   Like

30 Shares
14 Comments

Comments

**Kita Lois** Twana Mack... look at hot dog!!
Like Show more reactions · Reply · July 30 at 9:40am

**Hussien Alnasery** Haider Abass
Like Show more reactions · Reply · 1 · July 30 at 9:50am

**Kathryn Taylor Boykin** Congrats! I hope I'm lucky for my bday!!
Like Show more reactions · Reply · July 30 at 11:24am

**Lupe Compian** Omw
Like Show more reactions · Reply · July 30 at 11:26am

**Tiffany Imsogudatit Nash** BaldHead Reggie yesterday
Like Show more reactions · Reply · July 30 at 12:05pm

**Joe Fuentes** I'm next to win
Like Show more reactions · Reply · July 30 at 1:19pm

**Brenda King** Play the max are you lose
Like Show more reactions · Reply · July 30 at 2:14pm

**Alice-Howard Ray** Is the new part open yet?
Like Show more reactions · Reply · 1 · July 30 at 2:35pm

1 Reply

**Teresa Anthony** Part of it is!
Like Show more reactions · Reply · July 30 at 2:54pm

**Dana Ramsey-Keblish** Looks like I need to come play some VGT
Like Show more reactions · Reply · 1 · July 30 at 3:54pm

    **Steven Hieronymus** Castle Hill - CHG
    Like Show more reactions · Reply · July 31 at 9:48pm

    Write a reply...

**Mary Ann Cadena** Congratulations to all. One day I will join that group of winners.
Like Show more reactions · Reply · July 30 at 4:10pm

**Enrique Castellanos** Sara Castellanos Silva
Like Show more reactions · Reply · July 30 at 5:54pm

**Daniel Geegan** Selma Primm Benjamin
Like Show more reactions · Reply · July 30 at 10:01pm

**Jerry Mcgee** Molly Chapman
Like Show more reactions · Reply · July 31 at 1:20am

Write a comment...

---

**Naskila Gaming** added 2 new photos.
October 20 at 2:19pm ·

More Jackpots Y'all--Kingwood edition! We had Danny from Kingwood, TX claiming a shiny $21,275.00 on Platinum Express, and also Ernest from Kingwood, TX just won $5,130.00 on Double Wolf! What are you waiting for?! #MORE #PlayInTexas

---

QualityMarineService — Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2017

Like   Show more reactions
Comment   Share

1.4K   Chronological
98 Shares

Comments

View previous comments

**Marlizzy Leal** Yesssssssss!!! In Gods will and Blessing!!!wooohooo
Like Show more reactions · Reply · 1 · 13 hrs

**Marlizzy Leal**

GIF

Like Show more reactions · Reply · 2 · 13 hrs

**Naskila Gaming** added 2 new photos.
October 18 at 2:42pm

More Jackpots Y'all! Ineequa from Huntsville, TX just toasted a $10,048 jackpot on Mr. Martini, and Michael from Onalaska, TX had a ball yesterday winning $15,891.02 on Superball Lotto! #MORE #PlayInTexas



Like  Show more reactions
Comment    Share

112                                                 Chronological ▼

16 Shares
Comments
View 5 more comments

**Melissa Capps** Ginger Capps
Like Show more reactions · Reply · October 19 at 2:07pm

**Wilfredo Garcia** Alejandra Garcia
Like Show more reactions · Reply · 1 · October 20 at 10:52am

Write a comment...

**Naskila Gaming**
October 17 at 12:00pm

You are invited to Celebrate the Culture of the Alabama Coushatta Tribe of Texas this Saturday, October 21st from 9am - noon at Naskila Gaming!

Join us for traditional Alabama-Coushatta cuisine, artisan tribal vendors with handmade crafts and live music featuring drumming and singing. Plus, enjoy Alabama-Coushatta tribal dancers in their stunning regalia. You will see the

newly revitalized section of the Historical Living Indian Village located adjacent to Naskila Gaming behind the Old Council House. We hope to see you here!



**Naskila Gaming**
Casino

Learn More

Like   Show more reactions
Comment   Share

2.2K   Chronological ▼

512 Shares

**Comments**

View previous comments

**Agenda Burnett** Kmberly Kimberly Hollister Wilkerson r we going? wake me up!
Like Show more reactions · Reply · October 21 at 1:17am

**Susie Brooks** Does anyone know if children are allowed at this event? Would love to bring my granddaughter to see!
Like Show more reactions · Reply · 1 · October 21 at 6:44am

↳ 1 Reply

Write a comment...

---



**Naskila Gaming** is at 📍 Polk County Commerce Center.
October 16 at 11:31am · Livingston, TX · ❄

We had a great time on Sunday, October 1st presenting the great Neal McCoy live in Livingston to benefit the Polk County Higher Education & Technology Foundation--the event was a great success! Thank you to everyone who attended. #MORE #PlayInTexas



1K Views

👍 Like   Show more reactions
💬 Comment   ↪ Share

❤️👍 46                                          Chronological ▼

**Comments**

View 2 more comments

**Brian Ring** Great concert! When will they post photos from the meet and greet?
Like · Show more reactions · Reply · October 17 at 11:00pm

**Diane Hobbs** Great picture 🙂
Like · Show more reactions · Reply · October 19 at 10:35am

Write a comment...

---

**Naskila Gaming**
October 15 at 2:49pm · ☀

Friday the 13th was a lucky day indeed--we had 47 jackpots over $1200 totaling $132,023.95! What are you waiting for?! #MORE #PlayInTexas





Like   Show more reactions
Comment   Share

42                                                                  Chronological ▼

11 Shares

Comments

View 1 more comment

**Jenice DuBard** Judy Williams Rigsby
Like Show more reactions · Reply · October 15 at 3:02pm

**Matthew Olivarez** I was there on Sunday good day 🙂
Like Show more reactions · Reply · October 15 at 11:02pm

Write a comment...

**Naskila Gaming**
October 14 at 4:00pm · ✳

Only two weeks until our scary good Hallo-Win Costume Contest! Win your share of $1,500 on Saturday, October 28th starting at 5pm. Best Overall wins $500 cash, with more prizes for Most Original, Scariest and Funniest! See restrictions on website, and dress to impress! #MORE #PlayInTexas





Like  Show more reactions
Comment   Share

28   Chronological
11 Shares
Comments

**Kristen Walker** Anthony Walker
Like Show more reactions · Reply · October 14 at 4:09pm

**Maria Guadalupe Cruz** Viv Cruz
Margarita Flores-Cruz
Like Show more reactions · Reply · October 14 at 4:36pm

Write a comment...

See More





