# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>   (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>   (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>   (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:17-cv-00454-GKF-JFJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF REBECCA DALTON IN SUPPORT OF PLAINTIFF VIDEO GAMING TECHNOLOGIES, INC.'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ACTUAL CONFUSION

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT").

2. **Exhibit A** attached to Plaintiff Video Gaming Technologies, Inc.'s Opposition to Defendants' Motion in Limine to Exclude Evidence of Actual Confusion (Dkt. 205, redacted version, and Dkt. 206, unredacted version) (the "Opposition") is a true and correct copy of a printout from the Jokers Wild Forum website, http://jokerswildforum.com/showthread.php?2542-A-new-casino-in-Texas, accessed October 25, 2017 (VGT0001673–87).

3. **Exhibit B** attached to the Opposition is a true and correct copy of a printout from the Naskila Gaming Facebook page, https://www.facebook.com/naskilagaming/posts/1795969217098588, accessed October 25, 2017 (VGT0001661–72).

1

4. **Exhibit C** attached to the Opposition is a true and correct copy of excerpts from the deposition testimony of Aaron Milligan, dated February 9, 2018.

5. **Exhibit D** attached to the Opposition is a true and correct copy of excerpts from the deposition testimony of Jason Sprinkle, dated May 18, 2018.

6. **Exhibit E** attached to the Opposition is a true and correct copy of VGT's Deposition Exhibit 42 from the deposition of Aaron Milligan taken on February 9, 2018 (CHG0009315–17).

7. **Exhibit F** attached to the Opposition is a true and correct copy of excerpts from the deposition testimony of James T. Berger, dated September 26, 2018.

8. **Exhibit G** attached to the Opposition is a true and correct copy of excerpts from the deposition testimony of Arthur A. Watson III, dated July 12, 2018.

9. **Exhibit H** attached to the Opposition is a true and correct copy of excerpts from the deposition testimony of Jay Sevigny, dated July 12, 2018.

10. **Exhibit I** attached to the Opposition is a true and correct copy of a declaration signed by James Marcum, dated November 28, 2017 (VGT0006765–66).

11. **Exhibit J** attached to the Opposition is a true and correct copy of a declaration signed by Josh Akins, dated January 22, 2018 (VGT0006767–69).

12. **Exhibit K** attached to the Opposition is a true and correct copy of a declaration signed by Sheldon Watkins, dated June 4, 2018 (VGT0053034–35).

13. **Exhibit L** attached to the Opposition is a true and correct copy of a declaration signed by Constance Hollingsworth, dated June 25, 2018 (VGT0056086–87).

14. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2018 in Washington, District of Columbia.

*/s/ Rebecca Dalton*
Rebecca Dalton

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2018, I filed the foregoing Declaration of Rebecca Dalton in Support of Plaintiff Video Gaming Technologies, Inc.'s Opposition to Defendants' Motion In Limine to Exclude Evidence of Actual Confusion via ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

4

*Attorneys for Defendants*

                                              */s/ Rebecca Dalton*