# EXHIBIT H

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3   _____

 4   VIDEO GAMING TECHNOLOGIES, INC.,

 5           Plaintiff,

 6
        -vs-                                Case No.
 7                                          17-CV-454-GKF-JFJ

 8   CASTLE HILL STUDIOS LLC d/b/a
     CASTLE HILL GAMING
 9
     and
10
     CASTLE HILL HOLDINGS LLC d/b/a
11   CASTLE HILL GAMING

12   and

13   IRONWORKS DEVELOPMENT LLC d/b/a
     CASTLE HILL GAMING,
14
             Defendants.
15   _____

16

17         VIDEOTAPED DEPOSITION OF RICHARD SISSON

18                   9:00 a.m. to 5:07 p.m.

19                      April 17, 2018

20                  Charlottesville, Virginia

21

22

23

24   Job No. 36468

25          REPORTED BY:  Rhonda D. Tuck, RPR, CRR
```

Case 4:17-cv-00454-GKF-JFJ   Document 209-9 Filed in USDC ND/OK on 11/16/18   Page 3 of 5
Job # 36468
Video Gaming Technologies v Castle Hill Studios
Videotaped deposition of Richard Sisson
Page 166
4/17/2018

```
 1    requirements.
 2        Q.    Okay.  Mr. Sprinkle's response to you
 3    seems to have a different character than what you
 4    just said, and maybe you can explain it to me.
 5              He writes, "Sorry.  Thought I copied you
 6    all on that set of exchanges.  I have said that we
 7    want these initial titles to be reminiscent of the
 8    competitive models in color.  Please be sure to
 9    continue and work in the direction I am suggesting.
10    Not every title will follow but these first are
11    crucial in my eyes."
12              Do you see that?
13        A.    Yes.
14        Q.    What did you understand Mr. Sprinkle to
15    be saying?
16        A.    I see that as pushback against what I
17    said, but I don't think it is a direct response to
18    what I said.
19        Q.    Okay.  So you're talking about different
20    things here?
21        A.    I think so.
22        Q.    So what you understood Mr. Sprinkle to be
23    talking about is wanting to be as close as possible
24    to VGT's games, especially for Castle Hill's first
25    set of Class II games?
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Rhonda D Tuck
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com

Case 4:17-cv-00454-GKF-JFJ Document 209-9 Filed in USDC ND/OK on 11/16/18 Page 167
Video Gaming Technologies v. Castle Hill Studios
Videotaped deposition of Richard Sisson
Job # 36468
4/17/2018
Page 4 of 5

```
 1      A.      Well, what I was talking about here are
 2   the physical constraints of the format of the
 3   machine.
 4      Q.      Now you're talking about your last
 5   paragraph of your email?
 6      A.      Right.
 7      Q.      Okay.
 8      A.      I'm trying to understand the context.
 9      Q.      Right.
10      A.      Because I haven't seen this in three
11   years.
12              And so what I was worried about is that,
13   I think, if I remember correctly, that the things
14   that Zach was making were not taking into account
15   requirements of the machine.
16      Q.      Right.
17      A.      And so I sent that to Jason because Jason
18   was doing the art direction for this, for "Arctic
19   Cash," not "Arctic Ice," but "Arctic Cash."
20      Q.      Right.
21      A.      And since I had a more closer working
22   knowledge to what the requirements were for the
23   machine, I was expressing that.
24      Q.      Right.  But Mr. Sprinkle's response is on
25   a different subject, then, right?
```

Case 4:17-cv-00454-GKF-JFJ Document 209-9 Filed in USDC ND/OK on 11/16/18 Page 5 of 5
Job # 36468
Video Gaming Technologies v Castle Hill Studios
Videotaped deposition of Richard Sisson
Page 168
4/17/2018

```
 1        A.    Right.
 2        Q.    And what you understood him to be saying
 3   is that he wanted Castle Hill's first set of Class
 4   II games to be as close to VGT's games as possible,
 5   correct?
 6        A.    Well, he doesn't say that.  He says
 7   "competitive models."
 8        Q.    Okay.  Which -- at this time, who was
 9   making the competitive models in Class II?
10        A.    I think that's a question for Jason.
11        Q.    Okay.  Did you have any understanding at
12   all who your competition was in Class II at this
13   time?
14        A.    Well, I don't see competition as Class II
15   or Class III.  I see competition as whatever is in
16   the casinos, because I don't know that -- I don't
17   know that the players understand the difference.
18        Q.    Although, aren't there certain casinos
19   where only Class II games are permitted?
20        A.    That is -- I think that's the -- that's
21   up to the casino itself whether or not it wants to
22   have compacted games, at least in Oklahoma.  It's a
23   prerogative.
24        Q.    Did you have any understanding as to why
25   he was talking about -- why Mr. Sprinkle was focused
```

(434) 293-3300
www.cavalier-reporting.com
Reported by Rhonda D Tuck
Cavalier Reporting & Videography
(800) 972-1993
info@cavalier-reporting.com