# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00454-GKF-jfj |
| | ) |
| 1) CASTLE HILL STUDIOS LLC | ) |
|    (d/b/a CASTLE HILL GAMING); | ) |
| 2) CASTLE HILL HOLDING LLC | ) |
|    (d/b/a CASTLE HILL GAMING); and | ) |
| 3) IRONWORKS DEVELOPMENT, LLC | ) |
|    (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO SEAL RESPONSE TO DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFF'S EXPERT YORAM WIND**

Pursuant to Local Rule 79.1, General Order In Re The Use of Confidential Information In Civil Cases ("GO 08-11"), and paragraph 2(f) of the Stipulated Protective Order (Dkt. 55), Plaintiff Video Gaming Technologies, Inc. ("VGT"), hereby requests that the Court enter an order to seal Plaintiff's unredacted Response to Defendants' Motion to Exclude Plaintiff's Expert Yoram Wind ("the Response") and Exhibits A, B, D, F, G, J, and K to the Declaration of Gary Rubman in Support of Plaintiff's Response and Brief in Opposition to Defendants' Motion to Exclude Yoram Wind ("the Rubman Declaration") (collectively, Dkt. 211). In support of this motion, Plaintiff states the following:

1. Portions of the Response contain information designated by Plaintiff and Defendants as Confidential or Highly Confidential Information pursuant to paragraph 2(a) of the Stipulated Protective Order (Dkt. 55).

2.      Portions of the Response contain discussion of deposition testimony that has been designated as Confidential Information pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55).

3.      Exhibit A to the Rubman Declaration consists of the Corrected Expert Report of Yoram Wind Relating to the Likelihood of Confusion Between VGT and CHG Electronic Gaming Machines. Pursuant to paragraphs 2(a)-(c) of the Stipulated Protective Order (Dkt. 55), VGT has designated portions of this report as Confidential or Highly Confidential Information.

4.      Exhibit B to the Rubman Declaration consists of the Reply Expert Report of Yoram Wind. Pursuant to paragraphs 2(a)-(c) of the Stipulated Protective Order (Dkt. 55), VGT has designated portions of this report as Confidential or Highly Confidential Information.

5.      Exhibit D to the Rubman Declaration consists of excerpts from the deposition testimony of James T. Berger, dated September 26, 2018, which pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), CHG has designated as Confidential Information.

6.      Exhibit F to the Rubman Declaration consists of excerpts from the deposition testimony of Stacy Friedman, dated September 24, 2018, which pursuant to paragraph 2(c) of the Stipulated Protective Order (Dkt. 55), should be treated as Highly Confidential Information.

7.      Exhibit G to the Rubman Declaration consists of a Castle Hill Gaming EGM Performance Report, which was produced by CHG during discovery and is marked with Bates number CHG0023339-52. Pursuant to paragraph 2(a) of the Stipulated Protective Order (Dkt. 55), CHG has designated this document as Highly Confidential Information.

8.      Exhibit J to the Rubman Declaration consists of a VGT Gaming Patron Profile, which was produced by VGT during discovery. Pursuant to paragraph 2(a) of the Stipulated

Protective Order (Dkt. 55), VGT has designated this document as Highly Confidential Information.

9. Exhibit K to the Rubman Declaration consists of excerpts from CHG's Third Supplemental Objections and Responses to Plaintiff's First Interrogatories to Defendants, which pursuant to paragraph 2(a) of the Stipulated Protective Order (Dkt. 55), CHG has marked as Highly Confidential Information.

10. In accordance with Local Rule 79.1, GO 08-11, and the Stipulated Protective Order, Plaintiff has public, redacted versions of the Response and Rubman Declaration (collectively, Dkt. 209), as well as sealed, unredacted versions of the Response and Rubman Declaration (collectively, Dkt. 211).

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting sealing of Plaintiff's Response to Defendants' Motion to Exclude Plaintiff's Expert Yoram Wind and exhibits A, B, D, F, G, J, and K to the Rubman Declaration (collectively, Dkt. 211).

|  |  |
|---|---|
| November 16, 2018 | Respectfully submitted, |
|  | */s/ Gary Rubman* |
|  | Graydon Dean Luthey, Jr., OBA No. 5568 |
|  | GABLE GOTWALS |
|  | 1100 ONEOK Plaza |
|  | 100 West Fifth Street |
|  | Tulsa, OK 74103-4217 |
|  | Telephone: (918) 595-4821 |
|  | Facsimile: (918) 595-4990 |
|  | dluthey@gablelaw.com |
|  |  |
|  | Gary M. Rubman |
|  | Peter A. Swanson |
|  | Michael S. Sawyer |
|  | Rebecca B. Dalton |
|  | COVINGTON & BURLING LLP |
|  | One CityCenter |
|  | 850 Tenth Street, NW |

Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

*Counsel for Video Gaming Technologies, Inc.*

# CERTIFICATE OF SERVICE

       I hereby certify that on November 16, 2018, I filed the foregoing via CM/ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                    */s/ Gary Rubman*