# EXHIBIT V

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:17-cv-00454<br>) |
| 1) CASTLE HILL STUDIOS LLC<br>(d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>(d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>(d/b/a CASTLE HILL GAMING) | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## VIDEO GAMING TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES TO CASTLE HILL GAMING

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff Video Gaming Technologies, Inc. ("VGT") serves the following interrogatories on Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC. VGT requests that Defendants provide responses to each interrogatory within the time prescribed by the Federal Rules of Civil Procedure and the Local Rules of this Court.

## DEFINITIONS

Unless the terms of a request specifically indicate otherwise, the following definitions are applicable throughout these requests and are incorporated into each request.

1. "Accused Games" refers to any CHG game alleged in the Complaint to infringe VGT's intellectual property rights, including the following: Welcome to Nugget Mountain; New Money; Arctic Cash; Arctic Ice; Dublin Your Luck; Double Hotness; Genie's Gems; Mr.

1

**INTERROGATORY NO. 10:**

Describe CHG's development of Class II games, including when CHG started developing those games, why CHG began developing Class II games, and the three persons most knowledgeable about CHG's development of Class II games.

**INTERROGATORY NO. 11:**

Describe the creation of each version of source code for each of the Accused Games and the related servers, including identifying the version number, the persons who authored or contributed to the version, any third-party code included in the version, when the version was written, whether it was deployed, when it was deployed, where it is stored and the three persons most knowledgeable about the source code.

**INTERROGATORY NO. 12:**

Identify each Former VGT Employee and, for each such person, identify the dates the Employee began working for CHG, the date the Employee ceased working for CHG (if the Employee is no longer are employed at CHG), all job titles each Employee has had at CHG, and the Employee's responsibilities in each position at CHG.

**INTERROGATORY NO. 13:**

Describe all information, Documents, and Things in Your possession, custody, or control that (a) any Former VGT Employee brought from VGT to CHG, (b) were created by or at VGT, or (c) are the property of VGT.

//

//

//