# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>   (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>   (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>   (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:17-cv-00454-GKF-JFJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF GARY M. RUBMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING COMMUNICATIONS BETWEEN COUNSEL AND CHG EMPLOYEES

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT"). I was admitted *pro hac vice* in this case on August 9, 2017.

2. Attached as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Alan Roireau, taken on August 1, 2018.

3. Attached as **Exhibit C** is a true and correct copy of a document titled "VGT Severance and Release Agreement," which is signed by Alan Roireau and dated November 6, 2011.

4. Attached as **Exhibit D** is a true and correct copy of a document titled "Employment Agreement," which is signed by Jason Sprinkle and dated April 3, 2006.

5. Attached as **Exhibit E** is a true and correct copy of a document titled "Employee Agreement," which is signed by Paul Suggs and dated December 30, 2003.

6. Attached as **Exhibit F** is a true and correct copy of a document titled "Associate Confidentiality and Intellectual Property Agreement," which is signed by Brandon Booker and dated May 4, 2012.

7. Attached as **Exhibit G** is a true and correct copy of an email chain between counsel for VGT and CHG, with the most recent email dated March 23, 2018.

8. Attached as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Todd Schoettelkotte, taken on September 22, 2018.

9. Attached as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of Brandon Booker, taken on July 10, 2018.

10. Attached as **Exhibit J** is a true and correct copy of excerpts from the transcript of the deposition of Jason Sprinkle, taken on May 18, 2018.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2018 in Washington, D.C.

_____
Gary M. Rubman

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I filed a copy of the foregoing via ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                              */s/ Gary M. Rubman*