# EXHIBIT G

Case 4:17-cv-00454-GKF-JFJ Document 218-7 Filed in USDC ND/OK on 11/16/18 Page 1 of 4

| | |
|---|---|
| **From:** | Gill, Robert C. |
| **To:** | Dalton, Rebecca; Flax, Sherry H.; Schaufelberger, Thomas S.; "Jonathan Jacobs"; "Duane Zobrist"; "jhodges@hodgeslc.com"; Darling, Jeremy B.; Platt, Henry A.; Antonelli, Matthew |
| **Cc:** | Sawyer, Michael; Rubman, Gary; Swanson, Peter; dluthey@gablelaw.com; Roman, Neil |
| **Subject:** | RE: VGT v. CHG - Dave Marsh"s Documents |
| **Date:** | Friday, March 23, 2018 3:56:04 PM |

Rebecca,

This will confirm that CHG will not take the position that Mr. Marsh has violated his confidentiality obligations to CHG by producing documents in response to CHG's requests for the production of documents, or by giving testimony in response to our request for his deposition or at trial. This presumes that we receive copies of anything he produces from when he was a CHG consultant.

Bob

**From:** Dalton, Rebecca [mailto:RDalton@cov.com]
**Sent:** Thursday, March 22, 2018 12:33 PM
**To:** Gill, Robert C.; Flax, Sherry H.; Schaufelberger, Thomas S.; 'Jonathan Jacobs'; 'Duane Zobrist'; 'jhodges@hodgeslc.com'; Darling, Jeremy B.; Platt, Henry A.; Antonelli, Matthew
**Cc:** Sawyer, Michael; Rubman, Gary; Swanson, Peter; dluthey@gablelaw.com; Roman, Neil
**Subject:** RE: VGT v. CHG - Dave Marsh's Documents

Bob,

Thank you for agreeing with our proposed approach to collecting Dave Marsh's communications with CHG. For the avoidance of doubt, can you please confirm that CHG will not take the position that, by providing these materials to us or participating in this litigation, Mr. Marsh has violated any confidentiality obligations that may exist in his independent contractor agreement with CHG?

Best,
Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Gill, Robert C. [mailto:Robert.Gill@saul.com]
**Sent:** Tuesday, March 13, 2018 9:42 AM

**To:** Dalton, Rebecca <RDalton@cov.com>; Flax, Sherry H. <Sherry.Flax@saul.com>; Schaufelberger, Thomas S. <tschauf@saul.com>; 'Jonathan Jacobs' <jjacobs@zoblaw.com>; 'Duane Zobrist' <dzobrist@zoblaw.com>; 'jhodges@hodgeslc.com' <jhodges@hodgeslc.com>; Darling, Jeremy B. <Jeremy.Darling@saul.com>; Platt, Henry A. <Henry.Platt@saul.com>; Antonelli, Matthew <matt.antonelli@saul.com>
**Cc:** Sawyer, Michael <msawyer@cov.com>; Rubman, Gary <grubman@cov.com>; Swanson, Peter <pswanson@cov.com>; dluthey@gablelaw.com; Roman, Neil <nroman@cov.com>
**Subject:** RE: VGT v. CHG - Dave Marsh's Documents


Agreed.

Bob

---

**From:** Dalton, Rebecca [mailto:RDalton@cov.com]
**Sent:** Tuesday, March 13, 2018 9:36 AM
**To:** Gill, Robert C.; Flax, Sherry H.; Schaufelberger, Thomas S.; 'Jonathan Jacobs'; 'Duane Zobrist'; 'jhodges@hodgeslc.com'; Darling, Jeremy B.; Platt, Henry A.; Antonelli, Matthew
**Cc:** Sawyer, Michael; Rubman, Gary; Swanson, Peter; dluthey@gablelaw.com; Roman, Neil
**Subject:** RE: VGT v. CHG - Dave Marsh's Documents

Counsel,

Following up on the below, unless we receive a response to the contrary from you by the end of today, we will assume that your non-response means you do not have any objection to the proposed approach.

Best,
Rebecca


**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

---

**From:** Dalton, Rebecca
**Sent:** Monday, March 05, 2018 2:13 PM
**To:** Gill, Robert C. <Robert.Gill@saul.com>; Flax, Sherry H. <Sherry.Flax@saul.com>; Schaufelberger, Thomas S. <tschauf@saul.com>; 'Jonathan Jacobs' <jjacobs@zoblaw.com>; 'Duane Zobrist'

<dzobrist@zoblaw.com>; 'jhodges@hodgeslc.com' <jhodges@hodgeslc.com>; Darling, Jeremy B. <Jeremy.Darling@saul.com>; Platt, Henry A. <Henry.Platt@saul.com>; matt.antonelli@saul.com
**Cc:** Sawyer, Michael <msawyer@cov.com>; Rubman, Gary <grubman@cov.com>; Swanson, Peter <pswanson@cov.com>; dluthey@gablelaw.com; Roman, Neil (nroman@cov.com) <nroman@cov.com>
**Subject:** VGT v. CHG - Dave Marsh's Documents

Counsel,

We write to request your consent to collect and produce communications between Dave Marsh and CHG from the time period when Dave Marsh worked as an independent contractor for CHG. We would provisionally designate these communications as Highly Confidential with the understanding that you would then re-designate them as appropriate.

Please let us know if you agree to this approach.

Best,
Rebecca


**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.


"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+