# EXHIBITS A - L

# FILED UNDER SEAL