UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

vs.

CASTLE HILL STUDIOS LLC, *et al.*

    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

**DEFENDANTS' MOTION TO SEAL OPPOSITION TO PLAINTIFF VIDEO GAMING TECHNOLOGIES INC.'S MOTION IN LIMINE REGARDING THIRD PARTY GAMES AND SUPPORTING DECLARATION**

Pursuant to Local Rule 79.1, and paragraph 2(f) of the Stipulated Protected Order (ECF No. 55) (the "Protective Order"), Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"), hereby request that the Court enter an order sealing Defendants' unredacted Opposition to Plaintiff Video Gaming Technology Inc.'s Motion in Limine Regarding Third Party Games and the Declaration of Robert C. Gill in support thereof (collectively, ECF No. 217). In support of this request to seal, Defendants state as follows:

    1.    Portions of the Opposition contain information designated by Plaintiff and Defendants as Confidential, Highly Confidential Information, or Highly Confidential Source Code Information pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

    2.    **Exhibits A**, **B**, **E**, and **F** to the Declaration consist of excerpts of depositions, portions of which were designated as Confidential or Highly Confidential pursuant to the Stipulated Protective Order.

3.      **Exhibit C** to the Declaration consists of an excerpt from Defendants' Fourth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, portions of which were designated as Confidential or Highly Confidential pursuant to the Stipulated Protective Order.

4.      **Exhibit D** to the Declaration consists of correspondence from Henry Platt to Michael Sawyer discussing Confidential or Highly Confidential information pursuant to the Stipulated Protective Order.

5.      **Exhibits G**, **H**, **I**, **J**, **K**, and **L** to the Declaration consist of documents produced in discovery and marked as exhibits in depositions. All of these documents were designated as either Confidential or Highly Confidential pursuant to the Stipulated Protective Order.

6.      Pursuant to Local Rule 79.1, General Order 08-11, and the Protective Order, Castle Hill filed both a public, redacted Opposition with public, redacted versions of all exhibits, and a sealed, unredacted Opposition, and a sealed, unredacted version of all exhibits described herein.

WHEREFORE, Defendants respectfully request that the Court enter an Order sealing the Opposition and exhibits to the Declaration as set forth herein.

Dated: November 16, 2018                Respectfully submitted,

*/s/ Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
henry.platt@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP

500 E. Pratt Street, Suite 900  
Baltimore, Maryland 21202  
(410) 332-8764  
(410) 332-8785 (facsimile)  
sherry.flax@saul.com  

James C. Hodges, OBA #4254  
JAMES C. HODGES, P.C.  
2622 East 21st Street, Suite 4  
Tulsa, Oklahoma 74114  
(918) 779-7078  
(918) 770-9779 (facsimile)  
JHodges@HodgesLC.com  

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2018, I caused a copy of the foregoing **DEFENDANTS' MOTION TO SEAL OPPOSITION TO PLAINTIFF VIDEO GAMING TECHNOLOGIES INC.'S MOTION IN LIMINE REGARDING THIRD PARTY GAMES AND SUPPORTING DECLARATION** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*/s/ Robert C. Gill*
Robert C. Gill