IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>   (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>   (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>   (d/b/a CASTLE HILL GAMING)<br><br>        Defendants. | Case No. 4:17-cv-00454-GKF-JFJ |

**DECLARATION OF GARY M. RUBMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO LIMIT THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT MELISSA A. BENNIS**

      1.      I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT"). I was admitted *pro hac vice* in this case on August 9, 2017.

      2.      Attached as **Exhibit G** is a true and correct copy of the *curriculum vitae* ("CV") of Melissa A. Bennis.

      3.      Attached as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Melissa Bennis, taken on September 26, 2018.

      4.      Attached as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of Arthur A. Watson III, taken on July 12, 2018.

5. Attached as **Exhibit J** is a true and correct copy of an email from Alan Roireau to Arthur Watson, sent on January 26, 2016. This constitutes Bates numbers CHG0023236–37.

6. Attached as **Exhibit K** is a true and correct copy of a document titled "CHG Class II Bingo System." This constitutes Bates numbers CHG000872–73.

7. Attached as **Exhibit L** is a true and correct copy of excerpts from the transcript of the deposition of Alan R. Roireau, taken on May 15, 2018.

8. Attached as **Exhibit M** is a true and correct copy of the *curriculum vitae* ("CV") of W. Todd Schoettelkotte..

9. Attached as **Exhibit N** is a true and correct copy of excerpts from the transcript of the deposition of W. Todd Schoettelkotte, taken on September 22, 2018.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2018 in Washington, D.C.

_____
Gary M. Rubman

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2018, I filed an unredacted copy of the foregoing via ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                            */s/ Gary M. Rubman*