# EXHIBIT G

**Melissa A. Bennis, CPA**                                                                     Tel:  312-506-1506
20 North Wacker Drive – Suite 2150                                                    Fax: 312-506-1510
Chicago, Illinois 60606                                                                              mbennis@dhllc.com

**Employment**

| | |
|---|---|
| January 2013 – Present | Davis & Hosfield Consulting LLC – Principal |
| January 2006 – December 2012 | Davis & Hosfield Consulting LLC – Director |
| June 2003 – December 2005 | Davis & Hosfield Consulting LLC - Manager |
| May 2002 – May 2003 | KPMG LLP, Chicago Office – Manager, Forensics Practice |
| September 1998 – May 2002 | Arthur Andersen LLP, Chicago office – Consultant, Value Solutions Practice |

**Educational Background**

| | |
|---|---|
| June 2006 and subsequent | Certified Public Accountant (CPA) and licensed in Illinois |
| June 2004 | Master of Business Administration (MBA) with Majors in Accounting, Marketing and Management & Strategy<br>Kellogg Graduate School of Management<br>Northwestern University |
| May 1998 | Bachelor of Science in Finance with an emphasis in Accounting<br>University of Illinois at Urbana-Champaign<br>With Honors |

**Litigation Consulting Experience**

Retained as an expert witness on damages and related topics in matters filed in U.S. District Court, state court, and arbitration.  Testified in deposition, trial and arbitration as to formulated opinions.

Conducted complex damages studies involving lost sales, lost profits, incremental profits, manufacturing and marketing capacity, fixed and variable costs, product line profitability, price erosion, reasonable royalty, unjust enrichment, diminution in value, commercial success, prejudgment interest and presumed economic and non-economic loss.

Cases have involved patent infringement, copyright infringement, trademark infringement, trade dress infringement, trade secret misappropriation, misappropriation of confidential information, unfair competition, deceptive trade practices, interference with advantageous business relations, tortious interference, unjust enrichment, fraud, breach of contract, breach of fiduciary duty, breach of duty of loyalty, breach of express warranty, breach of implied warranty, breach of covenant of good faith and fair dealing, dealer termination, defamation, violation of the FCRA, wrongful termination and other types of business disputes.

Industries have included aerospace, agroscience, automotive, bar coding, biotechnology, cable television, call processing, carpet fiber, cellular phones, chemicals, computer networking, consumer products, data aggregation software, e-commerce, electronics, food flavoring, food processing, home appliances, industrial equipment, jewelry, lawn care, media, military equipment, mobile applications, molecular diagnostics, mortgage lending, municipal waste management, navigational devices, oil and gas fracking tools, optical networking, pest

management, pharmaceuticals, power tools, publishing, roofing equipment, semiconductors, smartphones, software, surgical equipment, toys, transportation, USB technology, video gaming and water treatment.

Prepared expert reports reflecting professional opinions in these areas, assisted trial lawyers in developing discovery by analyzing financial issues, developing strategy, preparing interrogatories and document requests, participating in the depositions of witnesses, and preparing demonstrative exhibits for trial.

**Other Financial Consulting Experience**

Assisted a Chicago-based airport concessionaire with a long-term contract assessment.

Assisted a major consumer products company in the development of intellectual property strategies and performed various analyses in connection with its intellectual property portfolio including a patent portfolio analysis, a licensing analysis and a competitive assessment.

Aided in discovering and determining the value, importance and future potential of all technology, research and development projects, equipment and other intellectual property held by an international pet food manufacturer and distributor for purposes of tax liability in its acquisition by an international consumer goods company.

Analysis on asset distribution and expense tracking in a high net worth divorce.

**Awards, Publications and Activities**

Named in the 2018 list of IAM Patent 1000 – The World's Leading Patent Professionals recommended economic experts

"Successful Strategies for Calculating Damages." 2014 Illinois CPA Society Fraud & Forensic Symposium. Standard Club. Chicago, Illinois. 28 October 2014.

2014 Illinois CPA Society Fraud and Forensic Accounting Conference committee member

Named Illinois CPA Society and AICPA 2013 Woman to Watch

Bennis, Melissa A. and Sara D. Rinke. "Communicating with Your Expert Witness." <u>The Woman Advocate</u>. American Bar Association, Section of Litigation, Summer 2009, Vol. 14: (8.)

**Membership in Trade Associations**

American Institute of Certified Public Accountants

Illinois CPA Society

American Bar Association

Licensing Executives Society

# Melissa A. Bennis
## Testimony Experience

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Testimony* |
|---|---|---|---|---|
| Exmark Manufacturing Co., Inc. v. Briggs & Stratton Power Products Group, LLC and Schiller Grounds Care, Inc. Case No. 8:10-cv-00187 | U.S. District Court for the District of Nebraska | Carlson Caspers Vanderburgh & Lindquist | Patent infringement | Trial: 2015 Deposition: 2018, 2015 Reports: 2018, 2014, 2012 |
| EcoServices, LLC v. Certified Aviation Services, LLC Case No. 5:16-cv-01824 | United States District Court for the Central District of California | Mayer Brown LLP | Patent infringement | Trial: 2018 Deposition: 2018 Report: 2018 |
| Altela, Inc. v. Arizona Science and Technology Enterprises, LLC, et al Case No. 01-17-0000-3338 | American Arbitration Association | The Miller Law Firm | Breach of Contract | Arbitration: 2018 Deposition: 2018 Report: 2018 |
| Indivior Inc., Indivior UK Limited and Aquestive Therapeutics, Inc. v. Dr. Reddy's Laboratories S.A. and Dr. Reddy's Laboratories, Inc. Civil Action No. 17-7111 Civil Action No. 18-1775 Civil Action No. 18-5288 | U.S. District Court for the District of New Jersey | Covington & Burling LLP | Patent infringement | Declaration: 2018 |
| RELX Inc. v. Informatica Corp.; Informatica Corp. v. RELX Inc. and RELX Group PLC Case No. 1:16-cv-9718-AKH | U.S. District Court for the Southern District of New York | Fried, Frank, Harris, Shriver & Jacobson LLP | Breach of Contract Copyright Infringement | Deposition: 2018 Reports: (2) 2018 |
| Lambda Optical Solutions LLC v. Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. C.A. No. 10-487-RGA-CJB | U.S. District Court for the District of Delaware | Ropes & Gray LLP | Patent Infringement | Deposition: 2018 Reports: 2018; 2013 |

3

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Testimony* |
|---|---|---|---|---|
| JVIS-USA, LLC and JVIS Manufacturing, LLC d/b/a JVIS USA Manufacturing, LLC v. Nartron Corporation, n/k/a Gen X Microsystems and a/k/a Oldnar Corporation, and UUSI, LLC d/b/a Nartron and UUSA, LLC d/b/a Nartron v. JVIS-USA, LLC and JVIS Manufacturing, LLC and Futaba Corporation of America Case No: 13-2742-CB | State of Michigan In the Circuit Court for the County of Macomb | The Miller Law Firm Wienner & Gould | Breach of contract, breach of express warranty, breach of implied warranty and fraud | Arbitration: 2017 Deposition: 2016 Reports: (2) 2016 |
| VIA Technologies, Inc., U.S., VIA Technologies, Inc. (Taiwan), and VIA Labs, Inc. v. ASUS Computer International, ASUSTEK Computer Inc., and ASMedia Technology Case No. 5:14-cv-03586-BLF | United States District Court for the Northern District of California, San Jose Division | Russ August & Kabat | Trade secret misappropriation, patent infringement | Deposition: 2017 Reports: 2017, 2016 |
| Toy'n Around, Inc. v. VTech Electronics North America, LLC Case No: 0:16-cv-01413 | United States District Court for the District of Minnesota | Steptoe & Johnson LLP | Violation of Minn. Stat. § 325E.37, breach of contract, breach of covenant of good faith and fair dealing, tortious interference with economic opportunity, and unjust enrichment | Report: 2017 |
| Yardi Systems, Inc. v. Property Solutions International, Inc. Case No. 2:13-CV-07764-FMO-CW | U.S. District Court for the Central District of California | Morrison & Foerster LLP | Trade secret misappropriation, copyright infringement, intentional interference with contractual relations, breach of express contract, breach of implied-in-fact contract | Reports: 2016, 2015 |
| The Manitowoc Company, Inc. v. Michael J. Kachmer, Craig Reuther, and Christopher Brisch Case No. 1:14-cv-09271 | U.S. District Court for the Northern District of Illinois | Seyfarth Shaw LLP | Misappropriation of confidential and/or proprietary information and breach of contract | Deposition: 2016 Report: 2016 |

4

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Testimony* |
|---|---|---|---|---|
| FONA International Inc. v. Flavor Concepts, Inc., Larry Wadsworth, Chreyl Berger, f/k/a Cheryl Pagor, FlavorFocus, LLC f/k/a FC Ingredients, LLC No. 2010 CH 003722 | In the Circuit Court of the Eighteenth Judicial Circuit County Department – Chancery Division DuPage County, Illinois | Ekl, Williams & Provenzale LLC Hughes Socol Piers Resnick & Dym Ltd. | Trade secret misappropriation | Deposition: 2016 Report: 2016 |
| Daniel Rivera, Stephen Kensinger, Deborah Joy Meacock, and Rebecca Scheuneman v. Allstate Insurance Company Case No: 1:10-cv-01733 | U.S. District Court for the Northern District of Illinois Eastern Division | RDS Law Offices, LLC | Defamation and Violations of the Fair Credit Reporting Act | Trial: 2016 Deposition: 2015 Report: 2015 |
| Signal IP, Inc. v. Mercedes-Benz USA, LLC Case No. 14-cv-3109 | U.S. District Court for the Central District of California, Western Division | Fried, Frank, Harris, Shriver & Jacobson LLP | Patent infringement | Deposition: 2016 Report: 2015 |
| Advanced Ground Information Systems, Inc. v. Life360, Inc. Case No. 9:14-cv-80651-DMM | U.S. District Court for the Southern District of Florida | Kenyon & Kenyon | Patent infringement | Trial: 2015 Deposition: 2015 Report: 2014 |
| McAirlaids, Inc. v. Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC Civil Action No. 7:13-cv-00193 | U.S. District Court for the Western District of Virginia | Banner & Witcoff, Ltd. | Patent infringement | Deposition: 2015 Report: 2014 |
| GemEx Systems, Inc. and UGTS, Inc. v. Andrus, Sceales, Starke & Sawall, LLP, Cook & Franke, S.C., Jeffrey S. Sokol, Westchester Fire Insurance Company, and St. Paul Fire & Marine Insurance Company Case No. 11CV000414 | Circuit Court State of Wisconsin Milwaukee County | Boardman & Clark LLP | Negligence and breach of contract | Deposition: 2015 Report: 2014 |
| Brent E. Smith and AES Raptor, LLC v. Garlock Equipment Company Case No. 5:13-cv-00104-GAF | U.S. District Court for the Western District of Missouri St. Joseph Division | Larkin Hoffman Daly & Lindgren Ltd | Patent infringement | Report: 2014 |
| Dwyer Instruments, Inc. v. Sensocon, Inc. and Tony E. Kohl Civil Action No. 3:09cv10 | U.S. District Court for the Northern District of Indiana, South Bend Division | Barnes & Thornburg LLP | Trademark, trade dress and copyright infringement; unfair competition; false designation of origin | Trial: 2014 Reports: 2013, 2010 |

5

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Testimony* |
|---|---|---|---|---|
| Business Logic Holding Corporation v. Ibbotson Associates, Inc. and Morningstar, Inc. No. 09 Ch 46687 | Circuit Court of Cook County, Illinois, County Department, Chancery Division | Swanson, Martin & Bell | Trade secret misappropriation; breach of contract | Deposition: 2013 Reports: 2014, 2013 |
| Shinsedai Company, Limited v. Nintendo Company, Limited and Nintendo of America Inc. Case 3:11-cv-02799-CAB-MDD | U.S. District Court for the Southern District of California, San Diego Division | Hagens Berman Sobol Shapiro LLP | Patent Infringement | Deposition: 2014 Report: 2014 |
| Peak Completion Technologies, Inc. and Summit Downhole Dynamics, Ltd. v. Team Oil Tools, L.P., Stephen Jackson, and Everest Completion Tools, LLC Cause No. CV-48344 | District Court of Midland County, Texas, 441st Judicial District | Raley & Bowick LLP | Trade secret misappropriation | Trial: 2014 Report: 2014 |
| Alcatel-Lucent USA Inc. and Alcatel-Lucent Holdings Inc. v. Lambda Optical Solutions LLC, Lambda Optical Systems Corp., and Anastasios Tzathas C.A. No. 10-487-RGA-CJB | U.S. District Court for the District of Delaware | Ropes & Gray LLP | Trade secret misappropriation; breach of contract; tortious interference; breach of fiduciary duty; breach of duty of loyalty; breach of the implied covenant of good faith and fair dealing; unfair competition; conversion; aiding and abetting a breach of fiduciary duty | Report: 2013 |
| TNS Media Research, LLC d/b/a Kantar Media Audiences, and Cavendish Square Holding B.V. v. TRA Global, Inc. (d/b/a TRA, Inc.) Civil Action No. 11 CIV 4039 | U.S. District Court for the Southern District of New York | Goldberg, Lowenstein, & Weatherwax Kirkland & Ellis | Patent infringement; trade secret misappropriation; breach of fiduciary duty; breach of contract | Deposition: 2013 Declaration: 2013 Report: 2013 |
| Conxall Corporation v. ICONN Systems, LLC, Richard Regole, Kerry Nelson, Robert Smith, Manual Sanchez, Mario Caldera, and Jerome Vorel Case No. 08 CH 15396 | Circuit Court of Cook County, Illinois County Department, Law Division | Howarth & Smith Williams Montgomery & John | Trade secret misappropriation | Trial: 2013 Deposition: 2012 Reports (2): 2012, 2011 |

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Testimony* |
|---|---|---|---|---|
| Ibormeith IP, LLC v. Mercedes-Benz USA, LLC and Daimler AG Case No. 2:10-cv-05378 | U.S. District Court for the District of New Jersey | Shearman & Sterling LLP | Patent infringement | Report: 2012 |
| Eazypower Corporation v. Jore Corporation Case No. 1:04-cv-06372 | U.S. District Court for the Northern District of Illinois Eastern Division | Christensen O'Connor Johnson Kindness PLLC | Patent infringement | Deposition: 2012 Report: 2009 |
| Southern California Gas Company v. Syntellect, Inc. Case No. 08-cv-0941 BEN-MDD | U.S. District Court for the Southern District of California | Fennemore Craig, P.C. | Breach of contract | Deposition: 2011 Reports: (2) 2011 |
| LadaTech, LLC v. Illumina, Inc. and Solexa, Inc. Case No. 09-627 (SLR) | U.S. District Court for the District of Delaware | Morris, Nichols, Arsht & Tunnell LLP | Patent infringement | Deposition: 2011 Report: 2011 |
| Elliott Equipment Company, Inc. v. Navistar, Inc. Case No. 1:10-CV-00638 | U.S. District Court for the District of Maryland | Wharton Levin Ehrmantraut & Klein, P.A. | Breach of contract; dealer termination | Report: 2010 |
| Eppendorf AG, Eppendorf Array Technologies S.A. and Eppendorf North America, Inc. v. Nanosphere, Inc. Case No. 1:09-cv-00504 | U.S. District Court for the District of Delaware | Perkins Coie LLP | Patent infringement | Reports (2): 2010 |
| BarTex Research, LLC v. FedEx Corporation, et al. Civil Action No. 6:07cv385 | U.S. District Court for the Eastern District of Texas, Tyler Division | Niro, Haller & Niro, Ltd. | Patent infringement | Deposition: 2009 Report: 2009 |
| Antonio Lewis v. Chicago Extruded Metals Company Civil Action No. 05 C 3634 | U.S. District Court for the Northern District of Illinois Eastern Division | Brinks Hofer Gilson & Lione | Race discrimination and retaliation | Report: 2008 |

7

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Testimony* |
|---|---|---|---|---|
| Fast Food Gourmet, Inc. v. Little Lady Foods, Inc. and Kraft Foods Global, Inc. Case No. 05 C 6022 | U.S. District Court for the Northern District of Illinois Eastern Division | Tanner & Lehman | Trade secret misappropriation | Deposition: 2007 Reports: 2007, 2008 |
| Tokai Corp. and Scripto-Tokai, Inc. v. Newell Rubbermaid Inc. and Irwin Industrial Tool Company Case No. CV 06-1064 PA (PJWX) | U.S. District Court for the Central District of California | Schiff Hardin LLP | Patent infringement | Deposition: 2006 Report: 2006 |
| Deborah R. Perry v. Samuel Bodman, Secretary, United States Department of Energy 1:05-cv-03634 | U.S. District Court for the Northern District of Illinois Eastern Division | Bartlit Beck Herman Palenchar & Scott LLP | Age and sex discrimination | Report: 2006 |
| Sandra Lozado-Boulware v. John W. Snow, Secretary, Department of the Treasury Case No. 02 CV 2712 | U.S. District Court for the Northern District of Illinois Eastern Division | Bartlit Beck Herman Palenchar & Scott LLP | Unlawful termination | Report: 2004 |
| Calculation of Presumed Economic and Non-Economic Loss on behalf of the family of Mr. Victor Wald | 9/11 Fund, New York, New York | Kirkland & Ellis LLP | Lost earnings and non-economic damages | Report: 2002 |

*Underline indicates client*

## Other Expert Witness Retentions

- Trademark infringement and trade secret misappropriation in the gaming industry (2018).
- Breach of contract in the consumer lending industry (2018).
- Trade secret misappropriation in the outdoor recreational equipment industry (2018).
- Breach of contract matter in the engine industry (2018).
- Trade secret misappropriation matter involving military piloting technology (2017).
- Patent infringement matter involving streaming technology (2017).
- Patent infringement matter involving fitness tracking technology (2017).
- Patent infringement, sham litigation and Walker Process Fraud matter in the medical diagnostics industry (2017).
- Patent infringement matter in the security industry (2017).
- Patent infringement matter in the packaging industry (2017).
- Patent infringement matter in the agricultural industry (2016).
- Patent infringement matter in the window coverings industry (2016).
- Patent infringement matter involving DSL technology (2014).
- Breach of contract and fraud in the pharmaceutical industry (2014).
- Trademark matter involving trademark use in a video game (2014).
- Patent infringement matter involving laboratory equipment (2014).
- Patent infringement matter in the automotive industry (2014).

8

- Patent infringement matter in the automotive industry (2013).
- Dealer termination matter in the transportation industry (2012).
- Patent infringement matter in the toy industry (2012).
- Patent infringement matter in the semiconductor industry (2012).
- Breach of contract matter in the health care industry (2011).
- Patent infringement matter in the semiconductor industry (2011).
- Patent infringement matter in the pharmaceutical industry (2011).
- Patent infringement matter in the transportation industry (2007).
- Patent infringement matter in the transportation industry (2007).
- Patent infringement matter in the cosmetics industry (2007).
- Trademark infringement matter in the retail clothing industry (2007).
- Patent infringement matter in the food industry (2006).
- Patent infringement matter in the utilities industry (2006).

## Melissa A. Bennis
### Consulting Experience

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Industry/Product* |
|---|---|---|---|---|
| Kruse Technology Partnership v. Daimler AG; Mercedes-Benz USA LLC; Detroit Diesel Corporation; Western Star Truck Sales, Inc.; Volkswagen AG' Volkswagen Group of America, Inc.; Chrysler Group LLC; Daimler Trucks North America LLC; Mercedes-Benz U.S. International, Inc. and Daimler Vans Manufacturing LLC SACV 10-1066 JVS | U.S. District Court for the Central District of California, Southern Division | Shearman & Sterling LLP | Patent infringement | Patent infringement claims related to combustion engine technology in the automotive industry. |
| Triangle Software, LLC v. Garmin International, Inc.; TomTom, Inc.; Volkswagen Group of America, Inc.; and Westwood One, Inc. Civil Action No. 1:10-cv-01457 | U.S. District Court for the for the Eastern District of Virginia Alexandria Division | Morrison Foerster LLP | Patent infringement | Patent infringement claims related to traffic features on personal navigation devices. |
| Mformation Technologies, Inc. v. Research In Motion Limited and Research In Motion Corporation Case No. 5:08-cv-04990 | U.S. District Court for the Northern District of California, San Jose Division | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims related to mobile device management technology for smartphones. |
| Osmose, Inc. v. Arch Chemicals, Inc., Arch Wood Protection, Inc., Arch Treatment Technologies, Inc., Cox Industries, Inc., and Rocky Top Building Products, Inc. and Madison Wood Preservers, Inc. Civil Action No. 2:10-cv-00108 | U.S. District Court for the Eastern District of Virginia, Norfolk Division | Kilpatrick Townsend & Stockton LLP | Patent infringement | Patent infringement claims related to wood preservative chemicals. |
| WiAV Solutions LLC v. Motorola, Inc., et al. (on behalf of defendant Nokia Corporation and Nokia Inc.) 3:09cv447 REP | U.S. District Court for the Eastern District of Virginia Richmond Division | Alston & Bird LLP | Patent infringement | Patent infringement claims related to cellular phone technology. |

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Industry/Product* |
|---|---|---|---|---|
| Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd.; S-LCD Corporation; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC and Samsung Mobile Display Co., Ltd. 3:09-CV-00001-BBC | U.S. District Court for the Western District of Wisconsin | Jenner & Block LLP | Patent infringement | Patent infringement claims related to LCD technology. |
| Honeywell International Inc. and Honeywell Intellectual Properties Inc. v. Nikon Corporation, et al. (against defendants FUJIFILM Corporation and FUJIFILM U.S.A., Inc. C.A. No. 04-1337-JJF (Consolidated) | U.S. District Court for the District of Delaware | Robins, Kaplan, Miller & Ciresi L.L.P. | Patent infringement | Patent infringement claims related to LCD technology. |
| Honeywell International Inc. and Honeywell Intellectual Properties Inc. v. Nikon Corporation, et al. (against defendants Samsung SDI Co., Ltd and Samsung SDI America, Inc.) C.A. No. 04-1337-JJF (Consolidated) C.A. No. 04-1337-JJF (Consolidated) | U.S. District Court for the District of Delaware | Robins, Kaplan, Miller & Ciresi L.L.P. | Patent infringement | Patent infringement claims related to LCD technology. |
| Ford Motor Company v. Navistar International Transportation Corporation and International Truck and Engine Corporation and Navistar International Transportation Corporation and International Truck and Engine Corporation v. Ford Motor Company Case No. 07-080067-CK | State of Michigan in the Circuit Court For the County of Oakland | Kirkland & Ellis LLP | Breach of contract | Breach of contract claims related to the manufacture of diesel engines. |
| Ronald A. Katz Technology Licensing LP v. TD Banknorth Inc. et al (on behalf of defendants Dillard's Inc. and Dillard Investment Co Inc.) Case No. 1:06-cv-00544-GMS | U.S. District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Industry/Product* |
|---|---|---|---|---|
| Ronald A. Katz Technology Licensing, L.P. v. Ahold USA Inc. et al (on behalf of defendants Ahold USA Inc., Stop & Shop Supermarket Company LLC, Giant Food Stores LLC and Giant Food Inc.) Case No. 1:06-cv-00545-GMS | U.S. District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc. et al (on behalf of defendant AOL LLC, Compuserve Interactive Services Inc. and Netscape Communications Corporation) Case No. 1:06-cv-00546-GMS | U.S. District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc. et al (on behalf of defendant Charter Communications Inc., Charter Communications Holding Company LLC, Charter Communications Operating LLC and Charter Communications Entertainment I LLC) Case No. 1:06-cv-00546-GMS | U.S. District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc. et al (on behalf of defendant Time Warner Cable Inc., Time Warner NY Cable LLC and Time Warner Entertainment Company LP) Case No. 1:06-cv-00546-GMS | U.S. District Court for the District of Delaware (Wilmington) | Alston & Bird LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |
| Ronald A. Katz Technology Licensing, L.P. v. Humana, Inc (on behalf of defendants Humana, Inc. and Humana Military Healthcare Services, Inc.) Case No. 9:06-cv-199-RC | U.S. District Court for the Eastern District of Texas (Lufkin) | Standley Law Group LLP | Patent infringement | Patent infringement claims related to automated call processing technology. |

12

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Industry/Product* |
|---|---|---|---|---|
| Repligen Corporation and The Regents of the University of Michigan v. Bristol-Myers Squibb Company<br>Case No. 2:06-CV-004-TJW | U.S. District Court for the Eastern District of Texas Marshall Division | Fish & Richardson P.C. | Patent infringement | Patent infringement claims related to rheumatoid arthritis pharmaceutical. |
| Solvay, S.A. v. Honeywell Specialty Materials, LLC and Honeywell International Inc.<br>Case No. 06-557-SLR | U.S. District Court for the District of Delaware | Kirkland & Ellis | Patent infringement | Patent infringement claims related to foam blowing agents (chemicals). |
| Abbott Diabetes Care Inc. and Abbott Laboratories v. Roche Diagnostics Corporation and Bayer Healthcare LLC<br>Case No.: C05-3117 MJJ | U.S. District Court for the Northern District of California | Barnes & Thornburg LLP | Patent infringement | Patent infringement claims related to at-home blood insulin level testing products. |
| O'Gara-Hess & Eisenhardt Armoring Company, L.L.C. v. Paul Bartock and Ibis Tek, LLC<br>Case No. CV 2006 04 1157 | Common Pleas Court of Butler County, Ohio | Sebaly, Shillito & Dyer | Misappropriation of trade secrets; breach of contract | Misappropriation of trade secret claims related to armored equipment used in conflict. |
| Spectralytics, Inc. v. Cordis Corporation and Norman Noble, Inc.<br>Civil Action No. 05-1464 (PJS/RLE) | U.S. District Court for The District of Minnesota | Carlson Caspers Vandenburgh & Lindquist | Patent infringement | Patent infringement claims related to surgical stents. |
| DE Technologies, Inc. v. DELL Inc.<br>Civil Action No. 7:04 CV 00628 | U.S. District Court for the Western District of Virginia | Robins, Kaplan, Miller & Ciresi L.L.P. | Patent infringement | Patent infringement claims related to international e-commerce transactions. |
| Maytag Corporation v. Electrolux Home Products, Inc., d/b/a Frigidaire<br>Civil Action No. C 04-4067-MWB | U.S. District Court for the Northern District of Iowa, Western Division | Alston & Bird LLP | Patent infringement | Patent infringement claims on plastic spin basket of a washing machine. |
| Alcon Manufacturing, Ltd. and Alcon Laboratories, Inc., v. Advanced Medical Optics, Inc.<br>Civil Action No. 4-05CV-496-A | U.S. District Court for the Northern District of Texas, Fort Worth Division | Rader, Fishman & Grauer PLLC | Patent infringement | Patent infringement claims on surgical equipment used to correct cataracts. |
| International Truck and Engine Corporation v. Kile International Trucks, Inc.<br>Case No. 2004L000580 | Circuit Court of Eighteenth Judicial Circuit, DuPage County, Illinois, Law Division | Seyfarth Shaw LLP | Breach of contract | Involved breach of a dealership agreement within the transportation industry. |

| Lawsuit | Court | Law Firm | Type | Industry/Product |
|---|---|---|---|---|
| J.B. Hunt Transport, Inc. v. BNSF Railway Company, J.B. Hunt Transport, Inc. v. BNSF Railway Company Case No. 71 181 Y00490 04 | American Arbitration Association | Crowell & Moring LLP | Breach of contract | Breach of joint service agreement in railroad/trucking business. Non-exclusivity, rates charged, etc. |
| Honeywell International Inc. and Honeywell Intellectual Properties Inc. v. Hamilton Sundstrand Corp. Civil Action No. 03-1153 | U.S. District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims on auxiliary power units used on regional jets. |
| Advanced Medical Optics, Inc. v. Alcon Laboratories, Inc. and Alcon Manufacturing Ltd. Civil Action No. 03-1095-KAJ | U.S. District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims on surgical equipment used to correct cataracts. |
| Dow AgroSciences LLC v. Crompton Corporation and Uniroyal Chemical Company, Inc. Civil Action No. 1:03-CV-0654-SEB-JPG | U.S. District Court Southern District of Indiana, Indianapolis Division | Barnes & Thornburg LLP | Patent infringement | Patent infringement claims on termite treatment systems. |
| Syngenta Seeds, Inc. v. Monsanto Company, et al., Pioneer Hi-Bred, et al. Civil Action No. 02-1331 (SLR) | U.S. District Court for the District of Delaware | Kaye Scholer LLP | Patent infringement | Patent infringement claims on hybrid corn seed. |
| Pinpoint Incorporated v. Amazon.com Inc., et al. Civil Action No. 03C-4954 | U.S. District Court for the Northern District of Illinois | Bartlit Beck Herman Palenchar & Scott LLP | Patent infringement | Patent infringement claims on personalization features used in internet commerce. |
| Do It Best Corp. v. Passport Software, Inc. Case No. 01 C 7674 | U.S. District Court for the Northern District of Illinois, Eastern Division | Barnes & Thornburg LLP | Copyright infringement | Copyright infringement claims on software systems used in franchised hardware stores for accounting, inventory, etc. |
| Milliken & Company v. Interface, Inc., et al. Civil Action No. 7:02-3633-20 | U.S. District Court for the District of South Carolina | Kilpatrick Stockton LLP | Patent infringement | Patent infringement claims related to carpet tile. |
| Rambus, Inc. v. Infineon Technologies AG, et al. Civil Action No. 3:00CV524 | U.S. District Court for the Eastern District of Virginia | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims related to semiconductors. |
| Europe Container Terminus B.V. v. S.L. Service, Inc., formerly Sea-Land Service, Inc. | International Arbitration | Crowell & Moring LLP | Breach of contract | Involved international ocean shipping. |
| T. Andrew Janes v. Bose Corporation Civil Action No. 02C3886 | U.S. District Court for the Northern District of Illinois, Eastern Division | Fish & Richardson | Patent infringement | Patent infringement claims on in-home speaker/entertainment systems. |

14

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Industry/Product* |
|---|---|---|---|---|
| Honeywell International Inc. and Honeywell Intellectual Property Inc. v. Solutia, Inc. Civil Action No. 01-423 | U.S. District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement claims related to carpet fiber. |
| Ferrari S.p.A., Ferrari Idea, S.A. and Mattel, Inc. v. Bburago, S.p.A. and Bburago USA, Inc. CV 00-09291 NM(CTx) | U.S. District Court for the Central District of California | Gardner Carton & Douglas | Trademark infringement | Trademark infringement claims related to Ferrari mark on model cars. |
| EAC Operations, Inc. v. City of Chicago 01 C 6028 | U.S. District Court for the Northern District of Illinois, Eastern Division | Brinks, Hofer, Gilson & Lione | Patent infringement | Patent infringement claims on method of using blue bags in recycling programs. |
| BorgWarner Inc. and BorgWarner TorqTransfer Systems Inc. v. New Venture Gear Inc. No. 00-C-7470 | U.S. District Court for the Northern District of Illinois, Eastern Division | Brinks Hofer Gilson & Lione | Patent infringement | Patent infringement claims on torque on-demand transfer cases for autos. |
| Donald D. Harrison, D.C. and Sanghak O. Harrison, D.C. d/b/a Harrison CBP Seminars v. Stephan J. Troyanovich, D.C. and MPA-Media No. 01-1301 | U.S. District Court for the Central District of Illinois | Hayes, Hammer, Miles, Cox & Ginzkey | Copyright infringement; unfair competition; deceptive trade practices; interference with advantageous business relations | Copyright infringement claims on chiropractic publishing. |
| TV/Com International, Inc. v. MediaOne of Greater Florida, Inc., Canal Plus Technologies S.A., Canal Plus US Technologies, Inc. and Société Européene de Contrôle d' Accés No. 3:00-CV-1045-J-21 A | U.S. District Court for the Middle District of Florida, Jacksonville Division | Oblon, Spivak, McClelland, Maier & Neustadt | Patent infringement | Patent infringement claims on enciphering and deciphering digital information signals for radio or television broadcasting. |
| Residential Funding Corporation v. DeGeorge Financial Corp., et al. No. 3:00CV202 (JBA) | U.S. District Court for the District of Connecticut | Bartlit Beck Herman Palenchar & Scott | Breach of contract; unfair trade practices | Breach of Contract related to residential construction/mortgage funding. |
| Eva Zeisel v. The Orange Chicken L.L.C. and Nambe Mille, Inc. 13 181 00588 00 | American Arbitration Association Commercial Arbitration Tribunal New York, New York | Kirkland & Ellis LLP | Breach of contract; contract termination; tortious interference | Breach of Contract related to design work on home accents. |
| Honeywell International, Inc. and Honeywell Intellectual Properties, Inc. v. Hamilton Sundstrand Corporation Civil Action No. 99-309 (GMS) | U.S. District Court for the District of Delaware | Kirkland & Ellis LLP | Patent infringement | Patent infringement related to auxiliary power units on aircraft. |
| MorphoSys AG v. Cambridge Antibody Technology, Ltd. No. 1:99CV01012 | U.S. District Court for the District of Columbia | Katten Muchin Zavis Marshall Gerstein & Borun | Patent infringement | Patent infringement claims related to human antibody technology. |

15

| *Lawsuit* | *Court* | *Law Firm* | *Type* | *Industry/Product* |
|---|---|---|---|---|
| AMP Incorporated and The Whitaker Corporation v. Teradyne, Inc. No. 4:CV-98-0975 | U.S. District Court, Middle District of Pennsylvania | Brinks Hofer Gilson & Lione | Patent infringement; trade secret misappropriation | Involved patents on electrical connectors. |

*Underline indicates client*