## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

### DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF VIDEO GAMING TECHNOLOGIES INC.'S MOTION IN LIMINE REGARDING CASTLE HILL GAMING DEFENSES

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the Deposition of Sarah Gozdecki Carlson dated June 21, 2018.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the Deposition of Larry Graham dated May 15, 2018.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the Deposition of Will Harvie dated June 14, 2018.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the Deposition of Ryan North dated April 26, 2018.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from the Deposition of Karl Roelofs dated June 14, 2018.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the Deposition of Jay Sevigny dated July 12, 2018.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the Deposition of James Starr dated May 23, 2018.

9. Attached as **Exhibit H** is a true and correct copy of excerpts from the Deposition of Jon Yarbrough dated July 11, 2018.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2018 in Washington, District of Columbia.

*/s/ Robert C. Gill*
Robert C. Gill

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of November, 2018, I caused an unredacted copy of the foregoing Declaration to be served on the following counsel for Plaintiff who have consented to email service, via email:

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                            */s/ Robert C. Gill*
                                            Robert C. Gill