UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

**DEFENDANTS' MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFF VIDEO GAMING TECHNOLOGIES INC.'S MOTION IN LIMINE REGARDING CASTLE HILL GAMING DEFENSES AND SUPPORTING DECLARATION**

Pursuant to Local Rule 79.1, and paragraph 2(f) of the Stipulated Protected Order (ECF No. 55) (the "Protective Order"), Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"), hereby request that the Court enter an order sealing Defendant's unredacted Opposition to Plaintiff Video Gaming Technologies Inc.'s Motion in Limine Regarding Castle Hill Gaming Defenses and the Declaration of Robert C. Gill in Support of Defendants' Opposition to Plaintiff Video Gaming Technologies Inc.'s Motion in Limine Regarding Castle Hill Gaming Defenses (collectively, ECF No. 224). In support of this request to seal, Defendants state as follows:

1. Portions of the Opposition contain information designated by Plaintiff and Defendants as Confidential or Highly Confidential Information pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

2. Exhibit A to the Declaration of Robert C. Gill consists of excerpts from the Deposition of Sarah Gozdecki Carlson dated June 21, 2018. Plaintiff designated the deposition

transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

3. Exhibit B to the Declaration of Robert C. Gill consists of excerpts from the Deposition of Larry Graham dated May 15, 2018. Castle Hill designated the deposition transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

4. Exhibit C to the Declaration of Robert C. Gill consists of excerpts from the Deposition of Will Harvie dated June 14, 2018. Plaintiff designated the deposition transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

5. Exhibit D consists of excerpts from the Deposition of Ryan North dated April 26, 2018. Plaintiff designated the deposition transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

6. Exhibit E consists of excerpts from the Deposition of Karl Roelofs dated June 14, 2018. Plaintiff designated the deposition transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

7. Exhibit F to the Declaration of Robert C. Gill consists of excerpts from the Deposition of Jay Sevigny dated July 12, 2018. Plaintiff designated the deposition transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

8. Exhibit G to the Declaration of Robert C. Gill consists of excerpts from the Deposition of James Starr dated May 23, 2018. Plaintiff designated the deposition transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

9. Exhibit H to the Declaration of Robert C. Gill consists of excerpts from the Deposition of Jon Yarbrough dated July 11, 2018. Plaintiff designated the deposition transcript as Highly Confidential pursuant to paragraph 2(c) of the Stipulated Protective Order (ECF No. 55).

10. Pursuant to Local Rule 79.1, General Order 08-11, and the Protective Order, Castle Hill filed both a public, redacted Opposition with public, redacted Exhibits A-H to the Declaration of Robert C. Gill, and a sealed, unredacted Opposition, and a sealed, unredacted Exhibits A-H to the Declaration of Robert C. Gill.

WHEREFORE, Defendants respectfully request that the Court enter an Order sealing the Opposition and the Declaration of Robert C. Gill.

Dated: November 16, 2018

Respectfully submitted,

/s/ Robert C. Gill
Robert C. Gill (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
henry.platt@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

Sherry H. Flax (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2018, I caused a copy of the foregoing **DEFENDANTS' MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFF VIDEO GAMING TECHNOLOGIES INC.'S MOTION IN LIMINE REGARDING CASTLE HILL GAMING DEFENSES AND SUPPORTING DECLARATION** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*/s/ Robert C. Gill*
Robert C. Gill
