# EXHIBIT 9

| | |
|---|---|
| **From:** | Gill, Robert C. |
| **To:** | Rubman, Gary; VGTvCastleHill |
| **Cc:** | Platt, Henry A.; Antonelli, Matthew; Jonathan Jacobs; Duane Zobrist; Schaufelberger, Thomas S. |
| **Subject:** | Schoettelkotte Schedules |
| **Date:** | Tuesday, October 2, 2018 6:09:10 PM |
| **Attachments:** | image001.png<br>Video Gaming Technologies v. Castle Hill Studios - Supplemental Schedules.pdf |

Gary,

Attached please find an electronic copy of the schedules that were provided in hard copy form just before Mr. Schoettelkotte's deposition began on September 22.

With regard to Mr. Schoettelkotte's Schedule 11A, that document did not exist during the discovery period and was therefore not produced in discovery. The information in Schedule 11A was provided by CHG and was used to create Schedule 11A, which was created for the purpose of being used with Mr. Schoettelkotte's expert report. My comments that you referred to, about information which had been produced in discovery, were directed to the first four items which were identified at the top of page 2 of Schedule 2 of Mr. Schoettelkotte's report. Those four files had no bates numbers and were produced in native format in that fashion so that we could produce them as quickly as possible. Those four files were later included as part of CHG_PROD016 on July 31, 2018, as I indicated in my email to you of September 25.

Bob



**Robert C. Gill**

1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434

Tel: 202.295.6605 | Fax: 202.295.6705

Robert.Gill@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+