# EXHIBIT 10

*Contains Confidential, Highly Confidential, or Highly Confidential Source Code Information Subject to Protective Order*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>  (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>  (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>  (d/b/a CASTLE HILL GAMING)<br><br>Defendants. | Case No. 4:17-cv-00454-GKF-jfj |

**Opening Expert Report of Stacy Friedman**

**August 10, 2018**

*Contains Confidential, Highly Confidential, or Highly Confidential Source Code Information Subject to Protective Order*

## I. Expert Qualifications

1. As a professional casino game designer and mathematician, I am intimately familiar with the issues and technology relating to wagering games. As shown below, I have personally designed, implemented, tested, and analyzed many games, including dozens of single- and multi-player wagering games for both Internet and land-based casinos.

2. I am the President of Olympian Gaming, LLC in Lake Oswego, Oregon, a position that I have held since 2001. In that capacity, I have consulted in the gaming industry regarding, among other things, game design and development, slot machine and table game mathematics, game software development, and gaming patent infringement and validity. I have over nineteen years of professional experience in developing regulated casino games, gaming mathematics, and professional software design expertise. Although I discuss my expert qualifications in more detail below, I also attach as Exhibit A a recent curriculum vitae which details my educational and professional background.

3. In 1996, I earned my Bachelor of Arts degree in Computer Science, magna cum laude, from Harvard College, Harvard University, Cambridge, Massachusetts.

4. My professional experience in the casino gaming industry started in 1998, when I joined Silicon Gaming, Palo Alto, California as a game model engineer before it was acquired by International Game Technology ("IGT"). Silicon Gaming designed and developed interactive video slot machines. As a game model engineer (mathematician), I worked on the designs of video slot games, video keno games, and video poker games; helped produce dozens of innovative new games for the Odyssey™ platform; and engaged regulatory agencies to achieve regulatory approval for the mathematics used in the games. In addition, I designed and developed game flow and storyboards for slot machines, and developed and shipped mathematical models for over 50 games. I also served as a liaison to state regulatory agencies

## Exhibit B - Materials Considered

In addition to the materials cited in my report, I have considered the following materials:

| | | |
|---|---|---|
| CHG0002333 | CHG0034382 | CHG0087214 |
| CHG0008302 | CHG0034503 | CHG0087703 |
| CHG0008306 | CHG0036535 | CHG0088681 |
| CHG0008407 | CHG0044782 | CHG0089197 |
| CHG0008439 | CHG0044794 | CHG0089313 |
| CHG0008520 | CHG0045053 | CHG0089320 |
| CHG0009398 | CHG0045177 | CHG0094498 |
| CHG0009410 | CHG0045179 | CHG0095379 |
| CHG0009901 | CHG0045180 | CHG0097491 |
| CHG0011946 | CHG0045181 | CHG0097494 |
| CHG0011963 | CHG0045182 | CHG0120688 |
| CHG0015304 | CHG0045183 | CHG0124177 |
| CHG0015307 | CHG0045184 | CHG0124213 |
| CHG0015310 | CHG0045185 | CHG0124581 |
| CHG0015314 | CHG0045186 | CHG0124634 |
| CHG0015728 | CHG0045187 | CHG0126310 |
| CHG0018486 | CHG0045188 | CHG0126328 |
| CHG0018498 | CHG0045189 | CHG0127083 |
| CHG0018504 | CHG0045190 | CHG0134532 |
| CHG0018506 | CHG0045191 | VGT0001806 |
| CHG0018508 | CHG0045192 | VGT0001813 |
| CHG0018545 | CHG0045193 | VGT0001818 |
| CHG0018547 | CHG0045198 | VGT0001820 |
| CHG0018773 | CHG0045199 | VGT0001846 |
| CHG0019097 | CHG0045200 | VGT0006862 |
| CHG0019196 | CHG0045201 | VGT0006879 |
| CHG0023099 | CHG0045202 | VGT0006912 |
| CHG0023339 | CHG0045203 | VGT0006934 |
| CHG0023353 | CHG0045722 | VGT0052992 |
| CHG0023446 | CHG0049563 | VGT0052996 |
| CHG0023497 | CHG0052992 | VGT0052997 |
| CHG0023544 | CHG0062108 | VGT0052998 |
| CHG0023630 | CHG0062110 | VGT0052999 |
| CHG0023631 | CHG0074604 | VGT0053001 |
| CHG0023729 | CHG0074941 | VGT0053002 |
| CHG0023902 | CHG0074974 | VGT0053003 |
| CHG0024015 | CHG0075949 | VGT0056119 |
| CHG0024883 | CHG0082346 | VGT0064944 |
| CHG0024884 | CHG0082535 | VGT0064945 |
| CHG0024886 | CHG0086662 | VGT0064946 |

| CHG0029697 | CHG0086769 | CHG_SC_00001 |
| --- | --- | --- |
| CHG0030926 | CHG0086773 | CHG_SC_00002 |
| CHG0033431 | CHG0086782 | CHG_SC_00003 |
| CHG_CON-JIRA_PROD001 | CHG0087147 | CHG_SC_00004 |
| CHG_SC_00005 | VGT_SC_00001 | VGT_SC_00002 |
| VGT_SC_00003 | | |
| **Deposition Transcripts** |||
| 2018.02.09 Aaron Milligan deposition transcript and exhibits |||
| 2018.02.16 George Weilacher deposition transcript and exhibits |||
| 2018.04.19 Andrew Scheiner deposition transcript and exhibits |||
| 2018.04.24 Josh Larson deposition transcript and exhibits |||
| 2018.05.15 Alan Roireau deposition transcript and exhibits |||
| 2018.05.15 Dwayne Graham deposition transcript and exhibits |||
| 2018.05.31 Dan Fulton deposition transcript and exhibits |||
| 2018.06.08 Paul Suggs deposition transcript and exhibits |||
| 2018.07.10 Brandon Booker deposition transcript and exhibits |||
| 2018.07.11 Jason Sprinkle deposition transcript and exhibits |||
| 2018.07.13 Seth Morgan deposition transcript and exhibits |||
| 2018.08.01 Alan Roireau 30(b)(6) deposition transcript and exhibits |||
| 2018.08.01 Dan Fulton (b)(6) deposition transcript and exhibits |||
| 2018.08.02 Rich Sisson (b)(6) deposition transcript and exhibits |||
| 2018.08.02 Arthur Watson (b)(6) deposition transcript and exhibits |||
| 2018.08.03 Josh Davis (b)(6) deposition transcript and exhibits |||
| **Discovery** |||
| Defendants' Third Supplemental Objections and Responses to Plaintiff's First Interrogatories to Defendants (July 29, 2018) |||
| VGT's Sixth Supplemental Objections and Responses to CHG's First Set of Interrogatories (Aug. 7, 2018) |||
| **Other** |||
| Teleconferences with Josh Davis |||
| Teleconferences with Chris Shults |||
| (Durango Bill's) Bingo Probability Statistics Analysis and Graphs, accessible at http://www.durangobill.com/BingoStats.html |||
| http://www.annualreports.com/HostedData/AnnualReportArchive/i/NYSE_IGT_1999.pdf |||
| http://ir.igt.com/phoenix.zhtml?c=119000&p=irol-newsArticle&ID=1987069 |||
| https://www.crunchbase.com/organization/gameco-inc |||
| https://www.crunchbase.com/organization/gamblit-gaming |||
| https://www.nashvillepost.com/business/development/article/20400138/weekend-reading-the-gifthorse-treatment |||
| https://betterexplained.com/articles/the-quick-guide-to-guids/ |||
| http://gtsource.com/Cabinets/AtlasCabinet.aspx |||