UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

**DECLARATION OF ROBERT C. GILL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
<u>EXCLUDE THE TESTIMONY OF ROBERT ZEIDMAN IN PART</u>**

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "CHG"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit 1** is a true and correct copy of the Rebuttal of Stacy Friedman by Robert Zeidman (exhibits other than Exhibit A omitted) dated August 31, 2018.

3. Attached as **Exhibit 2** is a true and correct copy of certain excerpts from the deposition of Robert Zeidman dated September 28, 2018.

4. Attached as **Exhibit 3** is a true and correct copy of the Opening Expert Report of Stacy Friedman (exhibits omitted) dated August 10, 2018.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2018 in Washington, District of Columbia.

/s/ *Robert C. Gill*
Robert C. Gill

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2018, I caused an unredacted copy of the foregoing Declaration to be served on the following counsel for Plaintiff who have consented to email service, via email:

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                            */s/ Robert C. Gill*
                                            Robert C. Gill