# EXHIBITS 1-2, 4-6, and 8-13

# FILED UNDER SEAL