# EXHIBITS A – G, J, and L-N

# FILED UNDER SEAL