# EXHIBIT 116

# FILED UNDER SEAL

Case 4:17-cv-00454-GKF-JFJ   Document 238-16 Filed in USDC ND/OK on 11/16/18   Page 1 of 1