# EXHIBIT 129

| | |
|---|---|
| **From:** | Jason Sprinkle [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0302DD6633E34D6AAC6A03F9173E0BC2-JASON.SPRIN] |
| **Sent:** | 2/6/2015 3:27:05 PM |
| **To:** | Zach Trover [zachary.trover@castlehillgaming.com]; Aaron Milligan [aaron.milligan@castlehillgaming.com]; Rich Sisson [richard.sisson@castlehillgaming.com] |
| **Subject:** | FW: Aces and Hogs glass Proof |

Sorry wrong button

**From:** Jason Sprinkle
**Sent:** Friday, February 6, 2015 3:26 PM
**To:** Zach Trover
**Subject:** RE: Aces and Hogs glass Proof

I initially like the characters especially the penguins and walrus. I would like to see them in a pool bar environment with Hawaiian shirts, and bikinis on the penguins. Bear bouncers walrus server ie DJ. Sunglasses on them, umbrella drinks, not beers. The colors should follow the polar high roller a little more, maybe the clothing will reflect and bring out more of them.
Jason

**From:** Zach Trover
**Sent:** Friday, February 6, 2015 12:29 PM
**To:** Aaron Milligan; Jason Sprinkle
**Cc:** Rich Sisson
**Subject:** Re: Aces and Hogs glass Proof

Here's where we're at with the Arctic Cash game. I think it would be fun to get some more characters in a 'party' scene at the bottom. Maybe dress up the penguins? I look forward to feedback.

Thanks!

Zach

**From:** Aaron Milligan
**Sent:** Friday, February 6, 2015 12:05 PM
**To:** Jason Sprinkle
**Cc:** Rich Sisson; Zach Trover
**Subject:** Aces and Hogs glass Proof

Jason,

Please take a look at the glass proof I have attached.

Note the pig on the right will have a different body and bike.

Thank you



CHG0008379

Aaron

CHG0008380