# EXHIBIT 133

Message

| | |
|---|---|
| From: | Jason Sprinkle [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0302DD6633E34D6AAC6A03F9173E0BC2-JASON.SPRIN] |
| Sent: | 11/17/2014 12:02:16 PM |
| To: | Rich Sisson [richard.sisson@castlehillgaming.com]; Aaron Milligan [aaron.milligan@castlehillgaming.com] |
| Subject: | RE: 3RM 5 Rm cabinets |

On the retro, the cabinet will be the old spec cabinet so the LCD will be smaller ( 20 inches at most) but remain the 16x10 ratio. We can decide the window size but reminiscent of the old sizes is best.
Jason

**From:** Rich Sisson
**Sent:** Monday, November 17, 2014 11:55 AM
**To:** Jason Sprinkle; Aaron Milligan
**Subject:** RE: 3RM 5 Rm cabinets

How might the retro cabinet differ? Just size ratios?

I would agree that just doing plexi on the bottom would probably create the cleanest look, especially when combined with the obvious cost savings. I imagine the meters would go on the bottom of the top screen then? Having that meter bar on the bottom of the top screen will probably disrupt that flow of imagery from the bottom the top.

Do these illustrations accurately reflect the size of the windows to the reels? Or can they be a little bit tighter to allow more space for art?

Thanks,

- rich


**From:** Jason Sprinkle
**Sent:** Monday, November 17, 2014 11:44 AM
**To:** Aaron Milligan; Rich Sisson
**Subject:** 3RM 5 Rm cabinets

Guys here are some drawings of the possible versions of cabinet. I am interested in your thoughts. While I like the additional LCDS they bring complexity into the mix that may not have much added value to us, considering that we will make a retro version and be bound to the top screen information version. I like the larger plexi glass because it will allow us better flow of images from reel to top screen, specifically to continue parts into the top screen from the below plex.( surprisingly a customer playing commented to me that they liked that about Quacktastic.)

Jason Sprinkle
Chief Creative Officer
Castle Hill Gaming
864-680-0178
jason.sprinkle@castlehillgaming.com



CHG0008922