# EXHIBIT 148

# FILED UNDER SEAL

# Produced Natively on CD Labelled Ex. 267