# EXHIBIT 150



# C6 Mechanical/Video Cabinet

Overview

All Games (List)

Game Types

   OVATION

   C6 Mechanical Reels

   C6 Video

   XSpin® Video

Live-Call® Bingo

Cabinets

   Helix+

   **C6 Mechanical/Video Cabinet**

   C6 Slant Cabinet

   XSpin® Cabinet





## STAND-UP MECHANICAL

**HEIGHT**
Game (excluding candle)............53.7"
Stand ...........................................22.0"
**Total Height**..............................**75.7"**

**WIDTH**
Game ..........................................20.5"
Stand ...........................................27.5"
**Maximum Width** ......................**47.5"**

**DEPTH**
Game............................................16.8"
Stand ...........................................16.8"
**Maximum Depth** .......................**16.8"**

**POWER CONSUMPTION - 3RM**
Imax ..............................................2.8 (A)
Iplay ...............................................1.8 (A)
**Maximum Power** ....................**336 (VA)**

**POWER CONSUMPTION - 5RM**
Imax ..............................................3.8 (A)
Iplay ...............................................2.5 (A)
**Maximum Power** ....................**456 (VA)**

## STAND-UP VIDEO

**HEIGHT**
Game (excluding candle)............53.7"
Stand ...........................................22.0"
**Total Height**..............................**75.7"**

**WIDTH**
Game ..........................................20.5"
Stand ...........................................27.5"
**Maximum Width:** ......................**47.5"**

**DEPTH**
Game............................................16.8"
Stand ...........................................16.8"
**Maximum Depth** .......................**16.8"**

**POWER CONSUMPTION - WINDOWS CLIENT**
Imax ..............................................2.1 (A)
Iplay ...............................................1.8 (A)
**Maximum Power** ....................**252 (VA)**

**POWER CONSUMPTION - DOS CLIENT**
Imax ..............................................2.0 (A)
Iplay ...............................................1.9 (A)
**Maximum Power** ....................**240 (VA)**

VGT0001708