# EXHIBIT 157



http://www.vgt.net/uploads/game/10_full_cabinet_image[10/26/2017 4:25:19 PM]

VGT0001732



VGT0013629