# EXHIBIT 160

(1) Naskila Gaming - Posts

Naskila Gaming

Naskila Gaming
@naskilagaming

Home
About
Photos
Reviews
Videos
**Posts**
Community

**MORE JACKPOTS Y'ALL!**

**NOW TWICE THE SIZE WITH 800 GAMES!**

Naskila Gaming added 3 new photos.
July 30

MORE Weekend Jackpot Alerts Y'all! Lots of jackpots yesterday--Daniel from Taylor, TX won a lucky $5,354 jackpot during his FIRST VISIT EVER; Joeseal from Trinity, TX was feeling twice as nice with a $8,650 jackpot on Dublin Your Luck and Tammye from Madisonville, TX scorched a $13,730 jackpot on Amazing Hot! What a Saturday! #PlayInTexas

Like    Show more reactions
Comment    Share

186    Chronological

Casino in Livingston, Texas
4.4 ★★★★★ · Always Open

**Community**    See All
Invite your friends to like this Page
17,954 people like this
18,225 people follow this

**About**    See All

Chat (15)

540 State Park Road 56
Livingston, Texas 77351
(936) 563-2946
Typically replies within a day
**Send Message**
naskila.com
Casino · Landmark & Historical Place · Food & Beverage
Hours
Always Open

**Pages liked by this Page**    >

Alabama Coushatta T...    Like

KHOU 11 News    Like

VGT0001661

14 Comments

**Comments**

Kita Lois Twana Mack... look at hot dog!!
Like Show more reactions · Reply · July 30 at 9:40am

Hussien Alnasery Haider Abass
Like Show more reactions · Reply · ◯ 1 · July 30 at 9:50am

Kathryn Taylor Boykin Congrats! I hope I'm lucky for my bday!!
Like Show more reactions · Reply · July 30 at 11:24am

Lupe Compian Omw
Like Show more reactions · Reply · July 30 at 11:26am

Tiffany Imsogudatit Nash BaldHead Reggie yesterday
Like Show more reactions · Reply · July 30 at 12:05pm

Joe Fuentes I'm next to win
Like Show more reactions · Reply · July 30 at 1:19pm

Brenda King Play the max are you lose
Like Show more reactions · Reply · ◯ 1 · July 30 at 2:14pm

Alice-Howard Ray Is the new part open yet?
Like Show more reactions · Reply · ◯ 1 · July 30 at 2:35pm

↳ 1 Reply

Teresa Anthony Part of it is!
Like Show more reactions · Reply · July 30 at 2:54pm

Dana Ramsey-Keblish Looks like I need to come play some VGT
Like Show more reactions · Reply · 😊 1 · July 30 at 3:54pm

Steven Hieronymus Castle Hill - CHG
Like Show more reactions · Reply · July 31 at 9:48pm

Write a reply...

Mary Ann Cadena Congratulations to all. One day I will join that group of winners.
Like Show more reactions · Reply · July 30 at 4:10pm

Enrique Castellanos Sara Castellanos Silva
Like Show more reactions · Reply · July 30 at 5:54pm

Daniel Geegan Selma Primm Benjamin
Like Show more reactions · Reply · July 30 at 10:01pm

Jerry Mcgee Molly Chapman
Like Show more reactions · Reply · July 31 at 1:20am

Write a comment...

☺

---

**Naskila Gaming** added 2 new photos
October 20 at 2:19pm · ⦿

More Jackpots Y'all--Kingwood edition! We had Danny from Kingwood, TX claiming a shiny $21,275.00 on Platinum Express, and also Ernest from Kingwood, TX just won $5,130.00 on Double Wolf! What are you waiting for?! #MORE #PlayInTexas

---

QUALITY QualityMarineService     👍 Like

English (US) · Español · Português (Brasil) Français (France) · Deutsch

+

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2017

VGT0001662



Like    Show more reactions

Comment    Share

1.4K                                    Chronological ▼

98 Shares

**Comments**

View previous comments

Marlizzy Leal Yessssssssss!!! In Gods will and Blessing!!!wooohooo
LikeShow more reactions · Reply · 1 · 13 hrs

Marlizzy Leal

LikeShow more reactions · Reply · 2 · 13 hrs

VGT0001663

Write a comment...

**Naskila Gaming** added 2 new photos
October 18 at 2:42pm ·

More Jackpots Y'all! Ineequa from Huntsville, TX just toasted a $10,048 jackpot on Mr. Martini, and Michael from Onalaska, TX take a ball yesterday winning $15,891.02 on Superball Lotto! #MORE #PlayInTexas



👍 Like   Show more reactions
💬 Comment   ➦ Share

👍😊😍 112                                    Chronological ▾

16 Shares

**Comments**

View 5 more comments

**Melissa Capps** Ginger Capps
Like Show more reactions · Reply · October 19 at 2:07pm

**Wilfredo Garcia** Alejandra Garcia
Like Show more reactions · Reply · 😊 1 · October 20 at 10:52am

Write a comment...

**Naskila Gaming** ·
October 17 at 12:00pm · 

You are invited to Celebrate the Culture of the Alabama Coushatta Tribe of Texas this Saturday, October 21st from 9am - noon at Naskila Gaming!

Join us for traditional Alabama-Coushatta cuisine, artisan tribal vendors with handmade crafts and live music featuring drumming and singing. Plus, enjoy Alabama-Coushatta tribal dancers in their stunning regalia. You will see the

VGT0001664

Newly revitalized section of the Historic Living Indian Village located adjacent to Naskila Gaming behind the Old Council House. Hope to see you here!



**Naskila Gaming**                                    Learn More
Casino

👍 Like    Show more reactions
💬 Comment    ↪ Share

👍😊❤ 2.2K                                    Chronological ▾

512 Shares

**Comments**

View previous comments



**Agenda Burnett** Kmberly Kimberly Hollister Wilkerson r we going? wake me up!
LikeShow more reactions · Reply · October 21 at 1:17am

**Susie Brooks** Does anyone know if children are allowed at this event? Would love to bring my granddaughter to see!
LikeShow more reactions · Reply · ○ 1 · October 21 at 8:44am

↳   1 Reply

Write a comment...
☺



**Naskila Gaming** is at 📍 Polk County Commerce Center    ⋯
October 16 at 11:31am · Livingston, TX · 🌐

We had a great time on Sunday, October 1st presenting the great Neal McCoy live in Livingston to benefit the Polk County Higher Education & Technology Foundation--the event was a great success! Thank you to everyone who attended. #MORE #PlayInTexas

VGT0001665

1K Views

👍 Like     Show more reactions

💬 Comment     ↗ Share

👍❤ 46                                                    Chronological ▼

**Comments**

View 2 more comments

**Brian Ring** Great concert! When will they post photos from the meet and greet?
LikeShow more reactions · Reply · October 17 at 11:00pm

**Diane Hobbs** Great picture 🙂
LikeShow more reactions · Reply · October 19 at 10:35am

Write a comment...

🙂 _

---

**Naskila Gaming**                                              ...
October 15 at 2:49pm · ⚙

Friday the 13th was a lucky day indeed--we had 47 jackpots over $1200 totaling $132,023.95! What are you waiting for?! #MORE #PlayInTexas

VGT0001666

(1) Naskila Gaming - Posts

👍 Like    Show more reactions
💬 Comment    ➤ Share

😃😆❤ 104                                                  Chronological ▾

20 Shares

**Comments**

View 9 more comments

**Terra Nova** I know! Cha ching!
LikeShow more reactions · Reply · October 16 at 8:57am

**Naskila Gaming** A lucky winner from Splendora, TX won a big $25k!

LikeShow more reactions · Reply · October 16 at 11:20am

↳  3 Replies

Write a comment...

☺

**Naskila Gaming**                                                        ...
October 15 at 8:30am · 🌐

It's a Caddys & Cash Sunday Funday! Starting at 5pm, win Hot Seat
drawings every 30 minutes for $250 Free Play, and stick around for the
$1,000 cash drawing! Remember, earn DOUBLE entries every Sunday until
3pm. See you here! #MORE #PlayInTexas

**VGT0001667**



👍 Like    Show more reactions

💬 Comment    ↗ Share

👍❤ 42                                          Chronological ▼

11 Shares

**Comments**

View 1 more comment

**Jenice DuBard** Judy Williams Rigsby
LikeShow more reactions · Reply · October 15 at 3:02pm

**Matthew Olivarez** I was there on Sunday good day😊
LikeShow more reactions · Reply · October 15 at 11:02pm

Write a comment...

😊

**Naskila Gaming**                              ···
October 14 at 4:00pm · ⚙

Only two weeks until our scary good Hallo-Win Costume Contest! Win your
share of $1,500 on Saturday, October 28th starting at 5pm. Best Overall
wins $500 cash, with more prizes for Most Original, Scariest and Funniest!
See restrictions on website, and dress to impress! #MORE #PlayInTexas



VGT0001668

Like    Show more reactions
Comment    Share

28                                                    Chronological ▼

11 Shares

Comments

**Kristen Walker** Anthony Walker
Like Show more reactions · Reply · October 14 at 4:09pm

**Maria Guadalupe Cruz** Viv Cruz
Margarita Flores-Cruz
Like Show more reactions · Reply · October 14 at 4:36pm

Write a comment...

☺ _

See More ▼

VGT0001669





VGT0001671



VGT0001672



VGT0001673



We never really thought this would happen!
This is a little over an hour from my house.

Sent from my iPhone using Tapatalk



Reply With Quote

Post Thanks / Like - 7 Thanks, 0 Likes, 0 Dislikes

foamy, Georgiagambler, zeus, twinslotaddicts, goldengreeke, moemoe, RiverSong thanked for this post

05-17-2016, 06:14 PM                                                                        #2

**foamy** ●
Senior Member

Join Date:    Feb 2015
Posts:        6,317
**Post Thanks / Like** 🔼

Awesome is it close to you?

Reply With Quote

05-17-2016, 06:28 PM                                                                        #3

VGT0001674



**KimKyle** ⦿

Senior Member

Join Date:    Jul 2015
Posts:        1,202
**Post Thanks / Like** ▲

> ❧ Originally Posted by **Toamy** ▣
> *Awesome is it close to you?*

Yes it's a little over an hour from my house. They posted several pics on FB. We have been waiting for this for a long time.

I wonder if they will have the machines paying good right now to suck us in?

🗨    **Reply With Quote**

---

■ 05-17-2016, 06:43 PM                                                                      #4

**hccj** ⦿

Senior Member
Join Date:    Aug 2015
Posts:        170
**Post Thanks / Like** ▲

Kim, is this the casino that was closed down and has been in litigation? Where is it located in Texas?

🗨    **Reply With Quote**

---

■ 05-17-2016, 06:44 PM                                                                      #5

**ChellesBelles** ⦿

Senior Member

Join Date:    Jan 2016
Location:     On an interstate near you
Posts:        1,058
**Post Thanks / Like** ▲

Used to travel through there quite often. Maybe this is the start of more TX casinos? Fingers crossed for a long honeymoon period for you once it opens!

Sent from my LGL16C using Tapatalk

🗨    **Reply With Quote**

---

■ 05-17-2016, 06:53 PM                                                                      #6

**KimKyle** ⦿

Senior Member

Join Date:    Jul 2015
Posts:        1,202
**Post Thanks / Like** ▲

> ❧ Originally Posted by **hccj** ▣
> *Kim, is this the casino that was closed down and has been in litigation? Where is it located in Texas?*

Yes that's the one. The address is Livingston,TX. That's the closest town.
That screen shot was from their Facebook page.

🗨    **Reply With Quote**

---

VGT0001675

■ 05-17-2016, 06:54 PM                                                                    #7

**KimKyle** ●
Senior Member



> **❝❝ Originally Posted by ChellesBelles** 🔵
> *Used to travel through there quite often. Maybe this is the start of more TX casinos?*
> *Fingers crossed for a long honeymoon period for you once it opens!*
>
> *Sent from my LGL16C using Tapatalk*

That's what I'm hoping for ! We will go check out the soft opening for sure. I'm off on
Friday so maybe then!

Join Date:    Jul 2015
Posts:        1,202
**Post Thanks / Like** 🔼

                                                          🗪       **Reply With Quote**

---

■ 05-17-2016, 07:18 PM                                                                    #8

**darrellk** ○
Senior Member



Kim this sounds like a small Class 2 Bingo style machine set-up. Hope you like it or learn to
tolerate it for when you need to scratch the gambling itch. I stopped going to the one here
in Madison, WI cause it is to frustrating. I have a lot of Class 3 casinos within 2 hours so I
would rather play at one of them. Good Luck if you go & tell DH that this Packers Fan says
hey.

I'm a Joker, a Nonsmoker, & a former Midnight Toker.... Steve Miller Band

Join Date:    Jul 2015
Location:     Americas Dairyland
Posts:        2,257
**Post Thanks / Like** 🔼

                                                          🗪       **Reply With Quote**

Post Thanks / Like - 2 Thanks, 0 Likes, 0 Dislikes

🔶 KimKyle, charlie50 thanked for this post

---

■ 05-17-2016, 07:29 PM                                                                    #9

**KimKyle** ●
Senior Member

### A new casino in Texas!



> **❝❝ Originally Posted by darrellk** 🔵
> *Kim this sounds like a small Class 2 Bingo style machine set-up. Hope you like it or learn*
> *to tolerate it for when you need to scratch the gambling itch. I stopped going to the one*
> *here in Madison, WI cause it is to frustrating. I have a lot of Class 3 casinos within 2 hours*
> *so I would rather play at one of them. Good Luck if you go & tell DH that this Packers Fan*
> *says hey.*

Yes that's exactly what it is. From the pics they posted on FB it looks like they have
crowded the machines very close together. So we will see. I'm hoping they have some red
screen machines since it seems that people do well on those. We consider Coushatta our
home casino and that's over 3 hours away with the ones in Lake Charles just a little closer.
So hopefully it will be a fun place to spend a couple hours every now and then.

Join Date:    Jul 2015
Posts:        1,202
**Post Thanks / Like** 🔼

I will tell him for sure !

*Last edited by KimKyle; 05-17-2016 at 08:04 PM.*

VGT0001676



Reply With Quote

■ 05-17-2016, 08:12 PM                                                                    #10

**charlie50** ○
Senior Member

Join Date:    Oct 2015
Location:     San Antonio
Posts:        4,412
**Post Thanks / Like** ⌂
Blog Entries:  1

❝❝ Originally Posted by **foamy** ⬦
*Awesome is it close to you?*

Looks like it just north of Houston on the Trinity River ...365 Type II MACHINES ..Let us know how ya do @KimKyle..

Reply With Quote

▾ Page 1 of 3  1  2  3  ▶  Last ▶▶

Quick Messenger   ▾ Slots, Dice, and Cards   Top

◀ Previous Thread | Next Thread ▶

**Posting Permissions**                                    ⌂

You may not post new threads          **BB code** is On
You may not post replies              **Smilies** are On
You may not post attachments          **[IMG]** code is On
You may not edit your posts           **[VIDEO]** code is On
                                      HTML code is On

                                      **Forum Rules**

----JW                              Contact Us  Jokers Wild Gambling Emporium  Archive  Top

All times are GMT. The time now is 04:53 PM.

Powered by **vBulletin®** Version 4.2.3
Copyright © 2017 vBulletin Solutions, Inc. All rights reserved.

Feedback Buttons provided by **Advanced Post Thanks / Like v3.3.2 (Lite)** - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on **HiVelocity Hosting**.
User Alert System provided by **Advanced User Tagging v3.2.4 (Lite)** - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on **HiVelocity Hosting**.

VGT0001677

**THE JOKER'S WILD GAMBLING EMPORIUM**

| What's New? | **Forum** |

New Posts   FAQ   Calendar   Forum Actions ▼   Quick Links ▼   Donate                    Advanced Search

🏠 Forum ⚬ Slots, Dice, and Cards ⚬ A new casino in Texas!

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

User Tag List

Results 11 to 20 of 30     ▼ Page 2 of 3   ◀◀First   ◀  1  **2**  3  ▶  Last ▶▶

**Thread: A new casino in Texas!**

Thread Tools ▾      Search Thread ▾      Display ▾

---

🗎 05-17-2016, 09:08 PM                                                                    #11

**Brandon** ○
Senior Member

Good luck! Please report back, I am anxious to hear how it goes!

Join Date:    Nov 2015
Location:     Longview, TX
Posts:        670
**Post Thanks / Like** 🔼

                                                                          💬  **Reply With Quote**

---

🗎 05-17-2016, 09:27 PM                                                                    #12

**peggy** ○
Senior Member
Join Date:   May 2015
Posts:       434
**Post Thanks / Like** 🔼

Kim, I never went there when it was open before, but I know of people who did.There were times you had to wait outside just to go in and then if you wanted to play a machine you just about had to play whatever no one was playing at the time.I hope they get the OK to enlarge it and make it bigger.

                                                                          💬  **Reply With Quote**

---

🗎 05-17-2016, 10:56 PM                                                                    #13

**KimKyle** ●
Senior Member

❝❝ Originally Posted by **charlie50** ▣
*Looks like it just north of Houston on the Trinity River ...365 Type II MACHINES ..Let us know how ya do @KimKyle..*

---

VGT0001678



Yep just up 59 to Livingston. I will report in for sure

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

charlie50 thanked for this post

05-17-2016, 10:58 PM                                                #14

**KimKyle** ●
Senior Member

> Originally Posted by **Brandon**
> *Good luck! Please report back, I am anxious to hear how it goes!*

Thanks Brandon! I don't see any red lucky ducks in the pics. Maybe you can pic them out.
Look up Alabama Coushatta tribe on FB if you want to see. I will let y'all know for sure.

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

Reply With Quote

05-17-2016, 11:00 PM                                                #15

**Brandon** ○
Senior Member

I checked them out and I do think I see some VGT $1 machines in one of the pics on the right wall.

Sent from my SM-G900V using Tapatalk

Join Date:    Nov 2015
Location:     Longview, TX
Posts:        670
Post Thanks / Like

Reply With Quote

05-17-2016, 11:02 PM                                                #16

**Brandon** ○
Senior Member

VGT0001679





Join Date:    Nov 2015
Location:     Longview, TX
Posts:        670
**Post Thanks / Like** 🔼

There on the right.

Sent from my SM-G900V using Tapatalk

🔳                                    **Reply With Quote**

---

🔲 05-17-2016, 11:13 PM                                    #17

**KimKyle** ⊙
Senior Member



Join Date:    Jul 2015
Posts:        1,202
**Post Thanks / Like** 🔼

> 🔗 Originally Posted by **peggy** ▣
> *Kim, I never went there when it was open before, but I know of people who did.There were times you had to wait outside just to go in and then if you wanted to play a machine you just about had to play whatever no one was playing at the time.I hope they get the OK to enlarge it and make it bigger.*

I never went there before either. I'm sure it will be very crowded. We called and they said they are open 24/7 but NO alcohol so maybe that will discourage some people. I hope so!

🔳                                    **Reply With Quote**

---

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

🟠 twinslotaddicts thanked for this post

---

🔲 05-17-2016, 11:17 PM                                    #18

**twinslotaddicts** ⊙
Senior Member



Join Date:    Feb 2015
Location:     Long Beach, CA
Posts:        1,937
**Post Thanks / Like** 🔼

> 🔗 Originally Posted by **KimKyle** ▣
> *I never went there before either. I'm sure it will be very crowded. We called and they said they are open 24/7 but NO alcohol so maybe that will discourage some people. I hope so!*

You'll have to text me when you get there and let me know what you think!!! Must be very exciting !!!

Ang

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

VGT0001680



Reply With Quote

05-18-2016, 12:19 AM                                                                    #19

**KimKyle**
Senior Member

> ❦❦ Originally Posted by **twinslotaddicts** ▪
> *You'll have to text me when you get there and let me know what you think!!! Must be very exciting !!!*
>
> *Ang*

I will! It's small but I hope it will be somewhere to go so a couple of hours of fun. We will see.

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like 🔺

Reply With Quote

05-18-2016, 10:37 AM                                                                    #20

**darrellk** ○
Senior Member

No alcohol means 18 year olds are welcome.

Sent from my iPhone using Tapatalk

I'm a Joker, a Nonsmoker, & a former Midnight Toker.... Steve Miller Band

Join Date:    Jul 2015
Location:     Americas Dairyland
Posts:        2,257
Post Thanks / Like 🔺

Reply With Quote

▼ Page 2 of 3   ◀◀First   ◀   1   **2**   3   ▶   Last ▶▶

Quick Navigation   ▾ Slots, Dice, and Cards   Top

« Previous Thread | Next Thread »

**Posting Permissions**

You may not post new threads          **BB code** is On
You may not post replies              **Smilies** are On
You may not post attachments          **[IMG]** code is On
You may not edit your posts           **[VIDEO]** code is On
                                      HTML code is On

                                      **Forum Rules**

Contact Us   Jokers Wild Gambling Emporium   Archive   Top

VGT0001681

Feedback Buttons provided by Advanced Post Thanks / Like v3.3.2 (Lite) - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on HiVelocity Hosting.

User Alert System provided by Advanced User Tagging v3.2.4 (Lite) - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on HiVelocity Hosting.

VGT0001682



If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

User Tag List

Results 21 to 30 of 30   ▾ Page 3 of 3   ◀◀ First   ◀   1   2   **3**

**Thread: A new casino in Texas!**

Thread Tools ▾     Search Thread ▾     Display ▾

---

📄 05-18-2016, 11:05 AM                                                                    #21

**KimKyle** ○
Senior Member

> 🗨 Originally Posted by **darrellk** 📭
> *No alcohol means 18 year olds are welcome.*
>
> *Sent from my iPhone using Tapatalk*

I hope not. We deal with 18 year olds at Winstar and it's a huge pain.

Join Date:   Jul 2015
Posts:        1,202
**Post Thanks / Like** 🔼

Reply With
Quote

---

📄 05-22-2016, 06:48 PM                                                                    #22

**KimKyle** ○
Senior Member

**A new casino in Texas!**

Ok this place is open now and went up to check it out this morning.

It is super, super small, but nice. You walk right in and get your card and it opens into the non-smoking room. Some doors open into the smoking room which I think is backwards because people will come in smoking.

The machines are all clones of ones we know. 88 fortunes, Mustang Money, China Shores(ish), MooLaLa, etc. Most with slightly different names.Some poker machines and high limit reels. I played the dollar reels hoping that they were red screen machines ( I couldn't tell), but I never got more than a cherry.

Join Date:   Jul 2015
Posts:        1,202
**Post Thanks / Like** 🔼

We won a little and then played it all back - so typical trip. There is a free coke/coffee station and an in house restaurant that we didn't try.

It's just an 1:15 from my house so it will be a fun place for an evening out or a short

VGT0001683

Sunday morning trip like that.

Here's one pic from a bonus



Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

 Brandon thanked for this post

---

**05-22-2016, 07:06 PM**                                                                 #23

**RiverSong** ○
Senior Member



Join Date:    Feb 2015
Location:     Far far away
Posts:        1,949
**Post Thanks / Like** 🔺

> Thanks Kim, I use to go years ago. I don't like the drive on 59, once out of Houston though it's a nice ride. Was it crowded at the time you went?
>
> When I want fun I go to a casino....Nothing like a cock, slot and a handy!!

Reply With Quote

---

**05-22-2016, 07:10 PM**                                                                 #24

**KimKyle** ○
Senior Member

❝❝ Originally Posted by **RiverSong**
*Thanks Kim, I use to go years ago. I don't like the drive on 59, once out of Houston though it's a nice ride. Was it crowded at the time you went?*

No, we went very early this morning and it was almost empty. The new Grand Parkway runs right by my neighborhood so we jumped on that and got to 59 really quick so it was an easy drive. But 59 through town is awful, I agree.

Join Date:    Jul 2015
Posts:        1,202

VGT0001684



Post Thanks / Like

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

RiverSong thanked for this post

**05-22-2016, 07:11 PM**                                                                                    #25

**KimKyle**
Senior Member

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

> **Originally Posted by Brandon**
> *I checked them out and I do think I see some VGT $1 machines in one of the pics on the right wall.*
>
> *Sent from my SM-G900V using Tapatalk*

Thanks Brandon, I think so to, but I forgot to look at the brand. I tried them just a bit but never even got a line hit. When I looked at the pays it only showed the bingo patterns, so I wasn't sure.

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

Brandon thanked for this post

**05-22-2016, 07:16 PM**                                                                                    #26

**RiverSong**
Senior Member

Join Date:    Feb 2015
Location:     Far far away
Posts:        1,949
Post Thanks / Like

Early like 9:00am @KimKyle. Also, what is a red screen?

*Last edited by RiverSong; 05-22-2016 at 07:51 PM.*

When I want fun I go to a casino....Nothing like a cock, slot and a handy!!

Reply With Quote

**05-22-2016, 07:49 PM**                                                                                    #27

**Warren**
Senior Member
Join Date:    Feb 2015
Posts:        245
Post Thanks / Like

> **Originally Posted by Brandon**
> *I checked them out and I do think I see some VGT $1 machines in one of the pics on the right wall.*
>
> *Sent from my SM-G900V using Tapatalk*

VGT wasn't one of the manufacturers that I heard they have... I did hear they have some Castle Hill Gaming http://www.castlehillgaming.com/ Castle Hill Gaming was started by some ex VGT folks and the games look very similar. Not sure how similar they play, but I would guess pretty close.

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

Brandon thanked for this post

**05-22-2016, 08:34 PM**                                                                                    #28

VGT0001685



**KimKyle** ○
Senior Member

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

**A new casino in Texas!**

> ❱❱ Originally Posted by **RiverSong** ▣
> *Early like 9:00am @KimKyle. Also, what is a red screen?*

No we got there about 7. We were up early and wanted to see it without a crowd.

A red screen is the bonus feature in those VGT class 2 machines we play in Oklahoma.

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

RiverSong thanked for this post

---

■ 05-22-2016, 08:36 PM                                                                #29

**KimKyle** ○
Senior Member

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

**A new casino in Texas!**

> ❱❱ Originally Posted by **Warren** ▣
> *VGT wasn't one of the manufacturers that I heard they have... I did hear they have some Castle Hill Gaming http://www.castlehillgaming.com/ Castle Hill Gaming was started by some ex VGT folks and the games look very similar. Not sure how similar they play, but I would guess pretty close.*

Thanks @Warren . That's the ones they have. I forgot to look at manufacturers but I will next time.

Reply With Quote

Post Thanks / Like - 1 Thanks, 0 Likes, 0 Dislikes

Warren thanked for this post

---

■ 06-02-2016, 03:29 AM                                                                #30

**mhetrick** ○
Member
Join Date:    Oct 2015
Location:     Tyler, TX
Posts:        43
Post Thanks / Like

It's interesting they were allowed to reopen, but I probably wouldn't go. I'm not a fan of Class II bingo machines anyways. Can't wait to hear how they do though in the first few months.

Reply With Quote

▾ Page 3 of 3   ❰❰ First   ❰   1   2   3

Slots, Dice, and Cards   Top

**Posting Permissions**

You may not post new threads        **BB code** is On
You may not post replies            **Smilies** are On
You may not post attachments        **[IMG]** code is On
You may not edit your posts         **[VIDEO]** code is On

VGT0001686

HTML code is On

**Forum Rules**

----JW

Contact Us  Jokers Wild Gambling Emporium  Archive  Top

All times are GMT. The time now is 05:06 PM.

Powered by **vBulletin®** Version 4.2.3
Copyright © 2017 vBulletin Solutions, Inc. All rights reserved.

Feedback Buttons provided by **Advanced Post Thanks / Like v3.3.2 (Lite)** - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on **HiVelocity**
Hosting.
User Alert System provided by **Advanced User Tagging v3.2.4 (Lite)** - vBulletin Mods & Addons Copyright © 2017 DragonByte Technologies Ltd. Runs best on **HiVelocity** Hosting.

VGT0001687



VGT0001661





VGT0001662

(1) Norkila Gaming - Paris



VGT0001663

(1) Nashila Gaming - Posts

%  Reply

Want to see it

☺

Nashila Gaming added 2 new photos
October 17 at 12:50

More Jackpots Yall! Invoque from Huntsville, TX just toasted a $10,040 jackpot on Mr. Martini, and Michael from Onalaska, TX had a ball yesterday winning $15,691.02 on Superball LoSol #MORE #PlayInTexas



👍 Like    Likes were Nash sm
💬 Comment    ↪ Share

👍😊❤ 112                                    Chronological ▾

16 Shares
Comments

View 6 more comments

Melissa Capps Ginger Capps
Live likes vote reaction  Reply    Higher rated Mins

Willeada Garcia Alejndra Garcia
Likes more see to W W  Reply  👍 1  Mithal that off Con

Want to Newchn

☺

Nashila Gaming
October 17 at 1:01pm

You are invited to Celebrate the Culture of the Alabama Coushatta Tribe of Texas this Saturday, October 21st from 9am - noon at Nashila Gaming!

Join us for traditional Alabama-Coushatta cuisine, artisan tribal vendors with handmade crafts and live music featuring drumming and singing. Plus, enjoy Alabama-Coushatta tribal dancers in their stunning regalia  You will see the

https://www.facebook.com/nashilagaming/posts/1595102177040558[10/25/2017 12:14:42 PM]

VGT0001664

(1) Naskila Gaming - Posts

newly revitalized section of the Historical Living Indian Village located adjacent to Naskila Gaming behind the Old Council House. We hope to see you here!



**Naskila Gaming**                                                         Learn More

👍 Like        •••••••••••••••
💬 Comment      ↗ Share

👍❤️😲 22K                                                    Chronological ▾

512 Shares

Comments

View previous comments

Agenda Burnett Kimberly Kimberly Hillister Whereum r we going? r wel o me up!
Like •••••••••••••  Reply ••••••••••

Susie Brooks Does anyone know if children are allowed at this event? Would love to bring my granddaughter to see!
Like •••••••••••  Reply ••••••••••

↳ 1 Reply

Write a comment

**Naskila Gaming** •••• ♥ Polk County Commerce Center
••••••••••••••••••••

We had a great time on Sunday, October 1st presenting the great Neal McCoy live in Livingston to benefit the Polk County Higher Education & Technology Foundation–the event was a great success! Thank you to everyone who attended. #MORE #PlayInTexas

VGT0001885

(H) Haskfls Gaming - Posts



(H) Video

👍 Like      We're sorry about
💬 Comment   ↪ Share

👍😊 45                                Chronological ▾

Comments

View 2 more comments

Brian Riley Great concert! When will they post photos from the meet and greet
Like · Reply · 1d 1:40pm

Diane Hobbs Great picture 👍
Like · Reply · 1d 4:03 h 1 3hrs

Write a comment...

😊

Haskfls Gaming
October 13 at 4:13pm

Friday the 13th was a lucky day indeed--we had 47 jackpots over $1200 totaling $132,023.95! What are you waiting for?! #MORE #PlayInTexas

VGT0001666

(f) Nashila Gaming - Posts



VGT0001667

(1) Hashila Gaming - Posts



👍 Like   Now more Cookies
💬 Comment   ↗ Share

👍💬 42                                    Chronological ▾

11 Shares

Comments

View 1 more comment

Jenica DuBard Jozy Wiltena Rignby
Like this was so cool   Reply · October 16 at 1o go

Matthew Olivares I was there on Sunday good day 1/
Like this was a certain   Reply · October 16 1 51p...

Write a comment

😊

Hashila Gaming                                    ...
October 11.11 1 mons

Only two weeks until our scary good Hallo-Win Costume Contest! Win your
share of $1,500 on Saturday, October 26th starting at 5pm. Best Overall
wins $500 cash, with more prizes for Most Original, Scariest and Funniest!
See restrictions on website, and dress to impress! #MORE #PlayInTexas

VGT0001668

(1) Hadith Hunting - Pass



👍 Like    I have enjoyed reading...
💬 Comment    ↗ Share

🔵 24    Chronological ▾

11 Shares

Comments

Kristen Walker Aubrey Walker
Like like · more reactions   Reply · 9/2/17 at 11 at 11:34 pm

Maria Guadalupe Cruz Vu Cruz
Margarita Flores Cruz
Like like · more reactions   Reply · October 10 at 1:55 pm

Write a comment...

😊

See More ▾

https://www.facebook.com/hadithgundog/posts/1793242217693930[10/23/2017 12:14:42 PM]

VGT0001669

(1) Naskila Gaming - Posts

Page 1 of 1



VGT0001670

(1) Naskila Gaming - Posts

Page 1 of 1



VGT0001671

(1) Naskila Gaming - Posts                                                    Page 1 of 1



VGT0001672

A new casino in Texas!



EXHIBIT 424
WIT: Splinkle
DATE: 7-11-18

VGT0001673

A new casino in Texas!



**Alabama Coushatta Tribe of Texas**
added 8 new photos.

The Tribe is pleased to announce Naskila
Entertainment has opened its doors for
business. It will be a soft opening to help train
the employees with a planned Grand Opening
for June 2. There are 365 electronic bingo
machines, with a full service restaurant
named Timbers Grille. There will be over 200
high quality jobs with a capacity of 777
individuals.

We never really thought this would happen!
This is a little over an hour from my house.

Sent from my iPhone using Tapatalk

Reply With Quote

foamy, Georgiagambler, zeus, twinslotaddicts, goldengreeke, moemoe, RiverSong thanked for this post

**foamy**
Senior Member

Awesome is it close to you?

Join Date:     Feb 2015
Posts:          6,317
Post Thanks / Like

Reply With Quote

VGT0001674

A new casino in Texas!



**KimKyle**
Senior Member

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

> Originally Posted by **foamy**
> Awesome is it close to you?

Yes it's a little over an hour from my house. They posted several pics on FB. We have been waiting for this for a long time.

I wonder if they will have the machines paying good right now to suck us in?

Reply With Quote

---

**hccj**
Senior Member
Join Date:    Aug 2015
Posts:        170
Post Thanks / Like

Kim, is this the casino that was closed down and has been in litigation? Where is it located in Texas?

Reply With Quote

---

**ChellesBelles**
Senior Member

Join Date:    Jan 2016
Location:     On an interstate near you
Posts:        1,058
Post Thanks / Like

Used to travel through there quite often. Maybe this is the start of more TX casinos? Fingers crossed for a long honeymoon period for you once it opens!

Sent from my LGL16C using Tapatalk

Reply With Quote

---

**KimKyle**
Senior Member

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

> Originally Posted by **hccj**
> Kim, is this the casino that was closed down and has been in litigation? Where is it located in Texas?

Yes that's the one. The address is Livingston,TX. That's the closest town. That screen shot was from their Facebook page.

Reply With Quote

VGT0001675

A new casino in Texas!



**KimKyle**
Senior Member

> Originally Posted by ChellesBelles
>
> *Used to travel through there quite often. Maybe this is the start of more TX casinos? Fingers crossed for a long honeymoon period for you once it opens!*
>
> *Sent from my LGL16C using Tapatalk*

That's what I'm hoping for ! We will go check out the soft opening for sure. I'm off on Friday so maybe then!

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

Reply With Quote

**darrellk**
Senior Member

Kim this sounds like a small Class 2 Bingo style machine set-up. Hope you like it or learn to tolerate it for when you need to scratch the gambling itch. I stopped going to the one here in Madison, WI cause it is to frustrating. I have a lot of Class 3 casinos within 2 hours so I would rather play at one of them. Good Luck if you go & tell DH that this Packers Fan says hey.

I'm a Joker, a Nonsmoker, & a former Midnight Toker.... Steve Miller Band

Join Date:    Jul 2015
Location:     Americas Dairyland
Posts:        2,257
Post Thanks / Like

Reply With Quote

KimKyle, charlie50 thanked for this post

**KimKyle**
Senior Member

**A new casino in Texas!**

> Originally Posted by darrellk
>
> *Kim this sounds like a small Class 2 Bingo style machine set-up. Hope you like it or learn to tolerate it for when you need to scratch the gambling itch. I stopped going to the one here in Madison, WI cause it is to frustrating. I have a lot of Class 3 casinos within 2 hours so I would rather play at one of them. Good Luck if you go & tell DH that this Packers Fan says hey.*

Yes that's exactly what it is. From the pics they posted on FB it looks like they have crowded the machines very close together. So we will see. I'm hoping they have some red screen machines since it seems that people do well on those. We consider Coushatta our home casino and that's over 3 hours away with the ones in Lake Charles just a little closer. So hopefully it will be a fun place to spend a couple hours every now and then.

I will tell him for sure !

*Last edited by KimKyle; 05-17-2016 at 08:04 PM.*

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

VGT0001676

A new casino in Texas!



VGT0001677

A new casino in Texas! - Page 2



What's New?    Forum

New Posts   FAQ   Calendar   Forum Actions ▾   Quick Links ▾    Advanced Search

🏠 Forum › › › › A new casino in Texas!

If this is your first visit, be sure to check out the FAQ by clicking the link above. You may have to register before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

User Tag List

Results 11 to 20 of 30    ▾ Page 2 of 3   ◄◄First   ◄   1   2   3   ►   Last ►►

Thread:

Thread Tools ▾   Search Thread ▾   Display ▾

**Brandon** ○
Senior Member

Join Date:   Nov 2015
Location:    Longview, TX
Posts:       670
Post Thanks / Like

Good luck! Please report back, I am anxious to hear how it goes!

Reply With Quote

**peggy** ○
Senior Member
Join Date:   May 2015
Posts:       434
Post Thanks / Like

Kim, I never went there when it was open before, but I know of people who did. There were times you had to wait outside just to go in and then if you wanted to play a machine you just about had to play whatever no one was playing at the time. I hope they get the OK to enlarge it and make it bigger.

Reply With Quote

**KimKyle** ○
Senior Member

> ❝❝ Originally Posted by **charlie50** ❑
> *Looks like it just north of Houston on the Trinity River ...365 Type II MACHINES ..Let us know how ya do @KimKyle..*

VGT0001678

A new casino in Texas! - Page 2



Yep just up 59 to Livingston. I will report in for sure

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

Reply With Quote

charile50 thanked for this post

**KimKyle**
Senior Member

> Originally Posted by **Brandon**
> *Good luck! Please report back, I am anxious to hear how it goes!*

Thanks Brandon! I don't see any red lucky ducks in the pics. Maybe you can pic them out. Look up Alabama Coushatta tribe on FB if you want to see. I will let y'all know for sure.

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

Reply With Quote

**Brandon**
Senior Member

I checked them out and I do think I see some VGT $1 machines in one of the pics on the right wall.

Sent from my SM-G900V using Tapatalk

Join Date:    Nov 2015
Location:     Longview, TX
Posts:        670
Post Thanks / Like

Reply With Quote

**Brandon**
Senior Member

VGT0001679

A new casino in Texas! - Page 2



Join Date:    Nov 2015
Location:     Longview, TX
Posts:        670
Post Thanks / Like

There on the right.

Sent from my SM-G900V using Tapatalk

Reply With Quote

---

**KimKyle**
Senior Member

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

> Originally Posted by **peggy**
> Kim, I never went there when it was open before, but I know of people who did. There were times you had to wait outside just to go in and then if you wanted to play a machine you just about had to play whatever no one was playing at the time. I hope they get the OK to enlarge it and make it bigger.

I never went there before either. I'm sure it will be very crowded. We called and they said they are open 24/7 but NO alcohol so maybe that will discourage some people. I hope so!

Reply With Quote

twinslotaddicts thanked for this post

---

**twinslotaddicts**
Senior Member

Join Date:    Feb 2015
Location:     Long Beach, CA
Posts:        1,937
Post Thanks / Like

> Originally Posted by **KimKyle**
> I never went there before either. I'm sure it will be very crowded. We called and they said they are open 24/7 but NO alcohol so maybe that will discourage some people. I hope so!

You'll have to text me when you get there and let me know what you think!!! Must be very exciting !!!

Ang

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

VGT0001680

A new casino in Texas! - Page 2



KimKyle
Senior Member

Join Date:    Jul 2015
Posts:        1,202
Post Thanks / Like

Originally Posted by **twinslotaddicts**
You'll have to text me when you get there and let me know what you think!!! Must be very exciting !!!

Ang

I will! It's small but I hope it will be somewhere to go so a couple of hours of fun. We will see.

---

darrellk
Senior Member

Join Date:    Jul 2015
Location:     Americas Dairyland
Posts:        2,257
Post Thanks / Like

No alcohol means 18 year olds are welcome.

Sent from my iPhone using Tapatalk

I'm a Joker, a Nonsmoker, & a former Midnight Toker.... Steve Miller Band

---

Page 2 of 3    First    1    2    3    Last

---

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is On

**Forum Rules**

--JW

Contact Us   Jokers Wild Gambling Emporium   Archive   Top

All times are GMT. The time now is **04:57 PM**.

Powered by **vBulletin®** Version 4.2.2
Copyright © 2023 vBulletin Solutions, Inc. All rights reserved.

http://jokerswildforum.com/showthread.php?2542-A-new-casino-in-Texas!/page2[10/25/2017 1:01:17 PM]

VGT0001681

A new casino in Texas! - Page 2

Advanced Post Thanks / Like v3.3.2 (Lite)   vBulletin Mods & Addons  HiVelocity Hosting

Advanced User Tagging v3.2.4 (Lite)   vBulletin Mods & Addons  HiVelocity Hosting

VGT0001682

A new casino in Texas! - Page 3



THE JOKER'S WILD
GAMBLING EMPORIUM

What's New?    **Forum**

New Posts  FAQ  Calendar  Forum Actions  ▾  Quick Links  ▾

A new casino in Texas!

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

User Tag List

Results 21 to 30 of 30      ▾ Page 3 of 3    ◄ First  ◄  1  2  3

Thread:

Thread Tools    Search Thread    Display

**KimKyle** ▫
Senior Member

Join Date:   Jul 2015
Posts:        1,202
Post Thanks / Like ⌂

> ❝ Originally Posted by **darrellk** ⬚
> *No alcohol means 18 year olds are welcome.*
>
> *Sent from my iPhone using Tapatalk*

I hope not. We deal with 18 year olds at Winstar and it's a huge pain.

Reply With Quote

**KimKyle** ▫
Senior Member

Join Date:   Jul 2015
Posts:        1,202
Post Thanks / Like ⌂

**A new casino in Texas!**

Ok this place is open now and went up to check it out this morning.

It is super, super small, but nice. You walk right in and get your card and it opens into the non-smoking room. Some doors open into the smoking room which I think is backwards because people will come in smoking.

The machines are all clones of ones we know. 88 fortunes, Mustang Money, China Shores(ish), MooLaLa, etc. Most with slightly different names. Some poker machines and high limit reels. I played the dollar reels hoping that they were red screen machines ( I couldn't tell), but I never got more than a cherry.

We won a little and then played it all back - so typical trip. There is a free coke/coffee station and an in house restaurant that we didn't try.

It's just an 1:15 from my house so it will be a fun place for an evening out or a short

VGT0001683

Sunday morning trip like today.

Here's one pic from a bonus



**Reply With Quote**

Brandon thanked for this post

**RiverSong**
Senior Member

Join Date:     Feb 2015
Location:      Far far away
Posts:         1,949
Post Thanks / Like

Thanks Kim, I use to go years ago. I don't like the drive on 59, once out of Houston though it's a nice ride. Was it crowded at the time you went?

When I want fun I go to a casino....Nothing like a cock, slot and a handy!!

**Reply With Quote**

**KimKyle**
Senior Member

Join Date:     Jul 2015
Posts:         1,202

Originally Posted by RiverSong

*Thanks Kim, I use to go years ago. I don't like the drive on 59, once out of Houston though it's a nice ride. Was it crowded at the time you went?*

No, we went very early this morning and it was almost empty. The new Grand Parkway runs right by my neighborhood so we jumped on that and got to 59 really quick so it was an easy drive. But 59 through town is awful, I agree.

VGT0001684

A new casino in Texas! - Page 3



Post Thanks / Like

Reply With Quote

RiverSong thanked for this post

**KimKyle**
Senior Member

Join Date:     Jul 2015
Posts:          1,202
Post Thanks / Like

> ❝ Originally Posted by **Brandon**
>
> *I checked them out and I do think I see some VGT $1 machines in one of the pics on the right wall.*
>
> *Sent from my SM-G900V using Tapatalk*

Thanks Brandon, I think so to, but I forgot to look at the brand. I tried them just a bit but never even got a line hit. When I looked at the pays it only showed the bingo patterns, so I wasn't sure.

Reply With Quote

Brandon thanked for this post

**RiverSong**
Senior Member

Join Date:     Feb 2015
Location:      Far far away
Posts:          1,949
Post Thanks / Like

Early like 9:00am @KimKyle. Also, what is a red screen?

*Last edited by RiverSong; 05-22-2016 at 07:51 PM.*

When I want fun I go to a casino....Nothing like a cock, slot and a handy!!

Reply With Quote

**Warren**
Senior Member
Join Date:     Feb 2015
Posts:          245
Post Thanks / Like

> ❝ Originally Posted by **Brandon**
>
> *I checked them out and I do think I see some VGT $1 machines in one of the pics on the right wall.*
>
> *Sent from my SM-G900V using Tapatalk*

VGT wasn't one of the manufacturers that I heard they have... I did hear they have some Castle Hill Gaming http://www.castlehillgaming.com/ Castle Hill Gaming was started by some ex VGT folks and the games look very similar. Not sure how similar they play, but I would guess pretty close.

Reply With Quote

Brandon thanked for this post

VGT0001685

A new casino in Texas! - Page 3



**KimKyle**
Senior Member

Join Date:   Jul 2015
Posts:        1,202
Post Thanks / Like

**A new casino in Texas!**

> Originally Posted by **RiverSong**
> *Early like 9:00am @KimKyle. Also, what is a red screen?*

No we got there about 7. We were up early and wanted to see it without a crowd.

A red screen is the bonus feature in those VGT class 2 machines we play in Oklahoma.

Reply With Quote

RiverSong thanked for this post

**KimKyle**
Senior Member

Join Date:   Jul 2015
Posts:        1,202
Post Thanks / Like

**A new casino in Texas!**

> Originally Posted by **Warren**
> *VGT wasn't one of the manufacturers that I heard they have... I did hear they have some Castle Hill Gaming http://www.castlehillgaming.com/ Castle Hill Gaming was started by some ex VGT folks and the games look very similar. Not sure how similar they play, but I would guess pretty close.*

Thanks @Warren . That's the ones they have. I forgot to look at manufacturers but I will next time.

Reply With Quote

Warren thanked for this post

**mhetrick**
Member
Join Date:   Oct 2015
Location:    Tyler, TX
Posts:        43
Post Thanks / Like

It's interesting they were allowed to reopen, but I probably wouldn't go. I'm not a fan of Class II bingo machines anyways. Can't wait to hear how they do though in the first few months.

Reply With Quote

▼ Page 3 of 3   ◄◄First   ◄   1   2   3

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On

http://jokerswildforum.com/showthread.php?2542-A-new-casino-in-Texas!/page3[10/25/2017 1:06:50 PM]

VGT0001686

A new casino in Texas! - Page 3



HTML code is On

**Forum Rules**

— FW

Contact Us   Jokers Wild Gambling Emporium   Archive   Top

All times are GMT. The time now is **05:06 PM**.

Powered by vBulletin®

Digital Point modules provided by **Advanced Post Thanks / Like v3.3.2 (Lite)**   vBulletin Mods & Addons   **HiVelocity Hosting**

Digital Point modules provided by **Advanced User Tagging v3.2.4 (Lite)**   vBulletin Mods & Addons   **HiVelocity Hosting**

VGT0001687