# EXHIBIT 162

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1) CASTLE HILL STUDIOS LLC )<br>   (d/b/a CASTLE HILL GAMING); )<br>2) CASTLE HILL HOLDING LLC )<br>   (d/b/a CASTLE HILL GAMING); and )<br>3) IRONWORKS DEVELOPMENT, LLC )<br>   (d/b/a CASTLE HILL GAMING) )<br>)<br>Defendants. ) | Case No. 4:17-cv-00454-GKF-mjx<br><br>**DECLARATION OF JAMES STARR** |

## DECLARATION OF JAMES STARR

1. I am the Executive Vice President of Sales at Video Gaming Technologies, Inc. ("VGT") based out of VGT's office in Tulsa, Oklahoma, a position I have held since I was hired by VGT in November 2005.

2. As the Executive Vice President of Sales, I supervise VGT's sales team and sometimes interact directly with customers. I have to be familiar with VGT's games to perform my job effectively.

3. In or around Spring 2017, Jim Marcum, VGT's Sales Account Manager, and I were at Choctaw Casino in Durant, Oklahoma.

4. We were standing in the high-limit section of the casino near the bar when I saw a bank of games that I thought were VGT's and said something along the lines of "those games look pretty good. I didn't know we had those."

DC: 6553523-1



5. Mr. Marcum corrected me and told me that those games belonged to Castle Hill, not VGT.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed this 7 day of November 2017 in Tulsa, Oklahoma.

*James Starr*
James Starr

VGT0007562