# EXHIBIT 165

# Produced Natively on CD Labelled Ex. 267