# EXHIBIT 166

# Produced Natively on CD Labelled Ex. 267