# EXHIBIT 167

# Produced Natively on CD Labelled Ex. 267