# EXHIBIT 175

FW: VGT game changes

| | |
|---|---|
| From: | "Wenzell, Daniel" <daniel.wenzell@vgt.net> |
| To: | "Dalton, Rebecca" <rdalton@cov.com> |
| Date: | Mon, 20 Nov 2017 19:33:18 +0000 |

From: Pope, Paul
Sent: Thursday, April 27, 2017 1:08 PM
To: Wenzell, Daniel <Daniel.Wenzell@vgt.net>
Subject: Re: VGT game changes

Heck yes!!!!

Sent from my iPhone

On Apr 27, 2017, at 1:06 PM, Wenzell, Daniel <Daniel.Wenzell@vgt.net<mailto:Daniel.Wenzell@vgt.net>>  wrote:
So should I recommend a competitor's game haha?

From: Pope, Paul
Sent: Thursday, April 27, 2017 1:05 PM
To: Wenzell, Daniel <Daniel.Wenzell@vgt.net<mailto:Daniel.Wenzell@vgt.net>>
Subject: Re: VGT game changes

Yes

Sent from my iPhone

On Apr 27, 2017, at 12:56 PM, Wenzell, Daniel <Daniel.Wenzell@vgt.net<mailto:Daniel.Wenzell@vgt.net>>  wrote:
http://www.castlehillgaming.com/new-money.html

Is it this? "New money" games

From: Pope, Paul
Sent: Thursday, April 27, 2017 11:52 AM
To: Wenzell, Daniel <Daniel.Wenzell@vgt.net<mailto:Daniel.Wenzell@vgt.net>>
Subject: Fwd: VGT game changes

He just sent this

Sent from my iPhone

Begin forwarded message:
From: Tracer Hamilton <thamilton@luckystarcasino.org<mailto:thamilton@luckystarcasino.org>>
Date: April 27, 2017 at 10:48:34 AM CDT
To: "Pope, Paul" <Paul.Pope@vgt.net<mailto:Paul.Pope@vgt.net>>
Cc: Mannix Barnes <mbarnes@luckystarcasino.org<mailto:mbarnes@luckystarcasino.org>>
Subject: RE: VGT game changes
I think it was a "Hot Cash" it was a $2 bank of eight at Choctaw in Durant, I'm not sure if that helps you any.  Would you be able to send me some of your new three reel titles so I can see if any of them sounds familiar?

From: Pope, Paul [mailto:Paul.Pope@vgt.net]
Sent: Thursday, April 27, 2017 10:41 AM
To: Tracer Hamilton
Cc: Mannix Barnes
Subject: RE: VGT game changes

Do you know what the other titles you liked were?  It won't be a problem at all getting them swapped out.

Paul

From: Tracer Hamilton [mailto:thamilton@luckystarcasino.org]
Sent: Thursday, April 27, 2017 10:38 AM
To: Pope, Paul <Paul.Pope@vgt.net<mailto:Paul.Pope@vgt.net>>
Cc: Mannix Barnes <mbarnes@luckystarcasino.org<mailto:mbarnes@luckystarcasino.org>>
Subject: RE: VGT game changes

Paul,

We were recently at the Choctaw Casino in Durant and I saw a few games that I liked and was wondering if we could look at getting at least the New Money three reel game here?

Tracer H.

VGT0056092