# EXHIBIT 178



## VGT LOUNGE

The only one in Oklahoma!

Our VGT Lounge is over 5,700 square feet and offers over 115 VGT games with denominations ranging from penny to $10.



So come play your favorite VGT game such as Mr. Moneybags®, Hot Red Ruby®, Gems & Jewels®, Lucky Ducky®, Crazy Bill's Gold Strike®, and more!

| | | |
|---|---|---|
| Hot Red Ruby | Gems & Jewels | Mr. Moneybags 10 Coin |
| Lucky Ducky | Hot Red Ruby 10 Coin | Mr. Moneybags Road to Riches |
| Mr. Moneybags | Hot Red Ruby 2 | Payback Time |
| Polar High Roller | Hot Red Ruby Wap | Pieces of Eight |
| Ruby's Night Out | Hunt for Neptunes Gold | Pirates Paradise |
| Victory Lap | King of Coin | Polar High Roller 10 Coin |
| 777 Bourbon Street | King of Coin Wap | Polar High Roller Free |
| Bet Your Lucky Stars | Kula Kula Tiki | Silver Dollar Shootout |
| Countin Cash | Land of the Free Spins | Smooth as Silk |
| Crazy Cherry | Lucky Ducky 10 Coin | Star Spangled 7's |
| Crazy Bill Gold Strike | Lucky Ducky Free Spinning | Sumo 7's |

Crazy Billions

Lucky Ducky Woof

Super Speedway 7's

Free Spin of Fortune

Mr. Moneybags Free Spinning

SHARE

## CONNECT WITH US

12375 N. Highway 77, Newkirk, OK 74647

(877) 468-3100

info@tonkawagaming.com

| | | |
|---|---|---|
| Contact | Newsletter Login | Win Loss Statement |
| Careers | Tonkawa Tribe | Tonkawa Rewards |
| Responsible Gaming | W2G Request Letter | Native Lights Rewards |
| FAQs | | |

NATIVE LIGHTS CASINO    TONKAWA HOTEL & CASINO    TONKAWA ENTERPRISES

© 2017 Tonkawa Casinos. Must be 18 to participate. Must be 21 and over to purchase or consume alcoholic beverages. Management reserves all rights. If you think you have a gambling problem, please call 1-800-522-4700.