# EXHIBIT 180

PLAY BOOK
NIGA
2011

VGT

VIDEO GAMING TECHNOLOGIES, INC.

WE CREATE WINNERS™

VGT0000096

VGT0000139



VGT0000140



VGT0000141

VGT0000142



VGT0000143



VGT0000144

VGT0000145

VGT0000146

VGT0000147

VGT0000148

VGT™
VIDEO GAMING TECHNOLOGIES, INC.
WE CREATE WINNERS™

THE 2010 COLLECTION

MR. MONEYBAGS™
Release No. 1

©Video Gaming Technologies, Inc.
All rights reserved.
Product and packaging designed in USA,
product manufactured in China.



VGT0000153



FRONT
MR. MONEY BAGS'
SEAL OF APPROVAL
VGT
BACK

Quote for shirt on the next page

VGT0000154



FRONT
VGT
BAR
BAR
WE CREATE WINNERS!
BACK

Quote for shirt on the next page

VGT0000155

FRONT
HEY, SHORTY.
11'
10'
VGT XL™–
THE CABINET
IMPOSSIBLE
TO IGNORE.
SIZE DOES MATTER.
BACK

Quote for shirt on the next page

VGT0000156



FRONT
VGT
AN ARISTOCRAT COMPANY
WE CREATE WINNERS!
BACK

Quote for shirt on the next page

VGT0000157



FRONT
VGT
AN ARISTOCRAT COMPANY
WE CREATE WINNERS!
BACK

Quote for shirt on the next page

VGT0000158



FRONT
VGT CHANGED MY LIFE!
MR. MONEY BA
EASY MONEY
JACKPOT
BACK

Quote for shirt on the next page

VGT0000159















Mr. MONEY BAGS
1ST CREDIT 2ND CREDIT 3RD CREDIT
800 1600 2,500
80 160 240
40 80 120
25 50 75
10 20 30
5 10 15
2 4 6
ANY TWO
ANY ONE
VGT
Mr. MONEY BAGS
VGT

Mr. MONEY BAGS
1ST CREDIT 2ND CREDITS 3RD CREDITS
800 1600 2,500
80 160 240
40 80 120
25 50 75
10 20 30
5 10 15
2 4 6
ANY TWO
ANY ONE
VGT
Mr. MONEY BAGS
VGT

Hot Red Ruby
DOUBLES
PAYS 4X
1 COIN 2ND COIN 3RD COIN
800 1600 2500
80 160 240
40 80 120
25 50 75
10 20 30
5 10 15
2 4 6
ANY TWO
ANY ONE
VGT
Hot Red Ruby
VGT

Hot Red Ruby
800 1600 2500
80 160 240
40 80 120
25 50 75
10 20 30
5 10 15
2 4 6
ANY TWO
ANY ONE
VGT
Hot Red Ruby
VGT

VGT0000160



















Mr.
MONEY BAGS

Mr.
MONEY BAGS

Mr.
MONEY
BAGS

Mr.
MONEY
BAGS

Mr.
MONEY
BAGS

Hot Red Ruby

Hot Red Ruby

Hot Red
Ruby

Hot Red
Ruby

VGT0000161





PLANETARY
PIGS
TM

Planetary Pigs™ is all about the multipliers! Players love multipliers and this game is loaded with 2x, 3x, 4x, 5x multipliers! In addition, there is a Planetoid Phaser™ pick bonus where the player picks planetoids to destroy and wins big!

VGT VIDEO GAMING TECHNOLOGIES, INC.

Rev. 1.14

VGT0000162

# GAME HIGHLIGHTS

| | |
|---|---|
| **Top Award** | **7500 Credits** |
| **Available Denominations** | **$.25; $.50; $1.00; $2.00; $5.00; $10.00** |
| **Max Bet** | **3 Coin** |
| **Reel Configuration** | **3 Reel** |
| **Payline Configuration** | **Single Line** |
| **Hit Frequency** | **Low** |
| **Volatility** | **Medium** |
| **Pay Back Percentages** | **$.25 92.27% - 93.93%** |
| | **$.50 93.20% - 95.54%** |
| | **$1.00 95.03% - 97.06%** |
| | **$2.00 96.06% - 97.97%** |
| | **$5.00 97.98% - 98.12%** |
| | **$10.00 98.16% - 98.17%** |

# BONUS DESCRIPTION

**Planetoid Phaser™** is randomly generated. Planetoids will be presented for players to destroy and win big!

**Red Screen Free Spins®** bonus is randomly generated. The player will be awarded a random number of spins. All spins will be winning spins. The players will experience their favorite bonus with an enhanced graphics package.

# VGT SALES OFFICE LOCATIONS

**VGT Corporate**
Headquarters
308 Mallory Station Road
Franklin, TN 37067
(615) 372-1000

**VGT Oklahoma**
12000 E. Skelly Drive
Tulsa, OK 74128
(918) 384-7000

**Western Sales Office**
3017 Douglas Boulevard
Suite 300
Roseville, CA 95661
(916) 788-7284

VIDEO GAMING TECHNOLOGIES, INC



FRIENDS
WITH
Reel
BENEFITS
AT YOUR FAVORITE CASINO
Mr. MONEY BAGS.
VGT
VIDEO GAMING TECHNOLOGIES, INC.

VGT0000164



FRIENDS WITH
Reel
BENEFITS
AT YOUR FAVORITE CASINO
Mr. MONEY BAGS.
VGT.net
VGT
VIDEO GAMING TECHNOLOGIES, INC.

VGT0000165



INTRODUCING THE

Red Spin Den

AN ALL NEW VGT EXCLUSIVE GAMING ROOM FEATURING 31 OF THE LATEST AND GREATEST HIGH PAYBACK SLOTS FROM VGT

AN ARISTOCRAT COMPANY

Grand Opening Celebration!

WEDNESDAY JULY 19TH, 2017

OPEN TO THE PUBLIC • 8:00PM - 10:00PM

MR. MONEYBAGS WILL BE HERE IN PERSON WITH TONS OF VGT SWAG TO CELEBRATE THE OPENING OF THE RED SPIN DEN

ONLY AT

SUGAR CREEK
CASINO
AN ENTERPRISE OF THE WICHITA AND AFFILIATED TRIBES

VGT SWAG IS WHILE SUPPLIES LAST, TIMES ARE SUBJECT TO CHANGE.



WE CREATE MORE WINNERS!
in Oklahoma!
VGT
VIDEO GAMING TECHNOLOGIES, INC.

VGT0000168

Search Twitter

Log in

Tweets 175 | Following 195 | Followers 221 | Likes 14

## VGT Inc.

@VGTInc

Leading manufacturer of games for Class II and emerging gaming markets. Follow us for gaming updates and new opportunities. We create winners!®

vgt.net

Joined July 2012

10 Photos and videos

Tweets | Tweets & replies | Media

**VGT Inc.** @VGTInc · Jul 6
Thanks for sharing @WinStarWorld! #WeCreateWinners

> **WinStar World Casino** @WinStarWorld
> Emily R. is feeling lucky! She hit TWO jackpots this weekend, $33,500 on $100 Mr. Money Bags & $25,125 on $25 Red Hot Ruby!

**VGT Inc.** @VGTInc · Jun 28
Count your #winnings before they hatch!
What would you do with all those 's?
Let us know in the comments!!!
#WAPwednesday

VGT Inc. Retweeted
**Supply Chain World** @SCWmag · Jun 23
@VGTInc hits the jackpot when it comes to perfecting its supply chain for touch screen video gaming machines. scw-mag.com/sections/retai...

**VGT Inc.** @VGTInc · Jun 14
Beautiful! #WeCreateWinners

> **Hard Rock Tulsa** @TulsaHardRock
> Wish you were here.

**VGT Inc.** @VGTInc · May 15
Another lucky winner! Another life changed! #WeCreateWinners

**VGT Inc.** @VGTInc · May 10
That's lot of #winning!
What would you do with it on this #WAPwednesday?

**VGT Inc.** @VGTInc · May 9
Thanks for sharing @SaltCreekCasino!

**SaltCreek Casino** @SaltCreekCasino
Help us congratulate Jon S. for hitting a $10,036.00 non-progressive jackpot on $1 denom Lucky Ducky! 💰 💰 💰

VGT Inc. Retweeted
**Supply Chain World** @SCWmag · Apr 25
See how Video Gaming Technologies @VGTInc has enhanced its supply chain as it excels in the Class II gaming market in our next edition!

**VGT Inc.** @VGTInc · Jan 20
This WAP can hit at any time! This time it was a 777 Bourbon Street at @stables_casino in Miami, OK. Who's next?

#WeCreateWinner

**VGT Inc.** @VGTInc · Jan 18
The WAP was reset but it can hit again at any moment! What could you do with $270,000?

#WAPWednesday

**VGT Inc.** @VGTInc · Jan 17
Another life changed! @ChoctawPocola hosted the big winner this time.

Congratulations Sharon!!!

#WeCreateWinners

**VGT Inc.** @VGTInc · Jan 13
Thanks for sharing @WNCasino!

#WeCreateWinners

**River Bend Casino** @Riverbendcasino
Congratulations to Anna on her $4,000 jackpot!

**VGT Inc.** @VGTInc · Jan 11
The Wide Area Progressive keeps on climbing. Who's changing their life next? It could be you!

#WAPWednesday

**VGT Inc.** @VGTInc · Jan 10
Life-Changing Jackpots are always just around the corner with our Wide Area Progressive!

#WeCreateWinners

**VGT Inc.** @VGTInc · Jan 9

Lucky Ducky wishing you a #winning Monday!

#WeCreateWinners

**VGT Inc.** @VGTInc · Jan 6
Thanks @TriMech3D for the great product. Your greatness helps us continue to create ours. #WeCreateWinners

**TriMech Solutions** @TriMech3D
Watch how @VGTInc uses @Stratasys Dimension 1200es to have a competitive advantage in-house: bit.ly/2ig0NdY

VGT Inc. Retweeted
**Chris Lopez** @MavsManiaac84 · 24 Dec 2016
@aristocratslots @ProductMadness Thanks for adding Mr.Moneybags to yalls Cashman Casino app. Can't wait to see more @VGTInc slots added!

Aristocrat Gaming and ProductMadness

**VGT Inc.** @VGTInc · Jan 5
Ring in the New Year with a life-changing jackpot!!! fb.me/7TwpJEFo7

**VGT Inc.** @VGTInc · 28 Dec 2016
Brand new Polar High Roller Progressive games are now available at Apache Casino Hotel!

Head out and give'em a... fb.me/619jgmYIU

**VGT Inc.** @VGTInc · 9 Dec 2016
Will YOU be the next BIG winner? fb.me/5snTuLBca

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

You may also like ·

VGT Careers
@VGTCareers

AGS
@playAGS

Aruze Gaming
@AruzeGaminc

SCA Gaming
@scagaming

The Money Ma
@TournEvent

Worldwide trends

Masterpass
Masterpass makes a surprise appearance in
Promoted by Mastercard

#Gala7GH
85.7K Tweets

#XF11
56.6K Tweets

#bbcqt
19.9K Tweets

#النصر_الهلال
483K Tweets

#زد_رصيدك24
130K Tweets

Fuenlabrada
23.6K Tweets

Vallejo
8,694 Tweets

Televisa
44.5K Tweets

Santi Vila
17.7K Tweets

© 2017 Twitter About Help Center Terms Privacy policy Cookies Ads info

Rebecca Home 20+

Video Gaming Technologies, Inc (VGT)

OVATION

Video Gaming Technologies, Inc (VGT)
@VGTInc

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community
- Open Positions

Status Photo/Video Rebecca Dalton

Posts

**Video Gaming Technologies, Inc (VGT)** shared First Council Casino's post
18 hrs

$25K! Thats one Lucky Duck!

Casino & Gaming in Franklin, Tennessee
4.6 ★★★★★

Community See All
Invite your friends to like this Page
6,933 people like this
6,821 people follow this

About See All
Chat (15)
308 Mallory Station Rd
Franklin, Tennessee 37067
Send Message
www.vgt.net
Casino & Gaming

Pages liked by this Page
Trading Post Casino Like
Grand Casino Resort Like
Black Bear Casino an... Like

English (US) · Español · Português (Brasil)



LUCKY DUCKY
25000
Jackpot Winner!
$25,010.00
Congratulations! Please wait for an attendant to validate your jackpot.
PAYLINE
$1
First Council Casino
October 21 at 12:52am
And they just keep rolling in! $25,010! 🔥🎰🔥💵 #Jackpot #7Clans
Like
Show more reactions
Comment
Share
21
Top Comments
Comments
Write a comment...
View all 4 comments
Video Gaming Technologies, Inc (VGT)
Yesterday at 1:57pm
The #jackpot keeps growing on this #WAPwednesday!
Français (France) · Deutsch
Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2017



SUPER★HITS JACKPOTS
$593,590
VGT
Like
Show more reactions
Comment
Share
7
1 Share
Comments
Write a comment...
See All
Reviews
4.6
48 Reviews
Tell people what you think
Bobby Epperson
July 31, 2017
They have upgraded all vgt machines. They were fun to play until they upgraded them..do not play these machines..you will loose your ass..play the igt machines. If you want to have fun
Michael Bradburn
January 10, 2015
Love the games! I frequent Winstar. I must say, since Aristocrat purchased the company, us players can tell the changes in programming of the machines. We kno... See More
See All
Videos
Learn About VGT! February 2013 -With Video Gaming...



See All

Photos

See All

Posts

**Video Gaming Technologies, Inc (VGT)**
October 24 at 8:26am

Feeling lucky? Take a spin with these lucky Leprecoins!



WILD
180 Views
Like
Show more reactions
Comment
Share
9
Comments
Write a comment...
See More

VIDEO GAMING TECHNOLOGIES, INC.

## Overview

Founded in 1991, Video Gaming Technologies, Inc., is a leading North American developer, manufacturer and distributor of casino games for the Class II (Native American bingo-based gaming) and emerging markets. The company has more than 20,000 terminals in more than 140 locations in the United States. The VGT difference provides exciting game titles that generate intense customer loyalty, deliver record-setting gaming revenues and ensure some of the highest uptimes in the industry.

Players often identify our terminals by our hallmark bonus feature, Red Screen Free Spins®, that deliver on our goal to provide superior gaming entertainment. Favorites including Hot Red Ruby® and Mr. Money Bags® keep players playing and produce top earnings for our customers.

**A Proven Team**

With a proven team of game design, manufacturing, R&D, customer service and marketing personnel, VGT has the total package of resources and capabilities critical to continued gaming success. VGT is considered one of the industry's most trusted and dependable gaming partners.

**Partnership for Success**

In October 2014, VGT was acquired by Aristocrat Leisure Ltd., a premium supplier of ground-breaking technologies and services to the international gaming industry. The company's diverse portfolio includes land-based games, casino management solutions and online gaming.

Running as a division of Aristocrat, VGT is focused on continuing and increasing its success in the Class II tribal gaming operations market by partnering closely with our customers and other key stakeholders.
Shared cultural philosophies including commitment to quality, a performance-driven culture and responsible gaming are additional compelling attributes of the partnership.

**At VGT, we play to win!**

- Our **players** win with a fun and rewarding gaming experience
- Our **customers** win with exceptional products and service
- Our **associates** win by being a part of a culture of excellence, innovation and uncommon achievement

Overview
People
Company Profile
Vision and Values
Awards & Achievements
Class II Gaming
Job Openings
Contact Us
Media Inquiries

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy



# All Games (List)

VGT has a game for every player type and preference! Here is a comprehensive list.

**Wide Area Progressives**

Super Hits Jackpots

**Red Spin™ Gambler Series**

Lucky Ducky® Red Spin Run
Mr. Money Bags® Red Spin Deluxe
Polar High Roller® Red Spin Multipliers
Red Spin™ Thunder
Ruby's Red Spin Wilds™

**Local Area Progressives**

Mr. Money Bags Vault®
Hot Red Ruby® Progressive

**3-Reel Mechanical Games**

777 Bourbon Street®
Antique Boutique™
Caribbean Cash®
Cash Barn®
Celia Cruz: The Queen of Salsa™
Countin' Cash®
Crazy Bill's Gold Strike®
Crazy Billions®
Crazy Cherry®
Crazy Cherry X's®
Diamond Fever®
Deep Sea Riches®
Devil Ducky®
Double Freedom Reels®
Fox on the Run™
Gems and Jewels®
Golden Fan®
Greenback Jack®
Hot Red Ruby®
It's Payback Time®
Jade Dragon 8's™
Jewel's Dream®
King of Coin®
Loose Lizards®
Lucky Ducky®

Overview
**All Games (List)**
Game Types
OVATION
C6 Mechanical Reels
C6 Video
XSpin® Video
Live-Call® Bingo
Cabinets
Helix+
C6 Mechanical/Video Cabinet
C6 Slant Cabinet
XSpin® Cabinet

Major Bucks®
Mama's Millions®
Mount Cashmore™
Mr. Millionaire®
Mr. Money Bags®
Mr. Money Bags®Lucky Streak
Mr. Money Bags®Road to Riches
Planetary Pigs®
Polar High Roller®
Quarterback Cash®
Radiant Rocks®
Red Hot Rubies® x2
Red Zone Cash Rush®
Reel Fever®
Squirrels Gone Nuts!®
Star Spangled Sevens®
Super Hits!®
Super Speedway Sevens® – Blue
Super Speedway Sevens® – Red
The Almighty Dollar™
The Lucky Leprechaun®
Triple Double Freedom Reels®
Triple Freedom Reels®
Victory Lap™
Won on One®
Zoras Fortune™

**5-Reel Mechanical Games**

Free Spins of Fortune™
Gemstone Falls®
Land of the Free Spins®
Mr. Money Bags® Free Spinnin'
Polar High Roller® Free Spinnin'
Pirate's Paradise®

**Video Games**

Cats In Action™
Cameloot®
Charmed Destiny™
Frankenstein®
Jewels and Gems®
Lizards on the Loose®
Plan Z™
Red Ball Roundup™
Red Hot Rubies®
Roswell Diner™
Silver Dollar Shootout®
The Hunt for Neptune's Gold®
The Lucky Leprechaun's Loot™
Whiskey Tango Foxtrot™

**Bonus Blast® Games**

Lucky Pluck™
Pick a Duck
Pick a Pot
Pick a Safe
Rainin' Rubies™

Red Screen Free-Spin®

Victory Lap™

Winning Wheel™

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy



## Awards & Achievements

VGT has received numerous awards and accomplished significant results since its inception in 1991.
Highlights include:

- #1 gaming machine provider in Oklahoma, one of the largest gaming markets in the United States
- #1 provider of Class II gaming machines in the United States
- #2 lessor of gaming machines to Native American tribes in the United States
- The largest privately owned gaming machine developer/manufacturer in the United States
- Excellence Award for Best Practices in Customer Service and Satisfaction (2013), Award for Achievement (2012) and Award for Commitment (2011), the Oklahoma Quality Foundation
- Performance Excellence Commitment Award, the Tennessee Center for Performance Excellence, 2013
- Founder & CEO Jon Yarbrough named Ernst & Young National Entrepreneur of the Year award in Media and Telecommunications, 2006
- #1 on the Inc. 500 Fastest Growing Companies List, *Inc.*, 2005
- Company of the Year finalist, Nashville Technology Council, 2014
- Vendor of the Year, Oklahoma Indian Gaming Association, 2003-2005

**VGT has doubled its size seven times since entering the Indian Gaming industry in 2001 and expects to double for the eighth time by the end of 2014.**

Overview
People
Company Profile
Vision and Values
**Awards & Achievements**
Class II Gaming
Job Openings
Contact Us
Media Inquiries

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy



Video Gaming Technologies, Inc. | C6 Mechanical/Video Cabinet

VGT
VIDEO GAMING TECHNOLOGIES, INC.

## C6 Mechanical/Video Cabinet

Overview
All Games (List)
Game Types
OVATION
C6 Mechanical Reels
C6 Video
XSpin® Video
Live-Call® Bingo
Cabinets
Helix+
C6 Mechanical/Video Cabinet
C6 Slant Cabinet
XSpin® Cabinet

16.8
20.5
42
27.5

12.8
40.9
75.7
11.8
22.0
16.8

**STAND-UP MECHANICAL**

**HEIGHT**
Game (excluding candle) ........ 53.7"
Stand ........ 22.0"
**Total Height ........ 75.7"**

**WIDTH**
Game ........ 20.5"
Stand ........ 27.5"
**Maximum Width ........ 47.5"**

**DEPTH**
Game ........ 16.8"
Stand ........ 16.8"
**Maximum Depth ........ 16.8"**

**POWER CONSUMPTION - 3RM**
Imax ........ 2.8 (A)
Iplay ........ 1.8 (A)
**Maximum Power ........ 336 (VA)**

**POWER CONSUMPTION - 5RM**
Imax ........ 3.8 (A)
Iplay ........ 2.5 (A)
**Maximum Power ........ 456 (VA)**

**STAND-UP VIDEO**

**HEIGHT**
Game (excluding candle) ........ 53.7"
Stand ........ 22.0"
**Total Height ........ 75.7"**

**WIDTH**
Game ........ 20.5"
Stand ........ 27.5"
**Maximum Width: ........ 47.5"**

**DEPTH**
Game ........ 16.8"
Stand ........ 16.8"
**Maximum Depth ........ 16.8"**

**POWER CONSUMPTION - WINDOWS CLIENT**
Imax ........ 2.1 (A)
Iplay ........ 1.8 (A)
**Maximum Power ........ 252 (VA)**

**POWER CONSUMPTION - DOS CLIENT**
Imax ........ 2.0 (A)
Iplay ........ 1.9 (A)
**Maximum Power ........ 240 (VA)**

http://www.vgt.net/products/cabinet-styles/thin-line/[10/25/2017 12:13:15 PM]

VGT0001708

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy



## Casino List

Below is a list of casinos where you can find your favorite VGT game!

- 7 Clans Paradise Casino Otoe-Missouria
- Ada Gaming Center - Chickasaw
- Ada Travel Stop - Chickasaw
- Apache Casino & Hotel
- Artesian Casino- Chickasaw
- Best Western KwaTakNuq Resort
- Black Gold Casino - Chickasaw
- Bordertown Outpost Casino - Eastern Shawnee
- Bordertown Travel Plaza- Eastern Shawnee
- Bristow Bingo Hall- Creek Nation
- Buffalo Run Casino - Peoria Gaming
- Casino Oklahoma- Delaware
- Checotah Indian Community Bingo- Creek
- Cherokee Casino Fort Gibson
- Cherokee Casino Ramona
- Cherokee Casino Roland
- Cherokee Casino Sallisaw
- Cherokee Casino Tahlequah
- Cherokee Casino West Siloam Springs
- Cherokee Casino Will Rogers Downs
- Chisholm Trail Casino - Chickasaw
- Choctaw Casino - Atoka Travel Plaza
- Choctaw Casino - Broken Bow

Overview
New Games
Casino List
Responsible Gaming

- Choctaw Casino - Broken Bow Travel Plaza
- Choctaw Casino - Durant Travel Plaza East

**Page 1 of 5 -- Displaying 1 to 25 of 121 Records**

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy



## Casino List

Overview
New Games
Casino List
Responsible Gaming

Below is a list of casinos where you can find your favorite VGT game!

- Choctaw Casino - Durant Travel Plaza West
- Choctaw Casino - Grant
- Choctaw Casino - Grant Travel Plaza
- Choctaw Casino - Idabel Travel Plaza
- Choctaw Casino - McAlester
- Choctaw Casino - McAlester Travel Plaza
- Choctaw Casino - Pocola
- Choctaw Casino - Pocola Travel Plaza
- Choctaw Casino - Poteau
- Choctaw Casino - Stringtown
- Choctaw Casino - Stringtown Travel Plaza
- Choctaw Casino Resort - Durant
- Choctaw Travel Plaza - Wilburton
- Cimarron Casino
- Comanche Nation Casino
- Comanche Nation Casino - Travel Plaza
- Comanche Red River Casino
- Comanche Spur Casino
- Comanche Star Casino
- Creek Nation Casino - Eufaula
- Creek Nation Casino - Muscogee
- Creek Nation Casino - Muscogee Travel Plaza
- Creek Nation Casino - Okemah

- Creek Nation Casino - Okmulgee Travel Plaza
- Downstream Casino Resort

**Page 2 of 5 -- Displaying 26 to 50 of 121 Records**

 

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy

VIDEO GAMING TECHNOLOGIES, INC.

# Casino List

Below is a list of casinos where you can find your favorite VGT game!

- Duck Creek Casino - Creek
- Feather Warrior Casino - Cheyenne and Arapaho
- Feather Warrior Casino Canton - Cheyenne Arapaho
- FireLake Casino - Potawatomi Nation
- Firelake Grand Casino - Potawatomi Nation
- First Council Casino Otoe-Missouria
- Glacier Peaks Casino - Blackfeet Nation
- Gold Mountain Casino - Chickasaw
- Gold River Casino
- Golden Pony Casino - Thlopthlocco
- Goldsby Gaming Center - Chickasaw
- Grand Lake Casino - Miami
- Grand Lake Casino - Seneca Cayuga
- Gray Wolf Peak Casino
- Hard Rock Casino-Cherokee
- High Winds Casino - Ottawa
- Idabel Casino - Choctaw
- Indigo Sky Casino - Quapaw
- Ioway Casino - Cimarron
- Kaw Nation Bingo
- Kickapoo Casino - Harrah
- Kickapoo Casino Shawnee
- Kickapoo Lucky Eagle

- Kiowa Casino
- Kiowa Verden Casino

**Page 3 of 5 -- Displaying 51 to 75 of 121 Records**

 

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy

VGT®
VIDEO GAMING TECHNOLOGIES, INC.

## Casino List

Below is a list of casinos where you can find your favorite VGT game!

- Lil' Bit of Paradise Casino 1 Otoe-Missouria
- Lil' Bit of Paradise Casino 2 Otoe-Missouria
- Lucky Star Casino - Clinton Cheyenne and Arapaho
- Lucky Star Casino - Concho Cheyenne and Arapaho
- Lucky Star Casino - Concho Travel Plaza
- Lucky Turtle Casino - Wyandotte Nation
- Madill Gaming Center - Chickasaw
- Native Lights Casino - Tonkawa
- Newcastle Gaming Center - Chickasaw
- Okanogan Bingo Casino
- One Fire Casino - Creek
- Osage Casino - Bartlesville
- Osage Casino - Hominy
- Osage Casino - Pawhuska
- Osage Casino - Ponca City
- Osage Casino - Sand Springs
- Osage Casino - Skiatook
- Osage Casino - Tulsa
- Peoria Gaming Center
- Prairie Sun Casino - Miami Tribe
- Prarie Moon Casino - Miami Tribe
- Quapaw Casino
- River Mist Casino - Seminole

Overview
New Games
**Casino List**
Responsible Gaming

- River Spirit Casino
- Riverwind Casino - Chickasaw

**Page 4 of 5 -- Displaying 76 to 100 of 121 Records**

 

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy

VIDEO GAMING TECHNOLOGIES, INC.

## Casino List

Below is a list of casinos where you can find your favorite VGT game!

- Sac and Fox Casino - Shawnee
- Sac and Fox Casino - Stroud
- Salt Creek Casino - Pawnee
- Seminole Nation Casino
- Southwind Casino - Kaw
- Stone Wolf Casino - Pawnee
- Sugar Creek Casino - Wichita and Affiliated Tribes
- Tee Pee Casino - Pawnee
- Texoma Gaming Center - Chickasaw
- Thackerville Gaming Center
- Thackerville Travel Plaza - Chickasaw
- The Stables Casino
- Thunderbird Casino - Absentee Shawnee Tribe
- Tishmingo Gaming Center - Chickasaw
- Tonkawa Indian Casino
- Treasure Valley Casino - Chickasaw
- Washita Casino - Chickasaw
- Wewoka Casino - Seminole
- Winstar Casino - Chickasaw
- Wyandotte 7th Street Casino
- Wyandotte Nation Casino

**Page 5 of 5 -- Displaying 101 to 121 of 121 Records**

Overview
New Games
Casino List
Responsible Gaming

<

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy



## Class II Gaming

Class II gaming is thriving in Oklahoma and other Native American casinos across the country.

The Indian Gaming Regulatory Act (IGRA), which established the classes of gaming for Indian tribes in the United States, allows tribes to retain their authority to conduct, license and regulate Class II gaming. Therefore, tribes do not need to enter into state compacts like they do with Class III, nor do they incur taxes on Class II gaming revenue.

As tribes expanded Class II gaming offerings, technological innovations and advancements led the way in the gaming industry as a whole. VGT's Class II products often outperform their Class III counterparts, prompting many tribes to become even more interested in the benefits of Class II gaming.

- Overview
- People
- Company Profile
- Vision and Values
- Awards & Achievements
- **Class II Gaming**
- Job Openings
- Contact Us
- Media Inquiries

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved Web Design by Convoy



## Company Profile

Year Founded: 1991
Year Acquired: 2014
Ownership: Aristocrat Technologies
Leadership: Jay Sevigny, President
Employees: 630+
Total Terminals in Operation: 20,000+
Partner Casinos: 140+
Terminal Locations: 8 U.S. states

Locations
Franklin, TN: Corporate Headquarters
Tulsa, OK: Manufacturing and Midwest Sales
Reno, NV: Game Design Studio
Sacramento, CA: West Sales and Distribution

Corporate Headquarters
308 Mallory Station Road
Franklin, TN 37067
615.372.1000 phone
615.372.1099 fax

Overview
People
**Company Profile**
Vision and Values
Awards & Achievements
Class II Gaming
Job Openings
Contact Us
Media Inquiries

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy

VGT®
VIDEO GAMING TECHNOLOGIES, INC.

## Contact Us

**Corporate Headquarters**
308 Mallory Station Road
Franklin, TN 37067
615.372.1000 · Receptionist
615.472.2851 · Auto Attendant

**Manufacturing and Midwest Sales**
12000 E. Skelly Drive
Tulsa, OK 74128
918.877.7000 · Receptionist

**Game Design Studio**
887 Trademark Drive, Suite 100
Reno, NV 89521
775.824.2700 · Receptionist
775.824.2750 · Auto Attendant

Contact Form
Media Inquiries
Careers at VGT
Where to Play VGT Games
Purchasing

Overview
People
Company Profile
Vision and Values
Awards & Achievements
Class II Gaming
Job Openings
**Contact Us**
Media Inquiries

© Copyright 2017, Video Gaming Technologies, Inc. All Rights Reserved

Web Design by Convoy