# EXHIBIT 181

★ Watch YouTube videos with Chrome.    Yes, get Chrome now.    ✕

▶ YouTube

Search

## \*\*MR MONEY BAGS\*\* | LONG VGT LIVE PLAY | Red Screens | $2.50 MAX BET!

Erica's Slot World

4.6K

15,037 views

**Published on May 16, 2016**

Posting some VGT LOVE! They haven't been treating me right lately, but they're still my money makers! This is some LONG VGT LIVE PLAY! NO BIG WINS, just listen to the sound and see a few red screens, that's all! lol! At least I more than doubled my money! lol!

COMMENTS • 46



Commenting publicly as Rebecca Dalton

**G Money Slot Videos** 1 year ago
That was a great love play video Erica and glad you doubled your money! I know exactly how you feel about long recoding and when I did live play on the Flintstones my arm was getting tired. I don't know how sdguy did it!

1

**Big B's Slot Channel** 5 months ago
Damn don't you just hate when you finally get red screen and it only spins once!! ugh!

**Big B's Slot Channel** 5 months ago

### Up next

Autoplay ⓘ



**\*\*LUCKY DUCKY\*\* VGT LIVE PLAY! | $3 MAX BET! $BIG**
Erica's Slot World
73,285 views

**$10.00 Wild Bill CMOS 2**
CASH ME OUT SLOTS
15,882 views

**\*\*NICE WIN\*\* MONEY BAG SLOT**
Gaming & Gambling
30,019 views

**VGT SLOT BATTLE \*\*GEM & JEWELS\*\***
Gaming & Gambling
10,813 views

**MAX BET - BIG WIN - LUCKY DUCKY**
Samantha Abernathy
12,545 views

**BIG WIN! VGT $5 Polar High Roller\*\*RED**
Erica's Slot World
118,304 views

**$3 MAX BET GEMS & JEWELS AND RANDOM BONUS**
Gaming & Gambling
6,747 views

**VGT Polar High Roller - $55.80 to $1,670.80 in 5**
S&R vs. Slots
19,308 views

**$2 denom - Lucky Ducky - Huge win! Max bets and red**
OKslots_of_fun
13,974 views

**\*\*\*777 BOURBON STREET\*\*\* VGT LIVE PLAY | LINE**
Erica's Slot World
20,374 views

VGT0007193

just became a subscriber!! love your videos..gotta catch up lol..I'm slowly trying to start my own Slot Channel, if u get a chance check out my Channel and please subscribe.

**Zanthony Hill** 7 months ago
Hmmm..... You know....even though this video is almost a year old,I was watching another slot vid by some chick named Samantha,and her video for some reason reminded me of this one.....they seem ERRIELY similiar. You two have the EXACT same voice,say the EXACT same words and everything....odd.

**R.O.A.** 1 year ago
It kept you hovering $110-$140 but just never could get a multiple red. It's so weird sometimes.

**Jose Perez** 1 year ago
Nice game playing Erica I was hoping you would hit three money bags. Thumbs up

**Dave Morgan** 1 year ago
I enjoy watching your videos. However, I don't enjoy playing quarter machines. But you earned another subscriber. Huzzah!

**OKslots of_fun** 1 year ago
Enjoy your videos! Thanks for sharing!

**ghostnotebeats** 1 year ago
u did it girl!!! is this slot kinda close to high limit?

**RaysSlot Hits** 1 year ago
We Just got the regular 5o line Version of this game!With the Random Bonus feature...Kinda not fun i like this Version better. .Nice Wins

**Slot Traveler** 1 year ago
I still don't understand the red screen... I think I'm on the minority, but gave ya the thumb up cuz you rock girl!!!

**SWC Slots** 1 year ago
Nice win and enjoyed the video congrats!

VGT LIVE PLAY
BOURBON STREET
LINE HITS!
5:40

*VGT* CRAZY BILL
GOLD STRIKE $3
MAX BET
Thanking my viewers!
Gaming & Gambling
10,577 views
12:21

**VGT MR. MONEY
BAGS** LIVE PLAY |
LINE HITS!
Erica's Slot World
17,459 views
3:15

Lucky duck / King of
coin $700 hit
Armanix Gambles
10,033 views
14:24

VGT CRAZY BILL
GOLD STRIKE LIVE
PLAY...KINDA
Gaming & Gambling
4,147 views
10:42

Mr. Money Bags
*Seal of Approval $1
mrnauticalstar07
48,180 views
2:54

++NEW LIVE PLAY
*VGT* CRAZY
CHERRY [$50] MAX
SML-Slot Machine Lover
30,989 views
8:11

$0 SPENT - WON
ENTIRELY ON
FREE PLAY -
Zombie_chest123
91,850 views
14:30

VGT - Lucky Ducky -
$2 denom - live play
-red screens
OKslots of_fun
16,878 views
7:46

**VGT 9 LINER
RUBY'S NIGHT
OUT** NICE WIN!
Erica's Slot World
6,594 views
10:09

VGT Reel Fever live
play
B-Slotn Slot channel
19,344 views
4:14

VGT0007194

**Tricia Thomas** 1 year ago
Great job sister I understand you wanted the Big win!!!!!! But I was glad to watch a great video thanks for sharing!!!!!

**Canuck In Casino** 1 year ago
This machine just didn't want to let you go. Made some money and stepped away as a winner, that's how we like it!

**Ty Cox** 1 year ago
That machine wants to pay out. I can't seem to record without security on my butt

**~cOiN\*cOllEcTiNg\*fUn~** 1 year ago
Awesome my friend! :-D □ □ □ □

**Scotty Too Slotty** 1 year ago
Always nice making a profit. Great video... thanks for sharing. :)

VGT0007195

# SLOTS GUY
THE ULTIMATE ONLINE SLOTS GUIDE

Home

Slots Guy Blog

Games

Free Slots

Free Online Slots

Progressive Slots

Strategies

How Slot Machines Work

Manufacturers

Casino Reviews

Videos

Glossary

Slots Sites

Site Map

# Crazy Bill's Gold Strike Slots

### Strike Gold With This Game From VGT

It is now secret that I love the red screen free spin machines from <u>Video Gaming Technologies (VGT)</u>.



They have created a long list of slot machines that are popular in casinos all across the country. This game was one of the first they came out with a was a large part of their initial success. The fact that you still find this machine in the casinos is a testament to both it's staying power and popularity with players. As you can tell by the name of the game, the theme is centered around a gold miner named Crazy Bill. What better character for slot machine game as prospectors are the ultimate gamblers. Together you and Bill take your chances at striking gold.

### Crazy Bill's Gold Strike Slots Details

<u>Crazy Bill's Gold Strike slot machines are powered by VGT's Live Call Bingo real time bingo engine</u>. The game is a traditional three reel slot machine that features their red screen free spin bonus. For those of you not familiar with the red scree spins, this is what makes VGT games exciting and addicting for players. On VGT machines there is a small roughly 4X6 inch display above the reels. This display shows the numbers of the balls called (you are technically playing bingo) and the patterns on your bingo card for any particular spin. Also displayed are any amounts that you win and the balance of bankroll in the machine. Randomly during game play, after any spin, that screen will turn red. When it does the reels will spin, sometimes multiple times. Each time the reels spin when the screen is red you will end up with a winning combination on the payline. So, multiple red screen spins means that your winnings keep accumulating as they spin. I have seen five and six red screen spins at a time! This is what keeps me coming back to play these games.



As with other VGT games, you can play Crazy Bill's Gold Strike slots in dominations ranging from 25 cents to twenty five dollars. They symbols on the reels include Crazy Bill, picks and axes, covered wagons, piles of gold nuggets and of course, cherries and sevens symbols like the other VGT games. The game play is just like other VGT games like <u>Hot Red Ruby</u> and <u>Mr. Money Bags</u>.

### How Has The Slotsguy Fared Playing Crazy Bill's Gold Strike?

I can't deny it. This game has been good to me and my friend Hal. Most trips to the casino I put a little money into one of the slot games to see if the machine is hitting. Two or three years ago, up at Choctaw in Durant, the wife and I were playing on a Friday night. She was actually the one playing this game just outside the buffet. I was getting hungry, so I told her I wanted to eat. She says to me "ok, let me use the restroom and then we will go into the buffet". Before she got up, she told me that she had put a lot of money into the machine and that I should give it a try. So, I did. On my second spin, I hit the jackpot! When she returned, I was signing the paperwork for the casino employee. Boy was she



ruby slots

Get Up To

$2,500 free

Play Now!
Free Casino Software

VGT0007291

pissed! "That's my jackpot!, she said. You won my money! Later when, I got paid, she wanted me to give the money to her. Of course, I said no. "How is it your jackpot? You weren't spinning the reels", was my reply. Eventually, I gave her half of it. You know the married life. What was I supposed to do?

Bottom line, it is a good game. One I will continue to play. I highly recommend it.

NEW RIVAL GAMES ARE HERE!    SLOTS.LV ONLINE CASINO    JOIN NOW

## More Slots Articles

- 0 - B
- C - E
- F - G

- H - K
- L - N
- O - R

- S
- T - V
- W - Z

Copyright 2008-2013, Slots Guy. | Contact - Privacy - About Slots Guy

VGT0007292





# Polar High Roller Slot Machine

Video Gaming Technologies (VGT) is the company behind the ultra successful Polar High Roller slot machine game.

It's in the same class as many others from this company, including but not limited to **Crazy Cherry** and **Mr. Money Bags**.

As a 3-reel mechanical game with one payline, it's one of the simplest games to learn. And with a three coin maximum bet, you never have to worry about laying too much on the line for the chance to win.

## Important Game Details

**VGT shares** a variety of information regarding Polar High Roller slots, making special note of the following details:

- Powered by the Live-Call Bingo real-time bingo engine
- Denomination options of $2, $3, and $5
- Top award of 10,000 credits

Setting this game apart from others is the ability to bet up to $15 per spin. You don't have to do this, but it's a great strategy for those who like a little more action.



As you make your way through base gameplay, hopefully winning some money, you should keep your fingers crossed to enter the Red Screen Free-Spin bonus. This is when the real fun begins.

This feature is shared by many VGT games, and for good reason: every player enjoys a few free spins every now and again.

Along with the free spin feature, Polar High Roller slot machines are often equipped with one or more of seven additional bonus rounds. For example, Pick a Safe and Pick a Pot are two player favorites.

## Other Variations of the Game

## WELCOME TO SLOTSJACK.COM

At SlotsJack.com, we bring you the best (and honest) reviews of casino and online slots. Learn where to play and how to win!



Search

**Search**

## ADVICE, GUIDES, AND INFO

Casino Reviews

Our Big List of Slot Machines

The Player's Guide to Comparing Free Online Slots

The Ultimate Guide to Planning a Casino Vacation

Top Blogs for Casino-Goers in 2017

Your Guide to Taking a Casino Trip with a Tour Provider

VGT0007385

If the original version of Polar High Roller doesn't suit your playing style, you have a couple other options from VGT:

- Polar High Roller Free Spinnin'
- Polar High Roller Red Spin Multipliers

Although the same basic theme is in place, both these games are 100 percent unique when compared to the original.

For example, Polar High Roller Free Spinnin' is a 5-reel mechanical game. Along with the two additional reels, it includes extra features such as:

- 9-paylines
- Maximum bet of 180 credits
- Denomination options of $.01, $.02, $.05, $.10, and $.25
- Top payout of 392,000 credits

Now do you see how these two games are different? With this variation, betting denominations are much lower. However, the maximum bet is way higher.

Tip: if you're going to play one version of Polar High Roller slots you might as well experiment with all three. This gives you the opportunity to see which one best suits your budget and betting style.

## A SlotsJack Favorite

The theme alone makes all three versions of this game exciting to play. When you add in a variety of high level features, you have a game that will continue to attract players for years to come.

At SlotsJack, we are big fans of VGT slot machines. Adding to this, Polar High Roller is one of our all time favorites.



Copyright © 120 Media, LLC

Proudly powered by WordPress | DMCA.com

# SLOTS GUY

Home

Slots Guy Blog

Games

Free Slots

Free Online Slots

Progressive Slots

Strategies

How Slot Machines Work

Manufacturers

Casino Reviews

Videos

Glossary

Slots Sites

Site Map

# Greenback Jack Slots

### Greenback Jack Slots - Greenback Jack Slots Online

## Greenback Jack Slots

If you love the "old west" you are sure to fall for Greenback Jack slot machines. With a western theme, this game will keep you on your toes from start to finish. Video Gaming Technologies is responsible for Greenback Jack slots, and it is safe to say that they have been pleased with its popularity to this point. From first time players to experienced veterans, everybody can enjoy Greenback Jack slots.



## Details of Greenback Jack Slot Machines

Greenback Jack slot machines are part of Video Gaming Technologies famous lineup of three reel one payline mechanical slots. This configuration makes it simple for players of all experience levels to get involved.



Betting denominations include: $.25, $.50, $1, $2, $3, $5, $10, and $25. What is your budget? If you are trying to save, you can start playing Greenback Jack slot machines with as little as a quarter. But if you want to bet big, why not go with the maximum bet of $75.

The top award is 3,200 credits.

## Add-A-Reel Feature

While the theme of this game is popular, it is the Add-A-Reel feature that gives you the chance to win big. With this feature you never again have to memorize pay tables. Instead, you simply add up the credits displayed on the winning reels and that is how much you are awarded. Does it get any easier than that? To make this feature even more enjoyable, 2x, 4x, and 8x multipliers are also available on every reel.

Greenback Jack is the cowboy and he rides around town on his horse, Two-bit. An intriguing theme, simple configuration, and Add-A-Reel feature make Greenback Jack slot machines a popular choice.



## More Slots Articles

- 0 - B
- C - E
- F - G
- H - K
- L - N
- O - R
- S
- T - V
- W - Z



VGT0007413

Copyright 2008-2013, Slots Guy. | Contact - Privacy - About Slots Guy

VGT0007414

★ Watch YouTube videos with Chrome.  Yes, get Chrome now.                                                          ✕

▶ YouTube        | vgt red screen |

Ad Samsung USA                    ⓘ
SAMSUNG
81K

1:04    1:39    2:06

Visit Advertiser's Site

Up next                                    Autoplay ⓘ

My typical VGT day at the casino
Gaming & Gambling
6,593 views

## VGT LUCKY LEPRECHAUN **BINGO PATTERN TUTORIAL**

Gaming & Gambling

1.5K                                3,506 views

2017 EDGE WALKAROUND    2017 Ford Edge    ⓘ ✕
Ad by Ford Motor Company
428,635 views

Published on Sep 28, 2017

The main reason I love VGT, is not only that it has a Red Spin Bonus, but it actually gives you slight insight on what you need to win before the reels land. Doing a tutorial on reading Bingo Patterns. I hope this helps you out. FREE TIPS AND TRICKS SO SUBSCRIBE TODAY! LOL...Thanks for watching!!! Please

VGT LUCKY DUCKY | LIVE PLAY | LINE HIT!
Erica's Slot World
5,136 views

COMMENTS • 35

Commenting publicly as Rebecca Dalton

HOW TO HACK SLOT MACHINES AND WIN EVERY TIME!! ($100)
Kazzy Official
1,528,916 views

OKslots_of_fun 1 month ago

Nice video! You read my mind, I was going to do a video like this! :)  I always watch the bingo card and I feel that a lot of times you can tell by the way the patterns hit (but not within the correct number called) that the machine is not going to pay. Probably nothing to that but I like to move on when my machine doesn't hit patterns within 10-20 spins. :)

1

\$5 POLAR HIGH ROLLER **JACKPOT**
Gaming & Gambling
32,323 views

Big B's Slot Channel 1 month ago

Thanks for sharing that info..as you know I love playing VGTs and I never knew that about the bingo patterns. I see people touch the bingo screen to change it..at least I think that's what they're doing lol.

1

Music 2017-2018: Playlist of Popular Songs (New Hit Music)
#RedMusic: BiggestSounds

1.00 bet ruby red slots got a few red screens so close to a jackpot
Cizrobert1
3,145 views

MR. MONEY BAG 2 & SUMO 7 **PLAYING FOR RED SPIN &
Gaming & Gambling
2,642 views

VGT0007438

**RSC-RedScreen Chaser** 1 month ago

Thanks for posting, I sit there & watch the patterns, too. I find myself saying "nothing" a lot, lol. I know the patterns better on the 10k jack pot VGT than the 2500 & 4000. I also forgot about the bingo in so many numbers called. I think I actually did better before I learned the patterns. I know many people will only play a certain pattern. Great seeing you on chat

**Pat Moore** 1 month ago

I go to Choctaw about 2 times a week and a few months ago some guy told me that if you watch the bingo patterns and put your money in and select your bet but don't spin till you see the question mark you will win more often. Don't know if it is true but I wait on it every time I do get a red screen on the first or second spin but not sure if it helps in the long run.

1

**slots4days** 1 month ago

I thought it was gonna be private stripes. Nice win

**Anthony Parnell** 1 month ago

There are a certain number of "balls called" for that certain bingo card. For example in order to get the small diamond symbol , the numbers that make up that symbol has to be called by a certain number. (Within 27 balls). That's why the bingo number is covered. But no win is because the numbers weren't called with the limit

2

**austin hunter** 1 month ago

Hot dog

**austin hunter** 1 month ago

But note the white numbers don't count

**Affordable VGT Guys** 1 month ago

I have to say though learning the bingo card kind of sucks it just gets annoying and you just calling out what's going to be every time you see the card so I don't prefer knowing the card

**Torrie Victory** 1 month ago

Man, I knew it was gonna be the hot dog pattern. Great job! Although it's kinda volatile when it comes to the VGT patterns and the different machines. Lucky duck pays on different patterns. Polar High Roller does, as well. Like a few other commenters, I am curious as to the timing. I also heard that the machines have to yield a certain amount of

**Derek Francis** 1 month ago

Yeah but how do you know when a "yellow" number is really a winner? Like early in the video you covered all the numbers except one. Why wasn't that a multiple pattern winner? It makes no sense.

RANDOM MASH UP
Gaming & Gambling
2,006 views  NEW
5:55

VGT - Lucky Ducky - $2 denom - live play -red screens
OKslots_of_fun
16,878 views
7:46

$3 MAX BET GEMS & JEWELS AND RANDOM BONUS WINS
Gaming & Gambling
6,747 views
10:23

$6 MAX BET POLAR HIGH ROLLER **THANKING MY VIEWERS
Gaming & Gambling
3,331 views
3:36

VGT Live Play -King of Coin-Slot Machine-$1.00 Max Bet $5-Red Screens-
RSC-RedScreen Chaser
Recommended for you
9:05

VGT LIVE PLAY $5 COUNTING CASH ==HUGE WIN==
JT's Slot Channel
18,328 views
3:11

Big VGT Polar High Roller win! Down to the wire red screen save!
S&R vs. Slots
4,351 views
3:22

VGT CRAZY BILL GOLD STRIKE | DOUBLE OR NOTHING | $3 MAX BET
Erica's Slot World
2,596 views
2:42

*VGT* CRAZY BILL GOLD STRIKE $3 MAX BET **THANKING MY
Gaming & Gambling
10,577 views
12:21

CRAZY BILL/FAST CASH
Gaming & Gambling
4,601 views
5:37

VGT CRAZY CHERRY | LIVE PLAY | RED SCREENS
Erica's Slot World
4,003 views
6:05

TULSA HARD ROCK - JACKPOT after intense play!!!!
Zombie_chest123

VGT0007439

**TheJcumby3** 1 month ago
AH Hhahhahhah! Thanks! I kinda know the patterns but I still don't get how to determine what falls on a red screen. I guessed private strips and never really thought about the hot-dog. I think I go with what I see first when I glance at the card. Thanks for doing this.

**Ty Cox** 1 month ago
Awesome win! So it changes when you change the bet

**Ty Cox** 1 month ago
It use to pay based on the bingo pattern but now it's some timing

**Caress Toon** 1 month ago
People never know what I mean when I tell them to watch the bingo card!

67,041 views

VGT RUBIES NIGHT OUT | COUNTIN' CASH | KING OF COIN |
Erica's Slot World
3,769 views

VGT0007440

# Marstonblog

Helpful articles and advice

You are here

Home  >  Gambling  >  Red Screen Slot Machines

## Red Screen Slot Machines

Gambling  -

LEGAL

**Fast, Fair, and Hassle-Free Claim**

or your money back

**Learn More**

TOP



One of the most popular types of Class II Slot Machines are what players call
"red screen slot machines." I have friends that will only play VGT red spin slots.
VGT is the name of the company that makes these games. The official name

VGT0007534

is **Video Gaming Technologies Inc.**

I admit that after I tried playing a variety of slot machines for the first time a couple of years ago I quickly found that VGT machines seem to pay out more often than all the others and are just super fun.

## What makes the Red Spins so fun?

Here's what happens. You put a 20 in a VGT machine and hit spin a couple of times, all of a sudden the whole screen goes red and reels start spinning like crazy! They will pause for a minute and then spin again and again paying huge on each spin!



Update Your Windows® 10 Drivers

Ad Step 1- Select Your Plan. Step 2- Purchase.

Step 3- Update Your Drivers!
DriverUpdate™

Learn More

Just last weekend I put a 10 into a VGT .25 cent slot machine. On my second spin the screen turned red and after about 8 red spins I had over 200! Sometimes it stops after just 1 red spin and sometimes it just keeps going. It gets your adrenaline flowing when you hear the buzzer going off and you are still in red spins. Almost nothing draws attention more in a casino then seeing this.

Just when you think you have figured out which machines will pay, it will change. The red spin fever is real!

People need to be cautious when playing slots and be responsible. Stick to your budget. Know that a slot machine can be hot one night and cold the next morning and might take it all back.

There is no secret to VGT machines, it's completely random. The one thing I will say is in my experience people who bet higher tend to get red spins more often… but this means risking more.

VGT0007535



One game I can't seem to figure out is the **Hunt for Neptune's Gold**. This ones different from the others. I've watched people sit down, put 40 in, bet 5 dollars a spin and win over 1,200 in a couple of minutes. Often they will take it down to about 100 and then amazingly hit red spins again and win over 2,000. It's up and down with this game. It has more red spins than any VGT game I have ever seen.



I have also watched a guy who was up 2,300 on Neptune's Gold spend every bit of it and walk away with .50 cents. It's like he was in a trance. I couldn't believe it.

I was in Vegas last month for the first time and after the first day I was missing the VGT slot machines back home. – Vegas does NOT have class II slots. I also lost on almost every slot machine in Vegas. I really thought Vegas machines would pay more but that was NOT my experience.



Contemporary Cappuccino Wood Bar Unit W/Doors

**$450.57**
Ad The Classy Home

Learn More

VGT0007536

# My top 10 most popular VGT Red Screen Slot Machines.

### #1 Lucky Ducky

Lucky Ducky is a classic style 3 reel slot featuring the ever popular red screen spins. It's lot's of fun and you hope to get three ducks to line up for the big jackpot. However it's still lots of fun even when they don't as you can still win big even without a jackpot. This is easily the most popular VGT slot machine in my opinion.



### # 2 Mr. Money Bags

Mr. Money Bags is a similar classic 3 reel slot with red spins and lot's of fun. The ultimate goal of course is to get 3 Mr. Money Bags to line up and win a jackpot. Just like Lucky Ducky and most VGT slots it can pay big even without the jackpot. My observation has been that it doesn't red spin very often compared to others but when Mr. Money shows up he pays really big. I see high rollers play this a lot and win.



VGT0007537

### #3 Ruby Red Spins

Ruby is tricky, just like all the others there are a handful of variations of the game but Ruby is hard to please. She's either hot or cold. I've struggled with this game but I have friends who can sit down and win 100 bucks from her easy. Three Rubys is what wins a jackpot. This is a very popular game even though I have not had much luck with it. You will find her paying out big on bet max.



### #4 The King of Coin

This is a fun Elvis like variation of Mr. Money and Lucky Ducky. If you can get 3 King of Coins to line up your going to win crazy big. This game red spins pretty often and is exciting because it pays so big when it does. This is also one of the slots that tends to pay better the higher you bet but it's a risk.



### #5 Gems and Jewels

This is almost the exact same as King of Coin and others. It's also one that doesn't red spin very often but when it does also pays surprisingly well. This also features a big jackpot potential and is very popular in class II casinos.

VGT0007538



#6 Polar High Roller

This is also a popular slot machine that has a few variations of course and they all share one characteristic…it's either going to take your money fast, or make your whole night fast! I've seen crazy big wins on this one. It's popular but it's aggressive. I see this game in high roller areas often.



#7 Hunt for Neptune's Gold

This is not like the others. If you get red spins… and it's surprisingly often you will be insanely happy. This is the game where I often see people win over 1,000 in minutes. I have personally watched someone start with 20 bucks and get red spins that went so long that I lost count and that person had over 500 when it stopped. This is a special VGT game, when it's paying it will blow your mind. The Hunt for Neptune's Gold has red spins, feature bonuses and a diamond bonus. Note- the diamond bonus doesn't usually pay very well unless on a high bet so don't chase it if your losing money. People usually win the most money on the red spins.

VGT0007539



#8 Freedom Reels

Freedom Reels is very similar to Lucky Ducky but tends to pay less on average but pays crazy big when reels line up. It's a great game to play if your trying to make a small amount of money last a long time. I've played this game for almost an hour on a 20. I kept winning a little at a time. It has big jackpot potential and I have seen some happy winners. I always see people playing on this machine.



#9 Lucky Leprechaun

Lucky Leprechaun has lot's of variations but they are all about winning the luck of the Irish! Similar to the other 3 reels mentioned this game is a staple in any Class II casino. The Leprechaun seems to favor higher bets in my experience. If you want to bet the minimum I would save your money. If your willing to take a chance and can afford to try to win this games favor then it's for you. I have seen people win over 5,000 jackpots on this machine.


Contemporary Cappuccino Wood Bar Unit W/Doors


VGT0007540



**$450.57**
Ad The Classy Home

Learn More



#10 777 Bourbon Street

Capturing the party atmosphere of New Orleans, 777 Bourbon Street is a treat.
It's also a classic 3 reel VGT like many of the others but with a sassy twist.
Somehow it seems to embrace the chaos of Mardi Gras even though it's not
much different in structure than so many others. This game will surprise you. It
pays big when you don't deserve it. It's one of those games that pays you big-
time even though you didn't bet much. But when the party is over you need to
go home and not give your money back.



VGT0007541

Disclaimer: This is all based on my experiences in many different casinos over the past 2 years. These are Class II Bingo Pattern Slot Machines. They tend to be found in the central/mid west part of the country. Always play responsibly.

Share this :

  



**Are Hot Slot Machines Random?**

**Do Slot Machine Jackpots Cheat?**
Just missed it! You almost won the Huge Jackpot! That's just one of the many little tricks that casino slot machines use to keep you



**When's the Best Time to Play Slot Machines?**

□ Previous article
$25,000 a night suite at Atlantis Bahamas

Next article □
How to Get Rich Quick

*5 thoughts on "Red Screen Slot Machines"*

July 12, 2017 at 9:59 pm

**Jon**     I live in South Oklahoma and myself and everyone I know only play VGT machines!!!

Reply

July 12, 2017 at 10:23 pm

**Howdydan**     I only ever win big on vgt and sometimes blackjack.

Reply

July 12, 2017 at 10:01 pm

**Jon**     At my wedding in Vegas my groomsmen said that couldn't find any VGT

VGT0007542

machines anywhere.

Reply



July 12, 2017 at 10:21 pm

**Chrissy** Why can't VGT just transform these games into class III so they can be everywhere like Vegas ?

Reply

July 12, 2017 at 10:47 pm

**Anonymous** Neptunes gold is my favorite game but I've seen the same thing your talking about where people will have over a thousand and drop it to like two hundred or even less… I dont understand that at all. I want to tell them to cash out!

Reply

## Leave a Reply

Enter your comment here...



© 2017 Marstonblog

Powered by WordPress | Theme: AccessPress Mag

Privacy Policy

VGT0007543