# EXHIBIT 187

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br> (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br> (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br> (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-JFJ <br><br> **DECLARATION OF CONSTANCE HOLLINGSWORTH** |

## DECLARATION OF CONSTANCE HOLLINGSWORTH

1. I am a Design Specialist/Mechanical Drafter at McElroy Manufacturing. I worked as an Install Coordinator/Expediter for VGT from April 2007 until July 2011 and am married to Rob Hollingsworth who is the Director of Logistics at VGT.

2. My husband and I play games in casinos on average around once every two months.

3. I prefer to play VGT games as opposed to other companies' games because I like the red screen and other features on the VGT games. I also think VGT games pay out more than other companies' games.

4. Sometime within the past year or so, Rob and I went to One Fire Casino in Okmulgee, Oklahoma to play games.

5. While there, I started playing a game that I thought was a VGT game. I believe the game had artwork on it that made me think it was one of VGT's Crazy Bill games, and it had other features that made me think the game was made by VGT.

6. I had been playing this game for about 10 minutes when Rob came over. I was losing money, so I asked Rob why the game was not paying out. Rob told that the game was a Castle Hill game, not a VGT game.

7. I then quit playing the Castle Hill game and moved to a VGT game.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed this 25 day of June 2018 in Tulsa, Oklahoma.

*Constance Hollingsworth*
Constance Hollingsworth