# EXHIBIT 188

FW: Castle Hill Info



**From:** Wenzell, Daniel
**Sent:** Friday, August 18, 2017 10:45 AM
**To:** Johnson, Ryan <Ryan.Johnson@vgt.net>
**Subject:** Castle Hill Info

FYI

---

**From:** Soles, Brian
**Sent:** Thursday, April 27, 2017 10:55 PM
**To:** Bell, Dennilla <Dennilla.Bell@vgt.net>; Wenzell, Daniel <Daniel.Wenzell@vgt.net>; Marcum, James <james.marcum@vgt.net>
**Subject:** RE: VGT game changes

Pretty sure "New Money" is Castle Hills knock off of Mr. Moneybags.


Sent via the Samsung Galaxy Note® 4, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Bell, Dennilla" <Dennilla.Bell@vgt.net>
Date: 04/27/2017 12:53 (GMT-06:00)
To: "Wenzell, Daniel" <Daniel.Wenzell@vgt.net>, "Marcum, James" <james.marcum@vgt.net>
Cc: "Soles, Brian" <Brian.Soles@vgt.net>
Subject: RE: VGT game changes

I've never heard of that but not saying it isn't there. You had me at VGT, now that you think its CH I'm no longer helping Paul's customer lol

---

**From:** Wenzell, Daniel
**Sent:** Thursday, April 27, 2017 12:52 PM
**To:** Marcum, James <james.marcum@vgt.net>
**Cc:** Bell, Dennilla <Dennilla.Bell@vgt.net>; Soles, Brian <Brian.Soles@vgt.net>

**Subject:** RE: VGT game changes

Is it possible this is Castle Hill and not VGT?
Do we use a topper with "Hot Cash" on it?

"New Money" games?

---

**From:** Marcum, James
**Sent:** Thursday, April 27, 2017 12:11 PM
**To:** Wenzell, Daniel <Daniel.Wenzell@vgt.net>
**Cc:** Bell, Dennilla <Dennilla.Bell@vgt.net>; Soles, Brian <Brian.Soles@vgt.net>
**Subject:** Re: VGT game changes

Not sure.

Sent from my iPhone

On Apr 27, 2017, at 12:08 PM, Wenzell, Daniel <Daniel.Wenzell@vgt.net> wrote:

> Do you guys know which bank he is referring to? Sorry if it's vague?
>
> ---
>
> **From:** Pope, Paul
> **Sent:** Thursday, April 27, 2017 11:52 AM
> **To:** Wenzell, Daniel <Daniel.Wenzell@vgt.net>
> **Subject:** Fwd: VGT game changes
>
> He just sent this
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Tracer Hamilton <thamilton@luckystarcasino.org>
>> **Date:** April 27, 2017 at 10:48:34 AM CDT
>> **To:** "Pope, Paul" <Paul.Pope@vgt.net>
>> **Cc:** Mannix Barnes <mbarnes@luckystarcasino.org>
>> **Subject: RE: VGT game changes**
>>
>> I think it was a "Hot Cash" it was a $2 bank of eight at Choctaw in Durant, I'm not sure if that helps you any.

VGT0007595