# EXHIBIT 190

I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00454-GKF-JFJ |
| | ) |
| 1) CASTLE HILL STUDIOS LLC | ) **DECLARATION OF CRAIG** |
| (d/b/a CASTLE HILL GAMING); | ) **EUBANKS** |
| 2) CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| 3) IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF CRAIG EUBANKS

1. I am a game technician at Video Gaming Technologies, Inc. ("VGT") based out of VGT's office in Tulsa, Oklahoma, a position I have held since I was hired by VGT in February 2009.

2. As a game technician, I install new gaming machines, perform day-to-day maintenance, and fix malfunctioning gaming machines.

3. I spend the vast majority of my time at Choctaw Casino in Pocola, Oklahoma, but sometimes I fill in for other technicians at other casinos.

4. Given how long I have worked as a game technician, most Choctaw - Pocola employees know that I am a VGT employee.

5. In addition, while I am working, I always wear a shirt with the VGT logo and have a badge that identifies me as a VGT employee.



6. I have experienced two separate instances of confusion between VGT's games and Castle Hill Gaming's ("CHG") games—one in which I myself was confused and one in which another person was confused.

7. The first incident happened within the past two years when I was called to fill in for the regular service technician at Choctaw Casino in Poteau, Oklahoma.

8. The last time I had been to Choctaw - Poteau before the incident, the bank of VGT games was to the left of the door.

9. This time, when I came in the door, I walked toward the bank of games to the left of the door and saw that the third game from the left had an error message.

10. I noticed that the artwork on the game was not artwork that I had seen before, but it looked like a new VGT game, so I was excited at the opportunity to work on a game on which I had not worked before.

11. When I opened the door on the machine and started looking at the parts inside, I noticed that some of the parts were in a different position from other games on which I had worked.

12. I closed the door to look at the artwork on the game so that I would know the name of the game when I went back and asked questions about the error.

13. After I closed the door and looked at the artwork more carefully, I noticed the CHG logo and realized that it was not a VGT game.

14. I immediately called the casino manager (Laura Bailey, who was second in charge after the site manager) to apologize, and the casino manager laughed and said something to the effect that they had made the same mistake.

15. Shortly thereafter, I described the incident to the VGT game technician directly above me (Heath Dewitt) and to the other VGT technician who worked at Choctaw - Poteau (James Skinner). I may have told others as well, but I do not remember with certainty.

16. The second incident happened within the past year or so when Candace Williams (a casino floor technician who had been working at Choctaw - Pocola for a few years) asked me to fix a game at Choctaw - Pocola.

17. Ms. Williams identified the broken game as being in a bank location that I did not recognize, so I followed her to the location.

18. When Ms. Williams pointed out the game that needed to be fixed, I saw that it had artwork that I did not recognize.

19. Having learned from my own mistake, I checked the label and saw that it was a CHG game, not a VGT game.

20. When I informed Ms. Williams of her mistake, Ms. Williams responded to the effect that the game's cabinet looked like a VGT cabinet, and I said that I agreed with her.

21. Shortly after the incident, I told some of my friends what had happened, and they laughed because it reminded them of my own mistake.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed this 11th day of December 2017 in Sallisaw, Oklahoma.

_____
Craig Eubanks

VGT0006764