# EXHIBIT 192

## Re: pictures

From:

"Schneider, Rich" <rich.schneider@aristocrat-inc.com>

To:

"Sorrow, Kindra" <kindra.perrigo-sorrow@vgt.net>

Cc:

"Marcum, James" <james.marcum@vgt.net>, "Carlson, Gary" <gary.carlson@vgt.net>, "Starr, James" <james.starr@vgt.net>, "Sevigny, Jay" <jay.sevigny@vgt.net>, "Moore, Keith" <keith.moore@vgt.net>

Date:

Wed, 2 Sep 2015 23:49:29 +0000

---

Good stuff

Sent from my iPhone

On Sep 2, 2015, at 3:53 PM, Sorrow, Kindra <Kindra.Perrigo-Sorrow@vgt.net> wrote:

> Thank you Jim!
>
>> On Sep 2, 2015, at 5:45 PM, Marcum, James <james.marcum@vgt.net> wrote:
>>
>> Another title that was installed this week.
>>
>> <IMG_20150902_114850032_HDR.jpg>
>>
>> <IMG_20150902_114845330_HDR.jpg>
>>
>> <IMG_20150902_114835536_HDR.jpg>
>>
>> <IMG_20150902_114750344_HDR.jpg>

RE: : Pictures

From:

"Schneider, Rich" <rich.schneider@aristocrat-inc.com>

To:

"Sevigny, Jay" <jay.sevigny@vgt.net>, "Marcum, James" <james.marcum@vgt.net>

Cc:

"Sorrow, Kindra" <kindra.perrigo-sorrow@vgt.net>, "Starr, James" <james.starr@vgt.net>, "Carlson, Gary" <gary.carlson@vgt.net>

Date:

Thu, 3 Sep 2015 15:46:34 +0000

Looked at them on my phone.....I thought they were our games..........

**From:** Sevigny, Jay [mailto:Jay.Sevigny@vgt.net]
**Sent:** Thursday, September 03, 2015 4:33 AM
**To:** Marcum, James
**Cc:** Sorrow, Kindra; Starr, James; Carlson, Gary; Schneider, Rich
**Subject:** Re: : Pictures

Thanks Jim. Not funny...

Sent from my iPhone
Please excuse any typos

On Sep 2, 2015, at 4:41 PM, Marcum, James <james.marcum@vgt.net> wrote:

*These were installed at Durant this week.*











&lt;IMG_20150902_120356901_HDR.jpg&gt;

VGT0007573