# EXHIBIT 196

## ENFORCER LED Strobe Lights

### Configuring Flash Pattern (SL-1301-BAQ/SL-1301-SAQ series only):

**IMPORTANT:** Before changing flash pattern, <u>disconnect power</u>. Change flash pattern before reconnecting power. Visit www.seco-larm.com for animated flash pattern samples.

| DIP Switch Position | Description of Flash Pattern | Top View (SL-1301-BAQ Shown) |
|---|---|---|
| 1 | **Strobe** — LEDs flash on and off continuously. (Default setting) | |
| 2 | **Rotate Clockwise** — Light rotates clockwise in a circular fashion continuously. (Beacon) | |
| 3 | **Steady ON** — All LEDs stay on. Ideal for continuous lighting applications. | |
| 4 | **Flash with Progressive ON** — LEDs turn on progressively clockwise until all LEDs are lit (sweep), and then turn off. | |
| 5 | **Rotate Back and Forth** — LED groups light up one at a time, rotating clockwise and counterclockwise. | |
| 6 | **Flash with Progressive ON/OFF** — LEDs turn on progressively clockwise (sweep), then turn off progressively counterclockwise. | |

### Also Available from SECO-LARM®:

**Replacement Lenses**
**SL-126LQ/X**
(Replace 'X' with the first letter of the desired color)



Available in Red, Blue, Amber, Clear, or Green

**Mounting Options**

Conduit Drop
**SL-1901-DAQ**

Conduit Box
**SL-1901-JAQ**

Application Photos



Conduit Drop | Conduit Box | Both

**Xeon Tube Strobe Lights**
**SL-126Q Series**



Available in Red, Blue, Amber, Clear, or Green

UL LISTED

**NOTICE:** The information and specifications printed in this manual are current at the time of publication. However, the SECO-LARM policy is one of continual development and improvement. For this reason, SECO-LARM reserves the right to change specifications without notice. SECO-LARM is also not responsible for misprints or typographical errors. Copyright © 2015 SECO-LARM U.S.A., Inc. All rights reserved. This material may not be reproduced or copied, in whole or in part, without the written permission of SECO-LARM.

### SECO-LARM® U.S.A., Inc.

16842 Millikan Avenue, Irvine, CA 92606
Phone: (949) 261-2999 | (800) 662-0800

Website: www.seco-larm.com
Email: sales@seco-larm.com

PITSW1
Order Part# 762-509-4%
MiSL-1301-xAQ_150123.docx

4

SECO-LARM U.S.A., Inc.

---



## LED Strobe Lights

## Manual



(SL-1301-SAQ shown)

| LEDs Color | Bright | Brighter | Brightest |
|---|---|---|---|
| Red | SL-1301-EAQ/R | SL-1301-BAQ/R | SL-1301-SAQ/R* |
| Blue | SL-1301-EAQ/B | SL-1301-BAQ/B | SL-1301-SAQ/B* |
| Amber | SL-1301-EAQ/A | SL-1301-BAQ/A | SL-1301-SAQ/A* |
| Clear | SL-1301-EAQ/C | SL-1301-BAQ/C | SL-1301-SAQ/C* |
| Green | SL-1301-EAQ/G | SL-1301-BAQ/G | SL-1301-SAQ/G* |

*Includes a built-in 100dB siren

**All Models:**
- Operating life of over 50,000 hours (over 5.7 years)
- Same size as the SL-126Q strobe light
- Simple 2-wire installation
- 5 lens colors available for each model
- Weather resistant
- High-impact resistant case
- High-impact and heat-resistant lens
- Reverse polarity protection
- Visible in all directions

**BAQ and SAQ series also include:**
- 6 different flashing options
- Adjustable flashing speed
- Backup battery available for continuous lighting applications
- Vertical LED strips increase visibility from various directions

**SAQ series also includes:**
- Built-in 100dB siren (programmable)

**SECO-LARM® SLI**

CE

EXHIBIT 18
WIT: VALANDRA
DATE: 9/27/18
REPORTER: J. HARMONSON

VGT0056098

## ENFORCER LED Strobe Lights

### Introduction:

**ENFORCER LED Strobe Lights** provide all the functions of a regular strobe light and much more. Each has an operating life of 50,000 hours—over 160 times that of a regular strobe light. No more bulbs to replace! There are three models—with 12~54 LEDs. The BAQ series and SAQ series include a unique placement of LEDs making the light more visible from various directions, a 9V backup battery option making them ideal for continuous lighting applications, and 6 selectable strobe patterns with adjustable strobe speed. The SAQ series also includes a built-in 100db siren.

### Parts List:

1x  LED Strobe Light          1x  Manual          2x  Mounting Screw with "O" ring

### Specifications:

| | | SL-1301-EAQ | SL-1301-BAQ | SL-1301-SAQ |
|---|---|---|---|---|
| LEDs on circuit board | | Yes | No | Yes |
| LEDs on vertical strips | | No | Yes | Yes |
| Operating voltage | | 6~12 VDC | 9~12 VDC | 10~24 VAC/VDC |
| Current drain @12VDC (max) | Rotate clockwise | N/A[1] | 30mA | 90mA |
| | Strobe | 200mA | 100mA | 150mA |
| | Steady ON | N/A[1] | 100mA | 150mA |
| | Flash with progressive ON | N/A[1] | 100mA | 150mA |
| | Rotate back and forth | N/A[1] | 100mA | 150mA |
| | Flash with progressive ON/OFF | N/A[1] | 100mA | 150mA |
| Adjustable flash pattern | | No[1] | Yes | Yes |
| # of flash patterns | | 1[1] | 6 | 6 |
| Adjustable flashing speed | Maximum setting | Fixed | 260 times/min | 260 times/min |
| | Minimum setting | 130 times/min | 30 times/min | 30 times/min |
| Operating life | | Over 50,000 hours (over 5.7 years) | | |
| Backup battery function[2] | | No | Yes | Yes |
| Backup battery life[2] | Steady ON | N/A | Up to 4 hours[3] | Up to 2 hours[3] |
| | Strobe/Flashing | N/A | Up to 5 hours[3] | Up to 2 hours[3] |
| Operating temperature | | -4°~144° F (-20°~65° C) | | |
| Electrical protection | | Reverse polarity protected | | |
| Built-in siren | | No | No | Yes (100dB) |
| IP rating | | IP66 | IP66 | IP55 |
| Base | | High-impact resistant black ABS | | |
| Lens | | High-impact heat-resistant acrylic | | |
| Dimensions | | 3¹⁵/₁₆"x2²⁹/₃₂" (100x74mm) | | |

[1]SL-1301-EAQ series has strobe only          [2]9VDC battery not included          [3]Estimated-depending on mode

### Dimensions:



Top View  3¹⁵/₁₆" (100mm)

Front View  2²⁹/₃₂" (74mm)   2³/₆₄" (52mm)

Bottom View  2⁴/₅" (71mm)

2          **SECO-LARM U.S.A., Inc.**

---

### Overview:     SL-1301-SAQ shown



- Ground wire (black)
- Power wire (red)
- Backup battery jumper (default off) (BAQ and SAQ series only)
- 9-Volt battery clip (under circuit board) (BAQ and SAQ series only)
- Siren jumper (default off) (SAQ series only)
- LED strips (depending on model)
- Circuit board LEDs (depending on model)
- Strobe speed control (BAQ and SAQ series only)
- Remove thinned-out slot for surface wiring
- Mounting screw with rubber "O" ring
- DIP switch (BAQ and SAQ series only)
- Rubber "O" ring
- Circuit board
- Circuit board screw

### Installation:

1. Before starting, please read this manual carefully and keep it for future reference.
2. Be sure to use the LED strobe light within the given electrical limits.
3. Decide where the LED strobe light is to be mounted. Use a pencil to mark the location of the two mounting screws.
4. Drill a hole through the wall or surface where the LED strobe light is to be mounted. Run the ground (black) and power (red) wires through the wall.
   **Note:** For surface wiring applications, remove the thinned-out slot with a pair of pliers.
5. Connect the wires to their respective locations on an alarm control panel or other security panel.
6. Remove the lens and mount the LED strobe light to the surface using the two included mounting screws with rubber "O" rings. **If screws are fastened too tightly, the "O" rings will be damaged.** (SL-1301-EAQ series skip to step 10)
7. Select the flash pattern using the DIP Switch (see back page for details) and adjust the speed using the strobe speed control (clockwise to increase, counterclockwise to decrease).
8. Set the siren (SL-1301-SAQ only) to on or off using the siren jumper.
9. If needed, install backup battery. (See below.)
10. Replace lens. **If lens is fastened too tightly, the "O" ring will be damaged.**

### Backup Battery (SL-1301 BAQ/SL-1301-SAQ series only)

*For continuous lighting applications, the backup battery will power the LED strobe light in the event of a power loss.*



1. Use a screwdriver to loosen the circuit board screws.
2. Carefully remove and flip the circuit board. The battery holder is attached at the back side of the circuit board.
3. Connect a 9-Volt battery to the battery connector.
4. Replace circuit board and circuit board screws.
5. Turn the backup battery on via the backup battery jumper.

9-Volt Battery (not included)      Circuit board screw      (Circuit board)

### Troubleshooting:

| | |
|---|---|
| The LED strobe light does not turn on | • Check the LED strobe light's power source |
| The LED strobe light does not flash correctly | • Disconnect power, configure correct flash pattern, and reconnect power |

**WARRANTY:** This SECO-LARM product is warranted against defects in material and workmanship while used in normal service for one (1) year from the date of sale to the original customer. SECO-LARM's obligation is limited to the repair or replacement of any defective part if the unit is returned, transportation prepaid, to SECO-LARM. This Warranty is void if damage is caused by or attributed to acts of God, physical or electrical misuse or abuse, neglect, repair or alteration, improper or abnormal usage, or faulty installation, or if for any other reason SECO-LARM determines that such equipment is not operating properly as a result of causes other than defects in material and workmanship. The sole obligation of SECO-LARM and the purchaser's exclusive remedy, shall be limited to the replacement or repair only, at SECO-LARM's option. In no event shall SECO-LARM be liable for any special, collateral, incidental, or consequential personal or property damage of any kind to the purchaser or anyone else.

**SECO-LARM U.S.A., Inc.**          3

VGT0056099