# EXHIBIT 197

# SL-126
# STROBE LIGHTS



35T8





## ONLY 2-WIRE CONNECTION FOR 6-12 VOLTS

- For "informative" general signaling requirement applications.
- Powerful xenon tube makes flash visible from a distance
- Improper polarity connection will not damage circuitry
- Heavy-duty 18-gauge leads
- Operating lifetime of over 300 hours
- Temperature range from 22°F (-30°C) to 140°F (60°C)
- Lens is made of high-impact and heat-resistant acryrex. Available in clear, amber, red, or blue (Also available separately.)
- Case is made of high-impact resistant abs plastic, with an approx. diameter of 4" (10cm)
- Four strobe lights available:
  SL-126A — Amber lens
  SL-126B — Blue lens
  SL-126C — Clear lens
  SL-126R — Red lens

\* CE approved products are identified with the CE mark on the product. Contact SECO-LARM for further details.

EXHIBIT 19
WIT: VALANDRA
DATE: 9/27/18
REPORTER: J. HARMONSON

VGT0056100

SL-126 Strobe Lights Installation Manual

## SPECIFICATIONS

**Circuits**
All solid-state
**Input Connections**
Red: Positive    Black: Negative
**Leads**
18-gauge UL Listed, 12" long
**Electrical Protection**
Reverse polarity protected
**Illumination**
100,000 candle power
**Input Voltage**
6 to 12VDC
**Input Current**
120mA ± 20% at 6VDC
200mA ± 20% at 12VDC

**Flash Rate**
Over 60/minute at 6VDC
Over 90/minute at 12VDC
**Operating Life**
Over 2,000,000 flashes
**Operating Life (Hours)**
450 at 6VDC    300 at 12VDC
**Environment**
-22°F (-30°C) to 140°F (60°C)
**Base**
High-impact black ABS
**Lens**
High-impact and heat resistant acryrex. Available in clear, amber, red, and blue.

  

Requires two mounting screws ø3X46 TP2 (included).

**Mounting Template**



### NOTICE

The information and specifications printed in this manual are current at the time of publication. However, the SECO-LARM policy is one of continual development and improvement. For this reason, SECO-LARM reserves the right to change specifications without notice. SECO-LARM is also not responsible for misprints or typographical errors.

Copyright © 2001 SECO-LARM U.S.A., Inc. All rights reserved. This material may not be reproduced or copied, in whole or in part, without the written permission of SECO-LARM.

### SECO-LARM® U.S.A., Inc.
16842 Millikan Avenue, Irvine, CA, 92606, U.S.A.

filename: MuSL126b.p65

SECO-LARM U.S.A., Inc.