# EXHIBIT 201



VGT0007075



VGT0007076



VGT0007077



VGT0007078



VGT0007079



VGT0007080



VGT0007081



VGT0007082



VGT0007083



VGT0007084



VGT0007085



VGT0007086



**ACES & HOGS**

| | | |
|---|---|---|
| BINGO **BlankCard** BET 3 PAYS **8355** IN 29 BALLS CALLED | BINGO **BlankCard** BET 3 PAYS **8295** IN 28 BALLS CALLED | BINGO **BlankCard** BET 3 PAYS **2986** IN 26 BALLS CALLED |

BINGO **BlankCard** BET 3 PAYS **2746** IN 25 BALLS CALLED

BINGO **BlankCard** BET 3 PAYS **2716** IN 24 BALLS CALLED

BINGO **BlankCard** BET 3 PAYS **2695** IN 23 BALLS CALLED

BINGO **WhiteDiamond** BET 3 PAYS **2500** IN 27 BALLS CALLED

BINGO **Pipe** BET 3 PAYS **1155** IN 13 BALLS CALLED

BINGO **BlankCard** BET 3 PAYS **1065** IN 22 BALLS CALLED

BINGO **Pipe** BET 3 PAYS **1005** IN 19 BALLS CALLED

BINGO **Pipe** BET 3 PAYS **975** IN 20 BALLS CALLED

BINGO **Pipe** BET 3 PAYS **960** IN 21 BALLS CALLED

Any malfunction voids all pays and plays.

Aces & Hogs and Instant Free Pay are trademarks of Castle Hill Gaming. © Copyright 2015 Castle Hill Gaming - All Rights Reserved.

PREVIOUS    NEXT

VGT0007118



VGT0007119

# ACES & HOGS

| | | |
|---|---|---|
| **BlankCard** | **BlankCard** | **BlankCard** |
| BET **2** PAYS **5330** | BET **2** PAYS **1924** | BET **2** PAYS **1764** |
| IN **28** BALLS CALLED | IN **26** BALLS CALLED | IN **25** BALLS CALLED |
| **BlankCard** | **WhiteDiamond** | **Pipe** |
| BET **2** PAYS **1730** | BET **2** PAYS **1600** | BET **2** PAYS **770** |
| IN **23** BALLS CALLED | IN **27** BALLS CALLED | IN **13** BALLS CALLED |
| **Pipe** | **Pipe** | **Pipe** |
| BET **2** PAYS **670** | BET **2** PAYS **650** | BET **2** PAYS **640** |
| IN **19** BALLS CALLED | IN **20** BALLS CALLED | IN **21** BALLS CALLED |

Any malfunction voids all pays and plays.

Aces & Hogs and Instant Free Pay are trademarks of Castle Hill Gaming. © Copyright 2015 Castle Hill Gaming - All Rights Reserved.

PREVIOUS



**ACES & HOGS**

**Giraffe**
BET 2  PAYS 360
IN 28 BALLS CALLED

**WhiteDiamond**
BET 2  PAYS 320
IN 36 BALLS CALLED

**Pipe**
BET 2  PAYS 320
IN 25 BALLS CALLED

**Skull**
BET 2  PA
IN 25 BALLS

**PrivateStripes**
BET 2  PAYS 200
IN 14 BALLS CALLED

**WhiteDiamond**
BET 2  PAYS 190
IN 39 BALLS CALLED

**Skull**
BET 2  PAYS 160
IN 27 BALLS CALLED

**Giraffe**
BET 2  PAY
IN 32 BALLS C

**Giraffe**
BET 2  PAYS 110
IN 34 BALLS CALLED

**SmallDiamond**
BET 2  PAYS 100
IN 12 BALLS CALLED

**SmallDiamond**
BET 2  PAYS 90
IN 13 BALLS CALLED

**BlankCard**
BET 2  PAYS
IN 18 BALLS CA

Any malfunction voids all pays and plays.
Aces & Hogs and Instant Free Pay are trademarks of Castle Hill Gaming. © Copyright 2015 Castle Hill Gaming - All Rights Reserved.

PREVIOUS

VGT0007121



**ACES & HOGS**

**Skull**
BET 2 PAYS 80
IN 30 BALLS CALLED

**Giraffe**
BET 2 PAYS 50
IN 37 BALLS CALLED

**PrivateStripes**
BET 2 PAYS 50
IN 19 BALLS CALLED

**SmallDiamond**
BET 2 PAYS 40
IN 19 BALLS CALLED

**PrivateStripes**
BET 2 PAYS 23
IN 28 BALLS CALLED

**Snake**
BET 2 PAYS 20
IN 30 BALLS CALLED

**SmallDiamond**
BET 2 PAYS 20
IN 22 BALLS CALLED

**Hopscotch**
BET 2 PAYS 20
IN 40 BALLS CALLED

**SmallDiamond**
BET 2 PAYS 10
IN 37 BALLS CALLED

**OpenDiamond**
BET 2 PAYS 4
IN 39 BALLS CALLED

**BlankCard**
BET 1 PAYS 2685
IN 29 BALLS CALLED

**BlankCard**
BET 1 PAYS 2665
IN 28 BALLS CALLED

Any malfunction voids all pays and plays.
Aces & Hogs and Instant Free Pay are trademarks of Castle Hill Gaming. © Copyright 2015 Castle Hill Gaming - All Rights Reserved.

PREVIOUS    NEXT

VGT0007122



VGT0007123



VGT0007124



ACES & HOGS

**Giraffe**
BET 1  PAYS 25
IN 37 BALLS CALLED

**PrivateStripes**
BET 1  PAYS 25
IN 19 BALLS CALLED

**SmallDiamond**
BET 1  PAYS 20
IN 19 BALLS CALLED

**Snake**
BET 1  PAYS 10
IN 30 BALLS CALLED

**PrivateStripes**
BET 1  PAYS 10
IN 28 BALLS CALLED

**SmallDiamond**
BET 1  PAYS 10
IN 22 BALLS CALLED

**Hopscotch**
BET 1  PAYS 10
IN 40 BALLS CALLED

**SmallDiamond**
BET 1  PAYS 5
IN 37 BALLS CALLED

**OpenDiamond**
BET 1  PAYS 2
IN 39 BALLS CALLED

**Blackout**
BET 3  PAYS 1
IN 49 BALLS CALLED

**Blackout**
BET 2  PAYS 1
IN 49 BALLS CALLED

**Blackout**
BET 1  PAYS 1
IN 49 BALLS CALLED

Any malfunction voids all pays and plays.

Aces & Hogs and Instant Free Pay are trademarks of Castle Hill Gaming. © Copyright 2015 Castle Hill Gaming - All Rights Reserved.

PREVIOUS   NEXT

VGT0007125