# EXHIBIT 202

# I IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1) CASTLE HILL STUDIOS LLC )<br>  (d/b/a CASTLE HILL GAMING); )<br>2) CASTLE HILL HOLDING LLC )<br>  (d/b/a CASTLE HILL GAMING); and )<br>3) IRONWORKS DEVELOPMENT, LLC )<br>  (d/b/a CASTLE HILL GAMING) )<br>)<br>Defendants. ) | Case No. 4:17-cv-00454-GKF-JFJ<br><br>**DECLARATION OF JAMES MARCUM** |

## DECLARATION OF JAMES MARCUM

1. I am a Sales Account Manager at Video Gaming Technologies, Inc. ("VGT") based out of VGT's office in Tulsa, Oklahoma, a position I have held since I was hired by VGT in April 2007.

2. I attended the first Oklahoma Indian Gaming Association ("OIGA") annual conference and trade show where Castle Hill showed its games. I believe that conference was held on or around July 27-29, 2015.

3. Before attending OIGA that year, a former VGT employee, William Harvey, who held the position of Product Owner at the time and had been with VGT since August 2005, asked Josh Akins and me if he could shadow us at OIGA. We agreed to let him do so.

4. When the day came, Josh and I were waiting in the VGT booth for Will to arrive. Eventually, Will came into the VGT booth and said something along the lines of "I'm sorry I'm late. I went to our other booth."

DC: 6574976-1

VGT0006765

5. When Josh and I asked him to what other booth he was referring, he said something like "it's right over there" and pointed to Castle Hill's booth.

6. Either Josh or I explained that that booth belonged to Castle Hill, not VGT, and in response, Will said something along the lines of "Their games look just like ours. How can they get away with that?"

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed this 28 day of November 2017 in Tulsa, Oklahoma.

_____
James Marcum

VGT0006766