# EXHIBIT 204

# FILED UNDER SEAL