# EXHIBIT 207

VGT0006992



VGT0007005



VGT0007019













VGT0007070



VGT0007101