# EXHIBIT 208



**HOME**

**PRODUCTS**
Live-Call Bingo™
Multi-Game
Mechanical Reel
Legacy Game

**SUPPORT**
Technical Support
Marketing Support
FAQ

**COMPANY**
History
Philosophy
Contact Us

**LINKS**
Customers



Copyright © 2004 Video Gaming Technology, Inc. All rights reserved.

Available Game Faces ● Technical Specifications

**Treasure Quest Mechanical Reel System**

Combining the excitement of actual reels with the **Live-Call Bingo™** real-time bingo platform, VGT's Mechanical Treasure Quest game terminal (patent pending) has grabbed a large portion of the Oklahoma Class II gaming market.

Each terminal uses mechanical stepper motors controlled by VGT's proprietary technology to display the **Live Call Bingo™** outcome. This allows players to see the familiar "spinning reel" interface while playing this popular Class II gaming product. The first bingo-based mechanical reel game offered for play in Class II markets, the Mechanical Treasure Quest game terminal has established a reputation for reliability and unmatched player appeal.

Available in VGT's revolutionary narrow cabinet, the mechanical Treasure Quest game terminal is available in a number of popular game faces. With proven game characters and reliable components, the mechanical Treasure Quest game terminal combines the features of the **Live Call Bingo™** platform with one of the most appealing games in the Class II marketplace.





All of VGT's Mechanical Reel Systems feature the **Live Call Bingo**™ platform.



Game Descriptions • Technical Specifications

### Treasure Quest Mechanical Reel System

Combining the excitement of actual reels with the **Live-Call Bingo**™ real-time bingo platform, VGT's Mechanical Treasure Quest game terminal (patent pending) has grabbed a large portion of the Oklahoma Class II gaming market.

Each terminal uses mechanical stepper motors controlled by VGT's proprietary technology to display the **Live Call Bingo**™ outcome. This allows players to see the familiar "spinning reel" interface while playing this popular Class II gaming product. The first bingo-based mechanical reel game offered for play in Class II markets, the Mechanical Treasure Quest game terminal has established a reputation for reliability and unmatched player appeal.

Available in VGT's revolutionary narrow cabinet, the mechanical Treasure Quest game terminal is available in a number of popular game faces. With proven game characters and reliable components, the mechanical Treasure Quest game terminal combines the features of the **Live Call Bingo**™ platform with one of the most appealing games in the Class II marketplace.

### Game Descriptions

### Technical Specifications

**HOME**

**PRODUCTS**
- Live-Call Bingo™
  - Mechanical Reel
  - Multi-Game
  - Custom Glass
  - Cabinet Styles
- Skill Games
- Digideal

**SUPPORT**
- Technical Support
- Customer Support
- Marketing Support
- FAQ

**COMPANY**
- History
- Philosophy
- Job Openings
- Contact Us

**LINKS**
- Customers







All of VGT's Mechanical Reel Systems feature the **Live Call Bingo**™ platform.

Copyright © 2005 Video Gaming Technology, Inc. All rights reserved.



## Cabinet Styles

VGT offers the Treasure Quest Video Multi-game system in your choice of three cabinets: a traditional upright cabinet; a slant-top cabinet or VGT's innovative Thin-line single and dual game cabinets.

**HOME**

**PRODUCTS**
- Live-Call Bingo™
  - Mechanical Reel
  - Multi-Game
  - Custom Glass
  - Cabinet Styles
- Skill Games
- Digideal

**SUPPORT**
- Technical Support
- Customer Support
- Marketing Support
- FAQ

**COMPANY**
- History
- Philosophy
- Job Openings
- Contact Us

**LINKS**
- Customers



Copyright © 2005 Video Gaming Technology, Inc. All rights reserved.





Just 18" Wide!



Only 36" Wide!

**Traditional Cabinet**

A steel cabinet with all the features you've come to expect from the leader in Class II games.

- 25.5" wide
- 26" deep
- 80" tall

**Thin-line Single Cabinet**

VGT's design is one of the slimmest in the industry, taking up half the space of a traditional device.

- 25.5" wide
- 18" deep
- 80" tall'

**Thin-line Dual Cabinet**

VGT's innovative design lets casinos put two games in the floorspace typically taken by one device.

- 28" wide
- 36" deep
- 80" tall