# EXHIBIT 209

# Video Gaming Technologies, Inc.

- **Careers**
- **Client Login**



# Games

## Cabinets



VGT offers our games in three different cabinet styles: VGT's innovative C6 Cabinet or our new sit-down, slant top cabinet.

**C6 Mechanical/Video Cabinet:** VGT's design is one of the slimmest in the industry, taking up half the space of a traditional device. **More Info »**

**C6 Slant Cabinet:** This sleek, black cabinet (complete with cup holders) allows players to relax as they play VGT's award-winning games. **More Info »**

**XSpin™ Cabinet:** This new cabinet design is unlike any other VGT has to offer. **More Info »**

### In This Section

- **Overview**
- **All Games (List)**
- **Game Types**
  - **OVATION**
  - **C6 Mechanical Reels**
  - **C6 Video**
  - **XSpin® Video**
- **Live-Call® Bingo**
- **Cabinets**
  - **Helix+**



- **C6 Mechanical/Video Cabinet**
- **C6 Slant Cabinet**
- **XSpin® Cabinet**

© Copyright 2018, Video Gaming Technologies, Inc. All Rights Reserved

**Web Design** by **Convoy**

# Video Gaming Technologies, Inc.

- Careers
- Client Login



# Games

## C6 Mechanical/Video Cabinet





### In This Section

- **Overview**
- **All Games (List)**
- **Game Types**
  - **OVATION**
  - **C6 Mechanical Reels**
  - **C6 Video**
  - **XSpin® Video**
- **Live-Call® Bingo**
- **Cabinets**
  - **Helix+**
  - **C6 Mechanical/Video Cabinet**
  - **C6 Slant Cabinet**
  - **XSpin® Cabinet**

© Copyright 2018, Video Gaming Technologies, Inc. All Rights Reserved
**Web Design** by

**STAND-UP MECHANICAL**

**HEIGHT**
Game (excluding candle) .................. 53.7"
Stand ........................................... 22.0"
**Total Height** ................................ **75.7"**

**WIDTH**
Game ........................................... 20.5"
Stand ........................................... 27.5"
**Maximum Width** ......................... **47.5"**

**DEPTH**
Game ........................................... 16.8"
Stand ........................................... 16.8"
**Maximum Depth** ........................ **16.8"**

**POWER CONSUMPTION - 3RM**
Imax ............................................ 2.8 (A)
Iplay ............................................ 1.8 (A)
**Maximum Power** ........................ **336 (VA)**

**STAND-UP VIDEO**

**HEIGHT**
Game (excluding candle) .................. 53.7"
Stand ........................................... 22.0"
**Total Height** ................................ **75.7"**

**WIDTH**
Game ........................................... 20.5"
Stand ........................................... 27.5"
**Maximum Width:** ....................... **47.5"**

**DEPTH**
Game ........................................... 16.8"
Stand ........................................... 16.8"
**Maximum Depth** ........................ **16.8"**

**POWER CONSUMPTION - WINDOWS CLIENT**
Imax ............................................ 2.1 (A)
Iplay ............................................ 1.8 (A)
**Maximum Power** ........................ **252 (VA)**

**POWER CONSUMPTION - SRM**
Imax .................... 3.8 (A)
Iplay .................... 2.5 (A)
**Maximum Power** .......... **456 (VA)**

**POWER CONSUMPTION - DOS CLIENT**
Imax .................... 2.0 (A)
Iplay .................... 1.9 (A)
**Maximum Power** .......... **240 (VA)**

**Convoy**

# Video Gaming Technologies, Inc.

- **Careers**
- **Client Login**



## Games

### C6 Slant Cabinet

  

### In This Section

- **Overview**
- **All Games (List)**
- **Game Types**
  - **OVATION**
  - **C6 Mechanical Reels**
  - **C6 Video**
  - **XSpin® Video**
- **Live-Call® Bingo**
- **Cabinets**
  - **Helix+**
  - **C6 Mechanical/Video Cabinet**
  - **C6 Slant Cabinet**
  - **XSpin® Cabinet**

© Copyright 2018, Video Gaming Technologies, Inc. All Rights Reserved

**SIT-DOWN MECHANICAL**

| | |
|---|---|
| **HEIGHT** | |
| Game (excluding candle) | 64" |
| Total Height | 64" |
| **WIDTH** | |
| Game | 27.75" |
| Maximum Width | 27.75" |
| **DEPTH** | |
| Game | 29" |
| Maximum Depth | 29" |
| **POWER CONSUMPTION** | |
| Imax | 2 (A) |
| Iplay | 1.7 (A) |
| Maximum Power | 240 (VA) |

**SIT-DOWN VIDEO**

| | |
|---|---|
| **HEIGHT** | |
| Game (excluding candle) | 64" |
| Total Height | 64" |
| **WIDTH** | |
| Game | 27.75" |
| Maximum Width | 27.75" |
| **DEPTH** | |
| Game | 29" |
| Maximum Depth | 29" |
| **POWER CONSUMPTION** | |
| Imax | 2.5 (A) |
| Iplay | 1.7 (A) |
| Maximum Power | 300 (VA) |

**Web Design** by **Convoy**

# Video Gaming Technologies, Inc.

- **Careers**
- **Client Login**



# Games

## XSpin® Cabinet




### In This Section

- **Overview**
- **All Games (List)**
- **Game Types**
  - **OVATION**
  - **C6 Mechanical Reels**
  - **C6 Video**
  - **XSpin® Video**
- **Live-Call® Bingo**
- **Cabinets**
  - **Helix+**
  - **C6 Mechanical/Video Cabinet**
  - **C6 Slant Cabinet**
  - **XSpin® Cabinet**

© Copyright 2018, Video Gaming Technologies, Inc. All Rights Reserved

**Web Design** by

| DESCRIPTION | DIMENSIONS (APPROXIMATE) |
|---|---|
| Height | |
| Main Cabinet | 47.8 inches |
| Stand/Base | 22.0 inches |
| Strobe | 3.5 inches |
| Total Height | 73.3 inches |
| Width | |
| Main Cabinet | 23.5 inches |
| Stand/Base | 27.75 inches |
| Maximum Width | 27.75 inches |
| Depth | |
| Main Cabinet | 24.2 inches |
| Stand/Base | 6.8 inches |
| Maximum Depth | 24.2 inches |

**NOMINAL POWER OUTLET INPUT VOLTAGE**
Nominal Operating Voltage    120 (VAC) +/- 10%
Frequency 50 / 60 (Hz)
Fuse Burnout Current    5 (A)
Rated Current    3 (A)

**POWER CONSUMPTION AT NOMINAL VOLTAGE**
Currents
  Imax   3.8 (A)
  Iplay  1.8 (A)
Maximum Power Consumption    228 (VA)

**Convoy**