# EXHIBIT 224



VGT0007005