# EXHIBIT 226

