# EXHIBIT 230

# CASTLE HILL GAMING

May 10, 2018

BMM Testlabs
Mike Ornstein
815 Pilot Road; Suite G
Las Vegas, NV 89119

Dear Mr. Ornstein,

Castle Hill Gaming, LLC (CHG) formally submits their Class II Bingo Gaming System to BMM Testlabs and requests compliance testing to the following standards:

- **25 CFR Part 547 -** Minimum Technical Standards for Class II Gaming Systems and Equipment
- **Choctaw Nation Gaming Commission** - Technical Standards and Procedures for Electronic Gaming under the Tribal-Oklahoma State Compact and 25 CFR Part 547
- **Chickasaw Nation** – Technical Standards of the Chickasaw Nation Office of the Gaming Commissioner
- **St. Regis Mohawk** – Tribal-State Compact between the St. Regis Mohawk Tribe and the State of New York

The following Class II Gaming System software is being re-submitted for compliance testing:
- Bingo Server: *GameService.exe* v2.2.0
- IGM Platform: *IGC_IGM.exe* v6.0.7.4
- Game Client Application: *IGM_FlashContent.exe* v3.2.0
- Game Themes v25.2.0

Type 1 (T1)
- Aces & Hogs
- Amazing Hot
- Amazing Cash (Bonus)
- Cashpresso
- Dublin' Your Luck
- Mr. Martini
- New Money
- Nice Ice
- Pink Sapphires

Type 2 (T2)
- 10,000 Diamonds
- Arctic Cash
- Captain Bacon
- Coin Slinger
- Daddy Morebucks
- Double Hotness
- Genie's Gems
- Hot New Cash (Bonus)
- Mr. Martini Vegas Baby

Type 3 (T3)
- Beans & Franks
- Nugget Mountain (Bonus)
- Platinum Express



Castle Hill Gaming, LLC
1807 Seminole Trail, Suite 204; Charlottesville, VA 22901
Phone: 434-CHG-7777
www.castlehillgaming.com



EXHIBIT NO. 390
6/8/18
P. CAMPBELL

# CASTLE HILL GAMING

Please test on the following previously tested gaming system hardware:
- Electronic Player Interface
    - ATLAS-200/CHG-A-200 - Atlas Video/Mechanical
    - CHG-RE-100 - Retro Mechanical
- Windows Operating System (OS) v5.2.1
    - Innodisk SATADOM
    - SDT Solid State Drive
- Paytables Type 1 (T1)
    - 3R001-V1.23
    - 3R001-V2.1
    - 3R001-V3.0
- Paytables Type 2 (T2)
    - 3R002-V1.10
    - 3R002-V2.10
    - 3R002-V3.0
- Paytables Type 3 (T3)
    - 3R003-V1.0
    - 3R003-V2.0
    - 3R003-V3.0

If there are any questions in regards to this re-submission, please don't hesitate to contact Castle Hill Gaming.

Respectfully,

*[signature]*

Terri Gomez
Regulatory Compliance
434-CHG-7777 x3001