# EXHIBIT 233

# Angela Krieger

**From:** Josh Larson <jlarson06@gmail.com>
**Sent:** Tuesday, April 24, 2018 1:17 PM
**To:** Angela Krieger
**Subject:** Fwd: Question for you

Josh

Begin forwarded message:

> **From:** Daniel Milligan <dwm@afmsoftware.com>
> **Date:** April 8, 2015 at 7:11:47 PM EDT
> **To:** Josh Larson <jlarson06@gmail.com>
> **Subject: Re: Question for you**
>
> I think (and this is only a possibility) is that they reported each pattern separately. The game end was an interesting case in that if no other players or the player slept the win, it could take a long time i.e. the timeout to happen before the game end was reported which caused issues with some systems like IGT Advantage.
>
> > On Apr 8, 2015, at 4:13 PM, Josh Larson <jlarson06@gmail.com> wrote:
> >
> > Hey,
> >
> > Question for you...
> >
> > Do you happen to remember how VGT handled pattern wins when it came to SAS and game end. Did they report each pattern seperately as a single Game and Game End or did they do it some other way?
> >
> > Jos

