# EXHIBIT 244

| | |
|---|---|
| **Message** | |
| From: | Rich Sisson [richard.sisson@castlehillgaming.com] |
| Sent: | 5/14/2014 3:08:19 PM |
| To: | Rich Sisson [richard.sisson@castlehillgaming.com]; Aaron Milligan [aaron.milligan@castlehillgaming.com] |
| Subject: | Conversation with Rich Sisson |

**Aaron Milligan [10:18 AM]:**
you parked in the best spot

nice and shady

**Rich Sisson [10:45 AM]:**
did you see this email from Arthur?

Did you get this request before today?

**Aaron Milligan [10:46 AM]:**
let me check

I was never asked

**Aaron Milligan [10:50 AM]:**
I heard Josh talking about it

**Rich Sisson [10:50 AM]:**
I sent a responsee

**Aaron Milligan [10:50 AM]:**
and I even asked why we were not asked

**Rich Sisson [10:50 AM]:**
you should get it too

**Aaron Milligan [10:50 AM]:**
]yeah I saw that

**Rich Sisson [10:51 AM]:**
who did you ask and what did they say?

**Aaron Milligan [10:51 AM]:**
Josh said im not sure why you were not asked

mabey its just programers

hell I worked there the longest :-)

seven half years

**Rich Sisson [10:52 AM]:**
that's your own fault

**Aaron Milligan [10:52 AM]:**
I know

**Aaron Milligan [10:57 AM]:**
boo

**Aaron Milligan [11:01 AM]:**
this movie comes first

**Aaron Milligan [11:14 AM]:**



EXHIBIT
milligan
44
2.9.18 RM

CHG0002333

https://www.facebook.com/144072242271165/photos/a.614390518572666.1073741826.144072242271165/614435555234829/?type=1&theater

**Rich Sisson [11:14 AM]:**
sounds good

bring me some milligan!

**Aaron Milligan [11:15 AM]:**
only 24 hour drive from here

**Aaron Milligan [11:21 AM]:**
http://beta.ensemba.com/view?resource_id=6535454&topic_id=1200157&offset=21&sort_opt=1

#6

**Rich Sisson [12:05 PM]:**
I think I am going to go home for lunch

**Aaron Milligan [12:05 PM]:**
ok

thats cool

wish I was close

I need to start bringing lunch

**Rich Sisson [2:01 PM]:**
I have forgotten all the titles

**Aaron Milligan [2:01 PM]:**
?

**Rich Sisson [2:01 PM]:**
of the VGT titles

**Aaron Milligan [2:02 PM]:**
they are listed on the VGT site

I think

**Rich Sisson [2:03 PM]:**
nothing since I started working there

they have not updated the website since they put it up

**Aaron Milligan [2:03 PM]:**
ok

IL games

Wild for wild games

**Rich Sisson [2:03 PM]:**
what were the wild for wilds?

**Aaron Milligan [2:03 PM]:**
Fathoms and fourtunes

spring fever

mr money bags loaded

Rich Sisson [2:04 PM]:
  I didn't work on that one

  what was the patriotic one?

Aaron Milligan [2:04 PM]:
  hmm

  I lost that drive that had all those assets

Aaron Milligan [2:14 PM]:
  http://yogonet.com/international/2012/12/20/vgt-presents-star-spangled-wilds

Rich Sisson [2:28 PM]:
  https://www.behance.net/gallery/Video-Gaming-Technologies-marquee-artwork/10588645

  Smoothie is pretty good

Aaron Milligan [2:34 PM]:
  https://www.behance.net/gallery/10727611/Promotional-imagery

Aaron Milligan [2:36 PM]:
  https://www.behance.net/gallery/16451345/Casino-Saga-Roulette-Chase

Rich Sisson [4:46 PM]:
  I wasn't really paying very close attention, but we could have just removed the CREDITS / CREDITS WON thing from the movies since we have the BONUS WIN thing above the meter

Aaron Milligan [4:49 PM]:
  if it has to be removed I can do just let me know

Rich Sisson [4:49 PM]:
  it doesn't have to be removed, but I think it can be.

  might help with the tournament issue

Aaron Milligan [4:50 PM]:
  if it helps with tournament mode

Rich Sisson [4:50 PM]:
  need to double check with Jason

Aaron Milligan [4:50 PM]:
  check and let me know

Rich Sisson [4:50 PM]:
  is it just something you can turn off and re-render at night?

Aaron Milligan [4:50 PM]:
  no

Rich Sisson [4:50 PM]:
  why not?

  it's not a layer?

Aaron Milligan [4:51 PM]:
  its a layer inside a pre rendered movie inside a pre rendered movie

  each intro has its own transition

  that needs it

Rich Sisson [5:59 PM]:

CHG0002335

http://www.youtube.com/watch?v=VTlXttQL_Yk

**Rich Sisson [6:43 PM]:**
i'm kinda hungry

**Aaron Milligan [6:43 PM]:**
yeah me to

**Rich Sisson [6:44 PM]:**
I can't think of anything at 7-11 that I want

I'm tempted to make that microwave popcorn, but i know it will make me feel bad

**Rich Sisson [8:19 PM]:**
headed home

**Aaron Milligan [8:30 PM]:**
ok

**Rich Sisson [11:53 AM]:**
lunch?

**Aaron Milligan [11:53 AM]:**
yeah

**Rich Sisson [1:07 PM]:**
http://projectpixelpress.com/

**Rich Sisson [1:25 PM]:**
I think I need something before "slots tournament" like super duper or something

got any ideas

preferably a single word

**Aaron Milligan [1:26 PM]:**
hmmm

chive on

**Rich Sisson [1:27 PM]:**
Reel Surge Slot Tournament

Royal Reels Slot Tournament

**Aaron Milligan [1:27 PM]:**
Instant

**Rich Sisson [1:27 PM]:**
Reels Rush Slot Tournament

**Aaron Milligan [1:28 PM]:**
I like that

**Rich Sisson [1:29 PM]:**
nope https://www.netent.com/games/slots/reelrush/

**Rich Sisson [2:56 PM]:**
should probably get this one for practicality http://www.teslamotors.com/modelx

CHG0002336