# EXHIBIT 267

# FILED UNDER SEAL

# Contains Documents Produced in Native Form