# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1) CASTLE HILL STUDIOS LLC )<br>   (d/b/a CASTLE HILL GAMING); )<br>2) CASTLE HILL HOLDING LLC )<br>   (d/b/a CASTLE HILL GAMING); and )<br>3) IRONWORKS DEVELOPMENT, LLC )<br>   (d/b/a CASTLE HILL GAMING) )<br>)<br>Defendants. ) | Case No. 4:17-cv-00454-GKF-jfj<br><br>**REDACTED** |

**DECLARATION OF CHRIS SHULTS IN SUPPORT OF PLAINTIFF'S**
**OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Chris Shults, hereby declare the following:

1. I am a Senior Software Engineer with Video Gaming Technologies, Inc., ("VGT") based in Tulsa, Oklahoma. I submit this declaration in support of VGT's Opposition to Defendants' Motion for Summary Judgment. Except where otherwise indicated, I have personal knowledge of the facts set forth in this declaration, and, if called to testify, I could and would testify competently thereto.

2. I have worked as a software engineer with VGT since 2007. During my 11 years at VGT, my responsibilities have included developing EGM and server software for VGT's Class II systems, and, as a result of my work, I have become familiar with the design and functionality of VGT's Class II systems as well as its source code and documentation.

3. Through deploying thousands of Class II games in tribal casinos in Oklahoma and other states, VGT has learned important lessons and developed important know-how about issues that can arise with Class II games.

4. ██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

5. ██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

1

6. ██████████████████████████████
███████████████████████████
██████████████████████
███████████████████████████
███████████████████████████
████████████████

7. ███████████████████████████
███████████████████████████
██████████████████████████████
█████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
█████████████████████████████
██████████████████████████████
██████████████████████████████
████████████

8. ███████████████████████████
██████████████████████████
██████████████████████████
██████████████████████████████
██████████████████████████████
███

9. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

10. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

11. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

12. ███████

13. Within VGT, the knowledge described above is regarded as proprietary, confidential, and important aspects of our Class II system and game design. I am not aware of other Class II companies having learned the same lessons through their Class II game development.

14. VGT developed this knowledge in, among other places, Virginia and Oklahoma, and used them to create games that are deployed in other states, including Oklahoma.

15. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14th, 2018 in Tulsa, Oklahoma.

_____
Chris Shults

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2018, I filed a redacted version of the foregoing via ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Sawyer*