# EXHIBIT 18

US006533664B1

(12) **United States Patent**
Crumby

(10) Patent No.: **US 6,533,664 B1**
(45) Date of Patent: **Mar. 18, 2003**

(54) **GAMING SYSTEM WITH INDIVIDUALIZED CENTRALLY GENERATED RANDOM NUMBER GENERATOR SEEDS**

(75) Inventor: **Hardy Lee Crumby**, Fernley, NV (US)

(73) Assignee: **IGT**, Reno, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/519,947**

(22) Filed: **Mar. 7, 2000**

(51) Int. Cl.$^7$ .................................................. A63F 9/24

(52) U.S. Cl. .......................................... **463/42**; 463/22

(58) Field of Search ...................... 463/1, 9–13, 16–20, 463/22, 25, 29, 40–42; 700/91–93; 273/138.1, 138.2, 139, 292, 293, 143 R

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,652,998 A | | 3/1987 | Koza et al. |
| 5,324,035 A | | 6/1994 | Morris et al. |
| 5,779,545 A | * | 7/1998 | Berg et al. |
| 6,220,961 B1 | | 4/2001 | Keane et al. |
| 6,419,583 B1 | | 7/2002 | Crumby et al. |

* cited by examiner

*Primary Examiner*—Mark Sager
(74) *Attorney, Agent, or Firm*—George H. Gerstman; Seyfarth Shaw

(57) **ABSTRACT**

A gaming system is provided in which a plurality of gaming terminals have gaming outcomes that are provided in response to a game outcome seed sent, to the gaming terminals, from a central computer. The game outcome seeds are individualized in the sense that not all gaming terminals in the system use the same seed at the same time. Preferably, seeds are addressed to individual gaming terminals or groups of terminals. Seeds may be transmitted to terminals in response to seed requests output by terminals. In one approach, seeds are generated as needed and/or substantially continuously. In another approach, batches, pools or lists of seeds are generated and a seed request is responded to by drawing a seed from a pre-defined list, until the list is depleted, whereupon a new list or batch is generated. In one approach, one or more lists are generated for each type of game or pay table. Preferably game outcome seeds are associated with tags or other information which can be used for verifying game outcomes and/or avoiding errors or cheating.

**29 Claims, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

FIG. 4

402
USER MAKES WAGER
404
COMMUNICATION LINK GOOD?
NO
YES
406
FREEZE GAMING TERMINAL
408
RETURN/CREDIT WAGER
410
COMMUNICATION RESUMED?
YES
NO
412
A RANDOM NUMBER SEED IS REQUESTED FOR CORRECT GAME TYPE
414
CALCULATE TEN DIFFERENT RANDOM NUMBERS IN RANGE 1 - 52 BASED ON RECEIVED SEED
416
DISPLAY 5 DEAL CARDS CORRESPONDING TO RANDOM NUMBERS WITH 5 HIDDEN BEHIND
418
USER OR PROGRAM CHOSES DISCARD
420
DETERMINE WIN/LOSS BY COMPARE HAND WITH PAY TABLE. IF NON-BANKED GAME THEN COMPARE WITH RECEIVED OUTCOME





FIG. 5

502
USER MAKES WAGER
504
USER CHOOSES UP TO 10 NUMBERS IN RANGE 1-80
506
COMMUNICATION LINK GOOD?
NO
YES
508
FREEZE GAMING TERMINAL
510
RETURN/CREDIT WAGER
512
COMMUNICATION RESUMED?
YES
NO
514
REQUEST RANDOM NUMBER SEED FOR CORRECT GAME TYPE
516
IS GAME TYPE BANKED?
NO
YES
520
RANDOMLY SELECT QUANTITY OF USER PICKS STATED IN RECEIVED MESSAGE AND RANDOMLY PICK REMAINING 20 NUMBERS FROM USER NOT PICKS
518
CALCULATE 20 DIFFERENT RANDOM NUMBERS BASED ON REQUESTED AND RECEIVED SEED
522
DETERMINE WIN/LOSS BY COMPARING NUMBER OF MATCHES TO PAY TABLE AND OUTPUT RESULT



FIG. 6

602
USER MAKES WAGER
604
COMMUNICATION LINK GOOD?
NO
YES
606
FREEZE GAMING TERMINAL
608
RETURN/CREDIT WAGER
610
COMMUNICATION RESUMED?
YES
NO
612
A RANDOM NUMBER SEED IS REQUESTED FOR CORRECT GAME TYPE
614
CALCULATE ONE RANDOM NUMBER PER REEL IN RANGE OF 1 TO NUMBER OF VIRTUAL STOPS ON EACH REEL BASED ON RECEIVED SEED
616
DISPLAY REEL SYMBOLS ON EACH REEL CORRESPONDING CALCULATED RANDOM NUMBERS
618
DETERMINE WIN/LOSS BY COMPARE OF REEL STOPS WITH PAY TABLE. IF NON-BANKED GAME THEN COMPARE WITH RECEIVED OUTCOME

# GAMING SYSTEM WITH INDIVIDUALIZED CENTRALLY GENERATED RANDOM NUMBER GENERATOR SEEDS

Cross reference is made to U.S. patent application Ser. No. 08/711,847, now U.S. Pat. No. 5,779,545 incorporated herein by reference.

## BACKGROUND INFORMATION

In multi-terminal gaming systems, there can be a number of advantages to providing for centralized production or control of the numbers, signals, or other features which are used for determining game outcome at individual terminals. Central production or control can assist a casino or other entity in maintaining proper records, controlling gaming, reducing and preventing cheating or electronic or other errors, reducing or eliminating win-loss volatility and the like. In some jurisdictions, central production or control of outcome-determining signals or information is required, in at least some gaming systems, by regulatory authorities.

There are various manners in which outcomes can be centrally produced or controlled. According to one approach, the actual game outcome, as ultimately displayed to the customer (such as reel stops in the case of slot machines or simulated slot machines, cards dealt or drawn in the case of simulated card games and the like) are sent from a central location to individual gaming terminals. In at least some circumstances, this approach may present certain disadvantageous aspects including, for example, a relatively high bandwidth that may be required for transmitting game outcomes in real time, and lack of provisions for verifying results (e.g. to prevent or detect errors or cheating). In another approach, a central system outputs, at frequent intervals, a random number seed which all of the coupled gaming terminals can use for generating random numbers to be used in determining game outcomes. While this approach has a potential for providing numerous benefits to a gaming system, it would be further advantageous to provide a system in which random number seeds or other game outcome-determining number or signals could be individualized to gaming terminals, i.e. such that different gaming terminals in the system will receive different random number seeds and/or such that different terminals will be using different random number seeds at the same time. In one embodiment, providing individual random number seeds makes it generally feasible to implement a non-banked game, preferably a game in which individual game results are, in effect, substantially randomly selected from a predetermined pool of game outcomes. Furthermore, providing individual (preferably deterministic) random number seeds (e.g. by addressing output seeds to individual gaming terminals) facilitates monitoring of gaming procedures, and detection and prevention of errors and cheating. Accordingly, it would be useful to provide a system of gaming terminals in which game-determining random number seeds or other game determining numbers, signals and the like are centrally produced but are individualized so that each output random number seed (or similar number or signal) is sent to a different one (or group) of the gaming terminals in the system. Preferably addressing is performed such that a record is (at least temporarily) stored indicating which terminal was the addressee for which random number seeds.

In at least some contexts, it would be further advantageous to provide a system in which some of the gaming terminals are configured for playing games different from those of other terminals and/or are configured for playing at least two different games, either as selected by the player or as established by the casino or other game operator. For example, some terminals may be configured as slot machine-type games while others may be configured as poker-type games. Some gaming terminals may be configured to simulate three-reel slot machines while others may be configured to simulate five-reel slot machines. Accordingly, it would be advantageous to accommodate these type of gaming environments while still achieving benefits of a centrally-generated and individualized random number feature.

## SUMMARY OF THE INVENTION

The present invention includes a recognition of the existence, source and/or nature of problems found in previous approaches, including as described herein. In one aspect, the present invention provides a gaming system which has a plurality of individual gaming terminals coupled, by one or more communication links, to a central computing system. The central computing system may be a single central computer or may have a plurality of computers coupled together. The central computer includes a facility for generating random number seeds. Preferably the seeds are deterministic in the sense that, for any given seed, it is possible to determine what game outcome will result from such a seed (for a particular type of game). Although it is possible to provide a system in which random number seeds are generated in an ongoing manner such as in a substantially continuous fashion and/or in response to received seed requests (received, e.g. from gaming terminals) in at least one embodiment random number seeds are generated in batches or pools, preferably in a fashion such that there are (at least approximately) a predetermined number of winning random number seeds (i.e. seeds which, when used by a gaming terminal to generate a gaming output will result in an outcome associated with a prize) in each pool with the seeds being sent to individual gaming terminals (or, in some embodiments, small groups of terminals) preferably in a randomly selected fashion.

In one embodiment, each random number seed (as it is randomly selected from the group or pool, in response to a request from a gaming terminal) is addressed to the gaming terminal which issued the request and electronically delivered to the requesting gaming terminal.

In one embodiment, gaming results are verified by sending additional information (i.e. in addition to the random number seed) for at least some such transmissions. For example, in one embodiment, information indicative of the particular gaming output which is to be (deterministicly) generated by the random number seed is sent along with the random number seed, at least for some game results. For example, additional information can be sent with random number seeds which are associated with prizes or which are associated with certain prizes, such as randomly selected prizes and/or particularly large prizes. The gaming terminal can then compare the actual game output (generated in response to the random number seed) with the transmitted (expected) gaming output (which the central system indicates should be the result of the random number seed). If the gaming terminal determines that its calculated outcome does not match the centrally-provided and transmitted outcome, then the gaming terminal will declare an error condition, will suspend game play and will output a message or alert to maintenance personnel of the error condition. By sending such additional information for only some outcomes it is possible to provide for validation or verification of game

3

outcomes without requiring the bandwidth needed for always sending all reel stop or other game outcome indications for every game play (which generally has a relatively high bandwidth requirement compared to, for example, sending only a random number seed).

In one aspect, a central computer or computers outputs random numbers or other game output seeds or determiners to each individual gaming terminal. Preferably the central computer sequentially outputs numerous game outcome seeds, outputting one seed upon request from any individual gaming terminal, preferably with each random number seed being specifically addressed to the individual requesting gaming terminal. In one aspect, the game outcome seeds may be selected (or "drawn") by the central computer from a pre-developed, and preferably pre-randomized, list of seeds. Such selection results in the removal of those seeds from the list or pool, until the list is exhausted.

In one aspect a gaming system is provided in which a plurality of gaming terminals have gaming outcomes that are provided in response to a game outcome seed sent, to the gaming terminals, from a central computer. The game outcome seeds are individualized in the sense that not all gaming terminals in the system use the same seed at the same time. Preferably, seeds are addressed to individual gaming terminals or groups of terminals. Seeds may be transmitted to terminals in response to seed requests output by terminals. In one approach, seeds are generated as needed and/or substantially continuously. In another approach, batches, pools or lists of seeds are generated and a seed request is responded to by drawing a seed from a pre-defined list, until the list is depleted, whereupon a new list or batch is generated. In one approach, one or more lists are generated for each type of game or pay table. Preferably game outcome seeds are associated with tags or other information which can be used for verifying game outcomes and/or avoiding errors or cheating.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a gaming system according to one embodiment of the present invention;

FIG. 2 depicts a format for transmitting a random number seed according to an embodiment of the present invention;

FIG. 3 is a flow chart of a process for generating or selecting, and sending a random number seed according to an embodiment of the present invention;

FIG. 4 is a flow chart for using a centrally generated random number seed received from a central computer for playing a poker game according to an embodiment of the present invention;

FIG. 5 is a flow chart for using the centrally generated random number seed for playing a keno game according to an embodiment of the present invention; and

FIG. 6 is a flow chart of a process for using a centrally generated random number seed for playing a slot machine game according to an embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As depicted in FIG. 1, according to one embodiment of the invention, each gaming terminal 102a, 102b, 102c is coupled via communication links 104a, 104b, 104c to a central computer 106. A number of types of gaming terminals can be used. In the depicted embodiment, each gaming terminal has a microprocessor 108 coupled to a memory 110, a display or other output device 112, and a communications

4

facility 114. The terminal 102 also includes a device for permitting the user to use or activate the device such as by placing a wager, using coin slot 118 or other activation device such as a credit card slot, a bill verifier, a smart card receiving slot, a keyboard for receiving an identifier code, one or more buttons by which a user may initiate and/or control play which, if desired, may include touch screen ("virtual") buttons, e.g. presented on the display screen 112, and/or a slot machine-style lever (not shown). The microprocessor 108 operates in accordance with a program 122 stored in memory 110 (or stored in a separate memory such as an EEPROM or flash memory).

Although it is possible to provide for all terminals which are coupled to the central computer 106 to be configured to play the same type of game, preferably, the terminals 102a, 102b, 102c and the programs 122 therein, are configured so that different terminals may be used for playing different types of games, e.g. such that some terminals may be used for playing a slot machine-style game, others may be used for playing a poker-style game, others may be used for playing a keno-style game, and the like. In one embodiment, some or all terminals may be configured so that they may be used for playing any of a plurality of different games, as selected by casino personnel and/or as selected by the user. Although players may subjectively consider that some or all game play on a given gaming terminal represents the same game, in at least some situations, embodiment of the present invention are implemented on the basis that game play which differs in the number of coins wagered and/or (in the example of a slot machine) the number or placement of pay lines can be considered as being different games, e.g. in the sense of having a different pay table and/or receiving random number seeds drawn from a different pool (in a non-banked game).

In the depicted embodiment, the memory 110 of each terminal 102 stores pay table information, i.e. information which determines, for a given game result, whether that result represents a winning result or a losing result and, if a winning result, the type and/or amount of the payout for such win. The general manner of constructing a program to control a microprocessor so as to permit a user to play various games and output results is well-known in the art and the manner of constructing the program to further implement the present invention will be understood by those of skill in the programming art after understanding the present disclosure.

The communications device 114 can be any of a plurality of devices known to those of skill in the art for receiving data communications and placing it in a format suitable for transmission to the microprocessor 108. In one embodiment, as described below, communication between the terminals 102 and the central computer 106 is two-way communications so that the communications device 114 also acts to transmit requests and status information from the microprocessor 108 to the central computer 106.

The communications links 104 can be of various types, including coaxial cable, telephone cable, optical fiber, microwave communication links, infrared communication links, and the like. In one embodiment, a second computer 124 is coupled to the communication links 104a, 104b, 104c for monitoring the communications, e.g. for bookkeeping and/or security purposes, which may be a computer specification to a particular casino or other geographic location or a subdivision thereof.

In one embodiment of this invention the central computer 106 outputs to an individual gaming terminal 102 (in

| 5 | 6 |

response to a request for a game play seed from that terminal for a particular game type (sent over the communications link **104**), a random number generator seed that is utilized to produce all required random numbers for a game play. In one embodiment, the request includes the terminal's address. In one embodiment the seed request, output by the terminal, includes an identification, identifying (alone, or in combination with the terminal address) the type of terminal and/or type of game (e.g. 3-nickel slot, $2.00 draw poker and the like). If the game type is "slot" then the terminal **102**, using the provided seed, will cycle its random number generator the required number of times depending on the quantity of reels for that particular slot game. With a known starting seed, the terminal's internal random number generator will arrive at the correct reel stop position for all reels to produce the game play results as determined by the random number seed. This same general procedure can be used in other games such as the ball draw of a keno game and the card draw for poker-style games and the like, as will be clear to those of skill in the art after understanding the present disclosure.

It would be possible to provide several systems, each with a central random number generator and coupled terminals, e.g. with each system configured to play a different game, albeit at the cost of requiring more apparatus than might otherwise be needed.

In one embodiment one central computer **106** outputs a game outcome "seed", over communications link **104**, in a message which is addressed to the requesting terminal. The seed is then used by the specifically addressed gaming terminal microprocessor **108** to generate random numbers which are appropriate for the particular game being playing at that terminal. Transmission of a game outcome seed (typically a random number generator seed) to a particular terminal, rather than transmitting the random numbers which could be directly used by the gaming terminals, is believed to reduce the computational load on the central computer (which may additionally have security, bookkeeping or other duties) and the load on the communications links, albeit at the cost of additional computing at the gaming terminals

Preferably, the relationship between the game outcome seed and the generated random number is deterministic in the sense that if any terminal, or more than one terminal, configured for playing a certain game receives a specific seed value, the resulting random numbers generated will always be the same even though the microprocessors in different terminals operate independently from one another. Procedures for generating a random number in a particular numerical range from a given random number seed are well known to those of skill in the programming art. In one embodiment, the central system provides an associated identification tag for each seed that is transmitted, and the seed and tags (and preferably the address of the recipient terminal) are (possibly temporarily) stored (e.g. in an electronic disk memory), e.g. so that the seed can be identified and later traced back to check for, or analyze, instances of cheating, to validate particularly large prize wins or similar purposes.

FIG. **2** depicts one format for transmitting a random number seed although other formats can be used, as will be apparent to those of skill in the art. The random number seed is embedded in a 112 bit-wide field. The first eight bits **202** signify an address with any address above **127** indicating a global address. The next eight bits **204** are a function code indicating what type of information this message contains. Preferably, at least one of the possible codes identifies this communications message as containing a random number seed. The next eight bits **206** indicate the game type code which the seed is for. The next thirty-two bits **208** are the random number seed. The next thirty-two bits **210** can indicate the seed identification tag number. The next sixteen bits **212** can indicate the game play win/loss results for verification purposes. The final eight bit field **214** is an error detection/correction field such as a cyclical redundancy check (CRC) field or parity field. In one embodiment, the data is encrypted by the central computer before transmitting over the links **104**a, **104**b, **104**c and decrypted in the terminals **102** (and, optionally, the casino computer **124**) according to decryption keys which may be downloaded, from time to time, or otherwise changed. Encryption assists in preventing cheating.

In one embodiment, the central computer may also be used for communicating information other than random number seeds. For example, the central computer may poll various gaming terminals or other devices to verify status, retrieve stored data, detect signs of cheating or other irregularities and the like. Although a polling system is described, it is also possible to use an interrupt system, as will be apparent to those of skill in the art.

In one embodiment, the central computer may be configured to detect cheating by receiving status verification data from gaming terminals. In one embodiment a gaming terminal, in response to a poll sends an electronic signature characteristic of its EEPROM or other component which the central computer can compare to the known correct or authorized signature stored in the central computer memory. In another embodiment, the central computer receives reports of wins or payouts from the various terminals. The central computer **106** can, if desired, keep a record of which random number seeds (and, if desired, associated identification tag) were distributed to which terminal and at which times and can, if desired, keep information necessary to replicate the operation of any connected terminal. If the central computer is drawing the random number seeds from a pre-constructed list of seeds, e.g. as would typically be done in a non-banked gaming system, then the seed identification tag **210** would indicate which entry from which list the random number seed represented.

The embodiment depicted in FIG. **3** develops or selects seeds, within the central computer and upon request form gaming terminals **102**. The process, in this embodiment, receives a random number seed request **301** from a gaming terminal via the communication link **104**. Within the request message will preferably be a game type identification (e.g. utilized in logic **304** to determine what type of seed is requested). The logic in **306** will determine whether the requesting gaming terminal is banked or non-banked and will branch to appropriate other logic. If the game is banked, the central computer will run its internal random number generator **308** and create a random number seed for the requesting gaming terminal. If the game is non-banked then a seed will be removed **310** from a (predefined) list of seeds appropriate to a game type matching that of the request. A message is created **312** that contains the seed, requesting gaming terminal address, and seed identification tag. In one embodiment, e.g. for non-banked games, the win/loss outcome will be included (for verification purposes). The message is formatted **314** and delivered to the appropriate gaming terminal via the communication link **104**.

FIG. **4** depicts a manner of using a random number seeds in connection with the present invention, illustrated, in FIG. **4**, in the context of a poker-type game. The procedure begins with activation of play in response to a user input **402** (such

as a coin drop, a real or virtual button push, etc.). The gaming terminal microprocessor then determines **404** whether the communications link with the central computer appears to be currently active, e.g. whether any communications with the central computer has occurred within the last 1000 milliseconds. If the link appears to be lost, an appropriate "lost link" procedure will be implemented. Various options are available for this procedure. The microprocessor may freeze the operation of the terminal **406** preventing any further input or output, may, if desired, return money, or credit the account of the user **408** (or alternately may retain the wager), may notify the central computer and/or the casino, and/or may display a signal light, generate a sound, and the like. In one embodiment, the microprocessor continues to monitor for re-establishment of the link **410** (optionally within a predetermined time period) and, upon regaining the link, automatically continues play.

If it appears that the link is still good, the microprocessor requests **412**, in a message to the central computer, a random number seed for a particular game type. Upon receipt of an appropriate seed form the central computer the microprocessor utilizes that seed as an input to its internal random number generator to generate, e.g. ten different random numbers **414** in the range of 1 through 52. The microprocessor then displays images of playing cards **416** which correspond to the first five random numbers that were generated. The microprocessor waits for a period of time to permit the user to select **418** which, if any, of the cards to discard, or in one embodiment of a non-banked game the gaming terminal program will automatically determine which cards to discard. Following discard, the microprocessor will replace all discarded card images with one of the other five random numbers, following a predetermined order. The microprocessor then compares the final five card hand with a pay table to determine whether the hand is associated with a win or payoff **420**.

In some jurisdictions, some or all games are required to remain in a non-banked status. In one embodiment, this is accomplished by selecting the prize amount values according to the current size of a player prize pool. Preferably the current size of that pool would be indicated in the random number seed message received by the microprocessor. The microprocessor would adjust prize values according to the player pool value received in the random number seed message (or in another message specifically for that purpose).

In another embodiment, the random number seed message also indicates which cards are to be discarded and the microprocessor operates in an auto play mode, with the decision as to which cards to hold and which cards to discard removed from the player (the decision being made by the microprocessor automatically). This ensures that a pre-known outcome will result.

FIG. **5** is a flowchart similar in some respects, to the flowchart of FIG. **4** but showing a procedure for playing a keno-style game. In FIG. **5** after the user initiates play, e.g., by making a wager **502**, and choosing up to ten numbers in the range 1–80 **504**, the microprocessor checks to see whether the communication link is good **506**. If not, the microprocessor institutes a "lost link" procedure which may include, e.g., freezing the gaming terminal **508** (i.e. refusing to accept further user input or to provide normal gaming output). If the communication link is good (or if a lost link is recovered **512**) the microprocessor requests **514**, in a message to the central computer, a random number seed for a particular game type. Upon receipt of an appropriate seed from the central computer the microprocessor determines **516** whether the game type is banked or non-banked.

If the game is banked, then the microprocessor utilizes that seed as an input to its internal random number generator to generate twenty different random numbers **518** in the range of 1 through 80 and displays those selections.

If the game is non-banked, the microprocessor also received from the central computer a quantity of user picks that should match the draw. The microprocessor then **520**, utilizing the received random number seed, picks a quantity of the user's selections equal to the match quantity found in the message from the central computer. Then the microprocessor generates the required different numbers, from the remaining 1–80 possible numbers, to complete the twenty number draw.

The microprocessor then determines wins and losses by comparing the number of matches between the user-selected numbers and the generated numbers to a pay table and outputs the results, e.g. by reporting to the central computer and/or casino computer, placing an appropriate indication on the display screen, crediting the user's account or smart card, outputting coins or other payout and the like **522**.

When a non-banked keno game is desired (or required), in one embodiment, the prize amount values are selected according to the current size of a player prize pool. The current size of that pool would be indicated in the random number seed message received by the microprocessor. The microprocessor would adjust prize values according to the player pool value received in the random number seed message or in another message specifically for that purpose.

In one embodiment, the random number seed request message indicates how many numbers were selected by the user in the game type field of the request message and also the same message will indicate which numbers were selected. The random number seed provided by the central computer will insure that a pre-known outcome will result.

FIG. **6** is a flowchart of a procedure similar to that depicted in FIG. **4** but used for playing a three reel slot type game. In the embodiment of FIG. **6** after the user makes a wager **602** such as by inserting a coin in a coin slot, pushing a real or virtual button, pulling a lever, and the like, the microprocessor determines whether the communication link is good **604**. If not, the microprocessor institutes a "lost link" procedure which may include, e.g. freezing the gaming terminal **606** (i.e. refusing to accept further user input or to provide normal gaming output). If the communication link is good (or if a lost link is recovered **610**) the microprocessor requests **612**, in a message to the central computer, a random number seed for a particular game type. Upon receipt of an appropriate seed from the central computer the microprocessor utilities that seed as an input to its internal random number generator to calculate three random numbers **614** in the range of 1 through the maximum number of stops for each reel of this three reel slot-type game. If there are more than three reels in this slot-type game then more than three numbers will be generated. The microprocessor displays **616** the appropriate reel symbols based on the calculated random numbers. The microprocessor evaluates the calculated reel stops against its pay table to determine win/loss **618** and compares that value with the correct value provided in the random number seed message received from the central computer. If the evaluation is determined to be valid, the microprocessor then displays the results, such as by displaying a symbol associated with the stop position of each reel (or virtual reels in the case of a video slot machine) and outputs win/loss results **616**. Other schemes for selecting reel stop positions using a random number will be apparent to those of skill in the art, after understanding the present disclosure.

In light of the above description, a number of advantages in the present invention can be seen. The invention provides for central generation of win/loss information for a plurality of gaming terminals, but still preserves entertainment value by providing the perception that selection of when and whether to play a particular terminal affects the outcome. Communication of the information is provided in such a way as to permit accounting, taking appropriate action when a communication link is lost, guarding against cheating, and providing a simple methodology for maintaining some or all games in a non-banked mode of operation when desired or required by jurisdictional regulation.

A number of variations and modifications in the invention can be used. It is possible to use some aspects of the invention without using others. For example, it is possible to provide individualized (e.g. individually addressed), centrally-generated random number seeds without providing for verification of gaming results. Although embodiments of the present invention were described using examples of certain types of games, the present invention can be implemented for playing a wide variety of different games and mixtures or combinations of games. Although it is contemplated that the present invention will be most useful in the context of casino style gaming, it is possible to provide embodiments of the present invention in a context of other types of gaming such as personal computer (PC) based gaming, internet gaming, arcade gaming and the like. In addition to, or in place of, sending game outcome information along with some or all winning seeds, it is possible to send "no win" indicators along with some or all non-winning games, such as a "no win" bit or other abbreviated indicia. Although embodiments have been described in the context of outputting a random number seed, the present invention can be used generally in the context of outputting any game outcome seed, i.e. any symbol, number, signal and the like which can be used by a gaming terminal for generating the game outcome.

The present invention, in various embodiments, includes components, methods, processes, systems and/or apparatus substantially as depicted and described herein, including various embodiments, subcombinations, and subsets thereof. Those of skill in the art will understand how to make and use the present invention after understanding the present disclosure. The present invention, in various embodiments, includes providing devices and processes in the absence of items not depicted and/or described herein or in various embodiments hereof, including in the absence of such items as may have been used in previous devices or processes, e.g. for improving performance, achieving ease and/or reducing cost of implementation. The present invention includes items which are novel, and terminology adapted from previous and/or analogous technologies, for convenience in describing novel items or processes, do not necessarily retain all aspects of conventional usage of such terminology.

The foregoing discussion of the invention has been presented for purposes of illustration and description. The foregoing is not intended to limit the invention to the form or forms disclosed herein. Although the description of the invention has included description of one or more embodiments and certain variations and modifications, other variations and modifications are within the scope of the invention, e.g. as may be within the skill and knowledge of those in the art, after understanding the present disclosure. It is intended to obtain rights which include alternative embodiments to the extent permitted, including alternate, interchangeable and/or equivalent structures, functions, ranges or steps to those claimed, whether or not such alternate, interchangeable and/or equivalent structures, functions, ranges or steps are disclosed herein, and without intending to publicly dedicate any patentable subject matter.

What is claimed is:

1. A method for operating a gaming system which includes a central computer coupled by a communication link to at least first and second gaming terminals including the steps of:
   generating, in a first gaming terminal, a request for a first random number seed from a central computer;
   outputting the first random number seed from the central computer addressed to the first gaming terminal;
   generating, in a second gaming terminal, a request for a second random number seed from the central computer;
   outputting, from the central computer the second random number seed addressed to the second gaming terminal;
   generating, in the first gaming terminal, a first gaming output in response to the first random number seed; and
   generating in the second gaming terminal, a second gaming output different from the first gaming output in response to the second random number seed.

2. The gaming apparatus of claim 1 wherein the first random number seed request includes a terminal address, a terminal type code and a game type code.

3. The gaming apparatus of claim 2 wherein the first random number seed includes a random number seed field that includes an address, a function code, game type code, a random number seed, a seed identification tag number, a game play win/loss result or an error detection/correction field.

4. The gaming apparatus of claim 3 wherein the random number seed field is embedded in a 112 bit-wide field.

5. A method for using a gaming system including the steps of:
   providing a central computer;
   coupling the central computer to at least a first gaming terminal having a terminal processor configured for playing a game;
   generating, in the first gaming terminal, a request for a first game outcome seed;
   transmitting, from the central computer, the first game outcome seed addressed to the first gaming terminal;
   initiating play at the first gaming terminal by calculating a first random number in response to a user action occurring at a first time, wherein the first number is based on the first game outcome seed;
   generating, in the first gaming terminal, a request for a second game outcome seed;
   transmitting, from the central computer, the second game outcome seed to the first gaming terminal; and
   initiating play at the first gaming terminal by calculating a second random number in response to a user action occurring at a second time, wherein the second random number is based on the second game outcome seed.

6. A method as claimed in claim 5 wherein the transmitting of at least the first game outcome seed is performed in response to the first game outcome seed request and the transmission including a terminal address, type of terminal or type of game.

7. A method as claimed in claim 5 wherein the first game outcome seed is specific to a game type of the first gaming terminal.

8. A method as claimed in claim 5 wherein the central computer is coupled to a second game terminal and the method further includes the steps of:

generating, in the second gaming terminal, a request for a third outcome seed;

transmitting, from the central computer, the third outcome seed addressed to the second gaming terminal; and

initiating play at the second gaming terminal by calculating a third random number in response to a user action wherein the third random number is different from the first and the second random number.

9. The method as claimed in claim 8 wherein the games of at least two of the plurality of gaming terminals are different.

10. A method as claimed in claim 5 wherein the step of transmitting at least the first game outcome seed includes transmitting over a communication link selected from among coaxial, telephone cable, fiber optics, microwave links, and infrared links.

11. A method as claimed in claim 10 wherein the communication link is used for transmitting a second type of information different from the game outcome seed.

12. A method as claimed in claim 5 further comprising detecting loss of a communication link between the central computer and the gaming terminal.

13. A method as claimed in claim 12 further comprising suspending game play in response to the step of detecting loss of a communication link.

14. Apparatus for a gaming system comprising:

a central computer;

a plurality of gaming terminals coupled to the central computer by communication links, each terminal having a terminal processor configured for playing a game;

the central computer being programmed to transmit, upon request from a requesting terminal having a game type, a random number seed from the central computer and addressed to a specific requesting gaming terminal;

the terminal processor of each gaming terminal being programmed to calculate at least a first random number in a range selected for the game of the gaming terminal in response to a user action based on the random number seed requested and received from the central computer.

15. The apparatus of claim 14 wherein the random number seed includes a field including the game type.

16. The apparatus of claim 14 wherein the random number seed includes a field including a terminal address.

17. The apparatus of claim 14 wherein the random number seed includes a field including a function code.

18. The apparatus of claim 14 wherein the random number seed includes a field including a seed identification tag number.

19. The apparatus of claim 14 wherein the random number seed includes a field including a game play win/loss result.

20. The apparatus of claim 14 wherein the random number seed includes a field including an error detection/correction field.

21. The apparatus of claim 14 wherein the request includes a game type code.

22. The apparatus of claim 14 wherein the request includes a terminal address.

23. The apparatus of claim 14 wherein the request includes a terminal type.

24. Apparatus for using a gaming system comprising:

a central computer;

a plurality of gaming terminals means, each terminal means having a terminal processor means configured for playing a game;

means for coupling the central computer to the plurality of the gaming terminals in either a banked or non-banked mode of operation;

means for transmitting a first random number seed from the central computer to an addressed gaming terminal;

means, in the addressed gaming terminal, for initiating play by calculating a first random number in response to a user action occurring at a first time, wherein in the banked mode the first random number is based on the first random number seed requested and received at the addressed gaming terminal from the central computer substantially at the first time;

and in the non-banked mode the first random number is based on the first random number seed requested and received in addition to a quantity of user picks to match the user action received at the addressed gaming terminal from the central computer substantially at the first time.

25. The apparatus as claimed in claim 24 further comprising:

means for transmitting a second random number seed from the central computer to the addressed gaming terminal;

means in the addressed gaming terminal for initiating play by calculating a second random number in response to a user action occurring at a second time, wherein the second random number is based on the second random number seed requested and received at the addressed gaming terminal from the central computer at substantially the second time.

26. The apparatus of claim 24 wherein the means for transmitting includes a processor in the central computer and a stored program.

27. The apparatus of claim 24 wherein the means for transmitting includes a processor and a stored program in the addressed gaming terminal.

28. A method for using a gaming system including the steps of:

providing a central computer;

providing a plurality of non-banked gaming terminals;

transmitting requested random number seeds from the central computer to at least some of the plurality of gaming terminals; wherein during at least a first time period, a first gaming terminal receives a first random number seed and a second gaming terminal receives a second, different random number seed;

receiving a user input at the first gaming terminal at the first time period; and

calculating a first random number at the first gaming terminal based on the received random number seed provided by the central computer so that game results of the first gaming terminal are substantially randomly selected from a predetermined pool of game outcomes.

29. The method of using a gaming system of claim 28 further including the steps of:

receiving a user input at the second gaming terminal at the first time period; and

calculating a second, different random number at the second gaming terminal based on the received second random number seed provided by the central computer so that game results of the second gaming terminal are substantially randomly selected from a predetermined pool of game outcomes.

* * * * *