# EXHIBIT 40



