# EXHIBIT 41



