# EXHIBIT 42





EXHIBIT 34
NORTH 4-26-18