# EXHIBIT 47

## Bingo Pattern Probabilities

### 4x4 Block



4 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 49.33 | 47.45 | 46.40 | 45.69 | 45.13 | 44.70 | 44.33 | 44.02 | 43.73 | 43.49 | 43.27 | 43.08 |
| Average Winners | 1.23 | 1.25 | 1.26 | 1.27 | 1.28 | 1.29 | 1.29 | 1.29 | 1.29 | 1.30 | 1.30 | 1.31 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 42.90 | 42.74 | 42.58 | 42.44 | 42.31 | 42.17 | 42.06 | 41.94 | 41.75 | 41.47 | 41.30 | 41.09 |
| Average Winners | 1.31 | 1.31 | 1.31 | 1.32 | 1.32 | 1.32 | 1.32 | 1.32 | 1.33 | 1.33 | 1.33 | 1.34 |

### Baseball Diamond



4 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 23.66 | 21.86 | 20.89 | 20.24 | 19.78 | 19.40 | 19.09 | 18.84 | 18.60 | 18.41 | 18.23 | 18.07 |
| Average Winners | 1.25 | 1.28 | 1.31 | 1.33 | 1.35 | 1.37 | 1.38 | 1.39 | 1.40 | 1.42 | 1.43 | 1.44 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 17.92 | 17.81 | 17.68 | 17.56 | 17.45 | 17.37 | 17.26 | 17.18 | 17.03 | 16.82 | 16.69 | 16.54 |
| Average Winners | 1.45 | 1.46 | 1.46 | 1.47 | 1.48 | 1.49 | 1.50 | 1.50 | 1.52 | 1.54 | 1.56 | 1.57 |

### Block of Nine



9 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 29.84 | 27.77 | 26.68 | 25.91 | 25.37 | 24.92 | 24.56 | 24.25 | 24.00 | 23.74 | 23.53 | 23.34 |
| Average Winners | 1.21 | 1.24 | 1.26 | 1.28 | 1.29 | 1.31 | 1.32 | 1.33 | 1.34 | 1.35 | 1.35 | 1.37 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 23.19 | 23.03 | 22.88 | 22.72 | 22.61 | 22.50 | 22.39 | 22.28 | 22.09 | 21.85 | 21.70 | 21.49 |
| Average Winners | 1.37 | 1.38 | 1.39 | 1.39 | 1.40 | 1.41 | 1.42 | 1.43 | 1.43 | 1.46 | 1.46 | 1.49 |

### B-N-O Lines



1 way to win
I & G balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 31.95 | 30.79 | 30.14 | 29.70 | 29.36 | 29.08 | 28.85 | 28.66 | 28.48 | 28.33 | 28.20 | 28.08 |
| Average Winners | 1.34 | 1.37 | 1.39 | 1.40 | 1.41 | 1.42 | 1.42 | 1.43 | 1.43 | 1.44 | 1.44 | 1.45 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 27.96 | 27.86 | 27.76 | 27.66 | 27.58 | 27.51 | 27.43 | 27.36 | 27.23 | 27.06 | 26.96 | 26.82 |
| Average Winners | 1.45 | 1.46 | 1.46 | 1.46 | 1.47 | 1.47 | 1.47 | 1.47 | 1.48 | 1.48 | 1.49 | 1.49 |

WizardOfOdds.com



EXHIBIT 17 NORTH 4-26-18

## Bingo Pattern Probabilities

### Broken Frame



1 way to win
I & G balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 23.38 | 21.84 | 21.00 | 20.42 | 20.00 | 19.66 | 19.38 | 19.15 | 18.93 | 18.75 | 18.58 | 18.45 |
| Average Winners | 1.24 | 1.27 | 1.29 | 1.30 | 1.31 | 1.33 | 1.33 | 1.35 | 1.35 | 1.36 | 1.37 | 1.37 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 18.31 | 18.18 | 18.07 | 17.96 | 17.87 | 17.77 | 17.69 | 17.61 | 17.46 | 17.27 | 17.15 | 17.00 |
| Average Winners | 1.38 | 1.38 | 1.39 | 1.40 | 1.40 | 1.40 | 1.41 | 1.42 | 1.42 | 1.43 | 1.44 | 1.45 |

### Center Row



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 14.95 | 12.99 | 12.03 | 11.41 | 10.99 | 10.63 | 10.36 | 10.16 | 9.97 | 9.82 | 9.68 | 9.56 |
| Average Winners | 1.19 | 1.25 | 1.32 | 1.39 | 1.46 | 1.52 | 1.59 | 1.67 | 1.75 | 1.82 | 1.90 | 1.98 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 9.46 | 9.36 | 9.29 | 9.21 | 9.14 | 9.07 | 9.01 | 8.97 | 8.88 | 8.75 | 8.69 | 8.59 |
| Average Winners | 2.05 | 2.14 | 2.22 | 2.30 | 2.38 | 2.47 | 2.54 | 2.64 | 2.81 | 3.07 | 3.26 | 3.51 |

### Champagne Glass



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 43.03 | 40.53 | 39.15 | 38.20 | 37.48 | 36.89 | 36.41 | 36.00 | 35.64 | 35.34 | 35.07 | 34.81 |
| Average Winners | 1.14 | 1.15 | 1.16 | 1.17 | 1.17 | 1.17 | 1.18 | 1.18 | 1.18 | 1.19 | 1.19 | 1.19 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 34.56 | 34.37 | 34.17 | 33.98 | 33.80 | 33.64 | 33.51 | 33.35 | 33.09 | 32.75 | 32.55 | 32.27 |
| Average Winners | 1.19 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.21 | 1.21 | 1.21 | 1.22 | 1.22 |

### Checkmark



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 24.05 | 21.33 | 19.94 | 18.99 | 18.33 | 17.80 | 17.38 | 17.00 | 16.69 | 16.43 | 16.20 | 15.98 |
| Average Winners | 1.12 | 1.15 | 1.18 | 1.20 | 1.22 | 1.24 | 1.26 | 1.28 | 1.30 | 1.32 | 1.34 | 1.36 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 15.80 | 15.62 | 15.45 | 15.31 | 15.18 | 15.05 | 14.94 | 14.84 | 14.63 | 14.38 | 14.22 | 14.03 |
| Average Winners | 1.37 | 1.39 | 1.41 | 1.43 | 1.45 | 1.47 | 1.49 | 1.52 | 1.54 | 1.61 | 1.65 | 1.71 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Chevron (Easy)



4 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 11.34 | 9.95 | 9.25 | 8.81 | 8.48 | 8.24 | 8.05 | 7.89 | 7.76 | 7.64 | 7.55 | 7.46 |
| Average Winners | 1.27 | 1.35 | 1.41 | 1.46 | 1.51 | 1.55 | 1.60 | 1.64 | 1.68 | 1.72 | 1.77 | 1.80 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 7.38 | 7.31 | 7.25 | 7.19 | 7.15 | 7.09 | 7.05 | 7.02 | 6.94 | 6.85 | 6.80 | 6.73 |
| Average Winners | 1.85 | 1.90 | 1.93 | 1.97 | 2.02 | 2.06 | 2.10 | 2.15 | 2.23 | 2.36 | 2.45 | 2.59 |

### Chevron (Hardway)



4 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 19.17 | 17.09 | 16.01 | 15.29 | 14.77 | 14.37 | 14.04 | 13.76 | 13.54 | 13.33 | 13.15 | 12.99 |
| Average Winners | 1.17 | 1.21 | 1.24 | 1.27 | 1.29 | 1.31 | 1.34 | 1.36 | 1.38 | 1.40 | 1.41 | 1.43 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 12.84 | 12.71 | 12.58 | 12.47 | 12.37 | 12.27 | 12.19 | 12.12 | 11.97 | 11.76 | 11.65 | 11.49 |
| Average Winners | 1.45 | 1.47 | 1.49 | 1.50 | 1.52 | 1.54 | 1.55 | 1.58 | 1.61 | 1.66 | 1.69 | 1.74 |

### Coverall



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 61.18 | 59.84 | 59.05 | 58.50 | 58.09 | 57.75 | 57.47 | 57.23 | 57.02 | 56.82 | 56.66 | 56.50 |
| Average Winners | 1.29 | 1.31 | 1.31 | 1.31 | 1.32 | 1.32 | 1.33 | 1.33 | 1.34 | 1.34 | 1.34 | 1.34 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 56.35 | 56.23 | 56.09 | 55.99 | 55.88 | 55.78 | 55.69 | 55.60 | 55.43 | 55.20 | 55.07 | 54.89 |
| Average Winners | 1.34 | 1.34 | 1.34 | 1.34 | 1.35 | 1.35 | 1.35 | 1.35 | 1.35 | 1.36 | 1.36 | 1.36 |

### Crazy Kite



4 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 19.60 | 17.83 | 16.91 | 16.28 | 15.82 | 15.46 | 15.16 | 14.93 | 14.69 | 14.50 | 14.34 | 14.19 |
| Average Winners | 1.19 | 1.23 | 1.25 | 1.27 | 1.29 | 1.31 | 1.33 | 1.34 | 1.35 | 1.37 | 1.38 | 1.39 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 14.05 | 13.93 | 13.82 | 13.71 | 13.62 | 13.52 | 13.45 | 13.37 | 13.23 | 13.03 | 12.91 | 12.76 |
| Average Winners | 1.41 | 1.43 | 1.44 | 1.45 | 1.46 | 1.47 | 1.48 | 1.50 | 1.52 | 1.55 | 1.58 | 1.61 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Crazy Kite with Four Corners



4 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 26.49 | 24.65 | 23.64 | 22.98 | 22.48 | 22.08 | 21.75 | 21.46 | 21.22 | 21.01 | 20.82 | 20.65 |
| Average Winners | 1.21 | 1.23 | 1.25 | 1.26 | 1.28 | 1.29 | 1.29 | 1.30 | 1.31 | 1.32 | 1.32 | 1.33 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 20.51 | 20.36 | 20.22 | 20.10 | 20.00 | 19.88 | 19.78 | 19.70 | 19.52 | 19.29 | 19.15 | 18.99 |
| Average Winners | 1.34 | 1.34 | 1.35 | 1.35 | 1.36 | 1.36 | 1.37 | 1.37 | 1.37 | 1.39 | 1.40 | 1.41 |

### Crazy L



4 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 36.29 | 34.11 | 32.95 | 32.15 | 31.55 | 31.07 | 30.69 | 30.33 | 30.04 | 29.79 | 29.54 | 29.33 |
| Average Winners | 1.25 | 1.28 | 1.30 | 1.32 | 1.34 | 1.34 | 1.36 | 1.37 | 1.38 | 1.39 | 1.39 | 1.40 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 29.14 | 28.96 | 28.81 | 28.64 | 28.53 | 28.39 | 28.26 | 28.17 | 27.94 | 27.67 | 27.50 | 27.29 |
| Average Winners | 1.41 | 1.41 | 1.42 | 1.43 | 1.43 | 1.44 | 1.44 | 1.45 | 1.45 | 1.47 | 1.48 | 1.50 |

### Crazy Pyramid



4 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 32.27 | 30.03 | 28.80 | 27.98 | 27.34 | 26.85 | 26.45 | 26.11 | 25.80 | 25.53 | 25.30 | 25.09 |
| Average Winners | 1.19 | 1.21 | 1.23 | 1.24 | 1.25 | 1.26 | 1.27 | 1.28 | 1.28 | 1.28 | 1.29 | 1.30 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 24.89 | 24.72 | 24.57 | 24.41 | 24.27 | 24.13 | 24.00 | 23.88 | 23.68 | 23.39 | 23.23 | 22.99 |
| Average Winners | 1.30 | 1.31 | 1.31 | 1.31 | 1.32 | 1.32 | 1.32 | 1.33 | 1.34 | 1.35 | 1.35 | 1.36 |

### Crazy T



4 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 32.34 | 30.12 | 28.89 | 28.06 | 27.47 | 26.97 | 26.56 | 26.22 | 25.95 | 25.66 | 25.43 | 25.23 |
| Average Winners | 1.19 | 1.22 | 1.24 | 1.25 | 1.27 | 1.28 | 1.29 | 1.30 | 1.31 | 1.31 | 1.32 | 1.33 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 25.03 | 24.87 | 24.69 | 24.55 | 24.40 | 24.29 | 24.16 | 24.05 | 23.83 | 23.56 | 23.39 | 23.17 |
| Average Winners | 1.33 | 1.34 | 1.35 | 1.35 | 1.35 | 1.36 | 1.37 | 1.37 | 1.38 | 1.39 | 1.40 | 1.41 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Diagonal Line



2 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 12.99 | 11.41 | 10.65 | 10.17 | 9.82 | 9.56 | 9.37 | 9.21 | 9.08 | 8.97 | 8.87 | 8.78 |
| Average Winners | 1.25 | 1.39 | 1.53 | 1.68 | 1.82 | 1.97 | 2.13 | 2.30 | 2.47 | 2.64 | 2.80 | 2.98 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 8.72 | 8.66 | 8.60 | 8.56 | 8.50 | 8.46 | 8.42 | 8.39 | 8.34 | 8.25 | 8.21 | 8.15 |
| Average Winners | 3.14 | 3.35 | 3.51 | 3.71 | 3.87 | 4.04 | 4.23 | 4.41 | 4.79 | 5.36 | 5.74 | 6.26 |

### Double Bingo



66 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 25.43 | 23.72 | 22.78 | 22.14 | 21.66 | 21.29 | 20.98 | 20.71 | 20.50 | 20.30 | 20.10 | 19.95 |
| Average Winners | 1.21 | 1.24 | 1.26 | 1.27 | 1.28 | 1.29 | 1.30 | 1.31 | 1.31 | 1.32 | 1.32 | 1.33 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 19.80 | 19.67 | 19.54 | 19.44 | 19.33 | 19.23 | 19.12 | 19.03 | 18.87 | 18.66 | 18.53 | 18.36 |
| Average Winners | 1.34 | 1.34 | 1.35 | 1.35 | 1.36 | 1.36 | 1.37 | 1.37 | 1.38 | 1.39 | 1.40 | 1.41 |

### Double Hardway Bingo



28 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 30.65 | 28.81 | 27.79 | 27.11 | 26.60 | 26.18 | 25.84 | 25.54 | 25.29 | 25.07 | 24.88 | 24.69 |
| Average Winners | 1.21 | 1.24 | 1.25 | 1.27 | 1.28 | 1.29 | 1.29 | 1.30 | 1.31 | 1.31 | 1.32 | 1.32 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 24.53 | 24.37 | 24.25 | 24.12 | 23.99 | 23.87 | 23.77 | 23.68 | 23.48 | 23.24 | 23.11 | 22.91 |
| Average Winners | 1.33 | 1.33 | 1.34 | 1.34 | 1.34 | 1.35 | 1.35 | 1.35 | 1.36 | 1.37 | 1.38 | 1.38 |

### Double Hardway Six-Pack



38 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 37.64 | 35.80 | 34.80 | 34.10 | 33.57 | 33.13 | 32.80 | 32.51 | 32.24 | 32.00 | 31.81 | 31.62 |
| Average Winners | 1.20 | 1.22 | 1.23 | 1.24 | 1.25 | 1.25 | 1.26 | 1.27 | 1.27 | 1.27 | 1.27 | 1.28 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 31.45 | 31.29 | 31.14 | 31.02 | 30.89 | 30.78 | 30.66 | 30.57 | 30.36 | 30.11 | 29.97 | 29.74 |
| Average Winners | 1.28 | 1.28 | 1.28 | 1.29 | 1.29 | 1.29 | 1.29 | 1.30 | 1.30 | 1.30 | 1.31 | 1.31 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Double Postage Stamp



6 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 25.12 | 23.42 | 22.49 | 21.88 | 21.41 | 21.02 | 20.72 | 20.46 | 20.23 | 20.02 | 19.85 | 19.69 |
| Average Winners | 1.21 | 1.24 | 1.26 | 1.27 | 1.28 | 1.29 | 1.30 | 1.31 | 1.32 | 1.32 | 1.33 | 1.34 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 19.54 | 19.41 | 19.28 | 19.17 | 19.05 | 18.96 | 18.86 | 18.77 | 18.62 | 18.40 | 18.28 | 18.10 |
| Average Winners | 1.34 | 1.34 | 1.35 | 1.35 | 1.35 | 1.36 | 1.36 | 1.37 | 1.38 | 1.38 | 1.39 | 1.40 |

### Eight-Pack (Free Space OK)



16 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 25.80 | 23.84 | 22.81 | 22.11 | 21.59 | 21.15 | 20.82 | 20.53 | 20.29 | 20.06 | 19.88 | 19.69 |
| Average Winners | 1.23 | 1.26 | 1.28 | 1.30 | 1.31 | 1.32 | 1.33 | 1.34 | 1.35 | 1.36 | 1.37 | 1.37 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 19.54 | 19.39 | 19.26 | 19.12 | 19.02 | 18.90 | 18.79 | 18.70 | 18.53 | 18.30 | 18.16 | 17.97 |
| Average Winners | 1.38 | 1.39 | 1.40 | 1.40 | 1.41 | 1.41 | 1.41 | 1.42 | 1.43 | 1.44 | 1.45 | 1.47 |

### Eight-Pack (Hardway)



8 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 30.23 | 28.14 | 27.02 | 26.24 | 25.68 | 25.22 | 24.85 | 24.52 | 24.24 | 24.00 | 23.79 | 23.58 |
| Average Winners | 1.21 | 1.24 | 1.25 | 1.27 | 1.28 | 1.29 | 1.30 | 1.31 | 1.32 | 1.32 | 1.32 | 1.33 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 23.42 | 23.24 | 23.10 | 22.95 | 22.83 | 22.70 | 22.58 | 22.48 | 22.28 | 22.02 | 21.87 | 21.65 |
| Average Winners | 1.34 | 1.34 | 1.35 | 1.35 | 1.36 | 1.36 | 1.36 | 1.37 | 1.37 | 1.38 | 1.39 | 1.40 |

### Four Corners



1 way to win
I, N & G balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 8.43 | 7.49 | 7.00 | 6.71 | 6.51 | 6.36 | 6.23 | 6.14 | 6.05 | 5.99 | 5.93 | 5.88 |
| Average Winners | 1.39 | 1.50 | 1.57 | 1.65 | 1.75 | 1.83 | 1.92 | 2.00 | 2.10 | 2.20 | 2.30 | 2.39 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 5.84 | 5.79 | 5.76 | 5.73 | 5.69 | 5.67 | 5.65 | 5.62 | 5.59 | 5.53 | 5.51 | 5.48 |
| Average Winners | 2.50 | 2.60 | 2.70 | 2.80 | 2.89 | 3.00 | 3.11 | 3.21 | 3.44 | 3.75 | 3.98 | 4.34 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Four Postage Stamps



1 way to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 43.74 | 42.28 | 41.43 | 40.86 | 40.42 | 40.06 | 39.76 | 39.51 | 39.27 | 39.09 | 38.90 | 38.74 |
| Average Winners | 1.25 | 1.27 | 1.28 | 1.29 | 1.29 | 1.30 | 1.30 | 1.30 | 1.31 | 1.31 | 1.31 | 1.31 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 38.59 | 38.46 | 38.34 | 38.21 | 38.11 | 38.00 | 37.91 | 37.81 | 37.64 | 37.42 | 37.28 | 37.10 |
| Average Winners | 1.32 | 1.32 | 1.32 | 1.32 | 1.32 | 1.33 | 1.33 | 1.33 | 1.33 | 1.34 | 1.34 | 1.34 |

### Hardway Bingo



8 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 17.30 | 15.55 | 14.64 | 14.04 | 13.62 | 13.27 | 12.99 | 12.77 | 12.57 | 12.42 | 12.27 | 12.13 |
| Average Winners | 1.27 | 1.34 | 1.40 | 1.44 | 1.48 | 1.51 | 1.54 | 1.58 | 1.61 | 1.65 | 1.67 | 1.69 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 12.01 | 11.91 | 11.81 | 11.73 | 11.64 | 11.56 | 11.49 | 11.42 | 11.32 | 11.18 | 11.10 | 10.97 |
| Average Winners | 1.73 | 1.76 | 1.78 | 1.81 | 1.84 | 1.86 | 1.90 | 1.93 | 1.99 | 2.09 | 2.15 | 2.25 |

### Heart



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 43.01 | 40.51 | 39.12 | 38.17 | 37.46 | 36.89 | 36.41 | 36.01 | 35.64 | 35.33 | 35.06 | 34.79 |
| Average Winners | 1.14 | 1.15 | 1.16 | 1.16 | 1.17 | 1.17 | 1.18 | 1.18 | 1.18 | 1.19 | 1.19 | 1.19 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 34.57 | 34.34 | 34.17 | 33.97 | 33.80 | 33.65 | 33.51 | 33.36 | 33.09 | 32.74 | 32.54 | 32.27 |
| Average Winners | 1.19 | 1.20 | 1.20 | 1.20 | 1.20 | 1.20 | 1.21 | 1.21 | 1.21 | 1.21 | 1.21 | 1.22 |

### Inside Corners



1 way to win
B, N & O balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 8.43 | 7.49 | 7.01 | 6.73 | 6.52 | 6.36 | 6.24 | 6.15 | 6.06 | 6.00 | 5.93 | 5.88 |
| Average Winners | 1.39 | 1.50 | 1.58 | 1.66 | 1.76 | 1.83 | 1.93 | 2.02 | 2.10 | 2.20 | 2.30 | 2.39 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 5.84 | 5.79 | 5.76 | 5.73 | 5.69 | 5.67 | 5.64 | 5.63 | 5.58 | 5.54 | 5.51 | 5.48 |
| Average Winners | 2.49 | 2.59 | 2.70 | 2.80 | 2.90 | 2.99 | 3.10 | 3.22 | 3.42 | 3.77 | 4.00 | 4.33 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Inside Frame



1 way to win
B & O balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 23.41 | 21.84 | 21.02 | 20.42 | 19.99 | 19.67 | 19.39 | 19.14 | 18.94 | 18.75 | 18.59 | 18.44 |
| Average Winners | 1.24 | 1.27 | 1.29 | 1.30 | 1.32 | 1.33 | 1.34 | 1.35 | 1.36 | 1.36 | 1.37 | 1.38 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 18.31 | 18.19 | 18.07 | 17.97 | 17.87 | 17.78 | 17.69 | 17.62 | 17.47 | 17.28 | 17.17 | 16.99 |
| Average Winners | 1.38 | 1.38 | 1.39 | 1.39 | 1.40 | 1.41 | 1.41 | 1.42 | 1.43 | 1.44 | 1.45 | 1.45 |

### Inside Frame with Four Corners



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 47.66 | 45.35 | 44.08 | 43.21 | 42.53 | 42.00 | 41.56 | 41.16 | 40.84 | 40.55 | 40.29 | 40.05 |
| Average Winners | 1.17 | 1.18 | 1.18 | 1.19 | 1.20 | 1.20 | 1.20 | 1.21 | 1.21 | 1.21 | 1.21 | 1.22 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 39.81 | 39.62 | 39.43 | 39.26 | 39.09 | 38.94 | 38.80 | 38.66 | 38.42 | 38.10 | 37.89 | 37.64 |
| Average Winners | 1.22 | 1.22 | 1.22 | 1.22 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 | 1.24 | 1.24 | 1.24 |

### Large Diamond



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 37.33 | 34.67 | 33.19 | 32.20 | 31.46 | 30.86 | 30.34 | 29.93 | 29.56 | 29.25 | 29.00 | 28.72 |
| Average Winners | 1.14 | 1.16 | 1.17 | 1.18 | 1.18 | 1.19 | 1.19 | 1.20 | 1.20 | 1.21 | 1.22 | 1.22 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 28.47 | 28.27 | 28.06 | 27.89 | 27.73 | 27.56 | 27.42 | 27.26 | 27.01 | 26.67 | 26.48 | 26.19 |
| Average Winners | 1.22 | 1.23 | 1.23 | 1.23 | 1.23 | 1.24 | 1.24 | 1.24 | 1.25 | 1.26 | 1.26 | 1.26 |

### Large Diamond Corners



1 way to win
I & G balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 11.86 | 10.47 | 9.75 | 9.31 | 9.00 | 8.76 | 8.57 | 8.41 | 8.29 | 8.18 | 8.07 | 8.00 |
| Average Winners | 1.28 | 1.38 | 1.45 | 1.53 | 1.61 | 1.70 | 1.78 | 1.85 | 1.94 | 2.02 | 2.10 | 2.19 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 7.92 | 7.85 | 7.80 | 7.74 | 7.70 | 7.66 | 7.62 | 7.57 | 7.53 | 7.45 | 7.40 | 7.34 |
| Average Winners | 2.27 | 2.36 | 2.46 | 2.53 | 2.64 | 2.72 | 2.82 | 2.91 | 3.12 | 3.41 | 3.59 | 3.89 |

WizardOfOdds.com

# Bingo Pattern Probabilities

### Letter X



1 way to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 30.23 | 28.09 | 26.94 | 26.11 | 25.55 | 25.07 | 24.68 | 24.35 | 24.07 | 23.81 | 23.58 | 23.37 |
| Average Winners | 1.17 | 1.18 | 1.20 | 1.20 | 1.21 | 1.22 | 1.23 | 1.23 | 1.24 | 1.24 | 1.24 | 1.25 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 23.20 | 23.03 | 22.87 | 22.73 | 22.58 | 22.45 | 22.34 | 22.23 | 22.03 | 21.75 | 21.60 | 21.36 |
| Average Winners | 1.25 | 1.26 | 1.26 | 1.27 | 1.27 | 1.27 | 1.27 | 1.28 | 1.28 | 1.29 | 1.29 | 1.30 |

### Letter Y



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 29.36 | 26.59 | 25.13 | 24.13 | 23.41 | 22.82 | 22.34 | 21.95 | 21.62 | 21.32 | 21.05 | 20.81 |
| Average Winners | 1.14 | 1.16 | 1.18 | 1.19 | 1.21 | 1.22 | 1.23 | 1.24 | 1.25 | 1.26 | 1.26 | 1.27 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 20.60 | 20.41 | 20.22 | 20.06 | 19.90 | 19.74 | 19.61 | 19.48 | 19.25 | 18.95 | 18.77 | 18.53 |
| Average Winners | 1.28 | 1.29 | 1.30 | 1.31 | 1.31 | 1.32 | 1.32 | 1.33 | 1.35 | 1.37 | 1.39 | 1.41 |

### Letter Y (Up or Down)



2 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 26.61 | 24.12 | 22.82 | 21.97 | 21.30 | 20.80 | 20.39 | 20.05 | 19.74 | 19.48 | 19.25 | 19.05 |
| Average Winners | 1.17 | 1.20 | 1.22 | 1.24 | 1.25 | 1.27 | 1.29 | 1.30 | 1.32 | 1.33 | 1.35 | 1.36 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 18.85 | 18.68 | 18.52 | 18.39 | 18.26 | 18.12 | 18.03 | 17.90 | 17.70 | 17.45 | 17.28 | 17.08 |
| Average Winners | 1.38 | 1.39 | 1.40 | 1.42 | 1.43 | 1.45 | 1.46 | 1.48 | 1.51 | 1.54 | 1.57 | 1.63 |

### Letter Z



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 47.64 | 45.36 | 44.08 | 43.19 | 42.54 | 42.01 | 41.54 | 41.16 | 40.83 | 40.55 | 40.28 | 40.03 |
| Average Winners | 1.16 | 1.18 | 1.19 | 1.19 | 1.20 | 1.20 | 1.20 | 1.21 | 1.21 | 1.21 | 1.21 | 1.22 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 39.83 | 39.64 | 39.43 | 39.28 | 39.09 | 38.95 | 38.80 | 38.65 | 38.40 | 38.08 | 37.90 | 37.63 |
| Average Winners | 1.22 | 1.22 | 1.22 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 | 1.24 | 1.24 | 1.24 | 1.24 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Number Seven



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 37.33 | 34.64 | 33.17 | 32.18 | 31.42 | 30.84 | 30.35 | 29.94 | 29.58 | 29.27 | 28.96 | 28.73 |
| Average Winners | 1.14 | 1.16 | 1.17 | 1.18 | 1.18 | 1.19 | 1.20 | 1.20 | 1.21 | 1.21 | 1.21 | 1.22 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 28.47 | 28.27 | 28.07 | 27.89 | 27.74 | 27.57 | 27.41 | 27.27 | 27.02 | 26.67 | 26.47 | 26.20 |
| Average Winners | 1.22 | 1.22 | 1.23 | 1.23 | 1.24 | 1.24 | 1.24 | 1.24 | 1.25 | 1.26 | 1.26 | 1.27 |

### Outside Frame



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 54.51 | 52.66 | 51.61 | 50.90 | 50.37 | 49.91 | 49.55 | 49.24 | 48.96 | 48.71 | 48.49 | 48.28 |
| Average Winners | 1.27 | 1.29 | 1.30 | 1.31 | 1.32 | 1.32 | 1.32 | 1.33 | 1.33 | 1.34 | 1.34 | 1.34 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 48.09 | 47.93 | 47.77 | 47.62 | 47.50 | 47.36 | 47.23 | 47.12 | 46.92 | 46.64 | 46.45 | 46.24 |
| Average Winners | 1.34 | 1.34 | 1.35 | 1.35 | 1.35 | 1.36 | 1.36 | 1.36 | 1.36 | 1.37 | 1.37 | 1.37 |

### Picnic Table



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 45.70 | 43.32 | 42.01 | 41.11 | 40.42 | 39.87 | 39.41 | 39.03 | 38.68 | 38.40 | 38.12 | 37.88 |
| Average Winners | 1.17 | 1.19 | 1.19 | 1.20 | 1.21 | 1.21 | 1.21 | 1.22 | 1.22 | 1.23 | 1.23 | 1.23 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 37.65 | 37.44 | 37.27 | 37.08 | 36.92 | 36.76 | 36.62 | 36.49 | 36.25 | 35.90 | 35.71 | 35.42 |
| Average Winners | 1.23 | 1.24 | 1.24 | 1.24 | 1.24 | 1.25 | 1.25 | 1.25 | 1.25 | 1.26 | 1.26 | 1.26 |

### Postage Stamp

4 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 11.58 | 10.30 | 9.69 | 9.30 | 9.02 | 8.82 | 8.68 | 8.55 | 8.45 | 8.36 | 8.28 | 8.22 |
| Average Winners | 1.36 | 1.50 | 1.63 | 1.75 | 1.88 | 2.00 | 2.14 | 2.26 | 2.40 | 2.52 | 2.66 | 2.79 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 8.16 | 8.11 | 8.07 | 8.04 | 7.99 | 7.97 | 7.95 | 7.92 | 7.87 | 7.82 | 7.78 | 7.76 |
| Average Winners | 2.93 | 3.06 | 3.21 | 3.37 | 3.49 | 3.64 | 3.81 | 3.93 | 4.22 | 4.66 | 4.97 | 5.45 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Regular Bingo



12 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 13.20 | 11.71 | 11.01 | 10.54 | 10.22 | 9.98 | 9.79 | 9.64 | 9.51 | 9.40 | 9.32 | 9.25 |
| Average Winners | 1.32 | 1.44 | 1.57 | 1.68 | 1.78 | 1.89 | 2.01 | 2.12 | 2.21 | 2.33 | 2.44 | 2.56 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 9.17 | 9.12 | 9.07 | 9.02 | 8.98 | 8.94 | 8.90 | 8.87 | 8.84 | 8.76 | 8.73 | 8.69 |
| Average Winners | 2.69 | 2.79 | 2.91 | 3.02 | 3.14 | 3.25 | 3.37 | 3.50 | 3.77 | 4.14 | 4.40 | 4.79 |

### Regular Bingo or Four Corners



13 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 12.75 | 11.31 | 10.58 | 10.14 | 9.80 | 9.56 | 9.39 | 9.23 | 9.10 | 8.99 | 8.90 | 8.82 |
| Average Winners | 1.31 | 1.43 | 1.52 | 1.61 | 1.69 | 1.78 | 1.86 | 1.94 | 2.02 | 2.10 | 2.19 | 2.27 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 8.75 | 8.67 | 8.63 | 8.58 | 8.52 | 8.47 | 8.44 | 8.41 | 8.36 | 8.27 | 8.24 | 8.19 |
| Average Winners | 2.36 | 2.45 | 2.54 | 2.63 | 2.71 | 2.79 | 2.88 | 2.98 | 3.17 | 3.44 | 3.63 | 3.93 |

### Regular Bingo or Postage Stamp



16 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 11.80 | 10.47 | 9.83 | 9.41 | 9.09 | 8.88 | 8.70 | 8.55 | 8.43 | 8.32 | 8.23 | 8.15 |
| Average Winners | 1.33 | 1.43 | 1.52 | 1.60 | 1.66 | 1.74 | 1.81 | 1.87 | 1.93 | 2.00 | 2.07 | 2.13 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 8.09 | 8.03 | 7.97 | 7.92 | 7.88 | 7.85 | 7.81 | 7.77 | 7.72 | 7.65 | 7.61 | 7.55 |
| Average Winners | 2.20 | 2.27 | 2.34 | 2.41 | 2.48 | 2.56 | 2.62 | 2.70 | 2.85 | 3.08 | 3.24 | 3.48 |

### Regular Bingo, Four Corners, or Postage Stamp



17 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 11.55 | 10.23 | 9.60 | 9.19 | 8.88 | 8.65 | 8.47 | 8.33 | 8.21 | 8.10 | 8.01 | 7.94 |
| Average Winners | 1.32 | 1.42 | 1.51 | 1.59 | 1.65 | 1.72 | 1.78 | 1.85 | 1.90 | 1.96 | 2.03 | 2.09 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 7.87 | 7.81 | 7.76 | 7.71 | 7.66 | 7.62 | 7.58 | 7.56 | 7.50 | 7.42 | 7.39 | 7.33 |
| Average Winners | 2.15 | 2.23 | 2.29 | 2.36 | 2.41 | 2.49 | 2.55 | 2.63 | 2.77 | 2.99 | 3.14 | 3.35 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Regular Bingo with Four Corners



12 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 25.90 | 23.67 | 22.45 | 21.69 | 21.13 | 20.66 | 20.29 | 19.99 | 19.70 | 19.49 | 19.28 | 19.09 |
| Average Winners | 1.24 | 1.28 | 1.30 | 1.33 | 1.35 | 1.36 | 1.39 | 1.41 | 1.42 | 1.44 | 1.46 | 1.48 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 18.91 | 18.78 | 18.63 | 18.49 | 18.38 | 18.25 | 18.15 | 18.05 | 17.87 | 17.65 | 17.51 | 17.33 |
| Average Winners | 1.49 | 1.51 | 1.53 | 1.54 | 1.56 | 1.58 | 1.59 | 1.61 | 1.63 | 1.69 | 1.72 | 1.77 |

### Regular Bingo with Postage Stamp



48 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 22.00 | 20.19 | 19.23 | 18.59 | 18.11 | 17.75 | 17.44 | 17.18 | 16.95 | 16.75 | 16.57 | 16.41 |
| Average Winners | 1.22 | 1.25 | 1.28 | 1.30 | 1.32 | 1.33 | 1.34 | 1.36 | 1.37 | 1.38 | 1.39 | 1.39 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 16.26 | 16.13 | 16.02 | 15.90 | 15.79 | 15.69 | 15.61 | 15.52 | 15.36 | 15.17 | 15.05 | 14.87 |
| Average Winners | 1.40 | 1.41 | 1.42 | 1.43 | 1.44 | 1.44 | 1.45 | 1.46 | 1.47 | 1.49 | 1.50 | 1.52 |

### Regular Bingo with Four Corners and Postage Stamp



48 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 31.15 | 29.05 | 27.92 | 27.17 | 26.59 | 26.16 | 25.79 | 25.45 | 25.19 | 24.93 | 24.74 | 24.55 |
| Average Winners | 1.23 | 1.26 | 1.28 | 1.30 | 1.31 | 1.32 | 1.33 | 1.34 | 1.34 | 1.35 | 1.36 | 1.37 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 24.38 | 24.21 | 24.06 | 23.93 | 23.81 | 23.68 | 23.57 | 23.46 | 23.26 | 23.01 | 22.86 | 22.64 |
| Average Winners | 1.38 | 1.38 | 1.39 | 1.39 | 1.40 | 1.40 | 1.40 | 1.41 | 1.42 | 1.44 | 1.44 | 1.46 |

### Six-Pack (Free Space OK)



24 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 16.14 | 14.56 | 13.78 | 13.24 | 12.87 | 12.56 | 12.32 | 12.13 | 11.95 | 11.79 | 11.65 | 11.54 |
| Average Winners | 1.30 | 1.37 | 1.42 | 1.47 | 1.51 | 1.54 | 1.58 | 1.61 | 1.64 | 1.67 | 1.69 | 1.72 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 11.43 | 11.34 | 11.25 | 11.16 | 11.11 | 11.02 | 10.96 | 10.89 | 10.80 | 10.65 | 10.58 | 10.46 |
| Average Winners | 1.75 | 1.78 | 1.80 | 1.83 | 1.86 | 1.88 | 1.90 | 1.93 | 1.99 | 2.06 | 2.10 | 2.17 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Six-Pack (Hardway)



12 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 20.92 | 19.07 | 18.12 | 17.47 | 17.01 | 16.64 | 16.34 | 16.09 | 15.87 | 15.67 | 15.51 | 15.35 |
| Average Winners | 1.24 | 1.29 | 1.33 | 1.35 | 1.38 | 1.41 | 1.42 | 1.44 | 1.46 | 1.47 | 1.49 | 1.50 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 15.22 | 15.10 | 14.98 | 14.87 | 14.76 | 14.68 | 14.58 | 14.51 | 14.36 | 14.17 | 14.05 | 13.92 |
| Average Winners | 1.52 | 1.53 | 1.54 | 1.55 | 1.56 | 1.58 | 1.59 | 1.60 | 1.62 | 1.66 | 1.67 | 1.71 |

### Small Corner Triangle



4 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 24.26 | 22.13 | 21.01 | 20.27 | 19.71 | 19.28 | 18.93 | 18.64 | 18.36 | 18.15 | 17.93 | 17.76 |
| Average Winners | 1.22 | 1.27 | 1.30 | 1.33 | 1.35 | 1.37 | 1.40 | 1.42 | 1.43 | 1.46 | 1.46 | 1.49 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 17.61 | 17.46 | 17.34 | 17.20 | 17.08 | 16.97 | 16.88 | 16.79 | 16.60 | 16.39 | 16.26 | 16.08 |
| Average Winners | 1.50 | 1.52 | 1.54 | 1.55 | 1.57 | 1.58 | 1.59 | 1.61 | 1.63 | 1.68 | 1.71 | 1.74 |

### Small Corner X



4 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 13.91 | 12.27 | 11.49 | 11.00 | 10.63 | 10.35 | 10.16 | 9.99 | 9.85 | 9.73 | 9.64 | 9.56 |
| Average Winners | 1.29 | 1.44 | 1.58 | 1.73 | 1.86 | 2.01 | 2.16 | 2.31 | 2.45 | 2.62 | 2.77 | 2.93 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 9.49 | 9.42 | 9.35 | 9.31 | 9.26 | 9.21 | 9.18 | 9.15 | 9.09 | 9.00 | 8.96 | 8.91 |
| Average Winners | 3.10 | 3.24 | 3.40 | 3.57 | 3.74 | 3.89 | 4.08 | 4.25 | 4.56 | 5.08 | 5.45 | 5.94 |

### Small Crazy L



4 ways to win
B & O balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 12.48 | 11.25 | 10.63 | 10.22 | 9.93 | 9.69 | 9.51 | 9.35 | 9.22 | 9.12 | 9.01 | 8.92 |
| Average Winners | 1.31 | 1.38 | 1.44 | 1.50 | 1.55 | 1.61 | 1.66 | 1.71 | 1.76 | 1.81 | 1.85 | 1.91 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 8.85 | 8.77 | 8.70 | 8.64 | 8.59 | 8.53 | 8.49 | 8.44 | 8.37 | 8.26 | 8.20 | 8.12 |
| Average Winners | 1.96 | 2.01 | 2.06 | 2.10 | 2.14 | 2.19 | 2.26 | 2.30 | 2.39 | 2.53 | 2.63 | 2.75 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Small Crazy T



4 ways to win
B & O balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 8.93 | 7.92 | 7.42 | 7.10 | 6.88 | 6.71 | 6.58 | 6.48 | 6.38 | 6.31 | 6.24 | 6.19 |
| Average Winners | 1.35 | 1.50 | 1.65 | 1.80 | 1.95 | 2.10 | 2.24 | 2.41 | 2.55 | 2.72 | 2.86 | 3.02 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 6.14 | 6.09 | 6.05 | 6.02 | 5.98 | 5.94 | 5.92 | 5.90 | 5.85 | 5.80 | 5.76 | 5.72 |
| Average Winners | 3.18 | 3.32 | 3.51 | 3.66 | 3.79 | 3.95 | 4.10 | 4.28 | 4.62 | 5.11 | 5.35 | 5.87 |

### Small Diamond



1 way to win
B & O balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 11.88 | 10.47 | 9.78 | 9.33 | 9.01 | 8.76 | 8.56 | 8.41 | 8.28 | 8.18 | 8.08 | 7.99 |
| Average Winners | 1.29 | 1.38 | 1.47 | 1.55 | 1.63 | 1.70 | 1.78 | 1.85 | 1.93 | 2.01 | 2.10 | 2.18 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 7.92 | 7.85 | 7.80 | 7.74 | 7.70 | 7.66 | 7.62 | 7.58 | 7.51 | 7.45 | 7.40 | 7.34 |
| Average Winners | 2.28 | 2.36 | 2.44 | 2.54 | 2.64 | 2.73 | 2.82 | 2.90 | 3.09 | 3.41 | 3.59 | 3.88 |

### Small Diamond with Four Corners



1 way to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 37.34 | 34.64 | 33.17 | 32.18 | 31.44 | 30.84 | 30.36 | 29.94 | 29.56 | 29.25 | 28.96 | 28.71 |
| Average Winners | 1.15 | 1.16 | 1.17 | 1.18 | 1.19 | 1.19 | 1.20 | 1.20 | 1.21 | 1.21 | 1.21 | 1.22 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 28.48 | 28.28 | 28.07 | 27.89 | 27.72 | 27.55 | 27.42 | 27.26 | 27.02 | 26.67 | 26.47 | 26.18 |
| Average Winners | 1.22 | 1.22 | 1.23 | 1.23 | 1.23 | 1.23 | 1.24 | 1.24 | 1.25 | 1.25 | 1.26 | 1.26 |

### Triple Bingo



220 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 32.88 | 31.23 | 30.31 | 29.67 | 29.22 | 28.83 | 28.52 | 28.25 | 28.02 | 27.82 | 27.63 | 27.47 |
| Average Winners | 1.21 | 1.23 | 1.25 | 1.25 | 1.26 | 1.27 | 1.27 | 1.28 | 1.28 | 1.29 | 1.29 | 1.30 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 27.30 | 27.18 | 27.05 | 26.92 | 26.81 | 26.70 | 26.61 | 26.51 | 26.34 | 26.12 | 25.99 | 25.80 |
| Average Winners | 1.30 | 1.30 | 1.30 | 1.30 | 1.31 | 1.31 | 1.31 | 1.31 | 1.32 | 1.33 | 1.33 | 1.33 |

WizardOfOdds.com

## Bingo Pattern Probabilities

### Triple Hardway Bingo



56 ways to win

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 39.05 | 37.32 | 36.37 | 35.71 | 35.22 | 34.82 | 34.49 | 34.20 | 33.96 | 33.74 | 33.54 | 33.36 |
| Average Winners | 1.21 | 1.23 | 1.25 | 1.25 | 1.26 | 1.27 | 1.27 | 1.27 | 1.28 | 1.28 | 1.29 | 1.29 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 33.21 | 33.05 | 32.91 | 32.79 | 32.66 | 32.55 | 32.45 | 32.35 | 32.16 | 31.92 | 31.77 | 31.57 |
| Average Winners | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 | 1.31 | 1.31 | 1.31 | 1.32 | 1.32 | 1.32 |

### Triple Postage Stamp



4 ways to win
N balls not in play

| Cards in Play | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 | 3300 | 3600 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Calls | 35.19 | 33.57 | 32.66 | 32.06 | 31.59 | 31.21 | 30.89 | 30.62 | 30.39 | 30.20 | 30.00 | 29.83 |
| Average Winners | 1.22 | 1.24 | 1.25 | 1.26 | 1.27 | 1.28 | 1.28 | 1.28 | 1.29 | 1.29 | 1.29 | 1.30 |
| Cards in Play | 3900 | 4200 | 4500 | 4800 | 5100 | 5400 | 5700 | 6000 | 6600 | 7500 | 8400 | 9000 |
| Average Calls | 29.68 | 29.53 | 29.40 | 29.28 | 29.18 | 29.07 | 28.97 | 28.87 | 28.70 | 28.46 | 28.33 | 28.14 |
| Average Winners | 1.30 | 1.30 | 1.31 | 1.31 | 1.31 | 1.31 | 1.32 | 1.32 | 1.32 | 1.33 | 1.33 | 1.33 |

WizardOfOdds.com