# EXHIBITS 1 – 17, 22 – 27, 29 - 30, 32 – 39, 43 – 46, 48 - 52

# FILED UNDER SEAL