# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Michael Sawyer

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5257
msawyer@cov.com

**Via Federal Express**

November 16, 2018

United States District Court for the Northern District of Oklahoma
Clerk's Office
333 West Fourth St., Room 411
Tulsa, OK 74103

FILED
NOV 2 0 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Re:   *Video Gaming Technologies, Inc. v. Castle Hill Studios, et al.*, Case No. 4:17-cv-00454-GKF-JFJ

Dear Clerk:

Please find enclosed for conventional filing Exhibit 167 to the Declaration of Gary Rubman in Support of Plaintiff's Response and Brief in Opposition to Defendant's Motion for Summary Judgment. This exhibit contains media files that could not be submitted through ECF.

Sincerely,

Michael S. Sawyer

Enclosures

cc:   Robert Gill, counsel for Defendants

# ITEM NOT IMAGED

☑ CD/DVD
☐ VHS TAPE
☐ OTHER:_____

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

