# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00454-GKF-JFJ |
| | ) |
| CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO STRIKE DECLARATIONS OF STACY FRIEDMAN AND JOSH DAVIS SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Before the Court is Plaintiff's Unopposed Motion to Extend Deadline for Response to Defendants' Motion to Strike Declarations of Stacy Friedman and Josh Davis Submitted in Support of Plaintiff's Motion for Partial Summary Judgment ("Motion") (Dkt. 250). Being fully advised, and for the reasons stated in the Motion, the Court hereby grants the Motion

IT IS THEREFORE ORDERED that Plaintiff's response to Defendants' Motion to Strike Declarations of Stacy Friedman and Josh Davis Submitted in Support of Plaintiff's Motion for Partial Summary Judgment shall be filed no later than December 14, 2018. Defendants shall have until December 28, 2018 to file a reply.

DATED this 3rd day of December, 2018.

GREGORY K. FRIZZELL, CHIEF JUDGE