# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>   (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>   (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>   (d/b/a CASTLE HILL GAMING)<br><br>Defendants. | Case No. 4:17-cv-00454-GKF-jfj |

## DECLARATION OF GARY M. RUBMAN IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* REGARDING THIRD PARTY GAMES

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT").

2. Attached as **Exhibit 1** is a true and correct copy of the Response to Interrogatory No. 26 in Defendants' Supplemental Objections and Responses to Plaintiff's Seventh Set of Interrogatories, dated August 1, 2018.

3. Attached as **Exhibit 2** is a true and correct copy of the Response to Request No. 84 in Defendants' Objections and Responses to Plaintiff's Ninth Set of Requests for Production of Documents and Things, dated July 17, 2018.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition testimony of Jon Yarbrough, dated July 11, 2018.

5. Attached as **Exhibit 4** is a true and correct copy of the Response to Interrogatory No. 2 in Plaintiff's Sixth Supplemental Objections and Responses to Defendants' First Set of Interrogatories, dated August 3, 2018.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2018 in Washington, District of Columbia.

*/s/ Gary M. Rubman*
Gary M. Rubman

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I filed the foregoing Declaration of Rebecca Dalton via ECF, which caused a true and correct copy of the foregoing to be delivered to the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

/s/ Gary M. Rubman