**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1)  VIDEO GAMING TECHNOLOGIES, INC., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                                          ) | Case No. 4:17-cv-00454-GKF-JFJ |
| ) | |
| 1)  CASTLE HILL STUDIOS LLC                 ) | |
| (d/b/a CASTLE HILL GAMING);              ) | |
| 2)  CASTLE HILL HOLDING LLC               ) | |
| (d/b/a CASTLE HILL GAMING); and       ) | |
| 3)  IRONWORKS DEVELOPMENT, LLC       ) | |
| (d/b/a CASTLE HILL GAMING)                ) | |
| ) | |
| Defendants.                           ) | |

**DECLARATION OF MICHAEL S. SAWYER IN SUPPORT OF PLAINTIFF VIDEO GAMING TECHNOLOGY, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DECLARATIONS OF STACY FRIEDMAN AND JOSH DAVIS SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1.       I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT").  I was admitted *pro hac vice* in this case on August 9, 2017.

2.       Attached as **Exhibit O** is a true and correct copy of excerpts from the transcript of the deposition of Stacy Friedman, taken on September 24, 2018.

3.       Attached as **Exhibit P** is a true and correct copy of VGT's Rule 26(a)(1) Initial Disclosures, dated October 6, 2017.

4.       Attached as **Exhibit Q** is a true and correct copy of VGT's Objections and Responses to Defendant Castle Hill Studio LLC's First Set of Interrogatories (Nos. 1–13), dated November 22, 2017.

5.      Attached as **Exhibit S** is a true and correct copy of excerpts from the transcript of the deposition of Robert M. Zeidman, taken on September 28, 2018.

6.      Attached as **Exhibit T** is a true and correct copy of excerpts from Plaintiff's First Supplemental Objections and Responses to Defendant Castle Hill Studio LLC's First Set of Interrogatories (Nos. 1–13), dated December 27, 2017.

7.      Attached as **Exhibit U** is a true and correct copy of excerpts from Plaintiff's Sixth Supplemental Objections and Responses to Defendant Castle Hill Studio LLC's First Set of Interrogatories (Nos. 1–13), dated August 3, 2018.

8.      Attached as **Exhibit V** is a true and correct copy of excerpts from the transcript of the deposition of Paul Suggs, taken on June 8, 2018.

9.      Attached as **Exhibit W** is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Alan R. Roireau, taken on August 1, 2018.

10.     Attached as **Exhibit X** is a true and correct copy of a letter from Michael S. Sawyer to Robert C. Gill, dated April 11, 2018.

11.     I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2018 in Washington, D.C.

*/s/ Michael S. Sawyer*
Michael S. Sawyer

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I filed a copy of the foregoing via ECF,

which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                          */s/ Gary M. Rubman*

3