UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

vs.

CASTLE HILL STUDIOS LLC, *et al.*

    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

### DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE DECLARATIONS SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit A** is a true and correct copy of the Declaration of Stacy Friedman in Support of Plaintiff's Response to Defendants' Motion for Summary Judgment dated November 16, 2018.

3. Attached as **Exhibit B** is a true and correct copy of the Declaration of Josh Davis in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment dated November 14, 2018.

4. Attached as **Exhibit C** is a true and correct copy of the Declaration of Chris Schults in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment dated November 14, 2018.

5. Attached as **Exhibit D** is a true and correct copy of the Declaration of Ryan North dated on or about November 15, 2018.

2

      6.      Attached as **Exhibit E** is a true and correct copy of excerpts from the 30(b)(6) Deposition of Don Kovach dated August 2, 2018.

      7.      I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2018 in Washington, District of Columbia.

      */s/ Robert C. Gill*
      Robert C. Gill

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of December, 2018, I caused an unredacted copy of the foregoing Declaration to be served on the following counsel for Plaintiff who have consented to email service, via email:

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Michael Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

                                      */s/ Robert C. Gill*
                                      Robert C. Gill