# EXHIBITS A, B, C, and E

# FILED UNDER SEAL