# EXHIBIT D

**I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1)  VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-JFJ |
| | ) | |
| 1)  CASTLE HILL STUDIOS LLC | ) | **DECLARATION OF RYAN NORTH** |
| (d/b/a CASTLE HILL GAMING); | ) | |
| 2)  CASTLE HILL HOLDING LLC | ) | |
| (d/b/a CASTLE HILL GAMING); and | ) | |
| 3)  IRONWORKS DEVELOPMENT, LLC | ) | |
| (d/b/a CASTLE HILL GAMING) | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DECLARATION OF RYAN NORTH**</u>

     1.     I am a product marketing manager at Aristocrat Technologies, Inc., parent corporation of Video Gaming Technologies ("VGT").  In this position, I am responsible for the strategy with regard to all mechanical reel games offered by both VGT and Aristocrat.  I have held this position since December 2016.  Before then, I held the position of product manager for VGT for five years, which involved similar responsibilities but was limited to VGT's mechanical reel games.

     2.     In both my professional and personal capacities, I spend a significant amount of time in casinos.  Based on this experience and my general knowledge of VGT's product strategy, I estimate that the majority of VGT's mechanical reel games in the standard-sized LS cabinet in casinos today do not have edge lighting.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed this _5_ day of November 2018 in Broken Arrow, Oklahoma.

Ryan North