# Appendix A
# Mr. Money Bags

# Mr. Money Bags





# "Modernized" Mr. Money Bags







# Mr. Money Bags II





# Mr. Money Bags Deluxe!







# Mr. Money Bags Deluxe Beach



# Mr. Money Bags Lucky Streak





# Mr. Money Bags Road to Riches





# Mr. Money Bags Sparkling Wilds





# Mr. Money Bags Bringin' The Bucks

