# Appendix B
# Polar High Roller

# Polar High Roller





_____

# Polar High Roller Lightning Wilds







# Fortune Flurry



# Frozen Fortunes

