# Appendix C
# Crazy Bill

Case 4:17-cv-00454-GKF-JFJ     Document 275-3 Filed in USDC ND/OK on 12/14/18     Page 1 of 5

# Crazy Bill's Gold Strike





Crazy Bill's Gold Strike

# Crazy Billions





## Dynamite Daisy





# Crazy Bill Gushin' Gold







