# Appendix D
# Greenback Jack

# Greenback Jack





Greenback Jack