# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>    (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>    (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>    (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:17-cv-00454-GKF-jfj <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF GARY RUBMAN IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT").

2. Attached as **Exhibit SS** is a true and correct copy of excerpts from the 30(b)(6) deposition testimony of Richard Williamson, dated October 2, 2018.

3. Attached as **Exhibit TT** is a true and correct copy of VGT's Deposition Exhibit No. 427, a document produced by Castle Hill bearing Bates numbers CHG0120674–81, that was used during the July 11, 2018 deposition of Jason Sprinkle.

4. Attached as **Exhibit UU** is a true and correct copy of excerpts from the fact deposition testimony of Paul Suggs, dated June 8, 2018.

5. Attached as **Exhibit VV** is a true and correct copy of excerpts from the 30(b)(6) deposition testimony of Alan Roireau, dated October 1, 2018.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2018 in Washington, District of Columbia.

                                                  */s/ Gary M. Rubman*
                                                  Gary M. Rubman

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018, I filed a copy of the foregoing via ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                    */s/ Gary M. Rubman*