# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>   (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>   (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>   (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-JFJ <br><br> **REDACTED** |

### DECLARATION OF PETER A. SWANSON IN SUPPORT OF PLAINTIFF VIDEO GAMING TECHNOLOGY, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE DECLARATIONS

1. I am an attorney with the law firm of Covington & Burling LLP, counsel for Plaintiff Video Gaming Technologies, Inc. ("VGT"). I was admitted *pro hac vice* in this case on August 9, 2017.

2. Attached as **Exhibit F** is a true and correct copy of excerpts from VGT's Third Supplemental Objections and Responses to Defendant Castle Hill Studio LLC's First Set of Interrogatories (Nos. 4–6), dated June 5, 2018.

3. Attached as **Exhibit G** is a true and correct copy of excerpts from VGT's Objections and Responses to Defendant Castle Hill Studio LLC's First Set of Interrogatories (Nos. 1–13), dated November 22, 2017.

4. Attached as **Exhibit H** is a true and correct copy of excerpts from VGT's First Supplemental Objections and Responses to Defendant Castle Hill Studio LLC's First Set of Interrogatories (Nos. 1–13), dated December 27, 2017.

5. Attached as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of Ryan North, taken on April 26, 2018.

6. Attached as **Exhibit J** is a true and correct copy of the opening expert report of Stacy Friedman, dated August 10, 2018.

7. Attached as **Exhibit K** is a true and correct copy of the reply expert report of Stacy Friedman, dated September 14, 2018.

8. Attached as **Exhibit L** is a true and correct copy of excerpts from the transcript of the deposition of Stacy Friedman, taken on September 24, 2018.

9. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2019 in Washington, D.C.

*/s/ Peter A. Swanson*
Peter A. Swanson

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I caused a redacted copy of the foregoing to be filed via ECF, which effected service on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

/s/ Peter A. Swanson