# EXHIBITS B – I

## FILED UNDER SEAL