# EXHIBIT 3

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Gary M. Rubman

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5465
grubman@cov.com

**Via Email**                                                    November 28, 2018

Jonathan Jacobs
Zobrist Law Group, PLLC
1900 Arlington Boulevard, Ste B
Charlottesville, VA 22903
jjacobs@zoblaw.com

Re:   *Video Gaming Technologies, Inc. v. Castle Hill Studios,*
      *et al.*, Case No. 4:17-cv-00454-GKF-JFJ

Dear Jonny:

I write regarding the designations for the depositions of Richard Williamson, both in his individual capacity and as a corporate designee.

## I.   June 14 Deposition

VGT hereby designates the June 14, 2018 transcript as follows:

| | |
|---|---|
| 4:13-16 | Highly Confidential |
| 5:5-6 | Highly Confidential |
| 20:12-19 | Confidential |
| 28:8-10, 20-25 | Highly Confidential |
| 29:1-5 | Highly Confidential |
| 45:11-25 | Highly Confidential |
| 46:1 - 47:16 | Highly Confidential |
| 48:10 - 49:7 | Highly Confidential |
| 63:4 - 65:16 | Highly Confidential |
| 73:2 - 74:2 | Highly Confidential |
| 75:12-25 | Confidential |
| 76:1-10 | Confidential |
| 76:24 - 77:16 | Highly Confidential |
| 81:1-25 | Highly Confidential |
| 82:1-17, 20-23 | Highly Confidential |
| 84:15 - 87:13 | Highly Confidential |
| 88:20 - 91:4 | Highly Confidential |

# COVINGTON

Jonathan Jacobs
November 28, 2018
Page 2

| | |
|---|---|
| 92:21-25 | Confidential |
| 93:1-25 | Confidential |
| 94:1-3 | Confidential |
| 94:11-25 | Highly Confidential |
| 98:19-24 | Highly Confidential |
| 99:4-24 | Highly Confidential |
| 102:2-25 | Highly Confidential |
| 103: 1-25 | Highly Confidential |
| 104:1-6 | Highly Confidential |
| 105:2-12 | Confidential |
| 105:13 - 110:4 | Highly Confidential |
| 111:15 - 115:25 | Highly Confidential |
| 116:20-25 | Highly Confidential |
| 117:1-19 | Confidential |
| 118:3-20 | Highly Confidential |
| 119:13-20 | Highly Confidential |
| 120:6-9, 19-25 | Highly Confidential |
| 121:6-25 | Highly Confidential |
| 122:24 - 124:23 | Highly Confidential |
| 125:25 - 126:10 | Highly Confidential |
| 126:22-25 | Highly Confidential |

VGT also designates all deposition exhibits to the June 14 deposition as Highly Confidential:

| | |
|---|---|
| Exhibit No. 10 | Highly Confidential |
| Exhibit No. 101 | Highly Confidential |
| Exhibit No. 102 | Highly Confidential |
| Exhibit No. 103 | Highly Confidential |
| Exhibit No. 104 | Highly Confidential |
| Exhibit No. 105 | Highly Confidential |
| Exhibit No. 106 | Highly Confidential |
| Exhibit No. 107 | Highly Confidential |
| Exhibit No. 108 | Highly Confidential |
| Exhibit No. 109 | Highly Confidential |

VGT de-designates the remainder of this deposition transcript.

**COVINGTON**

Jonathan Jacobs
November 28, 2018
Page 3

### II.  October 2 Deposition

VGT hereby designates the October 2, 2018 transcript as follows:

| | |
|---|---|
| 12:3-8 | Highly Confidential |
| 13:24 - 14:12 | Highly Confidential |
| 23:13 - 24:16 | Highly Confidential |
| 25:3-11 | Highly Confidential |
| 25:16 - 27:19 | Highly Confidential |
| 28:16-22 | Highly Confidential |
| 31:5 - 33:15 | Highly Confidential |
| 36:10-16 | Highly Confidential |
| 37:25 - 38:13 | Highly Confidential |
| 40:3-13 | Highly Confidential |
| 41:13 - 42:25 | Highly Confidential |
| 43:14 - 45:3 | Highly Confidential |
| 45:10 - 48:5 | Highly Confidential |
| 48:14-25 | Highly Confidential |
| 51:19 - 54:5 | Highly Confidential |
| 55:6-13 | Highly Confidential |
| 56:9 - 61:19 | Highly Confidential |
| 62:20 - 64:9 | Highly Confidential |
| 69:25 - 73:16 | Highly Confidential |
| 75:8 - 77:2 | Highly Confidential |
| 78:3 -82:24 | Highly Confidential |
| 84:8 - 85:19 | Highly Confidential |

VGT also designates the following deposition exhibits to the October 2 deposition as Highly Confidential:

| | |
|---|---|
| Exhibit No. 105 | Highly Confidential |
| Exhibit No. 4 | Highly Confidential |
| Exhibit No. 5 | Highly Confidential |
| Exhibit No. 6 | Highly Confidential |
| Exhibit No. 7 | Highly Confidential |
| Exhibit No. 9 | Highly Confidential |

Henry Platt represented that Exhibit No. 8 to the October 2 deposition was downloaded from a website. If CHG can provide the URL of that website, VGT is prepared to review Mr. Platt's

**COVINGTON**

Jonathan Jacobs
November 28, 2018
Page 4

claim and, if appropriate, de-designate Exhibit No. 8.  Subject to that caveat, VGT de-designates the remainder of the October 2 transcript.

Sincerely,

*Gary Rubman*

Gary M. Rubman