# EXHIBIT 9

|   |   |
|---|---|
| **From:** | Gill, Robert C. |
| **To:** | Rubman, Gary; Jonathan Jacobs |
| **Cc:** | Schaufelberger, Thomas S.; Platt, Henry A.; Flax, Sherry H.; Antonelli, Matthew; Darling, Jeremy B.; Duane Zobrist; Jim Hodges; Hibner-Spencer, Jennifer; VGTvCastleHill; dluthey@gablelaw.com |
| **Subject:** | RE: Meet and confer follow-up |
| **Date:** | Friday, January 25, 2019 1:21:29 PM |
| **Attachments:** | image001.png |

Gary:

This follows up on several matters that were the subject of your meet and confer with Jonny Jacobs and/or correspondence with the larger group of us, in an effort to resolve these outstanding issues.

1)    We agree to produce the other photographs taken by Joe Valandra that were not used in his expert report as you have requested;

2)    We have asked CHG for updated financial information for us as a supplemental production. We do not yet have this information, but understand that it is being compiled in a format that is similar to our prior financial productions. This update will include financial data through December 31, 2018. However, the information is unaudited, and subject to normal year end adjustment of entries for balance sheet corrections and such through March 1, 2019.

3)    The Sisson errata sheet issue that you identified at page 252, line 2 of his transcript does seem to be a mistake, but also seems to not be material, and that particular designation is withdrawn;

4)    We are undertaking a review of the Jason Sprinkle testimony and exhibits for purposes of re-designating that material under the protective order. It is not an insignificant undertaking, and will take us at roughly ten days to complete this task given other obligations.

Please let us know whether Mr. Friedman has notes from his casino visits, and whether you will produce those notes to us as requested.

Bob



**Robert C. Gill**

1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434

Tel: 202.295.6605 | Fax: 202.295.6705

Robert.Gill@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient

(even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.

+~~~~~~~~~~~~~~~~~~~~~~~+