# DECLARATION OF
# RICHARD WILLIAMSON


# FILED UNDER SEAL