# EXHIBIT 3

**From:** Rubman, Gary grubman@cov.com
**Subject:** RE: VGT v. CHG
**Date:** December 17, 2018 at 6:07 PM
**To:** Jonathan Jacobs jjacobs@zoblaw.com



Agreed.

**From:** Jonathan Jacobs <jjacobs@zoblaw.com>
**Sent:** Monday, December 17, 2018 4:06 PM
**To:** Rubman, Gary <grubman@cov.com>
**Subject:** Re: VGT v. CHG

Gary,

Going through my notes, I thought you had de-designated Exhibit 8 to the October 2 Williamson deposition, but I was mistaken. Are you de-designating? See below and your November 28, 2018 letter.

Thanks,

Jonny

On Nov 30, 2018, at 11:56 AM, Platt, Henry A. <Henry.Platt@saul.com> wrote:

Gary:

Exhibit 8 to the Williamson 30(b)(6) deposition was downloaded from the following website: www.nagra.org/associations/5497/files/NAGRA-2012-Class-II-Gaming-Systems.pdf

Henry

_____
**Henry A. Platt | Partner | Saul Ewing Arnstein & Lehr LLP**
Phone: 202.333.8800 | Direct: 202.342.3447 | Fax: 202.295.6776
E-mail: Henry.Platt@saul.com | Web: www.saul.com

**From:** Rubman, Gary [mailto:grubman@cov.com]
**Sent:** Wednesday, November 28, 2018 4:13 PM
**To:** Jonathan Jacobs; Dalton, Rebecca; Schaufelberger, Thomas S.; Platt, Henry A.; Gill, Robert C.; Flax, Sherry H.; Antonelli, Matthew; Darling, Jeremy B.; Duane Zobrist; Jim Hodges; Hibner-Spencer, Jennifer

**Cc:** VGTvCastleHill; dluthey@gablelaw.com
**Subject:** VGT v. CHG

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Counsel,

Please see the attached correspondence.

Best regards,

- Gary

## Gary Rubman

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5465 | grubman@cov.com
www.cov.com

<image001.jpg>

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+