# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
          Plaintiff,        Case Number: 17-CV-454-GKF-JFJ

vs.                                  Proceeding: Telephone Status Hearing
                                    Date: 2-25-2019
CASTLE HILL STUDIOS LLC, et al,,        Court Time: 1:30 p.m.
          Defendants.

### MINUTE SHEET

Gregory K. Frizzell, Chief District Judge    K. Perkins, Deputy Clerk    Brian Neil, Reporter

Counsel for Plaintiff: Peter Swanson, Gary Rubman, Dean Luthey

Counsel for Defendant: Robert Gill, Jeremy Darling, Duane Zobrist, Henry Platt, Jonathan Jacobs, Matthew Antonelli

Minutes: Case called for hearing to discuss the status of pending motions and scheduling. There are seven (7) motions in limine that will need to be ruled on prior to the motions for summary judgment. Counsel agree that Daubert motions at Doc. #165, 170, and 173 can be decided on the papers and will not require hearings. Extending the current schedule with an August trial setting was discussed. Separate amended schedule will be entered.

Court Time: 1:36 - 1:47 p.m.