IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br> (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br> (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br> (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-jfj |

**JOINT REQUEST FOR STATUS CONFERENCE**

Plaintiff ("VGT") and Defendants ("CHG") jointly submit this request for a status conference to discuss the present case schedule.

During the February 25, 2019 status conference, the Court set this case for trial on August 19, 2019. The Court subsequently issued an amended scheduling order reflecting this schedule. (Dkt. 304.) As the scheduling order indicates, the trial is a non-jury trial and is expected to last approximately two weeks.

VGT has learned that this trial schedule would present difficulties for certain VGT representatives and counsel, who would be unable to attend at least parts of the trial. VGT has raised these concerns with CHG, and the parties have had several productive discussions regarding the possible rescheduling of the trial. The parties believe a status conference would be appropriate to discuss this issue with the Court.

Accordingly, the parties respectfully request that the Court schedule a status conference at the Court's convenience for the purpose of discussing the case schedule.

March 15, 2019                                                                 Respectfully submitted,

| | |
|---|---|
| */s/ Gary M. Rubman* | */s/ Robert C. Gill* |
| Graydon Dean Luthey, Jr., OBA No. 5568 | Robert C. Gill (admitted *pro hac vice*) |
| GABLE GOTWALS | Henry A. Platt (admitted *pro hac vice*) |
| 1100 ONEOK Plaza | Thomas S. Schaufelberger (admitted *pro hac vice*) |
| 100 West Fifth Street | |
| Tulsa, OK 74103-4217 | Sherry H. Flax (admitted *pro hac vice*) |
| Telephone: (918) 595-4821 | Matthew J. Antonelli (admitted *pro hac vice*) |
| Facsimile: (918) 595-4990 | Jeremy B. Darling (admitted *pro hac vice*) |
| dluthey@gablelaw.com | SAUL EWING ARNSTEIN & LEHR, LLP |
| | 1919 Pennsylvania Avenue, NW, Suite 550 |
| Gary M. Rubman | Washington, D.C. 20006 |
| Peter A. Swanson | (202) 295-6605 |
| Rebecca B. Dalton | (202) 295-6705 (facsimile) |
| COVINGTON & BURLING LLP | robert.gill@saul.com |
| One CityCenter | henry.platt@saul.com |
| 850 Tenth Street, NW | tschauf@saul.com |
| Washington, D.C. 20001-4956 | sherry.flax@saul.com |
| Telephone: (202) 662-6000 | matt.antonelli@saul.com |
| Facsimile: (202) 778-5465 | jeremy.darling@saul.com |
| grubman@cov.com | |
| pswanson@cov.com | James C. Hodges, OBA #4254 |
| msawyer@cov.com | JAMES C. HODGES, P.C. |
| rdalton@cov.com | 2622 East 21st Street, Suite 4 |
|   (admitted *pro hac vice*) | Tulsa, Oklahoma 74114 |
| | (918) 779-7078 |
| Neil K. Roman | (918) 770-9779 (facsimile) |
| COVINGTON & BURLING LLP | JHodges@HodgesLC.com |
| The New York Times Building | |
| 620 Eighth Avenue | *Counsel for Defendants* |
| New York, NY 10018-1405 | |
| Telephone: (212) 841-1221 | |
| Facsimile: (212) 841-1010 | |
| nroman@cov.com | |
|   (admitted *pro hac vice*) | |
| | |
| *Counsel for Plaintiff* | |

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, I filed the foregoing via ECF, which caused service to be effected on the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                    */s/ Gary Rubman*