# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | Case Number: 17-CV-454-GKF-JFJ |
| Plaintiff, | |
| vs. | Proceeding: Telephone Status Hearing |
| | Date: 3-19-2019 |
| CASTLE HILL STUDIOS LLC, et all, | Court Time: 10:00 a.m. |
| Defendants. | |

### MINUTE SHEET

Gregory K. Frizzell, U. S. District Judge     K. Perkins, Deputy Clerk     Greg Bloxom, Reporter

Counsel for Plaintiff: Peter Swanson, Gary Rubman

Counsel for Defendant: Robert Gill, Jeremy Darling, Duane Zobrist, Henry Platt, Jonathan Jacobs, Matthew Antonelli, Jim Hodges

Minutes: Case called for hearing with counsel present telephonically. Scheduling conflicts and dates were discussed. The hearing set on April 11, 2019 is stricken. Mr. Gill will advise the court and counsel by April 10, 2019 as to the status of his trial setting in Virginia case. Thereafter, an amended schedule will be entered with a September trial date, if conflict has been resolved.

Court Time: 10:03 - 10:26 a.m.