UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

v.

CASTLE HILL STUDIOS LLC, *et al.*

    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

## DEFENDANTS' STATUS REPORT REGARDING SEPTEMBER TRIAL

Pursuant to the discussion on the record during the parties' March 19, 2019 telephonic status hearing and the Court's subsequent minute order (ECF No. 307), undersigned counsel for Defendants writes to advise the Court and counsel of the status of his case scheduled for trial in the Norfolk, Virginia Circuit Court. On April 4, 2019, the parties in that matter filed a Joint Motion to Vacate Scheduling Order, which asked the court to remove the September trial dates from the calendar.

Based on prior communications with the court in the Virginia matter, including informal communications with Norfolk Circuit Court judicial chambers today, we understand that the Joint Motion to Vacate Scheduling Order will be granted, thus resolving counsel's conflict with scheduling a September trial in this case. However, counsel has not yet received a written order from the court in the Virginia matter in response to the motion filed on April 4, 2019, nor has the docket been updated to reflect that the motion has been granted. Counsel will update counsel and the Court in this case as soon as a copy of that order is received.

Dated:  April 10, 2019

Respectfully submitted,

*/s/ Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Sherry H. Flax (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
henry.platt@saul.com
tschauf@saul.com
sherry.flax@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 10th day of April, 2019, I caused a copy of the foregoing **DEFENDANTS' STATUS REPORT REGARDING SEPTEMBER TRIAL** to be filed using the Court's electronic filing system, which will provide notice of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 (facsimile)
dluthey@gablelaw.com
*Counsel for Plaintiff*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 (facsimile)
nroman@cov.com
*Counsel for Plaintiff*

Gary M. Rubman
Peter Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
(202) 778-5465 (facsimile)
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
*Counsel for Plaintiff*

            */s/ Robert C. Gill*
             Robert C. Gill