# Exhibit A

| | |
|---|---|
| **From:** | Jonathan Jacobs |
| **To:** | Rubman, Gary |
| **Cc:** | Gill, Robert C.; Schaufelberger, Thomas S.; Platt, Henry A.; Matthew Antonelli; Darling, Jeremy B.; Duane Zobrist; Jim Hodges; VGTvCastleHill; dluthey@gablelaw.com |
| **Subject:** | Re: Proposed redactions to opinion denying CHG motion to de-designate |
| **Date:** | Friday, June 07, 2019 2:35:34 PM |
| **Attachments:** | image001.png |

Gary,

The Court didn't ask for a joint submission on this, so we will file our own separately.

Jonathan S. Jacobs



The Willard Office Building
1455 Pennsylvania Ave., N.W.
Suite 400
Washington, D.C. 20004
T: 202-349-1452
jjacobs@zoblaw.com

> On Jun 5, 2019, at 10:51 AM, Rubman, Gary <grubman@cov.com> wrote:
>
> Jonny,
>
> Attached are VGT's proposed redactions to the Court's order denying CHG's motion to designate. If CHG has any additional proposed redactions, please send them by COB tomorrow.
>
> Best regards,
>
> - Gary
>
> **Gary Rubman**
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5465 | grubman@cov.com
> www.cov.com
>
> <image001.jpg>
>
> <Opinion denying CHG motion re designations (VGT proposed redactions).pdf>