# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

|  |  |
|---|---|
| Plaintiff, | Case Number: 17-CV-454-GKF-JFJ |
| | Proceeding: Motion Hearing |
| vs. | Date: 6-11-2019 |
| | Court Time: 1:30 p.m. |
| CASTLE HILL STUDIOS LLC, et al, | |

Defendants.

### MINUTE SHEET

Gregory K. Frizzell, U.S. District Judge     K. Perkins, Deputy Clerk     Brian Neil, Reporter

Counsel for Plaintiff: Gary Rubman, Neil Roman, Peter Swanson, Dean Luthey

Counsel for Defendant: Robert Gill, Matthew Antonielli, Henry Platt, Jonathan Jacobs, James Hodges

Minutes: Case called for hearing with counsel present. Argument heard on Plaintiff Video Gaming Technologies, Inc.'s Motion for and Brief in Support of Partial Summary Judgment [Doc. 178] and Defendants' Notice of Motion and Motion for Summary Judgment [Doc. 188]. Motions under advisement.

Court Time: 1:32 - 3:02, 3:16 - 5:19, 5:26 - 5:52