## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  VIDEO GAMING TECHNOLOGIES, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:17-cv-00454-GKF-JFJ |
| | ) |
| 1)  CASTLE HILL STUDIOS LLC | ) |
| (d/b/a CASTLE HILL GAMING); | ) |
| 2)  CASTLE HILL HOLDING LLC | ) |
| (d/b/a CASTLE HILL GAMING); and | ) |
| 3)  IRONWORKS DEVELOPMENT, LLC | ) |
| (d/b/a CASTLE HILL GAMING) | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S STATEMENT OF NON-OBJECTION
### TO PUBLIC FILING OF DOCKET NO. 315

Pursuant to the Court's May 29, 2019 Order (Dkt. No. 315) (the "Order"), Plaintiff Video

Gaming Technologies, Inc. ("VGT") states that it has no objection to the public filing of the Order.


June 12, 2019                              Respectfully submitted,

                                           */s/ Peter A. Swanson*
                                           Graydon Dean Luthey, Jr., OBA No. 5568
                                           GABLE GOTWALS
                                           1100 ONEOK Plaza
                                           100 West Fifth Street
                                           Tulsa, OK 74103-4217
                                           Telephone: (918) 595-4821
                                           Facsimile: (918) 595-4990
                                           dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Michael S. Sawyer
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I filed the foregoing Plaintiff's Statement of Non-

Objection to the Public Filing of Docket No. 315 via ECF, which caused a true and correct copy

of the foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

/s/ Peter A. Swanson