IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>    (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>    (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>    (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:17-cv-00454-GKF-JFJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S NOTICE OF PROPOSED REDACTIONS TO DOCKET NO. 316**

Plaintiff Video Gaming Technologies, Inc. ("VGT") hereby submits proposed redactions to the Court's Order granting in part and denying in part VGT's Motion to Exclude the Testimony of Robert Zeidman in Part (Dkt. No. 316) (the "Order").

VGT requests only a single redaction, shown in yellow highlighting in Exhibit A hereto. Specifically, on page 9 of the Order, VGT seeks to redact part of a quotation of Mr. Zeidman's report in which he discusses the contents of VGT's source code, which is confidential and competitively sensitive information that VGT has designated as "Highly Confidential Source Code" under the Protective Order in this litigation. *See* Decl. of Josh Davis (Dkt. No. 239) ¶ 11 (explaining that VGT's source code is stored in a password-protected repository to which access is limited to persons under confidentiality obligations). Moreover, the limited information that VGT seeks to redact does not bear on the resolution of the motion to exclude. *See Deherrera v. Decker Truck Line, Inc.*, 820 F.3d 1147, 1162 n.8 (10th Cir. 2016) (granting motion to seal parts

of the record that "contain proprietary business information which is unnecessary to our disposition of this appeal").

For these reasons, VGT respectfully requests that the Court maintain the Order under seal and apply VGT's proposed redaction, as shown in Exhibit A hereto, to the public version of the Order.

June 19, 2019                                   Respectfully submitted,

                                                /s/ Peter A. Swanson
                                                Graydon Dean Luthey, Jr., OBA No. 5568
                                                GABLE GOTWALS
                                                1100 ONEOK Plaza
                                                100 West Fifth Street
                                                Tulsa, OK 74103-4217
                                                Telephone: (918) 595-4821
                                                Facsimile: (918) 595-4990
                                                dluthey@gablelaw.com

                                                Gary M. Rubman
                                                Peter A. Swanson
                                                Rebecca B. Dalton
                                                COVINGTON & BURLING LLP
                                                One CityCenter
                                                850 Tenth Street, NW
                                                Washington, D.C.  20001-4956
                                                Telephone: (202) 662-6000
                                                Facsimile: (202) 778-5465
                                                grubman@cov.com
                                                pswanson@cov.com
                                                rdalton@cov.com
                                                   (admitted pro hac vice)

                                                Neil K. Roman
                                                COVINGTON & BURLING LLP
                                                The New York Times Building
                                                620 Eighth Avenue
                                                New York, NY 10018-1405
                                                Telephone: (212) 841-1221
                                                Facsimile: (212) 841-1010
                                                nroman@cov.com

2

(admitted pro hac vice)

*Counsel for Video Gaming Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I filed the foregoing Plaintiff's Notice of Proposed Redactions to Docket No. 316 via ECF, which caused a true and correct copy of the foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Peter A. Swanson*

# Exhibit A

# (Filed Under Seal)

Case 4:17-cv-00454-GKF-JFJ   Document 332 Filed in USDC ND/OK on 06/19/19   Page 5 of 5