IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>   (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>   (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>   (d/b/a CASTLE HILL GAMING)<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:17-cv-00454-GKF-JFJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF PROPOSED REDACTIONS TO DOCKET NO. 320**

Plaintiff Video Gaming Technologies, Inc. ("VGT") hereby submits proposed redactions to the Court's Order granting in part and denying in part Defendants' two motions to strike (Dkt. No. 320) (the "Order").

VGT requests redaction of confidential VGT information appearing on pages 15 and 16 of the Order, shown in blue highlighting in Exhibit A hereto.[1]  Those pages quote and paraphrase information about the design and performance of VGT's Class II games contained in the declaration of Chris Shults, which was filed under seal. VGT alleges in this case that this information constitutes trade secret and confidential business information that Defendants have misappropriated. *See* VGT's Resp. & Br. in Opp'n to Defs.' Mot. Summ. J. (Dkt. No. 239) at 45, 48–49. As Mr. Shults explains, this information is "regarded as proprietary, confidential, and

---

[1] The Order itself contains yellow highlighting. Therefore, VGT has indicated its proposed redactions using blue highlighting.

important aspects of [VGT's] Class II system and game design." Decl. of Chris Shults (Dkt. No. 239) ¶ 13. VGT's gaming expert, Stacy Friedman, has opined that this information would be valuable to VGT's competitors. *See* Decl. of Stacy Friedman (Dkt. No. 239) ¶¶ 41, 43. Because "the pages [of the Order] contain 'sources of business information that might harm a litigant's competitive standing,'" the proposed redactions are warranted. *Deherrera v. Decker Truck Line, Inc.*, 820 F.3d 1147, 1162 n.8 (10th Cir. 2016) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).

For these reasons, VGT respectfully requests that the Court maintain the Order under seal and apply VGT's proposed redactions, as shown in Exhibit A hereto, to the public version of the Order.

June 21, 2019

Respectfully submitted,

*/s/ Peter A. Swanson*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
rdalton@cov.com

    (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
    (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

       I hereby certify that on June 21, 2019, I filed the foregoing Plaintiff's Notice of Proposed Redactions to Docket No. 320 via ECF, which caused a true and correct copy of the foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                                                              */s/ Peter A. Swanson*

# Exhibit A

# (Filed Under Seal)