# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  VIDEO GAMING TECHNOLOGIES, INC.,<br><br><br>          Plaintiff,<br><br>v.<br><br>1)  CASTLE HILL STUDIOS LLC<br>     (d/b/a CASTLE HILL GAMING);<br>2)  CASTLE HILL HOLDING LLC<br>     (d/b/a CASTLE HILL GAMING); and<br>3)  IRONWORKS DEVELOPMENT, LLC<br>     (d/b/a CASTLE HILL GAMING)<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)       Case No. 4:17-cv-00454-GKF-JFJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S DEPOSITION AND DISCOVERY RESPONSE DESIGNATIONS

Plaintiff Video Gaming Technologies, Inc. ("VGT") hereby designates deposition testimony and discovery responses for use at trial. VGT reserves the right to add to and amend this document, including but not limited to designating additional testimony as appropriate, removing designated testimony, presenting any testimony designated by Defendants, and making changes based on Court rulings, or as other issues arise.

| James Berger September 26, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 5:11 - 5:13 | | | |
| 5:16 - 5:22 | | | |
| 14:16 - 14:25 | | | |
| 15:4 - 15:15 | | | |
| 22:14 - 23:2 | | | |
| 27:14 - 27:18 | | | |
| 28:2 - 28:17 | | | |
| 30:11 - 30:21 | | | |
| 76:18 - 76:22 | | | |
| 90:24 - 91:5 | | | |
| 93:19 - 93:22 | | | |
| 96:21 - 97:17 | | | |
| 97:19 - 98:6 | | | |
| 104:6 - 104:14 | | | |
| 104:16 - 104:16 | | | |
| 104:22 - 105:9 | | | |
| 106:20 - 106:23 | | | |
| 107:3 - 107:9 | | | |
| 120:12 - 122:3 | | | |
| 127:25 - 128:3 | | | |
| 128:5 - 128:12 | | | |
| 128:14 - 129:2 | | | |
| 129:4 - 129:4 | | | |
| 129:15 - 129:22 | | | |
| 135:14 - 135:18 | | | |
| 135:20 - 135:20 | | | |
| 145:9 - 145:16 | | | |
| 146:24 - 147:6 | | | |
| 147:8 - 147:20 | | | |
| 148:11 - 148:13 | | | |
| 193:3 - 193:5 | | | |
| 193:7 - 193:25 | | | |
| 234:20 - 236:14 | | | |
| 236:17 - 236:23 | | | |
| 236:25 - 236:25 | | | |

2

| Brandon Booker July 10, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
| 5:22 - 5:24 | | | |
| 6:5 - 6:14 | | | |
| 7:20 - 8:1 | | | |
| 8:11 - 8:14 | | | |
| 33:22 - 34:2 | | | |
| 34:11 - 34:19 | | | |
| 51:24 - 51:25 | | | |
| 53:12 - 53:17 | | | |
| 53:23 - 53:25 | | | |
| 54:21 - 55:18 | | | |
| 56:18 - 57:3 | | | |
| 58:22 - 58:25 | | | |
| 61:2 - 61:21 | | | |
| 65:18 - 66:14 | | | |
| 66:23 - 67:13 | | | |
| 69:10 - 69:16 | | | |
| 71:3 - 71:18 | | | |
| 72:16 - 73:8 | | | |
| 76:1 - 77:6 | | | |
| 79:25 - 81:4 | | | |
| 83:19 - 83:22 | | | |
| 117:5 - 117:19 | | | |
| 118:3 - 119:12 | | | |
| 119:15 - 119:19 | | | |
| 120:4 - 120:14 | | | |
| 121:15 - 121:18 | | | |
| 122:21 - 123:20 | | | |
| 123:23 - 126:9 | | | |
| 129:18 - 129:23 | | | |
| 129:25 - 130:14 | | | |
| 131:13 - 131:18 | | | |
| 133:21 - 134:1 | | | |
| 159:11 - 160:4 | | | |
| 160:9 - 160:13 | | | |
| 163:11 - 163:16 | | | |
| 163:19 - 163:19 | | | |
| 166:11 - 167:4 | | | |
| 168:6 - 169:16 | | | |

| | | | |
|---|---|---|---|
| 170:8 - 170:9 | | | |
| 170:12 - 170:18 | | | |
| 174:7 - 174:9 | | | |
| 180:24 - 181:4 | | | |
| 181:24 - 184:22 | | | |
| 185:18 - 186:3 | | | |
| 187:3 - 188:22 | | | |
| 193:24 - 194:12 | | | |
| 198:5 - 198:19 | | | |
| 202:4 - 204:2 | | | |
| 205:6 - 205:25 | | | |
| 206:18 - 207:2 | | | |
| 207:4 - 208:21 | | | |
| 208:24 - 208:24 | | | |
| 216:6 - 216:7 | | | |
| 216:10 - 216:20 | | | |
| 218:11 - 218:18 | | | |
| 221:8 - 221:19 | | | |
| 221:22 - 221:22 | | | |
| 224:18 - 225:10 | | | |
| 238:8 - 239:18 | | | |
| 241:20 - 241:23 | | | |
| 242:21 - 244:22 | | | |
| 247:15 - 247:20 | | | |
| 250:10 - 250:15 | | | |
| 250:18 - 250:19 | | | |
| 251:18 - 252:9 | | | |
| 252:24 - 257:4 | | | |
| 267:10 - 268:1 | | | |

| Sarah Carlson<br>June 21, 2018 | | | |
|---|---|---|---|
| **Plaintiff's<br>Designations** | **Defendants'<br>Objections** | **Plaintiff's<br>Counter-<br>Designations** | **Defendants'<br>Objections to<br>Counter-<br>Designations** |
| 7:8 - 7:9 | | | |
| 7:23 - 8:7 | | | |
| 24:9 - 25:5 | | | |
| 25:16 - 25:24 | | | |
| 35:18 - 35:20 | | | |
| 40:25 - 41:18 | | | |
| 59:15 - 60:10 | | | |
| 172:1 - 173:2 | | | |
| 177:14 - 177:23 | | | |

| 178:7 - 178:19 | | | |
| 179:2 - 179:15 | | | |
| 179:18 - 180:4 | | | |
| 181:2 - 181:12 | | | |

| **Daniel Fulton**<br>**May 31, 2018** | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 6:23 - 7:2 | | | |
| 11:9 - 11:11 | | | |
| 14:5 - 14:13 | | | |
| 15:6 - 15:12 | | | |
| 15:22 - 16:5 | | | |
| 18:12 - 18:18 | | | |
| 24:17 - 25:4 | | | |
| 25:19 - 25:22 | | | |
| 34:6 - 35:8 | | | |
| 39:20 - 40:11 | | | |
| 41:17 - 41:21 | | | |
| 44:6 - 44:9 | | | |
| 53:5 - 53:25 | | | |
| 55:3 - 56:19 | | | |
| 59:23 - 65:19 | | | |
| 92:12 - 92:25 | | | |
| 95:12 - 95:15 | | | |
| 96:2 - 96:4 | | | |
| 104:25 - 105:7 | | | |
| 119:5 - 119:13 | | | |
| 121:4 - 122:6 | | | |
| 123:2 - 123:8 | | | |
| 134:11 - 134:19 | | | |
| 135:8 - 135:22 | | | |
| 136:9 - 136:24 | | | |
| 137:20 - 138:5 | | | |
| 138:18 - 138:22 | | | |
| 138:25 - 139:18 | | | |
| 143:15 - 143:25 | | | |
| 146:6 - 146:15 | | | |
| 151:18 - 152:8 | | | |
| 153:13 - 154:16 | | | |
| 158:12 - 158:14 | | | |
| 173:21 - 174:3 | | | |

| 174:10 - 174:23 | | | |
| 186:20 - 187:5 | | | |
| 187:17 - 188:7 | | | |
| 195:13 - 196:17 | | | |
| 200:21 - 200:24 | | | |
| 209:14 - 209:18 | | | |
| 212:3 - 212:6 | | | |
| 215:4 - 215:7 | | | |
| 219:21 - 219:24 | | | |
| 220:17 - 221:4 | | | |
| 222:9 - 222:12 | | | |
| 226:17 - 226:24 | | | |
| 228:6 - 228:9 | | | |
| 231:22 - 232:2 | | | |
| 243:7 - 243:10 | | | |
| 244:9 - 244:19 | | | |
| 246:2 - 246:5 | | | |
| 247:15 - 247:18 | | | |
| 268:11 - 268:14 | | | |
| 269:23 - 270:7 | | | |
| 270:15 - 271:2 | | | |
| 272:18 - 273:12 | | | |
| 274:8 - 275:13 | | | |
| 276:13 - 276:25 | | | |
| 277:8 - 278:18 | | | |
| 279:15 - 279:20 | | | |
| 280:13 - 280:15 | | | |
| 280:23 - 282:6 | | | |

## Daniel Fulton
## August 1, 2018

| Plaintiff's Designations | Defendants' Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
| --- | --- | --- | --- |
| 6:1 - 6:3 | | | |
| 6:23 - 7:1 | | | |
| 8:11 - 8:25 | | | |
| 12:2 - 13:22 | | | |
| 17:6 - 18:11 | | | |
| 18:19 - 19:1 | | | |
| 20:25 - 21:2 | | | |
| 21:4 - 21:11 | | | |
| 21:13 - 21:13 | | | |
| 22:21 - 23:2 | | | |

| 32:17 - 33:12 | | | |
| 33:13 - 33:20 | | | |
| 35:19 - 35:25 | | | |
| 41:8 - 41:13 | | | |
| 41:16 - 41:17 | | | |
| 42:3 - 42:20 | | | |

<table>
<tr><td colspan="4" align="center"><strong>Joshua Larson<br>April 24, 2018</strong></td></tr>
</table>

| Plaintiff's Designations | Defendants' Objections | Plaintiff's Counter-Designations | Defendants' Objections to Counter-Designations |
|---|---|---|---|
| 8:3 - 8:7 | | | |
| 8:14 - 8:17 | | | |
| 10:16 - 10:23 | | | |
| 11:6 - 11:20 | | | |
| 16:13 - 16:23 | | | |
| 17:4 - 17:10 | | | |
| 32:18 - 33:9 | | | |
| 34:3 - 34:16 | | | |
| 51:3 - 51:7 | | | |
| 53:20 - 53:22 | | | |
| 54:22 - 55:5 | | | |
| 55:8 - 55:13 | | | |
| 56:17 - 57:17 | | | |
| 72:5 - 72:8 | | | |
| 73:24 - 74:22 | | | |
| 80:13 - 80:24 | | | |
| 91:5 - 91:9 | | | |
| 100:8 - 100:9 | | | |
| 100:12 - 101:3 | | | |
| 101:10 - 101:18 | | | |
| 101:25 - 102:6 | | | |
| 103:25 - 105:18 | | | |
| 108:11 - 109:21 | | | |
| 111:6 - 111:9 | | | |
| 116:15 - 118:8 | | | |
| 118:17 - 118:21 | | | |
| 118:25 - 119:10 | | | |
| 119:17 - 124:8 | | | |
| 124:12 - 124:20 | | | |
| 128:9 - 129:6 | | | |
| 135:6 - 135:15 | | | |
| 137:9 - 138:10 | | | |

| 138:11 - 139:7 | | | |
|---|---|---|---|
| 139:16 - 139:22 | | | |
| 147:13 - 150:8 | | | |
| 153:16 - 154:21 | | | |
| 155:12 - 155:23 | | | |
| 156:18 - 156:21 | | | |
| 158:6 - 159:25 | | | |
| 188:11 - 189:16 | | | |
| 191:24 - 192:7 | | | |
| 197:11 - 197:15 | | | |
| 217:24 - 218:11 | | | |
| 218:15 - 219:19 | | | |
| 220:6 - 220:10 | | | |
| 221:18 - 222:7 | | | |
| 225:7 - 225:15 | | | |
| 229:6 - 229:11 | | | |
| 238:22 - 238:25 | | | |
| 239:14 - 240:18 | | | |
| 240:21 - 240:21 | | | |
| 243:5 - 244:15 | | | |
| 251:7 - 251:10 | | | |
| 253:16 - 254:7 | | | |
| 257:17 - 259:23 | | | |
| 265:3 - 266:22 | | | |
| 267:6 - 267:12 | | | |
| 268:7 - 269:25 | | | |
| 272:12 - 272:16 | | | |
| 273:7 - 273:10 | | | |
| 279:10 - 281:10 | | | |
| 281:14 - 282:12 | | | |
| 284:14 - 286:20 | | | |

| Aaron Milligan February 9, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 12:1 - 12:2 | | | |
| 12:8 - 12:13 | | | |
| 23:11 - 24:1 | | | |
| 24:9 - 24:24 | | | |
| 25:3 - 25:24 | | | |
| 26:8 - 26:19 | | | |
| 27:8 - 27:14 | | | |

| | | | |
|---|---|---|---|
| 27:20 - 27:24 | | | |
| 30:6 - 30:17 | | | |
| 30:20 - 30:25 | | | |
| 32:1 - 32:7 | | | |
| 43:18 - 44:1 | | | |
| 44:6 - 44:11 | | | |
| 44:18 - 45:2 | | | |
| 45:10 - 45:19 | | | |
| 46:17 - 47:11 | | | |
| 49:13 - 49:17 | | | |
| 49:24 - 49:25 | | | |
| 51:14 - 51:24 | | | |
| 60:11 - 60:22 | | | |
| 65:13 - 66:11 | | | |
| 68:24 - 69:14 | | | |
| 69:17 - 70:10 | | | |
| 71:10 - 71:14 | | | |
| 71:18 - 71:18 | | | |
| 74:1 - 74:4 | | | |
| 86:2 - 86:16 | | | |
| 89:3 - 89:12 | | | |
| 89:15 - 90:2 | | | |
| 90:25 - 91:9 | | | |
| 96:19 - 96:23 | | | |
| 97:9 - 97:11 | | | |
| 98:18 - 99:22 | | | |
| 100:23 - 102:6 | | | |
| 116:17 - 116:19 | | | |
| 122:24 - 123:1 | | | |
| 148:5 - 148:10 | | | |
| 148:14 - 148:17 | | | |
| 155:16 - 155:25 | | | |
| 160:2 - 160:17 | | | |
| 161:7 - 161:23 | | | |
| 162:5 - 162:21 | | | |
| 164:1 - 165:11 | | | |
| 165:21 - 165:23 | | | |
| 171:23 - 172:17 | | | |
| 174:3 - 174:10 | | | |
| 176:10 - 177:16 | | | |
| 178:3 - 178:6 | | | |
| 183:15 - 183:18 | | | |
| 184:14 - 184:21 | | | |
| 187:23 - 188:1 | | | |

| 192:5 - 192:20 | | | |
|---|---|---|---|
| 193:2 - 193:4 | | | |
| 201:23 - 203:12 | | | |
| 203:16 - 205:10 | | | |
| 216:17 - 216:25 | | | |
| 217:4 - 217:7 | | | |
| 218:1 - 218:5 | | | |
| 218:17 - 218:20 | | | |
| 221:21 - 222:19 | | | |
| 223:20 - 223:23 | | | |
| 224:17 - 225:2 | | | |
| 227:24 - 230:10 | | | |
| 232:12 - 232:14 | | | |
| 238:18 - 239:2 | | | |

| **Seth Morgan** **July 13, 2018** | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 8:1 - 8:4 | | | |
| 10:3 - 10:6 | | | |
| 16:8 - 18:15 | | | |
| 27:7 - 27:24 | | | |
| 33:6 - 33:15 | | | |
| 44:5 - 44:16 | | | |
| 44:20 - 44:25 | | | |
| 46:1 - 47:19 | | | |
| 48:3 - 50:10 | | | |
| 69:25 - 70:13 | | | |
| 74:14 - 77:6 | | | |
| 92:11 - 92:22 | | | |
| 93:6 - 93:21 | | | |
| 129:21 - 130:15 | | | |
| 140:12 - 141:3 | | | |
| 142:5 - 142:8 | | | |
| 145:1 - 147:14 | | | |
| 164:23 - 165:5 | | | |
| 165:8 - 165:13 | | | |
| 165:16 - 166:10 | | | |
| 166:13 - 166:18 | | | |
| 166:21 - 166:25 | | | |
| 167:3 - 167:4 | | | |
| 168:10 - 171:7 | | | |

| 174:15 - 177:15 | | | |
| 177:18 - 177:18 | | | |
| 178:15 - 179:1 | | | |
| 183:19 - 186:7 | | | |
| 191:8 - 191:13 | | | |
| 193:20 - 193:22 | | | |
| 193:25 - 194:15 | | | |
| 194:18 - 195:7 | | | |
| 195:10 - 195:11 | | | |
| 197:9 - 197:14 | | | |
| 197:17 - 197:21 | | | |
| 197:24 - 198:2 | | | |
| 198:5 - 198:9 | | | |
| 198:11 - 198:22 | | | |
| 198:25 - 200:9 | | | |
| 202:18 - 202:25 | | | |
| 204:11 - 205:3 | | | |
| 205:6 - 205:17 | | | |
| 207:13 - 207:25 | | | |
| 209:6 - 210:17 | | | |
| 224:9 - 227:14 | | | |

| Alan Roireau<br>May 15, 2018 | | | |
| --- | --- | --- | --- |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 8:1 - 8:16 | | | |
| 9:7 - 9:23 | | | |
| 15:3 - 15:4 | | | |
| 15:16 - 17:8 | | | |
| 19:12 - 19:16 | | | |
| 24:1 - 24:8 | | | |
| 25:5 - 25:7 | | | |
| 27:6 - 27:13 | | | |
| 30:12 - 30:24 | | | |
| 32:21 - 32:22 | | | |
| 33:1 - 33:2 | | | |
| 41:20 - 41:25 | | | |
| 42:12 - 43:2 | | | |
| 43:21 - 43:23 | | | |
| 44:16 - 45:10 | | | |
| 48:5 - 48:8 | | | |
| 48:19 - 49:13 | | | |

| | | | |
|---|---|---|---|
| 52:20 - 53:6 | | | |
| 58:10 - 58:20 | | | |
| 58:25 - 59:4 | | | |
| 61:20 - 62:8 | | | |
| 63:13 - 63:15 | | | |
| 64:18 - 64:22 | | | |
| 79:2 - 79:4 | | | |
| 80:2 - 80:6 | | | |
| 90:7 - 90:21 | | | |
| 92:13 - 92:23 | | | |
| 113:21 - 114:15 | | | |
| 116:2 - 116:13 | | | |
| 119:11 - 119:14 | | | |
| 122:20 - 123:12 | | | |
| 126:3 - 126:24 | | | |
| 132:20 - 132:23 | | | |
| 152:19 - 153:6 | | | |
| 161:6 - 161:16 | | | |
| 161:24 - 162:3 | | | |
| 164:24 - 165:3 | | | |
| 167:18 - 168:2 | | | |
| 191:15 - 191:19 | | | |
| 192:2 - 192:17 | | | |
| 197:19 - 197:24 | | | |
| 203:21 - 204:5 | | | |
| 204:6 - 205:24 | | | |
| 205:25 - 206:3 | | | |
| 207:2 - 207:7 | | | |
| 208:4 - 208:19 | | | |
| 208:20 - 209:2 | | | |
| 212:12 - 212:22 | | | |
| 220:15 - 220:23 | | | |
| 223:8 - 223:25 | | | |
| 228:16 - 229:6 | | | |
| 234:1 - 234:16 | | | |
| 235:23 - 236:20 | | | |
| 236:25 - 237:3 | | | |
| 242:19 - 243:3 | | | |
| 246:2 - 246:21 | | | |
| 247:20 - 248:14 | | | |
| 249:16 - 249:17 | | | |
| 251:2 - 251:17 | | | |
| 253:7 - 253:17 | | | |
| 253:23 - 254:16 | | | |

| | | | |
|---|---|---|---|
| 257:14 - 257:25 | | | |
| 258:8 - 258:10 | | | |
| 259:16 - 260:10 | | | |
| 260:19 - 260:21 | | | |
| 261:22 - 262:3 | | | |
| 264:2 - 264:10 | | | |
| 264:21 - 264:23 | | | |
| 265:2 - 265:13 | | | |
| 266:12 - 266:19 | | | |
| 267:8 - 267:14 | | | |
| 270:11 - 270:13 | | | |
| 270:15 - 270:19 | | | |
| 270:23 - 271:13 | | | |
| 271:17 - 272:8 | | | |
| 272:11 - 272:25 | | | |
| 275:4 - 275:14 | | | |
| 276:7 - 277:13 | | | |
| 277:16 - 277:21 | | | |
| 278:7 - 278:9 | | | |
| 278:24 - 279:15 | | | |
| 289:6 - 289:24 | | | |
| 291:8 - 291:23 | | | |
| 292:2 - 292:11 | | | |
| 292:22 - 293:4 | | | |
| 293:12 - 293:24 | | | |
| 296:8 - 296:13 | | | |
| 296:19 - 297:10 | | | |
| 298:25 - 299:11 | | | |
| 302:17 - 304:1 | | | |
| 305:6 - 305:12 | | | |
| 308:21 - 309:12 | | | |
| 311:10 - 311:15 | | | |
| 315:23 - 316:10 | | | |
| 319:7 - 319:15 | | | |
| 320:3 - 320:19 | | | |
| 320:20 - 322:9 | | | |
| 328:14 - 328:22 | | | |
| 336:17 - 336:19 | | | |
| 336:25 - 337:3 | | | |
| 338:10 - 338:20 | | | |
| 339:1 - 340:1 | | | |
| 340:25 - 341:10 | | | |
| 343:1 - 343:25 | | | |
| 344:11 - 344:20 | | | |

| 345:17 - 346:2 | | | |
|---|---|---|---|
| 347:22 - 348:1 | | | |
| 348:22 - 348:23 | | | |
| 349:2 - 349:10 | | | |

| Alan Roireau<br>August 1, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 8:1 - 8:3 | | | |
| 9:23 - 10:9 | | | |
| 14:7 - 14:11 | | | |
| 16:19 - 16:24 | | | |
| 17:18 - 18:1 | | | |
| 18:3 - 18:3 | | | |
| 20:21 - 20:23 | | | |
| 21:4 - 21:4 | | | |
| 24:24 - 25:5 | | | |
| 26:2 - 26:3 | | | |
| 27:12 - 28:1 | | | |
| 28:3 - 28:4 | | | |
| 28:6 - 28:7 | | | |
| 28:9 - 28:10 | | | |
| 30:6 - 30:8 | | | |
| 30:12 - 30:20 | | | |
| 31:3 - 31:10 | | | |
| 31:12 - 31:12 | | | |
| 33:1 - 33:7 | | | |
| 33:14 - 33:16 | | | |
| 33:18 – 34:9 | | | |
| 34:24 - 34:25 | | | |
| 35:2 - 35:7 | | | |
| 35:9 - 35:15 | | | |
| 35:17 - 35:22 | | | |
| 35:24 - 36:4 | | | |
| 36:9 - 36 :11 | | | |
| 37:8 - 37:23 | | | |
| 38:5 - 38:7 | | | |
| 38:9 - 38:12 | | | |
| 38:14 - 38:18 | | | |
| 38:20 - 38:24 | | | |
| 39:1 - 39:1 | | | |
| 39:10 - 39:12 | | | |

| | | | |
|---|---|---|---|
| 39:14 - 39:15 | | | |
| 47:14 - 47:19 | | | |
| 47:21 - 47:22 | | | |
| 48:9 - 48:24 | | | |
| 49:1 - 49:3 | | | |
| 54:10 - 54:14 | | | |
| 56:11 - 57:24 | | | |
| 58:1 - 58:15 | | | |
| 58:17 - 58:19 | | | |
| 59:8 - 59:12 | | | |
| 59:14 - 59:25 | | | |
| 60:2 - 60:14 | | | |
| 60:16 - 60:20 | | | |
| 61:4 - 61:8 | | | |
| 61:10 - 61:25 | | | |
| 62:2 - 62:3 | | | |
| 62:22 - 63:9 | | | |
| 63:11 - 63:16 | | | |
| 64:2 - 64:5 | | | |
| 64:7 - 64:9 | | | |
| 68:16 - 69:19 | | | |
| 71:16 - 71:19 | | | |
| 72:12 - 73:23 | | | |
| 73:25 - 74:25 | | | |
| 75:23 - 76:9 | | | |
| 76:23 - 77:16 | | | |
| 77:23 - 78:1 | | | |
| 80:16 - 81:2 | | | |
| 81:15 - 81:18 | | | |
| 94:3 - 94:13 | | | |
| 96:1 - 96:10 | | | |
| 96:14 - 96:17 | | | |
| 108:21 - 108:24 | | | |
| 109:1 - 109:1 | | | |
| 109:3 - 109:4 | | | |
| 109:23 - 110:6 | | | |
| 111:17 - 111:20 | | | |
| 111:21 - 112:4 | | | |
| 112:14 - 112:25 | | | |
| 113:15 - 113:24 | | | |
| 114:16 - 115:10 | | | |
| 117:5 - 117:15 | | | |
| 118:2 - 118:12 | | | |
| 118:17 - 119:7 | | | |

| | | | |
|---|---|---|---|
| 119:20 - 120:23 | | | |
| 121:10 - 121:13 | | | |
| 121:15 - 122:3 | | | |
| 122:5 - 122:6 | | | |
| 122:17 - 122:21 | | | |
| 124:12 - 125:16 | | | |
| 128:25 - 129:1 | | | |
| 129:5 - 129:8 | | | |
| 129:20 - 130:10 | | | |
| 130:12 - 130:14 | | | |
| 133:18 - 133:21 | | | |
| 133:23 - 133:23 | | | |
| 143:18 - 143:20 | | | |
| 143:22 - 143:23 | | | |
| 145:2 - 145:4 | | | |
| 145:6 - 145:8 | | | |
| 146:1 - 146:8 | | | |
| 166:20 - 166:23 | | | |
| 166:25 - 167:6 | | | |
| 168:2 - 168:17 | | | |
| 169:23 - 170:2 | | | |
| 170:11 - 170:25 | | | |
| 177:2 - 177:12 | | | |
| 177:18 - 177:24 | | | |
| 178:5 - 178:6 | | | |
| 178:8 - 178:10 | | | |
| 178:22 - 179:20 | | | |
| 179:22 - 180:2 | | | |
| 180:4 - 180:11 | | | |
| 180:13 - 180:13 | | | |

| **Andrew Scheiner** **April 19, 2018** | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 8:1 - 8:2 | | | |
| 8:14 - 8:19 | | | |
| 19:14 - 19:19 | | | |
| 19:23 - 20:8 | | | |
| 20:24 - 21:10 | | | |
| 21:22 - 21:25 | | | |
| 22:5 - 22:8 | | | |
| 26:24 - 27:3 | | | |

| | | | |
|---|---|---|---|
| 29:14 - 30:18 | | | |
| 40:10 - 41:9 | | | |
| 43:18 - 43:21 | | | |
| 47:23 - 48:12 | | | |
| 55:24 - 56:7 | | | |
| 56:21 - 58:5 | | | |
| 59:12 - 60:6 | | | |
| 61:2 - 62:9 | | | |
| 72:15 - 72:23 | | | |
| 77:14 - 77:21 | | | |
| 88:21 - 89:15 | | | |
| 90:14 - 91:4 | | | |
| 91:8 - 91:14 | | | |
| 92:24 - 93:4 | | | |
| 100:13 - 101:16 | | | |
| 103:3 - 103:16 | | | |
| 104:10 - 104:14 | | | |
| 113:22 - 114:6 | | | |
| 129:2 - 129:13 | | | |
| 130:13 - 130:21 | | | |
| 131:5 - 131:16 | | | |
| 133:6 - 134:17 | | | |
| 135:1 - 135:9 | | | |
| 137:1 - 137:18 | | | |
| 146:7 - 146:15 | | | |
| 147:2 - 147:3 | | | |
| 147:7 - 148:6 | | | |
| 149:1 - 149:15 | | | |
| 151:1 - 151:18 | | | |
| 152:2 - 152:7 | | | |
| 153:23 - 156:22 | | | |
| 157:18 - 159:4 | | | |
| 163:14 - 164:9 | | | |
| 165:5 - 165:8 | | | |
| 167:7 - 167:16 | | | |
| 172:20 - 173:17 | | | |
| 177:14 - 178:13 | | | |
| 178:20 - 180:23 | | | |
| 181:9 - 181:17 | | | |
| 182:8 - 183:2 | | | |
| 183:8 - 184:22 | | | |
| 187:18 - 188:3 | | | |
| 188:10 - 189:13 | | | |
| 189:21 - 190:3 | | | |

| 190:11 - 190:15 | | | |
| 191:2 - 191:9 | | | |
| 191:24 - 192:9 | | | |
| 193:8 - 194:24 | | | |
| 195:11 - 195:16 | | | |
| 196:24 - 198:19 | | | |
| 201:22 - 202:17 | | | |
| 203:7 - 203:16 | | | |
| 205:10 - 206:3 | | | |
| 215:7 - 216:9 | | | |
| 218:6 - 218:16 | | | |
| 233:14 - 234:16 | | | |
| 234:23 - 235:11 | | | |
| 236:17 - 236:25 | | | |

<table>
<tr><td colspan="4" align="center"><b>Zachary Schmid<br>June 20, 2018</b></td></tr>
<tr><td align="center"><b>Plaintiff's Designations</b></td><td align="center"><b>Defendants' Objections</b></td><td align="center"><b>Plaintiff's Counter-Designations</b></td><td align="center"><b>Defendants' Objections to Counter-Designations</b></td></tr>
<tr><td>6:1 - 6:13</td><td></td><td></td><td></td></tr>
<tr><td>10:11 - 10:16</td><td></td><td></td><td></td></tr>
<tr><td>11:16 - 11:25</td><td></td><td></td><td></td></tr>
<tr><td>12:14 - 12:24</td><td></td><td></td><td></td></tr>
<tr><td>49:18 - 51:16</td><td></td><td></td><td></td></tr>
<tr><td>52:16 - 52:20</td><td></td><td></td><td></td></tr>
<tr><td>55:7 - 56:22</td><td></td><td></td><td></td></tr>
<tr><td>59:4 - 60:5</td><td></td><td></td><td></td></tr>
<tr><td>61:2 - 61:13</td><td></td><td></td><td></td></tr>
<tr><td>65:25 - 66:23</td><td></td><td></td><td></td></tr>
<tr><td>69:15 - 70:1</td><td></td><td></td><td></td></tr>
<tr><td>72:2 - 73:13</td><td></td><td></td><td></td></tr>
<tr><td>101:15 - 103:18</td><td></td><td></td><td></td></tr>
<tr><td>104:18 - 105:9</td><td></td><td></td><td></td></tr>
<tr><td>107:6 - 108:23</td><td></td><td></td><td></td></tr>
<tr><td>109:5 - 111:8</td><td></td><td></td><td></td></tr>
<tr><td>112:19 - 115:14</td><td></td><td></td><td></td></tr>
<tr><td colspan="4" align="center"><b>Richard Sisson<br>April 17, 2018</b></td></tr>
<tr><td align="center"><b>Plaintiff's Designations</b></td><td align="center"><b>Defendants' Objections</b></td><td align="center"><b>Plaintiff's Counter-Designations</b></td><td align="center"><b>Defendants' Objections to Counter-Designations</b></td></tr>
</table>

| | | | |
|---|---|---|---|
| 10:15 - 10:16 | | | |
| 11:4 - 11:7 | | | |
| 89:20 - 89:23 | | | |
| 90:11 - 90:25 | | | |
| 91:7 - 91:23 | | | |
| 92:8 - 92:25 | | | |
| 93:4 - 93:5 | | | |
| 93:25 - 94:7 | | | |
| 94:17 - 94:23 | | | |
| 95:2 - 95:6 | | | |
| 95:10 - 95:10 | | | |
| 95:12 - 95:15 | | | |
| 95:19 - 96:1 | | | |
| 106:9 - 107:7 | | | |
| 107:11 - 107:11 | | | |
| 110:21 - 112:14 | | | |
| 112:18 - 112:18 | | | |
| 112:20 - 113:4 | | | |
| 113:7 - 113:17 | | | |
| 113:21 - 113:23 | | | |
| 114:2 - 114:9 | | | |
| 114:13 - 115:1 | | | |
| 115:5 - 115:10 | | | |
| 116:4 - 116:11 | | | |
| 121:15 - 121:25 | | | |
| 122:14 - 123:10 | | | |
| 123:15 - 123:17 | | | |
| 123:21 - 123:25 | | | |
| 127:11 - 129:14 | | | |
| 131:9 - 132:19 | | | |
| 133:21 - 134:7 | | | |
| 141:1 - 141:2 | | | |
| 141:6 - 141:16 | | | |
| 141:25 - 142:8 | | | |
| 142:12 - 142:18 | | | |
| 143:23 - 144:6 | | | |
| 144:10 - 145:16 | | | |
| 145:20 - 145:21 | | | |
| 148:13 - 148:18 | | | |
| 148:23 - 149:19 | | | |
| 149:23 - 150:10 | | | |
| 150:14 - 151:2 | | | |
| 151:8 - 151:13 | | | |
| 151:16 - 152:8 | | | |

| | | | |
|---|---|---|---|
| 152:12 - 152:12 | | | |
| 152:16 - 153:4 | | | |
| 153:12 - 153:19 | | | |
| 155:19 - 157:3 | | | |
| 157:24 - 158:10 | | | |
| 158:24 - 159:11 | | | |
| 161:14 - 161:17 | | | |
| 161:21 - 161:21 | | | |
| 162:13 - 163:11 | | | |
| 169:5 - 169:14 | | | |
| 170:2 - 170:4 | | | |
| 171:9 - 172:16 | | | |
| 179:9 - 179:21 | | | |
| 187:10 - 187:23 | | | |
| 188:15 - 189:2 | | | |
| 191:3 - 191:10 | | | |
| 192:1 - 192:21 | | | |
| 193:1 - 194:13 | | | |
| 194:23 - 194:25 | | | |
| 195:4 - 195:6 | | | |
| 198:17 - 198:22 | | | |
| 199:1 - 199:3 | | | |
| 199:17 - 199:24 | | | |
| 200:2 - 200:5 | | | |
| 211:11 - 212:8 | | | |
| 215:19 - 215:25 | | | |
| 220:17 - 221:1 | | | |
| 228:22 - 228:24 | | | |
| 230:23 - 233:8 | | | |
| 233:12 - 233:23 | | | |
| 236:22 - 236:24 | | | |
| 237:3 - 237:3 | | | |
| 237:17 - 239:5 | | | |
| 248:2 - 249:1 | | | |
| 251:15 - 252:3 | | | |
| 252:14 - 252:19 | | | |
| 253:2 - 253:18 | | | |
| 256:20 - 260:8 | | | |
| 279:15 - 280:9 | | | |
| 280:10 - 280:18 | | | |
| 281:5 - 281:18 | | | |
| 286:2 - 286:23 | | | |
| 287:1 - 287:5 | | | |
| 295:4 - 296:13 | | | |

| 296:16 - 296:22 | | | |
| 297:16 - 299:8 | | | |

| **Richard Sisson**<br>**August 2, 2018** | | | |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 6:1 - 6:2 | | | |
| 6:7 - 6:17 | | | |
| 19:12 - 20:15 | | | |
| 21:18 - 22:15 | | | |
| 23:3 - 23:12 | | | |
| 24:9 - 24:25 | | | |
| 46:2 - 46:4 | | | |
| 46:13 - 47:23 | | | |
| 48:6 - 48:7 | | | |
| 48:17 - 49:9 | | | |
| 49:13 - 49:16 | | | |
| 49:20 - 49:25 | | | |
| 50:8 - 50:24 | | | |
| 66:12 - 66:15 | | | |
| 66:23 - 67:4 | | | |
| 67:14 - 67:18 | | | |
| 68:7 - 68:22 | | | |
| 70:18 - 71:2 | | | |
| 71:3 - 71:8 | | | |
| 72:1 - 73:9 | | | |
| 78:24 - 79:3 | | | |

| **Jason Sprinkle**<br>**May 18, 2018** | | | |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 10:17 – 10:19 | | | |
| 10:25 - 11:11 | | | |
| 12:18 - 12:22 | | | |
| 18:10 - 18:19 | | | |
| 19:3 - 19:23 | | | |
| 20:2 - 20:3 | | | |
| 35:15 - 36:11 | | | |
| 36:16 - 37:11 | | | |

| | | | |
|---|---|---|---|
| 39:2 - 39:4 | | | |
| 41:4 - 41:10 | | | |
| 41:25 - 43:4 | | | |
| 43:6 - 43:7 | | | |
| 51:12 - 51:25 | | | |
| 53:3 - 53:8 | | | |
| 53:25 - 54:3 | | | |
| 54:7 - 54:12 | | | |
| 55:17 - 55:24 | | | |
| 56:3 - 56:3 | | | |
| 56:8 - 56:15 | | | |
| 56:16 - 56:22 | | | |
| 56:25 - 57:10 | | | |
| 57:16 - 58:2 | | | |
| 58:19 - 59:7 | | | |
| 64:23 - 65:12 | | | |
| 65:16 - 66:12 | | | |
| 67:23 - 68:10 | | | |
| 68:14 - 68:16 | | | |
| 68:20 - 69:16 | | | |
| 69:19 - 70:3 | | | |
| 70:6 - 70:7 | | | |
| 70:16 - 70:18 | | | |
| 70:21 - 70:21 | | | |
| 70:24 - 70:25 | | | |
| 71:3 - 71:3 | | | |
| 80:23 - 81:9 | | | |
| 90:8 - 90:25 | | | |
| 91:4 - 91:17 | | | |
| 91:20 - 91:23 | | | |
| 92:7 - 92:9 | | | |
| 92:12 - 92:17 | | | |
| 93:21 - 93:24 | | | |
| 94:3 - 94:5 | | | |
| 97:10 - 97:14 | | | |
| 97:25 - 98:5 | | | |
| 102:21 - 103:3 | | | |
| 104:17 - 104:20 | | | |
| 111:11 - 111:23 | | | |
| 114:19 - 114:25 | | | |
| 115:12 - 115:12 | | | |
| 115:15 - 115:22 | | | |
| 115:25 - 116:12 | | | |
| 118:7 - 118:22 | | | |

| | | | |
|---|---|---|---|
| 120:14 - 120:22 | | | |
| 130:18 - 130:24 | | | |
| 131:11 - 131:22 | | | |
| 133:3 - 133:6 | | | |
| 133:16 - 133:18 | | | |
| 133:20 - 133:20 | | | |
| 134:5 - 134:12 | | | |
| 134:15 - 134:17 | | | |
| 134:20 - 135:2 | | | |
| 135:5 - 135:14 | | | |
| 135:16 - 135:20 | | | |
| 136:4 - 136:7 | | | |
| 136:10 - 136:14 | | | |
| 136:17 - 136:18 | | | |
| 136:20 - 136:21 | | | |
| 136:24 - 137:6 | | | |
| 137:9 - 137:25 | | | |
| 144:17 - 144:18 | | | |
| 144:20 - 144:20 | | | |
| 145:7 - 145:10 | | | |
| 149:7 - 149:16 | | | |
| 149:21 - 150:4 | | | |
| 152:6 - 152:10 | | | |
| 152:12 - 154:18 | | | |
| 154:21 - 154:22 | | | |
| 156:5 - 158:25 | | | |
| 160:18 - 163:4 | | | |
| 163:14 - 163:16 | | | |
| 165:4 - 165:22 | | | |
| 166:23 - 167:13 | | | |
| 167:15 - 168:6 | | | |
| 171:14 - 171:24 | | | |
| 175:11 - 175:15 | | | |
| 175:18 - 175:21 | | | |
| 176:17 - 176:21 | | | |
| 178:4 - 178:22 | | | |
| 185:13 - 185:24 | | | |
| 186:23 - 187:2 | | | |
| 188:11 - 188:21 | | | |
| 188:23 - 189:4 | | | |
| 189:6 - 193:5 | | | |
| 193:9 - 194:10 | | | |
| 197:21 - 198:10 | | | |
| 198:16 - 199:5 | | | |

| | | | |
|---|---|---|---|
| 200:2 - 200:22 | | | |
| 201:14 - 202:13 | | | |
| 203:8 - 204:17 | | | |
| 204:19 - 207:3 | | | |
| 207:22 - 208:3 | | | |
| 208:5 - 208:7 | | | |
| 208:15 - 208:16 | | | |
| 208:18 - 208:20 | | | |
| 209:2 - 210:19 | | | |
| 210:21 - 211:24 | | | |
| 222:7 - 222:23 | | | |
| 225:18 - 226:3 | | | |
| 229:3 - 229:13 | | | |
| 230:17 - 231:3 | | | |
| 232:9 - 233:18 | | | |
| 233:21 - 234:5 | | | |
| 239:11 - 240:12 | | | |
| 240:13 - 241:24 | | | |
| 244:12 - 244:22 | | | |
| 244:25 - 245:3 | | | |
| 245:6 - 245:6 | | | |
| 246:8 - 246:11 | | | |
| 246:15 - 247:24 | | | |
| 248:5 - 248:17 | | | |
| 248:19 - 248:23 | | | |
| 249:3 - 249:3 | | | |
| 249:5 - 249:5 | | | |
| 249:14 - 251:3 | | | |
| 257:22 - 257:24 | | | |
| 258:16 - 258:18 | | | |
| 263:7 - 263:13 | | | |
| 263:16 - 263:19 | | | |
| 263:21 - 263:25 | | | |
| 266:10 - 267:7 | | | |
| 267:15 - 267:18 | | | |
| 267:21 - 268:17 | | | |
| 270:16 - 270:17 | | | |
| 270:20 - 270:23 | | | |
| 284:22 - 284:25 | | | |
| 285:5 - 286:7 | | | |
| 287:24 - 291:15 | | | |
| 291:18 - 291:20 | | | |
| 295:20 - 297:8 | | | |
| 299:3 - 299:25 | | | |

| 300:6 - 300:21 | | | |
| 301:15 - 301:18 | | | |
| 303:10 - 304:11 | | | |

| Jason Sprinkle July 11, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 316:2 - 316:14 | | | |
| 320:8 - 320:11 | | | |
| 320:22 - 320:23 | | | |
| 321:1 - 321:12 | | | |
| 322:18 - 322:25 | | | |
| 323:12 - 323:16 | | | |
| 324:2 - 324:15 | | | |
| 326:5 - 326:9 | | | |
| 328:1 - 328:7 | | | |
| 328:18 - 328:22 | | | |
| 328:25 - 329:3 | | | |
| 329:12 - 329:16 | | | |
| 329:21 - 330:11 | | | |
| 331:7 - 331:17 | | | |
| 331:20 - 332:7 | | | |
| 332:9 - 332:9 | | | |
| 332:15 - 336:1 | | | |
| 336:10 - 336:12 | | | |
| 336:15 - 336:18 | | | |
| 342:2 - 342:22 | | | |
| 343:2 - 343:20 | | | |
| 343:24 - 343:24 | | | |
| 344:4 - 344:12 | | | |
| 345:18 - 346:21 | | | |
| 347:22 - 348:22 | | | |
| 349:24 - 350:1 | | | |
| 350:4 - 350:11 | | | |
| 351:7 - 351:9 | | | |
| 351:13 - 351:16 | | | |
| 351:19 - 351:23 | | | |
| 357:19 - 359:6 | | | |
| 364:6 - 364:8 | | | |
| 366:16 - 367:7 | | | |
| 368:25 - 369:24 | | | |
| 370:23 - 371:17 | | | |

| 372:23 - 373:13 | | | |
|---|---|---|---|
| 373:23 - 373:25 | | | |
| 374:3 - 374:25 | | | |
| 375:3 - 375:22 | | | |
| 376:7 - 377:10 | | | |
| 380:12 - 383:6 | | | |
| 383:9 - 383:17 | | | |
| 384:12 - 386:8 | | | |
| 391:7 - 391:9 | | | |
| 392:4 - 393:9 | | | |
| 393:20 - 394:3 | | | |
| 394:7 - 394:8 | | | |
| 394:11 - 394:16 | | | |
| 394:19 - 394:25 | | | |
| 398:12 - 398:23 | | | |
| 399:22 - 400:1 | | | |
| 402:25 - 403:5 | | | |
| 403:23 - 404:10 | | | |
| 404:16 - 405:7 | | | |
| 406:14 - 406:16 | | | |
| 406:25 - 407:2 | | | |
| 407:5 - 407:7 | | | |
| 433:12 - 433:24 | | | |
| 434:6 - 435:13 | | | |
| 442:6 - 443:19 | | | |
| 443:23 - 444:1 | | | |
| 444:19 - 448:8 | | | |
| 448:20 - 451:10 | | | |
| 451:12 - 453:5 | | | |
| 453:8 - 454:13 | | | |
| 454:18 - 454:24 | | | |
| 455:2 - 455:6 | | | |
| 462:5 - 463:18 | | | |
| 474:5 - 474:8 | | | |
| 474:11 - 475:2 | | | |
| 475:5 - 475:14 | | | |
| **Paul Suggs**<br>**June 8, 2018** | | | |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 4:24 - 5:2 | | | |
| 10:2 - 11:2 | | | |

| | | | |
|---|---|---|---|
| 11:22 - 12:9 | | | |
| 13:25 - 14:4 | | | |
| 15:18 - 16:3 | | | |
| 18:11 - 19:6 | | | |
| 22:2 - 22:22 | | | |
| 24:22 - 25:11 | | | |
| 25:20 - 26:8 | | | |
| 26:9 - 26:16 | | | |
| 30:8 - 30:15 | | | |
| 30:18 - 30:23 | | | |
| 31:1 - 31:3 | | | |
| 31:8 - 31:12 | | | |
| 31:15 - 31:16 | | | |
| 31:22 - 32:18 | | | |
| 32:21 - 32:23 | | | |
| 33:1 - 33:17 | | | |
| 33:20 - 34:7 | | | |
| 34:15 - 34:17 | | | |
| 34:20 - 35:7 | | | |
| 39:5 - 39:7 | | | |
| 39:10 - 39:16 | | | |
| 42:11 - 42:18 | | | |
| 42:19 - 43:17 | | | |
| 44:9 - 44:16 | | | |
| 44:19 - 44:25 | | | |
| 47:13 - 47:16 | | | |
| 47:22 - 48:8 | | | |
| 48:11 - 49:2 | | | |
| 49:5 - 51:7 | | | |
| 65:3 - 65:25 | | | |
| 69:4 - 69:23 | | | |
| 70:8 - 70:25 | | | |
| 71:6 - 71:8 | | | |
| 76:4 - 76:13 | | | |
| 76:22 - 76:23 | | | |
| 77:1 - 77:24 | | | |
| 79:20 - 80:16 | | | |
| 80:19 - 81:2 | | | |
| 81:5 - 81:17 | | | |
| 84:18 - 85:10 | | | |
| 85:13 - 86:2 | | | |
| 86:17 - 88:8 | | | |
| 88:25 - 89:5 | | | |
| 89:8 - 91:6 | | | |

| | | | |
|---|---|---|---|
| 98:18 - 99:3 | | | |
| 100:18 - 100:21 | | | |
| 101:15 - 101:21 | | | |
| 102:14 - 102:21 | | | |
| 104:5 - 105:3 | | | |
| 105:10 - 105:20 | | | |
| 112:14 - 113:13 | | | |
| 114:6 - 115:4 | | | |
| 116:3 - 116:6 | | | |
| 136:23 - 137:5 | | | |
| 138:4 - 138:13 | | | |
| 143:12 - 143:18 | | | |
| 145:17 - 146:18 | | | |
| 147:6 - 147:23 | | | |
| 161:8 - 161:12 | | | |
| 164:19 - 165:4 | | | |
| 165:20 - 166:10 | | | |
| 166:20 - 167:19 | | | |
| 168:5 - 168:16 | | | |
| 171:21 - 171:25 | | | |
| 172:22 - 172:25 | | | |
| 173:10 - 174:16 | | | |
| 174:19 - 174:23 | | | |
| 175:12 - 175:17 | | | |
| 178:5 - 178:7 | | | |
| 182:20 - 182:23 | | | |
| 185:17 - 185:19 | | | |
| 190:24 - 191:5 | | | |
| 208:17 - 209:2 | | | |
| 209:25 - 210:6 | | | |
| 212:7 - 212:16 | | | |
| 220:25 - 221:24 | | | |
| 222:10 - 222:22 | | | |
| 223:3 - 223:8 | | | |
| 224:22 - 225:8 | | | |
| 225:18 - 227:8 | | | |
| 227:15 - 227:24 | | | |
| 252:24 - 253:9 | | | |
| **John Taylor**<br>**May 30, 2018** | | | |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |

| | | | |
|---|---|---|---|
| 9:1 - 9:2 | | | |
| 9:24 - 10:3 | | | |
| 11:19 - 12:3 | | | |
| 15:9 - 16:2 | | | |
| 28:5 - 28:7 | | | |
| 29:10 - 29:16 | | | |
| 29:19 - 30:1 | | | |
| 33:4 - 33:12 | | | |
| 35:11 - 35:13 | | | |
| 35:21 - 36:14 | | | |
| 38:8 - 38:21 | | | |
| 39:2 - 39:4 | | | |
| 40:9 - 40:17 | | | |
| 46:24 - 48:11 | | | |
| 48:25 - 50:21 | | | |
| 53:22 - 55:25 | | | |
| 56:16 - 57:15 | | | |
| 57:22 - 58:2 | | | |
| 59:1 - 60:14 | | | |
| 62:7 - 63:6 | | | |
| 64:25 - 65:2 | | | |
| 65:6 - 68:10 | | | |
| 73:8 - 73:14 | | | |
| 81:6 - 81:14 | | | |
| 94:14 - 95:5 | | | |
| 102:1 - 102:10 | | | |
| 110:11 - 111:15 | | | |
| 112:4 - 112:23 | | | |
| 134:25 - 136:14 | | | |
| 143:22 - 143:25 | | | |
| 145:17 - 146:7 | | | |
| 146:10 - 148:13 | | | |
| 161:19 - 162:5 | | | |
| 163:3 - 164:2 | | | |
| 165:6 - 165:8 | | | |
| 224:14 - 225:7 | | | |
| 225:10 - 225:10 | | | |
| 249:25 - 250:1 | | | |
| 250:4 - 250:12 | | | |
| 254:18 - 254:22 | | | |
| 254:25 - 255:23 | | | |
| 256:1 - 256:2 | | | |
| 262:20 - 262:23 | | | |
| 263:2 - 263:14 | | | |

| 263:18 - 263:25 | | | |
| 264:13 - 264:17 | | | |
| 265:6 - 265:9 | | | |
| 265:12 - 265:14 | | | |
| 266:18 - 268:12 | | | |

| Zachary Trover<br>April 18, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 8:3 - 8:4 | | | |
| 8:7 - 8:12 | | | |
| 20:11 - 20:23 | | | |
| 23:25 - 24:7 | | | |
| 26:3 - 26:16 | | | |
| 38:3 - 38:11 | | | |
| 40:17 - 40:25 | | | |
| 41:10 - 41:23 | | | |
| 42:8 - 42:11 | | | |
| 100:18 - 100:20 | | | |
| 132:24 - 134:12 | | | |
| 135:16 - 135:20 | | | |
| 137:1 - 137:3 | | | |
| 137:6 - 137:13 | | | |
| 137:16 - 137:18 | | | |

| Joseph Valandra<br>September 27, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 5:3 -5:6 | | | |
| 5:9 - 5:13 | | | |
| 119:2 - 120:20 | | | |
| 120:23 - 122:15 | | | |
| 123:11 - 127:16 | | | |
| 131:22 - 135:1 | | | |
| 135:4 - 137:8 | | | |
| 137:11 - 137:20 | | | |
| 147:15 - 147:23 | | | |
| 149:10 - 150:4 | | | |
| 150:7 - 151:5 | | | |

| 151:8 - 151:18 | | | |
|---|---|---|---|
| 151:21 - 152:7 | | | |
| 152:10 - 154:10 | | | |
| 172:24 - 173:6 | | | |
| 173:9 - 173:14 | | | |
| 176:7 - 176:11 | | | |
| 176:16 - 176:19 | | | |
| 182:14 - 182:25 | | | |
| 185:15 - 185:25 | | | |
| 186:8 - 186:24 | | | |
| 188:13 - 189:22 | | | |
| 189:25 - 190:10 | | | |
| 190:14 - 190:14 | | | |
| 193:17 - 194:12 | | | |
| 195:9 - 196:2 | | | |
| 201:10 - 201:17 | | | |
| 202:4 - 202:14 | | | |
| 203:8 - 204:17 | | | |
| 204:20 - 204:21 | | | |
| 220:3 - 220:19 | | | |
| 222:21 - 222:23 | | | |
| 223:24 - 224:7 | | | |
| 226:18 - 226:24 | | | |
| 227:3 - 227:10 | | | |
| 227:12 - 227:16 | | | |
| 227:20 - 227:20 | | | |
| 229:24 - 230:9 | | | |
| 233:16 - 233:19 | | | |
| 234:5 - 234:7 | | | |
| 234:10 - 234:12 | | | |
| 239:16 - 239:23 | | | |
| **Arthur Watson**<br>**July 12, 2018** | | | |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 8:1 - 8:3 | | | |
| 8:8 - 8:13 | | | |
| 28:19 - 29:17 | | | |
| 31:24 - 32:20 | | | |
| 36:2 - 37:7 | | | |
| 37:12 - 38:3 | | | |
| 38:12 - 38:24 | | | |

| 53:19 - 54:4 | | | |
|---|---|---|---|
| 60:22 - 61:11 | | | |
| 62:3 - 64:8 | | | |
| 64:11 - 64:18 | | | |
| 69:16 - 69:18 | | | |
| 74:3 - 74:7 | | | |
| 75:2 - 75:16 | | | |
| 79:20 - 79:22 | | | |
| 80:13 - 80:24 | | | |
| 83:4 - 83:16 | | | |
| 104:3 - 104:9 | | | |
| 117:1 - 117:5 | | | |
| 118:10 - 118:16 | | | |
| 118:23 - 119:2 | | | |
| 146:4 - 147:6 | | | |
| 148:13 - 148:17 | | | |
| 163:12 - 163:24 | | | |
| 167:11 - 168:8 | | | |
| 170:5 - 171:1 | | | |
| 171:24 - 174:3 | | | |
| 183:9 - 183:13 | | | |
| 185:2 - 185:5 | | | |
| 187:6 - 188:6 | | | |
| 188:13 - 189:15 | | | |
| 204:7 - 204:15 | | | |
| 209:18 - 210:5 | | | |
| 210:19 - 210:23 | | | |
| 221:5 - 222:13 | | | |
| 233:15 - 233:24 | | | |
| 239:11 - 240:7 | | | |
| 240:10 - 240:10 | | | |
| 241:7 - 241:11 | | | |
| 243:3 - 244:13 | | | |
| 244:16 - 244:23 | | | |
| 245:19 - 246:10 | | | |
| **Arthur Watson**<br>**August 2, 2018** | | | |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 6:1 - 6:3 | | | |
| 15:21 - 17:10 | | | |
| 18:5 - 19:23 | | | |

| 20:23 - 22:3 | | | |
| 22:18 - 23:9 | | | |
| 32:1 - 33:8 | | | |
| 47:7 - 47:9 | | | |
| 47:13 - 48:6 | | | |
| 48:21 - 50:1 | | | |
| 78:17 - 79:10 | | | |

| George Weilacher February 16, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 6:3 - 6:4 | | | |
| 6:9 - 6:13 | | | |
| 16:8 - 16:18 | | | |
| 17:5 - 17:12 | | | |
| 17:17 - 18:23 | | | |
| 19:25 - 20:10 | | | |
| 20:16 - 20:19 | | | |
| 22:21 - 22:24 | | | |
| 23:8 - 23:12 | | | |
| 27:7 - 27:16 | | | |
| 33:2 - 33:9 | | | |
| 34:10 - 34:15 | | | |
| 35:20 - 36:10 | | | |
| 39:11 - 39:24 | | | |
| 40:17 - 40:20 | | | |
| 53:13 - 53:21 | | | |
| 69:7 - 69:22 | | | |
| 70:16 - 71:15 | | | |
| 81:22 - 82:6 | | | |
| 82:21 - 83:3 | | | |
| 83:19 - 84:11 | | | |
| 97:13 - 97:19 | | | |
| 112:5 - 112:14 | | | |
| 133:4 - 133:9 | | | |
| 133:24 - 134:17 | | | |
| 144:4 - 144:22 | | | |
| 146:22 - 147:16 | | | |
| 149:9 - 149:17 | | | |
| 150:1 - 150:13 | | | |
| 151:6 - 151:9 | | | |
| 154:10 - 155:16 | | | |

| 155:20 - 156:11 | | | |
|---|---|---|---|
| 156:18 - 157:6 | | | |
| 158:7 - 158:10 | | | |
| 159:17 - 159:25 | | | |
| 160:14 - 161:1 | | | |
| 164:23 - 165:7 | | | |
| 167:5 - 168:4 | | | |
| 171:23 - 172:10 | | | |
| 200:1 - 202:7 | | | |
| 202:13 - 203:12 | | | |
| 205:11 - 205:16 | | | |
| 206:16 - 206:24 | | | |
| 207:11 - 207:18 | | | |
| 208:10 - 208:21 | | | |
| 219:13 - 219:16 | | | |
| 228:16 - 228:22 | | | |
| 229:11 - 230:15 | | | |
| 249:5 - 249:23 | | | |
| 250:2 - 251:7 | | | |
| 251:11 - 251:14 | | | |
| 260:6 - 260:9 | | | |
| **John Yarbrough July 11, 2018** | | | |
| **Plaintiff's Designations** | **Defendants' Objections** | **Plaintiff's Counter-Designations** | **Defendants' Objections to Counter-Designations** |
| 6:17 - 6:19 | | | |
| 7:8 - 7:10 | | | |
| 23:14 - 23:16 | | | |
| 27:2 - 27:3 | | | |
| 27:12 - 27:14 | | | |
| 27:19 - 27:22 | | | |
| 45:21 - 45:25 | | | |
| 46:4 - 46:10 | | | |
| 46:16 - 46:21 | | | |
| 80:18 - 81:19 | | | |
| 92:13 - 93:7 | | | |
| 95:13 - 96:3 | | | |
| 111:12 - 111:15 | | | |
| 111:18 - 111:24 | | | |
| 112:1 - 112:5 | | | |
| 112:12 - 112:17 | | | |
| 138:22 - 138:25 | | | |

| | | | |
|---|---|---|---|
| 155:23 - 155:24 | | | |
| 156:2 - 156:16 | | | |
| 162:1 - 162:23 | | | |
| 165:5 - 165:16 | | | |
| 166:4 - 166:9 | | | |
| 167:1 - 167:4 | | | |
| 167:12 - 167:19 | | | |
| 168:7 - 168:23 | | | |
| 169:13 - 169:18 | | | |
| 169:20 - 170:3 | | | |
| 171:18 - 171:22 | | | |
| 171:24 - 171:24 | | | |
| 175:13 - 175:22 | | | |
| 178:2 - 179:20 | | | |
| 180:5 - 180:16 | | | |
| 182:12 - 182:13 | | | |
| 182:17 - 182:20 | | | |
| 182:22 - 183:1 | | | |
| 183:4 - 183:6 | | | |
| 183:8 - 183:11 | | | |
| 183:14 - 183:23 | | | |
| 184:9 - 184:12 | | | |
| 184:21 - 184:24 | | | |
| 185:1 - 185:2 | | | |
| 191:11 - 192:3 | | | |
| 194:14 - 194:17 | | | |
| 197:21 - 197:22 | | | |
| 197:25 - 198:5 | | | |
| 198:7 - 198:13 | | | |
| 204:21 - 204:22 | | | |
| 204:24 - 204:24 | | | |
| 205:1 - 205:4 | | | |
| 205:7 - 205:8 | | | |
| 205:10 - 205:22 | | | |
| 218:12 - 218:15 | | | |
| 218:18 - 218:21 | | | |
| 218:23 - 220:3 | | | |
| 221:13 - 222:18 | | | |
| 222:21 - 224:12 | | | |
| 224:16 - 224:21 | | | |
| 224:24 - 225:20 | | | |
| 225:25 - 226:22 | | | |
| 227:4 - 227:10 | | | |
| 227:23 - 228:1 | | | |

| 232:24 - 234:24 | | | |
| --- | --- | --- | --- |

In addition to the deposition testimony identified above, VGT designates the following written discovery responses from Castle Hill:

VGT Interrogatory Nos. 2, 6, 7, 11, 12, 13, 15, 17, 21, 23, 25, 26, and 27; and

VGT Request for Admission No. 1.


July 11, 2019                                    Respectfully submitted,

                                                */s/ Gary M. Rubman*
                                                Graydon Dean Luthey, Jr., OBA No. 5568
                                                GABLE GOTWALS
                                                1100 ONEOK Plaza
                                                100 West Fifth Street
                                                Tulsa, OK 74103-4217
                                                Telephone: (918) 595-4821
                                                Facsimile: (918) 595-4990
                                                dluthey@gablelaw.com

                                                Gary M. Rubman
                                                Peter A. Swanson
                                                Rebecca B. Dalton
                                                COVINGTON & BURLING LLP
                                                One CityCenter
                                                850 Tenth Street, NW
                                                Washington, D.C. 20001-4956
                                                Telephone: (202) 662-6000
                                                Facsimile: (202) 778-5465
                                                grubman@cov.com
                                                pswanson@cov.com
                                                rdalton@cov.com
                                                   (admitted pro hac vice)

                                                Neil K. Roman
                                                COVINGTON & BURLING LLP
                                                The New York Times Building
                                                620 Eighth Avenue
                                                New York, NY 10018-1405
                                                Telephone: (212) 841-1221
                                                Facsimile: (212) 841-1010

nroman@cov.com
  (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, I filed the foregoing Plaintiff's Deposition and

Discovery Response Designations via ECF, which caused a true and correct copy of the

foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

*/s/ Gary M. Rubman*

38