## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

                      Plaintiff,

v.

CASTLE HILL STUDIOS LLC, *et al.*

                    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

### DEFENDANTS' DEPOSITION AND INTERROGATORY DESIGNATIONS

Defendants, Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC, submit the following deposition and interrogatory designations pursuant to the Fifth Amended Scheduling Order dated April 15, 2019 (Doc. 312).

## I.    DEPOSITION DESIGNATIONS

### A.    Sarah Carlson – June 21, 2018

Pg: 7 Ln: 12 - Pg: 8 Ln: 7

Pg: 19 Ln: 17 - Pg: 20 Ln: 16

Pg: 21 Ln: 10 - Pg: 25 Ln: 24

Pg: 35 Ln: 18 - 20

Pg: 36 Ln: 14 - 16

Pg: 38 Ln: 25 - Pg: 39 Ln: 2

Pg: 40 Ln: 7 - Pg: 45 Ln: 10

Pg: 45 Ln: 15 - Pg: 46 Ln: 20

Pg: 47 Ln: 8 - Pg: 48 Ln: 22

Pg: 48 Ln: 24 - Pg: 50 Ln: 20

Pg: 54 Ln: 1 - 11

Pg: 54 Ln: 24 - Pg: 55 Ln: 19

Pg: 56 Ln: 20 - Pg: 57 Ln: 3

Pg: 58 Ln: 14 - Pg: 59 Ln: 6

Pg: 59 Ln: 8 - Pg: 60 Ln: 20

Pg: 61 Ln: 3 - 10

Pg: 61 Ln: 12 - 14

Pg: 61 Ln: 16 - Pg: 62 Ln: 22

Pg: 63 Ln: 3 - Pg: 64 Ln: 17

Pg: 65 Ln: 7 - Pg: 66 Ln: 22

Pg: 66 Ln: 24 - Pg: 67 Ln: 4

Pg: 68 Ln: 10 - Pg: 74 Ln: 11

Pg: 75 Ln: 6 - Pg: 76 Ln: 13

Pg: 76 Ln: 16 - 24

Pg: 77 Ln: 3 - 12

Pg: 77 Ln: 21 - Pg: 79 Ln: 2

Pg: 79 Ln: 6 - 7

Pg: 79 Ln: 9 - 23

Pg: 80 Ln: 1 - 9

Pg: 80 Ln: 11 - 14

Pg: 80 Ln: 16 - Pg: 81 Ln: 8

Pg: 84 Ln: 3 - 9

Pg: 84 Ln: 11 - 20

Pg: 84 Ln: 25 - Pg: 90 Ln: 20

Pg: 90 Ln: 23 - Pg: 91 Ln: 14

Pg: 91 Ln: 17 - Pg: 92 Ln: 6

Pg: 92 Ln: 8 - Pg: 93 Ln: 1

Pg: 93 Ln: 4 - 13

Pg: 93 Ln: 20 - 22

Pg: 93 Ln: 24 - Pg: 94 Ln: 10

Pg: 94 Ln: 12 - Pg: 95 Ln: 3

Pg: 95 Ln: 6 - Pg: 96 Ln: 17

Pg: 96 Ln: 19 - Pg: 98 Ln: 25

Pg: 99 Ln: 2 - Pg: 100 Ln: 16

Pg: 104 Ln: 4 - 6

Pg: 104 Ln: 15 - Pg: 105 Ln: 8

Pg: 106 Ln: 16 - 21

Pg: 107 Ln: 14 - Pg: 108 Ln: 4

Pg: 108 Ln: 6 - 12

Pg: 108 Ln: 14 - 17

Pg: 108 Ln: 19 - Pg: 109 Ln: 24

Pg: 110 Ln: 15 - 22

Pg: 111 Ln: 15 - 25

Pg: 112 Ln: 1 - 15

Pg: 112 Ln: 18 - Pg: 113 Ln: 22

Pg: 115 Ln: 10 - Pg: 116 Ln: 22

Pg: 118 Ln: 4 - 19

Pg: 119 Ln: 22 - Pg: 121 Ln: 17

Pg: 121 Ln: 22 - Pg: 122 Ln: 10

Pg: 124 Ln: 4 - 15

Pg: 125 Ln: 15 - 18

Pg: 126 Ln: 18 - Pg: 127 Ln: 1

Pg: 129 Ln: 9 - 16

Pg: 131 Ln: 22 - Pg: 132 Ln: 10

Pg: 132 Ln: 13

Pg: 140 Ln: 5 - 17

Pg: 140 Ln: 22 - Pg: 141 Ln: 20

Pg: 144 Ln: 3 - 11

Pg: 145 Ln: 10 - 20

Pg: 145 Ln: 22 - Pg: 146 Ln: 3

Pg: 147 Ln: 16 - 19

Pg: 162 Ln: 22 - Pg: 164 Ln: 20

Pg: 177 Ln: 8 - 12

Pg: 178 Ln: 7 - 23

Pg: 185 Ln: 16 - Pg: 186 Ln: 2

Pg: 192 Ln: 10 - 16

Pg: 200 Ln: 20 - Pg: 201 Ln: 6

Pg: 202 Ln: 10 - Pg: 203 Ln: 8

Pg: 203 Ln: 17 - Pg: 204 Ln: 1

**B.      Joshua Davis, 30(b)(6) Corporate Designee – August 3, 2018**

Pg: 7 Ln: 1 - 15

Pg: 11 Ln: 23 - Pg: 12 Ln: 11

Pg: 16 Ln: 15 - Pg: 17 Ln: 12

Pg: 19 Ln: 18 - Pg: 20 Ln: 24

Pg: 21 Ln: 2 - Pg: 24 Ln: 11

Pg: 26 Ln: 2 - Pg: 27 Ln: 9

Pg: 29 Ln: 16 - Pg: 31 Ln: 4

Pg: 33 Ln: 17 - Pg: 34 Ln: 6

Pg: 34 Ln: 8 - Pg: 35 Ln: 8

Pg: 37 Ln: 7 - Pg: 39 Ln: 8

Pg: 43 Ln: 16 - Pg: 44 Ln: 13

Pg: 48 Ln: 12 - Pg: 50 Ln: 7

Pg: 52 Ln: 25 - Pg: 54 Ln: 8

Pg: 66 Ln: 3 - Pg: 67 Ln: 20

Pg: 74 Ln: 10 - Pg: 76 Ln: 9

Pg: 76 Ln: 23 - Pg: 78 Ln: 12

Pg: 82 Ln: 2 - 11

Pg: 85 Ln: 23 - Pg: 86 Ln: 2

Pg: 94 Ln: 9 - 13

Pg: 99 Ln: 5 - 21

Pg: 103 Ln: 16 - Pg: 104 Ln: 23

Pg: 110 Ln: 15 - Pg: 116 Ln: 14

Pg: 117 Ln: 14 - Pg: 119 Ln: 2

Pg: 128 Ln: 9 - Pg: 129 Ln: 25

Pg: 132 Ln: 10 - Pg: 133 Ln: 22

Pg: 148 Ln: 20 - Pg: 149 Ln: 9

Pg: 149 Ln: 11 - Pg: 151 Ln: 3

Pg: 151 Ln: 25 - Pg: 153 Ln: 13

### C.     Craig Eubanks – April 25, 2018

Pg: 5 Ln: 2 - 6

Pg: 15 Ln: 5 - 17

Pg: 19 Ln: 18 - Pg: 20 Ln: 11

Pg: 23 Ln: 12 - Pg: 29 Ln: 1

Pg: 29 Ln: 12 - 19

Pg: 29 Ln: 21 - Pg: 30 Ln: 2

Pg: 33 Ln: 4 - 21

Pg: 34 Ln: 23 - Pg: 35 Ln: 16

Pg: 43 Ln: 17 - Pg: 46 Ln: 4

Pg: 46 Ln: 9 - Pg: 50 Ln: 13

Pg: 50 Ln: 20 - Pg: 51 Ln: 1

Pg: 51 Ln: 5 - Pg: 52 Ln: 8

Pg: 52 Ln: 13 - 18

Pg: 53 Ln: 6 - 20

Pg: 54 Ln: 4 - 17

Pg: 55 Ln: 4 - 15

Pg: 56 Ln: 18 - Pg: 57 Ln: 13

Pg: 57 Ln: 17 - Pg: 60 Ln: 1

Pg: 60 Ln: 11 - 62 Ln: 14

Pg: 64 Ln: 2 - 24

Pg: 65 Ln: 9 - 16

Pg: 65 Ln: 20 - 21

Pg: 66 Ln: 2 - Pg: 71 Ln: 21

Pg: 71 Ln: 25 - Pg: 72 Ln: 17

Pg: 73 Ln: 6 - Pg: 79 Ln: 4

Pg: 81 Ln: 25 - Pg: 82 Ln: 9

Pg: 82 Ln: 16 - 21

Pg: 84 Ln: 4 - 6

Pg: 84 Ln: 19 - Pg: 86 Ln: 11

Pg: 86 Ln: 20 - 23

Pg: 87 Ln: 5 - Pg: 88 Ln: 10

Pg: 88 Ln: 17 - Pg: 89 Ln: 6

Pg: 89 Ln: 12 - 19

Pg: 89 Ln: 22 - Pg: 90 Ln: 5

Pg: 90 Ln: 18 - 23

Pg: 91 Ln: 14 - Pg: 92 Ln: 24

Pg: 93 Ln: 20 - Pg: 94 Ln: 1

Pg: 94 Ln: 3 - Pg: 100 Ln: 12

Pg: 101 Ln: 22 - Pg: 107 Ln: 11

Pg: 108 Ln: 16 - Pg: 111 Ln: 21

Pg: 144 Ln: 25 - Pg: 145 Ln: 13

### D.      Larry Graham – May 15, 2018

Pg: 5 Ln: 11 - 15

Pg: 10 Ln: 7 - Pg: 13 Ln: 19

Pg: 17 Ln: 25 - Pg: 18 Ln: 12

Pg: 23 Ln: 8 - 19

Pg: 25 Ln: 14 - Pg: 26 Ln: 10

Pg: 26 Ln: 20 - Pg: 28 Ln: 22

Pg: 41 Ln: 23 - Pg: 42 Ln: 10

Pg: 42 Ln: 14 - Pg: 51 Ln: 14

Pg: 53 Ln: 9 - Pg: 56 Ln: 4

Pg: 60 Ln: 15 - Pg: 62 Ln: 24

Pg: 63 Ln: 18 - Pg: 64 Ln: 19

Pg: 67 Ln: 13 - Pg: 69 Ln: 9

Pg: 73 Ln: 21 - 23

Pg: 77 Ln: 4 - 20

Pg: 78 Ln: 10 - Pg: 79 Ln: 25

Pg: 83 Ln: 9 - Pg: 87 Ln: 16

Pg: 90 Ln: 23 - Pg: 91 Ln: 18

Pg: 101 Ln: 25 - Pg: 103 Ln: 21

Pg: 114 Ln: 9 - 23

Pg: 117 Ln: 24 - Pg: 123 Ln: 9

Pg: 123 Ln: 19 - Pg: 127 Ln: 24

Pg: 129 Ln: 17 - Pg: 130 Ln: 6

Pg: 132 Ln: 5 - Pg: 133 Ln: 18

Pg: 134 Ln: 10 - Pg: 138 Ln: 13

Pg: 143 Ln: 25 - Pg: 145 Ln: 19

Pg: 146 Ln: 16 - Pg: 147 Ln: 6

Pg: 159 Ln: 25 - Pg: 162 Ln: 19

Pg: 170 Ln: 8 - Pg: 172 Ln: 12

Pg: 173 Ln: 4 - Pg: 176 Ln: 6

Pg: 178 Ln: 14 - 19

Pg: 187 Ln: 23 - Pg: 189 Ln: 14

Pg: 198 Ln: 24 - Pg: 200 Ln: 4

Pg: 202 Ln: 18 - Pg: 203 Ln: 7

Pg: 203 Ln: 18 - Pg: 205 Ln: 11

Pg: 206 Ln: 6 - Pg: 207 Ln: 15

Pg: 211 Ln: 7 - 16

Pg: 216 Ln: 24 - Pg: 219 Ln: 2

Pg: 219 Ln: 15 - Pg: 220 Ln: 12

Pg: 222 Ln: 10 - Pg: 223 Ln: 6

### E.    Will Harvie – June 14, 2018

Pg: 6 Ln: 24 - Pg: 7 Ln: 1

Pg: 11 Ln: 18 - Pg: 12 Ln: 16

Pg: 13 Ln: 10 - 12

Pg: 15 Ln: 10 - 21

Pg: 18 Ln: 11 - 16

Pg: 20 Ln: 10 - Pg: 22 Ln: 15

Pg: 24 Ln: 13 - Pg: 26 Ln: 17

Pg: 29 Ln: 24 - Pg: 34 Ln: 9

Pg: 34 Ln: 14 - Pg: 49 Ln: 15

Pg: 52 Ln: 5 - Pg: 54 Ln: 11

Pg: 55 Ln: 3 - Pg: 58 Ln: 17

Pg: 58 Ln: 24 - Pg: 71 Ln: 10

Pg: 73 Ln: 16 - Pg: 74 Ln: 12

Pg: 77 Ln: 7 - Pg: 78 Ln: 4

Pg: 83 Ln: 18 - Pg: 88 Ln: 18

Pg: 90 Ln: 4 - 15

Pg: 94 Ln: 23 - Pg: 99 Ln: 14

Pg: 100 Ln: 23 - Pg: 103 Ln: 3

Pg: 103 Ln: 9 - 15

Pg: 118 Ln: 3 - 23

Pg: 131 Ln: 5 - 14

Pg: 131 Ln: 20 - Pg: 132 Ln: 12

Pg: 137 Ln: 15 - Pg: 140 Ln: 11

Pg: 141 Ln: 19 - Pg: 142 Ln: 17

Pg: 145 Ln: 8 - Pg: 146 Ln: 9

Pg: 151 Ln: 4 - Pg: 153 Ln: 8

Pg: 155 Ln: 17 - Pg: 162 Ln: 7

Pg: 162 Ln: 10 - 17

Pg: 163 Ln: 2 - Pg: 165 Ln: 8

Pg: 166 Ln: 5 - Pg: 168 Ln: 22

Pg: 170 Ln: 7 - 17

Pg: 176 Ln: 12 - 18

Pg: 180 Ln: 22 - Pg: 181 Ln: 7

Pg: 183 Ln: 2 - 19

Pg: 184 Ln: 7 - Pg: 186 Ln: 24

Pg: 187 Ln: 9 – 18

### F.    Don Kovach, 30(b)(6) Corporate Designee – August 2, 2018

Pg: 6 Ln: 24 - Pg: 7 Ln: 8

Pg: 8 Ln: 8 - Pg: 11 Ln: 4

Pg: 29 Ln: 21 - Pg: 33 Ln: 18

Pg: 33 Ln: 24 - Pg: 34 Ln: 21

Pg: 35 Ln: 13 - Pg: 41 Ln: 4

Pg: 42 Ln: 18 - Pg: 44 Ln: 15

Pg: 45 Ln: 3 - Pg: 46 Ln: 14

### G.    David Marsh – May 2, 2018

Pg: 8 Ln: 2 - 19

Pg: 11 Ln: 5 - Pg: 13 Ln: 17

Pg: 13 Ln: 21 - 24

Pg: 14 Ln: 1 - 7

Pg: 17 Ln: 15 - Pg: 18 Ln: 5

Pg: 23 Ln: 15 - 23

Pg: 24 Ln: 16 - Pg: 25 Ln: 6

Pg: 28 Ln: 12 - Pg: 29 Ln: 3

Pg: 30 Ln: 13 - 19

Pg: 31 Ln: 10 - Pg: 32 Ln: 21

Pg: 39 Ln: 10 - Pg: 40 Ln: 24

Pg: 41 Ln: 6 - 23

Pg: 43 Ln: 18 - Pg: 45 Ln: 5

Pg: 45 Ln: 23 - Pg: 46 Ln: 23

Pg: 47 Ln: 6 - Pg: 48 Ln: 19

Pg: 49 Ln: 2 - Pg: 50 Ln: 11

Pg: 50 Ln: 19 - Pg: 51 Ln: 12

Pg: 54 Ln: 10 - 21

Pg: 66 Ln: 4 - 10

Pg: 66 Ln: 16 - 23

Pg: 67 Ln: 14 - Pg: 68 Ln: 4

Pg: 69 Ln: 19 - Pg: 70 Ln: 2

Pg: 71 Ln: 1 - Pg: 72 Ln: 8

Pg: 76 Ln: 16 - Pg: 77 Ln: 15

Pg: 78 Ln: 18 - Pg: 79 Ln: 7

Pg: 79 Ln: 18 - Pg: 80 Ln: 9

Pg: 82 Ln: 10 - 15

Pg: 83 Ln: 10 - 19

Pg: 87 Ln: 19 - Pg: 91 Ln: 5

Pg: 92 Ln: 16 - 23

Pg: 93 Ln: 20 - Pg: 95 Ln: 23

Pg: 96 Ln: 3 - 22

Pg: 103 Ln: 11 - Pg: 104 Ln: 6

Pg: 104 Ln: 23 - Pg: 105 Ln: 16

Pg: 106 Ln: 13 - Pg: 107 Ln: 6

Pg: 113 Ln: 2 - 7

Pg: 114 Ln: 4 - 7

Pg: 115 Ln: 13 - Pg: 116 Ln: 2

Pg: 120 Ln: 13 - Pg: 121 Ln: 18

Pg: 123 Ln: 15 - Pg: 125 Ln: 22

Pg: 127 Ln: 2 - Pg: 128 Ln: 8

Pg: 129 Ln: 7 - Pg: 130 Ln: 16

Pg: 134 Ln: 16 - Pg: 135 Ln: 15

Pg: 143 Ln: 19 - Pg: 144 Ln: 15

Pg: 148 Ln: 12 - Pg: 149 Ln: 1

Pg: 152 Ln: 19 - Pg: 153 Ln: 16

Pg: 155 Ln: 8 - 12

Pg: 165 Ln: 10 - Pg: 166 Ln: 10

Pg: 166 Ln: 21 - 25

Pg: 167 Ln: 14 - 21

Pg: 171 Ln: 25 - Pg: 172 Ln: 12

Pg: 179 Ln: 1 - 9

Pg: 183 Ln: 4 - 9

Pg: 183 Ln: 19 - 21

Pg: 185 Ln: 1 - Pg: 186 Ln: 23

Pg: 187 Ln: 9 - 18

Pg: 193 Ln: 14 - 22

Pg: 205 Ln: 15 - Pg: 206 Ln: 21

Pg: 207 Ln: 1 - Pg: 208 Ln: 9

Pg: 217 Ln: 21 - Pg: 218 Ln: 5

Pg: 219 Ln: 15 - Pg: 220 Ln: 18

Pg: 227 Ln: 18 - Pg: 228 Ln: 18

Pg: 260 Ln: 21 - Pg: 261 Ln: 4

Pg: 266 Ln: 2 - 10

      **H.**      **Butch McGill – May 10, 2018**

Pg: 5 Ln: 20 - Pg: 6 Ln: 13

Pg: 17 Ln: 1 - Pg: 18 Ln: 11

Pg: 19 Ln: 18 - Pg: 26 Ln: 20

Pg: 27 Ln: 13 - Pg: 28 Ln: 7

Pg: 30 Ln: 25 - Pg: 32 Ln: 12

Pg: 34 Ln: 24 - Pg: 39 Ln: 1

Pg: 39 Ln: 9 - Pg: 45 Ln: 21

Pg: 46 Ln: 20 - Pg: 50 Ln: 21

Pg: 51 Ln: 7 - Pg: 56 Ln: 18

Pg: 56 Ln: 25 - Pg: 68 Ln: 17

Pg: 68 Ln: 22 - Pg: 69 Ln: 23

Pg: 71 Ln: 2 - Pg: 73 Ln: 14

Pg: 73 Ln: 20 - Pg: 74 Ln: 1

Pg: 74 Ln: 2 - Pg: 88 Ln: 24

Pg: 89 Ln: 10 - Pg: 96 Ln: 8

Pg: 98 Ln: 2 - Pg: 101 Ln: 18

Pg: 102 Ln: 7 - Pg: 103 Ln: 8

Pg: 103 Ln: 21 - Pg: 108 Ln: 3

Pg: 109 Ln: 1 - 9

Pg: 112 Ln: 17 - Pg: 115 Ln: 7

Pg: 118 Ln: 15 - Pg: 121 Ln: 3

Pg: 124 Ln: 17 - Pg: 125 Ln: 4

Pg: 125 Ln: 12 - 18

Pg: 126 Ln: 4 - 6

> **I.     Ryan North – April 26, 2018**

Pg: 8 Ln: 2 - 6

Pg: 8 Ln: 16 - 24

Pg: 18 Ln: 25 - Pg: 19 Ln: 6

Pg: 20 Ln: 21 - Pg: 24 Ln: 16

Pg: 27 Ln: 20 - Pg: 37 Ln: 18

Pg: 38 Ln: 4 - 10

Pg: 41 Ln: 21 - Pg: 43 Ln: 3

Pg: 43 Ln: 16 - Pg: 46 Ln: 23

Pg: 47 Ln: 7 - Pg: 48 Ln: 4

Pg: 49 Ln: 6 - 13

Pg: 50 Ln: 24 - Pg: 52 Ln: 17

Pg: 52 Ln: 19 - Pg: 53 Ln: 15

Pg: 53 Ln: 19 - Pg: 56 Ln: 11

Pg: 57 Ln: 7 - 14

Pg: 57 Ln: 22 - Pg: 60 Ln: 5

Pg: 61 Ln: 2 - Pg: 64 Ln: 20

Pg: 65 Ln: 17 - 23

Pg: 66 Ln: 10 - Pg: 69 Ln: 4

Pg: 69 Ln: 23 - Pg: 70 Ln: 3

Pg: 70 Ln: 16 - Pg: 71 Ln: 13

Pg: 75 Ln: 13 - Pg: 76 Ln: 8

Pg: 83 Ln: 2 - 18

Pg: 84 Ln: 3 - Pg: 86 Ln: 2

Pg: 93 Ln: 14 - Pg: 94 Ln: 4

Pg: 95 Ln: 18 - Pg: 96 Ln: 4

Pg: 96 Ln: 22 - Pg: 98 Ln: 9

Pg: 98 Ln: 19 - Pg: 99 Ln: 10

Pg: 99 Ln: 17 - Pg: 100 Ln: 4

Pg: 102 Ln: 1 - 14

Pg: 111 Ln: 6 - Pg: 113 Ln: 9

Pg: 113 Ln: 25 - Pg: 114 Ln: 1

Pg: 114 Ln: 8 - 11

Pg: 114 Ln: 25 - Pg: 119 Ln: 17

Pg: 120 Ln: 18 - Pg: 121 Ln: 11

Pg: 121 Ln: 18 - Pg: 122 Ln: 7

Pg: 123 Ln: 13 - Pg: 124 Ln: 2

Pg: 124 Ln: 16 - Pg: 125 Ln: 6

Pg: 135 Ln: 21 - Pg: 136 Ln: 9

Pg: 137 Ln: 4 - 19

Pg: 138 Ln: 6 - Pg: 139 Ln: 6

Pg: 140 Ln: 25 - Pg: 141 Ln: 13

Pg: 142 Ln: 6 - 14

Pg: 143 Ln: 22 - Pg: 144 Ln: 23

Pg: 145 Ln: 16 - Pg: 146 Ln: 14

Pg: 146 Ln: 24 - Pg: 150 Ln: 7

Pg: 150 Ln: 12 - Pg: 151 Ln: 1

Pg: 151 Ln: 16 - 24

Pg: 153 Ln: 8 - Pg: 154 Ln: 6

Pg: 155 Ln: 8 - Pg: 160 Ln: 15

Pg: 161 Ln: 9 - Pg: 162 Ln: 1

Pg: 163 Ln: 23 - Pg: 165 Ln: 3

Pg: 165 Ln: 9 - 20

Pg: 166 Ln: 10 - Pg: 168 Ln: 4

Pg: 168 Ln: 8 - 13

Pg: 168 Ln: 18 - Pg: 169 Ln: 14

Pg: 171 Ln: 4 - 21

Pg: 174 Ln: 5 - 8

Pg: 174 Ln: 12 - Pg: 175 Ln: 19

Pg: 176 Ln: 4 - 17

Pg: 176 Ln: 22 - Pg: 177 Ln: 10

Pg: 177 Ln: 15 - Pg: 178 Ln: 23

Pg: 179 Ln: 2 - Pg: 180 Ln: 14

Pg: 182 Ln: 2 - 14

Pg: 184 Ln: 4 - Pg: 187 Ln: 6

Pg: 188 Ln: 24 - Pg: 189 Ln: 16

Pg: 190 Ln: 11 - 24

Pg: 192 Ln: 2 - Pg: 193 Ln: 21

Pg: 194 Ln: 15 - Pg: 196 Ln: 9

Pg: 197 Ln: 5 - Pg: 198 Ln: 1

Pg: 198 Ln: 15 - Pg: 200 Ln: 12

Pg: 201 Ln: 14 - Pg: 202 Ln: 2

Pg: 204 Ln: 24 - Pg: 205 Ln: 17

### J.        Karl Roelofs – June 14, 2018

Pg: 6 Ln: 1 - 2

Pg: 8 Ln: 5 - Pg: 9 Ln: 8

Pg: 12 Ln: 20 - Pg: 16 Ln: 4

Pg: 21 Ln: 9 - 14

Pg: 24 Ln: 10 - Pg: 31 Ln: 1

Pg: 31 Ln: 20 - Pg: 40 Ln: 8

Pg: 41 Ln: 10 - Pg: 43 Ln: 11

Pg: 44 Ln: 9 - Pg: 45 Ln: 21

Pg: 47 Ln: 17 - Pg: 49 Ln: 4

Pg: 49 Ln: 14 - Pg: 54 Ln: 2

Pg: 55 Ln: 20 - Pg: 56 Ln: 3

Pg: 57 Ln: 25 - Pg: 59 Ln: 19

Pg: 68 Ln: 10 - Pg: 71 Ln: 18

Pg: 73 Ln: 3 - 15

Pg: 73 Ln: 23 - Pg: 85 Ln: 20

Pg: 86 Ln: 8 - 23

Pg: 97 Ln: 8 - 10

Pg: 98 Ln: 9 - 18

Pg: 99 Ln: 16 - 22

Pg: 101 Ln: 14 - 23

Pg: 102 Ln: 9 - Pg: 104 Ln: 1

**K.     Zachary Schmid – June 20, 2018**

Pg: 6 Ln: 6 - 11

Pg: 9 Ln: 10 - 23

Pg: 10 Ln: 1 - Pg: 11 Ln: 1

Pg: 11 Ln: 16 - Pg: 16 Ln: 1

Pg: 19 Ln: 2 - 10

Pg: 19 Ln: 20 - Pg: 22 Ln: 2

Pg: 24 Ln: 15 - 24

Pg: 26 Ln: 3 - Pg: 33 Ln: 5

Pg: 35 Ln: 2 - Pg: 48 Ln: 1

Pg: 49 Ln: 18 - Pg: 53 Ln: 8

Pg: 53 Ln: 16 - Pg: 54 Ln: 1

Pg: 57 Ln: 17 - Pg: 59 Ln: 7

Pg: 63 Ln: 7 - Pg: 69 Ln: 14

Pg: 70 Ln: 2 - Pg: 72 Ln: 1

Pg: 74 Ln: 1 - Pg: 77 Ln: 7

Pg: 78 Ln: 4 - 16

Pg: 79 Ln: 18 - Pg: 84 Ln: 1

Pg: 84 Ln: 5 - Pg: 85 Ln: 17

Pg: 85 Ln: 21 - Pg: 88 Ln: 1

Pg: 89 Ln: 4 - Pg: 90 Ln: 11

Pg: 91 Ln: 20 - Pg: 92 Ln: 23

Pg: 94 Ln: 18 - Pg: 95 Ln: 17

### L.     Jay Sevigny – July 12, 2018

Pg: 7 Ln: 1 - 11

Pg: 11 Ln: 9 - Pg: 12 Ln: 3

Pg: 16 Ln: 8 - Pg: 17 Ln: 10

Pg: 17 Ln: 25 - Pg: 19 Ln: 9

Pg: 20 Ln: 13 - 18

Pg: 21 Ln: 9 - Pg: 27 Ln: 15

Pg: 34 Ln: 12 - Pg: 44 Ln: 8

Pg: 44 Ln: 13 - 22

Pg: 45 Ln: 1 - Pg: 46 Ln: 19

Pg: 47 Ln: 2 - 21

Pg: 48 Ln: 25 - Pg: 50 Ln: 16

Pg: 51 Ln: 5 - Pg: 52 Ln: 7

Pg: 53 Ln: 9 - Pg: 54 Ln: 14

Pg: 54 Ln: 23 - Pg: 55 Ln: 16

Pg: 56 Ln: 1 - Pg: 59 Ln: 24

Pg: 60 Ln: 20 - Pg: 61 Ln: 9

Pg: 62 Ln: 1 - 13

Pg: 63 Ln: 5 - Pg: 64 Ln: 20

Pg: 65 Ln: 1 - 15

Pg: 65 Ln: 19 - 24

Pg: 66 Ln: 9 - Pg: 67 Ln: 20

Pg: 67 Ln: 22 - Pg: 69 Ln: 22

Pg: 70 Ln: 24 - Pg: 72 Ln: 3

Pg: 72 Ln: 13 - 15

Pg: 74 Ln: 21 - Pg: 75 Ln: 14

Pg: 75 Ln: 25 - Pg: 76 Ln: 24

Pg: 77 Ln: 1 - Pg: 89 Ln: 20

Pg: 94 Ln: 10 - Pg: 98 Ln: 18

Pg: 100 Ln: 3 - 23

Pg: 101 Ln: 9 - Pg: 102 Ln: 21

Pg: 102 Ln: 23 - Pg: 103 Ln: 22

Pg: 105 Ln: 14 - Pg: 109 Ln: 1

Pg: 109 Ln: 11 - Pg: 112 Ln: 25

Pg: 118 Ln: 18 - Pg: 121 Ln: 17

Pg: 121 Ln: 21 - Pg: 122 Ln: 13

Pg: 122 Ln: 17 - Pg: 131 Ln: 25

Pg: 132 Ln: 2 - 24

Pg: 133 Ln: 21 - Pg: 134 Ln: 8

Pg: 135 Ln: 15 - Pg: 137 Ln: 13

Pg: 139 Ln: 17 - Pg: 153 Ln: 9

Pg: 154 Ln: 12 - Pg: 157 Ln: 16

Pg: 157 Ln: 24 - Pg: 159 Ln: 9

Pg: 160 Ln: 6 - 16

Pg: 161 Ln: 6 - 21

Pg: 162 Ln: 11 - 165 Ln: 1

Pg: 167 Ln: 18 - Pg: 175 Ln: 10

Pg: 176 Ln: 11 - Pg: 177 Ln: 22

Pg: 180 Ln: 8 - Pg: 182 Ln: 23

Pg: 183 Ln: 10 - Pg: 189 Ln: 22

Pg: 190 Ln: 16 - 20

Pg: 191 Ln: 7 - Pg: 192 Ln: 19

Pg: 196 Ln: 21 - Pg: 203 Ln: 20

### M.     Jay Sevigny, 30(b)(6) Corporate Designee – July 12, 2018

Pg: 203 Ln: 22 - Pg: 204 Ln: 13

Pg: 205 Ln: 5 - Pg: 207 Ln: 11

Pg: 209 Ln: 16 - Pg: 213 Ln: 11

Pg: 214 Ln: 18 - Pg: 224 Ln: 3

Pg: 224 Ln: 25 - Pg: 232 Ln: 4

Pg: 232 Ln: 22 - Pg: 234 Ln: 17

Pg: 235 Ln: 19 - Pg: 237 Ln: 6

Pg: 237 Ln: 19 - Pg: 239 Ln: 2

Pg: 242 Ln: 7 - 20

Pg: 243 Ln: 22 - Pg: 244 Ln: 13

Pg: 251 Ln: 6 - 10

### N.     Barry Smitherman – May 11, 2018

Pg: 5 Ln: 18 - Pg: 6 Ln: 9

Pg: 13 Ln: 3 - Pg: 14 Ln: 25

Pg: 22 Ln: 18 - Pg: 23 Ln: 8

Pg: 25 Ln: 11 - 23

Pg: 34 Ln: 17 - Pg: 35 Ln: 18

Pg: 48 Ln: 8 - Pg: 49 Ln: 11

O.    **James Starr – May 23, 2018**

Pg: 11 Ln: 1 - 14

Pg: 26 Ln: 17 - Pg: 27 Ln: 17

Pg: 28 Ln: 12 - Pg: 30 Ln: 2

Pg: 30 Ln: 22 - Pg: 36 Ln: 23

Pg: 38 Ln: 8 - 19

Pg: 40 Ln: 7 - Pg: 43 Ln: 20

Pg: 44 Ln: 12 - Pg: 45 Ln: 7

Pg: 46 Ln: 16 - Pg: 47 Ln: 22

Pg: 49 Ln: 25 - Pg: 50 Ln: 10

Pg: 52 Ln: 8 - Pg: 53 Ln: 24

Pg: 55 Ln: 11 - Pg: 56 Ln: 6

Pg: 56 Ln: 14 - Pg: 61 Ln: 22

Pg: 64 Ln: 23 - Pg: 65 Ln: 22

Pg: 69 Ln: 7 - Pg: 75 Ln: 6

Pg: 75 Ln: 15 - Pg: 78 Ln: 1

Pg: 78 Ln: 20 - Pg: 79 Ln: 6

Pg: 79 Ln: 12 - Pg: 80 Ln: 3

Pg: 80 Ln: 7 - Pg: 87 Ln: 20

Pg: 89 Ln: 4 - 14

Pg: 90 Ln: 24 - Pg: 91 Ln: 19

Pg: 92 Ln: 7 - Pg: 93 Ln: 4

Pg: 93 Ln: 19 - Pg: 97 Ln: 17

Pg: 98 Ln: 21 - Pg: 99 Ln: 8

Pg: 100 Ln: 13 - Pg: 101 Ln: 24

Pg: 102 Ln: 8 - 19

Pg: 105 Ln: 20 - Pg: 106 Ln: 21

Pg: 107 Ln: 2 - 16

Pg: 108 Ln: 8 - 16

Pg: 109 Ln: 17 - Pg: 110 Ln: 2

Pg: 110 Ln: 15 - Pg: 111 Ln: 17

Pg: 114 Ln: 7 - Pg: 118 Ln: 4

Pg: 127 Ln: 9 - Pg: 130 Ln: 16

Pg: 130 Ln: 25 - Pg: 134 Ln: 12

Pg: 135 Ln: 2 - 8

Pg: 139 Ln: 5 - Pg: 140 Ln: 17

Pg: 141 Ln: 8 - 23

Pg: 143 Ln: 13 - Pg: 144 Ln: 23

Pg: 145 Ln: 2 - 20

Pg: 148 Ln: 10 - 20

Pg: 151 Ln: 9 - 13

Pg: 153 Ln: 4 - Pg: 155 Ln: 8

Pg: 155 Ln: 20 - 23

Pg: 156 Ln: 14 - Pg: 157 Ln: 2

Pg: 157 Ln: 25 - Pg: 159 Ln: 19

Pg: 159 Ln: 25 - Pg: 161 Ln: 23

Pg: 163 Ln: 6 - 17

Pg: 165 Ln: 7 - Pg: 166 Ln: 1

Pg: 166 Ln: 10 - Pg: 174 Ln: 21

Pg: 175 Ln: 2 - Pg: 177 Ln: 19

Pg: 178 Ln: 6 - 14

Pg: 180 Ln: 2 - Pg: 183 Ln: 15

Pg: 183 Ln: 22 - Pg: 187 Ln: 23

Pg: 188 Ln: 10 - 18

Pg: 192 Ln: 9 - Pg: 199 Ln: 24

Pg: 201 Ln: 7 - Pg: 203 Ln: 4

Pg: 203 Ln: 15 - 19

Pg: 204 Ln: 1 - 24

Pg: 205 Ln: 9 - Pg: 208 Ln: 18

Pg: 208 Ln: 23 - Pg: 211 Ln: 10

Pg: 211 Ln: 18 - 25

Pg: 212 Ln: 12 - Pg: 218 Ln: 23

Pg: 219 Ln: 10 - Pg: 221 Ln: 3

Pg: 221 Ln: 20 - Pg: 224 Ln: 3

Pg: 228 Ln: 1 - Pg: 229 Ln: 6

Pg: 231 Ln: 6 - Pg: 232 Ln: 14

Pg: 232 Ln: 23 - Pg: 233 Ln: 14

Pg: 233 Ln: 24 - Pg: 239 Ln: 10

Pg: 239 Ln: 18 - Pg: 240 Ln: 16

Pg: 241 Ln: 11 - Pg: 243 Ln: 7

Pg: 243 Ln: 17 - Pg: 244 Ln: 2

Pg: 245 Ln: 23 - Pg: 246 Ln: 24

Pg: 247 Ln: 4 - Pg: 248 Ln: 13

Pg: 253 Ln: 15 - 25

Pg: 254 Ln: 11 - Pg: 256 Ln: 11

Pg: 257 Ln: 21 - Pg: 258 Ln: 3

Pg: 262 Ln: 4 - 17

Pg: 264 Ln: 15 - Pg: 266 Ln: 25

Pg: 267 Ln: 21

Pg: 271 Ln: 5 - 9

Pg: 271 Ln: 13 - 18

Pg: 274 Ln: 8 - 12

Pg: 274 Ln: 14 - Pg: 276 Ln: 15

Pg: 277 Ln: 13 - Pg: 278 Ln: 24

**P.    John Taylor, III – May 30, 2018**

Pg: 9 Ln: 1 - 2

Pg: 9 Ln: 8 - 13

Pg: 9 Ln: 21 - Pg: 10 Ln: 3

Pg: 10 Ln: 7 - 9

Pg: 22 Ln: 2 - Pg: 31 Ln: 12

Pg: 33 Ln: 14 - Pg: 36 Ln: 14

Pg: 37 Ln: 11 - Pg: 38 Ln: 4

Pg: 39 Ln: 2 - Pg: 42 Ln: 23

Pg: 48 Ln: 25 - Pg: 50 Ln: 18

Pg: 53 Ln: 22 - Pg: 55 Ln: 25

Pg: 57 Ln: 22 - Pg: 58 Ln: 2

Pg: 59 Ln: 1 - Pg: 63 Ln: 13

Pg: 63 Ln: 17 - Pg: 64 Ln: 7

Pg: 64 Ln: 25 - Pg: 65 Ln: 2

Pg: 65 Ln: 6 - Pg: 69 Ln: 21

Pg: 72 Ln: 17 - Pg: 74 Ln: 13

Pg: 79 Ln: 4 - Pg: 80 Ln: 20

Pg: 81 Ln: 6 - 20

Pg: 83 Ln: 16 - Pg: 86 Ln: 20

Pg: 87 Ln: 18 - Pg: 88 Ln: 3

Pg: 92 Ln: 1 - Pg: 94 Ln: 4

Pg: 99 Ln: 24 - Pg: 101 Ln: 16

Pg: 106 Ln: 13 - Pg: 108 Ln: 2

Pg: 115 Ln: 13 - Pg: 118 Ln: 6

Pg: 121 Ln: 4 - Pg: 124 Ln: 16

Pg: 124 Ln: 25 - Pg: 127 Ln: 18

Pg: 128 Ln: 23 - Pg: 135 Ln: 16

Pg: 136 Ln: 6 - Pg: 139 Ln: 20

Pg: 140 Ln: 20 - Pg: 145 Ln: 7

Pg: 145 Ln: 17 - Pg: 151 Ln: 2

Pg: 167 Ln: 23 - Pg: 171 Ln: 9

Pg: 172 Ln: 1 - Pg: 173 Ln: 21

Pg: 181 Ln: 16 - 19

Pg: 188 Ln: 17 - Pg: 189 Ln: 17

Pg: 197 Ln: 7 - Pg: 199 Ln: 4

Pg: 199 Ln: 14 - Pg: 200 Ln: 2

Pg: 204 Ln: 16 - Pg: 205 Ln: 1

Pg: 205 Ln: 13 - Pg: 206 Ln: 23

Pg: 207 Ln: 4 - Pg: 208 Ln: 10

Pg: 208 Ln: 22 - Pg: 210 Ln: 3

Pg: 214 Ln: 2 - 22

Pg: 215 Ln: 2 - 12

Pg: 215 Ln: 16 - Pg: 218 Ln: 13

Pg: 219 Ln: 16 - 21

Pg: 222 Ln: 1 - Pg: 223 Ln: 4

Pg: 229 Ln: 10 - Pg: 230 Ln: 4

Pg: 234 Ln: 22 - Pg: 236 Ln: 16

Pg: 236 Ln: 20 - Pg: 237 Ln: 15

Pg: 241 Ln: 5 - Pg: 243 Ln: 3

Pg: 249 Ln: 13 - 23

Pg: 255 Ln: 11 - 21

Pg: 256 Ln: 4 - 15

Pg: 259 Ln: 6 - 12

Pg: 259 Ln: 22 - Pg: 260 Ln: 21

Pg: 261 Ln: 7 - Pg: 262 Ln: 19

### Q.    Zachary Trover – April 18, 2018

Pg: 8 Ln: 7 - 12

Pg: 12 Ln: 8 - Pg: 22 Ln: 25

Pg: 23 Ln: 10 - Pg: 34 Ln: 8

Pg: 35 Ln: 3 - 16

Pg: 38 Ln: 3 - 11

Pg: 38 Ln: 18 - Pg: 40 Ln: 10

Pg: 42 Ln: 12 - Pg: 48 Ln: 10

Pg: 51 Ln: 15 - Pg: 56 Ln: 17

Pg: 57 Ln: 8 - Pg: 65 Ln: 6

Pg: 65 Ln: 21 - Pg: 70 Ln: 11

Pg: 71 Ln: 23 - Pg: 72 Ln: 23

Pg: 73 Ln: 6 - 24

Pg: 74 Ln: 24 - Pg: 75 Ln: 21

Pg: 75 Ln: 25 - Pg: 76 Ln: 22

Pg: 77 Ln: 13 - Pg: 84 Ln: 21

Pg: 85 Ln: 1 - 13

Pg: 89 Ln: 23 - Pg: 90 Ln: 9

Pg: 100 Ln: 21 - Pg: 101 Ln: 11

Pg: 101 Ln: 25 - Pg: 106 Ln: 5

Pg: 106 Ln: 9 - Pg: 109 Ln: 12

Pg: 114 Ln: 1 - Pg: 116 Ln: 11

Pg: 118 Ln: 9 - Pg: 122 Ln: 3

Pg: 122 Ln: 13 - Pg: 126 Ln: 9

Pg: 127 Ln: 21 - Pg: 132 Ln: 1

Pg: 132 Ln: 24 - Pg: 134 Ln: 12

Pg: 134 Ln: 22 - Pg: 135 Ln: 14

Pg: 136 Ln: 6 - Pg: 138 Ln: 14

Pg: 138 Ln: 21 - Pg: 139 Ln: 9

      **R.**     **Richard Williamson – June 14, 2018**

Pg: 6 Ln: 24 - Pg: 7 Ln: 1

Pg: 11 Ln: 23 - Pg: 12 Ln: 11

Pg: 17 Ln: 5 - Pg: 18 Ln: 8

Pg: 22 Ln: 6 - Pg: 23 Ln: 24

Pg: 45 Ln: 11 - 21

Pg: 46 Ln: 17 - 23

Pg: 50 Ln: 21 - Pg: 53 Ln: 9

Pg: 54 Ln: 14 - 18

Pg: 58 Ln: 8 - Pg: 61 Ln: 24

Pg: 62 Ln: 10 - 14

Pg: 62 Ln: 17 - Pg: 65 Ln: 16

Pg: 70 Ln: 15 - Pg: 72 Ln: 6

Pg: 72 Ln: 12 - Pg: 74 Ln: 2

Pg: 75 Ln: 12 - Pg: 76 Ln: 10

Pg: 76 Ln: 24 - Pg: 77 Ln: 16

Pg: 81 Ln: 1 - Pg: 82 Ln: 17

Pg: 82 Ln: 25 - Pg: 83 Ln: 7

Pg: 84 Ln: 15 - Pg: 86 Ln: 24

Pg: 101 Ln: 11 - 20

Pg: 105 Ln: 2 - 17

Pg: 107 Ln: 23 - Pg: 109 Ln: 23

### S. Richard Williamson, 30(b)(6) Corporate Designee – October 2, 2018

Pg: 6 Ln: 1 - Pg: 9 Ln: 8

Pg: 13 Ln: 8 - Pg: 21 Ln: 10

Pg: 23 Ln: 11 - 22

Pg: 26 Ln: 21 - Pg: 27 Ln: 19

Pg: 31 Ln: 11 - Pg: 33 Ln: 8

Pg: 36 Ln: 24 - Pg: 37 Ln: 14

Pg: 39 Ln: 23 - Pg: 40 Ln: 23

Pg: 46 Ln: 23 - Pg: 48 Ln: 5

Pg: 49 Ln: 1 - 25

Pg: 51 Ln: 2 - 18

Pg: 52 Ln: 22 - Pg: 55 Ln: 13

Pg: 55 Ln: 17 - Pg: 63 Ln: 14

Pg: 70 Ln: 22 - Pg: 71 Ln: 11

Pg: 71 Ln: 25 - Pg: 73 Ln: 20

Pg: 74 Ln: 18 - Pg: 77 Ln: 2

### T. Jon Yarbrough – July 11, 2018

Pg: 6 Ln: 15 - 19

Pg: 7 Ln: 8 - 24

Pg: 15 Ln: 15 - Pg: 19 Ln: 2

Pg: 23 Ln: 24 - Pg: 24 Ln: 1

Pg: 31 Ln: 17 - 23

Pg: 32 Ln: 7 - Pg: 42 Ln: 12

Pg: 45 Ln: 9 - 20

Pg: 60 Ln: 19 - Pg: 86 Ln: 9

Pg: 86 Ln: 23 - Pg: 88 Ln: 1

Pg: 93 Ln: 8 - Pg: 94 Ln: 6

Pg: 94 Ln: 20 - 21

Pg: 96 Ln: 12 - Pg: 97 Ln: 23

Pg: 102 Ln: 10 - Pg: 110 Ln: 1

Pg: 110 Ln: 8 - Pg: 111 Ln: 11

Pg: 116 Ln: 25 - Pg: 118 Ln: 5

Pg: 118 Ln: 17 - Pg: 119 Ln: 12

Pg: 119 Ln: 19 - Pg: 132 Ln: 25

Pg: 135 Ln: 23 - Pg: 139 Ln: 3

Pg: 142 Ln: 21 - 23

Pg: 143 Ln: 6 - Pg: 144 Ln: 4

Pg: 145 Ln: 9 - 16

Pg: 151 Ln: 19 - Pg: 157 Ln: 6

Pg: 163 Ln: 2 - Pg: 164 Ln: 7

Pg: 165 Ln: 5 - 14

Pg: 167 Ln: 15 - Pg: 168 Ln: 2

Pg: 176 Ln: 3 - Pg: 177 Ln: 16

Pg: 178 Ln: 2 - 9

Pg: 180 Ln: 4 - Pg: 183 Ln: 6

Pg: 183 Ln: 14 - Pg: 184 Ln: 12

Pg: 184 Ln: 21 - Pg: 186 Ln: 13

Pg: 186 Ln: 24 - Pg: 191 Ln: 13

Pg: 192 Ln: 4 - Pg: 195 Ln: 25

Pg: 196 Ln: 6 - Pg: 197 Ln: 5

Pg: 206 Ln: 6 - Pg: 208 Ln: 18

## II.    INTERROGATORY DESIGNATIONS

**A.    Plaintiff's Second Supplemental Objections and Responses to Defendant Castle Hill Studios LLC's Second Set of Interrogatories (Nos. 14-18)**

Objections and Response to Interrogatory No. 17.

**B.    Plaintiff's Second Supplemental Objections and Responses to Defendant Castle Hill Studios LLC's Third Set of Interrogatories to Plaintiff**

Objections and Response to Interrogatory No. 20.

Dated:  July 11, 2019                    Respectfully submitted,

                                        */s/ Robert C. Gill*
                                        Robert C. Gill (admitted *pro hac vice*)
                                        Henry A. Platt (admitted *pro hac vice*)
                                        Thomas S. Schaufelberger (admitted *pro hac vice*)
                                        Sherry H. Flax (admitted *pro hac vice*)
                                        Matthew J. Antonelli (admitted *pro hac vice*)
                                        Jeremy B. Darling (admitted *pro hac vice*)
                                        SAUL EWING ARNSTEIN & LEHR, LLP
                                        1919 Pennsylvania Avenue, NW, Suite 550
                                        Washington, D.C. 20006
                                        (202) 295-6605
                                        (202) 295-6705 (facsimile)
                                        robert.gill@saul.com
                                        henry.platt@saul.com
                                        tschauf@saul.com
                                        sherry.flax@saul.com
                                        matt.antonelli@saul.com
                                        jeremy.darling@saul.com

                                        James C. Hodges, OBA #4254
                                        JAMES C. HODGES, P.C.
                                        2622 East 21st Street, Suite 4
                                        Tulsa, Oklahoma 74114
                                        (918) 779-7078
                                        (918) 770-9779 (facsimile)
                                        JHodges@HodgesLC.com

                                        *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of July, 2019, I caused a copy of the foregoing **DEFENDANTS' DEPOSITION AND INTERROGATORY DESIGNATIONS** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 (facsimile)
dluthey@gablelaw.com
*Counsel for Plaintiff*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 (facsimile)
nroman@cov.com
*Counsel for Plaintiff*

Gary M. Rubman
Peter Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
(202) 778-5465 (facsimile)
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
*Counsel for Plaintiff*

*/s/ Robert C. Gill*
Robert C. Gill