# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1)  VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-JFJ |
| | ) | |
| 1)  CASTLE HILL STUDIOS LLC | ) | |
| (d/b/a CASTLE HILL GAMING); | ) | |
| 2)  CASTLE HILL HOLDING LLC | ) | |
| (d/b/a CASTLE HILL GAMING); and | ) | |
| 3)  IRONWORKS DEVELOPMENT, LLC | ) | |
| (d/b/a CASTLE HILL GAMING) | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S DEPOSITION COUNTER-DESIGNATIONS

In Response to Defendants' Deposition and Interrogatory Designations (Dkt. 343), Plaintiff

Video Gaming Technologies, Inc. ("VGT") hereby counter-designates deposition testimony for

use at trial.  VGT reserves the right to add to and amend this document, including but not limited

to designating additional testimony as appropriate, removing designated testimony, presenting any

testimony designated by Defendants (including designations that Defendants subsequently

withdraw), and making changes based on Court rulings, or as other issues arise.

| Sarah Carlson June 21, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 7:12 - 8:7 | |
| 19:17 - 20:16 | 173:3 - 174:14 |
| 21:10 - 25:24 | 173:3 - 174:14 |
| 35:18 - 35:20 | |
| 36:14 - 36:16 | |
| 38:25 - 39:2 | 189:3 - 189:4 189:6 - 189:9 |
| 40:7 - 45:10 | 189:3 - 189:4 189:6 - 189:9 |
| 45:15 - 46:20 | 189:3 - 189:4 189:6 - 189:9 |
| 47:8 - 48:22 | 192:23 - 195:1 195:4 - 195:14 198:15 - 199:24 200:2 |
| 48:24 - 50:20 | 192:23 - 195:1 195:4 - 195:14 198:15 - 199:24 200:2 |
| 54:1 - 54:11 | 189:3 - 189:4 189:6 - 189:9 |
| 54:24 - 55:19 | 189:3 - 189:4 189:6 - 189:9 |
| 56:20 - 57:3 | 189:3 - 189:4 189:6 - 189:9 |
| 58:14 - 59:6 | 189:3 - 189:4 189:6 - 189:9 |
| 59:8 - 60:20 | 189:3 - 189:4 189:6 - 189:9 |
| 61:3 - 61:10 | 189:3 - 189:4 189:6 - 189:9 |
| 61:12 - 61:14 | 189:3 - 189:4 189:6 - 189:9 |
| 61:16 - 62:22 | 62:23 - 62:25 189:3 - 189:4 189:6 - 189:9 |
| 63:3 - 64:17 | |
| 65:7 - 66:22 | 173:3 - 174:14 189:3 - 189:4 189:6 - 189:9 |
| 66:24 - 67:4 | 173:3 - 174:14 |

|  |  |
|---|---|
|  | 189:3 - 189:4<br>189:6 - 189:9 |
| 68:10 - 74:11 | 173:3 - 174:14<br>189:3 - 189:4<br>189:6 - 189:9 |
| 75:6 - 76:13 |  |
| 76:16 - 76:24 | 77:13 - 77:20 |
| 77:3 - 77:12 | 173:3 - 174:14 |
| 77:21 - 79:2 |  |
| 79:6 - 79:7 |  |
| 79:9 - 79:23 |  |
| 80:1 - 80:9 |  |
| 80:11 - 80:14 | 173:3 - 174:14 |
| 80:16 - 81:8 | 173:3 - 174:14 |
| 84:3 - 84:9 | 189:3 - 189:4<br>189:6 - 189:9 |
| 84:11 - 84:20 | 189:3 - 189:4<br>189:6 - 189:9 |
| 84:25 - 90:20 | 173:3 - 174:14<br>189:3 - 189:4<br>189:6 - 189:9 |
| 90:23 - 91:14 | 173:3 - 174:14 |
| 91:17 - 92:6 | 173:3 - 174:14 |
| 92:8 - 93:1 | 173:3 - 174:14 |
| 93:4 - 93:13 | 173:3 - 174:14 |
| 93:20 - 93:22 | 173:3 - 174:14 |
| 93:24 - 94:10 | 173:3 - 174:14 |
| 94:12 - 95:3 | 173:3 - 174:14 |
| 95:6 - 96:17 | 173:3 - 174:14 |
| 96:19 - 98:25 | 173:3 - 174:14<br>189:3 - 189:4<br>189:6 - 189:9 |
| 99:2 - 100:16 |  |
| 104:4 - 104:6 | 189:3 - 189:4<br>189:6 - 189:9 |
| 104:15 - 105:8 | 189:3 - 189:4<br>189:6 - 189:9 |
| 106:16 - 106:21 | 189:3 - 189:4<br>189:6 - 189:9 |
| 107:14 - 108:4 | 189:3 - 189:4<br>189:6 - 189:9 |
| 108:6 - 108:12 | 189:3 - 189:4<br>189:6 - 189:9 |
| 108:14 - 108:17 | 189:3 - 189:4<br>189:6 - 189:9 |

| | |
|---|---|
| 108:19 - 109:24 | 189:3 - 189:4<br>189:6 - 189:9 |
| 110:15 - 110:22 | 189:3 - 189:4<br>189:6 - 189:9 |
| 111:15 - 111:25 | 189:3 - 189:4<br>189:6 - 189:9 |
| 112:1 - 112:15 | 189:3 - 189:4<br>189:6 - 189:9 |
| 112:18 - 113:22 | 189:3 - 189:4<br>189:6 - 189:9 |
| 115:10 - 116:22 | 189:3 - 189:4<br>189:6 - 189:9 |
| 118:4 - 118:19 | 189:3 - 189:4<br>189:6 - 189:9 |
| 119:22 - 121:17 | 189:3 - 189:4<br>189:6 - 189:9 |
| 121:22 - 122:10 | 189:3 - 189:4<br>189:6 - 189:9 |
| 124:4 - 124:15 | 189:3 - 189:4<br>189:6 - 189:9 |
| 125:15 - 125:18 | 189:3 - 189:4<br>189:6 - 189:9 |
| 126:18 - 127:1 | 189:3 - 189:4<br>189:6 - 189:9 |
| 129:9 - 129:16 | |
| 131:22 - 132:10 | 189:3 - 189:4<br>189:6 - 189:9 |
| 132:13 - 132:13 | 189:3 - 189:4<br>189:6 - 189:9 |
| 140:5 - 140:17 | 189:3 - 189:4<br>189:6 - 189:9 |
| 140:22 - 141:20 | 189:3 - 189:4<br>189:6 - 189:9 |
| 144:3 - 144:11 | 189:3 - 189:4<br>189:6 - 189:9 |
| 145:10 - 145:20 | 173:3 - 174:14 |
| 145:22 - 146:3 | 173:3 - 174:14 |
| 147:16 - 147:19 | 173:3 - 174:14 |
| 162:22 - 164:20 | 192:23 - 195:1<br>195:4 - 195:14<br>198:15 - 199:24<br>200:2 |
| 177:8 - 177:12 | 173:3 - 174:14 |
| 178:7 - 178:23 | 173:3 - 174:14 |
| 185:16 - 186:2 | 186:3 - 186:18 |

|  | 187:16 - 187:24 |
|---|---|
| 192:10 - 192:16 | 173:3 - 174:14 |
| 200:20 - 201:6 | 201:7 - 201:19<br>202:1 - 202:4 |
| 202:10 - 203:8 | 173:3 - 174:14 |
| 203:17 - 204:1 | 173:3 - 174:14<br>204:2 - 204:4 |

**Joshua Davis**
**August 3, 2018**

| Defendants' Designations | Plaintiff's Counter-Designations |
|---|---|
| N/A | |

**Craig Eubanks**
**April 25, 2018**

| Defendants' Designations | Plaintiff's Counter-Designations |
|---|---|
| 5:2 - 5:6 | |
| 15:5 - 15:17 | |
| 19:18 - 20:11 | |
| 23:12 - 29:1 | |
| 29:12 - 29:19 | |
| 29:21 - 30:2 | |
| 33:4 - 33:21 | |
| 34:23 - 35:16 | |
| 43:17 - 46:4 | |
| 46:9-50:13 | 50:15 - 50:19 |
| 50:20 - 51:1 | |
| 51:5 - 52:8 | |
| 52:13 - 52:18 | |
| 53:6 - 53:20 | |
| 54:4 - 54:17 | |
| 55:4 - 55:15 | |
| 56:18 - 57:13 | |
| 57:17 - 60:1 | |
| 60:11 - 62:14 | |
| 64:2-24 | 65:2 - 65:7 |
| 65:9 - 65:16 | |
| 65:20 - 65:21 | |
| 66:2 - 71:21 | |
| 71:25-72:17 | 72:19 - 72:21;<br>73:1 - 73:5 |
| 73:6 - 79:4 | |
| 81:25 - 82:9 | 80:4 - 81:6 |
| 82:16 - 82:21 | |
| 84:4 - 84:6 | |

| 84:19 - 86:11 | |
|---|---|
| 86:20 - 86:23 | |
| 87:5-88:10 | 80:4 - 81:6 |
| 88:17 - 89:6 | |
| 89:12 - 89:19 | |
| 89:22-90:5 | |
| 90:18-23 | 90:25 - 91:13 |
| 91:14 - 92:24 | |
| 93:20 - 94:1 | 80:4 - 80:8 |
| 94:3 - 100:12 | |
| 101:22 - 107:11 | |
| 108:16 - 111:21 | |
| 144:25 - 145:13 | |

| **Larry Graham**<br>**May 15, 2018** | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 5:11 - 5:15 | |
| 10:7 - 13:19 | |
| 17:25 - 18:12 | |
| 23:8 - 23:19 | |
| 25:14 - 26:10 | |
| 26:20 - 28:22 | |
| 41:23 - 42:10 | |
| 42:14 - 51:14 | |
| 53:9 - 56:4 | |
| 60:15 - 62:24 | |
| 63:18 - 64:19 | 87:17 - 90:22<br>92:4 - 96:2<br>99:12 - 100:4 |
| 67:13 - 69:9 | 99:12 - 100:4 |
| 73:21 - 73:23 | 99:12 - 100:4<br>108:16 - 108:21 |
| 77:4 - 77:20 | 77:21 - 78:9<br>87:17 - 90:22<br>92:4 - 96:2 |
| 78:10 - 79:25 | 87:17 - 90:22<br>92:4 - 96:2 |
| 83:9 - 87:16 | 87:17 - 90:22<br>92:4 - 96:2 |
| 90:23 - 91:18 | 87:17 - 90:22<br>92:4 - 96:2 |
| 101:25 - 103:21 | 103:21 - 104:19<br>105:23 - 107:8<br>200:5 - 202:4 |

| | |
|---|---|
| 114:9 - 114:23 | 114:14 - 115:5 |
| | 115:14 - 117:23 |
| 117:24 - 123:9 | 177:17 - 178:13 |
| | 178:20 - 179:9 |
| 123:19 - 127:24 | 177:17 - 178:13 |
| | 178:20 - 179:9 |
| 129:17 - 130:6 | 130:10 - 131:20 |
| 132:5 - 133:18 | 133:23 - 134:7 |
| | 177:17 - 178:13 |
| | 178:20 - 179:9 |
| 134:10 - 138:13 | 177:17 - 178:13 |
| | 178:20 - 179:9 |
| 143:25 - 145:19 | 177:17 - 178:13 |
| | 178:20 - 179:9 |
| 146:16 - 147:6 | |
| 159:25 - 162:19 | 177:17 - 178:13 |
| | 178:20 - 179:9 |
| 170:8 - 172:12 | 172:13 |
| 173:4 - 176:6 | |
| 178:14 - 178:19 | |
| 187:23 - 189:14 | |
| 198:24 - 200:4 | 200:5 - 202:4 |
| 202:18 - 203:7 | |
| 203:18 - 205:11 | |
| 206:6 - 207:15 | |
| 211:7 - 211:16 | |
| 216:24 - 219:2 | |
| 219:15 - 220:12 | |
| 222:10 - 223:6 | |
| **Will Harvie**<br>**June 14, 2018** | |
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 6:24 - 7:1 | |
| 11:18 - 12:16 | |
| 13:10 - 13:12 | |
| 15:10 - 15:21 | |
| 18:11 - 18:16 | |
| 20:10 - 22:15 | 72:8 - 73:15 |
| | 75:17 - 77:6 |
| 24:13 - 26:17 | 72:8 - 73:15 |
| | 75:17 - 77:6 |
| 29:24 - 34:9 | 72:8 - 73:15 |
| | 75:17 - 77:6 |
| | 79:5 - 81:13 |

| | |
|---|---|
| | 121:18 - 123:17 |
| 34:14 - 49:15 | 72:8 - 73:15<br>75:17 - 77:6<br>79:5 - 81:13<br>121:18 - 123:17<br>125:11 - 126:6<br>130:2 - 130:8<br>179:5 - 179:17 |
| 52:5 - 54:11 | 79:17 - 80:11 |
| 55:3 - 58:17 | |
| 58:24 - 71:10 | 28:4 - 29:16<br>71:11 - 71:13<br>72:8 - 73:15 |
| 73:16 - 74:12 | |
| 77:7 - 78:4 | 72:8 - 73:15<br>75:17 - 77:6<br>79:5 - 81:13<br>117:22 - 118:2<br>121:18 - 123:17<br>125:11 - 126:6<br>130:2 - 130:8<br>189:7-189:15 |
| 83:18 - 88:18 | |
| 90:4 - 90:15 | 90:16 - 91:2 |
| 94:23 - 99:14 | |
| 100:23 - 103:3 | |
| 103:9 - 103:15 | |
| 118:3 - 118:23 | 117:22 - 118:2<br>121:18 - 123:17 |
| 131:5 - 131:14 | |
| 131:20 - 132:12 | 72:8 - 73:15<br>75:17 - 77:6<br>79:5 - 81:13<br>121:18 - 123:17<br>125:11 - 126:6<br>130:2 - 130:8<br>131:15 - 131:17 |
| 137:15 - 140:11 | 133:23 - 135:12<br>135:18 - 136:3 |
| 141:19 - 142:17 | |
| 145:8 - 146:9 | |
| 151:4 - 153:8 | |
| 155:17 - 162:7 | 133:23 - 135:12<br>135:18 - 136:3<br>162:8 - 162:9 |

|  | 179:5 - 179:17 |
|---|---|
| 162:10 - 162:17 | 133:23 - 135:12 |
|  | 135:18 - 136:3 |
|  | 162:8 - 162:9 |
| 163:2 - 165:8 | 133:23 - 135:12 |
|  | 135:18 - 136:3 |
| 166:5 - 168:22 | 133:23 - 135:12 |
|  | 135:18 - 136:3 |
|  | 179:5 - 179:17 |
| 170:7 - 170:17 | 170:18 - 170:19 |
| 176:12 - 176:18 | 179:5 - 179:17 |
| 180:22 - 181:7 |  |
| 183:2 - 183:19 |  |
| 184:7 - 186:24 | 186:25 - 187:8 |
| 187:9 - 187:18 | 186:25 - 187:8 |

| Don Kovach August 2, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 6:24 - 7:8 | |
| 8:8 - 11:4 | |
| 29:21 - 33:18 | 28:18 - 29:10 |
|  | 33:19 - 33:23 |
| 33:24 - 34:21 | 33:19 - 33:23 |
| 35:13 - 41:4 | 41:5 - 42:17 |
| 42:18 - 44:15 | 28:18 - 29:4 |
| 45:3 - 46:14 | 41:5 - 42:17 |

| David Marsh May 2, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 8:2 - 8:19 | |
| 11:5 - 13:17 | |
| 13:21 - 13:24 | |
| 14:1 - 14:7 | |
| 17:15 - 18:5 | |
| 23:15 - 23:23 | |
| 24:16 - 25:6 | |
| 28:12 - 29:3 | |
| 30:13 - 30:19 | |
| 31:10 - 32:21 | |
| 39:10 - 40:24 | |
| 41:6 - 41:23 | |
| 43:18 - 45:5 | |
| 45:23 - 46:23 | |

| | |
|---|---|
| 47:6 - 48:19 | |
| 49:2 - 50:11 | 50:12 - 50:18<br>130:17 - 130:21<br>120:23 - 131:23<br>131:25 - 134:15 |
| 50:19 - 51:12 | |
| 54:10 - 54:21 | 55:12 - 55:20 |
| 66:4 - 66:10 | |
| 66:16 - 66:23 | |
| 67:14 - 68:4 | |
| 69:19 - 70:2 | |
| 71:1 - 72:8 | |
| 76:16 - 77:15 | |
| 78:18 - 79:7 | |
| 79:18 - 80:9 | |
| 82:10 - 82:15 | |
| 83:10 - 83:19 | |
| 87:19 - 91:5 | |
| 92:16 - 92:23 | 92:24 - 92:25 |
| 93:20 - 95:23 | |
| 96:3 - 96:22 | |
| 103:11 - 104:6 | |
| 104:23 - 105:16 | |
| 106:13 - 107:6 | |
| 113:2 - 113:7 | 113:9 - 114:3 |
| 114:4 - 114:7 | 114:8 - 114:14 |
| 115:13 - 116:2 | 116:3 - 116:22<br>130:17 - 130:21<br>120:23 - 131:23<br>131:25 - 134:15 |
| 120:13 - 121:18 | |
| 123:15 - 125:22 | |
| 127:2 - 128:8 | 126:6 - 127:1 |
| 129:7 - 130:16 | 130:17 - 130:21<br>120:23 - 131:23<br>131:25 - 134:15 |
| 134:16 - 135:15 | 130:17 - 130:21<br>120:23 - 131:23<br>131:25 - 134:15 |
| 143:19 - 144:15 | |
| 148:12 - 149:1 | 147:17 - 148:5 |
| 152:19 - 153:16 | |
| 155:8 - 155:12 | 155:13 - 155:25 |
| 165:10 - 166:10 | |
| 166:21 - 166:25 | |

| 167:14 - 167:21 | |
|---|---|
| 171:25 - 172:12 | |
| 179:1 - 179:9 | |
| 183:4 - 183:9 | |
| 183:19 - 183:21 | 183:10 - 183:18 |
| 185:1 - 186:23 | |
| 187:9 - 187:18 | |
| 193:14 - 193:22 | |
| 205:15 - 206:21 | |
| 207:1 - 208:9 | |
| 217:21 - 218:5 | |
| 219:15 - 220:18 | |
| 227:18 - 228:18 | |
| 260:21 - 261:4 | |
| 266:2 - 266:10 | |

| **Butch McGill**<br>**May 10, 2018** | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 5:20 - 6:13 | |
| 17:1 - 18:11 | |
| 19:18 - 26:20 | |
| 27:13 - 28:7 | |
| 30:25 - 32:12 | 32:13 - 33:3 |
| 34:24 - 39:1 | |
| 39:9 - 45:21 | |
| 46:20 - 50:21 | |
| 51:7 - 56:18 | 56:19 - 56:21<br>56:23<br>69:24 - 71:1 |
| 56:25 - 68:17 | 56:19 - 56:21<br>56:23<br>68:18<br>68:20<br>69:24 - 71:1<br>108:4 - 108:17<br>109:10 - 109:14<br>111:16 - 112:16<br>116:20<br>116:23 - 117:1<br>118:1 - 118:4 |
| 68:22 - 69:23 | 69:24 - 71:1<br>116:20<br>116:23 - 117:1<br>118:1 - 118:4 |

| 71:2 - 73:14 | 69:24 - 71:1<br>73:15 - 73:16 |
| 73:20 - 74:1 | |
| 74:2 - 88:24 | 88:25 - 89:9<br>116:20<br>116:23 - 117:1<br>118:1 - 118:4 |
| 89:10 - 96:8 | 88:25 - 89:9<br>116:20<br>116:23 - 117:1<br>118:1 - 118:4 |
| 98:2 - 101:18 | |
| 102:7 - 103:8 | |
| 103:21 - 108:3 | 108:4 - 108:17<br>109:10 - 109:14<br>111:16 - 112:16<br>116:20<br>116:23 - 117:1<br>118:1 - 118:4 |
| 109:1 - 109:9 | 108:4 - 108:17<br>109:10 - 109:14<br>111:16 - 112:16 |
| 112:17 - 115:7 | 115:8 - 116:2 |
| 118:15 - 121:3 | |
| 124:17 - 125:4 | |
| 125:12 - 125:18 | |
| 126:4 - 126:6 | |

| Ryan North<br>April 26, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 8:2 - 8:6 | |
| 8:16 - 8:24 | |
| 18:25 - 19:6 | |
| 20:21 - 24:16 | |
| 27:20 - 37:18 | 37:19 - 37:22 |
| 38:4 - 38:10 | 49:22 - 50:23 |
| 41:21 - 43:3 | |
| 43:16 - 46:23 | |
| 47:7 - 48:4 | 48:5 - 49:5 |
| 49:6 - 49:13 | |
| 50:24 - 52:17 | 87:6 - 88:2 |
| 52:19 - 53:15 | |
| 53:19 - 56:11 | |
| 57:7 - 57:14 | |

| | |
|---|---|
| 57:22 - 60:5 | 60:13 - 61:1 |
| 61:2 - 64:20 | 60:13 - 61:1 |
| 65:17 - 65:23 | 64:24 - 65:16<br>65:25 - 66:9 |
| 66:10 - 69:4 | 69:5 - 69:6<br>69:8 - 69:22<br>70:4 - 70:5<br>70:7 - 70:11 |
| 69:23 - 70:3 | 69:5 - 69:6<br>69:8 - 69:22<br>70:4 - 70:5<br>70:7 - 70:11 |
| 70:16 - 71:13 | 69:5 - 69:6<br>69:8 - 69:22<br>70:4 - 70:5<br>70:7 - 70:11 |
| 75:13 - 76:8 | |
| 83:2 - 83:18 | |
| 84:3 - 86:2 | |
| 93:14 - 94:4 | |
| 95:18 - 96:4 | 96:5 - 96:12<br>96:14 - 96:20 |
| 96:22 - 98:9 | |
| 98:19 - 99:10 | 99:12 - 99:16 |
| 99:17 - 100:4 | |
| 102:1 - 102:14 | 104:2<br>104:4 - 105:4<br>105:6 - 105:17 |
| 111:6 - 113:9 | |
| 113:25 - 114:1 | 113:11 - 113:15 |
| 114:8 - 114:11 | |
| 114:25 - 119:17 | |
| 120:18 - 121:11 | 121:13 - 121:17 |
| 121:18 - 122:7 | |
| 123:13 - 124:2 | |
| 124:16 - 125:6 | |
| 135:21 - 136:9 | 135:3 - 135:11<br>135:13 - 135:20<br>136:10 - 136:13 |
| 137:4 - 137:19 | |
| 138:6 - 139:6 | |
| 140:25 - 141:13 | 141:14 - 141:16<br>141:18 - 141:24<br>142:1 - 142:4 |

| | |
|---|---|
| 142:6 - 142:14 | |
| 143:22 - 144:23 | |
| 145:16 - 146:14 | 146:16 - 146:23 |
| 146:24 - 150:7 | |
| 150:12 - 151:1 | |
| 151:16 - 151:24 | |
| 153:8 - 154:6 | |
| 155:8 - 160:15 | 154:15 - 154:17<br>154:19 - 155:6<br>160:17 - 160:18<br>160:20 - 160:23<br>160:25 - 161:2 |
| 161:9 - 162:1 | |
| 163:23 - 165:3 | |
| 165:9 - 165:20 | |
| 166:10 - 168:4 | |
| 168:8 - 168:13 | |
| 168:18 - 169:14 | |
| 171:4 - 171:21 | |
| 174:5 - 174:8 | |
| 174:12 - 175:19 | |
| 176:4 - 176:17 | |
| 176:22 - 177:10 | |
| 177:15 - 178:23 | |
| 179:2 - 180:14 | |
| 182:2 - 182:14 | |
| 184:4 - 187:6 | |
| 188:24 - 189:16 | 189:18 - 189:20<br>189:22 - 190:10 |
| 190:11 - 190:24 | 190:25 - 191:6 |
| 192:2 - 193:21 | |
| 194:15 - 196:9 | 196:10 - 196:23<br>196:25 - 197:3 |
| 197:5 - 198:1 | 198:2 - 198:14 |
| 198:15 - 200:12 | 200:14 - 200:18 |
| 201:14 - 202:2 | 202:4 - 202:9 |
| 204:24 - 205:17 | |
| **Karl Roelofs**<br>**June 14, 2018** | |
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| N/A | |
| | |

| Zachary Schmid June 20, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 6:6 - 11 | |
| 9:10 - 23 | |
| 10:1 - 11:1 | |
| 11:16 - 16:1 | |
| 19:2 - 10 | |
| 19:20 - 22:2 | |
| 24:15 - 24 | |
| 26:3 - 33:5 | |
| 35:2 - 48:1 | |
| 49:18 - 53:8 | 59:4 - 60:5<br>61:2 - 61:13<br>104:18 - 105:9<br>107:6 - 108:23<br>109:5 - 111:8<br>112:19 - 114:19 |
| 53:16 - 54:1 | 59:4 - 60:5<br>61:2 - 61:13<br>104:18 - 105:9<br>107:6 - 108:23<br>109:5 - 111:8<br>112:19 - 114:19 |
| 57:17 - 59:7 | 59:4 - 60:5<br>61:2 - 61:13<br>72:2 - 73:13<br>104:18 - 105:9<br>107:6 - 108:23<br>109:5 - 111:8<br>112:19 - 114:19 |
| 63:7 - 69:14 | 69:15 - 70:1 |
| 70:2 - 72:1 | 59:4 - 60:5<br>61:2 - 61:13<br>72:2 - 73:13<br>104:18 - 105:9<br>107:6 - 108:23<br>109:5 - 111:8<br>112:19 - 114:19 |
| 74:1 - 77:7 | 59:4 - 60:5<br>61:2 - 61:13<br>72:2 - 73:13<br>104:18 - 105:9<br>107:6 - 108:23 |

| | 109:5 - 111:8<br>112:19 - 114:19 |
|---|---|
| 78:4 - 16 | |
| 79:18 - 84:1 | 59:4 - 60:5<br>61:2 - 61:13<br>72:2 - 73:13<br>104:18 - 105:9<br>107:6 - 108:23<br>109:5 - 111:8<br>112:19 - 114:19 |
| 84:5 - 85:17 | 59:4 - 60:5<br>61:2 - 61:13<br>72:2 - 73:13<br>104:18 - 105:9<br>107:6 - 108:23<br>109:5 - 111:8<br>112:19 - 114:19 |
| 85:21 - 88:1 | 59:4 - 60:5<br>61:2 - 61:13<br>72:2 - 73:13<br>104:18 - 105:9<br>107:6 - 108:23<br>109:5 - 111:8<br>112:19 - 114:19 |
| 89:4 - 90:11 | |
| 91:20 - 92:23 | |
| 94:18 - 95:17 | |
| **Jay Sevigny**<br>**July 12, 2018** | |
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 7:1 - 7:11 | |
| 11:9 - 12:3 | |
| 16:8 - 17:10 | |
| 17:25 - 19:9 | |
| 20:13 - 20:18 | |
| 21:9 - 27:15 | |
| 34:12 - 44:8 | |
| 44:13 - 44:22 | 44:23 - 44:25 |
| 45:1 - 46:19 | |
| 47:2 - 47:21 | |
| 48:25 - 50:16 | 50:18 - 50:21<br>50:24 - 51:4<br>52:13 - 53:8<br>54:15 - 54:22 |

| | 61:18 - 61:23 |
|---|---|
| 51:5 - 52:7 | 52:13 - 53:8<br>54:15 - 54:22<br>61:18 - 61:23<br>234:11 - 235:1 |
| 53:9 - 54:14 | 54:15 - 54:22<br>234:11 - 235:1<br>242:22 - 243:16 |
| 54:23 - 55:16 | 55:17 - 55:25<br>61:18 - 61:23 |
| 56:1 - 59:24 | 55:17 - 55:25<br>60:1 - 60:4<br>61:18 - 61:23<br>234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16 |
| 60:20 - 61:9 | 61:18 - 61:23 |
| 62:1 - 62:13 | 61:18 - 61:23 |
| 63:5 - 64:20 | 61:18 - 61:23<br>254:3 - 255:7 |
| 65:1 - 65:15 | 65:17 - 65:18<br>234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16 |
| 65:19 - 65:24 | 234:11 - 235:1<br>242:22 - 243:16 |
| 66:9 - 67:20 | |
| 67:22 - 68:2 | |
| 68:3 - 69:22 | 61:18 - 61:23<br>69:23 - 70:12<br>70:18 - 70:22<br>246:2 - 250:16 |
| 70:24 - 72:3 | 234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16 |
| 72:13 - 72:15 | |
| 74:21 - 75:14 | 73:3 - 73:7<br>73:22 - 74:6<br>75:16 - 75:23<br>242:22 - 243:16 |
| 75:25 - 76:24 | 242:22 - 243:16 |
| 77:1 - 89:20 | 234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16<br>254:3 - 255:7 |

| | |
|---|---|
| 94:10 - 98:18 | 61:18 - 61:23<br>254:3 - 255:7 |
| 100:3 - 100:23 | |
| 101:9 - 102:21 | |
| 102:23 - 103:22 | |
| 105:14 - 109:1 | |
| 109:11 - 112:25 | 113:2 - 114:13<br>134:10 - 134:17<br>234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16 |
| 118:18 - 121:17 | 61:18 - 61:23 |
| 121:21 - 122:13 | 61:18 - 61:23 |
| 122:17 - 131:25 | 61:18 - 61:23<br>234:11 - 235:1<br>242:22 - 243:16 |
| 132:2 - 132:24 | |
| 133:21 - 134:8 | 134:10 - 134:17<br>213:12 - 213:21<br>237:8 - 237:17 |
| 135:15 - 137:13 | |
| 139:17 - 153:9 | 234:11 - 235:1<br>242:22 - 243:16 |
| 154:12 - 157:16 | 234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16 |
| 157:24 - 159:9 | |
| 160:6 - 160:16 | |
| 161:6 - 161:21 | 234:11 - 235:1<br>242:22 - 243:16 |
| 162:11 - 165:1 | 167:5 - 167:14 |
| 167:18 - 175:10 | 61:18 - 61:23<br>234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16<br>254:3 - 255:7 |
| 176:11 - 177:22 | 175:11 - 176:9<br>246:2 - 250:16 |
| 180:8 - 182:23 | 234:11 - 235:1<br>242:22 - 243:16<br>254:3 - 255:7 |
| 183:10 - 189:22 | 234:11 - 235:1<br>242:22 - 243:16<br>246:2 - 250:16 |
| 190:16 - 190:20 | |

| 191:7 - 192:19 | |
| 196:21 - 203:20 | 234:11 - 235:1 |
| | 242:22 - 243:16 |
| | 246:2 - 250:16 |
| | 254:3 - 255:7 |
| 203:22 - 204:13 | |
| 205:5 - 207:11 | 213:12 - 213:21 |
| | 237:8 - 237:17 |
| 209:16 - 213:11 | 134:10 - 134:17 |
| | 213:12 - 213:21 |
| | 237:8 - 237:17 |
| 214:18 - 224:3 | 134:10 - 134:17 |
| | 213:12 - 213:21 |
| | 224:4 - 224:19 |
| | 237:8 - 237:17 |
| | 242:22 - 243:16 |
| | 246:2 - 250:16 |
| | 254:3 - 255:7 |
| | 255:8 - 255:22 |
| | 261:22 - 261:25 |
| | 262:17 - 263:5 |
| 224:25 - 232:4 | 234:11 - 235:1 |
| | 254:3 - 255:7 |
| | 255:8 - 255:22 |
| | 261:22 - 261:25 |
| | 262:17 - 263:5 |
| 232:22 - 234:17 | 234:11 - 235:1 |
| | 242:22 - 243:16 |
| 235:19 - 237:6 | 234:11 - 235:1 |
| | 237:8 - 237:17 |
| | 242:22 - 243:16 |
| 237:19 - 239:2 | 234:11 - 235:1 |
| | 242:22 - 243:16 |
| 242:7 - 242:20 | 242:22 - 243:16 |
| | 244:14 - 245:1 |
| 243:22 - 244:13 | 242:22 - 243:16 |
| | 244:14 - 245:1 |
| 251:6 - 251:10 | 246:2 - 250:16 |
| | 251:11 - 251:22 |

| Barry Smitherman May 11, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 5:18 - 6:9 | |
| 13:3 - 14:25 | |

| 22:18 - 23:8 | 20:13 - 20:17 |
| | 20:22 - 20:24 |
| | 21:2 - 21:3 |
| | 22:11 - 22:13 |
| | 22:16 |
| | 27:10 - 27:19 |
| | 29:10 - 29:20 |
| 25:11 - 25:23 | 27:10 - 27:19 |
| | 29:10 - 29:20 |
| 34:17 - 35:18 | 35:25 - 37:18 |
| 48:8 - 49:11 | 20:13 - 20:17 |
| | 20:22 - 20:24 |
| | 21:2 - 21:3 |
| | 27:10 - 27:19 |
| | 29:10 - 29:20 |

| James Starr | |
| May 23, 2018 | |

| Defendants' Designations | Plaintiff's Counter-Designations |
| --- | --- |
| 11:1 - 11:14 | |
| 26:17 - 27:17 | 24:4 - 25:1 |
| | 27:18 - 28:2 |
| | 30:3 - 30:21 |
| | 39:2 - 40:6 |
| | 78:2 - 78:19 |
| | 240:17 - 241:4 |
| | 276:17 - 277:9 |
| 28:12 - 30:2 | 24:4 - 25:1 |
| | 27:18 - 28:2 |
| | 30:3 - 30:21 |
| | 39:2 - 40:6 |
| | 78:2 - 78:19 |
| | 240:17 - 241:4 |
| | 276:17 - 277:9 |
| 30:22 - 36:23 | 24:4 - 25:1 |
| | 27:18 - 28:2 |
| | 30:3 - 30:21 |
| | 37:7 - 38:7 |
| | 39:2 - 40:6 |
| | 78:2 - 78:19 |
| | 240:17 - 241:4 |
| | 276:17 - 277:9 |
| 38:8 - 38:19 | |
| 40:7 - 43:20 | 24:4 - 25:1 |
| | 27:18 - 28:2 |
| | 30:3 - 30:21 |

| | |
|---|---|
| | 37:7 - 38:7<br>39:2 - 40:6<br>43:21 - 44:11<br>78:2 - 78:19<br>240:17 - 241:4<br>248:14 - 248:20 |
| 44:12 - 45:7 | |
| 46:16 - 47:22 | |
| 49:25 - 50:10 | |
| 52:8 - 53:24 | |
| 55:11 - 56:6 | |
| 56:14 - 61:22 | 61:23 - 63:2<br>230:2 - 230:14 |
| 64:23 - 65:22 | 66:5 - 66:14<br>67:1 - 67:15 |
| 69:7 - 75:6 | |
| 75:15 - 78:1 | 24:4 - 25:1<br>27:18 - 28:2<br>30:3 - 30:21<br>37:7 - 38:7<br>39:2 - 40:6<br>78:2 - 78:19<br>240:17 - 241:4 |
| 78:20 - 79:6 | |
| 79:12 - 80:3 | |
| 80:7 - 87:20 | |
| 89:4 - 89:14 | 67:1 - 67:15 |
| 90:24 - 91:19 | |
| 92:7 - 93:4 | |
| 93:19 - 97:17 | 24:4 - 25:1<br>27:18 - 28:2<br>30:3 - 30:21<br>37:7 - 38:7<br>39:2 - 40:6<br>78:2 - 78:19<br>240:17 - 241:4 |
| 98:21 - 99:8 | 98:7 - 98:13 |
| 100:13 - 101:24 | |
| 102:8 - 102:19 | |
| 105:20 - 106:21 | |
| 107:2 - 107:16 | |
| 108:8 - 108:16 | 108:17 - 109:2<br>110:4 - 110:14<br>111:18 - 111:25 |
| 109:17 - 110:2 | 108:17 - 109:2 |

| | 110:4 - 110:14 |
|---|---|
| | 111:18 - 111:25 |
| 110:15 - 111:17 | 111:18 - 111:25 |
| 114:7 - 118:4 | 113:23 - 114:6 |
| 127:9 - 130:16 | 127:2 - 127:7 |
| | 130:17 - 130:23 |
| | 273:9 - 273:13 |
| | 273:15 - 273:15 |
| 130:25 - 134:12 | 130:17 - 130:23 |
| 135:2 - 135:8 | |
| 139:5 - 140:17 | |
| 141:8 - 141:23 | 141:24 - 142:8 |
| 143:13 - 144:23 | |
| 145:2 - 145:20 | 146:18 - 147:15 |
| 148:10 - 148:20 | |
| 151:9 - 151:13 | |
| 153:4 - 155:8 | |
| 155:20 - 155:23 | 273:9 - 273:13 |
| | 273:15 - 273:15 |
| 156:14 - 157:2 | |
| 157:25 - 159:19 | 273:9 - 273:13 |
| | 273:15 - 273:15 |
| 159:25 - 161:23 | 273:9 - 273:13 |
| | 273:15 - 273:15 |
| 163:6 - 163:17 | |
| 165:7 - 166:1 | |
| 166:10 - 174:21 | 24:4 - 25:1 |
| | 27:18 - 28:2 |
| | 30:3 - 30:21 |
| | 39:2 - 40:6 |
| | 78:2 - 78:19 |
| | 174:22 - 174:25 |
| | 240:17 - 241:4 |
| | 270:24 - 271:4 |
| | 271:10 - 271:12 |
| | 271:19 - 272:17 |
| | 272:22 - 272:25 |
| | 273:2 - 273:2 |
| 175:2 - 177:19 | 177:24 - 178:4 |
| | 268:15 - 269:15 |
| | 269:20 - 269:20 |
| 178:6 - 178:14 | 270:24 - 271:4 |
| | 271:10 - 271:12 |
| | 271:19 - 272:17 |
| | 272:22 - 272:25 |

| | |
|---|---|
| | 273:2 - 273:2 |
| 180:2 - 183:15 | 268:15 - 269:15<br>269:20 - 269:20 |
| 183:22 - 187:23 | 268:15 - 269:15<br>269:20 - 269:20 |
| 188:10 - 188:18 | |
| 192:9 - 199:24 | |
| 201:7 - 203:4 | 270:24 - 271:4<br>271:10 - 271:12<br>271:19 - 272:17<br>272:22 - 272:25<br>273:2 - 273:2 |
| 203:15 - 203:19 | |
| 204:1 - 204:24 | |
| 205:9 - 208:18 | |
| 208:23 - 211:10 | |
| 211:18 - 211:25 | |
| 212:12 - 218:23 | |
| 219:10 - 221:3 | |
| 221:20 - 224:3 | 268:15 - 269:15<br>269:20 - 269:20 |
| 228:1 - 229:6 | |
| 231:6 - 232:14 | |
| 232:23 - 233:14 | |
| 233:24 - 239:10 | 239:11 - 239:17<br>240:17 - 241:4 |
| 239:18 - 240:16 | 239:11 - 239:17<br>240:17 - 241:4 |
| 241:11 - 243:7 | 240:17 - 241:4<br>243:5 - 243:10 |
| 243:17 - 244:2 | 243:5 - 243:10 |
| 245:23 - 246:24 | 243:5 - 243:10 |
| 247:4 - 248:13 | 248:14 - 248:20 |
| 253:15 - 253:25 | 273:20 - 274:7 |
| 254:11 - 256:11 | |
| 257:21 - 258:3 | 268:15 - 269:15<br>269:20 - 269:20 |
| 262:4 - 262:17 | |
| 264:15 - 266:25 | |
| 267:21 - 267:21 | |
| 271:5 - 271:9 | 270:24 - 271:4<br>271:10 - 271:12<br>271:19 - 272:17<br>272:22 - 272:25<br>273:2 - 273:2 |

| 271:13 - 271:18 | 270:24 - 271:4 |
| | 271:10 - 271:12 |
| | 271:19 - 272:17 |
| | 272:22 - 272:25 |
| | 273:2 - 273:2 |
| 274:8 - 274:12 | 273:20 - 274:7 |
| 274:14 - 276:15 | 276:17 - 277:9 |
| 277:13 - 278:24 | 279:1 - 279:14 |

| John Taylor May 30, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 9:1 - 9:2 | |
| 9:8 - 9:13 | |
| 9:21 - 10:3 | |
| 10:7 - 10:9 | |
| 22:2 - 31:12 | |
| 33:14 - 36:14 | |
| 37:11 - 38:4 | 46:24 - 48:11 |
| 39:2 - 42:23 | 46:24 - 48:11 |
| 48:25 - 50:18 | 50:19 - 50:21 |
| 53:22 - 55:25 | 56:16 - 57:15 |
| 57:22 - 58:2 | |
| 59:1 - 63:13 | |
| 63:17 - 64:7 | |
| 64:25 - 65:2 | |
| 65:6 - 69:21 | |
| 72:17 - 74:13 | |
| 79:4 - 80:20 | |
| 81:6 - 81:20 | |
| 83:16 - 86:20 | |
| 87:18 - 88:3 | |
| 92:1 - 94:4 | |
| 99:24 - 101:16 | |
| 106:13 - 108:2 | 109:2 - 109:24 |
| | 110:11 - 111:15 |
| 115:13 - 118:6 | 110:11 - 111:15 |
| | 112:4 - 112:23 |
| | 263:12 - 263:14 |
| | 263:18 - 263:25 |
| | 264:13 - 264:17 |
| | 265:6 - 265:9 |
| | 265:12 - 265:14 |
| 121:4 - 124:16 | |
| 124:25 - 127:18 | 127:19 - 128:2 |

| | |
|---|---|
| 128:23 - 135:16 | 264:13 - 264:17<br>265:6 - 265:9<br>265:12 - 265:14 |
| 136:6 - 139:20 | 140:8 - 140:19 |
| 140:20 - 145:7 | 140:8 - 140:19<br>145:8 - 145:9 |
| 145:17 - 151:2 | 151:11 - 153:2 |
| 167:23 - 171:9 | 167:11 - 167:22<br>171:11 - 171:25 |
| 172:1 - 173:21 | 171:13 - 171:25 |
| 181:16 - 181:19 | 181:20 - 182:22 |
| 188:17 - 189:17 | |
| 197:7 - 199:4 | 199:6 - 199:9 |
| 199:14 - 200:2 | 201:7 - 201:11 |
| 204:16 - 205:1 | 205:2 - 205:12<br>208:11 - 208:21 |
| 205:13 - 206:23 | 206:24 - 207:3<br>208:11 - 208:21 |
| 207:4 - 208:10 | 206:24 - 207:3<br>208:11 - 208:21 |
| 208:22 - 210:3 | |
| 214:2 - 214:22 | |
| 215:2 - 215:12 | |
| 215:16 - 218:13 | 218:14 - 219:1 |
| 219:16 - 219:21 | |
| 222:1 - 223:4 | 224:14 - 225:7<br>225:10 |
| 229:10 - 230:4 | |
| 234:22 - 236:16 | |
| 236:20 - 237:15 | |
| 241:5 - 243:3 | |
| 249:13 - 249:23 | 249:25 - 250:1<br>250:4 - 250:12<br>252:7 - 252:17<br>254:18 - 254:22 |
| 255:11 - 255:21 | |
| 256:4 - 256:15 | |
| 259:6 - 259:12 | 259:13 - 259:14<br>259:18 - 259:20 |
| 259:22 - 260:21 | |
| 261:7 - 262:19 | 262:20 - 262:23<br>263:2 - 263:14<br>263:18 - 263:25 |

| Defendants' Designations | Plaintiff's Counter-Designations |
|---|---|
| | 265:6 - 265:9 |
| | 265:12 - 265:14 |

| Zachary Trover | |
|---|---|
| April 18, 2018 | |

| Defendants' Designations | Plaintiff's Counter-Designations |
|---|---|
| 8:7 - 8:12 | |
| 12:8 - 22:25 | 34:9 - 34:18 |
| | 34:23 - 34:24 |
| 23:10 - 34:8 | 34:9 - 34:18 |
| | 34:23 - 34:24 |
| 35:3 - 35:16 | 34:9 - 34:18 |
| | 34:23 - 34:24 |
| 38:3 - 38:11 | |
| 38:18 - 40:10 | 34:9 - 34:18 |
| | 34:23 - 34:24 |
| | 40:11 - 41:23 |
| | 42:8 - 42:11 |
| 42:12 - 48:10 | |
| 51:15 - 56:17 | |
| 57:8 - 65:6 | |
| 65:21 - 70:11 | 34:9 - 34:18 |
| | 34:23 - 34:24 |
| | 40:11 - 41:23 |
| | 42:8 - 42:11 |
| 71:23 - 72:23 | |
| 73:6 - 73:24 | |
| 74:24 - 75:21 | 40:11 - 41:23 |
| | 42:8 - 42:11 |
| 75:25 - 76:22 | |
| 77:13 - 84:21 | 84:22 - 84:25 |
| 85:1 - 85:13 | 84:22 - 84:25 |
| 89:23 - 90:9 | |
| 100:21 - 101:11 | |
| 101:25 - 106:5 | 106:6 - 106:8 |
| 106:9 - 109:12 | |
| 114:1 - 116:11 | |
| 118:9 - 122:3 | |
| 122:13 - 126:9 | 126:10 - 127:17 |
| 127:21 - 132:1 | 132:2 - 132:4 |
| | 132:8 - 132:20 |
| 132:24 - 134:12 | 134:22 - 134:25 |
| | 135:3 - 135:23 |
| | 136:2 - 136:4 |
| 134:22 - 135:14 | |

| 136:6 - 138:14 | 138:15 - 138:20 |
|---|---|
| 138:21 - 139:9 | |

| Richard Williamson June 14, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| N/A | |

| Richard Williamson October 2, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| N/A | |

| Jon Yarbrough July 11, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Counter-Designations** |
| 6:15 - 19 | |
| 7:8 - 24 | 23:14 - 23:16 |
| 15:15 - 19:2 | |
| 23:24 - 24:1 | 23:14 - 23:16 |
| 31:17 - 23 | |
| 32:7 - 42:12 | |
| 45:9 - 20 | |
| 60:19 - 86:9 | 27:2 - 27:3<br>27:12 - 27:14<br>27:19 - 27:22<br>111:12 - 111:15<br>111:18 - 112:5<br>112:12 - 112:17<br>221:13 - 224:12<br>224:16 - 224:21<br>224:24 - 225:20<br>227:23 - 228:1<br>232:24 - 234:24 |
| 86:23 - 88:1 | |
| 93:8 - 94:6 | 92:13 - 93:7<br>95:13 - 96:3 |
| 94:20 - 21 | 92:13 - 93:7<br>95:13 - 96:3 |
| 96:12 - 97:23 | |
| 102:10 - 110:1 | 27:2 - 27:3<br>27:12 - 27:14<br>27:19 - 27:22<br>110:2 - 110:7<br>111:12 - 111:15 |

| | |
|---|---|
| | 111:18 - 112:5<br>112:12 - 112:17<br>227:23 - 228:1<br>232:24 - 234:24 |
| 110:8 - 111:11 | 110:2 - 110:7<br>111:12 - 111:15<br>111:18 - 112:5<br>112:12 - 112:17 |
| 116:25 - 118:5 | |
| 118:17 - 119:12 | |
| 119:19 - 132:25 | 27:2 - 27:3<br>27:12 - 27:14<br>27:19 - 27:22<br>110:2 - 110:7<br>111:12 - 111:15<br>111:18 - 112:5<br>112:12 - 112:17<br>131:18 - 131:20<br>131:22 - 132:1<br>132:3 - 132:25<br>227:23 - 228:1<br>232:24 - 234:24 |
| 135:23 - 139:3 | |
| 142:21 - 23 | |
| 143:6 - 144:4 | 27:2 - 27:3<br>27:12 - 27:14<br>27:19 - 27:22<br>227:8 - 227:10<br>227:23 - 228:1<br>232:24 - 234:24 |
| 145:9 - 16 | 27:2 - 27:3<br>27:12 - 27:14<br>27:19 - 27:22<br>227:8 - 227:10<br>227:23 - 228:1<br>232:24 - 234:24 |
| 151:19 - 157:6 | |
| 163:2 - 164:7 | 226:16 - 226:22 |
| 165:5 - 14 | 165:15 - 165:16<br>166:4 - 166:9<br>167:1 - 167:4<br>167:12 - 167:19<br>175:13 - 175:22<br>226:16 - 226:22<br>232:24 - 234:24 |
| 167:15 - 168:2 | |

| 176:3 - 177:16 | |
|---|---|
| 178:2 - 9 | 178:10 - 179:20 |
| 180:4 - 183:6 | 183:8 - 183:11<br>226:16 - 226:22 |
| 183:14 - 184:12 | 226:16 - 226:22 |
| 184:21 - 186:13 | 226:16 - 226:22 |
| 186:24 - 191:13 | 27:2 - 27:3<br>27:12 - 27:14<br>27:19 - 27:22<br>191:14 - 192:3<br>197:21 - 197:22<br>197:25 - 198:13<br>226:16 - 226:22<br>227:23 - 228:1<br>232:24 - 234:24 |
| 192:4 - 195:25 | 191:14 - 192:3<br>197:21 - 197:22<br>197:25 - 198:13<br>226:16 - 226:22<br>232:24 - 234:24 |
| 196:6 - 197:5 | 197:21 - 197:22<br>197:25 - 198:13 |
| 206:6 - 208:18 | 204:21 - 204:22<br>204:24 - 205:4<br>205:7 - 205:8<br>205:10 - 205:22<br>225:25 - 226:15 |

August 1, 2019                    Respectfully submitted,

*/s/ Gary M. Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter

29

850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2019, I filed the foregoing Plaintiff's Deposition and

Discovery Response Designations via ECF, which caused a true and correct copy of the

foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

*/s/ Gary M. Rubman*