## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

               Plaintiff,

v.

CASTLE HILL STUDIOS LLC, *et al.*

               Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

### DEFENDANTS' DEPOSITION AND
### INTERROGATORY COUNTER-DESIGNATIONS

Defendants, Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC, submit the following deposition and interrogatory counter-designations pursuant to the Fifth Amended Scheduling Order dated April 15, 2019 (Doc. 312).

## I.    DEPOSITION COUNTER-DESIGNATIONS

### A.    James Berger – September 26, 2018

Pg: 5 Ln: 23 - 25

Pg: 9 Ln: 25 - Pg: 10 Ln: 19

Pg: 15 Ln: 2 - 3

Pg: 17 Ln: 4 - 17

Pg: 23 Ln: 3

Pg: 24 Ln: 5 - 9

Pg: 83 Ln: 15 - Pg: 84 Ln: 8

Pg: 97 Ln: 18

Pg: 100 Ln: 13 - 18

Pg: 106 Ln: 24

Pg: 107 Ln: 12 - 15

Pg: 108 Ln: 18 - 24

Pg: 109 Ln: 10 - 13

Pg: 128 Ln: 4

Pg: 128 Ln: 13

Pg: 129 Ln: 3

Pg: 133 Ln: 6 - 25

Pg: 135 Ln: 19

Pg: 146 Ln: 24 - Pg: 147 Ln: 21

Pg: 163 Ln: 14 - 23

Pg: 194 Ln: 2 – 12

**B.** **Brandon Booker – July 20, 2018**

Pg: 8 Ln: 2 - 4

Pg: 13 Ln: 19 - Pg: 14 Ln: 5

Pg: 23 Ln: 1 - 15

Pg: 34 Ln: 3 - 10

Pg: 52 Ln: 24 - Pg: 53 Ln: 11

Pg: 54 Ln: 2 - 9

Pg: 55 Ln: 19 - 20

Pg: 56 Ln: 2 - 13

Pg: 56 Ln: 14 - 17

Pg: 57 Ln: 6 - Pg: 58 Ln: 3

Pg: 75 Ln: 25 - Pg: 76 Ln: 1

Pg: 79 Ln: 12 - 22

Pg: 79 Ln: 23 - 25

Pg: 81 Ln: 5 - 6

Pg: 83 Ln: 12 - Pg: 84 Ln: 1

Pg: 85 Ln: 12 - 21

Pg: 87 Ln: 20 - Pg: 89 Ln: 16

Pg: 90 Ln: 18 - 25

Pg: 91 Ln: 4 - 14

Pg: 91 Ln: 15 - 24

Pg: 91 Ln: 25 - Pg: 92 Ln: 6

Pg: 117 Ln: 20 - 21

Pg: 119 Ln: 22 - Pg: 120 Ln: 5

Pg: 120 Ln: 15

Pg: 121 Ln: 9 - 15

Pg: 121 Ln: 20 - 23

Pg: 122 Ln: 19 - 24

Pg: 129 Ln: 8 - 24

Pg: 130 Ln: 15

Pg: 133 Ln: 17 - Pg: 134 Ln: 5

Pg: 163 Ln: 2 - 9

Pg: 163 Ln: 10 - 19

Pg: 166 Ln: 8 - 11

Pg: 170 Ln: 14 - 22

Pg: 184 Ln: 23 - Pg: 185 Ln: 1

Pg: 194 Ln: 13

Pg: 198 Ln: 25 - Pg: 199 Ln: 4

Pg: 204 Ln: 3 - 5

Pg: 205 Ln: 3 - 6

Pg: 205 Ln: 3 - Pg: 208 Ln: 25

Pg: 206 Ln: 18 - 25

Pg: 208 Ln: 22 - 25

Pg: 213 Ln: 9 - 20

Pg: 241 Ln: 17 - 20

Pg: 267 Ln: 8 - 9

Pg: 268 Ln: 2 – 8

### C.    Sarah Carlson – June 21, 2018

Pg: 38 Ln: 25 - Pg: 39 Ln: 2

Pg: 60 Ln: 11 - 20

Pg: 61 Ln: 3 - 10

Pg: 61 Ln: 12 - 14

Pg: 61 Ln: 16 - 18

Pg: 171 Ln: 13 - 14

Pg: 178 Ln: 20 – 23

### D.    Daniel Fulton – May 31, 2018

Pg: 8 Ln: 6 - 19

Pg: 14 Ln: 14 - Pg: 15 Ln: 5

Pg: 16 Ln: 6 - 16

Pg: 19 Ln: 2 - 22

Pg: 35 Ln: 9 - 22

Pg: 37 Ln: 7 - Pg: 39 Ln: 7

Pg: 40 Ln: 12 - Pg: 41 Ln: 16

Pg: 42 Ln: 15 - Pg: 43 Ln: 16

Pg: 44 Ln: 25 - Pg: 45 Ln: 14

Pg: 54 Ln: 2 - 20

Pg: 67 Ln: 11 - 24

Pg: 79 Ln: 5 - 19

Pg: 97 Ln: 13 - Pg: 99 Ln: 5

Pg: 99 Ln: 6 - 15

Pg: 105 Ln: 8 - 20

Pg: 120 Ln: 6 - Pg: 121 Ln: 3

Pg: 125 Ln: 11 - Pg: 126 Ln: 7

Pg: 132 Ln: 13 - 18

Pg: 134 Ln: 20 - Pg: 135 Ln: 4

Pg: 136 Ln: 25 - Pg: 137 Ln: 19

Pg: 138 Ln: 6 - 17

Pg: 139 Ln: 19 - Pg: 140 Ln: 14

Pg: 144 Ln: 25 - Pg: 145 Ln: 16

Pg: 150 Ln: 18 - Pg: 151 Ln: 17

Pg: 169 Ln: 9 - Pg: 170 Ln: 4

Pg: 170 Ln: 24 - Pg: 171 Ln: 7

Pg: 178 Ln: 8 - 21

Pg: 214 Ln: 4 - 15

Pg: 216 Ln: 10 - 17

Pg: 217 Ln: 17 - 22

Pg: 220 Ln: 5 - 12

Pg: 230 Ln: 19 - Pg: 231 Ln: 10

Pg: 268 Ln: 2 - 8

Pg: 271 Ln: 10 - Pg: 272 Ln: 9

Pg: 275 Ln: 14 - Pg: 276 Ln: 9

### E.    Daniel Fulton, 30(b)(6) Corporate Designee – August 1, 2018

Pg: 7 Ln: 2 - 9

Pg: 35 Ln: 10 - 18

Pg: 36 Ln: 1 - 10

Pg: 36 Ln: 14 - 17

Pg: 42 Ln: 21 - Pg: 43 Ln: 5

Pg: 49 Ln: 13 - 20

Pg: 49 Ln: 21 - Pg: 50 Ln: 11

Pg: 50 Ln: 14 - 20

Pg: 51 Ln: 10 - 19

Pg: 51 Ln: 21 - 24

Pg: 52 Ln: 2 - 10

Pg: 52 Ln: 12 - 13

Pg: 52 Ln: 15

Pg: 52 Ln: 17 - 22

Pg: 52 Ln: 24 - Pg: 53 Ln: 8

Pg: 54 Ln: 9 - 11

Pg: 54 Ln: 14 - 15

Pg: 54 Ln: 17

Pg: 55 Ln: 5 - 8

Pg: 55 Ln: 10 - 11

Pg: 56 Ln: 25 - Pg: 57 Ln: 20

Pg: 57 Ln: 22 - Pg: 58 Ln: 2

Pg: 58 Ln: 5 - 7

Pg: 58 Ln: 12 - 22

Pg: 59 Ln: 2 - 13

Pg: 60 Ln: 2 - 4

Pg: 60 Ln: 9 – 13

  **F.**  **Joshua Larson – April 24, 2018**

Pg: 17 Ln: 11 - 12

Pg: 18 Ln: 7 - 13

Pg: 18 Ln: 14 - Pg: 19 Ln: 7

Pg: 55 Ln: 6 - 7

Pg: 65 Ln: 4 - 22

Pg: 66 Ln: 3 - 22

Pg: 67 Ln: 18 - 25

Pg: 68 Ln: 2 - 11

Pg: 89 Ln: 4 - 9

Pg: 89 Ln: 17 - 20

Pg: 102 Ln: 9 - Pg: 103 Ln: 6

Pg: 103 Ln: 16 - 24

Pg: 105 Ln: 19

Pg: 105 Ln: 21 - Pg: 106 Ln: 2

Pg: 113 Ln: 14 - Pg: 114 Ln: 9

Pg: 118 Ln: 22 - 24

Pg: 172 Ln: 5 - 12

Pg: 189 Ln: 17 - 20

Pg: 189 Ln: 24 - Pg: 190 Ln: 5

Pg: 218 Ln: 12 - 13

Pg: 233 Ln: 3 - 10

Pg: 240 Ln: 19 - 20

Pg: 242 Ln: 5 - 9

Pg: 242 Ln: 15 - 18

Pg: 243 Ln: 2 - 4

Pg: 248 Ln: 3 - 15

Pg: 250 Ln: 18 - 23

Pg: 259 Ln: 24 - Pg: 260 Ln: 6

Pg: 261 Ln: 8 - 17

Pg: 262 Ln: 2 - 16

Pg: 271 Ln: 2 - 8

Pg: 271 Ln: 16 - Pg: 272 Ln: 16

Pg: 281 Ln: 11 - 13

Pg: 282 Ln: 13 - 18

### G.    Aaron Milligan – February 9, 2018

Pg: 27 Ln: 15 - 19

Pg: 27 Ln: 25 - Pg: 28 Ln: 16

Pg: 31 Ln: 14 - 18

Pg: 32 Ln: 8 - 22

Pg: 36 Ln: 18 - Pg: 37 Ln: 11

Pg: 37 Ln: 14 - 22

Pg: 47 Ln: 20 - Pg: 49 Ln: 2

Pg: 48 Ln: 25 - Pg: 49 Ln: 6

Pg: 66 Ln: 12 - Pg: 68 Ln: 16

Pg: 69 Ln: 15 - 16

Pg: 70 Ln: 11 - 18

Pg: 71 Ln: 15 - 17

Pg: 71 Ln: 25 - Pg: 72 Ln: 6

Pg: 89 Ln: 13 - 14

Pg: 90 Ln: 5 - 14

Pg: 91 Ln: 10 - Pg: 93 Ln: 11

Pg: 97 Ln: 2

Pg: 148 Ln: 23 - 25

Pg: 156 Ln: 20 - Pg: 157 Ln: 12

Pg: 162 Ln: 22 - Pg: 163 Ln: 7

Pg: 163 Ln: 8 - 14

Pg: 163 Ln: 22 - 25

Pg: 171 Ln: 6 - 22

Pg: 175 Ln: 6 - 16

Pg: 185 Ln: 19 - Pg: 186 Ln: 10

Pg: 189 Ln: 17 - 25

Pg: 192 Ln: 21 - Pg: 193 Ln: 1

Pg: 218 Ln: 6 - 16

Pg: 243 Ln: 18 - Pg: 244 Ln: 14

Pg: 245 Ln: 9 - 13

**H.      Seth Morgan – July 13, 2018**

Pg: 19 Ln: 25 - Pg: 20 Ln: 1

Pg: 20 Ln: 15 - 20

Pg: 20 Ln: 24 - Pg: 21 Ln: 15

Pg: 28 Ln: 2 - 9

Pg: 28 Ln: 15 - Pg: 29 Ln: 14

Pg: 33 Ln: 16 - 24

Pg: 37 Ln: 1 - Pg: 39 Ln: 21

Pg: 44 Ln: 17 - 19

Pg: 45 Ln: 1 - 9

Pg: 45 Ln: 19 - 25

Pg: 51 Ln: 3 - Pg: 52 Ln: 9

Pg: 63 Ln: 23 - Pg: 64 Ln: 7

Pg: 66 Ln: 4 - 7

Pg: 66 Ln: 11 - 22

Pg: 67 Ln: 1 - 11

Pg: 77 Ln: 10 - Pg: 78 Ln: 9

Pg: 84 Ln: 14 - Pg: 85 Ln: 17

Pg: 90 Ln: 21 - Pg: 91 Ln: 6

Pg: 93 Ln: 22 - Pg: 94 Ln: 4

Pg: 107 Ln: 16 - Pg: 108 Ln: 11

Pg: 111 Ln: 22 - 23

Pg: 112 Ln: 1 - 19

Pg: 115 Ln: 22 - Pg: 116 Ln: 10

Pg: 120 Ln: 3 - Pg: 121 Ln: 21

Pg: 135 Ln: 17 - 19

Pg: 142 Ln: 9 - 19

Pg: 143 Ln: 18 - Pg: 144 Ln: 3

Pg: 171 Ln: 8 - 13

Pg: 177 Ln: 20 - 24

Pg: 186 Ln: 8 - 10

Pg: 187 Ln: 1 - Pg: 189 Ln: 10

Pg: 190 Ln: 1 - 15

Pg: 192 Ln: 19 - 24

Pg: 200 Ln: 10 - 18

Pg: 203 Ln: 1 - 2

Pg: 203 Ln: 5 - 9

Pg: 208 Ln: 1 - 3

**I.    Alan Roireau – May 15, 2018**

Pg: 15 Ln: 5 - 15

Pg: 18 Ln: 5 - 24

Pg: 20 Ln: 4 - Pg: 21 Ln: 3

Pg: 23 Ln: 8 - 10

Pg: 25 Ln: 8 - 19

Pg: 29 Ln: 2 - 6

Pg: 30 Ln: 25 - Pg: 32 Ln: 20

Pg: 33 Ln: 4 - 24

Pg: 43 Ln: 3 - 20

Pg: 43 Ln: 24 - Pg: 44 Ln: 15

Pg: 45 Ln: 11 - 20

Pg: 51 Ln: 2 - 22

Pg: 59 Ln: 7 - 12

Pg: 78 Ln: 19 - Pg: 79 Ln: 1

Pg: 79 Ln: 5 - Pg: 80 Ln: 1

Pg: 90 Ln: 4 - 6

Pg: 92 Ln: 10 - 12

Pg: 111 Ln: 5 - Pg: 112 Ln: 3

Pg: 115 Ln: 5 - Pg: 116 Ln: 1

Pg: 117 Ln: 3 - 14

Pg: 117 Ln: 25 - Pg: 118 Ln: 6

Pg: 132 Ln: 3 - 5

Pg: 132 Ln: 8 - 19

Pg: 133 Ln: 22 - Pg: 135 Ln: 16

Pg: 135 Ln: 19

Pg: 135 Ln: 21 - Pg: 136 Ln: 18

Pg: 136 Ln: 22 - Pg: 137 Ln: 17

Pg: 139 Ln: 3 - 4

Pg: 139 Ln: 7 - Pg: 141 Ln: 14

Pg: 159 Ln: 19 - 22

Pg: 160 Ln: 5 - 8

Pg: 160 Ln: 11 - 15

Pg: 160 Ln: 18 - 21

Pg: 161 Ln: 17 - 23

Pg: 162 Ln: 4 - 9

Pg: 163 Ln: 7 - Pg: 164 Ln: 10

Pg: 164 Ln: 13 - 23

Pg: 165 Ln: 4 - 15

Pg: 166 Ln: 3 - 10

Pg: 197 Ln: 12 - 18

Pg: 197 Ln: 25 - Pg: 198 Ln: 3

Pg: 200 Ln: 18 - 23

Pg: 206 Ln: 4 - 18

Pg: 219 Ln: 19 - Pg: 220 Ln: 14

Pg: 220 Ln: 24 - Pg: 222 Ln: 1

Pg: 222 Ln: 7 - Pg: 223 Ln: 7

Pg: 234 Ln: 17 - 18

Pg: 251 Ln: 18 - Pg: 252 Ln: 3

Pg: 258 Ln: 11 - Pg: 259 Ln: 2

Pg: 260 Ln: 11 - 18

Pg: 265 Ln: 14 - 25

Pg: 274 Ln: 3 - 5

Pg: 275 Ln: 15 - 18

Pg: 275 Ln: 23 - Pg: 276 Ln: 6

Pg: 305 Ln: 13 - Pg: 307 Ln: 13

Pg: 334 Ln: 12 - 20

Pg: 338 Ln: 21 - 25

Pg: 341 Ln: 11 - Pg: 342 Ln: 1

Pg: 342 Ln: 18 - 25

Pg: 348 Ln: 2 - 7

Pg: 352 Ln: 10 - 11

Pg: 352 Ln: 24 - Pg: 354 Ln: 2

**J.    Alan Roireau, 30(b)(6) Corporate Designee – August 1, 2018**

Pg: 16 Ln: 25 - Pg: 17 Ln: 17

Pg: 30 Ln: 21 - Pg: 31 Ln: 1

Pg: 33 Ln: 8 - 12

Pg: 36 Ln: 13 - 16

Pg: 36 Ln: 21 - Pg: 37 Ln: 3

Pg: 71 Ln: 20 - Pg: 72 Ln: 11

Pg: 75 Ln: 3 - 9

Pg: 76 Ln: 10 - 22

Pg: 77 Ln: 17 - 22

Pg: 78 Ln: 2 - 19

Pg: 83 Ln: 20 - Pg: 84 Ln: 22

Pg: 99 Ln: 6 - 13

Pg: 110 Ln: 18 - 21

**K.    Andrew Scheiner – April 19, 2018**

Pg: 15 Ln: 13 - Pg: 18 Ln: 13

Pg: 19 Ln: 11 - 13

Pg: 20 Ln: 9 - 23

Pg: 22 Ln: 1 - 4

Pg: 33 Ln: 20 - Pg: 34 Ln: 2

Pg: 34 Ln: 20 - 24

Pg: 56 Ln: 8 - 14

Pg: 62 Ln: 10 - 15

Pg: 65 Ln: 21 - Pg: 67 Ln: 2

Pg: 67 Ln: 19 - 22

Pg: 67 Ln: 25 - Pg: 68 Ln: 9

Pg: 69 Ln: 10 - Pg: 72 Ln: 6

Pg: 72 Ln: 24 - Pg: 73 Ln: 9

Pg: 77 Ln: 22 - Pg: 78 Ln: 1

Pg: 91 Ln: 24 - 25

Pg: 92 Ln: 4 - 12

Pg: 111 Ln: 12 - Pg: 112 Ln: 7

Pg: 112 Ln: 22 - Pg: 113 Ln: 11

Pg: 128 Ln: 15 - Pg: 129 Ln: 1

Pg: 129 Ln: 14 - 22

Pg: 131 Ln: 2 - 4

Pg: 131 Ln: 17 - Pg: 132 Ln: 16

Pg: 152 Ln: 8 - 24

Pg: 159 Ln: 5 - 22

Pg: 172 Ln: 15 - 19

Pg: 173 Ln: 18 - Pg: 175 Ln: 2

Pg: 180 Ln: 24 - Pg: 181 Ln: 8

Pg: 191 Ln: 10 - 23

Pg: 239 Ln: 9 - 24

Pg: 240 Ln: 6 - 12

Pg: 240 Ln: 15 - Pg: 241 Ln: 14

### L.    Zachary Schmid – June 20, 2018

Pg: 52 Ln: 21 - Pg: 53 Ln: 8

Pg: 53 Ln: 16 - Pg: 54 Ln: 1

Pg: 56 Ln: 23 - Pg: 57 Ln: 16

Pg: 57 Ln: 17 - Pg: 59 Ln: 3

Pg: 60 Ln: 20 - Pg: 61 Ln: 1

Pg: 64 Ln: 7 - Pg: 65 Ln: 24

Pg: 66 Ln: 24 - Pg: 69 Ln: 14

Pg: 70 Ln: 2 - Pg: 72 Ln: 1

Pg: 115 Ln: 25 - Pg: 116 Ln: 5

Pg: 116 Ln: 6 - 12

Pg: 116 Ln: 13 - 20

Pg: 117 Ln: 6 - 19

Pg: 118 Ln: 21 - Pg: 119 Ln: 14

### M.    Richard Sisson – April 17, 2018

Pg: 10 Ln: 25 - Pg: 11 Ln: 3

Pg: 11 Ln: 8 - 12

Pg: 15 Ln: 23 - Pg: 16 Ln: 1

Pg: 16 Ln: 17 - 20

Pg: 28 Ln: 3 - 9

Pg: 28 Ln: 13 - 17

Pg: 28 Ln: 25 - Pg: 30 Ln: 9

Pg: 30 Ln: 16 - Pg: 31 Ln: 4

Pg: 34 Ln: 15 - Pg: 35 Ln: 10

Pg: 35 Ln: 12 - 24

Pg: 36 Ln: 3 - Pg: 38 Ln: 24

Pg: 39 Ln: 8 - 22

Pg: 40 Ln: 2 - Pg: 41 Ln: 2

Pg: 41 Ln: 5 - 16

Pg: 48 Ln: 15 - Pg: 51 Ln: 20

Pg: 54 Ln: 11

Pg: 54 Ln: 12 - Pg: 56 Ln: 21

Pg: 60 Ln: 20 - Pg: 61 Ln: 16

Pg: 72 Ln: 15 - Pg: 73 Ln: 8

Pg: 81 Ln: 17 - Pg: 82 Ln: 16

Pg: 93 Ln: 7 - 24

Pg: 103 Ln: 8 - 15

Pg: 118 Ln: 19 - Pg: 120 Ln: 9

Pg: 122 Ln: 1 - 13

Pg: 129 Ln: 15 - Pg: 130 Ln: 7

Pg: 130 Ln: 17 - Pg: 131 Ln: 3

Pg: 135 Ln: 24 - Pg: 137 Ln: 1

Pg: 143 Ln: 4 - 16

Pg: 146 Ln: 3 - 14

Pg: 147 Ln: 2 - Pg: 148 Ln: 12

Pg: 153 Ln: 20 - Pg: 154 Ln: 3

Pg: 154 Ln: 16 - Pg: 155 Ln: 18

Pg: 158 Ln: 11 - 23

Pg: 163 Ln: 12 - 20

Pg: 164 Ln: 7 - 11

Pg: 172 Ln: 17 - 19

Pg: 174 Ln: 3 - 11

Pg: 174 Ln: 18 - 20

Pg: 176 Ln: 7 - Pg: 177 Ln: 20

Pg: 184 Ln: 8 - Pg: 186 Ln: 20

Pg: 187 Ln: 4 - 9

Pg: 189 Ln: 3 - 25

Pg: 195 Ln: 8 - 22

Pg: 205 Ln: 21 - Pg: 206 Ln: 4

Pg: 206 Ln: 19 - Pg: 207 Ln: 16

Pg: 207 Ln: 18 - Pg: 208 Ln: 21

Pg: 209 Ln: 10 - 21

Pg: 212 Ln: 22 - Pg: 213 Ln: 2

Pg: 213 Ln: 12 - 25

Pg: 216 Ln: 3 - 5

Pg: 216 Ln: 7 - Pg: 217 Ln: 8

Pg: 223 Ln: 22 - Pg: 224 Ln: 14

Pg: 224 Ln: 17 - Pg: 225 Ln: 3

Pg: 225 Ln: 22 - Pg: 227 Ln: 17

Pg: 230 Ln: 4 - 9

Pg: 233 Ln: 25 - Pg: 234 Ln: 23

Pg: 243 Ln: 21 - Pg: 245 Ln: 21

Pg: 246 Ln: 1 - 2

Pg: 247 Ln: 2 - 13

Pg: 252 Ln: 4 - 13

Pg: 255 Ln: 19 - Pg: 256 Ln: 2

Pg: 261 Ln: 6 - 13

Pg: 268 Ln: 3 - 9

Pg: 270 Ln: 1 - 15

Pg: 287 Ln: 6 - 11

Pg: 289 Ln: 12 - 19

Pg: 290 Ln: 10 - 13

Pg: 290 Ln: 24 - Pg: 291 Ln: 7

Pg: 299 Ln: 9 - 10

Pg: 301 Ln: 11 - Pg: 302 Ln: 12

Pg: 302 Ln: 14 - 19

Pg: 302 Ln: 21 - 24

Pg: 303 Ln: 1 - Pg: 305 Ln: 11

**N.    Richard Sisson, 30(b)(6) Corporate Designee – August 2, 2018**

Pg: 7 Ln: 6 - 12

Pg: 18 Ln: 6 - 18

Pg: 18 Ln: 24 - Pg: 19 Ln: 10

Pg: 20 Ln: 16 - Pg: 21 Ln: 14

Pg: 46 Ln: 5 - 6

Pg: 51 Ln: 15 - 20

Pg: 66 Ln: 16 - 22

Pg: 67 Ln: 5 - 13

Pg: 67 Ln: 19 - Pg: 68 Ln: 6

Pg: 69 Ln: 16 - 18

Pg: 70 Ln: 12 - 17

Pg: 71 Ln: 9 - 25

Pg: 73 Ln: 18 - Pg: 74 Ln: 21

Pg: 74 Ln: 25 - Pg: 75 Ln: 8

Pg: 75 Ln: 11 - Pg: 76 Ln: 17

Pg: 76 Ln: 25 - Pg: 77 Ln: 2

Pg: 77 Ln: 7 - 8

Pg: 78 Ln: 12 - 22

Pg: 79 Ln: 4 - Pg: 81 Ln: 20

### O.    Jason Sprinkle – May 18, 2018

Pg: 11 Ln: 16 - 19

Pg: 12 Ln: 6 - 11

Pg: 12 Ln: 23 - Pg: 13 Ln: 6

Pg: 18 Ln: 20 - 24

Pg: 32 Ln: 20 - Pg: 33 Ln: 12

Pg: 36 Ln: 12 - 15

Pg: 37 Ln: 12 - 25

Pg: 38 Ln: 5 - 19

Pg: 38 Ln: 22 - Pg: 39 Ln: 11

Pg: 39 Ln: 18 - 19

Pg: 39 Ln: 22 - Pg: 41 Ln: 3

Pg: 43 Ln: 8 - 13

Pg: 47 Ln: 6 - 15

Pg: 54 Ln: 13 - Pg: 55 Ln: 16

Pg: 58 Ln: 3 - 18

Pg: 59 Ln: 11 - Pg: 61 Ln: 21

Pg: 62 Ln: 7 - 9

Pg: 62 Ln: 23 - Pg: 64 Ln: 15

Pg: 83 Ln: 8 - Pg: 87 Ln: 11

Pg: 88 Ln: 11 - Pg: 89 Ln: 15

Pg: 89 Ln: 24 - Pg: 90 Ln: 4

Pg: 92 Ln: 19 - Pg: 93 Ln: 14

Pg: 94 Ln: 9 - Pg: 95 Ln: 10

Pg: 98 Ln: 14 - Pg: 99 Ln: 14

Pg: 103 Ln: 4 - Pg: 104 Ln: 4

Pg: 105 Ln: 3 - 5

Pg: 106 Ln: 4 - 13

Pg: 116 Ln: 15 - 17

Pg: 116 Ln: 21 - Pg: 118 Ln: 6

Pg: 120 Ln: 5 - 13

Pg: 120 Ln: 23 - Pg: 121 Ln: 16

Pg: 123 Ln: 13 - 21

Pg: 139 Ln: 5 - 16

Pg: 139 Ln: 21 - Pg: 141 Ln: 7

Pg: 141 Ln: 22 - Pg: 144 Ln: 16

Pg: 144 Ln: 24 - Pg: 145 Ln: 6

Pg: 149 Ln: 17 - 18

Pg: 150 Ln: 5 - Pg: 152 Ln: 4

Pg: 159 Ln: 2 - Pg: 160 Ln: 5

Pg: 163 Ln: 5 - 9

Pg: 163 Ln: 17 - Pg: 164 Ln: 6

Pg: 168 Ln: 7 - 14

Pg: 178 Ln: 23 - Pg: 179 Ln: 19

Pg: 179 Ln: 23 - Pg: 180 Ln: 12

Pg: 180 Ln: 18 - Pg: 181 Ln: 10

Pg: 181 Ln: 24 - Pg: 185 Ln: 12

Pg: 185 Ln: 25 - Pg: 186 Ln: 22

Pg: 187 Ln: 3 - 15

Pg: 194 Ln: 22 - Pg: 195 Ln: 10

Pg: 198 Ln: 11 - 12

Pg: 202 Ln: 14 - Pg: 203 Ln: 7

Pg: 207 Ln: 4 - 21

Pg: 211 Ln: 25 - Pg: 213 Ln: 9

Pg: 226 Ln: 4 - Pg: 227 Ln: 14

Pg: 237 Ln: 14 - 16

Pg: 237 Ln: 22 - Pg: 238 Ln: 22

Pg: 241 Ln: 25 - Pg: 242 Ln: 15

Pg: 242 Ln: 16 - Pg: 244 Ln: 5

Pg: 251 Ln: 4 - 19

Pg: 251 Ln: 24 - Pg: 253 Ln: 9

Pg: 255 Ln: 2 - 10

Pg: 256 Ln: 24 - Pg: 257 Ln: 21

Pg: 257 Ln: 25 - Pg: 258 Ln: 15

Pg: 265 Ln: 11 - 18

Pg: 269 Ln: 8 - 17

Pg: 269 Ln: 23 - Pg: 270 Ln: 15

Pg: 270 Ln: 25 - Pg: 271 Ln: 2

Pg: 282 Ln: 15 - Pg: 284 Ln: 9

Pg: 287 Ln: 4 – 20

### P.    Jason Sprinkle – July 11, 2018

Pg: 322 Ln: 7 - 13

Pg: 323 Ln: 1 - 11

Pg: 328 Ln: 8 - 16

Pg: 330 Ln: 12 - 15

Pg: 330 Ln: 23 - Pg: 331 Ln: 3

Pg: 337 Ln: 3 - 19

Pg: 337 Ln: 22 - Pg: 339 Ln: 2

Pg: 339 Ln: 6 - Pg: 340 Ln: 20

Pg: 348 Ln: 23 - Pg: 349 Ln: 7

Pg: 350 Ln: 12 - 13

Pg: 350 Ln: 16 - Pg: 351 Ln: 5

Pg: 365 Ln: 24 - Pg: 366 Ln: 15

Pg: 367 Ln: 8 - Pg: 368 Ln: 11

Pg: 370 Ln: 3 - 15

Pg: 371 Ln: 18 - Pg: 372 Ln: 10

Pg: 377 Ln: 12 - Pg: 378 Ln: 8

Pg: 378 Ln: 19 - Pg: 379 Ln: 12

Pg: 390 Ln: 15 - Pg: 391 Ln: 6

Pg: 394 Ln: 4 - 6

Pg: 395 Ln: 18 - Pg: 396 Ln: 10

Pg: 399 Ln: 10 - 17

Pg: 400 Ln: 3 - 4

Pg: 407 Ln: 20 - Pg: 408 Ln: 3

Pg: 413 Ln: 19 - Pg: 414 Ln: 3

Pg: 414 Ln: 14 - Pg: 415 Ln: 8

Pg: 415 Ln: 15 - Pg: 418 Ln: 11

Pg: 418 Ln: 24 - Pg: 419 Ln: 24

Pg: 420 Ln: 7 - Pg: 421 Ln: 18

Pg: 422 Ln: 7 - 10

Pg: 423 Ln: 24 - Pg: 424 Ln: 19

Pg: 424 Ln: 23 - Pg: 425 Ln: 6

Pg: 425 Ln: 14 - 19

Pg: 426 Ln: 3 - Pg: 427 Ln: 12

Pg: 428 Ln: 2 - 5

Pg: 428 Ln: 8 - 11

Pg: 428 Ln: 16 - Pg: 429 Ln: 19

Pg: 430 Ln: 11 - 17

Pg: 431 Ln: 2 - 23

Pg: 463 Ln: 19 - 20

Pg: 467 Ln: 2 - 19

Pg: 468 Ln: 12 - Pg: 471 Ln: 4

### Q.    Paul Suggs – June 8, 2018

Pg: 6 Ln: 5 - 18

Pg: 16 Ln: 15 - 20

Pg: 31 Ln: 18 - 21

Pg: 35 Ln: 8 - 22

Pg: 39 Ln: 17 - Pg: 40 Ln: 4

Pg: 40 Ln: 10 - 18

Pg: 40 Ln: 19 - Pg: 41 Ln: 14

Pg: 44 Ln: 17 - 18

Pg: 46 Ln: 9 - Pg: 47 Ln: 12

Pg: 51 Ln: 16 - Pg: 54 Ln: 7

Pg: 59 Ln: 11 - Pg: 60 Ln: 3

Pg: 67 Ln: 8 - 22

Pg: 69 Ln: 24 - Pg: 70 Ln: 7

Pg: 88 Ln: 9 - 10

Pg: 88 Ln: 13 - 21

Pg: 92 Ln: 24 - Pg: 93 Ln: 19

Pg: 95 Ln: 12 - 25

Pg: 101 Ln: 22 - 23

Pg: 115 Ln: 5 - 16

Pg: 144 Ln: 18 - 24

Pg: 158 Ln: 10 - 21

Pg: 160 Ln: 6 - Pg: 161 Ln: 7

Pg: 170 Ln: 9 - Pg: 171 Ln: 15

Pg: 212 Ln: 17 - 20

Pg: 212 Ln: 24 - Pg: 213 Ln: 6

Pg: 222 Ln: 23 - Pg: 223 Ln: 2

Pg: 227 Ln: 9 - 13

Pg: 227 Ln: 25 - Pg: 228 Ln: 2

Pg: 228 Ln: 5 - 8

Pg: 245 Ln: 20 - Pg: 247 Ln: 22

Pg: 248 Ln: 5 - 24

Pg: 252 Ln: 6 - 16

**R.    John Taylor, III – May 30, 2018**

Pg: 14 Ln: 25 - Pg: 15 Ln: 8

Pg: 39 Ln: 5 - Pg: 40 Ln: 8

Pg: 46 Ln: 12 - 23

Pg: 50 Ln: 22 - Pg: 51 Ln: 3

Pg: 96 Ln: 11 - 16

Pg: 136 Ln: 6 - Pg: 137 Ln: 12

Pg: 138 Ln: 14 - Pg: 139 Ln: 20

Pg: 140 Ln: 20 - Pg: 143 Ln: 21

Pg: 144 Ln: 1 - Pg: 145 Ln: 7

Pg: 161 Ln: 6 - 18

Pg: 225 Ln: 8 - 9

Pg: 250 Ln: 13 - Pg: 251 Ln: 2

Pg: 264 Ln: 18 - Pg: 265 Ln: 5

Pg: 265 Ln: 16 - Pg: 266 Ln: 9

### S.    Zachary Trover – April 18, 2018

Pg: 38 Ln: 18 - Pg: 40 Ln: 10

Pg: 40 Ln: 11 - 16

Pg: 41 Ln: 1 - 9

Pg: 100 Ln: 4 - 17

Pg: 134 Ln: 22 - Pg: 135 Ln: 14

Pg: 136 Ln: 6 - 25

Pg: 137 Ln: 20 - Pg: 138 Ln: 14

### T.    Joseph Valandra – September 27, 2018

Pg: 9 Ln: 6 - 17

Pg: 22 Ln: 22 - Pg: 23 Ln: 22

Pg: 28 Ln: 25 - Pg: 29 Ln: 12

Pg: 30 Ln: 23 - Pg: 32 Ln: 9

Pg: 33 Ln: 4 - 14

Pg: 42 Ln: 14 - Pg: 43 Ln: 13

Pg: 43 Ln: 22 - Pg: 45 Ln: 13

Pg: 154 Ln: 23 - 25

Pg: 155 Ln: 16 - 22

Pg: 192 Ln: 9 - Pg: 193 Ln: 4

Pg: 204 Ln: 23 - Pg: 205 Ln: 7

Pg: 220 Ln: 21 - 25

Pg: 222 Ln: 24 - Pg: 223 Ln: 5

Pg: 224 Ln: 10 - Pg: 226 Ln: 16

Pg: 228 Ln: 9 - Pg: 229 Ln: 15

Pg: 246 Ln: 14 - 18

      **U.**    **Arthur Watson, III – July 12, 2018**

Pg: 32 Ln: 21 - Pg: 33 Ln: 1

Pg: 64 Ln: 9 - 10

Pg: 64 Ln: 19 - 22

Pg: 77 Ln: 13 - Pg: 78 Ln: 10

Pg: 78 Ln: 13 - Pg: 79 Ln: 19

Pg: 81 Ln: 9 - 22

Pg: 176 Ln: 5 - 16

Pg: 180 Ln: 5 - 17

Pg: 184 Ln: 1 - 6

Pg: 204 Ln: 20 - Pg: 205 Ln: 1

Pg: 206 Ln: 5 - 11

Pg: 206 Ln: 16 - 23

Pg: 209 Ln: 8 - 17

Pg: 240 Ln: 8 - 9

Pg: 240 Ln: 12 - 14

Pg: 240 Ln: 17 - 19

Pg: 244 Ln: 14 - 15

Pg: 244 Ln: 24 - Pg: 245 Ln: 2

Pg: 245 Ln: 7 - 8

Pg: 245 Ln: 11 - 16

> ### V.     Arthur Watson, III, 30(b)(6) Corporate Designee – August 2, 2018

None.

> ### W.     George Weilacher – February 16, 2018

Pg: 18 Ln: 24 - Pg: 19 Ln: 3

Pg: 22 Ln: 25 - Pg: 23 Ln: 7

Pg: 33 Ln: 10 - 19

Pg: 34 Ln: 16 - Pg: 35 Ln: 1

Pg: 35 Ln: 5 - 11

Pg: 36 Ln: 22 - 24

Pg: 41 Ln: 12 - 16

Pg: 51 Ln: 6 - 8

Pg: 51 Ln: 16 - 22

Pg: 53 Ln: 5 - 7

Pg: 57 Ln: 25 - Pg: 58 Ln: 6

Pg: 60 Ln: 7 - 16

Pg: 60 Ln: 25 - Pg: 61 Ln: 5

Pg: 62 Ln: 6 - 17

Pg: 63 Ln: 4 - 24

Pg: 76 Ln: 1 - 2

Pg: 76 Ln: 8 - 9

Pg: 83 Ln: 10 - 18

Pg: 84 Ln: 22 - Pg: 85 Ln: 8

Pg: 86 Ln: 4 - Pg: 87 Ln: 2

Pg: 90 Ln: 17 - Pg: 91 Ln: 3

Pg: 111 Ln: 7 - 8

Pg: 111 Ln: 12 - 18

Pg: 111 Ln: 25 - Pg: 112 Ln: 4

Pg: 134 Ln: 18 - Pg: 135 Ln: 12

Pg: 135 Ln: 21 - Pg: 136 Ln: 15

Pg: 137 Ln: 7 - 19

Pg: 138 Ln: 8 - Pg: 139 Ln: 9

Pg: 139 Ln: 17 - Pg: 140 Ln: 3

Pg: 144 Ln: 23 - Pg: 145 Ln: 8

Pg: 150 Ln: 14 - 25

Pg: 153 Ln: 16 - Pg: 154 Ln: 4

Pg: 156 Ln: 12 - 17

Pg: 157 Ln: 22 - Pg: 158 Ln: 2

Pg: 158 Ln: 21 - 24

Pg: 159 Ln: 5 - 16

Pg: 160 Ln: 1 - 13

Pg: 162 Ln: 22 - Pg: 163 Ln: 4

Pg: 163 Ln: 11 - 19

Pg: 164 Ln: 17 - 22

Pg: 165 Ln: 8 - 10

Pg: 168 Ln: 12 - 17

Pg: 172 Ln: 20 - 22

Pg: 173 Ln: 1 - 3

Pg: 230 Ln: 16 - 23

Pg: 232 Ln: 7 - 12

Pg: 248 Ln: 20 - Pg: 249 Ln: 4

Pg: 252 Ln: 10 - 25

Pg: 253 Ln: 6 - 14

Pg: 261 Ln: 2 - 9

Pg: 261 Ln: 14 - Pg: 262 Ln: 1

### X.    Jon Yarbrough – July 11, 2018

Pg: 7 Ln: 11 - 24

Pg: 23 Ln: 24 - Pg: 24 Ln: 3

Pg: 32 Ln: 19 - Pg: 39 Ln: 24

Pg: 45 Ln: 9 - 20

Pg: 46 Ln: 22 - Pg: 47 Ln: 6

Pg: 60 Ln: 19 - Pg: 63 Ln: 12

Pg: 63 Ln: 15 - Pg: 65 Ln: 16

Pg: 65 Ln: 20 - Pg: 72 Ln: 15

Pg: 72 Ln: 19

Pg: 72 Ln: 22

Pg: 72 Ln: 24 - Pg: 74 Ln: 15

Pg: 74 Ln: 17 - Pg: 76 Ln: 15

Pg: 76 Ln: 18 - Pg: 77 Ln: 7

Pg: 77 Ln: 13 - 24

Pg: 78 Ln: 1 - 11

Pg: 79 Ln: 3 - Pg: 80 Ln: 9

Pg: 80 Ln: 12 - 16

Pg: 81 Ln: 20 - Pg: 82 Ln: 24

Pg: 83 Ln: 1 - 14

Pg: 83 Ln: 24 - Pg: 84 Ln: 12

Pg: 84 Ln: 15 - Pg: 86 Ln: 9

Pg: 93 Ln: 8 - Pg: 94 Ln: 6

Pg: 94 Ln: 13 - 17

Pg: 94 Ln: 20 - 21

Pg: 96 Ln: 12 - Pg: 97 Ln: 23

Pg: 102 Ln: 10 - 18

Pg: 102 Ln: 20 - Pg: 104 Ln: 12

Pg: 104 Ln: 14 - Pg: 106 Ln: 13

Pg: 106 Ln: 15 - Pg: 108 Ln: 13

Pg: 108 Ln: 15 - Pg: 110 Ln: 1

Pg: 110 Ln: 16 - Pg: 111 Ln: 11

Pg: 112 Ln: 18 - 20

Pg: 116 Ln: 25 - Pg: 117 Ln: 25

Pg: 118 Ln: 17 - Pg: 119 Ln: 12

Pg: 119 Ln: 19 - 24

Pg: 120 Ln: 24 - Pg: 122 Ln: 16

Pg: 122 Ln: 18 - Pg: 123 Ln: 6

Pg: 123 Ln: 8 - Pg: 124 Ln: 22

Pg: 124 Ln: 24 - Pg: 126 Ln: 7

Pg: 126 Ln: 9 - Pg: 128 Ln: 14

Pg: 128 Ln: 16 - Pg: 131 Ln: 11

Pg: 131 Ln: 13 - 20

Pg: 131 Ln: 22 - Pg: 132 Ln: 25

Pg: 145 Ln: 9 - 11

Pg: 145 Ln: 13 - 16

Pg: 151 Ln: 20 - Pg: 153 Ln: 11

Pg: 153 Ln: 14 - 25

Pg: 154 Ln: 3 - 5

Pg: 154 Ln: 7 - 22

Pg: 154 Ln: 24 - Pg: 155 Ln: 22

Pg: 156 Ln: 18 - Pg: 157 Ln: 6

Pg: 163 Ln: 2 - 10

Pg: 163 Ln: 13 - Pg: 164 Ln: 7

Pg: 164 Ln: 8 - 9

Pg: 164 Ln: 11 - 16

Pg: 164 Ln: 18

Pg: 164 Ln: 21 - Pg: 165 Ln: 14

Pg: 166 Ln: 21 - 23

Pg: 167 Ln: 15 - 21

Pg: 168 Ln: 1 - 2

Pg: 170 Ln: 5 - 7

Pg: 170 Ln: 10 - 12

Pg: 170 Ln: 22 - 23

Pg: 170 Ln: 25 - Pg: 171 Ln: 8

Pg: 171 Ln: 10 - 17

Pg: 176 Ln: 3 - 16

Pg: 176 Ln: 20 - Pg: 177 Ln: 16

Pg: 178 Ln: 2 - 9

Pg: 180 Ln: 17 - 25

Pg: 181 Ln: 3 - 9

Pg: 181 Ln: 17 - Pg: 182 Ln: 3

Pg: 183 Ln: 24

Pg: 184 Ln: 2 - 8

Pg: 185 Ln: 4 - Pg: 186 Ln: 13

Pg: 186 Ln: 24 - Pg: 187 Ln: 12

Pg: 187 Ln: 14 - Pg: 191 Ln: 10

Pg: 192 Ln: 9 - Pg: 194 Ln: 13

Pg: 194 Ln: 18 - Pg: 195 Ln: 21

Pg: 196 Ln: 7 - Pg: 197 Ln: 5

Pg: 204 Ln: 14 - 15

Pg: 204 Ln: 17 - 19

Pg: 206 Ln: 21 - Pg: 208 Ln: 18

Pg: 221 Ln: 11 - 12

Pg: 228 Ln: 3 - 7

Pg: 229 Ln: 4 - 17

Pg: 230 Ln: 1 - 4

Pg: 230 Ln: 6 - 16

Pg: 230 Ln: 19 - Pg: 231 Ln: 5

Pg: 231 Ln: 9 - 12

Pg: 231 Ln: 14 - 25

Pg: 232 Ln: 8 - 17

Pg: 232 Ln: 20 - 22

## II.     INTERROGATORY COUNTER-DESIGNATIONS

None.

Dated:  August 1, 2019                              Respectfully submitted,

*/s/ Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Sherry H. Flax (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
henry.platt@saul.com
tschauf@saul.com
sherry.flax@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

35

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of August, 2019, I caused a copy of the foregoing **DEFENDANTS' DEPOSITION AND INTERROGATORY COUNTER-DESIGNATIONS** to be filed using the Court's ECF system, which will provide electronic notification of filing to the following counsel for Plaintiff:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 (facsimile)
dluthey@gablelaw.com
*Counsel for Plaintiff*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 (facsimile)
nroman@cov.com
*Counsel for Plaintiff*

Gary M. Rubman
Peter Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
(202) 778-5465 (facsimile)
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
*Counsel for Plaintiff*

*/s/ Robert C. Gill*
Robert C. Gill