# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>   (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>   (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>   (d/b/a CASTLE HILL GAMING)<br><br>          Defendants. | Case No. 4:17-cv-00454-GKF-JFJ |

**JOINT REQUEST FOR CLARIFICATION OF SCHEDULING ORDER**

Plaintiff ("VGT") and Defendants ("CHG") jointly submit this request for clarification of two aspects of the Fifth Amended Scheduling Order (Dkt. 312) ("Scheduling Order").

First, the Scheduling Order appears to differ from the Court's (and the parties') preferences regarding proposed findings of fact and conclusions of law. The Scheduling Order sets September 9, 2019, as the deadline for these proposed findings and conclusions. *See* Dkt. 312. But during the November 13, 2018 status/scheduling hearing, the Court stated that the parties should submit proposed findings and conclusions after trial. *See* Dkt. 249 at 18–19. The parties respectfully request confirmation that they should not make these submissions until after trial.

Second, the parties seek guidance on trial briefs, which are due September 9, 2019. *See* Dkt. 312.

- **VGT's Position**: VGT wishes to submit a trial brief as scheduled and as discussed at the November 13, 2018 hearing. *See* Dkt. 249 at 19. Although certain issues to be

tried have been briefed during motions practice, VGT has not had an opportunity to brief all the issues, let alone in a form that VGT believes will assist the Court in most efficiently preparing for the upcoming trial. In contrast to Castle Hill, which used the summary judgment and motion in limine briefing and hearing to argue most aspects of the case, VGT took a more targeted approach that focused on only a handful of issues. As a result, VGT has not had the opportunity to state its full theory of the case, including the basis for the damages it seeks. VGT submits that trial briefs will be useful guides for the Court and proposes that they be limited to 30 pages. If Castle Hill believes that additional pre-trial briefing would not be helpful, it of course is not required to submit a trial brief.

- **CHG's Position**: Castle Hill believes pretrial briefs would largely be repetitive of the summary judgment briefing, and requests that the Court dispense with this requirement or, alternatively, provide the parties with any specific issues the Court wishes the parties to brief and limit briefs to 20 pages. The Court already possesses hundreds of pages of briefs on VGT's claims, Castle Hill's defenses, the key evidence, and lay and expert testimony anticipated at trial. VGT has also provided the Court PowerPoint presentations summarizing its claims. VGT's assertion that it has "not had the opportunity to state its full theory of the case" is troubling. VGT's "theory of the case" cannot change from its theories set forth in the Amended Complaint and expert reports, which the Court already has or will have reviewed and issued opinions on in the context of the parties' summary judgment and *Daubert* motions. Castle Hill respectfully submits that further briefing will be redundant and waste further resources, and requests that the Court dispense with the briefing in its

entirety, but if the Court believes additional briefing would be helpful, Castle Hill requests that the Court identify specific areas of interest, and limit the briefs to 20 pages.

Accordingly, the parties respectfully request that the Court clarify the Scheduling Order regarding the proposed findings of fact and conclusions of law and trial briefs.

August 2, 2019                                          Respectfully submitted,

*/s/ Gary M. Rubman*                                        */s/ Henry A. Platt*
Graydon Dean Luthey, Jr., OBA No. 5568    Robert C. Gill (admitted *pro hac vice*)
GABLE GOTWALS                                        Henry A. Platt (admitted *pro hac vice*)
1100 ONEOK Plaza                                     Thomas S. Schaufelberger (admitted *pro hac vice*)
100 West Fifth Street
Tulsa, OK 74103-4217                                  Sherry H. Flax (admitted *pro hac vice*)
Telephone: (918) 595-4821                            Matthew J. Antonelli (admitted *pro hac vice*)
Facsimile: (918) 595-4990                             Jeremy B. Darling (admitted *pro hac vice*)
dluthey@gablelaw.com                                  SAUL EWING ARNSTEIN & LEHR, LLP
                                                      1919 Pennsylvania Avenue, NW, Suite 550
Gary M. Rubman                                        Washington, D.C. 20006
Peter A. Swanson                                      (202) 295-6605
Rebecca B. Dalton                                     (202) 295-6705 (facsimile)
COVINGTON & BURLING LLP                               robert.gill@saul.com
One CityCenter                                        henry.platt@saul.com
850 Tenth Street, NW                                  tschauf@saul.com
Washington, D.C. 20001-4956                           sherry.flax@saul.com
Telephone: (202) 662-6000                             matt.antonelli@saul.com
Facsimile: (202) 778-5465                             jeremy.darling@saul.com
grubman@cov.com
pswanson@cov.com                                      James C. Hodges, OBA #4254
msawyer@cov.com                                       JAMES C. HODGES, P.C.
rdalton@cov.com                                       2622 East 21st Street, Suite 4
   (admitted *pro hac vice*)                          Tulsa, Oklahoma 74114
                                                      (918) 779-7078
Neil K. Roman                                         (918) 770-9779 (facsimile)
COVINGTON & BURLING LLP                               JHodges@HodgesLC.com
The New York Times Building
620 Eighth Avenue                                     *Counsel for Defendants*
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010

3

nroman@cov.com
   (admitted *pro hac vice*)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, I filed the foregoing via ECF, which caused a true and correct copy of the foregoing to be delivered to the following counsel for Defendants:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

                                                              */s/ Gary M. Rubman*