# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Video Game Technologies, Inc.
    Plaintiff(s)

vs.

Case Number: 17-CIV-00454-GKF

Castle Hill Studios LLC, et al
    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Thomas G. Connolly

2. State bar membership number: Virginia -- 29164

3. Business address, telephone and fax numbers: 1919 M Street, N.W., Eighth Floor
Washington, DC  20036 Office number: 202-730-1339 No Fax

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
Virginia, District of Columbia, New York, U.S. District Courts in D.C., Eastern District of Virginia, Fourth Circuit, United States Supreme Court

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

Thomas G. Connolly
Signature

Thomas G. Connolly     VA 29164
Printed Name     Bar Number

Harris, Wiltshire & Grannis, LLC
Firm Name

1919 M Street, N.W., 8th Floort
Address

Washington     DC    20036
City     State    ZIP

202-730-1339
Phone     Fax

tconnolly@hwglaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery

☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Signature