## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

<table>
<tr><td>1)  VIDEO GAMING TECHNOLOGIES, INC.,<br><br><br>        Plaintiff,<br><br>v.<br><br>1)  CASTLE HILL STUDIOS LLC<br>    (d/b/a CASTLE HILL GAMING);<br>2)  CASTLE HILL HOLDING LLC<br>    (d/b/a CASTLE HILL GAMING); and<br>3)  IRONWORKS DEVELOPMENT, LLC<br>    (d/b/a CASTLE HILL GAMING)<br><br>        Defendants.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No. 4:17-cv-00454-GKF-JFJ</td></tr>
</table>

### PLAINTIFF'S NOTICE OF PROPOSED REDACTIONS TO DOCKET NO. 344

Plaintiff Video Gaming Technologies, Inc. ("VGT") hereby submits proposed redactions to the Court's Opinion and Order granting in part and denying in part VGT's Motion for Partial Summary Judgment (Dkt. No. 344) (the "Order").

VGT requests redaction of confidential VGT information appearing in the Order, as shown in blue highlighting in Exhibit A hereto.[1] The redactions include quotes or paraphrasing of confidential deposition testimony of current and former VGT employees, as well as confidential documents of VGT, including information about VGT's trade secrets at issue in this case (pp. 2, 12, 14, 16), VGT's regulatory compliance efforts (pp. 6–7),[2] VGT's confidential market research and other purported business activities (pp. 8 and 9), VGT's agreements with customers (p. 16),

---

[1] The Order itself contains yellow highlighting. Therefore, VGT has indicated its proposed redactions using blue highlighting.

[2] Magistrate Judge Jayne determined that this information was properly designated as Confidential or Highly Confidential under the Protective Order. *See* Dkt. No. 314.

and the contents of a confidential VGT document (p. 16).  The redactions thus "contain 'sources of business information that might harm [VGT's] competitive standing.'"  *Deherrera v. Decker Truck Line, Inc.*, 820 F.3d 1147, 1162 n.8 (10th Cir. 2016) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).  Further, VGT has sought to limit the amount of redactions to a small amount of sensitive information, which has little, if any, bearing on the substance of the Order.

For these reasons, VGT respectfully requests that the Court maintain the Order under seal and apply VGT's proposed redactions, as shown in Exhibit A hereto, to the public version of the Order.

August 5, 2019

Respectfully submitted,

*/s/ Peter A. Swanson*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
   (admitted pro hac vice)

2

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
  (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I filed the foregoing Plaintiff's Notice of

Proposed Redactions to Docket No. 344 via ECF, which caused a true and correct copy of the

foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

*Attorneys for Defendants*

*/s/ Peter A. Swanson*

4

# Exhibit A

# (Filed Under Seal)