UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,

    Plaintiff,

vs.

CASTLE HILL STUDIOS LLC, *et al.*

    Defendants.

CASE NO. 17-CV-00454-GKF-JFJ

## DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF UNDER PROTECTIVE ORDER AND OTHER RELIEF

1. I am an attorney at Saul, Ewing, Arnstein & Lehr LLP, counsel for Defendants Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC (together "Castle Hill"). I was admitted *pro hac vice* in this matter on October 27, 2017.

2. Attached as **Exhibit A** is a true and correct copy of correspondence from R. Gill to P. Swanson dated July 29, 2019.

3. Attached as **Exhibit B** are true and correct copies of excerpts from the Motion Hearing before Judge Jayne on December 6, 2017.

4. Attached as **Exhibit C** are true and correct copies of excepts from the 30(b)(6) deposition of Alan Roireau dated August 1, 2018.

5. Attached as **Exhibit D** are true and correct copies of excerpts from the deposition of Zachary Schmid dated June 20, 2018.

6. Attached as **Exhibit E** is a true and correct copy of correspondence from R. Gill to G. Rubman dated May 10, 2019.

7. Attached as **Exhibit F** is a true and correct copy of correspondence from P. Swanson to R. Gill dated July 31, 2019.

      8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2019 in Charlottesville, Virginia.

                                                        */s/ Robert C. Gill*
                                                      Robert C. Gill

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2019, I caused an copy of the foregoing **DECLARATION OF ROBERT C. GILL IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF UNDER PROTECTIVE ORDER AND OTHER RELIEF** to be served via the Court's CM/ECF filing system and served to the following counsel for Plaintiff

Graydon Dean Luthey, Jr., OBA 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 facsimile
dluthey@gablelaw.com
*Counsel for Video Gaming Technologies*

Gary M. Rubman
Peter Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-6000
(202) 778-5465 facsimile
grubman@cov.com
pswanson@cov.com
msawyer@cov.com
rdalton@cov.com
*Counsel for Video Gaming Technologies*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
 (212) 841-1010 facsimile
nroman@cov.com
*Counsel for Video Gaming Technologies*

*/s/ Robert C. Gill*
Robert C. Gill
