# EXHIBIT E

## Darling, Jeremy B.

| | |
|---|---|
| **From:** | Gill, Robert C. |
| **Sent:** | Friday, May 10, 2019 6:24 PM |
| **To:** | 'Rubman, Gary'; Jonathan Jacobs |
| **Cc:** | Schaufelberger, Thomas S.; Platt, Henry A.; Antonelli, Matthew; Darling, Jeremy B.; Duane Zobrist; Jim Hodges; Hibner-Spencer, Jennifer; VGTvCastleHill; dluthey@gablelaw.com |
| **Subject:** | Updated Castle Hill financial information - disclosure of information to Mark Dunn and Bob Bittman |
| **Attachments:** | 34944322-v1-Redacted Bennis Report for distribution to Dunn_Bittman.PDF; 34944340-v1-Redacted Bennis Rebuttal Report for distribution to Dunn_Bittman.PDF; 34944252-v1-Redacted Schoettelkotte Report for distribution to Dunn_Bittman.PDF |

Gary,

You should have separately received an email a few minutes ago from our Paralegal, Jen Hibner-Spencer, with updated Castle Hill financial information. This information consists of CHG's P&L Statement through 2018; a separate CHG P&L Statement for the first quarter of 2019; and, updated CHG revenue information by machine. This information has been designated by Castle Hill as Highly Confidential Information under the protective order.

Attached to this email please find copies of the opening and reply damages expert reports for Ms. Bennis, and the expert report for Mr. Schoettelkotte. The attached copies of the expert reports do not include their exhibits or schedules, and they have been redacted to exclude detailed, confidential financial data. They still contain the experts' summaries and conclusions based on CHG financial data. Castle Hill agrees that you may share these reports as redacted with Messrs. Dunn and Bittman in furtherance of the recent settlement discussions. Castle Hill does not agree to the disclosure of any other information which has been designated by it as Highly Confidential.

Bob



**Robert C. Gill**
1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434
Tel: 202.295.6605 | Fax: 202.295.6705
Robert.Gill@saul.com | www.saul.com

---

**From:** Rubman, Gary [mailto:grubman@cov.com]
**Sent:** Wednesday, May 01, 2019 11:04 AM
**To:** Gill, Robert C.; Jonathan Jacobs
**Cc:** Schaufelberger, Thomas S.; Platt, Henry A.; Flax, Sherry H.; Antonelli, Matthew; Darling, Jeremy B.; Duane Zobrist; Jim Hodges; Hibner-Spencer, Jennifer; VGTvCastleHill; dluthey@gablelaw.com
**Subject:** RE: Meet and confer follow-up

Bob,

I am writing to follow-up on the email chain below and in relation to recent discussions between Arthur Watson and Bob Bittman.

Can you please provide us with the updated financial information we have previously requested and that you agreed to provide? Although your email below indicates that the update will include financial data through December 31, 2018,

given the passage of time we request the updated data include information through at least the end of Q1 2019.  Assuming the data is in the same form as previously produced, we understand the information will include information about CHG machine counts, but please let us know if that is not the case.

We also request that CHG agree to allow Bob Bittman and Mark Dunn to see the financial information and expert reports on damages issues from both sides.  Consistent with the Protective Order, Bob and Mark will both agree to use them only for purposes of this litigation.  Please confirm that CHG will allow such access.

Best regards,

- Gary


**Gary Rubman**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5465 | grubman@cov.com
www.cov.com

COVINGTON


**From:** Gill, Robert C. <Robert.Gill@saul.com>
**Sent:** Friday, January 25, 2019 1:19 PM
**To:** Rubman, Gary <grubman@cov.com>; Jonathan Jacobs <jjacobs@zoblaw.com>
**Cc:** Schaufelberger, Thomas S. <tschauf@saul.com>; Platt, Henry A. <Henry.Platt@saul.com>; Flax, Sherry H. <Sherry.Flax@saul.com>; Antonelli, Matthew <matt.antonelli@saul.com>; Darling, Jeremy B. <Jeremy.Darling@saul.com>; Duane Zobrist <dzobrist@zoblaw.com>; Jim Hodges <JHodges@hodgeslc.com>; Hibner-Spencer, Jennifer <Jennifer.Hibner-Spencer@saul.com>; VGTvCastleHill <VGTvCastleHill@cov.com>; dluthey@gablelaw.com
**Subject:** RE: Meet and confer follow-up


Gary:

This follows up on several matters that were the subject of your meet and confer with Jonny Jacobs and/or correspondence with the larger group of us, in an effort to resolve these outstanding issues.

1)      We agree to produce the other photographs taken by Joe Valandra that were not used in his expert report as you have requested;
2)      We have asked CHG for updated financial information for us as a supplemental production.  We do not yet have this information, but understand that it is being compiled in a format that is similar to our prior financial productions.  This update will include financial data through December 31, 2018.  However, the information is unaudited, and subject to normal year end adjustment of entries for balance sheet corrections and such through March 1, 2019.
3)      The Sisson errata sheet issue that you identified at page 252, line 2 of his transcript does seem to be a mistake, but also seems to not be material, and that particular designation is withdrawn;
4)      We are undertaking a review of the Jason Sprinkle testimony and exhibits for purposes of re-designating that material under the protective order.  It is not an insignificant undertaking, and will take us at roughly ten days to complete this task given other obligations.

Please let us know whether Mr. Friedman has notes from his casino visits, and whether you will produce those notes to us as requested.

Bob



**Robert C. Gill**

1919 Pennsylvania Avenue, N.W. Suite 550 | Washington, DC 20006-3434

Tel: 202.295.6605 | Fax: 202.295.6705

Robert.Gill@saul.com | www.saul.com

"Saul Ewing Arnstein & Lehr LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+