# **<u>Appendix A</u>**

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DEPOSITION
## DESIGNATIONS AND COUNTER-DESIGNATIONS

Plaintiff hereby objects to Defendants' designations and counter-designations of deposition testimony. Plaintiff reserves the right to add to and amend these objections, including but not limited to raising additional objections as appropriate, responding to any unusual objections, removing objections, modifying objections based on explanations offered by Defendants, and making changes based on Court rulings, or as other issues arise.

As explained in greater detail in its Brief on Unusual Objections, VGT objects to all of CHG's counter-designations for failure to comply with Federal Rule of Civil Procedure 32(a)(6) and Federal Rule of Evidence 106. CHG may only counter-designate those portions of depositions "that in fairness should be considered with the part introduced" by VGT. *See* Fed. R. Civ. P. 32(a)(6); Fed. R. Evid. 106. Because CHG has made no attempt to identify to which parts of VGT's designations its "counter-designations" relate, VGT is unable to evaluate whether those "counter-designations" are relevant and non-prejudicial, provide appropriate context for the particular issues raised by VGT's designations, and "in fairness should be considered." Accordingly, VGT believes that all of CHG's counter-designations should be stricken.

VGT uses the following abbreviations for objections to deposition designations:

| Code | Objection |
|:---:|:---:|
| A | Argumentative |
| B | Violates Best Evidence Rule (FRE 1002-1004) |
| C | Compound |
| D | Duplicative/Cumulative |
| EX | Topic excluded by Court Order (*e.g.*, Dkts. 344, 345) |

| F | Lacks Foundation/Lacks Personal Knowledge/Calls for Speculation (FRE 602) |
|---|---|
| H | Hearsay/Improper Use of Deposition (FRE 801-802; FRCP 32) |
| I | Improper/Incomplete Designation (FRE 106; FRCP 32(a)(6)) |
| IC | Improper Counter-Designation (FRE 106; FRCP 32(a)(6)) |
| IH | Incomplete Hypothetical |
| IO | Calls for Improper Lay or Expert Opinion (FRE 701-703) |
| L | Leading |
| LC | Calls for Improper Legal Conclusion (FRE 403) |
| M | Misleading/Mischaracterizes Prior Testimony |
| MD | Mischaracterizes Underlying Document (FRE 401-403) |
| NE | Assumes Facts Not in Evidence (FRE 103) |
| NR | Nonresponsive |
| P | Prejudice/Confusion/Delay/Waste of Time (FRE 403) |
| R | Relevance (FRE 401/402) |
| SC | Beyond the Scope of the Witness's Testimony as a Corporate Representative |
| V | Vague/Ambiguous/Overbroad |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS**

| Sarah Carlson June 21, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 7:12 - 8:7 | |
| 19:17 - 20:16 | |
| 21:10 - 25:24 | |
| 35:18 - 35:20 | |
| 36:14 - 36:16 | |
| 38:25 - 39:2 | |
| 40:7 - 45:10 | |
| 45:15 - 46:20 | |
| 47:8 - 48:22 | |
| 48:24 - 50:20 | |
| 54:1 - 54:11 | |
| 54:24 - 55:19 | |
| 56:20 - 57:3 | |
| 58:14 - 59:6 | |
| 59:8 - 60:20 | |
| 61:3 - 61:10 | |
| 61:12 - 61:14 | |
| 61:16 - 62:22 | |
| 63:3 - 64:17 | |
| 65:7 - 66:22 | |
| 66:24 - 67:4 | |
| 68:10 - 74:11 | |
| 75:6 - 76:13 | |
| 76:16 - 76:24 | |
| 77:3 - 77:12 | |
| 77:21 - 79:2 | |
| 79:6 - 79:7 | |
| 79:9 - 79:23 | |
| 80:1 - 80:9 | |
| 80:11 - 80:14 | |
| 80:16 - 81:8 | |
| 84:3 - 84:9 | |
| 84:11 - 84:20 | |
| 84:25 - 90:20 | |
| 90:23 - 91:14 | |
| 91:17 - 92:6 | |
| 92:8 - 93:1 | |
| 93:4 - 93:13 | |
| 93:20 - 93:22 | |
| 93:24 - 94:10 | |

| | |
|---|---|
| 94:12 - 95:3 | |
| 95:6 - 96:17 | |
| 96:19 - 98:25 | |
| 99:2 - 100:16 | |
| 104:4 - 104:6 | |
| 104:15 - 105:8 | |
| 106:16 - 106:21 | |
| 107:14 - 108:4 | |
| 108:6 - 108:12 | |
| 108:14 - 108:17 | |
| 108:19 - 109:24 | |
| 110:15 - 110:22 | |
| 111:15 - 111:25 | |
| 112:1 - 112:15 | |
| 112:18 - 113:22 | |
| 115:10 - 116:22 | |
| 118:4 - 118:19 | |
| 119:22 - 121:17 | |
| 121:22 - 122:10 | |
| 124:4 - 124:15 | |
| 125:15 - 125:18 | |
| 126:18 - 127:1 | |
| 129:9 - 129:16 | |
| 131:22 - 132:10 | |
| 132:13 - 132:13 | |
| 140:5 - 140:17 | |
| 140:22 - 141:20 | |
| 144:3 - 144:11 | |
| 145:10 - 145:20 | |
| 145:22 - 146:3 | |
| 147:16 - 147:19 | |
| 162:22 - 164:20 | |
| 177:8 - 177:12 | |
| 178:7 - 178:23 | |
| 185:16 - 186:2 | |
| 192:10 - 192:16 | |
| 200:20 - 201:6 | R; P; A; V |
| 202:10 - 203:8 | |
| 203:17 - 204:1 | |

| Joshua Davis August 3, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| No objections | |
| | |

| Craig Eubanks April 25, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 5:2 - 5:6 | H |
| 15:5 - 15:17 | H |
| 19:18 - 20:11 | H |
| 23:12 - 29:1 | H |
| 29:12 - 29:19 | H |
| 29:21 - 30:2 | H |
| 33:4 - 33:21 | H |
| 34:23 - 35:16 | H |
| 43:17 - 46:4 | H |
| 46:9-50:13 | H |
| 50:20 - 51:1 | H |
| 51:5 - 52:8 | H |
| 52:13 - 52:18 | H |
| 53:6 - 53:20 | H |
| 54:4 - 54:17 | H |
| 55:4 - 55:15 | H |
| 56:18 - 57:13 | H |
| 57:17 - 60:1 | H |
| 60:11 - 62:14 | H |
| 64:2-24 | H |
| 65:9 - 65:16 | H |
| 65:20 - 65:21 | P; R ; H |
| 66:2 - 71:21 | P; R; H |
| 71:25-72:17 | P; R; H |
| 73:6 - 79:4 | P; R; H |
| 81:25 - 82:9 | P; R; H |
| 82:16 - 82:21 | P; R; H |
| 84:4 - 84:6 | P; R; H |
| 84:19 - 86:11 | P; R; H |
| 86:20 - 86:23 | P; R; H |
| 87:5-88:10 | P; R; H |
| 88:17 - 89:6 | H |
| 89:12 - 89:19 | H |
| 89:22-90:5 | H |
| 90:18-23 | H |
| 91:14 - 92:24 | H |
| 93:20 - 94:1 | P; R; H |
| 94:3 - 100:12 | H |
| 101:22 - 107:11 | F; P; R; H |
| 108:16 - 111:21 | H |
| 144:25 - 145:13 | H |

| Larry Graham May 15, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 5:11 - 5:15 | |
| 10:7 - 13:19 | |
| 17:25 - 18:12 | |
| 23:8 - 23:19 | |
| 25:14 - 26:10 | |
| 26:20 - 28:22 | |
| 41:23 - 42:10 | |
| 42:14 - 51:14 | |
| 53:9 - 56:4 | |
| 60:15 - 62:24 | |
| 63:18 - 64:19 | |
| 67:13 - 69:9 | |
| 73:21 - 73:23 | |
| 77:4 - 77:20 | |
| 78:10 - 79:25 | |
| 83:9 - 87:16 | |
| 90:23 - 91:18 | |
| 101:25 - 103:21 | |
| 114:9 - 114:23 | |
| 117:24 - 123:9 | |
| 123:19 - 127:24 | |
| 129:17 - 130:6 | |
| 132:5 - 133:18 | |
| 134:10 - 138:13 | |
| 143:25 - 145:19 | |
| 146:16 - 147:6 | |
| 159:25 - 162:19 | |
| 170:8 - 172:12 | |
| 173:4 - 176:6 | |
| 178:14 - 178:19 | |
| 187:23 - 189:14 | |
| 198:24 - 200:4 | |
| 202:18 - 203:7 | |
| 203:18 - 205:11 | |
| 206:6 - 207:15 | |
| 211:7 - 211:16 | |
| 216:24 - 219:2 | |
| 219:15 - 220:12 | |
| 222:10 - 223:6 | |

| Will Harvie June 14, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 6:24 - 7:1 | |
| 11:18 - 12:16 | |
| 13:10 - 13:12 | |
| 15:10 - 15:21 | |
| 18:11 - 18:16 | |
| 20:10 - 22:15 | |
| 24:13 - 26:17 | |
| 29:24 - 34:9 | V; F; M; P; R; EX |
| 34:14 - 49:15 | P; R; EX |
| 52:5 - 54:11 | |
| 55:3 - 58:17 | LC; V; P; R; EX |
| 58:24 - 71:10 | LC; V; F; H; P; R; EX |
| 73:16 - 74:12 | F; B |
| 77:7 - 78:4 | V |
| 83:18 - 88:18 | F; LC; H; P; R; EX |
| 90:4 - 90:15 | P; R; EX |
| 94:23 - 99:14 | F; MD; LC; P; R; EX |
| 100:23 - 103:3 | M; P; R; EX |
| 103:9 - 103:15 | P; R; EX |
| 118:3 - 118:23 | |
| 131:5 - 131:14 | |
| 131:20 - 132:12 | V; M |
| 137:15 - 140:11 | P; R; EX |
| 141:19 - 142:17 | P; R; EX |
| 145:8 - 146:9 | |
| 151:4 - 153:8 | P; R; EX |
| 155:17 - 162:7 | C; M; F |
| 162:10 - 162:17 | LC |
| 163:2 - 165:8 | |
| 166:5 - 168:22 | V |
| 170:7 - 170:17 | |
| 176:12 - 176:18 | |
| 180:22 - 181:7 | |
| 183:2 - 183:19 | P; R; EX |
| 184:7 - 186:24 | M; V; P; R; EX |
| 187:9 - 187:18 | P; R; EX |
| Don Kovach August 2, 2018 | |
| **Defendants' Designations** | **Plaintiff's Objections** |
| 6:24 - 7:8 | |
| 8:8 - 11:4 | |
| 29:21 - 33:18 | V; F; LC; SC |

| | |
|---|---|
| 33:24 - 34:21 | SC |
| 35:13 - 41:4 | V; SC |
| 42:18 - 44:15 | |
| 45:3 - 46:14 | |

| David Marsh May 2, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 8:2 - 8:19 | |
| 11:5 - 13:17 | |
| 13:21 - 13:24 | |
| 14:1 - 14:7 | |
| 17:15 - 18:5 | |
| 23:15 - 23:23 | |
| 24:16 - 25:6 | |
| 28:12 - 29:3 | |
| 30:13 - 30:19 | |
| 31:10 - 32:21 | |
| 39:10 - 40:24 | |
| 41:6 - 41:23 | |
| 43:18 - 45:5 | |
| 45:23 - 46:23 | |
| 47:6 - 48:19 | |
| 49:2 - 50:11 | |
| 50:19 - 51:12 | |
| 54:10 - 54:21 | |
| 66:4 - 66:10 | |
| 66:16 - 66:23 | |
| 67:14 - 68:4 | |
| 69:19 - 70:2 | |
| 71:1 - 72:8 | |
| 76:16 - 77:15 | |
| 78:18 - 79:7 | |
| 79:18 - 80:9 | |
| 82:10 - 82:15 | |
| 83:10 - 83:19 | |
| 87:19 - 91:5 | |
| 92:16 - 92:23 | |
| 93:20 - 95:23 | |
| 96:3 - 96:22 | |
| 103:11 - 104:6 | |
| 104:23 - 105:16 | |
| 106:13 - 107:6 | |
| 113:2 - 113:7 | |
| 114:4 - 114:7 | |
| 115:13 - 116:2 | |

| 120:13 - 121:18 | |
| 123:15 - 125:22 | |
| 127:2 - 128:8 | |
| 129:7 - 130:16 | |
| 134:16 - 135:15 | |
| 143:19 - 144:15 | EX; R; P; IO; A; V |
| 148:12 - 149:1 | |
| 152:19 - 153:16 | |
| 155:8 - 155:12 | |
| 165:10 - 166:10 | |
| 166:21 - 166:25 | |
| 167:14 - 167:21 | |
| 171:25 - 172:12 | |
| 179:1 - 179:9 | |
| 183:4 - 183:9 | |
| 183:19 - 183:21 | |
| 185:1 - 186:23 | |
| 187:9 - 187:18 | |
| 193:14 - 193:22 | |
| 205:15 - 206:21 | |
| 207:1 - 208:9 | |
| 217:21 - 218:5 | |
| 219:15 - 220:18 | |
| 227:18 - 228:18 | |
| 260:21 - 261:4 | |
| 266:2 - 266:10 | |
| **Butch McGill**<br>**May 10, 2018** | |
| **Defendants' Designations** | **Plaintiff's Objections** |
| 5:20 - 6:13 | |
| 17:1 - 18:11 | |
| 19:18 - 26:20 | |
| 27:13 - 28:7 | |
| 30:25 - 32:12 | |
| 34:24 - 39:1 | |
| 39:9 - 45:21 | EX; R; P; IO; A; V |
| 46:20 - 50:21 | |
| 51:7 - 56:18 | R; P; IO; A; V |
| 56:25 - 68:17 | R; P; IO; A; V |
| 68:22 - 69:23 | |
| 71:2 - 73:14 | |
| 73:20 - 74:1 | |
| 74:2 - 88:24 | R; P; IO; A; V |
| 89:10 - 96:8 | R; P; IO; A; V |
| 98:2 - 101:18 | R; P; IO; A; V |

| 102:7 - 103:8 | |
|---|---|
| 103:21 - 108:3 | R; P; IO; A; V |
| 109:1 - 109:9 | |
| 112:17 - 115:7 | R; P; IO; A; V |
| 118:15 - 121:3 | R; P; IO; A; V |
| 124:17 - 125:4 | |
| 125:12 - 125:18 | |
| 126:4 - 126:6 | |
| **Ryan North**<br>**April 26, 2018** | |
| **Defendants' Designations** | **Plaintiff's Objections** |
| 8:2 - 8:6 | |
| 8:16 - 8:24 | |
| 18:25 - 19:6 | |
| 20:21 - 24:16 | |
| 27:20 - 37:18 | |
| 38:4 - 38:10 | |
| 41:21 - 43:3 | |
| 43:16 - 46:23 | |
| 47:7 - 48:4 | |
| 49:6 - 49:13 | |
| 50:24 - 52:17 | |
| 52:19 - 53:15 | |
| 53:19 - 56:11 | |
| 57:7 - 57:14 | |
| 57:22 - 60:5 | |
| 61:2 - 64:20 | MD; C |
| 65:17 - 65:23 | LC |
| 66:10 - 69:4 | |
| 69:23 - 70:3 | |
| 70:16 - 71:13 | |
| 75:13 - 76:8 | |
| 83:2 - 83:18 | |
| 84:3 - 86:2 | |
| 93:14 - 94:4 | |
| 95:18 - 96:4 | |
| 96:22 - 98:9 | |
| 98:19 - 99:10 | |
| 99:17 - 100:4 | |
| 102:1 - 102:14 | |
| 111:6 - 113:9 | |
| 113:25 - 114:1 | |
| 114:8 - 114:11 | |
| 114:25 - 119:17 | |
| 120:18 - 121:11 | |

| | |
|---|---|
| 121:18 - 122:7 | |
| 123:13 - 124:2 | |
| 124:16 - 125:6 | |
| 135:21 - 136:9 | |
| 137:4 - 137:19 | |
| 138:6 - 139:6 | |
| 140:25 - 141:13 | |
| 142:6 - 142:14 | |
| 143:22 - 144:23 | |
| 145:16 - 146:14 | |
| 146:24 - 150:7 | F |
| 150:12 - 151:1 | |
| 151:16 - 151:24 | |
| 153:8 - 154:6 | |
| 155:8 - 160:15 | NE; M |
| 161:9 - 162:1 | |
| 163:23 - 165:3 | |
| 165:9 - 165:20 | |
| 166:10 - 168:4 | |
| 168:8 - 168:13 | |
| 168:18 - 169:14 | |
| 171:4 - 171:21 | NE; V |
| 174:5 - 174:8 | |
| 174:12 - 175:19 | |
| 176:4 - 176:17 | |
| 176:22 - 177:10 | |
| 177:15 - 178:23 | NE |
| 179:2 - 180:14 | |
| 182:2 - 182:14 | |
| 184:4 - 187:6 | |
| 188:24 - 189:16 | |
| 190:11 - 190:24 | |
| 192:2 - 193:21 | M |
| 194:15 - 196:9 | |
| 197:5 - 198:1 | |
| 198:15 - 200:12 | |
| 201:14 - 202:2 | |
| 204:24 - 205:17 | |

| Karl Roelofs June 14, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| No objections | |
| | |

| Zachary Schmid June 20, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 6:6 - 11 | |
| 9:10 - 23 | |
| 10:1 - 11:1 | |
| 11:16 - 16:1 | |
| 19:2 - 10 | |
| 19:20 - 22:2 | |
| 24:15 - 24 | |
| 26:3 - 33:5 | R |
| 35:2 - 48:1 | R |
| 49:18 - 53:8 | |
| 53:16 - 54:1 | |
| 57:17 - 59:7 | |
| 63:7 - 69:14 | |
| 70:2 - 72:1 | |
| 74:1 - 77:7 | |
| 78:4 - 16 | |
| 79:18 - 84:1 | |
| 84:5 - 85:17 | |
| 85:21 - 88:1 | |
| 89:4 - 90:11 | |
| 91:20 - 92:23 | EX; P; R |
| 94:18 - 95:17 | EX; P; R |
| **Jay Sevigny July 12, 2018** | |
| **Defendants' Designations** | **Plaintiff's Objections** |
| 7:1 - 7:11 | |
| 11:9 - 12:3 | |
| 16:8 - 17:10 | |
| 17:25 - 19:9 | |
| 20:13 - 20:18 | |
| 21:9 - 27:15 | H |
| 34:12 - 44:8 | R; P |
| 44:13 - 44:22 | |
| 45:1 - 46:19 | |
| 47:2 - 47:21 | H; F |
| 48:25 - 50:16 | |
| 51:5 - 52:7 | |
| 53:9 - 54:14 | R; P; EX |
| 54:23 - 55:16 | |
| 56:1 - 59:24 | |
| 60:20 - 61:9 | |
| 62:1 - 62:13 | |

| | |
|---|---|
| 63:5 - 64:20 | |
| 65:1 - 65:15 | |
| 65:19 - 65:24 | |
| 66:9 - 67:20 | |
| 67:22 - 68:2 | |
| 68:3 - 69:22 | F |
| 70:24 - 72:3 | |
| 72:13 - 72:15 | |
| 74:21 - 75:14 | |
| 75:25 - 76:24 | |
| 77:1 - 89:20 | V |
| 94:10 - 98:18 | |
| 100:3 - 100:23 | |
| 101:9 - 102:21 | |
| 102:23 - 103:22 | |
| 105:14 - 109:1 | |
| 109:11 - 112:25 | |
| 118:18 - 121:17 | |
| 121:21 - 122:13 | |
| 122:17 - 131:25 | |
| 132:2 - 132:24 | |
| 133:21 - 134:8 | |
| 135:15 - 137:13 | |
| 139:17 - 153:9 | F |
| 154:12 - 157:16 | |
| 157:24 - 159:9 | |
| 160:6 - 160:16 | |
| 161:6 - 161:21 | H; F; NE |
| 162:11 - 165:1 | MD; F |
| 167:18 - 175:10 | F; H; R; P; EX |
| 176:11 - 177:22 | MD; R; P; EX |
| 180:8 - 182:23 | F; IO |
| 183:10 - 189:22 | F; NE; M; MD; IO |
| 190:16 - 190:20 | R; P; EX |
| 191:7 - 192:19 | NE; R; P; EX |
| 196:21 - 203:20 | M; MD; F; LC; IO |
| 203:22 - 204:13 | |
| 205:5 - 207:11 | SC; LC; R; P |
| 209:16 - 213:11 | NE; MD; M; SC; F |
| 214:18 - 224:3 | F; SC; NE; M; R; P |
| 224:25 - 232:4 | SC; F; LC; R; P |
| 232:22 - 234:17 | M; SC; I; F |
| 235:19 - 237:6 | SC; F |
| 237:19 - 239:2 | SC; H; F |
| 242:7 - 242:20 | |

| 243:22 - 244:13 | |
|---|---|
| 251:6 - 251:10 | |

| Barry Smitherman<br>May 11, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 5:18 - 6:9 | |
| 13:3 - 14:25 | |
| 22:18 - 23:8 | R |
| 25:11 - 25:23 | |
| 34:17 - 35:18 | |
| 48:8 - 49:11 | |

| James Starr<br>May 23, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 11:1 - 11:14 | |
| 26:17 - 27:17 | V; F; IO |
| 28:12 - 30:2 | V; F; IO |
| 30:22 - 36:23 | LC; V; F; IO; M |
| 38:8 - 38:19 | |
| 40:7 - 43:20 | V; F; IO; M |
| 44:12 - 45:7 | |
| 46:16 - 47:22 | |
| 49:25 - 50:10 | |
| 52:8 - 53:24 | V |
| 55:11 - 56:6 | P; V; F; IO; M |
| 56:14 - 61:22 | IO; EX; M; F |
| 64:23 - 65:22 | IO; F |
| 69:7 - 75:6 | R; P; F |
| 75:15 - 78:1 | R; P; F |
| 78:20 - 79:6 | R; P |
| 79:12 - 80:3 | R; P |
| 80:7 - 87:20 | R; P; F; M |
| 89:4 - 89:14 | R; P; F |
| 90:24 - 91:19 | |
| 92:7 - 93:4 | |
| 93:19 - 97:17 | EX; V; F; R; P |
| 98:21 - 99:8 | |
| 100:13 - 101:24 | EX; R; P |
| 102:8 - 102:19 | |
| 105:20 - 106:21 | IO; R; P; V |
| 107:2 - 107:16 | |
| 108:8 - 108:16 | EX; LC; P; R; F |
| 109:17 - 110:2 | EX; LC; R; P; F |
| 110:15 - 111:17 | EX; LC; R; P |
| 114:7 - 118:4 | R; P |

| | |
|---|---|
| 127:9 - 130:16 | |
| 130:25 - 134:12 | R; P; M |
| 135:2 - 135:8 | |
| 139:5 - 140:17 | |
| 141:8 - 141:23 | |
| 143:13 - 144:23 | R; P |
| 145:2 - 145:20 | |
| 148:10 - 148:20 | R; P; F |
| 151:9 - 151:13 | |
| 153:4 - 155:8 | R; P; F |
| 155:20 - 155:23 | |
| 156:14 - 157:2 | IO; LC; R; P; F |
| 157:25 - 159:19 | IO; LC; R; P; F |
| 159:25 - 161:23 | P; R; F |
| 163:6 - 163:17 | P; R; F |
| 165:7 - 166:1 | |
| 166:10 - 174:21 | EX; IO; R; P; F |
| 175:2 - 177:19 | EX; IO; R; P; F |
| 178:6 - 178:14 | EX; V; R; P |
| 180:2 - 183:15 | R; F; P |
| 183:22 - 187:23 | P; V; F |
| 188:10 - 188:18 | P; V: F |
| 192:9 - 199:24 | EX; LC; P; R; F |
| 201:7 - 203:4 | EX; P; R |
| 203:15 - 203:19 | EX; P; R |
| 204:1 - 204:24 | EX; P; R |
| 205:9 - 208:18 | EX; P; R |
| 208:23 - 211:10 | EX; P; R; F |
| 211:18 - 211:25 | |
| 212:12 - 218:23 | EX; P; R |
| 219:10 - 221:3 | |
| 221:20 - 224:3 | M; F; P |
| 228:1 - 229:6 | EX; P; R |
| 231:6 - 232:14 | EX; P; R; F |
| 232:23 - 233:14 | EX; P; R; F |
| 233:24 - 239:10 | EX; P; R |
| 239:18 - 240:16 | |
| 241:11 - 243:7 | EX; P; R |
| 243:17 - 244:2 | |
| 245:23 - 246:24 | |
| 247:4 - 248:13 | P; R; F |
| 253:15 - 253:25 | |
| 254:11 - 256:11 | P; F |
| 257:21 - 258:3 | |
| 262:4 - 262:17 | |

| | |
|---|---|
| 264:15 - 266:25 | LC; P; R |
| 267:21 - 267:21 | |
| 271:5 - 271:9 | EX; P; R; F |
| 271:13 - 271:18 | EX; P; R; F |
| 274:8 - 274:12 | |
| 274:14 - 276:15 | P; R; F; LC |
| 277:13 - 278:24 | F; P |

| John Taylor May 30, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 9:1 - 9:2 | |
| 9:8 - 9:13 | |
| 9:21 - 10:3 | |
| 10:7 - 10:9 | |
| 22:2 - 31:12 | |
| 33:14 - 36:14 | H; F |
| 37:11 - 38:4 | |
| 39:2 - 42:23 | H; F |
| 48:25 - 50:18 | |
| 53:22 - 55:25 | |
| 57:22 - 58:2 | |
| 59:1 - 63:13 | |
| 63:17 - 64:7 | |
| 64:25 - 65:2 | |
| 65:6 - 69:21 | H |
| 72:17 - 74:13 | F |
| 79:4 - 80:20 | |
| 81:6 - 81:20 | |
| 83:16 - 86:20 | H; F |
| 87:18 - 88:3 | H; F |
| 92:1 - 94:4 | |
| 99:24 - 101:16 | F; B |
| 106:13 - 108:2 | H |
| 115:13 - 118:6 | |
| 121:4 - 124:16 | F |
| 124:25 - 127:18 | F |
| 128:23 - 135:16 | F |
| 136:6 - 139:20 | F |
| 140:20 - 145:7 | F; NR |
| 145:17 - 151:2 | F; H |
| 167:23 - 171:9 | |
| 172:1 - 173:21 | F |
| 181:16 - 181:19 | |
| 188:17 - 189:17 | |
| 197:7 - 199:4 | F |

| 199:14 - 200:2 | F |
|---|---|
| 204:16 - 205:1 | |
| 205:13 - 206:23 | F |
| 207:4 - 208:10 | F |
| 208:22 - 210:3 | |
| 214:2 - 214:22 | |
| 215:2 - 215:12 | |
| 215:16 - 218:13 | H |
| 219:16 - 219:21 | |
| 222:1 - 223:4 | |
| 229:10 - 230:4 | |
| 234:22 - 236:16 | F |
| 236:20 - 237:15 | IO |
| 241:5 - 243:3 | F |
| 249:13 - 249:23 | |
| 255:11 - 255:21 | |
| 256:4 - 256:15 | |
| 259:6 - 259:12 | |
| 259:22 - 260:21 | F |
| 261:7 - 262:19 | F |

| Zachary Trover<br>April 18, 2018 | |
|---|---|
| **Defendants' Designations** | **Plaintiff's Objections** |
| 8:7 - 8:12 | |
| 12:8 - 22:25 | |
| 23:10 - 34:8 | |
| 35:3 - 35:16 | |
| 38:3 - 38:11 | |
| 38:18 - 40:10 | |
| 42:12 - 48:10 | |
| 51:15 - 56:17 | |
| 57:8 - 65:6 | H |
| 65:21 - 70:11 | IO; P; R |
| 71:23 - 72:23 | |
| 73:6 - 73:24 | |
| 74:24 - 75:21 | |
| 75:25 - 76:22 | |
| 77:13 - 84:21 | |
| 85:1 - 85:13 | |
| 89:23 - 90:9 | |
| 100:21 - 101:11 | F; R; P |
| 101:25 - 106:5 | |
| 106:9 - 109:12 | F; IO |
| 114:1 - 116:11 | |
| 118:9 - 122:3 | |

| Defendants' Designations | Plaintiff's Objections |
|---|---|
| 122:13 - 126:9 | |
| 127:21 - 132:1 | |
| 132:24 - 134:12 | |
| 134:22 - 135:14 | |
| 136:6 - 138:14 | |
| 138:21 - 139:9 | |
| **Richard Williamson**<br>**June 14, 2018** | |
| **Defendants' Designations** | **Plaintiff's Objections** |
| No objections | |
| **Richard Williamson**<br>**October 2, 2018** | |
| **Defendants' Designations** | **Plaintiff's Objections** |
| No objections | |
| **Jon Yarbrough**<br>**July 11, 2018** | |
| **Defendants' Designations** | **Plaintiff's Objections** |
| 6:15 - 19 | |
| 7:8 - 24 | |
| 15:15 - 19:2 | |
| 23:24 - 24:1 | |
| 31:17 - 23 | |
| 32:7 - 42:12 | |
| 45:9 - 20 | |
| 60:19 - 86:9 | R; P; V; M; EX |
| 86:23 - 88:1 | |
| 93:8 - 94:6 | |
| 94:20 - 21 | |
| 96:12 - 97:23 | |
| 102:10 - 110:1 | R; P; V; F |
| 110:8 - 111:11 | R; P; V; F |
| 116:25 - 118:5 | |
| 118:17 - 119:12 | |
| 119:19 - 132:25 | R; P; V |
| 135:23 - 139:3 | |
| 142:21 - 23 | |
| 143:6 - 144:4 | V; R |
| 145:9 - 16 | |
| 151:19 - 157:6 | V; EX |
| 163:2 - 164:7 | EX; F |
| 165:5 - 14 | |
| 167:15 - 168:2 | |
| 176:3 - 177:16 | |
| 178:2 - 9 | |
| 180:4 - 183:6 | V |

| 183:14 - 184:12 | |
| 184:21 - 186:13 | |
| 186:24 - 191:13 | |
| 192:4 - 195:25 | |
| 196:6 - 197:5 | |
| 206:6 - 208:18 | V; P |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| James Berger September 26, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 5:23 - 5:25 | |
| 9:25 - 10:19 | |
| 15:2 - 15:3 | |
| 17:4 - 17:17 | |
| 23:3 - 23:3 | |
| 24:5 - 25:9 | I |
| 83:15 - 84:8 | |
| 97:18 - 97:18 | |
| 100:13 - 100:18 | |
| 106:24 - 106:24 | |
| 107:12 - 107:15 | P |
| 108:18 - 108:24 | P |
| 109:10 - 109:13 | P |
| 128:4 - 128:4 | |
| 128:13 - 128:13 | |
| 129:3 - 129:3 | |
| 133:6 - 133:25 | P |
| 135:19 - 135:19 | |
| 146:24 - 147:21 | |
| 163:14 - 163:23 | P |
| 194:2 - 194:12 | P |
| Brandon Booker[1] July 10, 2018 | |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 8:2 - 8:4 | I |
| 13:19 - 14:5 | I; P; R |
| 23:1 - 23:15 | I; P; R |
| 34:3 - 34:10 | |
| 52:24 - 53:11 | NE |
| 54:2 - 54:9 | I |

---

[1] During the course of exchanging designations, counter-designations, and objections for the deposition of Brandon Booker, the Parties learned that they had been using two different versions of Mr. Booker's deposition transcript, resulting in a one-page misalignment of VGT's designations, CHG's counter-designations, and the Parties' resulting objections. The counter-designations and objections herein use the numbering from CHG's version of the transcript. The Parties intend jointly to submit a revised transcript to reflect more accurately the Parties' intent.

| 55:19 - 55:20 | I |
|---|---|
| 56:2 - 56:13 | P; R |
| 56:14 - 56:17 | P; R |
| 57:6 - 58:3 | I; P; R |
| 75:25 - 76:1 | I |
| 79:12 - 79:22 | P; R |
| 79:23 - 79:25 | I; P; R |
| 81:5 - 81:6 | I |
| 83:12 - 84:1 | I |
| 85:12 - 85:21 | I; P; R |
| 87:20 - 89:16 | F; I; P; R |
| 90:18 - 90:25 | I; R; P |
| 91:4 - 91:14 | I; R; P |
| 91:15 - 91:24 | I; R; P |
| 91:25 - 92:6 | I; R; P |
| 117:20 - 117:21 | I |
| 119:22 - 120:5 | I |
| 120:15 - 120:15 | I |
| 121:9 - 121:15 | I |
| 121:20 - 121:23 | I |
| 122:19 - 122:24 | I |
| 129:8 - 129:24 | I |
| 130:15 - 130:15 | I |
| 133:17 - 134:5 | I; F; P; R |
| 163:2 - 163:9 | I; F |
| 163:10 - 163:19 | I |
| 166:8 - 166:11 | I |
| 170:14 - 170:22 | I |
| 184:23 - 185:1 | I |
| 194:13 - 194:13 | I |
| 198:25 - 199:4 | P; R |
| 204:3 - 204:5 | I |
| 205:3 - 205:6 | I |
| 205:3 - 208:25 | |
| 206:18 - 206:25 | |
| 208:22 - 208:25 | |
| 213:9 - 213:20 | F; P |
| 241:17 - 241:20 | I |
| 267:8 - 267:9 | I |
| 268:2 - 268:8 | I; LC |

| Sarah Carlson June 21, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| No objections | |

| Daniel Fulton<br>May 31, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 8:6 - 8:19 | |
| 14:14 - 15:5 | P |
| 16:6 - 16:16 | |
| 19:2 - 19:22 | P |
| 35:9 - 35:22 | |
| 37:7 - 39:7 | P |
| 40:12 - 41:16 | |
| 42:15 - 43:16 | |
| 44:25 - 45:14 | |
| 54:2 - 54:20 | |
| 67:11 - 67:24 | P |
| 79:5 - 79:19 | P; V |
| 97:13 - 99:5 | P |
| 99:6 - 99:15 | P |
| 105:8 - 105:20 | P |
| 120:6 - 121:3 | |
| 125:11 - 126:7 | |
| 132:13 - 132:18 | V |
| 134:20 - 135:4 | |
| 136:25 - 137:19 | |
| 138:6 - 138:17 | |
| 139:19 - 140:14 | |
| 144:25 - 145:16 | P |
| 150:18 - 151:17 | P |
| 169:9 - 170:4 | P |
| 170:24 - 171:7 | P |
| 178:8 - 178:21 | |
| 214:4 - 214:15 | P |
| 216:10 - 216:17 | P |
| 217:17 - 217:22 | P |
| 220:5 - 220:12 | |
| 230:19 - 231:10 | P |
| 268:2 - 268:8 | |
| 271:10 - 272:9 | |
| 275:14 - 276:9 | |
| Daniel Fulton<br>August 1, 2018 | |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 7:2 - 7:9 | |
| 35:10 - 35:18 | |

| | |
|---|---|
| 36:1 - 36:10 | |
| 36:14 - 36:17 | |
| 42:21 - 43:5 | |
| 49:13 - 49:20 | |
| 49:21 - 50:11 | |
| 50:14 - 50:20 | |
| 51:10 - 51:19 | |
| 51:21 - 51:24 | |
| 52:2 - 52:10 | |
| 52:12 - 52:13 | |
| 52:15 - 52:15 | |
| 52:17 - 52:22 | |
| 52:24 - 53:8 | |
| 54:9 - 54:11 | P |
| 54:14 - 54:15 | P |
| 54:17 - 54:17 | P |
| 55:5 - 55:8 | P; R; V |
| 55:10 - 55:11 | P; R; V |
| 56:25 - 57:20 | P; R; V |
| 57:22 - 58:2 | P |
| 58:5 - 58:7 | P |
| 58:12 - 58:22 | P |
| 59:2 - 59:13 | P |
| 60:2 - 60:4 | P |
| 60:9 - 60:13 | P |

| Joshua Larson April 24, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 17:11 - 17:12 | |
| 18:7 - 18:13 | P |
| 18:14 - 19:7 | P |
| 55:6 - 55:7 | |
| 65:4 - 65:22 | P |
| 66:3 - 66:22 | P |
| 67:18 - 67:25 | P |
| 68:2 - 68:11 | P |
| 89:4 - 89:9 | P |
| 89:17 - 89:20 | P |
| 102:9 - 103:6 | P; F; IO |
| 103:16 - 103:24 | P |
| 105:19 - 105:19 | IC |
| 105:21 - 106:2 | F; IO |
| 113:14 - 114:9 | P |
| 118:22 - 118:24 | |

| | |
|---|---|
| 172:5 - 172:12 | P |
| 189:17 - 189:20 | F |
| 189:24 - 190:5 | F |
| 218:12 - 218:13 | IC |
| 233:3 - 233:10 | P |
| 240:19 - 240:20 | IC |
| 242:5 - 242:9 | F; P |
| 242:15 - 242:18 | H; F; P |
| 243:2 - 243:4 | |
| 248:3 - 248:15 | P |
| 250:18 - 250:23 | P; IO |
| 259:24 - 260:6 | F |
| 261:8 - 261:17 | IO |
| 262:2 - 262:16 | |
| 271:2 - 271:8 | F |
| 271:16 - 272:16 | P; NR |
| 281:11 - 281:13 | IC |
| 282:13 - 282:18 | |

| Aaron Milligan February 9, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 27:15 - 27:19 | |
| 27:25 - 28:16 | |
| 31:14 - 31:18 | P |
| 32:8 - 32:22 | P |
| 36:18 - 37:11 | P |
| 37:14 - 37:22 | P |
| 47:20 - 49:2 | P; R |
| 48:25 - 49:6 | |
| 66:12 - 68:16 | |
| 69:15 - 69:16 | |
| 70:11 - 70:18 | |
| 71:15 - 71:17 | |
| 71:25 - 72:6 | |
| 89:13 - 89:14 | |
| 90:5 - 90:14 | P |
| 91:10 - 93:11 | |
| 97:2 - 97:2 | |
| 148:23 - 148:25 | |
| 156:20 - 157:12 | |
| 162:22 - 163:7 | |
| 163:8 - 163:14 | |
| 163:22 - 163:25 | |
| 171:6 - 171:22 | |

| 175:6 - 175:16 | P |
|---|---|
| 185:19 - 186:10 | |
| 189:17 - 189:25 | |
| 192:21 - 193:1 | |
| 218:6 - 218:16 | |
| 243:18 - 244:14 | P |
| 245:9 - 245:13 | P |

| Seth Morgan July 13, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 19:25 - 20:1 | |
| 20:15 - 20:15 | I |
| 20:24 - 21:15 | |
| 28:2 - 28:9 | |
| 28:15 - 29:14 | P; R |
| 33:16 - 33:24 | P; R; IO |
| 37:1 - 39:21 | M; P; R; IO |
| 44:17 - 44:19 | |
| 45:1 - 45:9 | |
| 45:19 - 45:25 | |
| 51:3 - 52:9 | |
| 63:23 - 64:7 | P |
| 66:4 - 66:7 | P; R |
| 66:11 - 66:22 | P; R |
| 67:1 - 67:11 | P; R |
| 77:10 - 78:9 | |
| 84:14 - 85:17 | P; R |
| 90:21 - 91:6 | |
| 93:22 - 94:4 | P; R |
| 107:16 - 108:11 | I |
| 111:22 - 111:23 | P |
| 112:1 - 112:19 | P |
| 115:22 - 116:10 | |
| 120:3 - 121:21 | |
| 135:17 - 135:19 | I; M |
| 142:9 - 142:19 | |
| 143:18 - 144:3 | M |
| 171:8 - 171:13 | |
| 177:20 - 177:24 | |
| 186:8 - 186:10 | |
| 187:1 - 189:10 | P; R |
| 190:1 - 190:15 | IO; P |
| 192:19 - 192:24 | |
| 200:10 - 200:18 | |

| 203:1 - 203:2 | |
| 203:5 - 203:9 | F |
| 208:1 - 208:3 | |

| Alan Roireau<br>May 15, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 15:5 - 15:15 | |
| 18:5 - 18:24 | R; P |
| 20:4 - 21:3 | R; P |
| 23:8 - 23:10 | |
| 25:8 - 25:19 | R; P |
| 29:2 - 29:6 | P; F |
| 30:25 - 32:20 | R; P; F; H |
| 33:4 - 33:24 | R; P; F; H |
| 43:3 - 43:20 | R; P |
| 43:24 - 44:15 | R; P |
| 45:11 - 45:20 | |
| 51:2 - 51:22 | P; F |
| 59:7 - 59:12 | F |
| 78:19 - 79:1 | |
| 79:5 - 80:1 | |
| 90:4 - 90:6 | |
| 92:10 - 92:12 | |
| 111:5 - 112:3 | F; P |
| 115:5 - 116:1 | IO; P |
| 117:3 - 117:14 | I; IO; P |
| 117:25 - 118:6 | I; F; P |
| 132:3 - 132:5 | |
| 132:8 - 132:19 | |
| 133:22 - 135:16 | F; P; IO |
| 135:19 - 135:19 | F; P; IO |
| 135:21 - 136:18 | F; P; IO |
| 136:22 - 137:17 | F; P; IO |
| 139:3 - 139:4 | |
| 139:7 - 141:14 | F; P; H |
| 159:19 - 159:22 | IO |
| 160:5 - 160:8 | IO |
| 160:11 - 160:15 | IO |
| 160:18 - 160:21 | IO |
| 161:17 - 161:23 | |
| 162:4 - 162:9 | |
| 163:7 - 164:10 | |
| 164:13 - 164:23 | |
| 165:4 - 165:15 | NR |

| 166:3 - 166:10 | P |
| 197:12 - 197:18 | |
| 197:25 - 198:3 | NR; F |
| 200:18 - 200:23 | NR; P |
| 206:4 - 206:18 | |
| 219:19 - 220:14 | |
| 220:24 - 222:1 | |
| 222:7 - 223:7 | |
| 234:17 - 234:18 | |
| 251:18 - 252:3 | |
| 258:11 - 259:2 | |
| 260:11 - 260:18 | |
| 265:14 - 265:25 | |
| 274:3 - 274:5 | H; F; NE; P |
| 275:15 - 275:18 | |
| 275:23 - 276:6 | H; F; NE; P |
| 305:13 - 307:13 | R; H; P; IO |
| 334:12 - 334:20 | F; IO; P |
| 338:21 - 338:25 | F |
| 341:11 - 342:1 | |
| 342:18 - 342:25 | NE |
| 348:2 - 348:7 | |
| 352:10 - 352:11 | |
| 352:24 - 354:2 | F; L; P |

|  Alan Roireau  August 1, 2018 ||
| --- | --- |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 16:25 - 17:17 | |
| 30:21 - 31:1 | NR |
| 33:8 - 33:12 | NR |
| 36:13 - 36:16 | |
| 36:21 - 37:3 | NR |
| 71:20 - 72:11 | H; F; NR; P |
| 75:3 - 75:9 | IO |
| 76:10 - 76:22 | |
| 77:17 - 77:22 | D; NR; P |
| 78:2 - 78:19 | |
| 83:20 - 84:22 | R; P |
| 99:6 - 99:13 | P |
| 110:18 - 110:21 | |

| Andrew Scheiner April 19, 2018 | |
| --- | --- |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 15:13 - 18:13 | |
| 19:11 - 19:13 | |
| 20:9 - 20:23 | |
| 22:1 - 22:4 | |
| 33:20 - 34:2 | IC; P |
| 34:20 - 34:24 | P |
| 56:8 - 56:14 | P |
| 62:10 - 62:15 | P |
| 65:21 - 67:2 | P; NR |
| 67:19 - 67:22 | P; F; IO |
| 67:25 - 68:9 | P; F; IO |
| 69:10 - 72:6 | P; IO |
| 72:24 - 73:9 | I |
| 77:22 - 78:1 | |
| 91:24 - 91:25 | F; P |
| 92:4 - 92:12 | F; P |
| 111:12 - 112:7 | P |
| 112:22 - 113:11 | F; P |
| 128:15 - 129:1 | |
| 129:14 - 129:22 | |
| 131:2 - 131:4 | |
| 131:17 - 132:16 | F; IO |
| 152:8 - 152:24 | H; F |
| 159:5 - 159:22 | P; F |
| 172:15 - 172:19 | |
| 173:18 - 175:2 | |
| 180:24 - 181:8 | P |
| 191:10 - 191:23 | F |
| 239:9 - 239:24 | P |
| 240:6 - 240:12 | P; L; IO |
| 240:15 - 241:14 | P; L; IO |
| Zachary Schmid June 20, 2018 | |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 52:21 - 53:8 | |
| 53:16 - 54:1 | |
| 56:23 - 57:16 | |
| 57:17 - 59:3 | |
| 60:20 - 61:1 | |
| 64:7 - 65:24 | P; H |

| | |
|---|---|
| 66:24 - 69:14 | P; H; IO |
| 70:2 - 72:1 | P |
| 115:25 - 116:5 | F |
| 116:6 - 116:12 | F |
| 116:13 - 116:20 | F |
| 117:6 - 117:19 | F |
| 118:21 - 119:14 | P |

| Richard Sisson April 17, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 10:25 - 11:3 | |
| 11:8 - 11:12 | |
| 15:23 - 16:1 | |
| 16:17 - 16:20 | P |
| 28:3 - 28:9 | P |
| 28:13 - 28:17 | P |
| 28:25 - 30:9 | P |
| 30:16 - 31:4 | P |
| 34:15 - 35:10 | P |
| 35:12 - 35:24 | P |
| 36:3 - 38:24 | P |
| 39:8 - 39:22 | P |
| 40:2 - 41:2 | P |
| 41:5 - 41:16 | P |
| 48:15 - 51:20 | P |
| 54:11 - 54:11 | P |
| 54:12 - 56:21 | P |
| 60:20 - 61:16 | P |
| 72:15 - 73:8 | |
| 81:17 - 82:16 | |
| 93:7 - 93:24 | |
| 103:8 - 103:15 | |
| 118:19 - 120:9 | |
| 122:1 - 122:13 | |
| 129:15 - 130:7 | |
| 130:17 - 131:3 | |
| 135:24 - 137:1 | P |
| 143:4 - 143:16 | |
| 146:3 - 146:14 | |
| 147:2 - 148:12 | |
| 153:20 - 154:3 | |
| 154:16 - 155:18 | |
| 158:11 - 158:23 | |
| 163:12 - 163:20 | |

| | |
|---|---|
| 164:7 - 164:11 | |
| 172:17 - 172:19 | P |
| 174:3 - 174:11 | P |
| 174:18 - 174:20 | P |
| 176:7 - 177:20 | P |
| 184:8 - 186:20 | P; F; H |
| 187:4 - 187:9 | P; F; H |
| 189:3 - 189:25 | |
| 195:8 - 195:22 | |
| 205:21 - 206:4 | P |
| 206:19 - 207:16 | P |
| 207:18 - 208:21 | P |
| 209:10 - 209:21 | P |
| 212:22 - 213:2 | P |
| 213:12 - 213:25 | P |
| 216:3 - 216:5 | |
| 216:7 - 217:8 | |
| 223:22 - 224:14 | P |
| 224:17 - 225:3 | P |
| 225:22 - 227:17 | |
| 230:4 - 230:9 | |
| 233:25 - 234:23 | |
| 243:21 - 245:21 | P; F |
| 246:1 - 246:2 | P; F |
| 247:2 - 247:13 | |
| 252:4 - 252:13 | |
| 255:19 - 256:2 | |
| 261:6 - 261:13 | |
| 268:3 - 268:9 | P; V |
| 270:1 - 270:15 | P; V |
| 287:6 - 287:11 | |
| 289:12 - 289:19 | P |
| 290:10 - 290:13 | |
| 290:24 - 291:7 | |
| 299:9 - 299:10 | |
| 301:11 - 302:12 | |
| 302:14 - 302:19 | |
| 302:21 - 302:24 | |
| 303:1 - 305:11 | P |
| **Richard Sisson**<br>**August 2, 2018** | |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 7:6 - 7:12 | |
| 18:6 - 18:18 | |

| 18:24 - 19:10 | |
|---|---|
| 20:16 - 21:14 | P; H |
| 46:5 - 46:6 | |
| 51:15 - 51:20 | |
| 66:16 - 66:22 | |
| 67:5 - 67:13 | |
| 67:19 - 68:6 | |
| 69:16 - 69:18 | |
| 70:12 - 70:17 | |
| 71:9 - 71:25 | |
| 73:18 - 74:21 | P |
| 74:25 - 75:8 | P |
| 75:11 - 76:17 | P |
| 76:25 - 77:2 | P |
| 77:7 - 77:8 | P |
| 78:12 - 78:22 | |
| 79:4 - 81:20 | P |

| **Jason Sprinkle**<br>**May 18, 2018** | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 11:16 - 11:19 | |
| 12:6 - 12:11 | |
| 12:23 - 13:6 | |
| 18:20 - 18:24 | |
| 32:20 - 33:12 | |
| 36:12 - 36:15 | |
| 37:12 - 37:25 | |
| 38:5 - 38:19 | |
| 38:22 - 39:11 | |
| 39:18 - 39:19 | |
| 39:22 - 41:3 | |
| 43:8 - 43:13 | |
| 47:6 - 47:15 | |
| 54:13 - 55:16 | |
| 58:3 - 58:18 | |
| 59:11 - 61:21 | |
| 62:7 - 62:9 | |
| 62:23 - 64:15 | |
| 83:8 - 87:11 | |
| 88:11 - 89:15 | F |
| 89:24 - 90:4 | |
| 92:19 - 93:14 | F |
| 94:9 - 95:10 | |
| 98:14 - 99:14 | |

| | |
|---|---|
| 103:4 - 104:4 | F |
| 105:3 - 105:5 | |
| 106:4 - 106:13 | |
| 116:15 - 116:17 | |
| 116:21 - 118:6 | |
| 120:5 - 120:13 | |
| 120:23 - 121:16 | |
| 123:13 - 123:21 | |
| 139:5 - 139:16 | |
| 139:21 - 141:7 | |
| 141:22 - 144:16 | |
| 144:24 - 145:6 | |
| 149:17 - 149:18 | |
| 150:5 - 152:4 | |
| 159:2 - 160:5 | |
| 163:5 - 163:9 | |
| 163:17 - 164:6 | |
| 168:7 - 168:14 | |
| 178:23 - 179:19 | |
| 179:23 - 180:12 | F |
| 180:18 - 181:10 | F |
| 181:24 - 185:12 | F |
| 185:25 - 186:22 | |
| 187:3 - 187:15 | |
| 194:22 - 195:10 | |
| 198:11 - 198:12 | |
| 202:14 - 203:7 | |
| 207:4 - 207:21 | F |
| 211:25 - 213:9 | |
| 226:4 - 227:14 | |
| 237:14 - 237:16 | |
| 237:22 - 238:22 | |
| 241:25 - 242:15 | |
| 242:16 - 244:5 | |
| 251:4 - 251:19 | |
| 251:24 - 253:9 | |
| 255:2 - 255:10 | |
| 256:24 - 257:21 | |
| 257:25 - 258:15 | |
| 265:11 - 265:18 | |
| 269:8 - 269:17 | |
| 269:23 - 270:15 | |
| 270:25 - 271:2 | |
| 282:15 - 284:9 | |
| 287:4 - 287:20 | |

| Jason Sprinkle July 11, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 322:7 - 322:13 | |
| 323:1 - 323:11 | |
| 328:8 - 328:16 | |
| 330:12 - 330:15 | |
| 330:23 - 331:3 | |
| 337:3 - 337:19 | |
| 337:22 - 339:2 | |
| 339:6 - 340:20 | |
| 348:23 - 349:7 | |
| 350:12 - 350:13 | |
| 350:16 - 351:5 | |
| 365:24 - 366:15 | |
| 367:8 - 368:11 | F |
| 370:3 - 370:15 | |
| 371:18 - 372:10 | |
| 377:12 - 378:8 | |
| 378:19 - 379:12 | |
| 390:15 - 391:6 | |
| 394:4 - 394:6 | |
| 395:18 - 396:10 | |
| 399:10 - 399:17 | |
| 400:3 - 400:4 | |
| 407:20 - 408:3 | |
| 413:19 - 414:3 | |
| 414:14 - 415:8 | |
| 415:15 - 418:11 | |
| 418:24 - 419:24 | |
| 420:7 - 421:18 | |
| 422:7 - 422:10 | |
| 423:24 - 424:19 | |
| 424:23 - 425:6 | |
| 425:14 - 425:19 | |
| 426:3 - 427:12 | |
| 428:2 - 428:5 | |
| 428:8 - 428:11 | |
| 428:16 - 429:19 | |
| 430:11 - 430:17 | |
| 431:2 - 431:23 | |
| 463:19 - 463:20 | |
| 467:2 - 467:19 | |
| 468:12 - 471:4 | F |

| Paul Suggs<br>June 8, 2018 | |
| --- | --- |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 6:5 - 6:18 | |
| 16:15 - 16:20 | |
| 31:18 - 31:21 | |
| 35:8 - 35:22 | P; NR |
| 39:17 - 40:4 | F; NR |
| 40:10 - 40:18 | |
| 40:19 - 41:14 | F; NR; IO |
| 44:17 - 44:18 | |
| 46:9 - 47:12 | |
| 51:16 - 54:7 | F; NR; IO |
| 59:11 - 60:3 | P; F |
| 67:8 - 67:22 | |
| 69:24 - 70:7 | |
| 88:9 - 88:10 | LC; IO |
| 88:13 - 88:21 | LC; IO |
| 92:24 - 93:19 | NR |
| 95:12 - 95:25 | |
| 101:22 - 101:23 | |
| 115:5 - 115:16 | P |
| 144:18 - 144:24 | F |
| 158:10 - 158:21 | F; P |
| 160:6 - 161:7 | F; P |
| 170:9 - 171:15 | F; P |
| 212:17 - 212:20 | F; P |
| 212:24 - 213:6 | P |
| 222:23 - 223:2 | |
| 227:9 - 227:13 | F; P |
| 227:25 - 228:2 | F; P |
| 228:5 - 228:8 | |
| 245:20 - 247:22 | |
| 248:5 - 248:24 | |
| 252:6 - 252:16 | |
| John Taylor<br>May 30, 2018 | |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 14:25 - 15:8 | |
| 39:5 - 40:8 | H<br>H |
| 46:12 - 46:23 | F; H |
| 50:22 - 51:3 | |

| 96:11 - 96:16 | |
|---|---|
| 136:6 - 137:12 | F; H |
| 138:14 - 139:20 | F |
| 140:20 - 143:21 | |
| 144:1 - 145:7 | |
| 161:6 - 161:18 | |
| 225:8 - 225:9 | |
| 250:13 - 251:2 | |
| 264:18 - 265:5 | |
| 265:16 - 266:9 | |

| Zachary Trover | |
|---|---|
| April 18, 2018 | |

| Defendants' Counter-Designations | Plaintiff's Objections |
|---|---|
| 38:18 - 40:10 | F |
| 40:11 - 40:16 | F |
| 41:1 - 41:9 | F |
| 100:4 - 100:17 | |
| 134:22 - 135:14 | F |
| 136:6 - 136:25 | |
| 137:20 - 138:14 | |

| Joseph Valandra | |
|---|---|
| September 27, 2018 | |

| Defendants' Counter-Designations | Plaintiff's Objections |
|---|---|
| 9:6 - 9:17 | |
| 22:22 - 23:22 | |
| 28:25 - 29:12 | |
| 30:23 - 32:9 | |
| 33:4 - 33:14 | |
| 42:14 - 43:13 | |
| 43:22 - 45:13 | |
| 154:23 - 154:25 | P |
| 155:16 - 155:22 | P |
| 192:9 - 193:4 | P |
| 204:23 - 205:7 | P |
| 220:21 - 220:25 | P |
| 222:24 - 223:5 | |
| 224:10 - 226:16 | |
| 228:9 - 229:15 | |
| 246:14 - 246:18 | P |

| Arthur Watson<br>July 12, 2018 | |
| --- | --- |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| No objections | |
| George Weilacher<br>February 16, 2018 | |
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 18:24 - 19:3 | |
| 22:25 - 23:7 | |
| 33:10 - 33:19 | |
| 34:16 - 35:1 | |
| 35:5 - 35:11 | |
| 36:22 - 36:24 | |
| 41:12 - 41:16 | |
| 51:6 - 51:8 | |
| 51:16 - 51:22 | |
| 53:5 - 53:7 | P |
| 57:25 - 58:6 | P |
| 60:7 - 60:16 | P |
| 60:25 - 61:5 | P |
| 62:6 - 62:17 | P |
| 63:4 - 63:24 | P |
| 76:1 - 76:2 | |
| 76:8 - 76:9 | |
| 83:10 - 83:18 | |
| 84:22 - 85:8 | P; NR |
| 86:4 - 87:2 | P; NR |
| 90:17 - 91:3 | P |
| 111:7 - 111:8 | P |
| 111:12 - 111:18 | P |
| 111:25 - 112:4 | P |
| 134:18 - 135:12 | |
| 135:21 - 136:15 | |
| 137:7 - 137:19 | |
| 138:8 - 139:9 | P |
| 139:17 - 140:3 | P |
| 144:23 - 145:8 | |
| 150:14 - 150:25 | |
| 153:16 - 154:4 | P |
| 156:12 - 156:17 | |
| 157:22 - 158:2 | |
| 158:21 - 158:24 | |
| 159:5 - 159:16 | P |

| 160:1 - 160:13 | |
|---|---|
| 162:22 - 163:4 | |
| 163:11 - 163:19 | |
| 164:17 - 164:22 | P |
| 165:8 - 165:10 | |
| 168:12 - 168:17 | |
| 172:20 - 172:22 | P |
| 173:1 - 173:3 | P |
| 230:16 - 230:23 | F; NR |
| 232:7 - 232:12 | |
| 248:20 - 249:4 | P |
| 252:10 - 252:25 | P; F |
| 253:6 - 253:14 | P |
| 261:2 - 261:9 | P |
| 261:14 - 262:1 | P |

| John Yarbrough July 11, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 7:11 - 7:24 | P |
| 23:24 - 24:3 | |
| 32:19 - 39:24 | P |
| 45:9 - 45:20 | P |
| 46:22 - 47:6 | |
| 60:19 - 63:12 | P; R; V |
| 63:15 - 65:16 | P; R |
| 65:20 - 72:15 | P; R; |
| 72:19 - 72:19 | P; V |
| 72:22 - 72:22 | P; V |
| 72:24 - 74:15 | P; V; IO |
| 74:17 - 76:15 | P; IO |
| 76:18 - 77:7 | P; A; C |
| 77:13 - 77:24 | P; A; C |
| 78:1 - 78:11 | P; IO |
| 79:3 - 80:9 | P; EX |
| 80:12 - 80:16 | P |
| 81:20 - 82:24 | P |
| 83:1 - 83:14 | P |
| 83:24 - 84:12 | P |
| 84:15 - 86:9 | P |
| 93:8 - 94:6 | P; A |
| 94:13 - 94:17 | P; A |
| 94:20 - 94:21 | P |
| 96:12 - 97:23 | P |
| 102:10 - 102:18 | P; R |

| | |
|---|---|
| 102:20 - 104:12 | P; R |
| 104:14 - 106:13 | P; R |
| 106:15 - 108:13 | P; R |
| 108:15 - 110:1 | P; R |
| 110:16 - 111:11 | P; R |
| 112:18 - 112:20 | |
| 116:25 - 117:25 | P; R |
| 118:17 - 119:12 | P |
| 119:19 - 119:24 | P |
| 120:24 - 122:16 | P |
| 122:18 - 123:6 | P |
| 123:8 - 124:22 | P |
| 124:24 - 126:7 | P |
| 126:9 - 128:14 | P |
| 128:16 - 131:11 | P |
| 131:13 - 131:20 | P |
| 131:22 - 132:25 | P |
| 145:9 - 145:11 | P; F; IO |
| 145:13 - 145:16 | P; F; IO |
| 151:20 - 153:11 | P |
| 153:14 - 153:25 | P |
| 154:3 - 154:5 | P |
| 154:7 - 154:22 | P |
| 154:24 - 155:22 | P |
| 156:18 - 157:6 | P; EX |
| 163:2 - 163:10 | P; M |
| 163:13 - 164:7 | P; M |
| 164:8 - 164:9 | P; EX |
| 164:11 - 164:16 | P; EX |
| 164:18 - 164:18 | P; EX |
| 164:21 - 165:14 | P; EX |
| 166:21 - 166:23 | |
| 167:15 - 167:21 | |
| 168:1 - 168:2 | P |
| 170:5 - 170:7 | P; R |
| 170:10 - 170:12 | P; R |
| 170:22 - 170:23 | |
| 170:25 - 171:8 | P; MD |
| 171:10 - 171:17 | P; MD |
| 176:3 - 176:16 | P |
| 176:20 - 177:16 | P |
| 178:2 - 178:9 | |
| 180:17 - 180:25 | P |
| 181:3 - 181:9 | P |
| 181:17 - 182:3 | P; I |

| | |
|---|---|
| 183:24 - 183:24 | |
| 184:2 - 184:8 | P |
| 185:4 - 186:13 | P |
| 186:24 - 187:12 | P |
| 187:14 - 191:10 | P |
| 192:9 - 194:13 | P |
| 194:18 - 195:21 | P |
| 196:7 - 197:5 | P |
| 204:14 - 204:15 | P; LC; V |
| 204:17 - 204:19 | P; LC; V |
| 206:21 - 208:18 | P; H |
| 221:11 - 221:12 | |
| 228:3 - 228:7 | I |
| 229:4 - 229:17 | I |
| 230:1 - 230:4 | |
| 230:6 - 230:16 | |
| 230:19 - 231:5 | |
| 231:9 - 231:12 | |
| 231:14 - 231:25 | F |
| 232:8 - 232:17 | F |
| 232:20 - 232:22 | F |