IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-JFJ |
| | ) | |
| 1) CASTLE HILL STUDIOS LLC | ) | |
| (d/b/a CASTLE HILL GAMING); | ) | |
| 2) CASTLE HILL HOLDING LLC | ) | |
| (d/b/a CASTLE HILL GAMING); and | ) | |
| 3) IRONWORKS DEVELOPMENT, LLC | ) | |
| (d/b/a CASTLE HILL GAMING) | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S PRETRIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Scheduling Order, Dkt. 312, Plaintiff Video Gaming Technologies, Inc. ("VGT") hereby submits the following Pretrial Disclosures, stating as follows regarding the evidence that it may present at trial other than solely for impeachment:

**(i)** The name and, if not previously provided, address and telephone number of each witness—separately identifying those VGT expects to present and those VGT may call if the need arises:

Witnesses VGT expects to present:

| No. | Name | Address & Telephone Number |
|---|---|---|
| 1. | Josh Akins | Current VGT employee / may be contacted through counsel of record |
| 2. | Steven Archey | Current VGT employee / may be contacted through counsel of record |
| 3. | Melissa Bennis | VGT expert witness / may be contacted through counsel of record |
| 4. | Josh Davis | Current VGT employee / may be contacted through counsel of record |

| No. | Name | Address & Telephone Number |
|---|---|---|
| 5. | Betsy Dickinson | Current Aristocrat employee / may be contacted through counsel of record |
| 6. | Craig Eubanks | Current VGT employee / may be contacted through counsel of record |
| 7. | Stacy Friedman | VGT expert witness / may be contacted through counsel of record |
| 8. | Tracer Hamilton | 909 Desert Trl., Yukon, OK 73099<br>(405) 365-1750 |
| 9. | Constance Hollingsworth | 9585 Celia Berryhill Road, Okmulgee, OK 74447<br>(918) 752-8396 |
| 10. | James Marcum | Current VGT employee / may be contacted through counsel of record |
| 11. | David Marsh | Current Aristocrat employee / may be contacted through counsel of record |
| 12. | Ryan North | Current Aristocrat employee / may be contacted through counsel of record |
| 13. | Rich Schneider | Current Aristocrat employee / may be contacted through counsel of record |
| 14. | Robert Schramer | Current VGT employee / may be contacted through counsel of record |
| 15. | Jay Sevigny | 10233 Spring Green Drive, Englewood, Colorado 80112<br>(615) 587-0008 |
| 16. | Richard Sisson | CHG employee |
| 17. | Jason Sprinkle | CHG employee |
| 18. | James Starr | Current VGT employee / may be contacted through counsel of record |
| 19. | Sheldon Watkins | Current VGT employee / may be contacted through counsel of record |
| 20. | Yoram (Jerry) Wind | VGT expert witness / may be contacted through counsel of record |

Witnesses VGT may call if the need arises:

| No. | Name | Address & Telephone Number |
|---|---|---|
| 1. | James Berger | CHG expert witness |
| 2. | Brandon Booker | CHG employee |
| 3. | Sarah Carlson | 15 Clover Lane, Deer Park, Illinois 60010<br>(847) 687-4407 |
| 4. | Daniel Fulton | CHG employee |
| 5. | Joshua Larson | CHG employee |
| 6. | Aaron Milligan | CHG employee |
| 7. | Seth Morgan | CHG employee |
| 8. | Alan Roireau | CHG employee |
| 9. | Andrew Scheiner | CHG employee |

| No. | Name | Address & Telephone Number |
|---|---|---|
| 10. | Zachary Schmid | 644 Carroll Square, Apt. 1N, Elk Grove Village, IL 60007 (515) 451-4154 |
| 11. | Chris Shults | 16286 E 79 Street N, Owasso, OK 74055 (918) 713-2024 |
| 12. | Paul Suggs | CHG employee |
| 13. | John Taylor | 3227 Heathcote Lane, Keswick, Virginia 22947 (434) 979-1357 |
| 14. | Zachary Trover | CHG employee |
| 15. | Joseph Valandra | CHG expert witness |
| 16. | Arthur Watson | CHG employee |
| 17. | George Weilacher | CHG employee |
| 18. | Richard Williamson | Current VGT employee / may be contacted through counsel of record |

**(ii)** The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:

| No. | Name |
|---|---|
| 1. | James Berger |
| 2. | Brandon Booker |
| 3. | Sarah Carlson |
| 4. | Daniel Fulton (May 31, 2018) |
| 5. | Daniel Fulton (August 1, 2018) |
| 6. | Joshua Larson |
| 7. | Aaron Milligan |
| 8. | Seth Morgan |
| 9. | Alan Roireau (May 15, 2018) |
| 10. | Alan Roireau (August 1, 2018) |
| 11. | Andrew Scheiner |
| 12. | Zachary Schmid |
| 13. | Richard Sisson (April 17, 2018) |
| 14. | Richard Sisson (August 2, 2018) |
| 15. | Jason Sprinkle (May 18, 2018) |
| 16. | Jason Sprinkle (July 11, 2018) |
| 17. | Paul Suggs |
| 18. | John Taylor |
| 19. | Zachary Trover |
| 20. | Joseph Valandra |
| 21. | Arthur Watson (July 12, 2018) |
| 22. | Arthur Watson (August 2, 2018) |
| 23. | George Weilacher |

| No. | Name |
|-----|------|
| 24. | John Yarbrough |

*See* Dkt. 342 (VGT Designations). To the extent that CHG presents deposition testimony for any witness, *see* Dkt. 343 (CHG Designations), VGT would present corresponding counter-designated deposition testimony for that witness, *see* Dkt. 346 (VGT Counter-Designations).

Pursuant to the Court's Scheduling Order and Local Rule 30.1(c), VGT and CHG submitted transcripts of the pertinent parts of designated depositions to the Court Clerk, and exchanged electronic copies between the Parties, on August 15, 2019.

**(iii)  An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises:**

The documents and exhibits that VGT expects to offer and may offer if the need arises are listed in the attached Exhibit A.

August 19, 2019                                    Respectfully submitted,

*/s/ Gary M. Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

4

Telephone:  (202) 662-6000  
Facsimile:  (202) 778-5465  
grubman@cov.com  
pswanson@cov.com  
rdalton@cov.com  
   (admitted pro hac vice)

Neil K. Roman  
COVINGTON & BURLING LLP  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018-1405  
Telephone:  (212) 841-1221  
Facsimile:  (212) 841-1010  
nroman@cov.com  
   (admitted pro hac vice)

*Counsel for Video Gaming Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I filed the foregoing Plaintiff's Pretrial Disclosures via ECF, which caused a true and correct copy of the foregoing motion to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

Thomas G. Connolly
HARRIS WILSHIRE & GRANNIS LLC

1919 M Street, NW, Floor 8  
Washington, DC 20036  
(202) 730-1339  
tconnolly@hwglaw.com  

*Attorneys for Defendants*

                 */s/ Gary M. Rubman*