# EXHIBIT A

## EXHIBITS CASTLE HILL EXPECTS TO OFFER AT TRIAL

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 1 | Product Launch Overview: Mr. Moneybags, Easy Money Jackpot | VGT0030671 – VGT0030677 | Davis 30(b)(6) 1001 | |
| 2 | Cabinet Products Overview from VGT Website | | Eubanks 2 | |
| 3 | VGT LS EGM Operator Manual, Client 7.0 | VGT0008183 – VGT0008331 | Eubanks 4 | |
| 4 | VGT Live-Call 2003 Bingo Reference Manual, Universal Server 103.x | VGT0001788 – VGT0001812 | Eubanks 5 | |
| 5 | Game Summary 3R001 | CHG0094498 – CHG0094502 | Fulton 355 | |
| 6 | Game Summary 3R002 | CHG0094503 – CHG94507 | Fulton 376 | |
| 7 | Game Summary 3R003 | CHG0094508 – CHG0094512 | Fulton 377 | |
| 8 | 2015 Kickapoo Lucky Eagle Trip Report | VGT0052320 – VGT0052325 | Harvie 110 | |
| 9 | Client 7 Platform Update – Marketing Research Requirements (MRD) Document | VGT0021238 – VGT0021252 | Harvie 111 | |
| 10 | VGT Product Management – Bingo Competitive Analysis | VGT0052591 – VGT0052601 | Harvie 117 | |
| 11 | VGT Top 15 Strategic Account Review | VGT0062336 – VGT0062360 | Kovach 30(b)(6) 3 | |
| 12 | VGT Game Offering Spreadsheet | VGT0056091 | Kovach 30(b)(6) 4-6 | |
| 13 | VGT Revenue and Machine Counts by Calendar Year 2007 – 2017 Spreadsheet | VGT0018916 | Kovach 30(b)(6) 7 | |
| 14 | HAPP Controls Slot Machine Conversion Kits | | Milligan 13 | |
| 15 | IGT Double Diamond Paytable | | Marsh 41 | |
| 16 | IGT Triple Diamond Paytable | | Marsh 45 | |
| 17 | IGT Double Wild Cherry Paytable | | Marsh 46 | |
| 18 | Email R. Schneider to J. Sevigny (8/24/15) | VGT0018931 – VGT0018932 | Schmid 126 | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 19 | Paytable Spreadsheet | VGT0018937 | Schmid 127 | |
| 20 | VGT Mechanical Reel, Chickasaw Driven Opportunity | VGT0019342 – VGT0019345 | Sevigny 10 | |
| 21 | Email R. North to N. Drane (6/21/17) | VGT0030113 – VGT0030116 | Sevigny 36 | |
| 22 | VGT Paytable Spreadsheet | VGT0019346 | Sevigny 76 | |
| 23 | Client 7 Platform Update – Marketing Requirements (MRD) Document | VGT0019840 – VGT0019855 | Sevigny 88 | |
| 24 | Photo – Lucky Ducky Bank | VGT0006989 | Sevigny 175 | |
| 25 | Photo – Polar High Roller | VGT0007001 | Sevigny 176 | |
| 26 | Photo – VGT EGM Bank | VGT0007003 | Sevigny 177 | |
| 27 | Photo – VGT EGM Bank | VGT0007009 | Sevigny 178 | |
| 28 | Photo – Mr. Moneybags | VGT0007137 | Sevigny 179 | |
| 29 | Photo – Mr. Moneybags Sit-Down | | Sevigny 180 | |
| 30 | Photo – Mr. Moneybags | | Sevigny 181 | |
| 31 | Photo – Mr. Moneybags Slant | | Sevigny 182 | |
| 32 | Photo – VGT EGM Bank | | Sevigny 183 | |
| 33 | Email M. Smith to J. Sevigny (6/12/15) | VGT0019341 | Sevigny 184 | |
| 34 | Chickasaw Product Strategy | VGT0052577 – VGT0052583 | Sevigny 185 | |
| 35 | Email J. Starr to J. Sevigny (7/1/15) | VGT0007579 | Sevigny 186 | |
| 36 | Suburban Graphics Documentation | Yarbrough0000511 – Yarbrough0000520 | Sevigny 190 | |
| 37 | Polar Bash Online (6/24/18) | | Sprinkle 418 | |
| 38 | Arctic Treasure Online (6/24/18) | | Sprinkle 419 | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| 39 | Photo – Cool Catz | | Sprinkle 420 | |
| 40 | Photo – Red Hot Haywire | | Sprinkle 421 | |
| 41 | Email R. Schneider to A. Barnett (10/14/14) | VGT0019062 | Starr 9 | |
| 42 | 2017 MGL Planning | VGT0019598 – VGT0019603 | Starr 12 | |
| 43 | Email M. Primmer to R. North (6/12/17) | VGT0024321 – VGT0024322 | Starr 13 | |
| 44 | VGT MGL 2017 Planning Powerpoint | VGT0019644 – VGT0019679 | Starr 14 | |
| 45 | IGT Double Diamond Paytable | | Starr 27 | |
| 46 | VGT Application for 2013 TN Center for Performance Excellence Award | VGT0011867 – VGT0011926 | Starr 61 | |
| 47 | Email R. Schneider to J. Starr (11/16/16) | VGT0018918 | | |
| 48 | Email J. Starr to K. Shaw (10/22/14) | VGT0018950 | Starr 70 | |
| 49 | Choctaw Location Overview | VGT0018951 – VGT0018955 | Starr 71 | |
| 50 | VGT June 2016 Monthly Sales Report | VGT0025636 – VGT0025845 | Starr 74 | |
| 51 | **NUMBER NOT USED** | | | |
| 52 | RTP Spreadsheet | VGT0019348 | Starr 79 | |
| 53 | Multimedia Games Competitive Review | VGT0030138 – VGT0030187 | Starr 80 | |
| 54 | G2E Research Findings, VGT Virginia Studio | VGT0030118 – VGT0030137 | Starr 81 | |
| 55 | VGT Website Archived Page – History | VGT0009507 | North 21 | |
| 56 | VGT Website Archived Page – Treasure Quest Mechanical Reel System | VGT0009510 | North 22 | |
| 57 | VGT Website Archived Page – Cabinet Styles | VGT0009512 | North 23 | |
| 58 | VGT Website Archived Page – Mechanical Reels | VGT0009532 | North 24 | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 59 | Mr. Moneybags and Ruby Art | VGT0000160 | Milligan 36 | |
| 60 | VGT 2016 Product Plan | VGT0019502 – VGT0019555 | North 11 | |
| 61 | Bingo Pattern Probabilities | | North 17 | |
| 62 | Class II Video Slots | VGT0024455 – VGT0024461 | North 25 | |
| 63 | Complaint Ex. 6 | | North 26 | |
| 64 | Pseudo-Paytable VGT Lucky Leprechaun | VGT0006790 | North 29 | |
| 65 | Pseudo-Paytable VGT Polar High Roller | VGT006779 | North 31 | |
| 66 | Pseudo-Paytable VGT Lucky Ducky | VGT006780 | North 32 | |
| 67 | Bally Paytable | | North 33 | |
| 68 | Email M. Primmer to R. North (1/22/16) | VGT0019572 – VGT0019579 | North 35 | |
| 69 | Email J. Finkbeiner to R. North (7/29/16) | VGT0020455 – VGT0020457 | North 37 | |
| 70 | Arctic Cash Graphic | CHG0001399 | Trover 118 | |
| 71 | Nugget Mountain Graphic | | Trover 119 | |
| 72 | Polar High Roller Graphic | VGT0014925 | Trover 122 | |
| 73 | Pseudo-Paytable Art Polar High Roller | VGT0014929 | Trover 123 | |
| 74 | Email Z. Trover to A. Milligan (2/6/15) | CHG0092230 – CHG0092231 | Trover 125 | |
| 75 | Email Z. Trover to J. Sprinkle (2/23/15) | CHG0041144 – CHG0041145 | Trover 129 | |
| 76 | CHG Profit & Loss (12/31/17) | | Watson 495 | |
| 77 | CHG Profit & Loss (3/31/18) | | Watson 496 | |
| 78 | VGT Great Plains Inventory Spreadsheet | VGT0065517 | Williamson 30(b)(6) 9 | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 79 | Photo – Lucky Ducky EGM Bank | VGT0007006 | Wind 6 | |
| 80 | Photo – Mr. Moneybags Slant | | Wind 7 | |
| 81 | Photo – VGT EGM Bank | | Wind 8 | |
| 82 | Email J. Yarbrough to J. Sprinkle (7/13/2012) | Sprinkle_000291 | Yarbrough 154 | |
| 83 | Recommendation Letter for J. Sprinkle by J. Yarbrough | Sprinkle_000175 | Yarbrough 155 | |
| 84 | Class II Bingo Announcement | Yarbrough0000527 | Yarbrough 158 | |
| 85 | VGT Powerpoint | Yarbrough0000416 – Yarbrough0000436 | Yarbrough 160 | |
| 86 | Bullet Points | Yarbrough0000378 | Yarbrough 161 | |
| 87 | VGT Artwork Guide – Version 2.0 | Yarbrough0000001 – Yarbrough0000133 | Yarbrough 164 | |
| 88 | Wild Times Slot Machine Payout | Yarbrough0000377 | Yarbrough 166 | |
| 89 | Mr. Money Bags Graphic | Yarbrough0000150 | Yarbrough 168 | |
| 90 | Fat Cash Graphic | Yarbrough0000151 | Yarbrough 169 | |
| 91 | Fat Cash Graphic | Yarbrough0000321 | Yarbrough 171 | |
| 92 | Photo – Mr. Moneybags 6 inch | | Sevigny 181 | |
| 93 | Mr. Moneybags Graphics | | | |
| 94 | Trademark Application 87/031,646 – Nugget Mountain | CHG0135257 – CHG0135293 | | |
| 95 | Trademark Application 86/238, 028 – New Money | CHG0135111 – CHG0135149 | | |
| 96 | Trademark Application 86/238,018 – Arctic Cash | CHG0135059 – CHG0135110 | | |
| 97 | Trademark Application 87/031,669 – Arctic Ice | CHG0135005 – CHG0135033 | | |
| 98 | Trademark Application 86/238,005 – Coin Slinger | CHG0135294 – CHG0135330 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 99 | Copyright - New Money – VA 2-059-130 | CHG0097443 – CHG0097455 | | |
| 100 | Copyright - Arctic Cash – VA 2-059-122 | CHG0097378 – CHG0097390 | | |
| 101 | Copyright - Coin Slinger – VA 2-059-124 | CHG0097403 – CHG0097391 | | |
| 102 | Photo – Mr. Moneybags Red Spin Bank | VGT0000132 | | |
| 103 | Equipment Lease Agreement between VGT and the Cheyenne and Arapaho Tribes | VGT0064978 – VGT0064986 | | |
| 104 | Equipment Lease Agreement between VGT and Citizen Potawatomi Nation | VGT0065023 – VGT0065037 | | |
| 105 | Equipment Lease Agreement between VGT and Wyandotte Tribe of Oklahoma | VGT0065467 – VGT0065481 | | |
| 106 | Equipment Lease Agreement between VGT and Otoe-Missouria Development Authority | VGT0065360 – VGT0065375 | | |
| 107 | VGT EGM Spreadsheet | VGT0065517 | | |
| 108 | VGT Game List Spreadsheet – Upright & Sitdown | VGT0064927 | | |
| 109 | VGT Game Title in US – Revenue & Machine Counts Spreadsheet | VGT0018917 | | |
| 110 | US Patent 6,533,664 B1 | | | |
| 111 | US Patent 5,588,913 | | | |
| 112 | US Patent 6,656,045 B2 | | | |
| 113 | US Patent Application Publication US 2005/0059469 A1 | | | |
| 114 | Eclipse Gaming System Opinion | CHG0000514 – CHG0000516 | | |

## EXHIBITS CASTLE HILL MAY OFFER AT TRIAL

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 115 | Conversation Transcript G. Weilacher to B. Booker (5/19/2015) | CHG0009410 | Booker 403 | |
| 116 | NIGA Summary Report | VGT0041275 – VGT0041288 | Carlson 138 | |
| 117 | Oklahoma and Las Vegas Market Observations - Market Research Report | VGT0041289 – VGT0041299 | Carlson 139 | |
| 118 | OIGA Market Research Report | VGT0041300 – VGT0041314 | Carlson 140 | |
| 119 | Alabama Game and Market Observations Market Research Report | VGT0041321 – VGT0041330 | Carlson 142 | |
| 120 | Oklahoma Game and Market Observations Market Research Report | VGT0052701 – VGT0052705 | Carlson 145 | |
| 121 | Customer Satisfaction Survey Highlights 2012 | VGT0052714 – VGT0052718 | Carlson 146 | |
| 122 | VGT Paytable Information | VGT0001846 – VGT0001852 | Davis 1006 | |
| 123 | VGT Series Information | VGT0007966 – VGT0008069 | Davis 1007 | |
| 124 | VGT Website Archive – Thin Line Cabinet | VGT0009528 – VGT0009529 | Eubanks 3 | |
| 125 | D. Fulton Work for Hire Agreement | CHG0001482 – VHG0001483 | Fulton 351 | |
| 126 | Email W. Harvie to R. Johnson (7/20/2016) | VGT0020411 | Harvie 113 | |
| 127 | Wide-Area Progressive Slots Competitor Review V1 | VGT0020412 – VGT0020438 | Harvie 114 | |
| 128 | Project Ruby: Wide Area Progressives Program Update | VGT0020439 – VGT0020454 | Harvie 115 | |
| 129 | VGT MGL 2017 Planning | VGT0019611 – VGT0019642 | Harvie 118 | |
| 130 | Release Notes for CHG Class 2 Gaming System (May 10, 2018) | | Roireau 30(b)(6) 380 | |
| 131 | Card Generation (Paul Suggs) | | Roireau 30(b)(6) 488 | |
| 132 | Email A. Roireau to L. Winn (3/30/2016) | CHG0086769 – CHG0086772 | Scheiner 158 | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| 133 | Email A. Scheiner to D. Fulton (8/11/2017) | CHG0089313 – CHG0089314 | Scheiner 163 | |
| 134 | Email from J. Sprinkle to R. Sisson, A. Milligan re: 3RM 5 RM Cabinets | CHG0008922 | Sisson 100 | |
| 135 | Email J. Sprinkle to J. Taylor (10/20/2015) | CHG0032161 – CHG0032164 | Sprinkle 291 | |
| 136 | Email L. Winn to J. Sprinkle (9/13/2015) | CHG0039934 – CHG0039935 | Sprinkle 411 | |
| 137 | CHG Trademark and Patent Spreadsheet | CHG0039936 | | |
| 138 | Equipment Lease Agreement with Alturas Indian Rancheria | VGT0011135 –VGT0011143 | Starr 63 | |
| 139 | "Video Gaming Technologies. We create winners." Presentation | VGT0030224 – VGT0030197 | Starr 64 | |
| 140 | Email D. Cantrell to J. Starr (7/25/2017) | VGT0019972 | Starr 65 | |
| 141 | Fiscal Year Post-Performance Report (April 2017) | VGT0019973 –VGT0019975 | Starr 66 | |
| 142 | Strategic Account Summary: Chickasaw | | Starr 67 | |
| 143 | VGT Top 15 Strategic Account Review | VGT0024268 – VGT0024292 | Starr 68 | |
| 144 | Email J. Starr to S. Reagan (12/23/2014) | VGT0018974 – VGT0018975 | Starr 72 | |
| 145 | New XSpin Platform Press Release | VGT0010224 – VGT0010225 | Starr 89 | |
| 146 | Helix+ Brochure | | Starr 90 | |
| 147 | Red Spin Gambler Series Brochure | VGT0030227 – VGT0030251 | Starr 94 | |
| 148 | Conversation A. Scheiner to P. Suggs (8/11/2017) | CHG0087214 – CHG00087215 | Suggs 379 | |
| 149 | Independent Contractor Agreement – Suburban Graphics, LLC | VGT0053013-VGT0053021 | | |
| 150 | CardRange Verifier Tool | VGT0052996 – VGT0053003 | | |
| 151 | VGT Paytable Information | VGT0007683 – VGT0008182 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 152 | VGT Lounge Website | VGT0007436 – VGT0007437 | | |
| 153 | Mr. Moneybags Graphics | | | |
| 154 | Polar High Roller Graphics | | | |
| 155 | Crazy Bill Graphics | | | |
| 156 | Greenback Jack Graphics | | | |
| 157 | Photo – Spec Cabinets in Casino | VGT0006991 | | |
| 158 | Photo – Various EGMs in Casino | VGT0006993 | | |
| 159 | Photo – Spec Cabinets in Casino | VGT0006995 | | |
| 160 | Photo – Polar High Roller Games with Jukebox Lighting in Casino | VGT0006997 | | |
| 161 | Photo – VGT Games in Alternate Cabinets in Casino | VGT0006998 | | |
| 162 | Photo – VGT Games in Alternate Cabinets in Casino | VGT0006999 | | |
| 163 | Photo – Spec Cabinets in Casino | VGT0007000 | | |
| 164 | Photo – Various EGMS in Casino | VGT0007002 | | |
| 165 | Photo – IGT EGMs in Casino | VGT0007005 | | |
| 166 | Photo – CHG EGMs and VGT Games with Jukebox Lighting in Casino | VGT0007006 | | |
| 167 | Photo – VGT Games with Jukebox Lighting in Casino | VGT0007009 | | |
| 168 | Photo – Various EGMS in Casino | VGT0007010 | | |
| 169 | Photo – Various EGMS in Casino | VGT0007012 | | |
| 170 | Photo – CHG and IGT EGMs in Casino | VGT0007013 | | |
| 171 | Photo – CHG EGMs and VGT Games with Jukebox Lighting in Casino | VGT0007014 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| 172 | Photo – CHG EGMs and VGT Games with Jukebox Lighting in Casino | VGT0007017 | | |
| 173 | Photo – Various EGMS in Casino, including Polar High Roller with Jukebox Lighting | VGT0007021 | | |
| 174 | Photo – Various EGMS in Casino | VGT0007034 | | |
| 175 | Photo – Aristocrat EGMS in Casino | VGT0007035 | | |
| 176 | Photo – Spec Cabinets in Casino | VGT0007036 | | |
| 177 | Photo – CHG and IGT EGMs in Casino | VGT0007051 | | |
| 178 | Photo – AGS EGM in Spec Cabinet in Casino | VGT0007055 | | |
| 179 | Photo – IGT Slot Machines in Casino | VGT0007056 | | |
| 180 | Photo – IGT EGMs in Casino | VGT0007060 | | |
| 181 | Photo – IGT EGM in Red Attract Mode in Casino | VGT0007066 | | |
| 182 | Photo – Aristocrat EGMS in Casino | VGT0007067 | | |
| 183 | Photo – Polar/Artctic Themed EGM in Casino | VGT0007071 | | |
| 184 | Photo – Bally EGMs in Casino | VGT0007073 | | |
| 185 | Photo – AGS EGMs in Spec Cabinet in Casino | VGT0007074 | | |
| 186 | Photo – IGT EGMs in Casino | VGT0007099 | | |
| 187 | Photo – AGS EGMs in Spec Cabinet in Casino | VGT0007105 | | |
| 188 | Photo – CHG Coin Slinger EGM | VGT0007131 | | |
| 189 | Photo – CHG Arctic Cash Pseudo-Paytable | VGT0007597 | | |
| 190 | Photo – VGT MMB with Jukebox Lighting and Alternate Art | VGT0013609 | | |
| 191 | Photo – VGT Alternate MMB Belly Art | VGT0013610 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 192 | Photo – VGT Alternate MMB Reel Art | VGT0013611 | | |
| 193 | Photo – VGT Alternate MMB Screen and Screen Art | VGT0013612 | | |
| 194 | Photo – VGT Alternate MMB Pseudo-Paytable Art | VGT0013613 | | |
| 195 | Photo – VGT Crazy Billions EGM with 6" Screen in Casino | VGT0013625 | | |
| 196 | Photo – VGT Crazy Bill Gold Strike EGM with Large Screen in Casino | VGT0013629 | | |
| 197 | Photo – VGT Greenback Jack EGM with 6" Screen in Casino | VGT0013630 | | |
| 198 | Photo – VGT MMB Deluxe EGM with Large Screen in Casino | VGT0013646 | | |
| 199 | Photo – VGT POLAR HIGH ROLLER Lightning Winds EGM in Casino | VGT0013648 | | |
| 200 | Photo – VGT Dynamite Daisy EGM with 6" Screen in Casino | VGT0016993 | | |
| 201 | Photo – IGT and VGT EGMs in Casino | VGT0030114 | | |
| 202 | Photo – IGT EGMs in Casino | VGT0030115 | | |
| 203 | Photo – Bank of VGT EGMs with Jukebox Lighting in Casino | VGT0030684 | | |
| 204 | Drawing – Bank of VGT EGMs with Jukebox Lighting | VGT0030686 | | |
| 205 | Photo – VGT MMB Road to Riches Topper in Casino | VGT0030694 | | |
| 206 | Photo – VGT MMB Lucky Streak Topper in Casino | VGT0030695 | | |
| 207 | Photo – VGT EGMs in Various Cabinets in Casino | VGT0030702 | | |
| 208 | Photo – VGT EGMs with Jukebox Lighting and Assorted Toppers in Casino | VGT0030704 | | |
| 209 | Photo – Bank of various VGT MMB EGMs in Casino | VGT0041388 | | |
| 210 | Drawing –VGT MMB Deluxe EGM | VGT0041471 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 211 | Photo – Banks of various VGT MMB EGMs in Casino | VGT0041497 | | |
| 212 | Photo – Bank of Cadillac Jack EGMs in Spec Cabinets in River Spirit Casino | VGT0052441 | | |
| 213 | Photo – Bally Hot Shot EGM with Various Money Themed Games in Casino | VGT0052443 | | |
| 214 | Photo – Bally Millionaire Hare EGM with Traditional Paytables and "Blazing ReSpins" in Casino | VGT0052444 | | |
| 215 | Photo – Bally CowGirl Cash EGM with Traditional Paytables and "Blazing ReSpins" in Casino | VGT0052445 | | |
| 216 | Photo – Bally Diamonds Dublin EGM in Casino | VGT0052518 | | |
| 217 | Photo – Various EGMs in Casino | VGT0052543 | | |
| 218 | Photo – CHG New Money Winner's Edition EGM in Attract Mode in Casino | VGT0056208 | | |
| 219 | Photo – VGT MMB EGM with 6" Screen in Casino | VGT0056211 | | |
| 220 | Photo – VGT MMB EGM with 6" Screen with Old Artwork with Jukebox Lighting in Casino | VGT0056214 | | |
| 221 | Photo – Bank of Various CHG EGMs in Attract Mode in Casino | VGT0056216 | | |
| 222 | Photo – VGT MMB EGM with 6" Screen with Old Artwork with Jukebox Lighting in Casino | VGT0056217 | | |
| 223 | Photo – VGT MMB EGM with 6" Screen with Old Artwork with Jukebox Lighting in Casino | VGT0056220 | | |
| 224 | Photo – VGT MMB EGM with Large Screen with Alternative Artwork with Jukebox Lighting in Casino | VGT0056222 | | |
| 225 | Photo – VGT MMB EGM with Large Screen with Alternative Artwork with Jukebox Lighting in Casino | VGT0056223 | | |
| 226 | Photo – VGT MMB Loaded! EGM in Casino | VGT0056224 | | |
| 227 | Photo – VGT MMB Loaded! Video Screen in Casino | VGT0056225 | | |
| 228 | Photo – VGT MMB Loaded! EGM Roundtop Artwork in Casino | VGT0056226 | | |
| 229 | Photo – VGT MMB EGM with Large Screen with Alternative Artwork in Casino | VGT0056227 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 230 | Photo – Cadillac Hack Monkey in the Bank EGM in Casino | VGT0056253 | | |
| 231 | Photo – Bank of Various CHG EGMs in Attract Mode in Casino | VGT0056260 | | |
| 232 | Photo – VGT MMB EGM with 6" Screen with Old Artwork with Jukebox Lighting in Casino | VGT0056277 | | |
| 233 | Photo – VGT MMB EGM with 6" Screen with Old Artwork with Jukebox Lighting in Casino | VGT0056282 | | |
| 234 | Photo – VGT Lucky Ducky EGM with 6" Screen in Grand Casino | CHG0135493 | | |
| 235 | Photo – VGT Lucky Ducky Pseudo-Paytable in Grand Casino | CHG0135494 | | |
| 236 | Photo – VGT MMB EGM with Large Screen and Alternative Artwork in Grand Casino | CHG0135500 | | |
| 237 | Photo – VGT MMB and LD EGMs in Grand Casino | CHG0135502 | | |
| 238 | Photo – VGT MMB Pseudo-Paytable with Alternative Art in Grand Casino | CHG0135504 | | |
| 239 | Photo – VGT MMB Reels with Alternative Art in Grand Casino | CHG0135508 | | |
| 240 | Photo – VGT MMB Reels with Alternative Art and House Mark in Grand Casino | CHG0135510 | | |
| 241 | Photo – VGT MMB Large Screen with Alternative Art in Grand Casino | CHG0135514 | | |
| 242 | Photo – CHG New Money Winner's Edition Belly Glass in Grand Casino | CHG0135523 | | |
| 243 | Photo – CHG New Money Winner's Edition Pseudo-Paytable in Grand Casino | CHG0135527 | | |
| 244 | Photo – CHG New Money Winner's Edition House Mark in Round Top in Grand Casino | CHG0135529 | | |
| 245 | Photo – CHG New Money Winner's Edition Topper in Grand Casino | CHG0135530 | | |
| 246 | Photo – VGT MMB EGM Side View in Grand Casino | CHG0135531 | | |
| 247 | Photo – VGT and IGT EGMs in Grand Casino | CHG0135532 | | |
| 248 | Photo – VGT EGMs with Assorted Screen Sizes in | CHG0135545 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| | Grand Casino | | | |
| 249 | Photo – VGT Ruby EGM with 14" Screen in Grand Casino | CHG0135550 | | |
| 250 | Photo – VGT Polar High Roller EGMs with and without Jukebox Lighting in Grand Casino | CHG0135556 | | |
| 251 | Photo – VGT Polar High Roller EGMs with Jukebox Lighting in Grand Casino | CHG0135557 | | |
| 252 | Photo – VGT Polar High Roller Pseudo-Paytable in Grand Casino | CHG0135562 | | |
| 253 | Photo – VGT Polar High Roller EGM with Jukebox Lighting in Grand Casino (Side View) | CHG0135567 | | |
| 254 | Photo – VGT Polar High Roller Belly Glass in Grand Casino | CHG0135574 | | |
| 255 | Photo – VGT Polar High Roller Help Screen #1 in Grand Casino | CHG0135582 | | |
| 256 | Photo – VGT Polar High Roller Help Screen #2 in Grand Casino | CHG0135584 | | |
| 257 | Photo – VGT Polar High Roller Help Screen #3 in Grand Casino | CHG0135585 | | |
| 258 | Photo – VGT Polar High Roller Help Screen #4 in Grand Casino | CHG0135586 | | |
| 259 | Photo – VGT Polar High Roller Help Screen #5 in Grand Casino | CHG0135587 | | |
| 260 | Photo – VGT Polar High Roller Help Screen #6 in Grand Casino | CHG0135588 | | |
| 261 | Photo – VGT Polar High Roller Help Screen #7 in Grand Casino | CHG0135589 | | |
| 262 | Photo – VGT Polar High Roller Help Screen #8 in Grand Casino | CHG0135591 | | |
| 263 | Photo – VGT Polar High Roller Help Screen #9 in Grand Casino | CHG0135592 | | |
| 264 | Photo – VGT Polar High Roller Help Screen #10 in Grand Casino | CHG0135593 | | |
| 265 | Photo – VGT Polar High Roller Help Screen #11 in Grand Casino | CHG0135594 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 266 | Photo – VGT Polar High Roller Help Screen #12 in Grand Casino | CHG0135595 | | |
| 267 | Photo – VGT Polar High Roller Help Screen #13 in Grand Casino | CHG0135596 | | |
| 268 | Photo – CHG Mr. Martini EGM Call Attendant Button in Grand Casino | CHG0135600 | | |
| 269 | Photo – CHG Mr. Martini EGM Topper with Candle and Call Attendant Light in Grand Casino | CHG0135603 | | |
| 270 | Photo – VGT MMB and Lucky Leprechaun EGMS in Grand Casino | CHG0135604 | | |
| 271 | Photo – VGT MMB EGM with 6" Screen and Blue Stripes in Grand Casino | CHG0135606 | | |
| 272 | Photo – VGT MMB EGM with 6" Screen and Purple Stripes in Grand Casino | CHG0135608 | | |
| 273 | Photo – VGT MMB EGMs with 6" Screen and Alternative Colors in Grand Casino | CHG0135609 | | |
| 274 | Photo – VGT MMB Belly Art in Grand Casino | CHG0135611 | | |
| 275 | Photo – VGT MMB Alternative Belly Art in Grand Casino | CHG0135618 | | |
| 276 | Photo – VGT MMB Reels with Alternative Art in Grand Casino | CHG0135620 | | |
| 277 | Photo – VGT MMB Pseudo-Paytable with Alternative Art in Grand Casino | CHG0135626 | | |
| 278 | Photo – VGT MMB 2 with Alternative Art and Topper in Grand Casino | CHG0135628 | | |
| 279 | Photo – VGT MMB 2 Belly Art in Grand Casino | CHG0135631 | | |
| 280 | Photo – VGT MMB Large Screen with Alternative Art and Topper in Grand Casino | CHG0135638 | | |
| 281 | Photo – AGS EGMs in Spec Cabinet in Grand Casino | CHG0135639 | | |
| 282 | Photo – AGS EGMs in Spec Cabinet in Grand Casino | CHG0135640 | | |
| 283 | Photo – AGS and VGT EGMs in Spec Cabinet in Grand Casino | CHG0135641 | | |
| 284 | Photo – AGS EGMs in Spec Cabinet in Grand Casino | CHG0135642 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 285 | Photo – AGS EGMs in Spec Cabinet in Grand Casino | CHG0135643 | | |
| 286 | Photo – Aristocrat There's the Gold EGM in Grand Casino | CHG0135644 | | |
| 287 | Photo – Aristocrat Where's the Gold EGM in Grand Casino | CHG0135646 | | |
| 288 | Photo – Aristocrat Mine Mine Mine EGM in Grand Casino | CHG0135647 | | |
| 289 | Photo – Aristocrat Cactus Corral EGM in Grand Casino | CHG0135649 | | |
| 290 | Photo – Aristocrat Wild Wild Nugget EGM in Grand Casino | CHG0135650 | | |
| 291 | Photo – Aristocrat Star Drifter EGM in Grand Casino | CHG0135651 | | |
| 292 | Photo – Aristocrat There's the Gold EGM Topper in Grand Casino | CHG0135652 | | |
| 293 | Photo – Aristocrat Legends EGM Topper in Grand Casino | CHG0135654 | | |
| 294 | Photo – Bally Wild Huskies EGM in Grand Casino | CHG0135658 | | |
| 295 | Photo – Bank of Bally 5RM EGMs in Grand Casino | CHG0135659 | | |
| 296 | Photo – Bank of Bally 5RM EGMs in Grand Casino | CHG0135660 | | |
| 297 | Photo –Bally Hot Shot/In the Money EGM in Grand Casino | CHG0135662 | | |
| 298 | Photo –Bally Hot Shot/All About Money EGM in Grand Casino | CHG0135663 | | |
| 299 | Photo –Bally Hot Shot/Triple Money EGM in Grand Casino | CHG0135664 | | |
| 300 | Photo –Bally Hot Shot/Double Money EGM in Grand Casino | CHG0135665 | | |
| 301 | Photo – CHG New Money Winner's Edition EGM in Grand Casino | CHG0135666 | | |
| 302 | Photo – CHG Nugget Fever Pseudo-Paytable in Instant Free Pay Mode in Grand Casino | CHG0135672 | | |
| 303 | Photo – CHG Nugget Fever Bingo Screen in Grand Casino | CHG0135673 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 304 | Photo – CHG Nugget Fever Reels in Instant Free Pay Mode in Grand Casino | CHG0135674 | | |
| 305 | Photo – CHG Nugget Fever Belly Glass in Instant Free Pay Mode in Grand Casino | CHG0135675 | | |
| 306 | Photo – CHG New Money Winner's Edition Pseudo-Paytable in Grand Casino | CHG0135677 | | |
| 307 | Photo – CHG New Money Winner's Edition Screen in Grand Casino | CHG0135678 | | |
| 308 | Photo – CHG New Money Winner's Edition Reels in Grand Casino | CHG0135679 | | |
| 309 | Photo – CHG New Money Winner's Edition Belly Glas Pseudo-Paytable in Grand Casino | CHG0135680 | | |
| 310 | Photo – IGT 5RM EGMs with Classic Round Top Cabinets in Grand Casino | CHG0135681 | | |
| 311 | Photo – IGT Triple Double Stars Pseudo-Paytable in Classic Round Top Cabinet in Grand Casino | CHG0135683 | | |
| 312 | Photo – IGT Jackpot Polly EGM in Grand Casino | CHG0135686 | | |
| 313 | Photo – IGT 3RM EGMs with Classic Round Top Cabinets in Grand Casino | CHG0135687 | | |
| 314 | Photo – IGT Double Diamond EGM with Classic Round Top Cabinet in Grand Casino | CHG0135688 | | |
| 315 | Photo – IGT Big Times Wild Cherry EGM with Classic Round Top Cabinet in Grand Casino | CHG0135689 | | |
| 316 | Photo – Bank of IGT 3RM EGMs with Classic Round Top Cabinets in Grand Casino | CHG0135690 | | |
| 317 | Photo – IGT Snow Globes EGM in Grand Casino | CHG0135691 | | |
| 318 | Photo – IGT EGMs in Grand Casino | CHG0135692 | | |
| 319 | Photo – IGT Money Bags EGM in Grand Casino | CHG0135694 | | |
| 320 | Photo – IGT 3RM EGMs with Classic Round Top Cabinets in Grand Casino | CHG0135695 | | |
| 321 | Photo – IGT 3RM EGM with Classic Round Top Cabinet Next to Bank of VGT EGMs in Grand Casino | CHG0135696 | | |
| 322 | Photo – IGT Triple Double Wild Cherry EGM with Classic Round Top Cabinet in Grand Casino | CHG0135697 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 323 | Photo – IGT Double Diamond 5RM Pseudo-Paytable in Classic Round Top Cabinet in Grand Casino | CHG0135698 | | |
| 324 | Photo – IGT Red White & Blue 3RM Pseudo-Paytable in Classic Round Top Cabinet in Grand Casino | CHG0135700 | | |
| 325 | Photo – IGT Triple Stars 3RM Pseudo-Paytable in Classic Round Top Cabinet in Grand Casino | CHG0135701 | | |
| 326 | Photo – IGT Snow Globes EGM Artwork in Grand Casino | CHG0135702 | | |
| 327 | Photo – IGT Snow Globes EGM Video Screen Artwork in Grand Casino | CHG0135703 | | |
| 328 | Photo – IGT Money Bags EGM Artwork in Grand Casino | CHG0135704 | | |
| 329 | Photo – Konami Lawman's Loot EGM in Grand Casino | CHG0135705 | | |
| 330 | Photo – Konami Rawhide EGM in Grand Casino | CHG0135707 | | |
| 331 | Photo – Konami DynaMoney EGM in Grand Casino | CHG0135710 | | |
| 332 | Photo – Konami Lawman's Loot EGM in Grand Casino | CHG0135713 | | |
| 333 | Photo – Bank of Konami EGMs in Spec Cabinets in Grand Casino | CHG0135714 | | |
| 334 | Photo – Banks of CHG, VGT and AGS EGMs in Spec Cabinets in Grand Casino | CHG0135721 | | |
| 335 | Photo – Banks of CHG, VGT and AGS EGMs in Spec Cabinets in Grand Casino | CHG0135723 | | |
| 336 | Photo – Banks of CHG, VGT and IGT EGMs in Classic Round Top Cabinets in Grand Casino | CHG0135724 | | |
| 337 | Photo – CHG, VGT and Other EGMs in Grand Casino | CHG0135725 | | |
| 338 | Photo – Banks of CHG, VGT and AGS EGMs in Spec Cabinets in Grand Casino | CHG0135726 | | |
| 339 | Photo – Banks of VGT Jukebox Lit and Konami EGMs in Spec Cabinets in Grand Casino | CHG0135727 | | |
| 340 | Photo – Banks of VGT and AGS EGMs in Spec Cabinets in Grand Casino | CHG0135728 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 341 | Photo – Banks of VGT EGMs in Various Configurations in Grand Casino | CHG0135729 | | |
| 342 | Photo – Various EGMs in Casino, including VGT EGMs with Jukebox Lighting and Alternative Toppers | CHG0135730 | | |
| 343 | Photo – Bank of Burning 7's EGMs in Spec Cabinets in Grand Casino | CHG0135731 | | |
| 344 | Photo – Burning 7's EGM in Spec Cabinet in Grand Casino | CHG0135732 | | |
| 345 | Photo – Bank of Mouse Game EGMs in Spec Cabinets in Grand Casino | CHG0135733 | | |
| 346 | Photo – Mouse Game EGM in Spec Cabinet in Grand Casino | CHG0135734 | | |
| 347 | Photo – Superball Lotto Deluxe EGMs in Spec Cabinets in Grand Casino | CHG0135735 | | |
| 348 | Photo – VGT Greenback Jack EGM with 6" Screen in Grand Casino | CHG0135738 | | |
| 349 | Photo – VGT Greenback Jack Belly Art in Grand Casino | CHG0135739 | | |
| 350 | Photo – VGT Greenback Jack EGM 6" Screen and Reels in Grand Casino | CHG0135741 | | |
| 351 | Photo – VGT Greenback Jack EGM Round Top Art in Grand Casino | CHG0135751 | | |
| 352 | Photo – Bank of VGT EGMs with Jukebox Lighting and Alternate Topper in Grand Casino | CHG0135756 | | |
| 353 | Photo –VGT Crazy Bill's Gold Strike EGM with Jukebox Lighting in Grand Casino | CHG0135758 | | |
| 354 | Photo – VGT Greenback Jack Silver Dollar Shootout EGM in Grand Casino | CHG0135759 | | |
| 355 | Photo – VGT MMB Loaded EGM in Grand Casino | CHG0135760 | | |
| 356 | Photo – Bank of VGT EGMs in Grand Casino | CHG0135761 | | |
| 357 | Photo – VGT Crazy Billions EGM with 6" Screen in Grand Casino | CHG0135764 | | |
| 358 | Photo – VGT MMB EGM with Large Screen in Grand Casino | CHG0135766 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| 359 | Photo – Bank of VGT EGMs with Jukebox Lighting in Grand Casino | CHG0135768 | | |
| 360 | Photo – VGT MMB with 6" Screen, Jukebox Lighting, and Topper in Grand Casino | CHG0135769 | | |
| 361 | Photo – VGT POLAR HIGH ROLLER with 6" Screen, Jukebox Lighting, and Topper in Grand Casino | CHG0135770 | | |
| 362 | Photo – VGT MMB and Lucky Ducky Free Spinnin' EGMs with Jukebox Lighting and Toppers in Grand Casino | CHG0135771 | | |
| 363 | Photo – VGT Reels and Button Decks in Grand Casino | CHG0135772 | | |
| 364 | Photo – VGT POLAR HIGH ROLLER, Magical Mystery Millions, and Crazy Bill Rainin' Gold! 5RM EGMs with Jukebox Lighting and Toppers in Grand Casino | CHG0135773 | | |
| 365 | Photo – VGT Crazy Bill Rainin' Gold! 5RM EGM with Jukebox Lighting and Toppers in Grand Casino | CHG0135774 | | |
| 366 | Photo – Banks of VGT EGMs in Grand Casino | CHG0135775 | | |
| 367 | Photo – VGT Dynamite Daisy EGM with 6" Screen in Grand Casino | CHG0135777 | | |
| 368 | Photo – VGT Hot Red Ruby and MMB EGM in Grand Casino | CHG0135778 | | |
| 369 | Photo – VGT MMB 2 EGM with Topper in Grand Casino | CHG0135780 | | |
| 370 | Photo – VGT Diamond Riches EGM with Topper and Jukebox Lighting in Grand Casino | CHG0135782 | | |
| 371 | Photo – VGT MMB Free Spinnin' EGM with Topper and Jukebox Lighting in Grand Casino | CHG0135784 | | |
| 372 | Photo –VGT Crazy Bill's Gold Strike EGM in Grand Casino | CHG0135786 | | |
| 373 | Photo –Bank of VGT RedBall Bingo Video EGMs in Grand Casino | CHG0135789 | | |
| 374 | Photo –VGT MMB EGMs in Grand Casino | CHG0135790 | | |
| 375 | Photo –VGT MMB EGMs in Grand Casino | CHG0135791 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| 376 | Photo – VGT Polar High Roller EGM with Jukebox Lighting in Grand Casino | CHG0135794 | | |
| 377 | Photo – VGT RedBall Bingo Video EGMs in Grand Casino | CHG0135797 | | |
| 378 | Photo – VGT Crazy Bill's Gold Strike Belly Glass in Grand Casino | CHG0135798 | | |
| 379 | Photo – VGT 5RM 3-D Reels in Grand Casino | CHG0135829 | | |
| 380 | Photo – VGT 5RM Button Deck in Grand Casino | CHG0135830 | | |
| 381 | Photo – VGT MMB Free Spinnin' Round Top Art in Grand Casino | CHG0135831 | | |
| 382 | Photo – VGT MMB Free Spinnin' Bingo Screen Art in Grand Casino | CHG0135832 | | |
| 383 | Photo – VGT MMB Free Spinnin' Pseudo-Paytable in Belly Glass in Grand Casino | CHG0135833 | | |
| 384 | Photo – VGT Crazy Bill's Gold Strike Pseudo-Paytable in Grand Casino | CHG0135834 | | |
| 385 | Photo – VGT Crazy Bill's Gold Strike Bingo Screen Art in Grand Casino | CHG0135835 | | |
| 386 | Photo – VGT Crazy Bill's Gold Strike Reels in Grand Casino | CHG0135836 | | |
| 387 | Photo – VGT Crazy Bill's Gold Strike Belly Glass Art in Grand Casino | CHG0135837 | | |
| 388 | Photo – VGT Dynamite Daisy Pseudo-Paytable in Grand Casino | CHG0135838 | | |
| 389 | Photo – VGT Dynamite Daisy 6" Bingo Screen and Reels in Grand Casino | CHG0135840 | | |
| 390 | Photo – VGT Polar High Roller Topper with Jukebox Lighting in Grand Casino | CHG0135844 | | |
| 391 | Photo – VGT Polar High Roller Pseudo-Paytable with Jukebox Lighting in Grand Casino | CHG0135845 | | |
| 392 | Photo – VGT MMB Pseudo-Paytable in Grand Casino | CHG0135849 | | |
| 393 | Photo – VGT MMB 6" Bingo Screen and Reels in Grand Casino | CHG0135850 | | |
| 394 | Photo – WMS Count Money EGM in Grand Casino | CHG0135860 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 395 | Photo –VGT EGMs in Various Cabinet Configurations, including XL Cabinet, in River Spirit Casino | CHG0135864 | | |
| 396 | Photo –VGT Lucky Ducky EGM in Sit-Down Slant Cabinet in River Spirit Casino | CHG0135865 | | |
| 397 | Photo –VGT EGMs in Sit-Down Slant Cabinets in River Spirit Casino | CHG0135866 | | |
| 398 | Photo –VGT MMB Bringin' the Bucks EGM with Jukebox Lighting in Grand Lake Casino | CHG0135867 | | |
| 399 | Photo –Various VGT MMB EGMs with Jukebox Lighting in Grand Lake Casino | CHG0135868 | | |
| 400 | Photo –Various VGT EGMs with Jukebox Lighting, and Ruby's Lucky Bonus Spinner in Round Top, in Grand Lake Casino | CHG0135869 | | |
| 401 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Lucky Ducky EGM Gameplay | CHG0135870 | | |
| 402 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Lucky Ducky EGM Gameplay with Red Screen Bonus Feature | CHG0135871 | | |
| 403 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic View of Casino Floor | CHG0135872 | | |
| 404 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic View of Casino Floor | CHG0135873 | | |
| 405 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Zoom Views of VGT and CHG EGMs | CHG0135874 | | |
| 406 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Zoom Views of VGT and CHG EGMs | CHG0135875 | | |
| 407 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Banks of VGT and CHG EGMs | CHG0135876 | | |
| 408 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic View of Casino Floor | CHG0135877 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 409 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic View of Casino Floor | CHG0135878 | | |
| 410 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  View of Casino Floor | CHG0135879 | | |
| 411 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic View of Casino Floor | CHG0135880 | | |
| 412 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT and CHG EGMs in Attract Mode | CHG0135881 | | |
| 413 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG New Money Player's Edition EGM Gameplay | CHG0135882 | | |
| 414 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG New Money Player's Edition EGM Gameplay | CHG0135883 | | |
| 415 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG New Money Player's Edition Gameplay with Instant Free Pay Bonus | CHG0135884 | | |
| 416 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG New Money Player's Edition EGM Gameplay in Bank of CHG EGMs | CHG0135885 | | |
| 417 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG New Money Player's Edition EGM Gameplay with Instant Free Pay Bonus in Bank of CHG EGMs | CHG0135886 | | |
| 418 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG New Money Player's Edition EGM Bingo Patterns Display | CHG0135887 | | |
| 419 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG New Money Player's Edition EGM Toppers in Attract Mode | CHG0135888 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 420 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Mr. Money Bags EGM Bingo Patterns Display | CHG0135889 | | |
| 421 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT EGMs With Various Screen Sizes in Attract Mode | CHG0135890 | | |
| 422 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-ups of VGT EGMs With Various Screen Sizes in Attract Mode | CHG0135891 | | |
| 423 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT EGMs With Various Screen Sizes in Attract Mode | CHG0135892 | | |
| 424 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Pay Fever! and Nugget Fever! EGMs in Attract Mode | CHG0135893 | | |
| 425 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Nugget Fever! EGM Gameplay | CHG0135894 | | |
| 426 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Nugget Fever! EGM Gameplay with Instant Free Pay Bonus | CHG0135895 | | |
| 427 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Nugget Fever! EGM Gameplay next to CHG Pay Fever! EGM in Attract Mode | CHG0135896 | | |
| 428 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Nugget Fever! EGM Gameplay with Instant Free Pay Bonus next to CHG Pay Fever! EGM in Attract Mode | CHG0135897 | | |
| 429 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Polar High Roller EGMs with and without Jukebox Lighting and Topper (Zoom in) | CHG0135898 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 430 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Polar High Roller EGMs with and without Jukebox Lighting and Topper (Zoom out) | CHG0135899 | | |
| 431 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Polar High Roller EGMs with and without Jukebox Lighting and Topper (Zoom out) | CHG0135900 | | |
| 432 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Polar High Roller EGMs with and without Jukebox Lighting and Topper (Zoom out) | CHG0135901 | | |
| 433 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Polar High Roller EGM Gameplay | CHG0135902 | | |
| 434 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Polar High Roller EGM Gameplay with Red Screen Bonus | CHG0135903 | | |
| 435 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-up VGT Polar High Roller EGM Gameplay with Red Screen Bonus | CHG0135904 | | |
| 436 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-up VGT Polar High Roller EGM Help Screens, Including Game Rules and Paytables | CHG0135905 | | |
| 437 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of Banks of VGT, CHG and AGS EGMs in Spec Cabinets from Down Escalator | CHG0135906 | | |
| 438 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of Banks of VGT, CHG and AGS EGMs in Spec Cabinets from Up Escalator | CHG0135907 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 439 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Closer Panoramic Views of Banks of VGT, CHG and AGS EGMs in Spec Cabinets from Down Escalator | CHG0135908 | | |
| 440 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of Banks of VGT, CHG and AGS EGMs in Spec Cabinets from Up Escalator | CHG0135909 | | |
| 441 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of EGMs from Assorted Manufacturers in Various Style Cabinets in Attract Mode | CHG0135910 | | |
| 442 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of EGMs from Assorted Manufacturers in Various Style Cabinets in Attract Mode | CHG0135911 | | |
| 443 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Broadening Panoramic Views of EGMs from Assorted Manufacturers in Various Style Cabinets in Attract Mode | CHG0135912 | | |
| 444 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Broadening Panoramic Views of EGMs from Assorted Manufacturers in Various Style Cabinets in Attract Mode, starting with CHG EGMs | CHG0135913 | | |
| 445 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of EGMs from Assorted Manufacturers in Various Style Cabinets in Attract Mode | CHG0135914 | | |
| 446 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  View of Casino Floor from Up Escalator | CHG0135915 | | |
| 447 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  View of Casino Floor from | CHG0135916 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| | Down Escalator | | | |
| 448 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Views of EGMs from Assorted Manufacturers in Various Style Cabinets in Attract Mode | CHG0135917 | | |
| 449 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of EGMs from Assorted Manufacturers in Various Style Cabinets in Attract Mode on Upper Level | CHG0135918 | | |
| 450 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  View of Banks of VGT, CHG and AGS EGMs in Spec Cabinets from Upper Level | CHG0135919 | | |
| 451 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic View of Banks of VGT, CHG and AGS EGMs in Spec Cabinets from Upper Level | CHG0135920 | | |
| 452 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Mr. Martini EGM Gameplay | CHG0135921 | | |
| 453 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Mr. Martini EGM Topper in Attract Mode | CHG0135922 | | |
| 454 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  CHG Mr. Martini EGM Help Screens with Bingo Patterns/Pays | CHG0135923 | | |
| 455 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Zoom Out Views of Various VGT EGMs with and without Toppers and Jukebox Lighting | CHG0135924 | | |
| 456 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Panoramic Views of Various VGT EGMs with and without Toppers and Jukebox | CHG0135925 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
|  | Lighting |  |  |  |
| 457 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Views of Various VGT EGMs with and without Toppers and Jukebox Lighting | CHG0135926 |  |  |
| 458 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Mr. Money Bags EGM Gameplay with 6" Screen and Red Screen Bonus in Sea of VGT EGMs in Various Cabinet Configurations | CHG0135927 |  |  |
| 459 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-up of  VGT Mr. Money Bags EGM Gameplay with 6" Screen and Red Screen Bonus | CHG0135928 |  |  |
| 460 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-up VGT Mr. Money Bags 6" EGM Help Screens, Including Game Rules and Paytables | CHG0135929 |  |  |
| 461 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-up VGT Mr. Money Bags Free Spinnin' EGM | CHG0135930 |  |  |
| 462 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  VGT Mr. Money Bags Free Spinnin' EGM Gameplay with Modified Red Screen Bonus Features | CHG0135931 |  |  |
| 463 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-up VGT Mr. Money Bags Free Spinnin' EGM Gameplay with Modified Red Screen Bonus Features | CHG0135932 |  |  |
| 464 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  IGT Jackpot Polly EGM Gameplay | CHG0135933 |  |  |
| 465 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  IGT Jackpot Polly EGM | CHG0135934 |  |  |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
|  | Gameplay with Red Hot Haywire Bonus Features |  |  |  |
| 466 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Wide View IGT Jackpot Polly EGM Gameplay with Red Hot Haywire Bonus Features | CHG0135935 |  |  |
| 467 | Video (with Audio) – May 7, 2019, Grand Casino in Shawnee, Oklahoma:  Close-up IGT Jackpot Polly EGM Help Screens, Including Game Rules and Paytables | CHG0135936 |  |  |
| 468 | Video (with Audio) – May 7, 2019, Firelake Casino in Shawnee, Oklahoma:  VGT Crazy Cherry Smokin' EGM Gameplay with Modified Red Screen Bonus Features | CHG0135937 |  |  |
| 469 | *Complete Authoritative Guide to Bingo*, John "Dee" Wyrick (1984) | CHG0134533 |  |  |
| 470 | *How to Bingo 75 Ways: A Complete Guide to American Bingo Patterns*, Joel Rudinger (1976) | CHG0134615 |  |  |
| 471 | Photo – Lucky Ducky Sit-Down at River Bend Casino | V_0093 |  |  |
| 472 | Photo – Cool Catz at River Spirit Casino | V_0056 |  |  |
| 473 | Photo – EGM Banks at River Spirit Casino | V_0030 |  |  |
| 474 | Photo – Bally EGM Bank at River Spirit Casino | V_0051 |  |  |
| 475 | Photo -  VGT EGM Bank at Grand Lake Casino | V_0108 |  |  |
| 476 | Ironworks 2018 Tax Depreciation Spreadsheet | CHG0135938 |  |  |
| 477 | Fixed Assets Spreadsheet | CHG0135939 |  |  |
| 478 | Payroll 2018 Spreadsheet | CHG0135940 |  |  |
| 479 | Payroll 2019 YTD Spreadsheet | CHG0135941 |  |  |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 480 | Bally Technologies 10-K Excerpt | | | |
| 481 | Everi Holdings Annual Report Excerpt | | | |
| 482 | IGT Form 20-F Excerpt | | | |
| 483 | Scientific Games 10-K Excerpt | | | |
| 484 | IAS 16, ¶ 55 | | | |
| 485 | "The gift-horse treatment." Milt Capps, Nashville Post (May 4, 2006) | | | |
| 486 | IntuiCode Gaming Software License Agreement | CHG0000886 – CHG0000899 | | |
| 487 | *The Comprehensive Guide to Lost Profits and Other Commercial Damages*, 3d ed.. Nancy J. Fannon & Jonathan M. Dunitz (2014) | | | |
| 488 | 2010 VGT Customer Satisfaction Survey 10/22/2010 | VGT0052719 – VGT0052787 | | |
| 489 | 2012 VGT Customer Satisfaction Survey 10/2/2012 | VGT0053036 – VGT0053095 | | |
| 490 | 2011 VGT Player Survey Osage Casino 10/25/2011 | VGT0031013 – VGT0031071 | | |
| 491 | 2011 VGT Player Survey: Comanche Nation Casino 11/2/2011 | VGT0030969 – VGT0031012 | | |
| 492 | 2011 VGT Player Survey: First Counsel & Paradise Casino 11/2/2011 | VGT0031072 – VGT0031127 | | |
| 493 | Aristocrat Leisure Annual Report 2015 | | | |
| 494 | VGT Company Total – Summary Financial Information Spreadsheet | VGT0010604 | | |
| 495 | Castle Hill Revenue by Machine Spreadsheet | CHG0135492 | | |
| 496 | Castle Hill Profit and Loss 2012 – 2018 Spreadsheet | CHG0135490 | | |
| 497 | Castle Hill Profit and Loss 2019 Q1 Spreadsheet | CHG0135491 | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| 498 | Castle Hill Payroll by Dep't by Year Spreadsheet | | | |
| 499 | Castle Hill IntuiCode Invoice Spreadsheet | | | |
| 500 | T. Schoettelkotte Supplemental Schedules 2 – 14 | | | |
| 501 | Summary of Trade Dress Direct Profits Prior to Apportionment | | | |
| 502 | Summary of Trade Dress – Bennis Alternative – Direct Profits Prior to Apportionment | | | |
| 503 | Summary of Trademark Direct Profits Prior to Apportionment | | | |
| 504 | Summary of Trademark and Trade Dress Direct Profits Prior to Apportionment | | | |
| 505 | Summary of Trade Secret Direct Profits Prior to Apportionment | | | |
| 506 | Summary of Apportioned Direct Profits | | | |
| 507 | "Certification." GamePoint International. Retrieved August 19, 2018. | | | |
| 508 | "iTech Labs - Frequently Asked Questions." iTech Labs.  Retrieved August 19, 2018. | | | |
| 509 | "Chetu's Bingo Software Development Services." Chetu, Inc. Retrieved August 23, 2018. | | | |
| 510 | "How do online casino games work?" ThePogg.com. Retrieved August 25, 2018. | | | |
| 511 | "Impact JS Mersenne Twister Plugin." Talesay GitHub repository. Retrieved August 25, 2018. | | | |
| 512 | "Chapter 33. Boost.Random" Boost C++ Libraries. Copyright 2000-2005 Jens Maurer. Copyright 2009, 2010 Steven Watanabe. | | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|---|---|---|---|---|
| 513 | "random.py" Python Software Foundation. Retrieved August 24, 2018. | | | |
| 514 | "Mersenne Twister in C, C++, C#." Department of Mathematics, Hiroshima University. 1998-2007. | | | |
| 515 | "Pseudo random number generators."  Retrieved August 28, 2018. | | | |
| 516 | "Bucket Sort." GeeksforGeeks. Retrieved August 26, 2018. | | | |
| 517 | Frank Legato, "Slot Floor Exodus" Global Gaming Business Magazine. March 19, 2015. | | | |
| 518 | "KISS Random Number Generator Description." IntuiCode Gaming. | | | |
| 519 | "Mersenne Twister with improved initialization" Department of Mathematics, Hiroshima University. Retrieved August 23, 2018. | | | |
| 520 | "IMG System Overview." IntuiCode Gaming Corporation. | | | |
| 521 | "mersenne_twister.hpp" Boost C++ Libraries. Copyright 2000-2001 Jens Maurer. Copyright 2010 Steven Watanabe. | | | |
| 522 | "mersenne.cpp" Agner Fog. Copyright 2001-2008 Agner Fog. | | | |
| 523 | Screenshot of VGT Source Code Directory | | | |
| 524 | Screenshot of VGT Source Code Directory | | | |
| 525 | VGT Source Code Excerpt | | | |
| 526 | VGT Source Code Excerpt | | | |
| 527 | VGT Source Code Excerpt | | | |
| 528 | VGT Source Code Excerpt | | | |
| 529 | VGT Source Code Excerpt | | | |
| 530 | VGT Source Code Excerpt | | | |

| Ex. | Description | Bates | Dep. Ex. | Objections |
|-----|-------------|-------|----------|------------|
| 531 | VGT Source Code Excerpt | | | |
| 532 | VGT Source Code Excerpt | | | |
| 533 | VGT Source Code Excerpt | | | |
| 534 | Castle Hill Source Code Excerpt | | | |
| 535 | Castle Hill Source Code Excerpt | | | |
| 536 | Castle Hill Source Code Excerpt | | | |
| 537 | Castle Hill Source Code Excerpt | | | |
| 538 | Castle Hill Source Code Excerpt | | | |