# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1) CASTLE HILL STUDIOS LLC <br>     (d/b/a CASTLE HILL GAMING); <br> 2) CASTLE HILL HOLDING LLC <br>     (d/b/a CASTLE HILL GAMING); and <br> 3) IRONWORKS DEVELOPMENT, LLC <br>     (d/b/a CASTLE HILL GAMING) <br><br> Defendants. | Case No. 4:17-cv-00454-GKF-jfj |

## JOINT NOTICE OF SUBMISSION OF HARD COPY
## ANNOTATED TRANSCRIPT FOR BRANDON BOOKER

Plaintiff, with Defendants' consent, hereby provides notice of the joint submission to the Court Clerk of a hard copy transcript of the Parties' deposition designations and counter-designations annotated with the Parties' objections for the deposition of Brandon Booker. As described in Plaintiff's August 15, 2019 Notice of Submission of Hard Copy Transcripts Annotated with Objections, the Parties learned during the course of preparing annotated transcripts that a pagination error resulted in a misalignment of VGT's designations, CHG's counter-designations, and the Parties' resulting objections. Rather than submit an erroneous transcript to the Court, the Parties agreed instead to make this joint submission of an annotated transcript that accurately reflects the Parties' intent.

Note that certain portions of the deposition has been designated as either **CONFIDENTIAL** or **HIGHLY CONFIDENTIAL** by one or both of the Parties pursuant to the Court's Protective Order (Dkt. 55).

VGT uses the following color-coding for the Parties' designations and counter-designations:

- **CHG's Designations in Blue**;
- **VGT's Designations in Red**;
- **VGT's Counter Designations in Green**; and
- **CHG's Counter-Designations in Purple**.

VGT uses the following abbreviations for VGT's objections:

| Code | Objection |
|------|-----------|
| A    | Argumentative |
| B    | Violates Best Evidence Rule (FRE 1002-1004) |
| C    | Compound |
| D    | Duplicative/Cumulative |
| EX   | Topic excluded by Court Order (*e.g.*, Dkts. 344, 345) |
| F    | Lacks Foundation/Lacks Personal Knowledge/Calls for Speculation (FRE 602) |
| H    | Hearsay/Improper Use of Deposition (FRE 801-802; FRCP 32) |
| I    | Improper/Incomplete Designation (FRE 106; FRCP 32(a)(6)) |
| IC   | Improper Counter-Designation (FRE 106; FRCP 32(a)(6)) |
| IO   | Calls for Improper Lay or Expert Opinion (FRE 701-703) |
| L    | Leading |
| LC   | Calls for Improper Legal Conclusion (FRE 403) |
| M    | Misleading/Mischaracterizes Prior Testimony |
| MD   | Mischaracterizes Underlying Document (FRE 401-403) |
| NE   | Assumes Facts Not in Evidence (FRE 103) |
| NR   | Nonresponsive |
| P    | Prejudice/Confusion/Delay/Waste of Time (FRE 403) |
| R    | Relevance (FRE 401/402) |
| SC   | Beyond the Scope of the Witness's Testimony as a Corporate Representative |
| V    | Vague/Ambiguous/Overbroad |

The Parties' designations, counter-designations, and objections are summarized as follows:

**Plaintiff's Designations and Defendants' Objections**

| Brandon Booker<br>July 10, 2018 | | |
|---|---|---|
| **Plaintiff's Designations** | **Defendants' Objections (Pages & Lines)** | **Defendants' Objections (Grounds)** |
| 6:22 - 6:24 | | |
| 7:5 - 7:14 | | |
| 8:20 - 9:1 | | |
| 9:11 - 9:14 | | |
| 34:22 - 35:2 | | |
| 35:11 - 35:19 | | |
| 52:24 - 52:25 | | |
| 54:12 - 54:17 | | |
| 54:23 - 54:25 | | |
| 55:21 - 56:18 | | |
| 57:18 - 58:3 | | |
| 59:22 - 59:25 | | |
| 62:2 - 62:21 | 62:7 - 62:21 | Objection: Relevance; hearsay; calls for speculation |
| 66:18 - 67:14 | 66:18 - 67:14 | Objection: Relevance; hearsay |
| 67:23 - 68:13 | 67:23 - 68:13 | Objection: Relevance; hearsay; speculation |
| 70:10 - 70:16 | 70:10 - 70:16 | Objection: Relevance; hearsay |
| 72:3 - 72:18 | 72:3 - 72:18 | Objection: Relevance |
| 73:16 - 74:8 | 73:16 - 74:8 | Objection: Relevance |
| 77:1 - 78:6 | | |
| 80:25 - 82:4 | 80:25 - 82:4 | Objection: Relevance |
| 84:19 - 84:22 | | |
| 118:5 - 118:19 | | |
| 119:3 - 120:12 | 119:3 - 119:7 | Objection: Relevance; hearsay |
| | 119:8 - 120:12 | Objection: Relevance; hearsay |
| 120:15 - 120:19 | 120:15 - 120:19 | Objection: Relevance; hearsay; argumentative; document contains hearsay |
| 121:4 - 121:14 | | |
| 122:15 - 122:18 | | |
| 123:21 - 124:20 | 123:21 - 124:20 | Objection: Relevance; hearsay; argumentative; document contains hearsay |
| 124:23 - 127:9 | 124:23 - 127:9 | Objection: Relevance; hearsay; argumentative; document contains hearsay |

| | | |
|---|---|---|
| 130:18 - 130:23 | 130:18 - 130:23 | Objection:  Relevance; hearsay; document contains hearsay |
| 130:25 - 131:14 | 130:25 - 131:14 | Objection:  Relevance; hearsay; document contains hearsay |
| 132:13 - 132:18 | | |
| 134:21 - 135:1 | 134:21 - 135:1 | Objection:  Relevance |
| 160:11 - 161:4 | | |
| 161:9 - 161:13 | | |
| 164:11 - 164:16 | 164:11 - 164:16 | Objection:  Relevance; hearsay; vague; compound question; calls for speculation |
| 164:19 - 164:19 | 164:19 - 164:19 | Objection:  Relevance; hearsay; vague; compound question; calls for speculation |
| 167:11 - 168:4 | 167:11 - 167:19 | Objection:  Relevance; hearsay; calls for speculation |
| 169:6 - 170:16 | 169:6 - 170:22 | Objection: Double hearsay; relevance |
| 171:8 - 171:9 | 171:8 - 171:9 | Objection:  Relevance; hearsay; argumentative |
| 171:12 - 171:18 | 171:12 - 171:18 | Objection:  Relevance; hearsay; argumentative |
| 175:7 - 175:9 | | |
| 181:24 - 182:4 | 181:24 - 182:4 | Objection:  Relevance |
| 182:24 - 185:22 | 182:24 - 185:22 | Objection:  Relevance; hearsay |
| 186:18 - 187:3 | 186:18 - 187:3 | Objection:  Relevance; hearsay |
| 188:3 - 189:22 | 188:3 - 189:22 | Objection:  Relevance; hearsay; calls for speculation; calls for a lay opinion |
| 194:24 - 195:12 | | |
| 199:5 - 199:19 | | |
| 203:4 - 205:2 | | |
| 206:6 - 206:25 | 206:6 - 206:25 | Objection:  Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation |
| 207:18 - 208:2 | 207:18 - 208:2 | Objection:  Relevance, as there is absolutely no claim in the complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation; calls for a legal conclusion |
| 208:4 - 209:21 | 208:4 - 209:21 | Objection:  Relevance, as there is absolutely no claim in the complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation; calls for a legal conclusion |
| 209:24 - 209:24 | 209:24 - 209:24 | Objection:  Relevance, as there is absolutely no claim in the complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation; calls for a legal conclusion |

| | | |
|---|---|---|
| 217:6 - 217:7 | 217:6 - 217:7 | Objection: Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation |
| 217:10 - 217:20 | 217:10 - 217:20 | Objection: Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation |
| 219:11 - 219:18 | 219:11 - 219:19 | Objection: Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation |
| 222:8 - 222:19 | 222:8 - 222:19 | Objection: Relevance, as there is absolutely no claim in the Complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation |
| 222:22 - 222:22 | 222:22 - 222:22 | Objection: Relevance, as there is absolutely no claim in the Complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation |
| 225:18 - 226:10 | 225:18 - 225:25 | Objection: Relevance; document contains hearsay |
| 239:8 - 240:18 | 239:8 - 240:18 | Objection: Relevance; hearsay calls for speculation |
| 242:20 - 242:23 | 242:20 - 242:23 | Objection: Relevance; hearsay |
| 243:21 - 245:22 | 243:21 - 245:22 | Objection: Relevance; hearsay |
| 248:15 - 248:20 | 248:15 - 248:20 | Objection: Relevance; hearsay |
| 251:10 - 251:15 | | |
| 251:18 - 251:19 | | |
| 252:18 - 253:9 | 252:18 - 253:9 | Objection: Relevance, as Mr. Booker is not a party to this lawsuit and there are no allegations in the complaint that he has violated this agreement; hearsay |
| 253:24 - 258:4 | 253:24 - 258:4 | Objection: Relevance, as Mr. Booker is not a party to this lawsuit and there are no allegations in the complaint that he has violated this agreement; hearsay; argumentative; calls for legal conclusions; calls for lay opinion testimony |
| 268:10 - 269:1 | 268:10 - 269:1 | Objection: Relevance, as Mr. Booker is not a party to this lawsuit and there are no allegations in the complaint that he has violated this agreement; hearsay |

**Defendants' Counter-Designations and Plaintiff's Objections**

| Brandon Booker<br>July 10, 2018 | |
|---|---|
| **Defendants' Counter-Designations** | **Plaintiff's Objections** |
| 13:19 - 14:5 | IC; P; R |
| 23:1 - 23:15 | I; IC; P; R |
| 52:24 - 53:11 | |
| 60:1 - 60:8 | F |
| 60:15 - 60:17 | F |
| 61:25 - 62:1 | |
| 75:25 - 76:2 | |
| 79:12 - 79:22 | |
| 85:12 - 85:21 | |
| 87:20 - 89:16 | F; IO; P; R |
| 90:18 - 90:25 | P; R |
| 91:4 - 92:6 | P; R |
| 119:22 - 120:5 | |
| 121:9 - 121:14 | |
| 122:19 - 122:24 | |
| 129:8 - 129:24 | F |
| 132:9 - 132:12 | |
| 134:17 - 134:20 | |
| 168:15 - 169:5 | |
| 170:17 - 170:22 | |
| 184:23 - 185:1 | |
| 190:3 - 190:7 | |
| 198:25 - 199:4 | |
| 205:3 - 205:11 | |
| 207:1 - 207:5 | |
| 213:9 - 214:4 | F; IO |
| 241:8 - 241:16 | |
| 251:20 - 251:23 | |
| 253:10 - 253:13 | |

August 23, 2019                              Respectfully submitted,

                                                         */s/ Gary M. Rubman*
                                                         Graydon Dean Luthey, Jr., OBA No. 5568
                                                         GABLE GOTWALS
                                                         1100 ONEOK Plaza
                                                        100 West Fifth Street
                                                        Tulsa, OK 74103-4217

Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
   (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
   (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I caused the foregoing to be served on the following counsel for Defendants via ECF:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
(434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

Thomas G. Connolly
HARRIS WILSHIRE & GRANNIS LLC
1919 M ST NW FLR 8
Washington, DC 20036
(202) 730-1339
tconnolly@hwglaw.com
*Attorneys for Defendants*                            */s/ Gary Rubman*