## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-00454-GKF-JFJ |
| | ) | |
| CASTLE HILL STUDIOS LLC | ) | |
| (d/b/a CASTLE HILL GAMING); | ) | |
| CASTLE HILL HOLDING LLC | ) | |
| (d/b/a CASTLE HILL GAMING); and | ) | |
| IRONWORKS DEVELOPMENT, LLC | ) | |
| (d/b/a CASTLE HILL GAMING), | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are Defendants' Objections to Plaintiff's Deposition Designations, Discovery Response Designations and Deposition Counter-Designations [Doc. 384]. Upon review of the objections, the court enters its rulings as set forth below.

Counsel are advised that they should significantly edit their extensive designations to the extent they wish to read deposition testimony at trial, as the Court has allotted two trial weeks from September 16, 2019, to September 27, 2019, for this case, and all evidence relevant to trial issues must be presented on the record during that two week trial setting. Counsel shall also edit out testimony relating to topics as to which the Court has granted summary judgment in Doc. Nos. 344 and 373.

## I.   OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

### A.   James Berger – September 26, 201

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 5 Ln: 11 – 13 | Objection: Hearsay; prejudice; Castle Hill asserts general objections to the entirety of the deposition designations | Overruled, as VGT may designate testimony from Mr. Berger for purposes of cross-examination. |

| Designation | Objection | Ruling |
|---|---|---|
| | as VGT cannot designate testimony from Castle Hill's expert witness. | |
| Pg: 14 Ln: 16 - Pg: 15 Ln: 15 | Objection:  Relevance | Overruled |
| Pg: 90 Ln: 24 - Pg: 91 Ln: 5 | Objection:  Relevance | Overruled |
| Pg: 96 Ln: 21 - Pg: 98 Ln: 6 | Objection:  Relevance | Overruled as to 96:21 to 97:8; Sustained as to 97:9 to 98:6 |
| Pg: 106 Ln: 24 | Objection: Relevance; calls for speculation | The court interprets this objection to be to the testimony at lines 20-23, as line 24 is the objection itself. Overruled |
| Pg: 127 Ln: 25 - Pg: 129 Ln: 4 | Objection: Relevance | Overruled |
| Pg: 135 Ln: 14 – 20 | Objection: Calls for a legal opinion | Sustained |
| Pg: 146 Ln: 24 - Pg: 147 Ln: 21 | Objection: Calls for speculation; lack of foundation; assumes facts not in evidence | Overruled, based on the specific bases for the objection. |

### B.    Brandon Booker – July 10, 2018[1]

| Designation | Objection | Ruling |
|---|---|---|
| 62:7 - 62:21 | Objection: Relevance; hearsay; calls for speculation | Overruled |
| 66:18 - 67:14 | Objection: Relevance; hearsay | Sustained |
| 67:23 - 68:13 | Objection: Relevance; hearsay; speculation | Sustained |
| 70:10 - 70:16 | Objection: Relevance; hearsay | Sustained |
| 72:3 - 72:18 | Objection: Relevance | Sustained |
| 73:16 - 74:8 | Objection: Relevance | Sustained |
| 80:25 - 82:4 | Objection: Relevance | Sustained |
| 119:3 - 119:7 | Objection: Relevance; hearsay | Overruled |
| 119:8 - 120:12 | Objection: Relevance; hearsay | Overruled |
| 120:15 - 120:19 | Objection: Relevance; hearsay; argumentative; document contains hearsay | Overruled |
| 123:21 - 124:20 | Objection: Relevance; hearsay; argumentative; document contains hearsay | Sustained |

[1]  The Court has ruled on the revised designations and objections to Mr. Booker's deposition testimony, which were provided to the Court on August 23, 2019.

| Designation | Objection | Ruling |
|---|---|---|
| 124:23 - 127:9 | Objection: Relevance; hearsay; argumentative; document contains hearsay | Sustained |
| 130:18 - 130:23 | Objection: Relevance; hearsay; document contains hearsay | Document not provided to determine hearsay objection. Otherwise Overruled. |
| 130:25 - 131:14 | Objection: Relevance; hearsay; document contains hearsay | Document not provided to determine hearsay objection. Otherwise Overruled. |
| 134:21 - 135:1 | Objection: Relevance | Overruled |
| 164:11 - 164:16 | Objection: Relevance; hearsay; vague; compound question; calls for speculation | Overruled |
| 164:19 - 164:19 | Objection: Relevance; hearsay; vague; compound question; calls for speculation | Overruled |
| 167:11 - 167:19 | Objection: Relevance; hearsay; calls for speculation | Overruled |
| 169:6 - 170:22 | Objection: Double hearsay; relevance | Sustained |
| 171:8 - 171:9 | Objection: Relevance; hearsay; argumentative | Sustained |
| 171:12 - 171:18 | Objection: Relevance; hearsay; argumentative | Sustained |
| 181:24 - 18 2:4 | Objection: Relevance | Sustained |
| 182:24 - 185:22 | Objection: Relevance; hearsay | Overruled, see [Doc. 373, p. 59] |
| 186:18 - 187:3 | Objection: Relevance; hearsay | Overruled |
| 188:3 – 189:22 | Objection: Relevance; hearsay; calls for speculation; calls for a lay opinion | Overruled |
| 206:6 - 206:25 | Objection: Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in an y manner; argumentative; calls for speculation | Overruled |
| 207:18 – 208:2 | Objection: Relevance, as there is absolutely no claim in the complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| | speculation; calls for a legal conclusion | |
| 208:4 - 209:21 | Objection: Relevance, as there is absolutely no claim in the complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation; calls for a legal conclusion | Overruled |
| 209:24 - 209:24 | Objection: Relevance, as there is absolutely no claim in the complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation; calls for a legal conclusion | Overruled |
| 217:6-217:7 | Objection: Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation | Sustained |
| 217:10 - 217:20 | Objection: Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation | Sustained |
| 219:11 - 219:19 | Objection: Relevance, as there is absolutely no claim that Mr. Booker ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation | Sustained |
| 222:8 - 222:19 | Objection: Relevance, as there is absolutely no claim in the Complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation | Overruled |
| 222:22 - 222:22 | Objection: Relevance, as there is absolutely no claim in the | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| | Complaint that Mr. Booker or Mr. Morgan ever used any VGT code at Castle Hill in any manner; argumentative; calls for speculation | |
| 225:18- 225:25 | Objection: Relevance; document contains hearsay | Overruled; Document not provided to determine hearsay objection. |
| 239:8 - 240:18 | Objection: Relevance; hearsay calls for speculation | Sustained |
| 242:20 - 242:23 | Objection: Relevance; hearsay | Sustained |
| 243:21 - 245:22 | Objection: Relevance; hearsay | Sustained |
| 248:15 - 248:20 | Objection: Relevance; hearsay | Sustained |
| 252:18 - 253:9 | Objection: Relevance, as Mr. Booker is not a party to this lawsuit and there are no allegations in the complaint that he has violated this agreement; hearsay | Overruled |
| 253:24 - 258:4 | Objection: Relevance, as Mr. Booker is not a party to this lawsuit and there are no allegations in the complaint that he has violated this agreement; hearsay; argumentative; calls for legal conclusions; calls for lay opinion testimony | Sustained |
| 268:10 - 269:1 | Objection: Relevance, as Mr. Booker is not a party to this lawsuit and there are no allegations in the complaint that he has violated this agreement; hearsay | Overruled |

### C.    Sarah Carlson – June 21, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 179 Ln: 16 – 17 | Objection: Calls for a lay opinion; the witness is not competent to testify about another's intent; calls for speculation. | Overruled |
| Pg: 179 Ln: 23 - Pg: 180 Ln: 4 | Objection: Hearsay; calls for speculation. | Overruled, as the question to the former VGT market researcher goes to why VGT |

| Designation | Objection | Ruling |
|---|---|---|
|  |  | kept the red screen on all their games. |

### D.    Daniel Fulton – May 31, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 24 Ln: 17 - Pg: 25 Ln: 4 | Objection: Relevance, there is no allegation in this action that Mr. Fulton breached his agreement with VGT | Overruled |
| Pg: 25 Ln: 19 – 22 | Objection:  Relevance | Overruled |
| Pg: 151 Ln: 18 - Pg: 152 Ln: 8 | Objection:  Hearsay | Overruled |
| Pg: 153 Ln: 13 - Pg: 154 Ln: 16 | Objection: Hearsay; misleading question regarding "modifying" VGT paytables | Overruled |
| Pg: 174 Ln: 10 – 23 | Objection: Calls for improper opinion/conclusions. | Overruled |
| Pg: 186 Ln: 20 - Pg: 187 Ln: 5 | Objection: Witness's drawing is not evidence; relevance; no probative value; hearsay | Overruled |
| Pg: 187 Ln: 17 - Pg: 188 Ln: 7 | Objection: Relevance; no probative value | Overruled |
| Pg: 195 Ln: 13 - Pg: 196 Ln: 17 | Objection:  Hearsay; counsel's argument with the witness regarding how to calculate bingo probabilities is not a proper deposition designation; lacks relevance and probative value | Overruled |
| Pg: 212 Ln: 3 – 6 | Objection: Contains hearsay; lack of foundation | Overruled |
| Pg: 226 Ln: 17 – 24 | Objection: Exhibit contains hearsay | Overruled.  At trial, CH may raise a hearsay objection to the exhibit. |

### E.    Daniel Fulton, 30(b)(6) Corporate Designee – August 1, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 21 Ln: 3 | Objection: Relevance | Overruled |
| Pg: 21 Ln: 12; | Objection: Relevance | Overruled |
| Pg: 22 Ln: 21 - Pg: 23 Ln: 2 | Objection: Relevance; calls for lay opinion testimony | Overruled |
| Pg: 32 Ln: 17 - Pg: 33 Ln: 20 | Objection: Relevance; calls for lay opinion testimony | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 35 Ln: 19 – 25 | Objection:  Relevance | Overruled |
| Pg: 41 Ln: 8 – 17 | Objection: Relevance; mischaracterizes witnesses prior testimony; calls for lay opinion testimony; lack of foundation | Overruled |

    **F.**    **Joshua Larson – April 24, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 17 Ln: 4 – 6 | Objection: Speculation | Overruled |
| Pg: 32 Ln: 18 - Pg: 33 Ln: 9 | Objection:  Relevance | Overruled |
| Pg: 80 Ln: 13 – 24 | Objection: Relevance, there are no allegations in this action that Mr. Larson either breached this agreement or in any way violated any of his obligations to VGT thereunder; also asking witness for legal interpretation of written document | Overruled |
| Pg: 100 Ln: 8 – 14 | Objection: Speculation; not a corporate designee to testify as to Castle Hill's goals | Overruled |
| Pg: 101 Ln: 10 – 13 | Objection: Calls for speculation regarding Castle Hill's goals | Overruled |
| Pg: 101 Ln: 25 - Pg: 102 Ln: 6 | Objection: Speculation | Overruled |
| Pg: 105 Ln: 15 – 18 | Objection: Asked and answered; argumentative | Overruled |
| Pg: 116 Ln: 15 – 17 | Objection: Hearsay document | Overruled |
| Pg: 118 Ln: 4 – 6 | Objection: Hearsay | Overruled |
| Pg: 118 Ln: 17 – 19 | Objection: Hearsay | Overruled |
| Pg: 119 Ln: 17 - Pg: 124 Ln: 8 | Objection:  Relevance | Overruled |
| Pg: 122 Ln: 12 – 13 | Objection: Hearsay | Overruled |
| Pg: 122 Ln: 20 - Pg: 123 Ln: 8 | Objection: Hearsay | Overruled |
| Pg: 123 Ln: 23 – 25 | Objection: Hearsay | Overruled |
| Pg: 147 Ln: 13 - Pg: 150 Ln: 8 | Objection: Entire line of questioning not relevant | Overruled |
| Pg: 148 Ln: 3 – 8 | Objection: Speculation (regarding what "Castle Hill did") | Overruled |
| Pg: 148 Ln: 19 – 20 | Objection: Speculation | Overruled |
| Pg: 149 Ln: 13 – 16 | Objection: Hearsay | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 217 Ln: 24 - Pg: 218 Ln: 2 | Objection: Hearsay | Overruled |
| Pg: 218 Ln: 6 – 7 | Objection: Hearsay | Overruled |
| Pg: 218 Ln: 10 – 13 | Objection: Speculation/improper opinion; hearsay | Sustained as to 218:10-18 |
| Pg: 218 Ln: 20 – 24 | Objection: Speculation/improper opinion; hearsay | Sustained as to 218:20 to 219:2 |
| Pg: 219 Ln: 8 – 13 | Objection: Hearsay (regarding what the Choctaw wanted); relevance | Overruled to the extent not offered for the truth of the matter asserted; otherwise Sustained |
| Pg: 219 Ln: 14 – 19 | Objection: Relevance (this feature has not been raised as part of VGT's trade dress argument)/speculation | Sustained |
| Pg: 222 Ln: 2 – 7 | Objection: Speculation/improper opinion | Sustained |
| Pg: 229 Ln: 6 – 11 | Objection: Document contains hearsay; relevance | Document not provided to evaluate objection; Otherwise Overruled. |
| Pg: 238 Ln: 22 – 25 | Objection: Email contains hearsay | Document not provided to evaluate objection; Otherwise Overruled. |
| Pg: 240 Ln: 16 – 21 | Objection: Speculation/relevance | Overruled |
| Pg: 243 Ln: 8 – 11 | Objection: Calls for hearsay | Sustained |
| Pg: 243 Ln: 22 - Pg: 244 Ln: 2 | Objection: Hearsay | Overruled |
| Pg: 251 Ln: 7 - 9 | Objection: Document contains hearsay | Document not provided to evaluate objection; Otherwise Overruled. |
| Pg: 253 Ln: 16 - 18 | Objection: Hearsay | Overruled |
| Pg: 253 Ln: 20 - 24 | Objection: Speculation; hearsay | Overruled |
| Pg: 258 Ln: 17 - Pg: 259 Ln: 13 | Objection: Speculation based on Mr. Larson's statements in 259:24-260:6, it appears that he is unaware of the detail's regarding the RAM-clear story nor the reasons a RAM-clear was implemented | Overruled |
| Pg: 259 Ln: 21 - 23 | Objection: Speculation | Overruled |
| Pg: 266 Ln: 9 - 11 | Objection: Speculation regarding another witness's hearsay statement | Overruled |
| Pg: 267 Ln: 6 – 8 | Objection: Document contains hearsay | Document not provided to assess objection; Otherwise Overruled. |
| Pg: 268 Ln: 18 - 22 | Objection: Hearsay | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 268 Ln: 23 - Pg: 269 Ln: 5 | Objection: Hearsay | Overruled |
| Pg: 269 Ln: 10 - 12 | Objection: Speculation | Overruled |
| Pg: 269 Ln: 22 - 25 | Objection: Relevance | Sustained |
| Pg: 271 Ln: 16 - 17 | Objection: Asked and answered | Sustained |
| Pg: 272 Ln: 12 – 16 | Objection: Asked and answered | Sustained |
| Pg: 273 Ln: 7 - 11 | Objection: Document contains hearsay | Document not provided to assess objection; Otherwise Overruled. |
| Pg: 279 Ln: 10 - 14 | Objection: Speculation/improper opinion | Overruled |
| Pg: 279 Ln: 17 – 23 | Objection: Speculation/improper opinion | Overruled |
| Pg: 280 Ln: 6 - 12 | Objection: Speculation/improper opinion | Overruled |
| Pg: 281 Ln: 2 – 5 | Objection: Speculation/improper opinion | Overruled |
| Pg: 281 Ln: 9 – 10 | Objection: Speculation/improper opinion | Overruled |
| Pg: 281 Ln: 14 – 15 | Objection: Speculation | Overruled |
| Pg: 281 Ln: 17 - 25 | Objection: Speculation/improper opinion/hearsay | Overruled |
| Pg: 282 Ln: 2 – 12 | Objection: Speculation/improper opinion | Overruled |
| Pg: 285 Ln: 12 - 16 | Objection: Speculation/improper opinion; argumentative question | Overruled |
| Pg: 286 Ln: 16 – 20 | Objection: Speculation/improper opinion | Overruled |

### G.    Aaron Milligan – February 9, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 60 Ln: 11 - 22 | Objection: Relevance: there are no allegations in this action that Mr. Milligan either breached this agreement or in any way violated any of his obligations to VGT thereunder.  The agreement was also superseded by subsequent agreements as testified to earlier. | Overruled |
| Pg: 65 Ln: 13 - Pg: 66 Ln: 11 | Objection: Relevance: there are no allegations in this action that Mr. Milligan either: 1) misappropriated VGT confidential information or trade secrets: | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| | or 2) provided any such information to Castle Hill or in any way used it in his work for Castle Hill. | |
| Pg: 68 Ln: 24 - Pg: 70 Ln: 18 | Objection: Relevance: there are no allegations in this action that Mr. Milligan either: 1) misappropriated VGT confidential information or trade secrets: or 2) provided any such information to Castle Hill or in any way used it in his work for Castle Hill. | Overruled |
| Pg: 71 Ln: 10 - 18 | Objection: Relevance: there are no allegations in this action that Mr. Milligan either: 1) misappropriated VGT confidential information or trade secrets: or 2) provided any such information to Castle Hill or in any way used it in his work for Castle Hill; also FRE 701 - question calls for improper opinion | Overruled |
| Pg: 74 Ln: 1 - 4 | Objection: Relevance: there are no allegations in this action that Mr. Milligan either: 1) misappropriated VGT confidential information or trade secrets: or 2) provided any such information to Castle Hill or in any way used it in his work for Castle Hill. | Overruled |
| Pg: 90 Ln: 25 - Pg: 91 Ln: 9 | Objection: FRE 701 - improper opinion/speculation | Overruled |
| Pg: 96 Ln: 19 – 25 | Objection: Lack of foundation | Overruled |
| Pg: 98 Ln: 18 - Pg: 99 Ln: 22 | Objection:  Relevance | Overruled |
| Pg: 161 Ln: 17 - 19 | Objection: FRE 701 - question calls for speculation | Overruled |
| Pg: 176 Ln: 25 - Pg: 177 Ln: 2 | Objection: FRE 701 – speculation | Overruled |
| Pg: 201 Ln: 23 - Pg: 202 Ln: 14 | Objection:  Relevance | Overruled |
| Pg: 203 Ln: 11 - 21 | Objection: FRE 701 - Solicits improper opinion/speculation | Overruled |
| Pg: 203 Ln: 17 - Pg: 205 Ln: 10 | Objection: Relevance; lay opinion testimony; speculation | Overruled |
| Pg: 216 Ln: 22 - 25 | Objection: FRE 701 - question calls for speculation | Overruled |
| Pg: 218 Ln: 17 - 20 | Objection: FRE 701 - question calls for speculation | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 222 Ln: 11 – 15 | Objection: FRE 701- calls for speculation | Overruled |
| Pg: 222 Ln: 16 - 19 | Objection: FRE 703 - question calls for speculation | Overruled |
| Pg: 227 Ln: 24 - Pg: 230 Ln: 10 | Objection: Relevance; hearsay; double hearsay; triple hearsay; calls for speculation; lack of foundation | Overruled |
| Pg: 229 Ln: 25 - Pg: 230 Ln: 2 | Objection: FRE 701 - question calls for speculation | Overruled |
| Pg: 238 Ln: 18 - Pg: 239 Ln: 2 | Objection:  Relevance | Sustained |

### H.    Seth Morgan – July 13, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 17 Ln: 16 - Pg: 18 Ln: 15 | Objection: Relevance (in light of ruling on VGT's summary judgment motion) | Sustained |
| Pg: 27 Ln: 7 – 21 | Objection: Overall objection to testimony/evidence regarding PIE as irrelevant and lacking probative value | Sustained |
| Pg: 46 Ln: 1 - 21 | Objection: Overall objection to testimony/evidence regarding PIE as irrelevant and lacking probative value | Sustained |
| Pg: 46 Ln: 22 - Pg: 47 Ln: 19 | Objection: Overall objection to testimony/evidence regarding PIE as irrelevant and lacking probative value | Sustained |
| Pg: 48 Ln: 3 - Pg: 50 Ln: 10 | Objection: Overall objection to testimony/evidence regarding PIE as irrelevant and lacking probative value | Sustained |
| Pg: 70 Ln: 7 – 13 | Objection: Relevance; hearsay | Overruled |
| Pg: 74 Ln: 14 - Pg: 77 Ln: 6 | Objection: Hearsay; calls for speculation | Overruled |
| Pg: 76 Ln: 5 - Pg: 77 Ln: 6 | Objection: Relevance | Overruled |
| Pg: 93 Ln: 17 – 21 | Objection: Argumentative; calls for legal conclusion | Overruled |
| Pg: 140 Ln: 12 - Pg: 141 Ln: 3 | Objection:  Relevance | Sustained |
| Pg: 142 Ln: 5 – 8 | Objection:  Relevance | Sustained |
| Pg: 145 Ln: 1 – 3 | Objection: Relevance; conclusory statement by counsel; not witness testimony | Sustained |
| Pg: 145 Ln: 5 - Pg: 147 Ln: 14 | Objection:  Relevance | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 164 Ln: 23 - Pg: 167 Ln: 4 | Objection: Entire line of questioning is calling for improper opinion | Sustained as to 164:23 to 165:7; Otherwise Overruled |
| Pg: 165 Ln: 6 | Objection: Calls for speculation | Sustained |
| Pg: 165 Ln: 14 | Objection: Calls for speculation | Moot, per ruling above |
| Pg: 166 Ln: 11 | Objection: Vague and ambiguous | Overruled |
| Pg: 166 Ln: 19 | Objection: Vague and ambiguous; calls for speculation | Overruled |
| Pg: 167 Ln: 1 | Objection: Vague and ambiguous; hearsay | Overruled |
| Pg: 169 Ln: 7 - 20 | Objection: Hearsay | Overruled |
| Pg: 177 Ln: 16 | Objection: Vague and ambiguous; lack of foundation; calls for improper opinion | Overruled |
| Pg: 178 Ln: 15 - 21 | Objection: Lack of foundation; hearsay; witness not a party to the communication | Sustained |
| Pg: 183 Ln: 19 - Pg: 186 Ln: 7 | Objection: Relevance; hearsay | Overruled |
| Pg: 193 Ln: 20 - 23 | Objection: Vague, ambiguous, confusing as to what is meant by "confidential information" or "know how"; calls for a legal conclusion | Sustained |
| Pg: 194 Ln: 14 - 16 | Objection: Calls for a legal conclusion; relevance | Overruled |
| Pg: 195 Ln: 4 – 8 | Objection: Calls for a legal conclusion; relevance | Overruled |
| Pg: 197 Ln: 9 - Pg: 199 Ln: 1 | Objection: Asking for improper opinions and legal conclusions | Overruled |
| Pg: 197 Ln: 15 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 197 Ln: 22 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 198 Ln: 3 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 198 Ln: 10 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 198 Ln: 23 | Objection: Vague and ambiguous; lack of foundation; calls for speculation | Overruled |
| Pg: 204 Ln: 14 - Pg: 205 Ln: 17 | Objection: Hearsay; asking witness what another witness meant calls for speculation | Overruled |
| Pg: 205 Ln: 4 | Objection: Calls for speculation | Sustained as to 205:2-6 |
| Pg: 207 Ln: 13 – 25 | Objection: Relevance | Overruled |
| Pg: 224 Ln: 9 - 23 | Objection: Hearsay; speculation regarding another witness's statements; relevance | Sustained as to 224:21-23; Otherwise Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 224 Ln: 21 - Pg: 225 Ln: 11 | Objection: Calls for speculation | Sustained as to 224:21-23; Otherwise Overruled |
| Pg: 225 Ln: 17 | Objection: Answer was responsive | Sustained |
| Pg: 225 Ln: 20 - Pg: 226 Ln: 15 | Objection: Calls for speculation; asked and answered | Overruled |
| Pg: 225 Ln: 22 | Objection: Calls for speculation; asked and answered | Overruled |
| Pg: 225 Ln: 25 | Objection: Calls for speculation; asked and answered | Overruled |
| Pg: 226 Ln: 19 – 24 | Objection: Relevance | Overruled |
| Pg: 226 Ln: 25 - Pg: 227 Ln: 14 | Objection: Asked and answered | Sustained as to 227:5-14; Otherwise Overruled |

## I.    Alan Roireau – May 15, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 30 Ln: 12 - 16 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 32 Ln: 23 - 25 | Objection: Leading; calls for legal conclusion | Overruled |
| Pg: 203 Ln: 21 - Pg: 206 Ln: 3 | Objection: This line of questioning is an attempt to use an email written by the witness and drafted in five minutes as a substitute for a formal valuation of technology. The witness did not have any of the underlying data, has no education or experience in conducting valuation analyses, does not have personal knowledge of the details of the background facts, and is speculating. | Overruled |
| Pg: 261 Ln: 22 - Pg: 262 Ln: 3 | Objection: Any understanding the witness has of the claims asserted is not relevant to the merits of the claims, particularly since the protective order restricts disclosure of plaintiff's explanation of the basis for its claims. | Overruled |
| Pg: 264 Ln: 2 - 10 | Objection: Based on this being part of the same line of questioning as on pages 261-262 | Overruled |
| Pg: 276 Ln: 7 - Pg: 277 Ln: 13 | Objection: The email being discussed is inadmissible hearsay, and dialogue about Castle Hill having an | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
| | "inspirational mission" is not relevant to the claims or defenses. | |
| Pg: 278 Ln: 24 - Pg: 279 Ln: 15 | Objection: This line of questioning concerns the content of a document that is inadmissible hearsay. | Overruled |
| Pg: 289 Ln: 6 - 17 | Objection: This line of questioning elicited speculation, is irrelevant to the claims and defenses, and is hearsay. | Sustained |
| Pg: 291 Ln: 8 - 23 | Objection: This line of questioning is irrelevant to the claims and defenses. | Sustained |
| Pg: 292 Ln: 2 - 11 | Objection: This line of questioning, which continues through page 293, is irrelevant to the claims and defenses. | Sustained |
| Pg: 296 Ln: 8 - 13 | Objection: The question calls for speculation, and the answer shows a lack of personal knowledge and is irrelevant. | Sustained |
| Pg: 296 Ln: 19 - Pg: 297 Ln: 10 | Objection: The witness does not have personal knowledge and the information is irrelevant. | Sustained |
| Pg: 320 Ln: 3 - Pg: 322 Ln: 9 | Objection: The answers to this line of questioning establish that the documents used for questioning are not relevant to the claims in this case. | Sustained as to 320:3-19; Otherwise Overruled |
| Pg: 339 Ln: 1 - Pg: 340 Ln: 1 | Objection: This line of questioning about return to player amounts is irrelevant, as it does not relate to a pending claim. | Overruled |
| Pg: 348 Ln: 24 - Pg: 349 Ln: 1 | Objection: The question calls for a legal conclusion. The question also is not relevant, since Castle Hill's trade secrets are not at issue in this case. | Sustained |

**J.      Alan Roireau, 30(b)(6) Corporate Designee – August 1, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 14 Ln: 7 - 11 | Objection: The individual engineers at Castle Hill who used to work for VGT are not defendants in this case, and whether they may have taken information from VGT when they left their employment is not relevant to whether Castle Hill misappropriated such information. | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 16 Ln: 19 - 24 | Objection: This question is not relevant to whether Castle Hill allegedly misappropriated VGT confidential information. | Overruled |
| Pg: 17 Ln: 18 - Pg: 18 Ln: 1 | Objection: Castle Hill had no duty to make the inquiry asked about. Castle Hill also did not have the benefit of the discovery material in this action available to it to make such an inquiry because of the protective order. | Overruled |
| Pg: 17 Ln: 18 - Pg: 18 Ln: 3 | Objection: Whether something is "possible" calls for speculation, and whether a VGT former employee took confidential information is not relevant to whether Castle Hill misappropriated such information. | Overruled |
| Pg: 20 Ln: 21 - 23 | Objection: Whether Castle Hill employees who previously worked for VGT had information that belonged to VGT is not relevant to whether Castle Hill misappropriated such information. | Overruled |
| Pg: 24 Ln: 24 - Pg: 25 Ln: 5 | Objection: Whether Castle Hill engineers who previously worked for VGT kept VGT confidential information is not relevant to whether Castle Hill misappropriated such information. | Overruled |
| Pg: 27 Ln: 12 - Pg: 28 Ln: 10 | Objection: Whether Castle Hill engineers who previously worked for VGT kept VGT confidential information upon the termination of their employment is not relevant to whether Castle Hill misappropriated such information. | Overruled |
| Pg: 31 Ln: 3 - 12 | Objection: Whether Castle Hill engineers who previously worked for VGT kept VGT confidential information upon the termination of their employment is not relevant to whether Castle Hill misappropriated such information. | Overruled |
| Pg: 33 Ln: 14 - 18 | Objection: Whether Castle Hill engineers who are former VGT employees kept confidential information upon the termination of their employment is not relevant to whether | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| | Castle Hill misappropriated such information. | |
| Pg: 35 Ln: 8 | Objection: This is not admissible evidence of veracity. | Sustained |
| Pg: 35 Ln: 16 | Objection: This is not admissible evidence of veracity. | Sustained |
| Pg: 35 Ln: 23 | Objection: This is not admissible evidence of veracity. | Sustained |
| Pg: 37 Ln: 8 - 23 | Objection: Whether a Castle Hill engineer who previously worked for VGT kept confidential information upon his termination from employment with VGT is not relevant to whether Castle Hill misappropriated such information. | Overruled |
| Pg: 38 Ln: 8 | Objection: This is not admissible evidence of Mr. Morgan's veracity. | Sustained |
| Pg: 38 Ln: 19 | Objection: This is not admissible evidence of veracity. | Sustained |
| Pg: 38 Ln: 25 | Objection: This is not admissible evidence of veracity. | Sustained |
| Pg: 47 Ln: 14 - 22 | Objection: Whether Castle Hill engineers who are former VGT employees kept confidential information upon the termination of their employment is not relevant to whether Castle Hill misappropriated such information. | Overruled |
| Pg: 48 Ln: 9 - Pg: 49 Ln: 3 | Objection: Whether Castle Hill engineers who are former VGT employees kept confidential information upon the termination of their employment is not relevant to whether Castle Hill misappropriated such information. | Sustained |
| Pg: 56 Ln: 11 - Pg: 58 Ln: 19 | Objection: This line of questioning about VGT's regulatory compliance is not relevant to any pending claim. The questions about testing labs and their confidentiality obligations are leading, and assume facts not otherwise established. | Sustained |
| Pg: 59 Ln: 8 - Pg: 60 Ln: 20 | Objection: This line of questioning is not relevant to a pending claim, and is beyond the scope of the 30(b)(6) deposition. | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 61 Ln: 4 - Pg: 62 Ln: 3 | Objection: This line of questioning about VGT's regulatory compliance is not relevant to pending claims. | Sustained |
| Pg: 62 Ln: 22 - Pg: 63 Ln: 16 | Objection: This line of questioning about a meeting after service of the complaint in this action is not relevant to the pending claims. | Sustained |
| Pg: 64 Ln: 2 - 9 | Objection: This line of questioning about email communications as a substitute for a formal valuation of technology, where the witness did not have access to the underlying data, and has no training or experience in performing valuation analyses, amounts to speculation by a lay witness where expert testimony is required. | Sustained |
| Pg: 108 Ln: 21 - Pg: 109 Ln: 4 | Objection: The question about whether something is "possible" calls for speculation. The question also is beyond the scope of the categories identified for the 30(b)(6) deposition. | Overruled |
| Pg: 121 Ln: 10 - Pg: 122 Ln: 6 | Objection: The question is improper. It assumes facts that have not been established and lacks foundation. Leading. | Overruled |
| Pg: 124 Ln: 12 - Pg: 125 Ln: 16 | Objection: The witness does not have personal knowledge of the background facts, and is repeatedly asked to give opinion evidence without any factual foundation, and the witness does not have the education or training to give valuation opinions. | Overruled |
| Pg: 128 Ln: 25 - Pg: 129 Ln: 8 | Objection: The question improperly asks the witness about another person's intent in drafting a document. Beyond the scope of the categories given for this 30(b)(6) deposition. | Sustained |
| Pg: 129 Ln: 20 - Pg: 130 Ln: 14 | Objection: This line of questioning is designed to obtain valuation testimony from a lay witness. The witness does not have the underlying data to perform a valuation analysis, and also lacks the education and experience to give such an expert opinion. | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 129 Ln: 20 - Pg: 130 Ln: 11 | Objection: This line of questioning calls for speculation. The witness did not have the VGT information available to him, and the number was not based on an accepted valuation methodology or expert opinion. | Overruled |
| Pg: 178 Ln: 7 | Objection: Leading | Overruled |
| Pg: 179 Ln: 19 - 23 | Objection: The witness is not competent to testify about another's state or mind or intent. Not relevant. | Overruled |
| Pg: 179 Ln: 25 - Pg: 180 Ln: 7 | Objection: The witness is not competent to testify about another person's state of mind. Not relevant. | Overruled |
| Pg: 180 Ln: 9 - 13 | Objection: Confusion with games of another manufacturer is not relevant to the claims in this case. | Overruled |

### K.    Andrew Scheiner – April 19, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 91 Ln: 5 – 7 | Objection: Leading. The question was also asked of Castle Hill, and the witness was not testifying as a 30(b)(6) designee. | Sustained |
| Pg: 91 Ln: 8 - 14 | Objection: Leading. The witness had no knowledge of such a communication, but he was not testifying as a Rule 30(b)(6) designee. | Sustained |
| Pg: 92 Ln: 1 - 3 | Objection: The witness was not testifying as a Rule 30(b)(6) designee for Castle Hill. | Sustained |
| Pg: 148 Ln: 1 - 6 | Objection: Hearsay | Overruled |
| Pg: 149 Ln: 1 - 15 | Objection: Relevance | Sustained |
| Pg: 151 Ln: 1 - 18 | Objection: Hearsay; relevance | Sustained |
| Pg: 152 Ln: 2 – 7 | Objection. Hearsay; relevance | Sustained |
| Pg: 153 Ln: 23 - Pg: 156 Ln: 22 | Objection: This line of questioning is based on hearsay communications. | Sustained |
| Pg: 157 Ln: 18 - Pg: 158 Ln: 10 | Objection: Hearsay | Sustained |
| Pg: 158 Ln: 11 - Pg: 159 Ln: 4 | Objection: The witness did not have personal knowledge of Castle Hill | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
| | finances, and was not testifying as a Rule 30(b)(6) designee. | |
| Pg: 163 Ln: 14 - Pg: 164 Ln: 9 | Objection: Relevance. Any information on VGT's website is hardly confidential. | Sustained |
| Pg: 167 Ln: 7 - 16 | Objection: The witness did not know the answer to the questions, making the line of questioning not relevant. | Sustained |
| Pg: 196 Ln: 24 - Pg: 198 Ln: 19 | Objection: This entire line of questioning about an idea never disclosed or implemented is not relevant. | Sustained |
| Pg: 236 Ln: 22 – 25 | Objection: The witness has not personal knowledge of such communications by Castle Hill, and he was not testifying for Castle Hill as a Rule 30(b)(6) designee. | Sustained |

**L.    Zachary Schmid – June 20, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 55 Ln: 7 - 17 | Objection: Hearsay | Overruled |
| Pg: 72 Ln: 2 - Pg: 73 Ln: 13 | Objection: Improper Opinion. FRE 701. | Overruled |
| Pg: 101 Ln: 22 - 25 | Objection: Relevance. Improper Opinion. FRE 701. | Overruled |
| Pg: 102 Ln: 1 - 12 | Objection: Hearsay. | Overruled |
| Pg: 102 Ln: 13 - 20 | Objection: Improper Opinion. FRE 701. | Overruled |
| Pg: 102 Ln: 21 - Pg: 103 Ln: 4 | Objection: Improper Opinion. FRE 701. | Overruled |
| Pg: 107 Ln: 6 - Pg: 111 Ln: 8 | Objection: Improper opinion; lack of foundation; asking witness regarding a document he has never seen. | Overruled |
| Pg: 114 Ln: 15 - Pg: 115 Ln: 14 | Objection: Calls for lay opinion; lack of foundation | Overruled |

**M.    Richard Sisson – April 17, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 93 Ln: 1 - 3 | Objection: Mischaracterizes the document; calls for speculation | Overruled |
| Pg: 93 Ln: 25 - Pg: 94 Ln: 7 | Objection: Relevance | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 94 Ln: 17 - 23 | Objection:  Relevance | Sustained |
| Pg: 94 Ln: 24 - Pg: 95 Ln: 1 | Objection: Misrepresents the document; lacks foundation | Moot in light of ruling above. |
| Pg: 95 Ln: 2 – 6 | Objection: Relevance; calls for a legal conclusion | Sustained |
| Pg: 95 Ln: 7 - 9 | Objection: Calls for speculation | Moot in light of ruling above. |
| Pg: 95 Ln: 10 | Objection:  Relevance | Sustained |
| Pg: 95 Ln: 12 - 15 | Objection: Relevance; calls for a legal conclusion | Sustained |
| Pg: 95 Ln: 16 - 18 | Objection: Calls for speculation; calls for a legal conclusion | Moot in light of ruling above. |
| Pg: 95 Ln: 19 - Pg: 96 Ln: 1 | Objection:  Relevance | Sustained |
| Pg: 106 Ln: 9 - Pg: 107 Ln: 11 | Objection: Mischaracterizes the document; relevance | Sustained |
| Pg: 110 Ln: 21 - Pg: 113 Ln: 10 | Objection:  Relevance | Sustained |
| Pg: 112 Ln: 15 - 17 | Objection: Calls for speculation | Moot in light of ruling above. |
| Pg: 113 Ln: 14 - 21 | Objection: Calls for a legal conclusion; calls for speculation; lacks foundation | Overruled |
| Pg: 113 Ln: 23 - Pg: 114 Ln: 2 | Objection: Calls for speculation; lacks foundation | Overruled |
| Pg: 114 Ln: 13 - Pg: 115 Ln: 1 | Objection:  Relevance | Unable to determine relevance as testimony merely identified an email exchange in Exhibit 78. |
| Pg: 123 Ln: 15 - 25 | Objection: Lacks foundation; seeks lay opinion testimony | Overruled |
| Pg: 133 Ln: 21 - Pg: 134 Ln: 7 | Objection:  Hearsay | Overruled |
| Pg: 143 Ln: 23 - Pg: 144 Ln: 11 | Objection: Lacks foundation; calls for speculation; hearsay | Overruled |
| Pg: 145 Ln: 15 – 21 | Objection: Lacks foundation; calls for speculation | Overruled |
| Pg: 149 Ln: 15 - Pg: 150 Ln: 15 | Objection: Calls for speculation; lacks foundation | Overruled |
| Pg: 150 Ln: 17 - Pg: 151 Ln: 2 | Objection: Lacks foundation; hearsay; calls for speculation | Overruled |
| Pg: 152 Ln: 5 – 12 | Objection: Calls for speculation; lacks foundation | Overruled |
| Pg: 157 Ln: 24 - Pg: 158 Ln: 10 | Objection:  Calls for speculation; lacks foundation; hearsay | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 158 Ln: 24 - Pg: 159 Ln: 11 | Objection: Hearsay; lacks foundation; calls for speculation | Sustained |
| Pg: 161 Ln: 14 - 21 | Objection: Calls for speculation; lacks foundation; mischaracterizes the testimony | Overruled |
| Pg: 162 Ln: 13 - Pg: 163 Ln: 11 | Objection: Relevance | Sustained |
| Pg: 171 Ln: 24 - Pg: 172 Ln: 16 | Objection: lacks foundation; hearsay; relevance | Overruled |
| Pg: 179 Ln: 9 – 21 | Objection: lacks foundation; relevance | Unable to determine relevance, as testimony merely identified certain emails in Exhibit 96. |
| Pg: 187 Ln: 10 - 23 | Objection: Seeks lay opinion testimony; calls for speculation; lacks foundation | Overruled |
| Pg: 188 Ln: 25 - Pg: 189 Ln: 2 | Objection: Calls for hearsay; lacks foundation | Sustained |
| Pg: 191 Ln: 3 – 10 | Objection: Calls for hearsay; relevance | Overruled |
| Pg: 194 Ln: 23 - Pg: 195 Ln: 6 | Objection: Mischaracterizes the evidence; calls for speculation | Overruled |
| Pg: 216 Ln: 1 – 2 | Objection: Mischaracterizes the document and testimony | Overruled |
| Pg: 236 Ln: 22 - Pg: 237 Ln: 3 | Objection: Calls for speculation; lacks foundation; mischaracterizes the document; facts not in evidence | Overruled |
| Pg: 248 Ln: 2 - 16 | Objection: Relevance | Sustained |
| Pg: 281 Ln: 5 - 18 | Objection: Relevance | Overruled |
| Pg: 286 Ln: 2 - Pg: 287 Ln: 5 | Objection: Calls for speculation; lacks foundation | Sustained |
| Pg: 295 Ln: 4 - Pg: 296 Ln: 15 | Objection: Relevance; hearsay; double hearsay; lacks foundation; documents lack authenticity | Sustained |
| Pg: 296 Ln: 16 - 22 | Objection: Relevance; hearsay; lacks foundation; documents lack authenticity | Sustained |
| Pg: 297 Ln: 16 – 22 | Objection: Relevance. | Sustained |
| Pg: 297 Ln: 23 - Pg: 299 Ln: 8 | Objection: Relevance | Sustained |

### N.    Richard Sisson, 30(b)(6) Corporate Designee – August 2, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 19 Ln: 12 - Pg: 20 Ln: 15 | Objection:  Relevance | Sustained |
| Pg: 21 Ln: 18 - Pg: 22 Ln: 15 | Objection:  Relevance | Sustained |
| Pg: 23 Ln: 3 - 12 | Objection: Relevance; hearsay; lack of foundation; documents lack authenticity | Overruled |
| Pg: 24 Ln: 9 – 25 | Objection:  Relevance | Sustained |
| Pg: 46 Ln: 2 - 4 | Objection: Relevance; lack of foundation | Overruled |
| Pg: 46 Ln: 13 - Pg: 47 Ln: 23 | Objection: Relevance; lack of foundation; calls for speculation | Overruled |
| Pg: 48 Ln: 21 - Pg: 49 Ln: 9 | Objection: Relevance; lack of foundation | Overruled |
| Pg: 49 Ln: 13 - 16 | Objection: Relevance; lack of foundation | Overruled |
| Pg: 50 Ln: 8 - 24 | Objection: Relevance; lack of foundation | Overruled |
| Pg: 78 Ln: 24 - Pg: 79 Ln: 3 | Objection:  Relevance | Sustained |

### O.    Jason Sprinkle – May 18, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 43 Ln: 5 | Objection: Vague and ambiguous; calls for speculation | Overruled |
| Pg: 55 Ln: 25 - Pg: 56 Ln: 2 | Objection: Lack of foundation, calls for speculation; lay opinion testimony | Sustained |
| Pg: 56 Ln: 23 - 24 | Objection: Document speaks for itself | Sustained as to 56:8-15; Overruled as to 56:16 to 57:5 |
| Pg: 67 Ln: 23 - Pg: 68 Ln: 16 | Objection: Relevance | Sustained |
| Pg: 69 Ln: 17 - 18 | Objection: Lack of foundation | Overruled |
| Pg: 70 Ln: 4 - 5 | Objection: Lack of foundation | Overruled |
| Pg: 70 Ln: 16 - 21 | Objection: Relevance; lack of foundation; calls for speculation | Sustained |
| Pg: 70 Ln: 24 - Pg: 71 Ln: 3 | Objection: Relevance; lack of foundation; calls for speculation | Sustained |
| Pg: 90 Ln: 23 - Pg: 91 Ln: 23 | Objection: Calls for speculation; lack of foundation; relevance | Sustained |
| Pg: 92 Ln: 10 - 11 | Objection: Vague and ambiguous; lack of foundation; calls for speculation | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 93 Ln: 25 - Pg: 94 Ln: 2 | Objection: Calls for speculation | Overruled |
| Pg: 115 Ln: 13 - 14 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 115 Ln: 23 - 24 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 116 Ln: 13 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 131 Ln: 11 - 22 | Objection: Relevance | Overruled |
| Pg: 133 Ln: 3 - 6 | Objection: Relevance; calls for speculation | Sustained |
| Pg: 133 Ln: 16 - 20 | Objection: Relevance; calls for speculation | Sustained |
| Pg: 133 Ln: 19 | Objection: Lack of foundation; mischaracterizes the testimony; calls for speculation | Moot in light of previous ruling. |
| Pg: 134 Ln: 5 - Pg: 135 Ln: 20 | Objection: Relevance; calls for speculation | Sustained |
| Pg: 136 Ln: 4 - Pg: 137 Ln: 13 | Objection: Relevance; calls for speculation | Overruled |
| Pg: 136 Ln: 22 - 23 | Objection: Calls for speculation | Overruled |
| Pg: 137 Ln: 7 - 8 | Objection: Calls for speculation; calls for a legal conclusion | Overruled |
| Pg: 152 Ln: 11 | Objection: Mischaracterizes the testimony | Sustained as to 152:6-21 |
| Pg: 188 Ln: 22 | Objection: Lack of foundation; facts not in evidence | Overruled |
| Pg: 193 Ln: 9 - Pg: 194 Ln: 10 | Objection: Lack of foundation; calls for speculation | Overruled |
| Pg: 197 Ln: 21 - Pg: 198 Ln: 10 | Objection: Relevance | Overruled |
| Pg: 198 Ln: 16 - Pg: 199 Ln: 5 | Objection: Relevance (for games no longer at issue) | Overruled, as the exhibit is not presented to the Court to determine the relevance of the objection. |
| Pg: 204 Ln: 18 | Objection: Mischaracterizes the testimony | Overruled |
| Pg: 208 Ln: 4 | Objection: Lack of foundation; mischaracterizes the testimony | Overruled |
| Pg: 208 Ln: 17 | Objection: Mischaracterizes the testimony | Overruled |
| Pg: 210 Ln: 20 | Objection: Mischaracterizes the testimony | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 222 Ln: 7 - 23 | Objection: Relevance | Overruled.  Arguably goes to willfulness. |
| Pg: 233 Ln: 19 - 20 | Objection: Mischaracterizes the testimony | Overruled |
| Pg: 244 Ln: 23 | Objection: Mischaracterizes the testimony | Overruled |
| Pg: 244 Ln: 25 - Pg: 245 Ln: 6 | Objection: Relevance; hearsay | Overruled |
| Pg: 246 Ln: 8 - 16 | Objection: Lack of foundation; hearsay | Overruled |
| Pg: 248 Ln: 5 - Pg: 249 Ln: 5 | Objection: Relevance; lack of foundation; calls for speculation | Sustained |
| Pg: 263 Ln: 12 - 25 | Objection: Calls for speculation; calls for lay opinion | Overruled |
| Pg: 266 Ln: 10 - Pg: 267 Ln: 7 | Objection: Hearsay; lack of foundation; relevance | Sustained |
| Pg: 267 Ln: 15 - Pg: 268 Ln: 17 | Objection: Hearsay; double hearsay; lack of foundation; relevance; calls for speculation; lack of authentication | Sustained |
| Pg: 270 Ln: 18 - 19 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 299 Ln: 3 - 25 | Objection: Relevance; lack of foundation; calls for speculation | Overruled |
| Pg: 300 Ln: 6 - 21 | Objection: Relevance; lack of foundation; calls for speculation | Overruled |
| Pg: 301  Ln: 15 - 18 | Objection: Relevance; lack of foundation; calls for speculation | Sustained |

**P.    Jason Sprinkle – July 11, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 328 Ln: 23 - 24 | Objection: Mischaracterizes the document | Overruled |
| Pg: 331 Ln: 18 - 19 | Objection:  Mischaracterizes the document | Overruled |
| Pg: 332 Ln: 8 | Objection: Asked and answered; mischaracterizes the document | Overruled |
| Pg: 336 Ln: 13 – 14 | Objection: Mischaracterizes the document | Overruled |
| Pg: 342 Ln: 20 - 22 | Oppose the motion to strike | Sustained |
| Pg: 343 Ln: 21 - 23 | Objection: Lack of foundation; calls for speculation | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 345 Ln: 18 - Pg: 346 Ln: 21 | Objection: Relevance | Sustained |
| Pg: 346 Ln: 22 - 23 | Objection: Calls for a legal conclusion | Moot as a result of preceding ruling. |
| Pg: 347 Ln: 22 - Pg: 348 Ln: 22 | Objection: Relevance | Sustained |
| Pg: 350 Ln: 2 - 3 | Objection: Lack of foundation; facts not in evidence | Overruled |
| Pg: 351 Ln: 7 - 13 | Objection: Calls for speculation; lay opinion testimony | Overruled |
| Pg: 351 Ln: 17 - 18 | Objection: Facts not in evidence; lack of foundation; mischaracterizes documents and testimony | Overruled |
| Pg: 375 Ln: 1 - 2 | Objection: Mischaracterizes the document | Overruled |
| Pg: 383 Ln: 7 - 8 | Objection: Calls for speculation; mischaracterizes the document | Overruled |
| Pg: 394 Ln: 9 - 10 | Objection: Facts not in evidence; mischaracterizes the testimony | Overruled |
| Pg: 394 Ln: 17 - 18 | Objection: Facts not in evidence; mischaracterizes the testimony | Overruled |
| Pg: 402 Ln: 25 - Pg: 403 Ln: 5 | Objection: Calls for speculation; lay opinion testimony | Overruled |
| Pg: 407 Ln: 3 - 4 | Objection: Calls for speculation | Overruled |
| Pg: 433 Ln: 18 - 24 | Objection: Lack of foundation; hearsay; double hearsay; relevance | Overruled |
| Pg: 434 Ln: 6 - Pg: 435 Ln: 13 | Objection: Lack of foundation; hearsay; double hearsay; relevance; lacks of authentication | Overruled |
| Pg: 451 Ln: 11 | Objection: Mischaracterizes the document and testimony | Sustained as to 451:8-19 |
| Pg: 453 Ln: 3 - Pg: 454 Ln: 13 | Objection: Relevance | Overruled |
| Pg: 454 Ln: 25 - Pg: 455 Ln: 1 | Objection: Lack of foundation; calls for speculation | Overruled |
| Pg: 455 Ln: 7 - 8 | Objection: Lack of foundation; calls for speculation | Overruled |
| Pg: 462 Ln: 5 - Pg: 463 Ln: 18 | Objection: Lack of foundation; relevance | Overruled |
| Pg: 474 Ln: 9 - 10 | Objection: Asked and answered | Overruled |
| Pg: 475 Ln: 3 - 4 | Objection: Asked and answered | Overruled |

Q.    **Paul Suggs – June 8, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 30 Ln: 8 - 18 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 30 Ln: 20 - Pg: 31 Ln: 3 | Objection: Calls for a legal conclusion; vague and ambiguous; calls for speculation | Sustained |
| Pg: 31 Ln: 8 - 16 | Objection: Calls for a legal conclusion; vague and ambiguous; relevance | Sustained |
| Pg: 31 Ln: 22 - Pg: 32 Ln: 7 | Objection: Calls for a legal conclusion; improper opinion testimony | Overruled |
| Pg: 32 Ln: 8 - 19 | Objection: Calls for a legal conclusion; improper opinion testimony | Overruled |
| Pg: 32 Ln: 23 - 24 | Objection: Calls for a legal conclusion; improper opinion testimony | Overruled |
| Pg: 33 Ln: 12 - 18 | Objection: Calls for a legal conclusion; improper opinion testimony | Overruled |
| Pg: 34 Ln: 15 - 18 | Objection: Calls for a legal conclusion; vague and ambiguous as to "proprietary information" | Overruled |
| Pg: 39 Ln: 5 - 8 | Objection: Calls for a legal conclusion; vague and ambiguous | Overruled |
| Pg: 42 Ln: 19 - 21 | Objection: Calls for legal conclusion; calls for lay opinion testimony; lack of foundation | Overruled |
| Pg: 42 Ln: 19 - Pg: 43 Ln: 17 | Objection: Calls for legal conclusions and improper opinions regarding what is "generally known" | Overruled |
| Pg: 48 Ln: 3 - 9 | Objection: Calls for a legal conclusion; vague and ambiguous as to "proprietary information" | Overruled |
| Pg: 48 Ln: 14 - 17 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 49 Ln: 3 | Objection: Vague and ambiguous | Overruled |
| Pg: 65 Ln: 3 - 25 | Objection:  Hearsay | Overruled |
| Pg: 76 Ln: 4 - 13 | Objection:  Hearsay | Overruled |
| Pg: 76 Ln: 22 - 25 | Objection: Calls for speculation | Overruled |
| Pg: 77 Ln: 9 - 14 | Objection: Calls for speculation | Overruled |
| Pg: 79 Ln: 20 - Pg: 80 Ln: 16 | Objection: Calling for legal conclusion regarding what is required under Class II regulations | Overruled |
| Pg: 80 Ln: 17 | Objection: Calls for speculation | Overruled |
| Pg: 80 Ln: 24 - Pg: 81 Ln: 3 | Objection: Calls for speculation | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 81 Ln: 5 - 17 | Objection: Vague and ambiguous; use of "similar" is misleading | Overruled |
| Pg: 85 Ln: 6 - 11 | Objection: Calls for speculation | Overruled |
| Pg: 86 Ln: 17 - Pg: 88 Ln: 8 | Objection: Calls for improper opinion | Overruled |
| Pg: 88 Ln: 25 - Pg: 89 Ln: 5 | Objection: Use of "similar" is misleading; vague and ambiguous | Overruled |
| Pg: 89 Ln: 6 | Objection: Vague and ambiguous; asked and answered | Overruled |
| Pg: 100 Ln: 18 - 21 | Objection: Witness testified he did not recognize the document; questioning is improper and lacks foundation | Sustained |
| Pg: 101 Ln: 15 – 23 | Objection: Incomplete quote from deponent | Sustained |
| Pg: 102 Ln: 14 - 21 | Objection: Witness testified he did not recognize the document; questioning is improper and lacks foundation | Sustained |
| Pg: 104 Ln: 5 - Pg: 105 Ln: 3 | Objection: Witness testified he did not recognize the document; questioning is improper and lacks foundation | Overruled |
| Pg: 164 Ln: 19 - Pg: 165 Ln: 4 | Objection: Calls for speculation regarding Mr. Roireau's understanding | Sustained |
| Pg: 165 Ln: 20 - Pg: 166 Ln: 10 | Objection: Calls for speculation; hearsay | Sustained |
| Pg: 167 Ln: 20 | Objection: Calls for speculation | Sustained |
| Pg: 168 Ln: 5 - 16 | Objection: Vague and ambiguous as to "similar feel" | Overruled |
| Pg: 171 Ln: 21 - 25 | Objection: Hearsay | Sustained |
| Pg: 172 Ln: 22 - 25 | Objection: Speculation and lack of foundation; asks for Mr. Suggs' understanding of why Mr. Roireau was saying something, which was based on a conversation Mr. Suggs was not a part of | Sustained |
| Pg: 173 Ln: 10 - Pg: 174 Ln: 16 | Objection: Hearsay | Overruled |
| Pg: 174 Ln: 17 | Objection: Calls for a legal conclusion; calls for speculation | Sustained as to 174:12-19 |
| Pg: 174 Ln: 19 - 23 | Objection: Calls for speculation | Sustained |
| Pg: 220 Ln: 25 - Pg: 221 Ln: 24 | Objection: Lacks foundation; calls for speculation and improper opinion; witness testified he has never seen a | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
|  | Castle Hill par sheet, so questions about it are improper |  |
| Pg: 223 Ln: 3 - 8 | Objection: Calls for speculation | Sustained |
| Pg: 225 Ln: 22 – 25 | Objection: Calls for legal conclusion; vague, ambiguous, and confusing use of "independently developed" | Sustained |
| Pg: 227 Ln: 5 - 8 | Objection: "Prior knowledge" is vague, ambiguous, and confusing | Sustained |
| Pg: 227 Ln: 15 - 24 | Objection: Calls for speculation | Overruled |
| Pg: 227 Ln: 15 - 21 | Objection: Hearsay | Overruled |

### R.    John Taylor, III – May 30, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 38 Ln: 8 - 15 | Objection: Relevance | Overruled |
| Pg: 47 Ln: 16 - Pg: 48 Ln: 3 | Objection: The witness is not competent to testify about the state of mind of another. The witness admitted he was speculating when he used the word "probably" and said his answer was based on a "gut feeling." | Sustained as to 47:19 beginning with the word "Mr." to 48:3. |
| Pg: 102 Ln: 1 - 10 | Objection: The witness admitted he did not know the answer to this question and was speculating based on the contents of the document he was shown that he could not identify or authenticate. | Sustained |
| Pg: 112 Ln: 20 - 23 | Objection: The witness cannot testify about another's mental state and what is important to investors without being told. Calls for speculation. | Overruled |
| Pg: 135 Ln: 17 - Pg: 136 Ln: 5 | Objection: Counsel was being argumentative with and harassing the witness trying to obtain the sound bite desired, when the witness already answered the question. | Sustained |
| Pg: 165 Ln: 6 - 8 | Objection: The document at issue was not written by the witness, but by a third party. The statements in it were not statements of fact, but predictions of future events and performance, and therefore amount to speculation. | Overruled.  The witness testified that CHG's investment bankers prepared the document for potential investors, with "as much |

| Designation | Objection | Ruling |
|---|---|---|
| | | guidance [from CHG] on it being as correct as possible." |
| Pg: 225 Ln: 6 - 10 | Objection: The witness was not testifying based on personal knowledge, but was speculating about what was "likely." | Sustained |
| Pg: 250 Ln: 2 - 3 | Objection: Leading | Overruled |
| Pg: 254 Ln: 25 - Pg: 255 Ln: 2 | Objection: Compound and leading | Overruled |
| Pg: 255 Ln: 24 - 25 | Objection: Leading | Overruled |
| Pg: 262 Ln: 24 - Pg: 263 Ln: 1 | Objection: Leading | Overruled |
| Pg: 263 Ln: 15 - 17 | Objection: Leading | Overruled |
| Pg: 265 Ln: 10 - 11 | Objection: Leading | Overruled |

### S.    Zachary Trover – April 18, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 41 Ln: 10 – 16 | Objection. Calls for speculation; no foundation for opinion testimony given | Overruled |
| Pg: 42 Ln: 8 - 11 | Objection: Calls for speculation | Overruled |
| Pg: 100 Ln: 18 - 20 | Objection: This evidence which does not involve consumers is not relevant. | Overruled |

### T.    Joseph Valandra – September 27, 2019

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 5 Ln: 3 - 6 | Objection: Hearsay; prejudice; Castle Hill asserts general objections to the entirety of the deposition designations as VGT cannot designate testimony from Castle Hill's expert witness | Overruled; VGT can designate such testimony for the purpose of cross-examination |
| Pg: 123 Ln: 11 - Pg: 127 Ln: 16 | Objection: Relevance; hearsay; double hearsay; lack of foundation | Sustained |
| Pg: 176 Ln: 16 - 19 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 182 Ln: 14 - 25 | Objection: Relevance; hearsay | Overruled |
| Pg: 185 Ln: 15 - 25 | Objection: Lack of foundation; relevance; hearsay | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 186 Ln: 8 - 24 | Objection: Lack of foundation; relevance; hearsay | Overruled |
| Pg: 188 Ln: 13 - Pg: 189 Ln: 22 | Objection: Relevance; hearsay; double hearsay; lack of foundation | Overruled |
| Pg: 190 Ln: 6 - 14 | Objection: Lack of foundation; relevance; hearsay | Overruled |
| Pg: 193 Ln: 17 - Pg: 194 Ln: 3 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 202 Ln: 4 - 14 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 220 Ln: 3 - 19 | Objection:  Calls for a legal conclusion | Overruled |
| Pg: 226 Ln: 18 - Pg: 227 Ln: 12 | Objection: Lack of foundation; assumes untrue facts that are not in evidence | Overruled |
| Pg: 229 Ln: 24 - Pg: 230 Ln: 4 | Objection: Calls for a legal conclusion | Overruled |
| Pg: 239 Ln: 16 - 23 | Objection: Relevance; lack of foundation | Overruled |

### U.    Arthur Watson, III – July 12, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 64 Ln: 4 - 18 | Objection: Argumentative. Leading. An effort by counsel to testify. No foundation for testimony about the substance of game design from this witness, who lacked personal knowledge of same. | Sustained |
| Pg: 69 Ln: 16 - 18 | Objection: No foundation for this testimony and no showing of personal knowledge. | Overruled |
| Pg: 74 Ln: 3 - 7 | Objection: No foundation. Not relevant. | Overruled |
| Pg: 167 Ln: 11 - Pg: 168 Ln: 8 | Objection: The witness was asked if he could recall the number of electronic gaming machines Castle Hill placed in casinos for various years, and said no. Counsel pressed the issue and the witness speculated. | Overruled |
| Pg: 188 Ln: 4 - 6 | Objection: The witness already testified that that these were not factual statements and were instead projections and the product of speculation. | Overruled |
| Pg: 188 Ln: 13 - Pg: 189 Ln: 15 | Objection: There is no foundation establishing a factual basis for this | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
|  | testimony, and it reflects the personal opinion of the witness but is not that of the company under Rule 30(b)(6). |  |
| Pg: 204 Ln: 7 - 15 | Objection: This calls for guesswork and speculation when the underlying data has been provided. | Overruled |
| Pg: 221 Ln: 5 - Pg: 222 Ln: 13 | Objection: The alleged value of Castle Hill is not the basis for VGT's damage claim, and testimony about Castle Hill's valuation of itself by its board is therefore not relevant. The testimony also is not a substitute for a professional evaluation by an expert. No proper foundation has been established for a reliable evaluation by the board. | Sustained |
| Pg: 240 Ln: 3 - 10 | Objection: Leading. The witness is not testifying for Castle Hill as a Rule 30(b)(6) witness, and the testimony is not binding on the company. This testimony is not a proper foundation to establish what may be legally protected. Calls for a legal conclusion. | Overruled |
| Pg: 241 Ln: 7 - 11 | Objection: Castle Hill's efforts to protect its information are not relevant to the claims in this case. | Overruled |
| Pg: 244 Ln: 11 - 18 | Objection: There is no foundation to establish through this witness that Castle Hill saved significant development time by hiring VGT former engineers as compared to hiring other software engineers. The testimony is not binding on Castle Hill under Rule 30(b)(6). VGT has not established that Castle Hill hiring its former software engineers was otherwise wrongful. | Overruled |

### V.    Arthur Watson, III, 30(b)(6) Corporate Designee – August 2, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 32 Ln: 1 – 12 | Objection: This line of inquiry calls for speculation about future revenue, when the actual revenue numbers have been produced in discovery. | Sustained |
| Pg: 47 Ln: 25 - Pg: 48 Ln: 4 | Objection: There is no foundation for this witness having knowledge about | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| | which customers VGT has relationships with, or which customers VGT had relationships with but no longer does. | |
| Pg: 49 Ln: 11 – 19 | Objection: Leading the witness. The question is misleading as well. VGT and Castle Hill are not the only competitors in the casinos where they compete. Castle Hill competes against every other company in the casinos, not just VGT. | Overruled |

**W.    George Weilacher – February 16, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 18 Ln: 9 - 23 | Objection: Relevance | Overruled |
| Pg: 39 Ln: 11 - 24 | Objection:  Relevance | Overruled |
| Pg: 40 Ln: 17 - 20 | Objection:  Relevance | Overruled |
| Pg: 53 Ln: 13 - 21 | Objection: Relevance; hearsay | Overruled |
| Pg: 69 Ln: 7 - 22 | Objection:  Relevance | Overruled |
| Pg: 133 Ln: 4 - 9 | Objection:  Relevance | Overruled |
| Pg: 133 Ln: 24 - Pg: 134 Ln: 17 | Objection:  Relevance | Overruled |
| Pg: 147 Ln: 6 - 16 | Objection: Lack of foundation; relevance | Overruled |
| Pg: 150 Ln: 1 - 13 | Objection:  Relevance | Overruled |
| Pg: 154 Ln: 19 - Pg: 155 Ln: 2 | Objection: Hearsay | Overruled |
| Pg: 155 Ln: 8 - 13 | Objection: Hearsay | Overruled |
| Pg: 155 Ln: 17 - 18 | Objection: Calls for speculation | Overruled |
| Pg: 155 Ln: 23 - Pg: 156 Ln: 11 | Objection: Hearsay | Overruled |
| Pg: 157 Ln: 7 - 20 | Objection: Mischaracterizes testimony | Sustained as to question and answer at 157:3-6 |
| Pg: 158 Ln: 7 - 10 | Objection:  Relevance | Overruled |
| Pg: 167 Ln: 5 - Pg: 168 Ln: 4 | Objection:  Relevance | Overruled |
| Pg: 200 Ln: 1 - Pg: 202 Ln: 7 | Objection: Relevance, as this entire line of questioning has to do with VGT logo symbols and game behavior that are obvious on the face of the game; there is no "trade secret" or even "confidential information" at issue here. | Overruled |
| Pg: 202 Ln: 13 - Pg: 203 Ln: 12 | Objection: Relevance, as this entire line of questioning has to do with VGT logo | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| | symbols and game behavior that are obvious on the face of the game; there is no "trade secret" or even "confidential information" at issue here. | |
| Pg: 205 Ln: 11 - 16 | Objection: Relevance, as this entire line of questioning has to do with VGT logo symbols and game behavior that are obvious on the face of the game; there is no "trade secret" or even "confidential information" at issue here. | Overruled |
| Pg: 206 Ln: 16 - 24 | Objection: Hearsay; relevance, as this entire line of questioning has to do with VGT logo symbols and game behavior that are obvious on the face of the game; there is no "trade secret" or even "confidential information" at issue here. | Overruled |
| Pg: 207 Ln: 11 - 18 | Objection: Relevance, as this entire line of questioning has to do with VGT logo symbols and game behavior that are obvious on the face of the game; there is no "trade secret" or even "confidential information" at issue here. | Sustained |
| Pg: 208 Ln: 10 - 21 | Objection: Relevance, as this entire line of questioning has to do with VGT logo symbols and game behavior that are obvious on the face of the game; there is no "trade secret" or even "confidential information" at issue here; calls for speculation; lack of foundation | Sustained |
| Pg: 219 Ln: 13 - 16 | Objection: Relevance; hearsay | Overruled |
| Pg: 228 Ln: 16 - 22 | Objection: Relevance; hearsay | Overruled |
| Pg: 229 Ln: 19 - Pg: 230 Ln: 15 | Objection: Relevance; hearsay; lack of foundation | Sustained |
| Pg: 249 Ln: 9 - 23 | Objection: Relevance | Sustained |
| Pg: 250 Ln: 2 - 15 | Objection: Relevance | Sustained |
| Pg: 251 Ln: 11 - 14 | Objection: Relevance; hearsay | Sustained |
| Pg: 260 Ln: 6 - 9 | Objection: Relevance; hearsay | Sustained |

**X.    Jon Yarbrough – July 11, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 27 Ln: 19 - 22 | Objection: Relevance; lack of foundation | Sustained |
| Pg: 219 Ln: 5 - 18 | Objection:  Relevance | Sustained |
| Pg: 221 Ln: 13 - Pg: 222 Ln: 15 | Objection: Relevance; lack of foundation; asks for a lay opinion | Overruled |
| Pg: 222 Ln: 16 - Pg: 223 Ln: 15 | Objection: Hearsay; double hearsay; lay opinion testimony; lack of foundation | Overruled |
| Pg: 224 Ln: 16 - 21 | Objection:  Hearsay | Overruled |
| Pg: 226 Ln: 11 - 15 | Objection: Lack of foundation; hearsay; relevance | Overruled |
| Pg: 226 Ln: 16 - 22 | Objection:  Relevance | Sustained |
| Pg: 227 Ln: 4 - 7 | Objection:  Relevance | Sustained |
| Pg: 227 Ln: 23 - Pg: 228 Ln: 2 | Objection: Relevance; lay opinion testimony; lack of foundation; vague and ambiguous | Overruled |

**II.    OBJECTIONS TO PLAINTIFF'S DISCOVERY RESPONSE DESIGNATIONS**

VGT has designated certain of Castle Hill's responses to interrogatories and requests for admission. Castle Hill notes that each of the responses VGT has designated was made subject to objections as set forth in the respective written response. Castle Hill incorporates each of those objections herein by reference.

**III.    OBJECTIONS TO PLAINTIFF'S DEPOSITION COUNTER-DESIGNATIONS**

**A.    Sarah Carlson – June 21, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 186 Ln: 3 - 18 | Objection: The witness already testified that she has not followed the industry since 2011, so she would not have personal knowledge of changes made by VGT since then. | Overruled, the objection goes to the weight of the testimony. |
| Pg: 187 Ln: 16 - 24 | Objection: This is not relevant evidence of recent changes because the MOSAC reports are not current or even recent. | Overruled |
| Pg: 189 Ln: 3 - 5 | Objection: Asked and answered | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 189 Ln: 3 - 9 | Objection: Relevance. The relevant inquiry is not how often changes are made but what changes were made, and their significance. | Overruled |
| Pg: 195 Ln: 2 - 3 | Objection: Calls for speculation/improper opinion | Overruled |
| Pg: 199 Ln: 8 - 14 | Objection: Hearsay; relevance, based on report that was written in 2011 and not relevant to the current market | Overruled |
| Pg: 199 Ln: 20 - Pg: 200 Ln: 1 | Objection: Hearsay; calls for speculation | Sustained |
| Pg: 199 Ln: 20 - Pg: 200 Ln: 2 | Objection: Hearsay; relevance, based on report that was written in 2011 and not relevant to the current market | Sustained on the basis of the preceding objection. |

**B.    Joshua Davis, 30(b)(6) Corporate Designee – August 3, 2018**

None.

**C.    Craig Eubanks – April 25, 2018**

None.

**D.    Larry Graham – May 15, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 131 Ln: 15 – 20 | Objection: Calls for speculation | Sustained |

**E.    Will Harvie – June 14, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 28 Ln: 4 - Pg: 29 Ln: 16 | Objection:  Relevance | Sustained |
| Pg: 75 Ln: 21 - Pg: 77 Ln: 6 | Objection:  Hearsay | Overruled |
| Pg: 79 Ln: 5 - 16 | Objection:  Hearsay | Overruled |
| Pg: 80 Ln: 9 - 21 | Objection:  Hearsay | Sustained |
| Pg: 90 Ln: 16 - Pg: 91 Ln: 2 | Objection: Relevance | Sustained |
| Pg: 121 Ln: 18 - Pg: 123 Ln: 17 | Objection: Hearsay | Sustained |
| Pg: 125 Ln: 11 - Pg: 126 Ln: 6 | Objection: Hearsay | Sustained |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 130 Ln: 2 - 8 | Objection: Hearsay | Sustained |
| Pg: 131 Ln: 15 - 17 | Objection: Hearsay | Sustained |
| Pg: 133 Ln: 23 - Pg: 135 Ln: 12 | Objection: Hearsay | Sustained |
| Pg: 189 Ln: 7 - 15 | Objection: Hearsay | Overruled |

### F.    Don Kovach, 30(b)(6) Corporate Designee – August 2, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 28 Ln: 18 - Pg: 29 Ln: 10 | Objection: Subject to Castle Hill's motion in limine regarding lost profits, lost revenue, or lost profits damages (Doc. 151) | Sustained, based upon the court's ruling on the motion in limine. |

### G.    David Marsh – May 2, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 147 Ln: 17 - Pg: 148 Ln: 5 | Objection: Counter-designation is not based on Castle Hill's designation | Overruled, see 148:12 to 149:1. |

### H.    Butch McGill – May 10, 2018

None.

### I.    Ryan North – April 26, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 65 Ln: 10 – 16 | Objection: Speculation | Overruled |

### J.    Karl Roelofs – June 14, 2018

None.

### K.    Zachary Schmid – June 20, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 72 Ln: 2 - Pg: 73 Ln: 13 | Objection: Improper opinion under FRE 701 | Overruled |
| Pg: 107 Ln: 6 - Pg: 108 Ln: 23 | Objection: Improper opinion; lack of foundation; asking witness regarding a document he has never seen | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 109 Ln: 5 - Pg: 111 Ln: 8 | Objection: Improper opinion; lack of foundation; asking witness regarding a document he has never seen | Overruled |
| Pg: 114 Ln: 15 – 19 | Objection: Calls for lay opinion; lack of foundation | Overruled |

### L.     Jay Sevigny – July 12, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 61 Ln: 21 – 23 | Objection: Speculation | Overruled |
| Pg: 73 Ln: 24 - Pg: 74 Ln: 1 | Objection: Speculation | Overruled |

### M.     Jay Sevigny, 30(b)(6) Corporate Designee – July 12, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 224 Ln: 13 - 19 | Objection: Improper opinion | Sustained |
| Pg: 234 Ln: 21 - Pg: 235 Ln: 1 | Objection: Speculation/improper opinion | Overruled |
| Pg: 243 Ln: 13 - 16 | Objection: Hearsay | Sustained |
| Pg: 246 Ln: 9 - Pg: 247 Ln: 8 | Objection: Relevance; improper counter-designation | Sustained as to 246:9-16. Otherwise Overruled |
| Pg: 247 Ln: 12 - 15 | Objection: Relevance; improper counter-designation; hearsay | Overruled |
| Pg: 248 Ln: 12 - 17 | Objection: Relevance; improper counter-designation; hearsay | Overruled |
| Pg: 248 Ln: 20 - Pg: 249 Ln: 9 | Objection: Relevance; improper counter-designation; hearsay | Overruled |
| Pg: 249 Ln: 14 - 24 | Objection: Relevance; improper counter-designation; hearsay | Overruled |
| Pg: 250 Ln: 4 - 21 | Objection: Relevance; improper counter-designation; hearsay; improper opinion testimony | Overruled |
| Pg: 251 Ln: 11 - 22 | Objection: Relevance; hearsay | Overruled |
| Pg: 261 Ln: 22 - 25 | Objection: Relevance | Sustained |
| Pg: 262 Ln: 17 - Pg: 263 Ln: 5 | Objection: Relevance regarding Mr. Sevigny's opinion; improper opinion | Sustained |

**N.    Barry Smitherman – May 11, 2018**

None.

**O.    James Starr – May 23, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 24 Ln: 4 - Pg: 25 Ln: 1 | Objection: Relevance regarding Mr. Starr's opinion on the similarities between VGT and Castle Hill games | Sustained |
| Pg: 30 Ln: 11 - 21 | Objection: Relevance regarding Mr. Starr's opinion on the similarities between VGT and Castle Hill games; relevance as to games not at issue | Sustained |
| Pg: 39 Ln: 12 - Pg: 40 Ln: 6 | Objection: Relevance regarding Mr. Starr's opinion on the similarities between VGT and Castle Hill games | Sustained |
| Pg: 62 Ln: 14 - Pg: 63 Ln: 2 | Objection: Hearsay | Sustained |
| Pg: 67 Ln: 1 - 15 | Objection: Relevance | Sustained |
| Pg: 141 Ln: 24 - Pg: 142 Ln: 8 | Objection: Hearsay | Sustained |
| Pg: 146 Ln: 24 - Pg: 147 Ln: 5 | Objection: Hearsay | Sustained |
| Pg: 147 Ln: 11 - 15 | Objection: Hearsay | Sustained |
| Pg: 273 Ln: 9 - 15 | Objection: Relevance, as VGT has disclaimed any lost revenue damages | Sustained |

**P.    John Taylor, III – May 30, 2018**

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 47 Ln: 16 - Pg: 48 Ln: 3 | Objection: The witness is not competent to testify about the state of mind of another. The witness admitted he was speculating when he used the word "probably" and said his answer was based on a "gut feeling." | Sustained as to 47:19 beginning with the word "Mr." to 48:3. |
| Pg: 112 Ln: 20 - 23 | Objection: The witness cannot testify about another's mental state and what is important to investors without being told. Calls for speculation. | Overruled |
| Pg: 140 Ln: 8 - 19 | Objection: Counsel is being argumentative with the witness in an effort to obtain the desired sound bite. But the fact remains that VGT was not | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| | the only Castle Hill competitor in Oklahoma, or elsewhere. | |
| Pg: 145 Ln: 8 - 9 | Objection: Plaintiff is improperly seeking to exclude responsive testimony because it is unhelpful to plaintiff. | Sustained |
| Pg: 152 Ln: 18 - 22 | Objection: Question calls for speculation about consumer wants and demands. | Sustained |
| Pg: 152 Ln: 24 - Pg: 153 Ln: 2 | Objection: Improper lay opinion that the witness admits is unsupported by market research or other relevant data. | Sustained |
| Pg: 208 Ln: 15 - 21 | Objection: Foundation and lack of personal knowledge. The witness said he did not know, and the designated colloquy amounts to the testimony of counsel. | Overruled |
| Pg: 218 Ln: 14 - Pg: 219 Ln: 1 | Objection: The counter-designation is incomplete. The witness went on to explain that the basis for his comment was that the plaintiff had since been acquired by Aristocrat. | Sustained. The counter-designation shall be expanded to 219:2-5. |
| Pg: 225 Ln: 10 | Objection: The witness was not testifying based on personal knowledge, but was speculating about what was "likely." | Sustained as to 225:6-10. |
| Pg: 225 Ln: 10 | Objection: The witness said he did not know, and when pressed he speculated | Sustained |
| Pg: 249 Ln: 25 - Pg: 250 Ln: 1 | Objection: Leading | Overruled |
| Pg: 259 Ln: 13 - 14 | Objection: Question calls for speculation | Sustained |
| Pg: 259 Ln: 18 - 20 | Objection: Speculation | Sustained |
| Pg: 262 Ln: 20 - 23 | Objection: Leading | Overruled |
| Pg: 263 Ln: 12 - 14 | Objection: Leading | Overruled |
| Pg: 264 Ln: 13 - 17 | Objection: Leading | Overruled |
| Pg: 265 Ln: 6 - 9 | Objection: Leading | Overruled |

### Q.    Zachary Trover – April 18, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 41 Ln: 10 - 16 | Objection: Speculation. No foundation for opinion testimony given. | Overruled |
| Pg: 42 Ln: 8 - 11 | Objection: Calls for speculation about thoughts and mental impressions of others. | Overruled |
| Pg: 84 Ln: 22 - 25 | Objection. The witness was not testifying as a Castle Hill Rule 30(b)(6) witness, and is admittedly not an expert on the industry. | Overruled |
| Pg: 106 Ln: 6 - 8 | Objection. The witness was not testifying as a Castle Hill Rule 30(b)(6) witness, and is not an expert in the industry. | Overruled |
| Pg: 126 Ln: 21 - Pg: 127 Ln: 17 | Objection: Speculation | Sustained |
| Pg: 132 Ln: 2 - 4 | Objection: Hearsay | Overruled |
| Pg: 132 Ln: 12 - 20 | Objection: Speculation; hearsay | Overruled |
| Pg: 135 Ln: 21 - 23 | Objection: Question calls for speculation | Sustained |
| Pg: 136 Ln: 2 - 4 | Objection: Speculation | Sustained |

### R.    Richard Williamson – June 14, 2018

None.

### S.    Richard Williamson, 30(b)(6) Corporate Designee – October 2, 2018

None.

### T.    Jon Yarbrough – July 11, 2018

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 27 Ln: 19 – 22 | Objection: Relevance; lack of foundation | Sustained |
| Pg: 221 Ln: 13 - Pg: 222 Ln: 15 | Objection: Relevance; lack of foundation; asks for a lay opinion | Overruled |
| Pg: 222 Ln: 16 - Pg: 223 Ln: 15 | Objection: Relevance; lack of foundation; asks for a lay opinion | Overruled |
| Pg: 224 Ln: 16 – 21 | Objection: Hearsay | Overruled |
| Pg: 226 Ln: 11 – 15 | Objection: Lack of foundation; hearsay; relevance | Overruled |

| Designation | Objection | Ruling |
|---|---|---|
| Pg: 226 Ln: 16 – 22 | Objection:  Relevance | Sustained |
| Pg: 227 Ln: 23 - Pg: 228 Ln: 1 | Objection: Relevance; lay opinion testimony; lack of foundation; vague and ambiguous | Overruled |

DATED this 28th day of August, 2019.

GREGORY K. FRIZZELL

UNITED STATES DISTRICT JUDGE