### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>1) CASTLE HILL STUDIOS LLC<br>  (d/b/a CASTLE HILL GAMING);<br>2) CASTLE HILL HOLDING LLC<br>  (d/b/a CASTLE HILL GAMING); and<br>3) IRONWORKS DEVELOPMENT, LLC<br>  (d/b/a CASTLE HILL GAMING)<br><br>Defendants. | Case No. 4:17-cv-00454-GKF-JFJ |

### PLAINTIFF'S NOTICE OF PROPOSED REDACTIONS TO DOCKET NOS. 373 & 379

Plaintiff Video Gaming Technologies, Inc. ("VGT") hereby submits proposed redactions to the Court's Opinion and Order granting in part and denying in part Castle Hill Studios LLC; Castle Hill Holding LLC; and Ironworks Development, LLC's ("CHG") Motion for Summary Judgment (Dkt. 373) and the Court's Order granting in part and denying in part CHG's Motion for Relief Under Protective Order and Other Relief (Dkt. 379) (the "Orders"). VGT will not submit proposed redactions to the Court's Order granting in part and denying in part CHG's Motion *in Limine* to Exclude Evidence of Plaintiff's Lost Revenue, Lost Profits, and Lost Profit Damages (Dkt. 374); Order denying CHG's Motion to Limit the Testimony of Plaintiff's Damages Expert Melissa A. Bennis (Dkt. 375); Order denying VGT's Motion to Exclude the Testimony of W. Todd Schoettelkotte in Part (Dkt. 376); or Order granting CHG's Motion *in Limine* to Exclude Evidence and Argument Regarding Communications Between Counsel and Castle Hill Gaming Employees (Dkt. 377).

VGT requests redaction of confidential VGT information appearing in the Orders, as shown in yellow highlighting in Exhibit A (Dkt. 373) and Exhibit B (Dkt. 379) hereto. The redactions include information about VGT's trade secrets and confidential business information at issue in this case (Ex. A at 4, 56–59; Ex. B at 5), VGT's confidential business activities (Ex. A at 22), and VGT's confidential financial information (Ex. A at 22, 31, 34, 38). The redactions thus "contain 'sources of business information that might harm [VGT's] competitive standing.'" *Deherrera v. Decker Truck Line, Inc.*, 820 F.3d 1147, 1162 n.8 (10th Cir. 2016) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Further, VGT has sought to limit the amount of redactions to a small amount of sensitive information, which has little, if any, bearing on the substance of the Orders.

For these reasons, VGT respectfully requests that the Court maintain the Orders under seal and apply VGT's proposed redactions, as shown in Exhibit A and Exhibit B hereto, to the public version of the Orders.

September 3, 2019

Respectfully submitted,

*/s/ Gary Rubman*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: (918) 595-4821
Facsimile: (918) 595-4990
dluthey@gablelaw.com

Gary M. Rubman
Peter A. Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW

2

Washington, D.C.  20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5465
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
  (admitted pro hac vice)

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1221
Facsimile: (212) 841-1010
nroman@cov.com
  (admitted pro hac vice)

***Counsel for Video Gaming Technologies, Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2019, I filed the foregoing Plaintiff's Notice of Proposed Redactions to Docket Nos. 373 & 379 via ECF, which caused a true and correct copy of the foregoing to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

Thomas G. Connolly
HARRIS WILSHIRE & GRANNIS LLC

1919 M ST NW FLR 8
Washington, DC 20036
(202) 730-1339
tconnolly@hwglaw.com
Attorneys for Defendants

*Attorneys for Defendants*

                                                     */s/ Gary Rubman*

# Exhibit A
# Filed Under Seal

# Exhibit B
# Filed Under Seal