# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASTLE HILL STUDIOS LLC, *et al.* <br><br> Defendants. | CASE NO. 17-CV-00454-GKF-JFJ |

### DEFENDANTS' SUBMISSION CONCERNING THE PUBLIC FILING OF THIS COURT'S OPINION AND ORDER DATED AUGUST 21, 2019 (DOCUMENT 377)

Defendants, Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC, inform the Court that they have no objection to the public filing of the Court's Opinion and Order dated August 21, 2019 (Document 377) addressing Defendants' Motion in Limine to Exclude Evidence and Argument Regarding Communications Between Counsel and Castle Hill Gaming Employees.

Dated: September 4, 2019

Respectfully submitted,

*/s/ Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Sherry H. Flax (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
robert.gill@saul.com
henry.platt@saul.com
tschauf@saul.com
sherry.flax@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com

Duane H. Zobrist (admitted *pro hac vice*)
Jonathan S. Jacobs (admitted *pro hac vice*)
ZŌBLAW
1900 Arlington Blvd., Suite B
Charlottesville, VA 22903
dzobrist@zoblaw.com
jjacobs@zoblaw.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2019, I caused a copy of the foregoing **DEFENDANTS' SUBMISSION CONCERNING THE PUBLIC FILING OF THIS COURT'S OPINION AND ORDER DATED AUGUST 21, 2019 (DOCUMENT 377)** to be served on the following counsel through the Court's ECF system:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 (facsimile)
dluthey@gablelaw.com
*Counsel for Plaintiff*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 (facsimile)
nroman@cov.com
*Counsel for Plaintiff*

Gary M. Rubman
Peter Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
(202) 778-5465 (facsimile)
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
*Counsel for Plaintiff*

                                     */s/ Robert C. Gill*
                                         Robert C. Gill