# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
    Plaintiff,

vs.

CASTLE HILL STUDIOS, LLC, et al.,
    Defendants.

Case Number: 17-CV-454-GKF-JFJ
Proceeding: Pretrial Conference
Date: 9-3-2019
Court Time: 1:30 p.m.

### MINUTE SHEET

Gregory K. Frizzell, U.S. District Judge     K. Perkins, Deputy Clerk     Brian Neil, Reporter

Counsel for Plaintiff: Peter Swanson, Gary Rubman, Dean Luthey, Rebecca Dalton

Counsel for Defendant: Robert Gill, Henry Platt, Matthew Antonelli, Thomas Connolly
Jonathan Jacobs, telephonically

Minutes: Case called for pretrial conference with counsel present. Argument was heard from counsel as to each parties position regarding the disputed issues set forth in the proposed pretrial order. Court gave clarification and rulings as stated into the record. Plaintiff's estimated time for presentation of their case is five days. The following matters were discussed:

- Court will hear opening statements with a time limit of 30 minutes per side.
- No closing arguments as a briefing schedule and submission deadline for proposed findings of fact and conclusions of law will be set.
- Scope of examination of witnesses was agreed upon.
- Court will allow all exhibits to be presented electronically.
- Court will research further the presence of corporate representatives during presentation of highly confidential matters.
- Anticipated daily trial schedule will be 9:00 a.m. - 5:00 p.m., with an hour lunch.
- Counsel agree to notify each other and the court 48 hours in advance as to what witnesses they will be calling.
- Counsel to prepare and submit revised proposed pretrial order by 9/11/2019.
- Any trial briefs remain due on 9/9/2019

Court Time: 1:29 - 3:00, 3:13 - 3:57 p.m.