# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

VIDEO GAMING TECHNOLOGIES, INC.,
                            Plaintiff,

vs.

CASTLE HILL STUDIOS, LLC, et al.,
                            Defendants.

Case Number: 17-CV-454-GKF-JFJ
Proceeding: Telephone Conference
Date: 9-6-2019
Court Time: 10:30 a.m.

## MINUTE SHEET

Gregory K. Frizzell, U.S. District Judge    K. Perkins, Deputy Clerk    Brian Neil, Reporter

Counsel for Plaintiff: Peter Swanson, Gary Rubman

Counsel for Defendant: Robert Gill, Henry Platt, Jonathan Jacobs

Minutes: Case called with counsel present telephonically. Counsel announce the parties have reached a settlement with a fully executed agreement. Joint request to strike the trial set to begin September 6, 2019 and any other pending deadlines is granted. Deadline for filing dismissal documents set for November 15, 2019.

Court Time: 10:31 - 10:38 a.m.