## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00454-GKF-JFJ |
| | ) | |
| 1) CASTLE HILL STUDIOS LLC | ) | |
| (d/b/a CASTLE HILL GAMING); | ) | |
| 2) CASTLE HILL HOLDING LLC | ) | |
| (d/b/a CASTLE HILL GAMING); and | ) | |
| 3) IRONWORKS DEVELOPMENT, LLC | ) | |
| (d/b/a CASTLE HILL GAMING) | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF PROPOSED REDACTIONS TO DOCKET NO. 399

Plaintiff Video Gaming Technologies, Inc. ("VGT") hereby submits proposed redactions to the transcript of the September 3, 2019 pretrial hearing (the "Transcript").

VGT requests redaction of confidential VGT information appearing on several pages of the Transcript, as shown in yellow highlighting in Exhibit A hereto. The redactions include information about VGT's trade secrets and confidential business information at issue in this case (pages 23, 25–30, 32–40, 43) and VGT's confidential business activities (pages 5, 25). The redactions thus "contain 'sources of business information that might harm [VGT's] competitive standing.'" *Deherrera v. Decker Truck Line, Inc.*, 820 F.3d 1147, 1162 n.8 (10th Cir. 2016) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Further, VGT has sought to limit the amount of redactions to a small amount of sensitive information, which has little, if any, bearing on the substance of the Transcript.

For these reasons, VGT respectfully requests that the Court maintain the Transcript under

seal and apply VGT's proposed redactions, as shown in Exhibit A hereto, to the public version of

the Transcript.


September 27, 2019                           Respectfully submitted,

                                            */s/ Gary Rubman*
                                            Graydon Dean Luthey, Jr., OBA No. 5568
                                            GABLE GOTWALS
                                            1100 ONEOK Plaza
                                            100 West Fifth Street
                                            Tulsa, OK 74103-4217
                                            Telephone: (918) 595-4821
                                            Facsimile: (918) 595-4990
                                            dluthey@gablelaw.com

                                            Gary M. Rubman
                                            Peter A. Swanson
                                            Rebecca B. Dalton
                                            COVINGTON & BURLING LLP
                                            One CityCenter
                                            850 Tenth Street, NW
                                            Washington, D.C.  20001-4956
                                            Telephone: (202) 662-6000
                                            Facsimile: (202) 778-5465
                                            grubman@cov.com
                                            pswanson@cov.com
                                            rdalton@cov.com
                                              (admitted pro hac vice)

                                            Neil K. Roman
                                            COVINGTON & BURLING LLP
                                            The New York Times Building
                                            620 Eighth Avenue
                                            New York, NY 10018-1405
                                            Telephone: (212) 841-1221
                                            Facsimile: (212) 841-1010
                                            nroman@cov.com
                                              (admitted pro hac vice)

                                            ***Counsel for Video Gaming Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I filed the foregoing Plaintiff's Notice of

Proposed Redactions to Docket No. 399 via ECF, which caused a true and correct copy of the

foregoing to be delivered to the following counsel:

Robert C. Gill
Thomas S. Schaufelberger
Matthew J. Antonelli
Henry A. Platt
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
(202) 295-6705 (facsimile)
robert.gill@saul.com
tschauf@saul.com
matt.antonelli@saul.com
henry.platt@saul.com

Sherry H. Flax
SAUL EWING ARNSTEIN & LEHR, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 332-8764
(410) 332-8785 (facsimile)
sherry.flax@saul.com

James C. Hodges, OBA 4254
JAMES C. HODGES, PC
2622 East 21st Street, Suite 4
Tulsa, OK 74114
Telephone: (918) 779-7078
JHodges@HodgesLC.Com

Duane H. Zobrist
Jonathan S. Jacobs
ZOBRIST LAW GROUP PLLC
1900 Arlington Blvd. Suite B
Charlottesville, VA 22903
Telephone: (434) 658-6400
dzobrist@zoblaw.com
jjacobs@zoblaw.com

Thomas G. Connolly
HARRIS WILSHIRE & GRANNIS LLC

3

1919 M ST NW FLR 8
Washington, DC 20036
(202) 730-1339
tconnolly@hwglaw.com
Attorneys for Defendants

*Attorneys for Defendants*

                                                    */s/ Gary Rubman*
                                                    _____

# Exhibit A
# Filed Under Seal