# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC.,<br><br>                Plaintiff,<br>v.<br><br>CASTLE HILL STUDIOS LLC, *et al.*<br><br>                Defendants. | CASE NO. 17-CV-00454-GKF-JFJ<br><br>**PUBLIC VERSION** |

## DEFENDANTS' TRANSCRIPT REDACTION REQUEST CONCERNING THE PRETRIAL HEARING HELD ON SEPTEMBER 3, 2019

Defendants, Castle Hill Studios LLC, Castle Hill Holdings LLC, and Ironworks Development LLC, pursuant to the Stipulated Protective Order (Doc. 55) and the Notice Re Redaction of Transcripts (Doc. 399), hereby submit this transcript redaction request relative to the transcript of proceedings of the Pretrial Hearing held before the Court on September 3, 2019 (Doc. 399).

Defendants' proposed redactions are highlighted in yellow in Exhibit A, attached hereto. To the extent Plaintiff, Video Gaming Technologies, Inc., opposes any of Defendants' proposed redactions, Defendants respectfully request an opportunity to respond.

Dated: September 24, 2019

Respectfully submitted,

/s/ *Robert C. Gill*
Robert C. Gill (admitted *pro hac vice*)
Henry A. Platt (admitted *pro hac vice*)
Thomas S. Schaufelberger (admitted *pro hac vice*)
Sherry H. Flax (admitted *pro hac vice*)
Matthew J. Antonelli (admitted *pro hac vice*)
Jeremy B. Darling (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR, LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006
(202) 295-6605
robert.gill@saul.com

henry.platt@saul.com
tschauf@saul.com
sherry.flax@saul.com
matt.antonelli@saul.com
jeremy.darling@saul.com


Duane H. Zobrist (admitted *pro hac vice*)
Jonathan S. Jacobs (admitted *pro hac vice*)
ZŌBLAW
1900 Arlington Blvd., Suite B
Charlottesville, VA 22903
dzobrist@zoblaw.com
jjacobs@zoblaw.com

James C. Hodges, OBA #4254
JAMES C. HODGES, P.C.
2622 East 21st Street, Suite 4
Tulsa, Oklahoma 74114
(918) 779-7078
(918) 770-9779 (facsimile)
JHodges@HodgesLC.com

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2019, I caused a copy of the foregoing **DEFENDANTS' TRANSCRIPT REDACTION REQUEST CONCERNING THE PRETRIAL HEARING HELD ON SEPTEMBER 3, 2019** to be served on the following counsel through the Court's ECF system:

Graydon Dean Luthey, Jr.
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
(918) 595-4821
(918) 595-4990 (facsimile)
dluthey@gablelaw.com
*Counsel for Plaintiff*

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1221
(212) 841-1010 (facsimile)
nroman@cov.com
*Counsel for Plaintiff*

Gary M. Rubman
Peter Swanson
Rebecca B. Dalton
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
(202) 778-5465 (facsimile)
grubman@cov.com
pswanson@cov.com
rdalton@cov.com
*Counsel for Plaintiff*

/s/ Robert C. Gill
Robert C. Gill

# EXHIBIT A

# FILED UNDER SEAL