AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Oklahoma__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>17-cv-00454-GKF-mjx | DATE FILED<br>8/4/2017 | U.S. DISTRICT COURT<br>Northern District of Oklahoma | |
|---|---|---|---|
| PLAINTIFF<br><br>VIDEO GAMING TECHNOLOGIES, INC. | | DEFENDANT<br><br>CASTLE HILL STUIOS LLC; CASTLE HILL HOLDING LLC; and IRONWORKS DEVELOPMENT, LLC (all companies dba Castle Hill Gaming) | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  SEE ATTACHED | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Dismissal [4080 filed 10/31/2019 |

| CLERK<br>Mark C. McCartt | (BY) DEPUTY CLERK<br>S. Cotner | DATE<br>10/31/2019 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

## VGT Trademarks Relevant to Case 17-cv-454-GKF-mjx

a. Reg. No. 3,395,857 for the mark CRAZY BILLIONS (incontestable);

b. Reg. No. 3,152,743 for the mark MR. MONEYBAGS & Design (incontestable);

c. Reg. No. 4,138,672 for the mark MR. MONEY BAGS;

d. Reg. No. 3,755,296 for the mark POLAR HIGH ROLLER (incontestable);

e. Reg. No. 4,248,628 for the mark LUCKY LEPRECHAUN;

f. Reg. No. 3,172,016 for the mark HOT RED RUBY (incontestable);

g. Reg. No. 3,366,567 for the mark GEMS AND JEWELS (incontestable);

h. Reg. No. 3,024,428 for the mark MR. MILLIONAIRE (incontestable);

i. Reg. No. 3,506,608 for the mark GREENBACK JACK (incontestable);

j. Reg. No. 4,505,824 for the mark PLANETARY PIGS;

k. Reg. No. 3,596,682 for the mark COUNTIN' CASH (incontestable);

l. Reg. No. 3,410,436 for the mark DIAMOND FEVER (incontestable);

m. Reg. No. 3,628,337 for the mark RADIANT ROCKS (incontestable);

n. Reg. No. 4,675,543 for the mark CAP'N CRABBY'S CA$H;

o. Reg. No. 3,412,822 for the mark SUPER SPEEDWAY SEVENS (incontestable);

p. Reg. No. 4,278,098 for the mark LUCKY DUCKY & Design;

q. Reg. No. 4,274,157 for the mark LUCKY DUCKY;

r. Reg. No. 3,091,012 for the mark CRAZY CHERRY (incontestable);

s. Reg. No. 3,602,998 for the mark RED SCREEN FREE SPINS (incontestable); and

t. Reg. No. 5,147,377 for the mark RED SPINS.