# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASTLE HILL STUDIOS LLC )<br>(d/b/a CASTLE HILL GAMING); )<br>CASTLE HILL HOLDING LLC )<br>(d/b/a CASTLE HILL GAMING); and )<br>IRONWORKS DEVELOPMENT, LLC )<br>(d/b/a CASTLE HILL GAMING), )<br>)<br>Defendants. ) | Case No. 17-CV-00454-GKF-JFJ |

## ORDER

This matter comes before the court on plaintiff's Statement of Non-Objection to Public Filing of Docket No. 322 [Doc. 334] and defendants' Submission Concerning the Public Filing of this Court's Opinion and Order dated June 7, 2019 (Document 322) [Doc. 335]. Neither plaintiff nor defendants object to the public filing of the order. Accordingly, the court orders that docket entry no. 322 be unsealed.

IT IS SO ORDERED this 1st day of November, 2019.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE