# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CV-00454-GKF-JFJ |
| | ) | |
| CASTLE HILL STUDIOS LLC (d/b/a CASTLE HILL GAMING); CASTLE HILL HOLDING LLC (d/b/a CASTLE HILL GAMING); and IRONWORKS DEVELOPMENT, LLC (d/b/a CASTLE HILL GAMING), | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the court on defendants' Submission Concerning the Public Filing of this Court's Order dated July 22, 2019 (Document 345) [Doc. 353]. Defendant does not object to the public filing of this order. Further, plaintiff has not notified the court of any objections to its public filing. Accordingly, the court orders that docket entry no. 345 be unsealed.

IT IS SO ORDERED this 1st day of November, 2019.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE